UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

JANE DOE,

                                    Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
CITY OF NEW YORK, MARK WALTZER, DOUGLAS
MEINERS, MICHAEL EISENBERG AND JON DOES #1
THROUGH #2,

                                    Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

21 CV 4332 (FB)(RML)

        PLEASE enter the appearance of the undersigned, as attorney to be noticed, on behalf of Defendants City of New York and New York City Department of Education (DOE).

Dated: New York, New York
       August 18, 2021

                                            GEORGIA M. PESTANA
                                           Corporation Counsel of the
                                              City of New York
                                           Attorney for Defendants City of New
                                           York and DOE
                                           100 Church Street, Room 2-192
                                           New York, New York 10007
                                           (212) 356-0893
                                           ckruk@law.nyc.gov

                             By:    s/
                                    Carolyn Kruk
                                    Assistant Corporation Counsel