UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

JANE DOE.,

                        Plaintiff,

      -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
CITY OF NEW YORK, MARK WALTZER, DOUGLAS
MEINERS, MICHAEL EISENBERG AND JON DOES #1
THROUGH #2

                        Defendants.

---------------------------------------------------------------------- x

21-CV-4332 (FB)(RML)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE**, that upon Defendants' Memorandum of Law in Support of their Motion to Partially Dismiss the Second Amended Complaint, dated May 16, 2022, and upon all the papers and proceedings had herein, that Defendants New York City Department of Education (DOE) Douglas Meiners and Mark Waltzer ("Defendants") will move in this Court, before the Honorable Frederic Block at the United States Courthouse for the Eastern District of New York located at 225 Cadman Plaza East, Brooklyn, New York for an Order pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) dismissing the Second Amended Complaint, in part, denying certain relief requested therein, together with costs, fees, and disbursements, and granting such other and further relief as the Court may deem just and proper;

**PLEASE FURTHER TAKE NOTICE**, that, in the alternative, Defendant Mark Waltzer will move this Court for an Order pursuant to Fed. R. Civ. P. 12(b)(1) and 12(c) for judgement, in part, on the pleadings, dismissing the Second Amended Complaint, in part, denying certain relief requested therein, together with costs, fees, disbursements, and granting such other and further relief as the Court may deem just and proper;

**PLEASE FURTHER TAKE NOTICE**, that, pursuant to the Court's Order dated May 13, 2022, Plaintiff's opposition is due by June 21, 2022, and Defendants' reply, if any, is due by July 6, 2022.

Dated:  New York, New York
        May 16, 2022

                                                HON. SYLVIA O. HINDS-RADIX
                                                Corporation Counsel of the City of New York
                                                Attorney for Defendants
                                                100 Church Street
                                                New York, New York 10007
                                                (212) 356-0873
                                                ssprayre@law.nyc.gov

                                      By:            s/
                                                     Sharon Sprayregen
                                                     Assistant Corporation Counsel