# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JANE DOE,

                Plaintiff,

                                                           **NOTICE TO TAKE**
                                                           **DEPOSITION**
                                                           **UPON ORAL**
                -against-                                **EXAMINATION**

                                                           21 CV 4332 (FB)(RML)

NEW YORK CITY DEPARTMENT OF EDUCATION,
MARK WALTZER, DOUGLAS MEINERS, MICHAEL
EISENBERG AND JOHN DOES #1 THROUGH #2

                Defendants.
-------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, plaintiff will take the deposition of defendant **DOUGLAS MEINERS** at the office of Musa-Obregon Law P.C., located at 55-21 69th Street, Maspeth, Queens, New York 11378 on **August 17, 2022 at 10:00 a.m.** and continuing from day to day thereafter until such time as it is concluded. Pursuant to Rules 34 and 30(b)(2) of the Federal Rules of Civil Procedure, the deponent must produce at the deposition originals of all documents in his possession related to the instant action, including any written or electronically produced report he created memorializing Plaintiff's verbal reporting to him of being sexually harassed and/or sexually assaulted.

Pursuant to Rule 30(b)(3)(A) of the Federal Rules of Civil Procedure, the deposition will be recorded by stenographic and/or videographic means.

Dated: July 18, 2022

Karl J. Ashanti, Esq.
*Attorneys for Plaintiff*
Musa-Obregon Law, P.C.
55-21 69th St., 2nd Fl.
Maspeth, NY 11378
T. (718) 803-1000

To: Sharon Sprayregen, Esq.
Assistant Corporation Counsel
New York City Law Department
100 Church Street
New York, N.Y. 1007
T. (212) 356-0873