# EXHIBIT B

Case 1:21-cv-04332-FB-RML   Document 45-2   Filed 09/23/22   Page 1 of 4 PageID #: 280



# Gmail

Karl Ashanti <k.ashanti@musa-obregon.com>

## Deposition of Douglas Meiners: Zoom link Doe v. NYC DOE, et al., Aug 17, 2022 10:00 AM

**Karl Ashanti** <k.ashanti@musa-obregon.com>                                    Tue, Aug 16, 2022 at 2:18 PM
To: "Sprayregen, Sharon (Law)" <ssprayre@law.nyc.gov>
Cc: "Frank, Philip (Law)" <pfrank@law.nyc.gov>
Bcc: Karl Ashanti <k.ashanti@musa-obregon.com>

Please see Zoom info below.

Regards,

dddd

---------- Forwarded message ---------
From: **Scheduling** <Scheduling@beereporting.com>
Date: Tue, Aug 16, 2022 at 2:07 PM
Subject: Zoom link Doe v. NYC DOE, et al., Aug 17, 2022 10:00 AM
To: Karl Ashanti <k.ashanti@musa-obregon.com>
Cc: Scheduling <Scheduling@beereporting.com>

Bee Reporting Agency, Inc. is inviting you to a scheduled Zoom meeting.

Topic: Doe v. NYC DOE, et al.,

Time: Aug 17, 2022 10:00 AM Eastern Time (US and Canada)

Join Zoom Meeting

https://beereporting.zoom.us/j/87486256327?pwd=RnFXaCtGVUpnWWpzU1E3dkUxRGVGQT09

Meeting ID: 874 8625 6327

Passcode: 803246

One tap mobile

+19292056099,,87486256327# US (New York)

+16469313860,,87486256327# US

Dial by your location

    +1 929 205 6099 US (New York)

    +1 646 931 3860 US

    +1 312 626 6799 US (Chicago)

    +1 301 715 8592 US (Washington DC)

+1 309 205 3325 US

+1 719 359 4580 US

+1 253 215 8782 US (Tacoma)

+1 346 248 7799 US (Houston)

+1 386 347 5053 US

+1 564 217 2000 US

+1 669 444 9171 US

+1 669 900 6833 US (San Jose)

Meeting ID: 874 8625 6327

Find your local number: https://beereporting.zoom.us/u/krTxs6ZPG

Join by SIP

87486256327@zoomcrc.com

Join by H.323

162.255.37.11 (US West)

162.255.36.11 (US East)

115.114.131.7 (India Mumbai)

115.114.115.7 (India Hyderabad)

213.19.144.110 (Amsterdam Netherlands)

213.244.140.110 (Germany)

103.122.166.55 (Australia Sydney)

103.122.167.55 (Australia Melbourne)

149.137.40.110 (Singapore)

64.211.144.160 (Brazil)

149.137.68.253 (Mexico)

69.174.57.160 (Canada Toronto)

65.39.152.160 (Canada Vancouver)

207.226.132.110 (Japan Tokyo)

149.137.24.110 (Japan Osaka)

Meeting ID: 874 8625 6327

Passcode: 803246



## Scheduling Department



*Remote Services are our speciality!*

55 Maple Avenue, Suite 204
Rockville Centre, NY 11570
(516) 485-BBBB
(212) 327-3500
FAX (516) 594-2424

Video Conferencing - 173.220.16.194
www.beereporting.com

