# EXHIBIT C

9/23/22, 1:06 PM
Case 1:21-cv-04332-FB-RML   Document 45-3   Filed 09/23/22   Page 2 of 3 PageID #: 285
Gmail - Deposition of Douglas Meiners: Zoom link Doe v. NYC DOE, et al., Aug 17, 2022 10:00 AM



Karl Ashanti <k.ashanti@musa-obregon.com>

## Deposition of Douglas Meiners: Zoom link Doe v. NYC DOE, et al., Aug 17, 2022 10:00 AM

**Karl Ashanti** <k.ashanti@musa-obregon.com>　　　　　　　　　　　　　　Tue, Aug 16, 2022 at 3:57 PM
To: "Sprayregen, Sharon (Law)" <ssprayre@law.nyc.gov>
Cc: "Frank, Philip (Law)" <pfrank@law.nyc.gov>
Bcc: Karl Ashanti <k.ashanti@musa-obregon.com>

The deposition was duly noticed, with the date, time and location, and is going forward tomorrow. If he no-shows, I'm moving for sanctions under Rule 30(d)(2) and Rule 37.

You do not wait until the day before a deposition to seek an adjournment outside of an emergency situation. A noticed deposition is not a suggestion, it is a requirement. If you would like to discuss, you can call me. Otherwise, I expect your client to appear in the morning.

Regards,

Karl J. Ashanti, Esq.
Musa-Obregon Law PC
55-21 69th Street, 2nd FL  Maspeth, N.Y. 11378
Tel:(718)803-1000
Fax:(718)374-6576
www.musa-obregon.com
[Quoted text hidden]



# Gmail

Karl Ashanti <k.ashanti@musa-obregon.com>

## Deposition of Douglas Meiners: Zoom link Doe v. NYC DOE, et al., Aug 17, 2022 10:00 AM

**Sprayregen, Sharon (Law)** <ssprayre@law.nyc.gov>  Tue, Aug 16, 2022 at 2:35 PM
To: "k.ashanti" <k.ashanti@musa-obregon.com>
Cc: "Frank, Philip (Law)" <pfrank@law.nyc.gov>

Hi Karl,

I am not available tomorrow to defend the deposition. As the close of discovery is adjourned, Defendants' haven't responded to the discovery requests (particularly those to Meiners), and counsel hadn't confirmed the date of the deposition, nor conferred about whether the deposition was remote or in person and the start/end time, I had believed there was an understanding the deposition was not going forward on Aug 17. I apologize for any inconvenience this has caused. Please let me know a couple dates that are good for you after Labor Day, and I will see what Meiners' schedule is.

Regarding your request on the Rule 68- I am conferring internally and will get back to you as soon as possible, and I hope today.

I plan to submit the joint letter to Judge Block in the next few minutes (I'm using all the times you provided earlier today).

Best,


Sharon Sprayregen

Assistant Corporation Counsel

New York City Law Department

212-356-0873


**From:** Karl Ashanti <k.ashanti@musa-obregon.com>
**Sent:** Tuesday, August 16, 2022 2:18 PM
**To:** Sprayregen, Sharon (Law) <ssprayre@law.nyc.gov>
**Cc:** Frank, Philip (Law) <pfrank@law.nyc.gov>
**Subject:** [EXTERNAL] Deposition of Douglas Meiners: Zoom link Doe v. NYC DOE, et al., Aug 17, 2022 10:00 AM


**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe. Forward suspect email to phish@cyber.nyc.gov as an attachment (Click the More button, then forward as attachment).

[Quoted text hidden]