# EXHIBIT D



# Gmail

Karl Ashanti <k.ashanti@musa-obregon.com>

## Zoom link Doe, vs NYC DOE, et al Sep 23, 2022 10:00 AM

**Karl Ashanti** <k.ashanti@musa-obregon.com>  Thu, Sep 22, 2022 at 3:52 PM
To: Scheduling <Scheduling@beereporting.com>
Cc: Scheduling <Scheduling@beereporting.com>
Bcc: Karl Ashanti <k.ashanti@musa-obregon.com>

Unfortunately, the defendant to be deposed cancelled again (after confirming earlier this week). We are going to have to hash this out in court. Sincere apologies.

Regards,

Karl J. Ashanti, Esq.
Musa-Obregon Law PC
55-21 69th Street, 2nd FL  Maspeth, N.Y. 11378
Tel:(718)803-1000
Fax:(718)374-6576
www.musa-obregon.com


On Thu, Sep 22, 2022 at 11:23 AM Scheduling <Scheduling@beereporting.com> wrote:

> Bee Reporting Agency, Inc. is inviting you to a scheduled Zoom meeting.
>
> Topic: Doe, vs NYC DOE, et al
>
> Time: Sep 23, 2022 10:00 AM Eastern Time (US and Canada)
>
> Join Zoom Meeting
>
> https://beereporting.zoom.us/j/871187188127?pwd=REJHVjFHTWVFMmJKUVZ2aTIvSIkrdz09
>
> Meeting ID: 871 8718 8127
>
> Passcode: 861949
>
> One tap mobile
>
> +19292056099,,87187188127# US (New York)
>
> +16469313860,,87187188127# US
>
> Dial by your location
>
>     +1 929 205 6099 US (New York)
>
>     +1 646 931 3860 US
>
>     +1 312 626 6799 US (Chicago)
>
>     +1 301 715 8592 US (Washington DC)
>
>     +1 309 205 3325 US

+1 564 217 2000 US

+1 669 444 9171 US

+1 669 900 6833 US (San Jose)

+1 719 359 4580 US

+1 253 215 8782 US (Tacoma)

+1 346 248 7799 US (Houston)

+1 386 347 5053 US

Meeting ID: 871 8718 8127

Find your local number: https://beereporting.zoom.us/u/kcuZU8bItV

Join by SIP

87187188127@zoomcrc.com

Join by H.323

162.255.37.11 (US West)

162.255.36.11 (US East)

115.114.131.7 (India Mumbai)

115.114.115.7 (India Hyderabad)

213.19.144.110 (Amsterdam Netherlands)

213.244.140.110 (Germany)

103.122.166.55 (Australia Sydney)

103.122.167.55 (Australia Melbourne)

149.137.40.110 (Singapore)

64.211.144.160 (Brazil)

149.137.68.253 (Mexico)

69.174.57.160 (Canada Toronto)

65.39.152.160 (Canada Vancouver)

207.226.132.110 (Japan Tokyo)

149.137.24.110 (Japan Osaka)

Meeting ID: 871 8718 8127

Passcode: 861949