# EXHIBIT E



Karl Ashanti <k.ashanti@musa-obregon.com>

## Nakasone: Ps Discovery Responses

**Karl Ashanti** <k.ashanti@musa-obregon.com>   Thu, Sep 22, 2022 at 1:50 PM
To: "Sprayregen, Sharon (Law)" <ssprayre@law.nyc.gov>
Cc: "Frank, Philip (Law)" <pfrank@law.nyc.gov>
Bcc: Karl Ashanti <k.ashanti@musa-obregon.com>, "S. MICHAEL MUSA-OBREGON" <molawfirm@gmail.com>

Enough is enough. Meiners' deposition was duly noticed and scheduled for tomorrow. If he does not appear for his deposition tomorrow at 10am, Plaintiff is moving for sanctions and to compel his deposition. If the discovery pertaining to the requests served on Meiners is not produced by 3pm today, we are reserving Plaintiff's right to recall him for a second deposition date.

The City has had **more than a year** to resolve this representation issue concerning Waltzer and has represented to Plaintiff and the Court for months on end that it was already resolved, including any issues relating to potential conflicts of interest. Any investigation into facts that are relevant to the City's considerations concerning representation under pursuant to GML 50-k should have been completed long ago, not on the eve of a party deposition - a party deposition that the City had already previously adjourned. These transparent delay tactics are quite prejudicial to Plaintiff. I welcome the opportunity to set forth these indisputable facts before the Court. Please be guided accordingly.

Regards,

Karl J. Ashanti, Esq.
Musa-Obregon Law PC
55-21 69th Street, 2nd FL  Maspeth, N.Y. 11378
Tel:(718)803-1000
Fax:(718)374-6576
www.musa-obregon.com

[Quoted text hidden]