UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

JANE DOE,

                              Plaintiff,

                    v.

NEW YORK CITY DEPARTMENT OF EDUCATION, CITY OF NEW YORK, MARK WALTZER, DOUGLAS MEINERS, MICHAEL EISENBERG AND JOHN DOES #1 THROUGH #2

                              Defendants.

21-CV-4332 (FB)(RML)

NOTICE OF APPEARANCE

------------------------------------------------------------------------x

        **PLEASE** enter the appearance of the undersigned as lead attorney and attorney to be noticed on behalf of the Defendants City of New York, New York City Department of Education (DOE), Douglas Meiners, and Mark Waltzer in the above-captioned action.

Dated:      December 6, 2022
             New York, New York

                                      **HON. SYLVIA O. HINDS-RADIX**
                                      Corporation Counsel of the City of New York
                                      Attorney for Defendants
                                      The City of New York, New York City Department
                                      of Education (DOE), Douglas Meiners, and Mark
                                      Waltzer
                                      100 Church Street, Room 2-195
                                      New York, New York 10007
                                      (212) 356-0896

                                      By:   */s/ Jacquelyn A. Dainow*
                                                Jacquelyn A. Dainow
                                                Assistant Corporation Counsel

cc:      **BY ECF**
          *All counsel of record*