UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
JANE DOE,

                     Plaintiff,                    **NOTICE OF APPEAL**

    -against-                                      21 CV 4332 (FB)(RML)

NEW YORK CITY DEPARTMENT OF EDUCATION,
MARK WALTZER, DOUGLAS MEINERS, MICHAEL
EISENBERG AND JOHN DOES #1 THROUGH #2

                     Defendants.
-------------------------------------------------------------------------x

       Plaintiff Jane Doe, by and through her attorneys, Musa-Obregon Law, P.C., hereby appeals to the United States Court of Appeals for the Second Circuit from the memorandum and order issued by the Honorable Frederic Block dismissing all claims against Defendants City of New York, Douglas Meiners, Michael Eisenberg, John Doe 1 and John Doe 2, entered on March 20, 2023.

Dated: April 19, 2023                            Respectfully submitted,

                                                                         _[signature]_
                                                                           Karl J. Ashanti, Esq.
                                                                           Musa-Obregon Law, P.C.
                                                                           *Attorneys for Plaintiff*
                                                                           55-21 69th St., 2nd Fl.
                                                                           Maspeth, NY 11378
                                                                           T. (718) 803-1000

Jacquelyn A. Dainow, Esq.
New York City Law Department
*Attorneys for Defendants*
100 Church Street
Phone: (212) 356-0896
Fax: (212) 356-1148
jadainow@law.nyc.gov

1