# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JANE DOE,<br><br>                                    Plaintiff,<br><br>                    vs.<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION, MARK WALTZER, DOUGLAS MEINERS, MICHAEL EISENBERG and JOHN DOES #1 through #2,<br><br>                                    Defendants | **21-CV-4332 (FB)(RML)**<br><br>**DEFENDANT MARK WALTZER'S RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR DOCUMENTS** |

Defendant Mark Waltzer ("Mr. Waltzer"), submits the following responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents:

**<u>INTERROGATORY NO. 1</u>**

Identify any and all persons who witnessed, were present at, investigated, or have any knowledge of the incidents alleged in plaintiff's Complaint.

A:    To the extent this interrogatory addresses "incidents" unrelated to Mr. Waltzer, Mr. Waltzer lacks information sufficient to provide a response.  To the extent this interrogatory refers to "incidents" where it is alleged that Mr. Waltzer engaged in a sexual relationship with someone less than 17 years old, Mr. Waltzer denies any such "incidents" occurred.

**<u>INTERROGATORY NO. 2</u>**

Identify all persons whom you and Plaintiff <u>both</u> know, aside from any current or former NYC DOE student or any current or former NYC DOE employee.

A:     Rachel Waltzer (already deposed by Plaintiff); Cayla Waltzer (already deposed by Plaintiff); Yasmin Camacho (previously disclosed by Plaintiff); Israel Chavez (previously disclosed by Plaintiff).

**INTERROGATORY NO. 3**

Identify all persons whom you informed of your sexual relationship with Plaintiff, either while such relationship was occurring or after it had ended, specifying: (i) the name and address of each such person; (ii) the date you informed each such person; (iii) where you were when you informed each such person; and (iv) the manner in which you informed each such person.

A:     Mr. Waltzer informed Rachel Waltzer, Cayla Waltzer and Arleene Waltzer of his sexual relationship with Plaintiff, each of whom has previously been identified.  He does not know the specific dates of each conversation other than that they occurred after this lawsuit was filed, and that it was in person.

**INTERROGATORY NO. 4**

Identify the number of occasions on which Plaintiff has been in the physical presence of one or more your daughters, Rachel and Cayla, within the same room. For each such occasion, state the date and address. If you are unaware of or do not recall the address, identify the building and/or general vicinity. If you are unaware of or do not recall the date, identify the approximate month and year.

A:     Approximately August of 2002 and approximately December 28-29, 2013 at 144-42 72nd Avenue Flushing, NY.

**INTERROGATORY NO. 5**

Identify the name of the Manhattan nightclub where you, Plaintiff, Plaintiff's sister Yasmin and Yasmin's then-boyfriend, now-husband Israel Chavez celebrated New Year's together.

A.    Mr. Waltzer does not remember the name of the club.

**INTERROGATORY NO. 6**

Identify the name on the fake identification ("ID") card you obtained on behalf of Plaintiff.

A.    Mr. Waltzer never obtained such an identification.

**INTERROGATORY NO. 7:**

Identify the name and address of the abortion clinic where you took Plaintiff to have an abortion while she was a student at Francis Lewis High School.

A.    Mr. Waltzer never took Plaintiff to have an abortion while she was a student at Francis Lewis High School.

**INTERROGATORY NO. 8:**

Identify the number of visits you have made to the state of Hawaii in your lifetime. For each such visit, state the dates of travel. For each such visit, if you are unaware or do not recall the exact dates of travel, state the approximate month and year of your arrival in Hawaii.

A.    Mr. Waltzer has visited Hawaii twice in his lifetime.  Once in 1989 and again from approximately March, 2002 to July, 2002.

**INTERROGATORY NO. 9:**

Identify the numbers of times you hosted a dinner where Plaintiff and at least one other person attended. For each such dinner, state the date and address of its occurrence. For each such dinner, if you are unaware or do not recall the exact date of its occurrence, state the approximate month and year. For each such dinner, if you are unaware or do not recall the exact address of its occurrence, describe the location.

A.    Mr. Waltzer recalls hosting Plaintiff with her daughter at his home for a dinner at 144-42 72nd Avenue, Flushing, NY.

**INTERROGATORY NO. 10**

State whether you ever reported a student's complaint of sexual harassment and/or sexual assault to any NYC DOE Title IX coordinator while you were employed with the NYC DOE.

If so, identify and describe:

(i) the person(s) to whom you provided each such report;

(ii) the name(s) of the complainant(s) for each such report;

(iii) the year you made each such report; and

(iv) the outcome and/or disposition for each such report.

A.    No.

**INTERROGATORY NO. 11**

State whether you have ever been arrested for, pled guilty to or convicted of any criminal offense, if so, set forth:

(i) the date;

(ii) place; and

(iii) nature of the criminal allegations in each case.

A.    Mr. Waltzer objects to this interrogatory as it is overly broad and not likely to lead to the discovery of admissible evidence.  However, Plaintiff has never been arrested for pled guilty to or convicted of any criminal offense relating to sexual conduct or misconduct, or for any offense which would be admissible under FRE 609.

**INTERROGATORY NO. 12**

4

State whether, at Francis Lewis High School, during the years of 1998 through 2003, there was a protocol and/or procedure for students and/or faculty to report instances of sexual abuse and/or sexual harassment.

If so, identify and describe:

(i) any and all documents relating to such protocol and/or procedure;

(ii) the location of any and all documents identified in section (i) above;

(iii) the custodian of any and all documents identified by section (i) above; and

(iv) the names, titles and/or shield numbers of any and all persons who created, devise, developed and/or contributed to protocol and/or procedure.

A.      Mr. Waltzer objects to this interrogatory to the extent it calls for information not within his knowledge or control, and to the extent Plaintiff has equal or superior access to the information.  To Mr. Waltzer's recollection, the procedure or protocol was that pursuant to the Chancellor's Regulations, complaints of sexual abuse and/or sexual harassment were required to be reported to the Special Commissioner of Investigation.

**<u>INTERROGATORY NO. 13</u>**

Aside from this action, state whether you were ever the subject of any student's formal or informal complaint of sexual harassment and/or sexual assault while you were employed with the NYC DOE.

If so, identify and describe:

(i) any and all NYC DOE employees who received and/or became made aware of each such report;

(ii) the name(s) of the complainant(s) for each such report;

(iii) the year each such report was made; and

(iv) the outcome and/or disposition for each such report.

A.    Mr. Waltzer is unaware of any such complaint.

## INTERROGATORY NO. 14

State whether there have **ever** been any allegations of sexual abuse and/or sexual harassment made against any NYC DOE employee, other than yourself, who worked at, or was assigned to work at, Francis Lewis High School between 1998 and 2003, inclusive, concerning misconduct alleged to have taken place during that period of time.

If so, identify and describe:

(i) any and all documents relating to such allegations, including but not limited to any charges concerning such allegations; any evidence submitted in support of such allegations; any investigation files, including any and all portions thereof, concerning such allegations,; documents relating to any disciplinary proceedings concerning such allegations, including but not limited to any transcripts, evidence and/or adjudicated outcomes, including but not limited to decisions, orders, judgments, consent decrees and stipulations;

(ii) the location of any and all documents identified in section (i) above;

(iii) the custodian of any and all documents identified by section (i) above; and

(iv) the names and contact information of any and all persons who brought forth any such allegations.

A.    Mr. Waltzer objects to this interrogatory to the extent it calls for information not within his knowledge or control, and to the extent Plaintiff has equal or superior access to the information.  Notwithstanding, Mr. Waltzer is unaware of any such allegations.

## INTERROGATORY NO. 15

State whether you and Plaintiff ever traveled together outside the State of New York. If so, identify and describe:

(i) the year of such travel;

(ii) the destination of such travel;

(iii) whether any other person accompanied you and Plaintiff for such travel; and

(iv) the name and address of any place of lodging you utilized for such travel.

A.      Plaintiff does not recall any such travel.

**INTERROGATORY NO. 16**

Identify all individuals who worked for NYC DOE as a Title IX coordinator for Francis Lewis High School between 1995 and 2003, inclusive. For individuals who are not so presently employed, if any, include the home and business addresses and telephone numbers of each such individual.

A.      Mr. Waltzer objects to this interrogatory to the extent it calls for information not within his knowledge or control, and to the extent Plaintiff has equal or superior access to the information. Notwithstanding, Mr. Waltzer has no recollection of who, if anyone, was a Title IX coordinator during the time period in question.

**INTERROGATORY NO. 17**

Identify any and all cellular telephone ("cellphone") carriers for any cellphones whose account with such carrier or carriers was in your name between 1999 and 2003, inclusive.

A.      Verizon.

**INTERROGATORY NO. 18**

Identify any and all cellphone carriers for any cellphones you used on a regular basis between 1999 and 2003, inclusive.

    A.      Verizon.

### INTERROGATORY NO. 19

Identify the telephone numbers for any cellphones whose carrier account was in your name between 1999 and 2003, inclusive.

    A.      Mr. Waltzer does not recall the phone numbers whose carrier accounts were in his name during the time period in question.

### INTERROGATORY NO. 20

Identify the telephone numbers for any cellphones you used on a regular basis between 1999 and 2003, inclusive.

    A.      Mr. Waltzer does not recall the phone number he had during the time period in question.

### DOCUMENT REQUEST NO. 1

Produce all documents identified in the foregoing Interrogatories.

    A.      No such documents have been identified.

### DOCUMENT REQUEST NO. 2

Produce any and all documents in your possession, custody or control evidencing any and communications between you and Plaintiff, including, but not limited to, **all text messages, emails, social media direct messages and/or social media posts**, from 1998 to the present.

    A.      See Plaintiff's 67-107, attached.

### DOCUMENT REQUEST NO. 3

Produce any and all documents in your possession, custody or control evidencing purchases you made for the purpose of travel and/or entertainment you experienced with and/or in the presence of Plaintiff, including, but not limited to, **all restaurant receipts, hotel receipts,**

**motel receipts, gas receipts, bank statements and credit card statements, from 2000 to 2002, inclusive, and from 2013 to the present**.

A.      Mr. Waltzer possesses no such documents.

## DOCUMENT REQUEST NO. 4

Produce all documents received in response to any subpoenas, authorizations and FOI requests served.

A.      Mr. Waltzer possesses no such documents.

## DOCUMENT REQUEST NO. 5

Produce each and every complaint lodged against you concerning any conduct alleged to have occurred while you were employed by the NYC DOE. You shall not withhold information on the basis of the need for a confidentiality stipulation as plaintiff's counsel is prepared to enter into a stipulation with Corporation Counsel in time for the stipulation to be endorsed prior to your responses being served.

A.      Mr. Waltzer objects to the extent this request calls for documents which Plaintiff has equal access to.  Mr. Waltzer possesses no such documents.

## DOCUMENT REQUEST NO. 6

Produce any and all documents in your possession concerning your retirement, including but not limited to any and all paperwork that initiated such retirement, any and all investigation files for any investigation that was pending at the time of your retirement where you were or are a subject, any document relating to a firing for cause, forced resignations or forced early retirement, and any and all related decisions, orders, judgments, consent decrees and stipulations.

A.      Mr. Waltzer objects to the extent this request calls for documents which Plaintiff has equal access to.  Mr. Waltzer will produce responsive documents relating to his retirement. He possesses no documents concerning  "any and all investigation files for any investigation that

was pending at the time of your retirement where you were or are a subject, any document relating to a firing for cause, forced resignations or forced early retirement, and any and all related decisions, orders, judgments, consent decrees and stipulations."

### DOCUMENT REQUEST NO. 7

Produce all documents in the possession, custody or control of the NYC DOE reflecting complaints of sexual abuse of a student, including statutory rape and/or other sexual crimes involving minor, made against you since the start date of your employment with NYC DOE, including, but not limited to, all related dispositions concerning such complaints and punitive actions recommended and/or taken in response to such complaints.

A.     Mr. Waltzer objects to the extent this request calls for documents which Plaintiff has equal access to.  Mr. Waltzer possesses no such documents.

### DOCUMENT REQUEST NO. 8

Produce all documents in the possession, custody or control of the NYC DOE reflecting complaints of sexual harassment of a student made against you since the start date of your employment with NYC DOE, including, but not limited to, all related dispositions concerning such complaints and punitive actions recommended and/or taken in response to such complaints.

A.     Mr. Waltzer objects to the extent this request calls for documents which Plaintiff has equal access to.  Mr. Waltzer possesses no such documents.

### DOCUMENT REQUEST NO. 9

Produce any and all cellphone records for any cellphones whose account was in your name between 2000 and 2002, inclusive.

A.     Mr. Waltzer objects to the extent this request calls for documents which Plaintiff has equal access to.  Mr. Waltzer possesses no such documents.

### DOCUMENT REQUEST NO. 10

Produce any and all cellphone records for any cellphones you used on a regular basis between 2000 and 2002, inclusive.

A.    Mr. Waltzer objects to the extent this request calls for documents which Plaintiff has equal access to.  Mr. Waltzer possesses no such documents.

**DOCUMENT REQUEST NO. 11**

Produce any and all cellphone records for any cellphones you used on a regular basis in 2013.

A.    Mr. Waltzer objects to the extent this request calls for documents which Plaintiff has equal access to.  Mr. Waltzer possesses no such documents.

**DOCUMENT REQUEST NO. 12**

Produce any and all cellphone records for any cellphones you used on a regular basis in 2020.

A.    Mr. Waltzer objects as this demand is overly broad, not calculated to lead to the discovery or relevant information, and constitutes an unwarranted invasion of his privacy. Notwithstanding, Waltzer 67-107, appended, contains relevant communications with Plaintiff.

**DOCUMENT REQUEST NO. 13**

Produce any and all cellphone records for any cellphones you used to communicate with Plaintiff between 2000 and 2002, inclusive.

A.    Mr. Waltzer objects to the extent this request calls for documents which Plaintiff has equal access to.  Mr. Waltzer possesses no such documents.

**DOCUMENT REQUEST NO. 14**

Produce any and all cellphone records for any cellphones you used to communicate with Plaintiff in 2013.

A.    Mr. Waltzer objects to the extent this request calls for documents which Plaintiff has equal access to.  Mr. Waltzer possesses no such documents.

**DOCUMENT REQUEST NO. 15**:

Produce any and all cellphone records you used to communicate with Plaintiff in 2020.

A.    Mr. Waltzer objects as this demand is overly broad, not calculated to lead to the discovery or relevant information, and constitutes an unwarranted invasion of his privacy. Notwithstanding, Waltzer 67-107, appended, contains relevant communications with Plaintiff.

Brooklyn, New York
July 14, 2023

Stoll, Glickman & Bellina, LLP

_____
Andrew B. Stoll (AS8808)
Stoll, Glickman & Bellina, LLP
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
astoll@stollglickman.com
(718) 852-3710

NON RESPONSIVE/ WORK PRODUCT

## Call Log (5)

| # | Parties | Timestamp | Duration | Status | Country code | Network | Video call | Source Info | Deleted |
|---|---------|-----------|----------|--------|--------------|---------|-----------|-------------|---------|
| 1 | **From:** 18083210694@s.whatsapp.net Lda **To:** 19178421796@s.whatsapp.net Mark **Direction:** Incoming | 3/11/2022 5:04:08 PM(UTC-5) | 00:00:00 | Missed | | | | **Source:** WhatsApp **Account:** 19178421796@s.whatsapp.net | |
| 2 | **From:** 19178421796@s.whatsapp.net Mark **To:** 18083210694@s.whatsapp.net Lda **Direction:** Outgoing | 5/8/2020 3:22:21 AM(UTC-4) | 00:00:00 | Not answered | | | | **Source:** WhatsApp **Account:** 19178421796@s.whatsapp.net | |
| 3 | **From:** 19178421796@s.whatsapp.net Mark **To:** 18083210694@s.whatsapp.net Lda **Direction:** Outgoing | 1/28/2020 2:17:11 PM(UTC-5) | 00:00:00 | Not answered | | | | **Source:** WhatsApp **Account:** 19178421796@s.whatsapp.net | |

Waltzer 67

| 4 | **From:** 18083210694@s.whats app.net Lda **To:** 19178421796@s.whats app.net Mark **Direction:** Incoming | 1/11/2017 3:27:39 PM(UTC-5) | 00:00:00 | Missed | | | **Source:** WhatsApp **Account:** 19178421796@s.whatsapp.net | |
| 5 | **From:** 18083210694@s.whats app.net Lda **To:** 19178421796@s.whats app.net Mark **Direction:** Incoming | 1/11/2017 4:36:59 PM(UTC-5) | 00:00:00 | Missed | | | **Source:** WhatsApp **Account:** 19178421796@s.whatsapp.net | |

## Chats (2)

⚠ * These details are cross-referenced from this device's contacts

## Native Messages (1)

mwaltze@live.com (1)

| # | | Deleted |
|---|---|---|
| 1 | **Name:** +18083210694 **Start Time:** 1/11/2017 2:34:19 PM(UTC-5) **Last Activity:** 5/10/2020 2:45:27 PM(UTC-4) **Number of attachments:** 1 **Source:** Native Messages **Account:** mwaltze@live.com **Body file:** chat-2.txt **Participants:**  +18083210694 Lda* mwaltze@live.com Mark Waltzer Me* (owner) | |

From: +18083210694 Lda
To: +19178421796 Mark Waltzer Me (owner)
To: mwaltze@live.com Mark Waltzer Me (owner)

It was very nice talking to you . I will be free to talk some more in 2 hrs . Let me know if that works for you .

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19178421796 Mark Waltzer Me | | 1/11/2017 2:35:11 PM(UTC-5) | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Read

1/11/2017 2:34:19 PM(UTC-5)

Waltzer 68

3

From: +19178421796 Mark Waltzer Me (owner)
To: +18083210694 Lda
To: mwaltze@live.com Mark Waltzer Me (owner)

Great talking with you. 2 hours should work for me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18083210694 Lda | 1/11/2017 2:35:55 PM(UTC-5) | | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Sent

1/11/2017 2:35:50 PM(UTC-5)

From: +18083210694 Lda
To: +19178421796 Mark Waltzer Me (owner)
To: mwaltze@live.com Mark Waltzer Me (owner)

Free now?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19178421796 Mark Waltzer Me | | 1/11/2017 4:31:45 PM(UTC-5) | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Read

1/11/2017 4:31:27 PM(UTC-5)

From: +19178421796 Mark Waltzer Me (owner)
To: +18083210694 Lda
To: mwaltze@live.com Mark Waltzer Me (owner)

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18083210694 Lda | 1/11/2017 4:32:31 PM(UTC-5) | | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Sent

1/11/2017 4:32:29 PM(UTC-5)

Waltzer 69

4

From: +18083210694 Lda
To: +19178421796 Mark Waltzer Me (owner)
To: mwaltze@live.com Mark Waltzer Me (owner)

Hello , how is your mom

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19178421796 Mark Waltzer Me | | 1/17/2017 12:24:10 PM(UTC-5) | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Read

1/17/2017 12:15:36 PM(UTC-5)

From: +19178421796 Mark Waltzer Me (owner)
To: +18083210694 Lda
To: mwaltze@live.com Mark Waltzer Me (owner)

Unfortunately the same, she can't keep down food or liquids. She is waiting on a sonogram. Day 4 in the hospital. Thank you for asking. How are you? Still at home? Talk to a lawyer?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18083210694 Lda | 1/17/2017 12:25:49 PM(UTC-5) | | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Sent

1/17/2017 12:25:48 PM(UTC-5)

From: +18083210694 Lda
To: +19178421796 Mark Waltzer Me (owner)
To: mwaltze@live.com Mark Waltzer Me (owner)

Sorry was driving.
Sorry to hear that about your mom . Please keep me posted .
I'm ok . I spoke to an attorney and waiting for court house to get some paper work that was filed a while back to see if there is any restrictions .  I want to get out the state either today or tomorrow if we can ( any American miles u have to donate ? )
If no restrictions I'm leaving to have the support of my family , I really need them right now .
Here he traps me on a corner all on my own .

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19178421796 Mark Waltzer Me | | 1/17/2017 12:47:08 PM(UTC-5) | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Read

1/17/2017 12:47:02 PM(UTC-5)

Waltzer 70

5

From: +19178421796 Mark Waltzer Me (owner)
To: +18083210694 Lda
To: mwaltze@live.com Mark Waltzer Me (owner)

I have 17,700 miles, you can have them all. What is your flyer #?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18083210694 Lda | 1/17/2017 12:58:35 PM(UTC-5) | | |
| mwaltze@live.com Mark Waltzer Me | | | |

Status: Sent

1/17/2017 12:58:32 PM(UTC-5)

From: +19178421796 Mark Waltzer Me (owner)
To: +18083210694 Lda
To: mwaltze@live.com Mark Waltzer Me (owner)

.. and full name

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18083210694 Lda | 1/17/2017 12:59:56 PM(UTC-5) | | |
| mwaltze@live.com Mark Waltzer Me | | | |

Status: Sent

1/17/2017 12:59:55 PM(UTC-5)

From: +18083210694 Lda
To: +19178421796 Mark Waltzer Me (owner)
To: mwaltze@live.com Mark Waltzer Me (owner)

My flyer # is 86wmy78
Laura Nakasone

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19178421796 Mark Waltzer Me | | 1/17/2017 1:06:06 PM(UTC-5) | |
| mwaltze@live.com Mark Waltzer Me | | | |

Status: Read

1/17/2017 1:05:54 PM(UTC-5)

Waltzer 71

6

From: +18083210694 Lda
To: +19178421796 Mark Waltzer Me (owner)
To: mwaltze@live.com Mark Waltzer Me (owner)

Thank u so much .

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19178421796 Mark Waltzer Me | | 1/17/201 7 1:06:08 PM(UTC -5) | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Read

1/17/2017 1:06:07 PM(UTC-5)

From: +18083210694 Lda
To: +19178421796 Mark Waltzer Me (owner)
To: mwaltze@live.com Mark Waltzer Me (owner)

Did it work ?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19178421796 Mark Waltzer Me | | 1/17/201 7 2:48:27 PM(UTC -5) | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Read

1/17/2017 2:42:28 PM(UTC-5)

From: +19178421796 Mark Waltzer Me (owner)
To: +18083210694 Lda
To: mwaltze@live.com Mark Waltzer Me (owner)

I tried for 1/2 hr. I could only find how to purchase as a gift. Do you have time to research how to gift existing air mikes?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18083210694 Lda | 1/17/2017 2:49:45 PM(UTC-5) | | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Sent

1/17/2017 2:49:45 PM(UTC-5)

Waltzer 72

7

From: +18083210694 Lda
To: +19178421796 Mark Waltzer Me (owner)
To: mwaltze@live.com Mark Waltzer Me (owner)

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19178421796 Mark Waltzer Me | | 1/17/201 7 3:38:04 PM(UTC -5) | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Read

1/17/2017 2:53:09 PM(UTC-5)

From: +18083210694 Lda
To: +19178421796 Mark Waltzer Me (owner)
To: mwaltze@live.com Mark Waltzer Me (owner)

I've done it before , gave my friend miles once

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19178421796 Mark Waltzer Me | | 1/17/201 7 3:38:04 PM(UTC- 5) | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Read

1/17/2017 2:53:34 PM(UTC-5)

From: +18083210694 Lda
To: +19178421796 Mark Waltzer Me (owner)
To: mwaltze@live.com Mark Waltzer Me (owner)

Got a min

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19178421796 Mark Waltzer Me | | 1/17/201 7 3:38:04 PM(UTC -5) | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Read

1/17/2017 3:25:02 PM(UTC-5)

Waltzer 73

From: +18083210694 Lda
To: +19178421796 Mark Waltzer Me (owner)
To: mwaltze@live.com Mark Waltzer Me (owner)

Can I call

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19178421796 Mark Waltzer Me | | 1/17/2017 3:38:04 PM(UTC-5) | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Read

1/17/2017 3:35:07 PM(UTC-5)

From: +18083210694 Lda
To: +19178421796 Mark Waltzer Me (owner)
To: mwaltze@live.com Mark Waltzer Me (owner)

There is charge for transferring , it's better if I transfer mine to you since it's less then u buy the ticket . Let me know if it would work . It's 11 am here and plane leaves at 6: 50 hoping to buy soon , in no can that's ok too . I need 2 tickets I can pay for the second one of course . I know u in the middle of things , really bad timing . Sorry about all of this .

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19178421796 Mark Waltzer Me | | 1/17/2017 4:25:49 PM(UTC-5) | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Read

1/17/2017 3:53:05 PM(UTC-5)

From: +19178421796 Mark Waltzer Me (owner)
To: +18083210694 Lda
To: mwaltze@live.com Mark Waltzer Me (owner)

My air miles #2L7FA78

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18083210694 Lda | 1/17/2017 6:26:49 PM(UTC-5) | | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Sent

1/17/2017 6:26:48 PM(UTC-5)

From: +19178421796 Mark Waltzer Me (owner)
To: +18083210694 Lda
To: mwaltze@live.com Mark Waltzer Me (owner)

Happy Birthday,
I hope this marks a turning point in your life where all your dreams come true

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18083210694 Lda | 1/19/2017 1:04:21 PM(UTC-5) | | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Sent

1/19/2017 1:04:19 PM(UTC-5)

From: +18083210694 Lda
To: +19178421796 Mark Waltzer Me (owner)
To: mwaltze@live.com Mark Waltzer Me (owner)

Thank u .

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19178421796 Mark Waltzer Me | | 1/19/201 7 2:48:42 PM(UTC -5) | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Read

1/19/2017 2:21:01 PM(UTC-5)

From: +18083210694 Lda
To: +19178421796 Mark Waltzer Me (owner)
To: mwaltze@live.com Mark Waltzer Me (owner)

How is your mom doing ?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19178421796 Mark Waltzer Me | | 1/23/201 7 12:51:28 PM(UTC -5) | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Read

1/23/2017 12:47:47 PM(UTC-5)

Waltzer 75

From: +19178421796 Mark Walzer Me (owner)
To: +18083210694 Lda
To: mwaltze@live.com Mark Waltzer Me (owner)

Better thank you. I brought her home Sat. Unfortunately she is still in pain. On the bright side, she is eating. How are you and your daughter?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18083210694 Lda | 1/23/2017 12:52:57 PM(UTC-5) | | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Sent

1/23/2017 12:52:54 PM(UTC-5)

From: +18083210694 Lda
To: +19178421796 Mark Waltzer Me (owner)
To: mwaltze@live.com Mark Waltzer Me (owner)

I'm glad to hear that . I've been thinking of her .

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19178421796 Mark Waltzer Me | | 1/23/2017 12:53:46 PM(UTC-5) | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Read

1/23/2017 12:53:45 PM(UTC-5)

From: +18083210694 Lda
To: +19178421796 Mark Waltzer Me (owner)
To: mwaltze@live.com Mark Waltzer Me (owner)

I'm sorry she is still in pain . but it is def a plus she is eating . My daughter and I are ok . Don't want to bore you with my problems .

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19178421796 Mark Waltzer Me | | 1/23/2017 12:55:16 PM(UTC-5) | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Read

1/23/2017 12:55:16 PM(UTC-5)

From: +19178421796 Mark Walzer Me (owner)
To: +18083210694 Lda
To: mwaltze@live.com Mark Waltzer Me (owner)

It's not boring, can I call you around 3?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18083210694 Lda | 1/23/2017 12:55:57 PM(UTC-5) | | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Sent

1/23/2017 12:55:57 PM(UTC-5)

Waltzer 76

From: +18083210694 Lda
To: +19178421796 Mark Waltzer Me (owner)
To: mwaltze@live.com Mark Waltzer Me (owner)

Sure . Is your time 12:56 too ?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19178421796 Mark Waltzer Me | | 1/23/2017 1:06:29 PM(UTC-5) | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Read

1/23/2017 12:56:19 PM(UTC-5)

From: +19178421796 Mark Waltzer Me (owner)
To: +18083210694 Lda
To: mwaltze@live.com Mark Waltzer Me (owner)

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18083210694 Lda | 1/23/2017 1:06:36 PM(UTC-5) | | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Sent

1/23/2017 1:06:35 PM(UTC-5)

From: +19178421796 Mark Waltzer Me (owner)
To: +18083210694 Lda
To: mwaltze@live.com Mark Waltzer Me (owner)

Sorry I didn't call, I'm not feeling well. Talk to you tomorrow.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18083210694 Lda | 1/23/2017 9:11:55 PM(UTC-5) | | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Sent

1/23/2017 9:11:52 PM(UTC-5)

From: +18083210694 Lda
To: +19178421796 Mark Waltzer Me (owner)
To: mwaltze@live.com Mark Waltzer Me (owner)

It's ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +19178421796 Mark Waltzer Me | | 1/23/201 7 9:44:30 PM(UTC -5) | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Read

1/23/2017 9:32:02 PM(UTC-5)

From: +19178421796 Mark Waltzer Me (owner)
To: +18083210694 Lda
To: mwaltze@live.com Mark Waltzer Me (owner)

Hi,
We can text in this app.
Love to see you while I'm here.
When can we get together? Here or by you or anywhere.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18083210694 Lda | | | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Sent

5/8/2020 3:23:56 AM(UTC-4)



From: +19178421796 Mark Waltzer Me (owner)
To: +18083210694 Lda
To: mwaltze@live.com Mark Waltzer Me (owner)

**Attachments:**

Title: ms-fBJPvR.gif
Size: 140818
File name: ~/Library/SMS/Attachments/78/08/73F0D654-57B9-4C48-807F-E3596707D64F/ms-fBJPvR.gif
~/Library/SMS/Attachments/78/08/73F0D654-57B9-4C48-807F-E3596707D64F/ms-fBJPvR.gif

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18083210694 Lda | | | |
| mwaltze@live.com Mark Waltzer Me | | | |

**Status:** Sent

5/10/2020 2:45:27 PM(UTC-4)

WhatsApp (1)

19178421796@s.whatsapp.net (1)



| # | | Deleted |
|---|---|---------|
| 1 | **Details:** | |
| | Group photos: | |
| | **Start Time:** 1/11/2017 4:36:59 PM(UTC-5) | |
| | **Last Activity:** 3/11/2022 5:08:41 PM(UTC-5) | |
| | **Number of attachments:** 7 | |
| | **Source:** WhatsApp | |
| | **Account:** 19178421796@s.whatsapp.net | |
| | **Body file:** chat-1.txt | |
| | **Participants:** | |
| | 19178421796@s.whatsapp.net  Mark (owner) | |
| | 18083210694@s.whatsapp.net  Lda | |
| | **Identifier:** 18083210694@s.whatsapp.net | |

From: System Message System Message

**Missed Voice Call**

**Platform:** Mobile

1/11/2017 4:36:59 PM(UTC-5)

From: System Message System Message

**Missed Voice Call**

**Platform:** Mobile

1/17/2017 3:27:39 PM(UTC-5)

From: 18083210694@s.whatsapp.net Lda

**Hello**

**Status:** Read

**Platform:** Mobile

1/22/2017 10:42:53 AM(UTC-5)

From: System Message System Message

Messages and calls are end-to-end encrypted. No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more

**Platform:** Mobile

4/17/2017 5:20:08 PM(UTC-4)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

**Attachments:**



Title: Happy Birthday,
Size: 85477
File name: dcd53e53-0cba-4928-948d-ba8a7eef779f.mp4
Path: https://mmg-fna.whatsapp.net/d/f/ApgA7ZIuISZ2-5SpyRLrXKxeljB3fpAjV9Tbn9l8aUOb.enc
dcd53e53-0cba-4928-948d-ba8a7eef779f.mp4

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 1/19/2018 2:51:28 PM(UTC-5) | 1/19/2018 11:08:24 PM(UTC-5) | |

**Status:** Read
**Platform:** Mobile

1/19/2018 2:51:22 PM(UTC-5)

---

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Happy Birthday

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 1/17/2020 4:49:19 PM(UTC-5) | 1/17/2020 7:43:48 PM(UTC-5) | |

**Status:** Read
**Platform:** Mobile

1/17/2020 4:42:39 PM(UTC-5)

---

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

**Attachments:**



Size: 43983
File name: f11f8c3f-eb2f-4a60-ab14-9525c203f39f.mp4
Path: https://mmg-fna.whatsapp.net/d/f/AqG7Zp0qAw4tuDTOzhyNBk1pabRWZd1Y1cA5YPGBv74r.enc
f11f8c3f-eb2f-4a60-ab14-9525c203f39f.mp4

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 1/17/2020 4:49:19 PM(UTC-5) | 1/17/2020 7:43:48 PM(UTC-5) | |

**Status:** Read
**Platform:** Mobile

1/17/2020 4:43:33 PM(UTC-5)

From: 18083210694@s.whatsapp.net Lda

Oh wow, it's so nice to hear from you :) .

**Status:** Read

**Platform:** Mobile

1/17/2020 7:44:45 PM(UTC-5)

From: 18083210694@s.whatsapp.net Lda

Thank you !

**Status:** Read

**Platform:** Mobile

1/17/2020 7:45:07 PM(UTC-5)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

How are you?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 1/17/2020 7:51:07 PM(UTC-5) | 1/17/2020 8:17:04 PM(UTC-5) | |

**Status:** Read

**Platform:** Mobile

1/17/2020 7:51:05 PM(UTC-5)

From: 18083210694@s.whatsapp.net Lda

I'm
Doing good :) .
Many things has happen , we should catch up

**Status:** Read

**Platform:** Mobile

1/17/2020 8:17:35 PM(UTC-5)

From: 18083210694@s.whatsapp.net Lda

How are u ?

**Status:** Read

**Platform:** Mobile

1/17/2020 8:18:10 PM(UTC-5)

Waltzer 81

16

From: 19178421156@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Yes. I am well. Thank you. Do you want to talk tomorrow? If so what time?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 1/17/2020 8:31:07 PM(UTC-5) | 1/17/2020 8:31:10 PM(UTC-5) | |

**Status:** Read
**Platform:** Mobile

1/17/2020 8:31:04 PM(UTC-5)

From: 18083210694@s.whatsapp.net Lda

Let's grab a bite , I will be in New York next week ,
**Status:** Read
**Platform:** Mobile

1/17/2020 8:31:55 PM(UTC-5)

From: 18083210694@s.whatsapp.net Lda

Going for a funeral of a family friend
**Status:** Read
**Platform:** Mobile

1/17/2020 8:32:08 PM(UTC-5)

From: 18083210694@s.whatsapp.net Lda

Is a short thrip
**Status:** Read
**Platform:** Mobile

1/17/2020 8:32:31 PM(UTC-5)

From: 18083210694@s.whatsapp.net Lda

If u free and Able Ofcourse
**Status:** Read
**Platform:** Mobile

1/17/2020 8:33:05 PM(UTC-5)

Waltzer 82

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Sorry for your loss. I will make myself available.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 1/17/2020 8:35:18 PM(UTC-5) | 1/17/2020 8:53:43 PM(UTC-5) | |

**Status:** Read
**Platform:** Mobile

1/17/2020 8:35:14 PM(UTC-5)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

My schedule that is not flexible is
Wednesday-Friday 4:30-8:30
Saturday-Sunday 8:30-4:30.
Sunday may be canceled.
Monday, Tuesday afternoon wide open.
Wednesday-Friday, day time I'm willing to take sick days

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 1/17/2020 9:29:49 PM(UTC-5) | 1/17/2020 10:58:09 PM(UTC-5) | |

**Status:** Read
**Platform:** Mobile

1/17/2020 9:29:42 PM(UTC-5)

From: 18083210694@s.whatsapp.net Lda

Ok let me work on the schedule , I will be in Long Island , my sisters are also traveling too, I have to coordinate with their schedule to see when I can take some time away .

**Status:** Read
**Platform:** Mobile

1/17/2020 11:00:05 PM(UTC-5)

From: 18083210694@s.whatsapp.net Lda

I'm glad u are doing well , how are your daughters , I think of them often .

**Status:** Read
**Platform:** Mobile

1/17/2020 11:00:36 PM(UTC-5)

Waltzer 83

18

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

The girls are well, thank you. Rachel is working in an urgent care and studying for her masters. Cayla is going to Queens College and working as a restaurant hostess. How is your daughter?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 1/18/2020 10:03:55 AM(UTC-5) | 1/18/2020 10:43:58 AM(UTC-5) | |

**Status:** Read
**Platform:** Mobile

1/18/2020 10:03:53 AM(UTC-5)

From: 18083210694@s.whatsapp.net Lda

Sorry took so long to respond , I was in japan , now Home I'm Honolulu , leaving to New York tomorrow .

Would Tuesday work?

**Status:** Read
**Platform:** Mobile

1/23/2020 6:08:59 PM(UTC-5)

From: 18083210694@s.whatsapp.net Lda

It's a short trip to a funeral , wish I had more time .

**Status:** Read
**Platform:** Mobile

1/23/2020 6:09:36 PM(UTC-5)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

I'll make it work. Trip sounds exciting, you'll tell me all about it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 1/23/2020 7:07:12 PM(UTC-5) | 1/23/2020 7:37:57 PM(UTC-5) | |

**Status:** Read
**Platform:** Mobile

1/23/2020 7:07:08 PM(UTC-5)

From: 18083210694@s.whatsapp.net Lda

Yes .
What time ? This week is restaurant week in ny . Should we make reservations to go somewhere ?

**Status:** Read
**Platform:** Mobile

1/24/2020 10:46:16 AM(UTC-5)

Waltzer 84

19

From: 18083210694@s.whatsapp.net Lda

Any thoughts ?

**Status:** Read

**Platform:** Mobile

1/24/2020 10:46:20 AM(UTC-5)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

No, But I know a many great restaurants

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 1/24/2020 11:20:20 AM(UTC-5) | 1/24/2020 11:20:32 AM(UTC-5) | |

**Status:** Read

**Platform:** Mobile

1/24/2020 11:20:17 AM(UTC-5)

From: 18083210694@s.whatsapp.net Lda

K great .

**Status:** Read

**Platform:** Mobile

1/24/2020 11:20:43 AM(UTC-5)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

You tell me, what is a good time?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 1/24/2020 11:25:09 AM(UTC-5) | 1/24/2020 11:25:37 AM(UTC-5) | |

**Status:** Read

**Platform:** Mobile

1/24/2020 11:25:07 AM(UTC-5)

From: 18083210694@s.whatsapp.net Lda

I'm free after 4 pm

**Status:** Read

**Platform:** Mobile

1/24/2020 11:25:49 AM(UTC-5)

Waltzer 85

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Me toowhere shall we meet?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 1/24/2020 11:26:43 AM(UTC-5) | 1/24/2020 11:39:26 AM(UTC-5) | |

**Status:** Read
**Platform:** Mobile

1/24/2020 11:26:40 AM(UTC-5)

From: 18083210694@s.whatsapp.net Lda

Would u be able to pick me up ?

**Status:** Read
**Platform:** Mobile

1/24/2020 7:21:34 PM(UTC-5)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 1/25/2020 6:25:20 AM(UTC-5) | 1/25/2020 6:32:18 AM(UTC-5) | |

**Status:** Read
**Platform:** Mobile

1/24/2020 9:51:12 PM(UTC-5)

From: 18083210694@s.whatsapp.net Lda

Aloha , my apologies I don't think I will be able to make it , I fell down yesterday , interesting story .... I opened my chin , got stitches and a very soar jaw .

**Status:** Read
**Platform:** Mobile

1/27/2020 5:12:59 PM(UTC-5)

Waltzer 86

21

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

OMG. Will you be alright? We'll have a phone conversation when you're available

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 1/27/2020 5:20:43 PM(UTC-5) | 1/28/2020 2:49:03 PM(UTC-5) | |

**Status:** Read
**Platform:** Mobile

1/27/2020 5:20:40 PM(UTC-5)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Hi,
How are you?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 1/28/2020 2:17:39 PM(UTC-5) | 1/28/2020 2:49:03 PM(UTC-5) | |

**Status:** Read
**Platform:** Mobile

1/28/2020 2:17:37 PM(UTC-5)

From: 18083210694@s.whatsapp.net Lda

Hey, I'm ok , healing .
**Status:** Read
**Platform:** Mobile

1/28/2020 2:49:33 PM(UTC-5)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Get better soon

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 1/28/2020 2:51:21 PM(UTC-5) | 1/28/2020 4:15:37 PM(UTC-5) | |

**Status:** Read
**Platform:** Mobile

1/28/2020 2:51:20 PM(UTC-5)

Waltzer 87

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Hi,
How are you? I'm on Oahu

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 3/22/2020 11:26:26 PM(UTC-4) | 3/22/2020 11:32:57 PM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

3/22/2020 11:26:24 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

Oh wow

**Status:** Read
**Platform:** Mobile

3/22/2020 11:41:02 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

When u got here ?

**Status:** Read
**Platform:** Mobile

3/22/2020 11:41:09 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

How long will you stay ?
Not sure if anything is open

**Status:** Read
**Platform:** Mobile

3/22/2020 11:42:02 PM(UTC-4)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Got in yesterday and will try to leave April 18

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 3/23/2020 12:02:05 AM(UTC-4) | 3/23/2020 1:04:09 AM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

3/23/2020 12:02:02 AM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

Long time ! We going on lock down tomorrow

**Status:** Read

**Platform:** Mobile

3/23/2020 1:26:09 AM(UTC-4)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Yes to both

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 3/23/2020 3:02:29 AM(UTC-4) | 3/23/2020 5:43:29 AM(UTC-4) | |

**Status:** Read

**Platform:** Mobile

3/23/2020 3:02:25 AM(UTC-4)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Stay safe, we should try to get together when things start to calm down

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 3/23/2020 3:03:17 AM(UTC-4) | 3/23/2020 5:43:29 AM(UTC-4) | |

**Status:** Read

**Platform:** Mobile

3/23/2020 3:03:13 AM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

Where are u , yes i would
Love to see u

**Status:** Read

**Platform:** Mobile

3/23/2020 5:44:16 AM(UTC-4)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

I will moving to Waikki from Kanaohe today they are shutting down my hotel. I rented an oceanfron studio by the Marina. I'll give you the address tonight. Have a relaxing day.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 3/23/2020 11:51:08 AM(UTC-4) | 3/23/2020 2:55:46 PM(UTC-4) | |

**Status:** Read

**Platform:** Mobile

3/23/2020 11:51:03 AM(UTC-4)

Waltzer 89

24

From: 18083210694@s.whatsapp.net Lda

What a time to be here in Oahu !
Wish was different circumstances , would have take you to get to know the island ?
Are u here on honey moon ?
So nice to hear from you :)

**Status:** Read
**Platform:** Mobile

3/25/2020 6:16:33 PM(UTC-4)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Hi!
I would love to see the island through your eyes, I'm sure you know the best places.
I came here to escape the pandemic in NYC.
I am traveling with my ex wife, Cindy. No honeymoon or relationship commitment.
How are you and your daughter?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 3/25/2020 7:16:53 PM(UTC-4) | 3/25/2020 7:39:54 PM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

3/25/2020 7:16:50 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

Heard ny is bad , good thing here is still mild compared .
We are good , we are home .

**Status:** Read
**Platform:** Mobile

3/25/2020 7:41:46 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

**Attachments:**



Title: Got dressed to go to the kitchen .
Size: 80327
File name: 8bdf406e-f057-4da0-ab71-284c991f3b34.jpg
Path: https://mmg-fna.whatsapp.net/d/f/AmEldm5-cuT5OR_liUqWVi-8lby7Fxspm50JYhvnBiM5.enc
8bdf406e-f057-4da0-ab71-284c991f3b34.jpg

**Status:** Read
**Platform:** Mobile

3/25/2020 7:43:08 PM(UTC-4)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

You look lovely

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 3/25/2020 9:04:31 PM(UTC-4) | 3/25/2020 9:17:40 PM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

3/25/2020 9:04:29 PM(UTC-4)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Hi,
How are you? Do you have any time tomorrow to meet up?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 3/31/2020 12:20:08 AM(UTC-4) | 3/31/2020 2:39:57 AM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

3/31/2020 12:20:04 AM(UTC-4)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Just me

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 3/31/2020 12:30:08 AM(UTC-4) | 3/31/2020 2:39:57 AM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

3/31/2020 12:30:05 AM(UTC-4)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

No pressure. If you're not available, we'll do another day. Supermarket meet up or other?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 3/31/2020 2:37:58 AM(UTC-4) | 3/31/2020 2:39:57 AM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

3/31/2020 2:37:54 AM(UTC-4)

Waltzer 91

From: 18083210694@s.whatsapp.net Lda

Would wed work ?

**Status:** Read

**Platform:** Mobile

3/31/2020 2:40:52 AM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

I have to go to to town wed

**Status:** Read

**Platform:** Mobile

3/31/2020 2:41:39 AM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

That would be perfect

**Status:** Read

**Platform:** Mobile

3/31/2020 2:41:51 AM(UTC-4)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Yes. Just tell me time and place.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 3/31/2020 2:42:13 AM(UTC-4) | 3/31/2020 3:12:12 AM(UTC-4) | |

**Status:** Read

**Platform:** Mobile

3/31/2020 2:42:12 AM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

Earlier the better , thinking 8:30 am ?
Place , that's a good question !
 Safeway kapahulu ?
Not sure if you know how to get there ?

**Status:** Read

**Platform:** Mobile

3/31/2020 3:13:39 AM(UTC-4)

Waltzer 92

27

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

That's fine. Just send the address, I'll find it on Waze or google maps

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 3/31/2020 3:18:00 AM(UTC-4) | 3/31/2020 3:37:45 AM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

3/31/2020 3:17:57 AM(UTC-4)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

**Attachments:**



Title: This one?
Size: 96579
File name: f8cec1d2-3f49-4b5d-ab04-e87234a7b36a.jpg
Path: https://mmg-fna.whatsapp.net/d/f/AtSgihF614zT1j9vADlx0XdsZyP-GzGiz-owltdAzuLM.enc
f8cec1d2-3f49-4b5d-ab04-e87234a7b36a.jpg

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 3/31/2020 3:20:23 AM(UTC-4) | 3/31/2020 3:37:45 AM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

3/31/2020 3:20:21 AM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

That's the one

**Status:** Read
**Platform:** Mobile

3/31/2020 3:38:08 AM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

But I'm driving so if u tell me where u at or near what I can meet u closer

**Status:** Read
**Platform:** Mobile

3/31/2020 3:38:28 AM(UTC-4)

Waltzer 93

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

1700 Ala Moana Blvd. 96815
See you Wednesday 8:30am

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 3/31/2020 4:16:59 AM(UTC-4) | 3/31/2020 5:09:56 AM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

3/31/2020 4:16:57 AM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

There is a Foodland in ala Moana mall
Which is very close to you , maybe there is better ?
**Status:** Read
**Platform:** Mobile

4/1/2020 12:05:16 AM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

So u don't have to go so far
**Status:** Read
**Platform:** Mobile

4/1/2020 12:05:23 AM(UTC-4)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

That works. See you at 8:30

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 4/1/2020 12:10:20 AM(UTC-4) | 4/1/2020 12:15:48 AM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

4/1/2020 12:10:18 AM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

Are u here ?
**Status:** Read
**Platform:** Mobile

4/1/2020 2:27:33 PM(UTC-4)

Waltzer 94

29

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Hi,
It was wonderful seeing you today. You seem to be doing great! I'm very proud of you and you should be very proud of yourself. You take wonderful care of your daughter and your mom.
You've made great investment choices. I look forward to seeing you again soon.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 4/2/2020 2:46:42 AM(UTC-4) | 4/2/2020 3:55:58 AM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

4/2/2020 2:46:38 AM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

Thank you .
It was nice seeing you as well :) .
You seem happy too .
**Status:** Read
**Platform:** Mobile

4/2/2020 3:50:53 PM(UTC-4)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Yes

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 4/2/2020 3:54:47 PM(UTC-4) | 4/2/2020 5:15:41 PM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

4/2/2020 3:54:45 PM(UTC-4)

Waltzer 95

30

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

**Attachments:**



Title: Hi,
How are you? Did you enjoy the wine?
Size: 238897
File name: 4fdb3ef6-4940-446e-8c36-e5b8a7b8b0ab.jpg
Path: https://mmg-
fna.whatsapp.net/d/f/Ag007D4YF0kF7QV6cppGAqhMORJo9T3PZ5VjNSyThhy3.enc
**4fdb3ef6-4940-446e-8c36-e5b8a7b8b0ab.jpg**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 4/11/2020 9:31:58 PM(UTC-4) | 4/12/2020 2:56:27 AM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

4/11/2020 9:31:58 PM(UTC-4)

---

From: 18083210694@s.whatsapp.net Lda

It was very nice , I will def purchase again, but that caymus right there ...

**Status:** Read
**Platform:** Mobile

4/12/2020 3:21:03 PM(UTC-4)

---

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

**Attachments:**



Title: The BV Napa 2016 is awesome. I loved the Caymus 2017.
Size: 102020
File name: 19b8e710-3303-46c0-97c8-199a61e7a585.mp4
Path: https://mmg-
fna.whatsapp.net/d/f/Aomf4XUizwjUJ5Dtwm7BVkLrFHMMypqxJ9U7eJNSUZWp.enc
**19b8e710-3303-46c0-97c8-199a61e7a585.mp4**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 4/12/2020 3:41:18 PM(UTC-4) | 4/12/2020 4:47:54 PM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

4/12/2020 3:41:15 PM(UTC-4)

Waltzer 96

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Attachments:



Title: I've been working hard
Size: 4903067
File name: eaac84d7-1ab5-4477-9bec-fda74d04479d.mp4
Path: https://mmg-fna.whatsapp.net/d/f/Avz1SMoOMXDRuO68mHEhPC8XEwyGCJiGvgr9P7IyveHR.enc
eaac84d7-1ab5-4477-9bec-fda74d04479d.mp4

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 4/12/2020 3:41:52 PM(UTC-4) | 4/12/2020 4:47:54 PM(UTC-4) | |

Status: Read
Platform: Mobile

4/12/2020 3:41:48 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

Status: Read
Platform: Mobile

4/14/2020 9:24:56 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

Please don't work so hard

Status: Read
Platform: Mobile

4/14/2020 9:25:07 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

Status: Read
Platform: Mobile

4/14/2020 9:25:11 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

Glad you enjoying the island

Status: Read
Platform: Mobile

4/14/2020 9:25:29 PM(UTC-4)

Waltzer 97

32

From: 19178421766@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Thank you. Shopping for a nice Waterview condo. I want to move. Any suggestions?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 4/14/2020 9:56:16 PM(UTC-4) | 4/14/2020 11:09:02 PM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

4/14/2020 9:56:14 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

All Hawai'i is prime

**Status:** Read
**Platform:** Mobile

4/14/2020 11:09:18 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

Koolina is amazing

**Status:** Read
**Platform:** Mobile

4/14/2020 11:09:26 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

Kailua is beautiful

**Status:** Read
**Platform:** Mobile

4/14/2020 11:09:31 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

I would recommend that

**Status:** Read
**Platform:** Mobile

4/14/2020 11:09:39 PM(UTC-4)

Waltzer 98

33

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Thank you very much

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 4/14/2020 11:51:43 PM(UTC-4) | 4/15/2020 3:04:46 AM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

4/14/2020 11:51:40 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

Hello

**Status:** Read
**Platform:** Mobile

4/30/2020 6:33:32 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

How are u ?

**Status:** Read
**Platform:** Mobile

4/30/2020 6:33:35 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

U still in Hawaii ?

**Status:** Read
**Platform:** Mobile

4/30/2020 6:33:43 PM(UTC-4)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Yes How are you?
You mentioned a place that was nice to view turtles. Where is that?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 5/1/2020 3:12:20 PM(UTC-4) | 5/3/2020 12:51:46 AM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

5/1/2020 3:12:18 PM(UTC-4)

Waltzer 99

34

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Hi,
I would to see you again before I leave. Do you have any time this week?
Would you recommend Laniakea beach for turtle watching?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 5/3/2020 12:29:53 AM(UTC-4) | 5/3/2020 12:51:46 AM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

5/3/2020 12:29:51 AM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

Good morning, sorry I don't get alerts from what's app , I have to come look at it to see I have messages.

Are u leaving this week ?

Yes Laniakea beach is good to watch the turtles , from 11:00am - 1 pm

**Status:** Read
**Platform:** Mobile

5/3/2020 2:58:45 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

Good times

**Status:** Read
**Platform:** Mobile

5/3/2020 2:58:48 PM(UTC-4)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

No, I'm not leaving this week, just want to see you. I'll probably fly to Maui in 2 weeks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 5/3/2020 3:05:13 PM(UTC-4) | 5/3/2020 3:18:47 PM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

5/3/2020 3:05:10 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

Maui is a treat

**Status:** Read
**Platform:** Mobile

5/3/2020 3:19:04 PM(UTC-4)

Waltzer 100

35

From: 18083210694@s.whatsapp.net Lda

I Don't know it well

**Status:** Read

**Platform:** Mobile

5/3/2020 3:19:13 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

But I've been few times

**Status:** Read

**Platform:** Mobile

5/3/2020 3:19:22 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

It's just beautiful

**Status:** Read

**Platform:** Mobile

5/3/2020 3:19:27 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

It crazy , the thought of grabbing a drink and having dinner , such basic things are illegal now !

**Status:** Read

**Platform:** Mobile

5/3/2020 3:20:31 PM(UTC-4)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Can't wait to find and drink on the beach

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 5/3/2020 3:50:13 PM(UTC-4) | 5/3/2020 5:21:22 PM(UTC-4) | |

**Status:** Read

**Platform:** Mobile

5/3/2020 3:50:09 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

Hey what u up to ?

**Status:** Read

**Platform:** Mobile

5/4/2020 9:43:50 PM(UTC-4)

Waltzer 101

From: 18083210694@s.whatsapp.net Lda

I have to head that way soon to pick up something ...

**Status:** Read

**Platform:** Mobile

5/4/2020 9:44:03 PM(UTC-4)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Hi, What time?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 5/4/2020 9:51:13 PM(UTC-4) | 5/4/2020 10:48:27 PM(UTC-4) | |

**Status:** Read

**Platform:** Mobile

5/4/2020 9:51:11 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

Moving my trip to town to wed .

**Status:** Read

**Platform:** Mobile

5/4/2020 10:48:43 PM(UTC-4)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Give me a time frame when you know. I look forward to seeing you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 5/4/2020 10:56:16 PM(UTC-4) | 5/6/2020 4:25:34 PM(UTC-4) | |

**Status:** Read

**Platform:** Mobile

5/4/2020 10:56:15 PM(UTC-4)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Hi,
How are you?
Are you still coming in tomorrow?
Do you have a time frame?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 5/7/2020 12:48:47 AM(UTC-4) | 5/7/2020 6:59:00 PM(UTC-4) | |

**Status:** Read

**Platform:** Mobile

5/7/2020 12:48:46 AM(UTC-4)

Waltzer 102



From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

Hi,
Any plans to come into town today?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 5/7/2020 4:46:09 PM(UTC-4) | 5/7/2020 6:59:00 PM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

5/7/2020 4:46:07 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

Hello , sorry for the lack of response , I had some last minute changes in my schedule, with work and my daughter and other things .
I won't be able to come to town .

**Status:** Read
**Platform:** Mobile

5/7/2020 7:00:15 PM(UTC-4)

From: 19178421796@s.whatsapp.net Mark (owner)
To: 18083210694@s.whatsapp.net Lda

The
Thanks for the update. Want to get a bite to eat near you?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 18083210694@s.whatsapp.net Lda | 5/7/2020 7:48:21 PM(UTC-4) | 5/8/2020 3:19:17 AM(UTC-4) | |

**Status:** Read
**Platform:** Mobile

5/7/2020 7:48:19 PM(UTC-4)

From: 18083210694@s.whatsapp.net Lda

Yeah , not today ... would you be able to text me normal , not in what's app because I don't get the message .

**Status:** Read
**Platform:** Mobile

5/8/2020 3:20:23 AM(UTC-4)

From: System Message System Message

Missed Voice Call

**Platform:** Mobile

3/11/2022 5:04:08 PM(UTC-5)

Waltzer 103

From: System Message System Message

You blocked this contact. Tap to unblock

**Platform:** Mobile

3/11/2022 5:08:41 PM(UTC-5)

## Contacts (3)

| # | Contact | Timestamp | Entries | Addresses | Notes | Additional info | Deleted |
|---|---------|-----------|---------|-----------|-------|-----------------|---------|
| 1 | **Interaction Statuses:** Chat Participant **Source:** Native Messages **Account:** mwaltze@live.com | | **Phone:** Phone Number +18083210694 | | | | |
| 2 | **Name:** Lda **Interaction Statuses:** Blocked **Source:** WhatsApp **Account:** 19178421796@s.whatsapp.net **Photos:** 18083210694-1591235664.thumb | | **User ID:** Id F451BFB5-FF8A-4559-9CD6-3C3BCFE4FDFA:ABPerson WhatsApp User Id 18083210694@s.whatsapp.net Push Name Laura Nakasone **Phone:** +18083210694 | | | **About:** Hey there! I am using WhatsApp. | |
| 3 | **Name:** Lda | **Created:** 1/11/2017 1:30:23 PM(UTC-5) **Modified:** 4/16/2022 9:48:46 AM(UTC-4) | **User ID:** User ID F451BFB5-FF8A-4559-9CD6-3C3BCFE4FDFA:ABPerson **Phone:** General +18083210694 | | Jan 19 1985 7/23/02 | | |

## Data Files (19)

### Images (15)

| # | File Info | | Additional file info | | Thumbnail | Deleted |
|---|-----------|--|----------------------|--|-----------|---------|
| 1 | **Name:** **Path:** **MD5:** | 0DEA8E5E-1210-46EE-9E55-8485CE20C8D8.JPG Mark's iPhone (4)/mobile/Media/PhotoData/CPLAssets/group363/0DEA8E5E-1210-46EE-9E55-8485CE20C8D8.JPG 731714058161aeb01cdfd9deb58479de | **Size (bytes):** **Created:** **Modified:** **Accessed:** Meta Data: **Camera Make:** **Camera Model:** **Capture Time:** **Pixel resolution:** **Resolution:** **Orientation:** **Lat/Lon:** | 1981937 4/15/2022 11:34:48 AM(UTC-4) 4/15/2022 11:34:49 AM(UTC-4) 4/15/2022 11:34:49 AM(UTC-4) Apple iPhone 4S 12/28/2013 11:15:36 PM 3264x2448 72x72 (Unit: Inch) Rotate 180 40.727000 / -73.820167 | | |
| 2 | **Name:** **Path:** **MD5:** | 0DEA8E5E-1210-46EE-9E55-8485CE20C8D8.JPG Mark's iPhone (4)/mobile/Media/PhotoData/Metadata/PhotoData/CPLAssets/group363/0DEA8E5E-1210-46EE-9E55-8485CE20C8D8.JPG b4b8b28e6dfd3d0d0a3a020674e14fc4 | **Size (bytes):** **Created:** **Modified:** **Accessed:** Meta Data: **Camera Make:** **Camera Model:** **Capture Time:** **Pixel resolution:** **Resolution:** **Lat/Lon:** | 720110 10/18/2021 12:22:15 AM(UTC-4) 10/18/2021 12:22:38 AM(UTC-4) 10/18/2021 12:22:38 AM(UTC-4) Apple iPhone 4S 12/28/2013 11:15:36 PM 3264x2448 72x72 (Unit: Inch) 40.727000 / -73.820167 | | |

Waltzer 104

| | | | | | |
|---|---|---|---|---|---|
| 3 | **Name:** | 180832106941591235664.thumb | **Size (bytes):** | 2696 | |
| | **Path:** | Mark's iPhone (4)/mobile/Containers/Shared/App Group/group.net.whatsapp.WhatsApp.shared/Media/Profile/18083210694-1591235664.thumb | **Created:** **Modified:** **Accessed:** **Attachments:** **Attachment source:** | 4/25/2022 9:13:22 PM(UTC-4) 4/25/2022 9:13:22 PM(UTC-4) 4/25/2022 9:13:22 PM(UTC-4) 2 Chat (1) Contact (1) | |
| | **MD5:** | 5cdc13d1278454e8fb2087644b8c57e7 | | | |
| 4 | **Name:** | 39FFFB30-0771-405B-A70E-B3CFBD82080C.JPG | **Size (bytes):** | 93424 | |
| | **Path:** | Mark's iPhone (4)/mobile/Media/PhotoData/Metadata/PhotoData/CPLAssets/group363/39FFFB30-0771-405B-A70E-B3CFBD82080C.JPG | **Created:** **Modified:** **Accessed:** Meta Data: | 10/18/2021 12:21:36 AM(UTC-4) 10/18/2021 12:21:54 AM(UTC-4) 10/18/2021 12:21:54 AM(UTC-4) | |
| | **MD5:** | 719e33ef9bd31b3af8fd90e06ffbb9c5 | **Pixel resolution:** | 640x1136 | |
| 5 | **Name:** | 46B19742-ED3E-4EDA-8BC3-90FBB2CDEB90.JPG | **Size (bytes):** | 12888 | |
| | **Path:** | Mark's iPhone (4)/mobile/Media/PhotoData/CPLAssets/group102/46B19742-ED3E-4EDA-8BC3-90FBB2CDEB90.JPG | **Created:** **Modified:** **Accessed:** Meta Data: | 10/18/2021 1:31:19 AM(UTC-4) 10/18/2021 1:31:47 AM(UTC-4) 10/18/2021 1:31:47 AM(UTC-4) | |
| | **MD5:** | 3471423d7075ea68df0ed2b61e3aef36 | **Pixel resolution:** **Resolution:** **Orientation:** | 133x200 72x72 (Unit: Inch) Horizontal (normal) | |
| 6 | **Name:** | 4fdb3ef6-4940-446e-8c36-e5b8a7b8b0ab.jpg | **Size (bytes):** | 238897 | |
| | **Path:** | Mark's iPhone (4)/mobile/Containers/Shared/App Group/group.net.whatsapp.WhatsApp.shared/Message/Media/18083210694@s.whatsapp.net/4/f/4fdb3ef6-4940-446e-8c36-e5b8a7b8b0ab.jpg | **Created:** **Modified:** **Accessed:** **Attachments:** **Attachment source:** | 4/11/2020 9:31:58 PM(UTC-4) 4/11/2020 9:31:58 PM(UTC-4) 4/11/2020 9:31:58 PM(UTC-4) 1 WhatsApp (1) | |
| | **MD5:** | 83723909351418cfd7e5952d7cde662 | | | |
| 7 | **Name:** | 74CBD9CB-4514-4DC3-8F7E-48A6E0F3C3C2.JPG | **Size (bytes):** | 129061 | |
| | **Path:** | Mark's iPhone (4)/mobile/Media/PhotoData/CPLAssets/group476/74CBD9CB-4514-4DC3-8F7E-48A6E0F3C3C2.JPG | **Created:** **Modified:** **Accessed:** Meta Data: | 10/18/2021 1:30:49 AM(UTC-4) 10/18/2021 1:31:05 AM(UTC-4) 10/18/2021 1:31:05 AM(UTC-4) | |
| | **MD5:** | b7f1a98925aa96c5ae4fb2e68e8c3268 | **Pixel resolution:** **Resolution:** **Orientation:** | 477x720 72x72 (Unit: Inch) Horizontal (normal) | |
| 8 | **Name:** | 8ABD603A-D738-4FFF-B82A-CA00650326B4.JPG | **Size (bytes):** | 745646 | |
| | **Path:** | Mark's iPhone (4)/mobile/Media/PhotoData/Metadata/PhotoData/CPLAssets/group214/8ABD603A-D738-4FFF-B82A-CA00650326B4.JPG | **Created:** **Modified:** **Accessed:** Meta Data: **Camera Make:** **Camera Model:** **Capture Time:** **Pixel resolution:** **Resolution:** **Lat/Lon:** | 10/18/2021 12:22:23 AM(UTC-4) 10/18/2021 12:22:46 AM(UTC-4) 10/18/2021 12:22:46 AM(UTC-4) Apple iPhone 4S 12/29/2013 8:06:30 PM 3264x2448 72x72 (Unit: Inch) 40.727000 / -73.820000 | |
| | **MD5:** | 820c6ac07ca603e5a0390024b743d03f | | | |
| 9 | **Name:** | 8bdf406e-f057-4da0-ab71-284c991f3b34.jpg | **Size (bytes):** | 80327 | |
| | **Path:** | Mark's iPhone (4)/mobile/Containers/Shared/App Group/group.net.whatsapp.WhatsApp.shared/Message/Media/18083210694@s.whatsapp.net/8/b/8bdf406e-f057-4da0-ab71-284c991f3b34.jpg | **Created:** **Modified:** **Accessed:** **Attachments:** **Attachment source:** | 3/25/2020 7:43:19 PM(UTC-4) 3/25/2020 7:43:19 PM(UTC-4) 3/25/2020 7:43:19 PM(UTC-4) 1 WhatsApp (1) | |
| | **MD5:** | 2227c4fb9fe09ee5d24d3074d622c456 | | | |

| | | | | |
|---|---|---|---|---|
| 10 | **Name:** 959F9FDB5FCD-44A4-B5E6-9E73DCCB2C43.JPG <br> **Path:** Mark's iPhone (4)/mobile/Media/PhotoData/Metadata/PhotoData/CPLAssets/group289/959187DB-91CD-44A4-B5E6-9E73DCCB2C43.JPG <br> **MD5:** dfd3d52340872d90898e20b2a79b1b44 | **Size (bytes):** 469269 <br> **Created:** 10/18/2021 12:22:00 AM(UTC-4) <br> **Modified:** 10/18/2021 12:22:20 AM(UTC-4) <br> **Accessed:** 10/18/2021 12:22:20 AM(UTC-4) <br> **Meta Data:** <br> **Camera Make:** Apple <br> **Camera Model:** iPhone 5 <br> **Capture Time:** 12/21/2013 11:40:05 PM <br> **Pixel resolution:** 3264x2448 <br> **Resolution:** 72x72 (Unit: Inch) |  | |
| 11 | **Name:** E2311B68-A916-4057-8050-4BC99945FFFD.JPG <br> **Path:** Mark's iPhone (4)/mobile/Media/PhotoData/CPLAssets/group405/E2311B68-A916-4057-8050-4BC99945FFFD.JPG <br> **MD5:** 5bb7d20f76a404a1a6fe8afa80c07b9c | **Size (bytes):** 112450 <br> **Created:** 10/18/2021 1:31:19 AM(UTC-4) <br> **Modified:** 10/18/2021 1:31:47 AM(UTC-4) <br> **Accessed:** 10/18/2021 1:31:47 AM(UTC-4) <br> **Meta Data:** <br> **Pixel resolution:** 720x960 <br> **Resolution:** 72x72 (Unit: Inch) <br> **Orientation:** Horizontal (normal) |  | |
| 12 | **Name:** f8cec1d2-3f49-4b5d-ab04-e87234a7b36a.jpg <br> **Path:** Mark's iPhone (4)/mobile/Containers/Shared/AppGroup/group.net.whatsapp.WhatsApp.shared/Message/Media/180832 10694@s.whatsapp.net/f/8/f8cec1d2-3f49-4b5d-ab04-e87234a7b36a.jpg <br> **MD5:** 03baa8f19a22fe0d341a2cadc9137377 | **Size (bytes):** 96579 <br> **Created:** 3/31/2020 3:20:21 AM(UTC-4) <br> **Modified:** 3/31/2020 3:20:21 AM(UTC-4) <br> **Accessed:** 3/31/2020 3:20:21 AM(UTC-4) <br> **Attachments:** 1 <br> **Attachment source:** WhatsApp (1) |  | |
| 13 | **Name:** F8DF1ECA-3B67-44D4-A91B-A2781532CC71.JPG <br> **Path:** Mark's iPhone (4)/mobile/Media/PhotoData/Metadata/PhotoData/CPLAssets/group252/F8DF1ECA-3B67-44D4-A91B-A2781532CC71.JPG <br> **MD5:** b87fdbff937afa54d2908792fef0511c | **Size (bytes):** 371586 <br> **Created:** 10/18/2021 12:21:26 AM(UTC-4) <br> **Modified:** 10/18/2021 12:21:46 AM(UTC-4) <br> **Accessed:** 10/18/2021 12:21:46 AM(UTC-4) <br> **Meta Data:** <br> **Camera Make:** Apple <br> **Camera Model:** iPhone 5 <br> **Capture Time:** 9/25/2013 1:15:14 PM <br> **Pixel resolution:** 3264x2448 <br> **Resolution:** 72x72 (Unit: Inch) |  | |
| 14 | **Name:** FD957D33-C950-4D85-9108-8F5BCF6DFF2A.JPG <br> **Path:** Mark's iPhone (4)/mobile/Media/PhotoData/CPLAssets/group184/FD957D33-C950-4D85-9108-8F5BCF6DFF2A.JPG <br> **MD5:** 950cbf543cbc197f8124fa897ff66318 | **Size (bytes):** 67667 <br> **Created:** 10/18/2021 1:31:33 AM(UTC-4) <br> **Modified:** 10/18/2021 1:31:58 AM(UTC-4) <br> **Accessed:** 10/18/2021 1:31:58 AM(UTC-4) <br> **Meta Data:** <br> **Pixel resolution:** 408x513 <br> **Resolution:** 72x72 (Unit: Inch) <br> **Orientation:** Horizontal (normal) |  | |
| 15 | **Name:** ms-fBJPvR.gif <br> **Path:** Mark's iPhone (4)/mobile/Library/SMS/Attachments/78/08/73F0D654-57B9-4C48-807F-E3596707D64F/ms-fBJPvR.gif <br> **MD5:** 812440b2992c845c56b7b53c89238971 | **Size (bytes):** 140818 <br> **Created:** 5/10/2020 2:45:26 PM(UTC-4) <br> **Modified:** 5/10/2020 2:45:26 PM(UTC-4) <br> **Accessed:** 5/10/2020 2:45:26 PM(UTC-4) <br> **Attachments:** 1 <br> **Attachment source:** Native Messages (1) |  | |

Waltzer 106

Videos (4)

| # | File Info | | Additional file info | | Thumbnail | Deleted |
|---|---|---|---|---|---|---|
| 1 | Name: | 19b8e710-3303-46c0-97c8-199a61e7a585.mp4 | Size (bytes): | 102020 |  | |
| | Path: | Mark's iPhone (4)/mobile/Containers/Shared/App Group/group.net.whatsapp.WhatsApp.shared/Message/Media/180832 10694@s.whatsapp.net/1/9/19b8e 710-3303-46c0-97c8-199a61e7a585.mp4 | Created: | 4/12/2020 3:41:15 PM(UTC-4) | | |
| | | | Modified: | 4/12/2020 3:41:15 PM(UTC-4) | | |
| | | | Accessed: | 4/12/2020 3:41:15 PM(UTC-4) | | |
| | | | Attachments: | 1 | | |
| | | | Attachment source: | WhatsApp (1) | | |
| | MD5: | 994a76c3c59658478c33bd831365 ab5e | | | | |
| 2 | Name: | dcd53e53-0cba-4928-948d-ba8a7eef779f.mp4 | Size (bytes): | 85477 |  | |
| | Path: | Mark's iPhone (4)/mobile/Containers/Shared/App Group/group.net.whatsapp.WhatsApp.shared/Message/Media/180832 10694@s.whatsapp.net/d/c/dcd53e 53-0cba-4928-948d-ba8a7eef779f.mp4 | Created: | 1/19/2018 2:51:23 PM(UTC-5) | | |
| | | | Modified: | 1/19/2018 2:51:23 PM(UTC-5) | | |
| | | | Accessed: | 1/19/2018 2:51:23 PM(UTC-5) | | |
| | | | Attachments: | 1 | | |
| | | | Attachment source: | WhatsApp (1) | | |
| | MD5: | a967421c8f5408898d0b3da58247 38af | | | | |
| 3 | Name: | eaac84d7-1ab5-4477-9bec-fda74d04479d.mp4 | Size (bytes): | 4903067 |  | |
| | Path: | Mark's iPhone (4)/mobile/Containers/Shared/App Group/group.net.whatsapp.WhatsApp.shared/Message/Media/180832 10694@s.whatsapp.net/e/a/eaac8 4d7-1ab5-4477-9bec-fda74d04479d.mp4 | Created: | 4/12/2020 3:41:49 PM(UTC-4) | | |
| | | | Modified: | 4/12/2020 3:41:49 PM(UTC-4) | | |
| | | | Accessed: | 4/12/2020 3:41:49 PM(UTC-4) | | |
| | | | Attachments: | 1 | | |
| | | | Attachment source: | WhatsApp (1) | | |
| | MD5: | 437f0ac6d641286287265126307af 0be | | | | |
| 4 | Name: | f11f8c3f-eb2f-4a60-ab14-9525c203f39f.mp4 | Size (bytes): | 43983 |  | |
| | Path: | Mark's iPhone (4)/mobile/Containers/Shared/App Group/group.net.whatsapp.WhatsApp.shared/Message/Media/180832 10694@s.whatsapp.net/f/1/f11f8c3 f-eb2f-4a60-ab14-9525c203f39f.mp4 | Created: | 1/17/2020 4:43:34 PM(UTC-5) | | |
| | | | Modified: | 1/17/2020 4:43:34 PM(UTC-5) | | |
| | | | Accessed: | 1/17/2020 4:43:34 PM(UTC-5) | | |
| | | | Attachments: | 1 | | |
| | | | Attachment source: | WhatsApp (1) | | |
| | MD5: | e6e95f6fa6f15c8d1f2e201751e9c7 4f | | | | |

Waltzer 107