UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
JANE DOE,

                        Plaintiff,                    Case No: 21-cv-4332 (FB)(RML)

    -against-

                                              **NOTICE OF APPEARANCE**

NEW YORK CITY DEPARTMENT OF EDUCATION,
CITY OF NEW YORK, MARK WALTZER,
DOUGLAS MEINERS, MICHAEL EISENBERG and
JOHN DOES Nos. 1 & 2,

                        Defendants.
------------------------------------------------------------------x

      PLEASE TAKE NOTICE, that The New York City Law Department, Office of the Corporation Counsel, by John J. Doody, Assistant Corporation Counsel, hereby appears as attorney to be noticed on behalf of Defendants NEW YORK CITY DEPARTMENT OF EDUCATION and CITY OF NEW YORK and respectfully requests that all papers and communications pertaining to this action be served accordingly.

Dated:  New York, New York
           September 12, 2023

                                              HON. SYLVIA O. HINDS-RADIX
                                              Corporation Counsel of the City of New York
                                              100 Church Street, Rm. 2-192
                                              New York, New York 10007
                                              Phone: (212) 356-4362
                                              Fax:   (212) 356-1148
                                              johdoody@law.nyc.gov

                                              By:  /s/ John J. Doody
                                                    John J. Doody (JD-0552)
                                                    Assistant Corporation Counsel

TO:  Counsel of record (via ECF)