# EXHIBIT A

**Andrew Stoll**

| | |
|---|---|
| **From:** | Andrew Stoll |
| **Sent:** | Saturday, August 19, 2023 11:37 AM |
| **To:** | Jacquelyn Dainow; Karl Ashanti |
| **Subject:** | Adjourn Trial? |

Hi folks.  Everyone has been working in earnest to complete our discovery on time in the Waltzer case, but I think we would all be better off giving it another couple months till trial.  Expert disclosures and depositions have yet to even start, pretrial motions will need to be briefed, we all doubtless have additional things we want and will want to develop that arise/arose from depositions.  I'd recommend we ask the Court for an adjournment.  What do you folks think?

There is also I think a possibility that a trial I was supposed to start on 9/5 in Kings Supreme Criminal Term - and for which the Court gave me a letter of engagement- will end up taking priority, since I'm getting surgery then.  That's obviously for the judges to decide, not me.  I'm not sure how the uniform court rules for trial priority in State Court interact with Federal Court.  I imagine my state case will defer to the federal one, but it's a very old and very serious case, albeit with a client who is not incarcerated.


Andrew B. Stoll
Stoll, Glickman & Bellina, LLP
300 Cadman Plaza W., 12th Floor
Brooklyn, NY  11201
(718) 852-3710

**Exhibit A- 2**

**Andrew Stoll**

| | |
|---|---|
| **From:** | Karl Ashanti <k.ashanti@musa-obregon.com> |
| **Sent:** | Monday, August 21, 2023 1:54 PM |
| **To:** | Andrew Stoll |
| **Cc:** | Jacquelyn Dainow; S. MICHAEL MUSA-OBREGON |
| **Subject:** | Re: Adjourn Trial? |

Hey, Andrew.

While we appreciate you reaching out to address this issue, we have made a lot of planning, scheduling, re-scheduling and other arrangements that squarely center around the trial commencing, as scheduled, on Monday, October 2nd. We wish you a full and speedy recovery from your upcoming surgery, although we know you previously described it as minor.

Also, just a reminder to please cc my co-counsel on all correspondence.

Regards,

Karl J. Ashanti, Esq.
Musa-Obregon Law PC
55-21 69th Street, 2nd FL  Maspeth, N.Y. 11378
Tel:(718)803-1000
Fax:(718)374-6576
www.musa-obregon.com


On Sat, Aug 19, 2023 at 11:36 AM Andrew Stoll <astoll@stollglickman.com> wrote:

> Hi folks.  Everyone has been working in earnest to complete our discovery on time in the Waltzer case, but I think we would all be better off giving it another couple months till trial.  Expert disclosures and depositions have yet to even start, pretrial motions will need to be briefed, we all doubtless have additional things we want and will want to develop that arise/arose from depositions.  I'd recommend we ask the Court for an adjournment.  What do you folks think?
>
> There is also I think a possibility that a trial I was supposed to start on 9/5 in Kings Supreme Criminal Term - and for which the Court gave me a letter of engagement- will end up taking priority, since I'm getting surgery then.  That's obviously for the judges to decide, not me.  I'm not sure how the uniform court rules for trial priority in State Court interact with Federal Court.  I imagine my state case will defer to the federal one, but it's a very old and very serious case, albeit with a client who is not incarcerated.
>
>
> Andrew B. Stoll
> Stoll, Glickman & Bellina, LLP
> 300 Cadman Plaza W., 12th Floor
> Brooklyn, NY  11201
> (718) 852-3710

1

**Exhibit A- 3**

**Andrew Stoll**

| | |
|---|---|
| **From:** | Andrew Stoll |
| **Sent:** | Wednesday, August 23, 2023 6:53 PM |
| **To:** | Dainow, Jacquelyn (LAW); 'Karl Ashanti'; molawfirm@gmail.com |
| **Cc:** | S. MICHAEL MUSA-OBREGON |
| **Subject:** | Expert Discovery and Requests to Admit |

Hi folks.  The Court has written that discovery is scheduled to close by 9/8.   No separate expert discovery was scheduled.  What are the parties' positions on expert disclosure timing, expert depositions, and whether Plaintiff is required to answer the request for admissions that was served before the close of discovery, but whose deadline falls after the technical close of discovery?

Our suggestion would be that we should set a separate expert discovery schedule, and that the requests for admissions still require an answer (though you may just want to send that out right away and avoid the controversy- like I said they're narrow- and simple).

Please let me know as soon as you can so we can sort it out with the Court if necessary.

Thank you.

Andrew B. Stoll
Stoll, Glickman & Bellina, LLP
300 Cadman Plaza W., 12th Floor
Brooklyn, NY  11201
(718) 852-371

**Exhibit A- 4**

**Andrew Stoll**

| | |
|---|---|
| **From:** | Andrew Stoll |
| **Sent:** | Thursday, August 24, 2023 9:41 AM |
| **To:** | Dainow, Jacquelyn (LAW); 'Karl Ashanti'; molawfirm@gmail.com |
| **Cc:** | S. MICHAEL MUSA-OBREGON |
| **Subject:** | RE: Expert Discovery and Requests to Admit |

Hi folks.  I will not be appearing at the deposition of Meiner today.

Please get back to me as soon as possible on the issues I outlined below so we can raise it with the Court at the soonest possible moment.  Thanks.

Andrew B. Stoll
Stoll, Glickman & Bellina, LLP
300 Cadman Plaza W., 12th Floor
Brooklyn, NY  11201
(718) 852-3710

**From:** Andrew Stoll <astoll@stollglickman.com>
**Sent:** Wednesday, August 23, 2023 6:53 PM
**To:** Dainow, Jacquelyn (LAW) <jadainow@law.nyc.gov>; 'Karl Ashanti' <k.ashanti@musa-obregon.com>; molawfirm@gmail.com
**Cc:** S. MICHAEL MUSA-OBREGON <molawfirm@gmail.com>
**Subject:** Expert Discovery and Requests to Admit

Hi folks.  The Court has written that discovery is scheduled to close by 9/8.   No separate expert discovery was scheduled.  What are the parties' positions on expert disclosure timing, expert depositions, and whether Plaintiff is required to answer the request for admissions that was served before the close of discovery, but whose deadline falls after the technical close of discovery?

Our suggestion would be that we should set a separate expert discovery schedule, and that the requests for admissions still require an answer (though you may just want to send that out right away and avoid the controversy- like I said they're narrow- and simple).

Please let me know as soon as you can so we can sort it out with the Court if necessary.

Thank you.

Andrew B. Stoll
Stoll, Glickman & Bellina, LLP
300 Cadman Plaza W., 12th Floor
Brooklyn, NY  11201
(718) 852-371

1

**Exhibit A- 5**

**Andrew Stoll**

| | |
|---|---|
| **From:** | Andrew Stoll |
| **Sent:** | Saturday, August 26, 2023 2:40 PM |
| **To:** | S. MICHAEL MUSA-OBREGON; Karl Ashanti; Jacquelyn Dainow |
| **Subject:** | RE: Mark Waltzer's Request for Admissions |

Hi folks. I am writing again about our requests to admit. As I think you know, they are simply about nothing more than a concession about when the first Lord of the Rings movie (of the live action trilogy) was released and when the DVD was released. It is to avoid having to call an expert on this point.

I know you're aware of the relevance of release date of the movie, though Michael, in case you're not, it's because Laura's sister testified that they watched the Lord of the Rings at Mark's apartment that New Year's Eve, and the DVD was not released till mid 2002.

I think if I have to go to the Court on this issue they will be less than impressed at a refusal to admit these very obvious points, and hope that you will agree to answer these requests to admit, or agree now to a stipulation.

Please let me know by Monday, as I need to write to the Court at the soonest possible moment if you are not agreeing to extend discovery for this limited purpose.

I am also awaiting your position on expert disclosures and a schedule for them and expert depositions.


Andrew B. Stoll
Stoll, Glickman & Bellina, LLP
300 Cadman Plaza W., 12th Floor
Brooklyn, NY  11201
(718) 852-3710

---

**From:** Andrew Stoll
**Sent:** Wednesday, August 23, 2023 5:21:54 PM
**To:** S. MICHAEL MUSA-OBREGON
**Subject:** FW: Mark Waltzer's Request for Admissions


Andrew B. Stoll
Stoll, Glickman & Bellina, LLP
300 Cadman Plaza W., 12th Floor
Brooklyn, NY  11201
(718) 852-3710

---

**From:** Andrew Stoll
**Sent:** Wednesday, August 23, 2023 5:16 PM
**To:** Karl Ashanti ; muysal@muysallaw.com; Jacquelyn Dainow
**Subject:** Mark Waltzer's Request for Admissions

1

Please see the attached request for admissions directed to Plaintiff. They are on a very narrow issue as you will see.

Andrew B. Stoll
Stoll, Glickman & Bellina, LLP
300 Cadman Plaza W., 12th Floor
Brooklyn, NY 11201
(718) 852-3710

2

Exhibit A- 7

**Andrew Stoll**

| | |
|---|---|
| **From:** | Andrew Stoll |
| **Sent:** | Saturday, August 26, 2023 2:43 PM |
| **To:** | S. MICHAEL MUSA-OBREGON; Karl Ashanti; Jacquelyn Dainow |
| **Subject:** | RE: Mark Waltzer's Request for Admissions |

Here is the timing on expert disclosures under FRCP.

*D) Time to Disclose Expert Testimony.* A party must make these disclosures at the times and in the sequence that the court orders. Absent a stipulation or a court order, the disclosures must be made:

(i) at least 90 days before the date set for trial or for the case to be ready for trial; or

(ii) if the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B) or (C), within 30 days after the other party's disclosure.

Andrew B. Stoll
Stoll, Glickman & Bellina, LLP
300 Cadman Plaza W., 12th Floor
Brooklyn, NY  11201
(718) 852-3710

**From:** Andrew Stoll <astoll@stollglickman.com>
**Sent:** Saturday, August 26, 2023 2:40 PM
**To:** S. MICHAEL MUSA-OBREGON <molawfirm@gmail.com>; Karl Ashanti <k.ashanti@musa-obregon.com>; Jacquelyn Dainow <jadainow@law.nyc.gov>
**Subject:** RE: Mark Waltzer's Request for Admissions

Hi folks.  I am writing again about our requests to admit.  As I think you know, they are simply about nothing more than a concession about when the first Lord of the Rings movie (of the live action trilogy) was released and when the DVD was released.  It is to avoid having to call an expert on this point.

I know you're aware of the relevance of release date of the movie, though Michael, in case you're not, it's because Laura's sister testified that they watched the Lord of the Rings at Mark's apartment that New Year's Eve, and the DVD was not released till mid 2002.

I think if I have to go to the Court on this issue they will be less than impressed at a refusal to admit these very obvious points, and hope that you will agree to answer these requests to admit, or agree now to a stipulation.

Please let me know by Monday, as I need to write to the Court at the soonest possible moment if you are not agreeing to extend discovery for this limited purpose.

I am also awaiting your position on expert disclosures and a schedule for them and expert depositions.

1

**Exhibit A- 8**

Andrew B. Stoll
Stoll, Glickman & Bellina, LLP
300 Cadman Plaza W., 12th Floor
Brooklyn, NY  11201
(718) 852-3710

---

**From:** Andrew Stoll
**Sent:** Wednesday, August 23, 2023 5:21:54 PM
**To:** S. MICHAEL MUSA-OBREGON
**Subject:** FW: Mark Waltzer's Request for Admissions


Andrew B. Stoll
Stoll, Glickman & Bellina, LLP
300 Cadman Plaza W., 12th Floor
Brooklyn, NY  11201
(718) 852-3710

---

**From:** Andrew Stoll
**Sent:** Wednesday, August 23, 2023 5:16 PM
**To:** Karl Ashanti ; muysal@muysallaw.com; Jacquelyn Dainow
**Subject:** Mark Waltzer's Request for Admissions


Please see the attached request for admissions directed to Plaintiff.  They are on a very narrow issue as you will see.

Andrew B. Stoll
Stoll, Glickman & Bellina, LLP
300 Cadman Plaza W., 12th Floor
Brooklyn, NY  11201
(718) 852-3710

2

**Exhibit A- 9**