

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**Jacquelyn A. Dainow**
Phone: (212) 356-0896
Fax: (212) 356-1148
jadainow@law.nyc.gov
(not for service)

October 18, 2023

**By ECF**
Hon. Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Jane Doe v. New York City Department of Education, et al*, 21-cv-4332 (FB)(RML)

Dear Judge Block:

I am the Assistant Corporation Counsel in the Office of the Corporation Counsel assigned to represent the New York City Department of Education ("DOE") in the above-referenced case.

I write jointly with all parties, in compliance with Your Honor's text Order dated September 27, 2023, to inform the Court of the parties' agreed upon briefing schedule for dispositive motions.

The parties have agreed to the following briefing schedule for Defendants' summary judgment motions:

- Motions for Summary Judgment due by November 8, 2023;

- Opposition due by December 1, 2023; and

- Replies due by December 18, 2023.

The parties thank Your Honor for your consideration.

Respectfully submitted,

/s/ Jacquelyn Dainow

Jacquelyn Dainow  
Assistant Corporation Counsel

cc: All Counsel of Record via ECF