UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

JANE DOE,

                              *Plaintiffs*,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
MARK WALTZER, DOUGLAS MEINERS, MICHAEL
EISENBERG AND JOHN DOES #1 THROUGH #2,

                              *Defendants*.

------------------------------------------------------------------ X

**NOTICE OF MOTION**

21-cv-4332 (FB)(RML)

**PLEASE TAKE NOTICE** that, upon the accompanying Local Rule 56.1 Statement dated November 8, 2023, Declaration of Jacquelyn Dainow dated November 8, 2023, and the exhibits annexed thereto, Defendant New York City Department of Education's ("DOE") Memorandum of Law in Support of its Motion for Summary Judgment dated November 8, 2023, and all pleadings and prior proceedings herein, Defendant DOE will move this Court, before the Honorable Frederic Block, United States District Judge, Eastern District of New York, at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting Defendant DOE's motion for summary judgment, dismissing the Third Amended Complaint in its entirety, and granting Defendant DOE such other and further relief as the Court shall deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, per the Court's text Order dated October 18, 2023 adopting the parties' agreed upon briefing schedule (ECF No. 140), Plaintiff's Opposition to Defendant DOE's Motion for Summary Judgment shall be served by December 1, 2023, and Defendant DOE's Reply in Support of its Motion for Summary Judgment shall be served by

December 18, 2023.  Further, Defendant DOE shall file its fully briefed summary judgment motion by December 18, 2023.

Dated:    New York, New York
          November 8, 2023

                                      **HON. SYLVIA O. HINDS-RADIX**
                                      Corporation Counsel
                                      of the City of New York
                                      *Attorney for Defendant DOE*
                                      100 Church Street
                                      New York, New York 10007
                                      (212) 356-0896

                                  By:    s/Jacquelyn Dainow
                                            Jacquelyn A. Dainow, Esq.
                                            Assistant Corporation Counsel

To:    **VIA ECF**

       Karl Ashanti, Esq.
       Musa-Obregon Law PC
       55-21 69th Street, 2nd FL
       Maspeth, N.Y. 11378
       k.ashanti@musa-obregon.com
       *Attorneys for Plaintiff*

       Andrew Stoll, Esq.
       Stoll, Glickman & Bellina, LLP
       300 Cadman Plaza W., 12th Floor
       Brooklyn, NY  11201
       astoll@stollglickman.com
       *Attorneys for Mark Waltzer*