UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

JANE DOE,

                          *Plaintiffs*,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, MARK WALTZER, DOUGLAS MEINERS, MICHAEL EISENBERG AND JOHN DOES #1 THROUGH #2,

                          *Defendants*.

**DECLARATION OF JACQUELYN DAINOW IN SUPPORT OF DEFENDANT DOE'S MOTION FOR SUMMARY JUDGMENT**

21-cv-4332 (FB)(RML)

------------------------------------------------------------------ X

       **JACQUELYN DAINOW**, under penalty of perjury, declares pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

       1.    I am an Assistant Corporation Counsel in the Office of Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendant, New York City Department of Education ("DOE"). As such, I am familiar with the facts and circumstances set forth herein.

       2.    I submit this Declaration in further support of Defendant DOE's motion for summary judgment.

       3.    Attached hereto as Exhibit "A" is a true and accurate copy of the transcript of day one of Plaintiff Jane Doe's deposition, held on July 27, 2023.

       4.    Attached hereto as Exhibit "B" is a true and accurate copy of the transcript of day two of Plaintiff Jane Doe's deposition, held on July 28, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
November 8, 2023

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel
of the City of New York
*Attorney for Defendant DOE*
100 Church Street
New York, New York 10007
(212) 356-0896

By: s/Jacquelyn Dainow
Jacquelyn A. Dainow, Esq.
Assistant Corporation Counsel

2