1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x
JANE DOE,

                    Plaintiff,

        - against -                    Index No.
                                       21 CV 4332
NEW YORK CITY DEPARTMENT OF EDUCATION, (FB)(RML)
MARK WALTZER, DOUGLAS MEINERS, MICHAEL
EISENBERG and JOHN DOES #1 through #2,

                    Defendants.
-------------------------------------x

                    July 27, 2023
                    10:00 a.m.


        DEPOSITION of JANE DOE, the Plaintiff

herein, taken by the attorneys for their

respective parties, held at 100 Church Street,

New York, New York 10007, pursuant to Notice,

and held before Karen Viggiano, a Shorthand

Reporter and Notary Public within and for the

State of New York.

2

1

2    A P P E A R A N C E S :

3

4    MUSA-OBREGON LAW PC
     Attorneys for Plaintiff
5          55-21 69th Street
           Maspeth, New York 11378
6
     BY:    KARL J. ASHANTI, ESQ.
7           S. MICHAEL MUSA-OBREGON, ESQ.

8

9    CORPORATION COUNSEL CITY OF NEW YORK
     Attorneys for Defendant
10   New York City Department of Education
           100 Church Street
11         New York, New York 10007

12   BY:    JACQUELYN DAINOW, ESQ.
           JOHN J. DOODY, ESQ.
13         File# 2021022733

14
     STOLL GLICKMAN & BELLINA
15   Attorneys for Defendant
     Mark Waltzer
16         300 Cadman Plaza West
           Brooklyn, New York 11201
17
     BY:    ANDREW STOLL, ESQ.
18

19
     ALSO PRESENT:  MARK WALTZER
20

21

22

23

24

25

3

1

2                    STIPULATIONS

3

4     IT IS HEREBY STIPULATED AND AGREED by

5  and between the attorneys for the respective

6  parties herein that the filing, sealing and

7  certification of the within deposition be

8  waived.

9     That such deposition may be signed

10  and sworn to before any officer authorized to

11  administer an oath with the same force and

12  effect as if signed and sworn to before the

13  officer before whom said deposition was taken.

14     IT IS FURTHER STIPULATED AND AGREED that

15  all objections except as to form are reserved

16  for the time of trial.

17

18

19

20

21

22

23

24

25

4

```
 1
 2                    (Whereupon, the witness presented
 3          a Hawaii driver's license.)
 4  J A N E   D O E, having been first duly sworn
 5  by a Notary Public within and for the State of
 6  New York, was examined and testified under oath
 7  as follows:
 8
 9  EXAMINATION BY
10  MR. STOLL:
11          Q    State your name for the record.
12          A    Jane Doe.
13          Q    State your address for the record.
14          A    55-21 69th Street, Maspeth, New
15  York 11378.
16          Q    Good morning.  My name is Andrew
17  Stoll.  I'm going to be taking your deposition
18  today.  If I ask you anything and you don't
19  understand the question, will you please be
20  sure to let me know and I'll rephrase it?
21          A    Okay.
22          Q    And if you can't hear me, you need
23  me to repeat something, will you be sure to let
24  me know?
25          A    Yes.
```

5

```
 1                        J. Doe

 2         Q     If you need a break at any time

 3    you can take a break at any time.  Just as long

 4    as there's not a pending question on the table,

 5    okay?

 6         A     Correct.

 7         Q     What is your date of birth?

 8         A     1985.

 9         Q     And where were you born?

10         A     I was born in Mexico.

11         Q     When did you come to the United

12    States?

13         A     In 1995.

14         Q     Was that the first time you came

15    to the United States?

16         A     Correct.

17         Q     And did you move to the United

18    States in 1995?

19         A     Yes.

20         Q     Was that in the summer of 1995?

21         A     Yes.

22         Q     And what grade did you start in

23    fall of 1995 when you first came to the U.S.?

24         A     6th grade.

25         Q     Did you speak English?
```

6

1                        J. Doe

2          A    No, not at all.

3          Q    Did your mother enroll you in

4    school in the United States?

5          A    My aunt.

6          Q    Did your mother come to the United

7    States with you?

8          A    She was here already.

9          Q    Did you live with your mother in

10   the fall of 1995?

11         A    Yes.

12         Q    Did you live with your aunt in the

13   fall of 1995?

14         A    Yes.

15         Q    What aunt was that?  What was her

16   name?

17         A    Marie Guterman.

18         Q    G-U-T-E-R-M-A-N?

19         A    Yes.

20         Q    Is it Marie or Maria?

21         A    Marie, I-E.

22         Q    So when you first came to the

23   U.S., you moved in with Marie Guterman; is that

24   correct?

25         A    Correct.

7

1                           J. Doe

2          Q     She was living with you, your

3    mother at the time?

4          A     Correct.

5          Q     What was your mother's name at the

6    time?

7          A     Laura.

8          Q     Laura what?

9          A     Roman, R-O-M-A-N.

10         Q     Is that still her name?

11         A     Yes.

12         Q     Where does she live now?

13         A     She lives in Columbus, Indiana.

14         Q     What's her address?

15         A     I don't know it by heart.

16         Q     Does she live with your sister?

17         A     No, she doesn't.

18         Q     Does she live near your sister?

19         A     Close by.

20         Q     You said your mother was living

21   with Marie Guterman when you moved in with

22   Marie Guterman, right?

23         A     Yes.

24         Q     Who else was living in that

25   household at the time when you first came to

8

1                       J. Doe

2    the United States?

3          A    My sister Yasmin, my sister

4    Brissa, and my brother Sean.

5          Q    What's Brissa's last name or what

6    was it at the time?

7          A    Olea, O-L-E-A.

8          Q    And was Brissa your sister from

9    both parents?

10         A    No.

11         Q    So did you have the same mother,

12   the same father?

13         A    Same mother.

14         Q    And who is Brissa's father?

15         A    I never met him.

16         Q    Do you know who it was?

17         A    No.

18         Q    And Yasmin's last name is Cacho or

19   it was back then Cacho when you first came to

20   the U.S.?

21         A    Yes.

22         Q    I'm sorry, it's natural that we

23   know what each other is saying.  But I have to

24   get the whole question out for the record and

25   the whole answer.

9

1                              J. Doe

2          A      Sure.

3          Q      Yasmin shares the same mother and

4   father with you?

5          A      Correct.

6          Q      What about Sean Olea, is he a

7   brother through the same mother?

8          A      He's adopted.

9          Q      Adopted by whom?

10         A      Raised by my mother, but adopted

11  by my Aunt Marie.

12         Q      So did he come over here with you

13  when you came to the U.S. from Mexico?

14         A      Yes.

15         Q      But do you still consider Sean

16  your brother?

17         A      Yes.

18         Q      Other than Marie Guterman, your

19  mother, Brissa, Yasmin and Sean Olea, did

20  anybody else live in the household you moved to

21  when you first came to the U.S.?

22         A      For a few months.  About four

23  months my aunt's son's wife and two children

24  were here; but they were only here for a few

25  months.

10

1                        J. Doe

2         Q     After they left, was that home

3    with Marie and your mother the same home you

4    lived in until you left New York to go to

5    Hawaii?

6         A     Yes, same house.

7         Q     Once the aunt's son's wife and

8    family left after a few months, did anybody

9    else live in that home other than Brissa,

10   Yasmin, Sean, your aunt and your mother?

11        A     No.

12        Q     Did any adult males ever live in

13   the home other than Sean when he got older?

14        A     No.

15        Q     What's Sean date of birth?

16        A     I don't know his date of birth.

17        Q     Is he older than you?

18        A     Yes.

19        Q     Approximately, how much older?

20        A     Maybe six years.

21        Q     Yasmin is two years, almost

22   exactly two years older than you, right?

23        A     Yes, two years.

24        Q     And Brissa is older than you as

25   well?

11

                                    J. Doe

1

2        A    Correct.

3        Q    How much older is Brissa than you?

4        A    Five years.

5        Q    So do you have any other siblings

6    that we haven't discussed yet?

7        A    I have a couple more, yes.

8        Q    Where were they when you first

9    came to the U.S., and what were their name?

10       A    They were both in Mexico.

11       Q    What are their names?

12       A    Miguel.

13       Q    What's Miguel's last name?

14       A    Olea.

15       Q    Is he a half brother like Brissa?

16       A    Yes, he is.

17       Q    Who is your other sibling?

18       A    Tania.

19       Q    With an A or O?

20       A    T-A-N-I-A.

21       Q    What's her last name?

22       A    Olea.

23       Q    Are Miguel and Tania Olea still in

24    Mexico or did they come to the U.S.?

25       A    Miguel is in the U.S.  And Tania

12

1                     J. Doe

2   is still in Mexico.

3          Q     Is Miguel older than you or

4   younger?

5          A     Older.

6          Q     Is Tania older than you or

7   younger?

8          A     Older.

9          Q     So you have five people you

10  consider to be siblings or five siblings, and

11  you're the youngest of the six of you; is that

12  correct?

13         A     Yes.

14         Q     I received what appears to be a

15  Mexican birth certificate for you in discovery

16  yesterday.  Did you provide that your counsel?

17         A     Yes, I did.

18         Q     Where did you get that from?

19         A     I got it from my mother.  It was

20  requested from the office that provides this

21  kind of documentation.

22         Q     It was provided by the office that

23  what?

24         A     Provides this documentation in

25  Mexico.

13

1                              J. Doe

2         Q    Do you know whether your mother

3    had that in her files at home, or whether she

4    had to order it, or something else?

5         A    We had that for a long time.

6         Q    Had you seen that before recently

7    receiving it from your mother?

8         A    Definitely, yes.  I've seen it

9    many times.

10        Q    When did you receive it from your

11   mother most recently?

12        A    I don't recall when exactly I got

13   it from my mother.

14        Q    It was it within the last week,

15   last month, last six months, something else?

16        A    No.  Maybe in the last 20 years

17   maybe.

18        Q    So within the last 20 years you've

19   had that birth certificate in your records here

20   in New York or in Hawaii, I guess, right?

21        A    Right.

22        Q    And do you have any letters from

23   Mark Waltzer?

24        A    No, I don't.

25        Q    Do you have any text messages from

14

                              J. Doe

2    Mark Waltzer?

3           A     No, I don't.

4           Q     Have you searched your phone and

5    your computer and any electronic devices for

6    text messages from Mark Waltzer?

7           A     Yes, I have.

8           Q     Do you have any emails from

9    Mark Waltzer?

10          A     I don't.

11          Q     Have you searched your phone and

12   your electronic devices for emails from

13   Mark Waltzer?

14          A     I've searched.

15          Q     Do you have any communications of

16   any sort whether through WhatsApp, any social

17   media devices, anything like that from

18   Mark Waltzer on any of your electronic devices?

19          A     Not anymore.

20          Q     Have you provided any such records

21   to your counsel?

22          MR. ASHANTI:  Objection to form,

23          such records.  What are we referring to?

24          Q     Have you provided any electronic

25   communications from Mark Waltzer to your

15

1                              J. Doe

2    counsel?

3          A     No.

4          Q     You've had electronic

5    communications with Mark Waltzer, right?

6          A     Yes.

7          Q     When is the last time you had

8    electronic communications with Mark Waltzer?

9          A     2020.

10         Q     What mode of communication did you

11   use in communicating with Mark Waltzer

12   electronically in 2020?

13         A     WhatsApp.

14         Q     Is that yes?

15         A     That's the app.

16         Q     Did you delete messages from

17   Mark Waltzer?

18         A     Yes.

19         Q     At the time you deleted the

20   messages from Mark Waltzer on WhatsApp, why did

21   you delete them?

22         A     It was too painful to look at

23   them.

24         Q     At the time you deleted the

25   WhatsApp messages from Mark Waltzer, were you

16

1                              J. Doe

2    contemplating bringing a lawsuit against him?

3          A      When I deleted them?

4          Q      Yes.  Had you considered at all

5    bringing a lawsuit at the time you deleted the

6    messages from Mark Waltzer?

7          A      When I deleted it, no.

8          Q      Do you have any audio recordings

9    of Mark Waltzer?

10          A      No, I don't.

11          Q      Have you made any audio recordings

12    of Mark Waltzer?

13          A      No, I haven't.

14          Q      Have you attempted to make any

15    audio recordings of Mark Waltzer?

16          A      Please repeat the question.

17          Q      Have you attempted to make any

18    audio recordings of Mark Waltzer?

19          A      No, I haven't.

20          Q      Did you save any copies anywhere

21    of your WhatsApp communication with

22    Mark Waltzer?

23          A      Not that I know of.

24          Q      What have you done to search for

25    communications with Mark Waltzer on your

17

1                        J. Doe

2    electronic devices?

3          A    I've tried to back up my phone to

4    an earlier time.  Earlier times without being

5    in any success.

6          Q    So you restored your phone to a

7    backup copy that you had saved on a previous

8    day?

9          A    I tried to, yes.

10          Q    Were you successful in restoring

11    from that previous day, but there weren't

12    messages?  Or were you unsuccessful in your

13    restoring to that previous date?

14          A    I wasn't successful in restoring

15    to those days.

16          Q    Did you seek any help from any

17    computer or tech experts in trying to recover

18    WhatsApp messages from Mark Waltzer?

19          A    Not yet.  No.  The answer is no.

20          Q    There been three complaints filed

21    in this action.  A complaint, amended

22    complaint, and a second amended complaint.

23    Have you seen each of those?

24          A    I believe so.

25          Q    Have you reviewed the complaints

18

                            J. Doe

1
2   that were filed on your behalf in this case?

3         A    Yes.

4         Q    When you reviewed those complaints

5   that were filed, was everything in them true as

6   far as you knew?

7         A    As far as I know.

8         Q    Other than counsel, who have you

9   discussed this case with?

10        A    Family members.

11        Q    Which family members?

12        A    My Aunt Marie, my mother, my

13  siblings.

14        Q    Did you discuss this case with all

15  of your siblings?

16        A    Can you be more specific about

17  what part of the case?  The whole case?  Or

18  just having the case?  Or like details of the

19  case?

20        Q    Right now, I'm asking anything

21  about the fact that you have this filed case

22  right now.

23        A    Yes, I let my siblings know.

24        Q    Did you discuss some of the

25  underlying details of this case with your

19

                              J. Doe

2   mother?

3           A    Yes.

4           Q    Have you discussed some of the

5   underlying details with Aunt Guterman?

6                MR. ASHANTI: Object to form.  What

7           time period are we talking?

8                MR. STOLL:  Ever.

9           A    I don't understand your question.

10          Q    Have you ever discussed any of the

11  underlying details in this case with your

12  Aunt Guterman?

13          A    Can you be specific with the word

14  "underlying"?

15          Q    Any of the facts that are alleged

16  in the second amended complaint in this case.

17          A    Yes.

18          Q    Have you discussed any of the same

19  allegations with your mother?

20          A    Yes, I discussed it with my

21  mother.

22          Q    Have you discussed any of the

23  details of this case with Yasmin Cacho?

24          A    Yes.

25          Q    Is Yasmin, is she the sister

20

```
 1                         J. Doe
 2    you're closest to?
 3         A     Yes.
 4         Q     Who is Yasmin's husband?
 5         A     Israel.
 6         Q     Chavez?
 7         A     Yes.
 8         Q     Have you discussed any of the
 9    underlying facts in this case with Israel
10    Chavez?
11         A     No.
12         Q     Have you had any email
13    communications with Yasmin about this case?
14         A     No.
15         Q     Have you had any text messages
16    with Yasmin about this case?
17         A     No.
18         Q     Have you had any text or email
19    communications with Yasmin about any of the
20    underlying facts in this case?
21         A     No.
22         Q     Have you ever discussed anything
23    about this case whatsoever in writing with
24    Yasmin?
25         A     No.
```

1                       J. Doe

2          Q    How do you generally communicate

3    with Yasmin?

4          A    Over the phone.

5          Q    Do you ever communicate with her

6    by text?

7          A    Rarely.

8          Q    Do you ever communicate with her

9    through WhatsApp?

10         A    No.

11         Q    Do you ever communicate with her

12   over any social media?

13         A    No, I don't.

14         Q    Have you had any written with your

15   mother about any details relating to this case?

16         A    No.

17         Q    Have you had any written

18   communication -- by "written," I'm including

19   electronic communications.  Have you had any

20   written communications whatsoever about any

21   details related to this case with your mother?

22         A    No.

23         Q    Have you had any written

24   communications about this case or electronic

25   communications about any details of this case

22

1                      J. Doe

2    with anybody other than your lawyers in this

3    case?

4          A    No.

5          Q    Did you have any written

6    communications with Yasmin about writing an

7    affidavit in this case?

8          A    No.

9          Q    Did you ever discuss anything

10   about an affidavit with Yasmin?

11         A    No.

12         Q    Nothing whatsoever?

13         A    I never mentioned the word

14   "affidavit," no.

15         Q    Did you ever have any

16   communications with Yasmin about a statement

17   that she would write in this case?

18         A    No.

19         Q    Did you ever ask Yasmin to talk to

20   your lawyers about this case?

21         A    To talk to my lawyers?

22         Q    Yes.

23              MR. ASHANTI:  Objection to form.

24         What do you mean by ask?

25         Q    Did you ever discuss anything with

23

1                          J. Doe

2    Yasmin about having any sort of communication

3    with your lawyers in this case?

4            A    Yes.

5            Q    Was that over the phone, by text,

6    email, something else?

7            A    Phone.

8            Q    What was the nature of that

9    conversation?  How many times did you talk to

10   Yasmin about any discussions with your lawyers?

11           A    Maybe three times.

12           Q    When was the first time you spoke

13   to her about talking to your lawyers?

14           A    After I hired the lawyers.

15           Q    What were the details, do you

16   recall having the communication with Yasmin

17   about?

18           A    I mentioned that I needed her

19   support to speak of the things that she knew.

20   She needs to talk to them.

21           Q    Was that shortly after you filed

22   in this case, or shortly after you hired your

23   lawyers, or something else?

24           A    I don't know what you mean by

25   "shortly."  Put a timeline.

24

J. Doe

1

2      Q     Was it within a month of when you

3   first hired your lawyers in this case?

4      A     No.

5      Q     Was it within six months of when

6   you first hired your lawyers?

7      A     Yes.

8      Q     When you told her you needed her

9   to speak of what she knew to your lawyers, what

10   did you understand that she knew at that time?

11      A     She was physically present with me

12   and Mark at many occasions.  So I didn't have

13   to refresh her memory on things that she

14   witnessed.

15      Q     So the first time you spoke to

16   Yasmin about speaking to your lawyers, it was

17   your understanding or your recollection that

18   she had been physically present with you and

19   Mark on many occasions; is that correct?

20      A     Ask the question again.

21           MR. ASHANTI:  Objection to form.

22           You can answer if you understand.

23      A     Yes.

24      Q     How many occasions?

25      A     I don't have a specific number.

25

1                    J. Doe

2          Q     Is it more than five?

3          A       Probably.  I'm not sure.

4          Q     That first time you spoke to

5    Yasmin when you were discussing with her having

6    a conversation with your lawyers about the

7    details in this case, at that time what did you

8    recall having done, if anything, with Yasmin

9    and Mark Waltzer?

10         A     We went to a club on New Year's

11   Eve.  Mark visited her workplace while I was

12   there.  Mark had Israel pick me and my sister

13   up from the house on one occasion.  And

14   everything else is a little fuzzy.

15         Q     At the time you first spoke to

16   Yasmin about speaking to your lawyers, which

17   was we think 16 months of when you hired your

18   lawyers, at that time did you recall having

19   gone to a club with Mark and Yasmin on New

20   Year's Eve?

21         A     I recall us going to places.  I

22   remember them being there.  I remember them

23   staying at Mark's house.

24         Q     I'm not asking what you recall

25   right now.  I'm asking what you recall when you

1                         J. Doe

2    had that first conversation with Yasmin about

3    talking to your lawyers within six months of

4    when you hired your lawyers.  At that time, did

5    you recall having gone to a club with your

6    sister and Mark on New Year's Eve?

7          A    Yes.

8          Q    Have you seen a written statement

9    from Yasmin about this case?

10         A    I don't think so.

11         Q    Have you ever reviewed an

12   affidavit from Yasmin concerning this case?

13         A    No.

14         Q    Have you discussed any written

15   statement from Yasmin with Yasmin about this

16   case?

17         A    No.

18         Q    Have you reached out to any

19   students, ex-students from Francis Lewis High

20   School if they remembered anything about

21   Mark Waltzer?

22         A    No, I have not.

23         Q    Are you in touch with any students

24   who went to Francis Lewis High School when you

25   went to Francis Lewis High School?

27

1                       J. Doe

2          A     No, I am not.

3          Q     What is Yasmin's date of birth?

4     February 2, 1983?

5          A     Yes.

6          Q     Did she go to Francis Lewis High

7     School?

8          A     Yes.

9          Q     Was she two years ahead of you

10    there?

11         A     She was one.

12         Q     She was one year ahead of you.

13    Now, you and Yasmin were almost exactly two

14    years a part, right?  I'm sorry, what's your

15    date of birth again?

16         A     It's a little bit over two years.

17    Two years and one month.  I am January and

18    she's February.  Two years part.  1985 and

19    1983.

20         Q     So why is she only one year ahead

21    of you?  Why was she only one year ahead of you

22    in school, do you know?

23         A     Because I was a year ahead because

24    I was always very good academically.

25         Q     When you say you were one year

28

J. Doe

2  ahead, were you in the right grades for your

3  age as far as you knew with the Department of

4  Education New York City?

5       A    I don't know how the City felt

6  about it.

7       Q    Do you know what the age cut off

8  was?

9       A    I do not know.

10      Q    Did you find while you were in

11 middle school and high school that you were

12 generally the same age as the other students in

13 your grade?

14      A    It was never my concern.

15      Q    Do you have any idea?

16      A    No.  I never thought anything of

17 it.

18      Q    Throughout high school and middle

19 school, did you ever know the age of any of the

20 students you were in school?

21      A    They were older than me.

22      Q    How did you know that?

23      A    Because they expressed their age.

24 And my age was different.

25      Q    So in your experience as a high

29

                              J. Doe

1   school student in discussions with other

2   students in your grade, it was your experience

3   that they expressed to you that they were older

4   than you were; is that correct?

5           A    Yes.

6                MR. ASHANTI:  Objection.  That's a

7           mischaracterization of the witness's

8           testimony.

9                You could have it read back if you

10          would like.

11               MR. STOLL:  Do we have the answer

12          on the record?

13               THE REPORTER: Yes.

14          Q    How would you describe your home

15  life in 7th grade?

16          A    7th grade?

17          Q    Yes.

18          A    What do you mean by how do I

19  describe my home life?

20          Q    Did you have a good relationship

21  with your mother?

22          A    Yeah, we did.

23          Q    Did you have a positive

24  relationship with your Aunt Guterman?

30

                              J. Doe

1

2        A    Yeah, we did.

3        Q    Did you have a positive

4   relationship with Yasmin Cacho?

5        A    Yes, I did.

6        Q    Did you have a positive

7   relationship with Sean Olea?

8        A    Yes, I did.

9        Q    And Brissa?

10        A    Yes.

11        Q    Say, you know, 7th grade and prior

12   to 7th grade, was your mother strict?

13        A    In what way?

14        Q    Did you consider her to be strict

15   with you about what time you went out and came

16   home?

17        A    She was a religious person and she

18   was strict as any parent would be.

19        Q    Was she a Jehovah Witness?

20        A    Correct.

21        Q    Did you go to Kingdom Hall

22   regularly?

23        A    Yes, I did.

24        Q    Did you have any close

25   relationships with anybody at what you call

31

1                          J. Doe

2    "Kingdom Hall"?  Would you call it a church?

3          A     You can call it a church if you

4    like.

5          Q     Did you have close relationships

6    with anybody at church when you were in middle

7    school?

8          A     What do you mean by that?

9          Q     Anybody you felt you could confide

10   in?

11         A     No, I didn't.

12         Q     Anybody who provided any sort of

13   emotional support or guidance?

14         A     No, I didn't feel that way.

15         Q     How big was the congregation that

16   you attended with your mother when you were in

17   middle school?

18         A     Maybe 100 people.

19         Q     Was your mother very active with

20   Kingdom Hall would you say when you were in

21   middle school?

22         A     I don't recall how active she was.

23         Q     Did you go to church every Sunday?

24         A     Yes, we did.

25         Q     Did you attend regularly any other

32

                                    J. Doe

1

2    days of the week other than Sunday?

3        A    Every Tuesday.

4        Q    Did your mother's religion ever

5    become an issue in your relationship with her?

6        A    Yes.

7        Q    When did that start?

8        A    When we first moved to New York.

9        Q    What was the issue with your

10   mother's religion and your relationship when

11   you first moved to New York?

12       A    She was already a Jehovah Witness.

13   And when we moved, she just told us that we

14   were going to be this religion.  And I accepted

15   it.  But I didn't know anything about it; so I

16   just did what my mom wanted me to do.

17       Q    Because she was already in the

18   U.S.; is that correct?

19       A    Correct.

20       Q    Had she been a practicing Jehovah

21   Witness when she lived in Mexico?

22       A    No.

23       Q    Did you have any religious

24   affiliations when you were in Mexico?

25       A    Yes.

33

J. Doe

1

2      Q      What was that religion?

3      A      Mormon.

4      Q      Did you feel a connection to

5      Mormonism in Mexico?

6      A      No.

7      Q      When you say you just accepted

8      that you'd be a Jehovah Witness when you came

9      to the U.S., did you resent that at all?

10     A      Not at that moment.

11     Q      During any of your middle school

12     years, were there times that you resisted going

13     to church because she forced you to go to

14     church?

15     A      Not that I recall.

16     Q      Were there friendships that you

17     had or wanted to have in middle school that

18     your mother would not permit you to have

19     because those people were not Jehovah

20     Witnesses?

21     A      Yes.

22     Q      And did that happen frequently?

23     A      Yes.

24     Q      Did you persist against her wishes

25     in maintaining friendships with people who were

34

                         J. Doe

1

2    not Jehovah Witnesses while you were in middle

3    school?

4         A    No.

5         Q    Did you resent your mother for

6    trying to keep you from being friends with

7    people you wanted to be friends in middle

8    school?

9         A    No, I don't recall feeling that

10   way.

11        Q    Did your mother -- forgive me.  I

12   don't know the word.  But I know Jehovah

13   Witnesses to be sort of Evangelized or pass

14   materials.

15        A    Preach.

16        Q    Preach.  Did your mother do that?

17        A    Yes, she did.

18        Q    Did she take you with her?

19        A    Yes, she did.

20        Q    In middle school did you enjoy

21   that or resent it?  Anything else?

22        A    I had many feelings about it.

23        Q    So did there come a time that you

24   had an incident with a custodian in 8th grade?

25        A    Yes.

35

1                    J. Doe

2          Q    Did that incident involve him

3     picking you up while he was driving a Mustang?

4          A    Yes.

5          Q    Prior to that incident, did you

6     know that custodian by face?

7          A    Yes.

8          Q    Had you ever had any conversations

9     with him?

10         A    Yes.

11         Q    Would you say you were friendly

12    with him?

13         A    I said he spoke Spanish; so that

14    kind of just was the friendly part of the

15    situation.

16         Q    So he would speak Spanish to you

17    in passing when he saw you in the school?

18         A    Correct.

19         Q    What school was that?

20         A    237.

21         Q    IS 237?

22         A    IS 237.

23         Q    Did anybody else at IS 237 speak

24    Spanish?

25         A    Not many.

36

1                          J. Doe

2          Q    There were girls at IS 237 with

3    sisters in MS13, right?

4          A    That was what?

5          Q    Were there girls at IS 237 whose

6    sisters were in MS13, right?

7          A    Yes.

8          Q    Did they speak Spanish?

9          A    They were Spanish, but they didn't

10   speak Spanish at school.

11         Q    By the time you were in 8th grade,

12   were you speaking English fairly fluently?

13         A    I understood.

14         Q    Could you speak it?

15         A    Some.

16         Q    At home did you speak English or

17   Spanish?

18         A    Spanish.

19         Q    Prior to the incident that

20   occurred with the custodian where he picked you

21   up in his car, had he ever said anything

22   suggestive, or what you considered

23   inappropriate to you?

24         A    I didn't know what inappropriate

25   was.  So no.

37

J. Doe

1

2      Q      Did you know when you were in 8th

3    grade that that an adult speaking to you about

4    your intimate parts would be inappropriate?

5      A      Yes.

6      Q      Prior to the time you got in the

7    car with the custodian, had he ever spoken to

8    you about any of your body parts?

9      A      No.

10      Q      Had he ever commented on your body

11    in any way?

12      A      No.

13      Q      Had he ever suggested you see each

14    other outside of school?

15      A      No.

16      Q      Had he ever asked you anything

17    about your personal life?

18      A      No.

19      Q      There came a time when he drove

20    past you while you were on your way to school

21    and offered to drive you to school?

22      A      Correct.

23      Q      Can you tell me exactly where you

24    were when that occurred?

25      A      I was walking by, I think, it's

38

J. Doe

1

2      Holly Street, H-O-L-L-Y, and I don't remember

3      the other cross street.  I think there's some

4      kind of church.  I believe a church or a school

5      nearby.  Not IS 237.  Obviously, it's not

6      there.  The details of that is a little fuzzy

7      as well.

8              Q    What time of year was that?

9              A    I don't know.  I don't remember

10     that.

11             Q    Was it toward the beginning of

12     8th grade, toward the end of 8th grade,

13     somewhere in the middle?

14             A    It was maybe three to four months

15     before the end of the school year.

16             Q    What happened when he drove by?

17             A    He asked me if I wanted a ride to

18     school.

19             Q    Was anybody in the car with him?

20             A    No.

21             Q    Were you walking with anybody?

22             A    No.

23             Q    Were you surprised that he asked

24     you if you wanted a ride to school?

25             A    Yeah, I was surprised.

1                          J. Doe

2          Q    Were you at all nervous?  Did you

3     think it might not be a good idea to get in the

4     car with him?

5          A    I don't think I thought that.

6          Q    Were you at all nervous when you

7     got in the car with him?

8          A    No, I didn't know.  No, I don't

9     remember being nervous.  I could have been.  I

10    don't know.

11         Q    What do you recall occurred from

12    the time you got into his car?

13         A    I remember not going to school and

14    driving somewhere around Horace Harding.  It

15    was next to the freeway.  I didn't know where

16    exactly at that time.  But in Queens there's

17    not a lot of like roads like Horace Harding.

18    So I remember him parking at, I believe, some

19    kind of like motel or something.  And we were

20    inside the car and I was scared.

21         Q    Why were you scared?

22         A    Because that didn't seem right.

23    We were not at school.

24         Q    Did you ask him while you were in

25    the car why he took you there and not to

40

1                    J. Doe

2    school?

3         A    No.

4         Q    What is Horace Harding?

5         A    By the LA.

6              MR. ASHANTI:  Same thing like RFK

7         and Triboro.

8         Q    From Horace Harding is the LA?

9              MR. ASHANTI:  Expressway.

10        A    Yeah.

11        Q    When you were scared and the

12   custodian had parked along Horace Harding, what

13   happened next?

14        A    He wanted me to come to the room.

15        Q    You were parked at a hotel?

16        A    Uh-hum.

17        Q    Did you recognize it as a motel or

18   hotel?

19        A    No, I didn't recognize it much.  I

20   just knew it wasn't a house.

21        Q    What did he say that expressed

22   that he wanted you to come into the room?

23        A    I don't remember.  I don't recall

24   his actual words.

25        Q    At the time did you have a cell

41

                              J. Doe

1
2    phone?

3         A    No, I did not.

4         Q    You didn't own a cell phone then,

5    right?

6         A    No.

7         Q    Is that correct?

8         A    Yes, that's correct.

9         Q    So what did you do when he said he

10   wanted you to come into the room?

11        A    I went into the room.

12        Q    Why did you get out of the car

13   with him?

14        A    Because he told me to do so.

15        Q    And was he threatening you?

16        A    No, he didn't seem threatening.

17        Q    Did he seem inviting?

18        A    I don't remember how he seemed

19   like.

20        Q    Were you frightened going into the

21   room with him?

22        A    I was.

23        Q    Did he go and get a key to the

24   room?  Or did he already seem to have a key to

25   the room, or something else?

42

1                          J. Doe

2          A     He went to get a key.

3          Q     Did you wait in the car for him

4    while he went to get a key?

5          A     Yes.

6          Q     Why didn't you leave then and walk

7    away?

8          A     I didn't know where I was exactly.

9          Q     How far from home were you at the

10   time?

11         A     It was pretty far.  I didn't know

12   my way.

13         Q     Were you scared for your safety

14   when he went in to get a key?

15         A     Yes, I was.

16         Q     What happened when you went into

17   that hotel room?

18         A     I sat on the chair holding my

19   backpack.

20         Q     Then what happened?

21         A     And he wanted to talk and he said

22   that.

23         Q     What did he say?

24         A     He said that he was not going to

25   force me to do anything.  And then he told me a

43

```
 1                        J. Doe

 2    story where when he was in school, he was

 3    interested in a teacher and the teacher did not

 4    want to have anything to do with him.  But he

 5    promised himself that if that ever was the

 6    case, that he wasn't going to do the same.

 7    That's what he said.

 8         Q    I'm not sure I have it straight.

 9    Did he tell you a story about where he didn't

10    want to have a physical relationship with a

11    teacher, but a teacher forced him to have a

12    physical relationship?

13         A    No, he wanted to have a

14    relationship with the teacher, but the teacher

15    didn't want to have a relationship with him.

16    And he felt like, you know, he wanted to give

17    people a chance if that was the case and that's

18    why we were there.

19         Q    Did you know what was going on at

20    that point?

21         A    I wasn't sure.

22         Q    How did you respond to what he was

23    saying to you?

24         A    I didn't respond.

25         Q    You were scared, right?
```

44

                              J. Doe

1

2          A     I was scared.

3          Q     What happened then?

4          A     And I said that I told him that I

5    wasn't going to do anything and I was holding

6    my backpack tight.  And then he said something

7    like I can do a lot of things with my tongue.

8    And I had no idea what he was talking about.

9          Q     And then what?

10         A     And then I refused and I just sat

11   there.  And I just said I wasn't going to do

12   anything.  I just sat there.  He said, "Well,

13   if I'm not going to force you.  So if you don't

14   want this, then we'll go back to school."  And

15   I told him I wanted to go to school.

16         Q     And then he took you back to

17   school?

18         A     Yes.

19         Q     Was that traumatic for you?

20               MR. ASHANTI:  Let the record

21          reflect the witness is crying.

22               Do you want a break?

23         Q     Can you answer that question?

24         A     Repeat.

25         Q     Was it traumatic for you?

45

1                        J. Doe

2          A      Yes, it was.

3                 MR. STOLL:  Let's take a break.

4                 (Off the record at 10:52.)

5                 (Recess.)

6                 (Back on the record at 11:00.)

7          Q      That incident with the custodian,

8    do you feel like that's affected your life?

9          A      Very much so, yes.

10         Q      In what way?

11         A      I'm scared to trust people.  I

12   feel he robbed me from a better experience in

13   high school.  Everything that was involved.

14   Including the fight.  It was really a shame.

15   And I didn't come to school for a long time.

16   And I kind of withdrew a lot.  And I didn't

17   want to have -- like try to even have friends

18   at school.  I was scared to talk to my mom.

19   Kind of like withdrew me where I felt I needed

20   to keep things in.  I knew it was wrong because

21   the outcome seemed like it wasn't right.  So

22   then I became afraid of talking and it's

23   something that's carried onto a different level

24   in my life.  The trust in men.

25         Q      Did the incident with the

46

J. Doe

1

2  custodian, do you feel like it affected the

3  grades you got in middle school and high

4  school?

5        A    Yes, it did.

6        Q    Did the incident with the

7  custodian, would you say it impaired your

8  relationship with your mother for middle school

9  and high school?

10       A    It changed the dynamic, yes.

11       Q    That incident with the custodian,

12 do you think that's affected your intimate

13 relationships?

14       A    To a certain degree.

15       Q    Do you think it affected the

16 success of your marriage?

17       A    I think there were other bigger

18 things that happened in my life that have a

19 bigger effect.  But certainly it did take part

20 of chipping away in how I felt in my marriage.

21       Q    The second amended complaint

22 discusses an incident with other students, a

23 fight that you referred to earlier.  Can you

24 tell me how that came about?

25       A    When the custodian dropped me off

47

                            J. Doe

1

2    at school when I finally went to school, there

3    was a student that was outside and she saw us

4    coming to school.  And at school she approached

5    me and she had told me that what was I coming

6    out of her boyfriend's car.  Apparently, she

7    was seeing the custodian.  And then she said

8    that she wanted to fight me about it after

9    school.

10         Q     Did she tell you that she had an

11   intimate relationship with the custodian?

12         A     She just said, "my boyfriend,"

13   whatever she meant by that.  I do not know.

14         Q     Was that in English or Spanish

15   that she spoke to you?

16         A     Spanish.

17         Q     What did you say to her when she

18   basically accosted you?

19         A     I didn't say anything to her.

20         Q     And did she say she wanted to

21   fight you after school that day?

22         A     Yes.

23         Q     And did you become aware that that

24   fight was known by other people in the school,

25   that impending fight?

48

                           J. Doe

1

2       A    Yes, I was aware because everybody

3    was talking about it.

4       Q    And did you hear other people

5    talking to other people about it?  Or people

6    were talking to you about it?

7       A    People were talking amongst each

8    other.  It was kind of like gossip around the

9    school that that was going to happen.

10      Q    Had you ever been in a fight

11   before then?

12      A    No.

13      Q    And were you aware of whether any

14   staff members knew this impending fight?

15      A    Yeah, I heard them.  The kids were

16   talking about it and they kind of mentioned it

17   in front of teachers.  Everybody knew.  I heard

18   them saying it out loud.  But it was almost

19   like not a big deal.

20      Q    In other words, other people

21   didn't treat it as a big deal?

22      A    No.

23      Q    So did you try to avoid a fight

24   after school?

25      A    I didn't provoke or attempt to do

49

1                      J. Doe

2    anything for it.

3          Q     Did you ask for any help from any

4    teachers in advance?

5          A     I did not ask for any help.  No, I

6    didn't ask for any help.

7          Q     Did you have any friends in 8th

8    grade in middle school?

9          A     I believe this was -- in 8th or

10   9th grade?

11         Q     8th grade.

12         A     8th grade.  I don't remember.  No,

13   I don't think.  Oh, I do.  I had one friend.

14         Q     Who was that?

15         A     I don't remember her name.  She

16   was Spanish.

17         Q     Did you leave school with that

18   Spanish friend?

19         A     No, I did not.

20         Q     So what happened when you got out

21   of school that day?

22         A     I walked out of school like usual.

23   And actually, I remember calling my brother

24   from the office because they were talking about

25   the stuff that was happening.  So I called my

1                            J. Doe

2    brother and I told him.  My brother did have a

3    phone and he was older.  So he had a phone and

4    I told him what was happening.  So he told me

5    he was going to come and get me.

6                    So immediately after school ended,

7    I was just walking down and there was a lot of

8    people.  Because everybody wanted to see this

9    fight.  And I didn't know she had called her

10   sister.  And her sister and, you know, several

11   other friends and her, they jumped me after

12   school like a block away from school.

13        Q    If Sean was going to come pick you

14   up at school, why didn't you wait at school for

15   Sean?

16        A    No one is allowed to wait in

17   school.  I had to walk out of premises out of

18   school just like a normal day.

19        Q    Did you try to stay in school and

20   they said, sorry, you have to go?

21        A    Yes, I tried to wait.  But nobody

22   was allowed to stay on premises when school

23   ended.

24        Q    Is there a reason you didn't say

25   to staff member, "but I'm scared somebody's

51

```
 1                    J. Doe
 2    threatening to beat me up"?
 3         A    No, I don't think I spoke that
 4    way.  No.
 5         Q    Is there a reason you didn't?
 6         A    I've never was a person to feel
 7    that I needed to.  Like I didn't know what to
 8    say.  I didn't know who to say it to, or
 9    express myself.
10         Q    So what happened when they jumped
11    you?  What exactly happened?
12         A    They hit me and my shirt came off.
13    My bra was gone.  I don't remember what else
14    happened.
15         Q    Did they kick you?
16         A    Probably.
17         Q    Did they punch you?
18         A    Yes.
19         Q    Did they hit you with any objects?
20         A    I don't remember that.
21         Q    Did they cut you with anything?
22         A    No.
23         Q    What were your injuries from that
24    fight?
25         A    I think I was bruised from
```

52

                              J. Doe

1

2    punches, or whatever it was.  It was just so

3    overwhelming.  I don't even know what was it.

4    Or the details of like who was it exactly.

5         Q    That was the same day?

6         A    Same day.

7         Q    That the custodian had taken you

8    to the hotel room, right?

9         A    Yes.

10             MR. ASHANTI:  Objection.  I don't

11             think she testified that it was a hotel

12             as opposed to a motel.

13        Q    Did Sean find you at the scene of

14   the fight?

15        A    Yes.

16        Q    Did he take you home?

17        A    Yes.

18        Q    What occurred as a result of that

19   fight?

20        A    What do you mean?

21        Q    Did you go back to school the next

22   day?

23        A    No.

24        Q    Did you go back to school at all

25   that year?

53

1                           J. Doe

2           A      No.

3           Q      So after getting jumped in 8th

4    grade, you never went back to that middle

5    school; is that correct?

6           A      Correct.

7           Q      Approximately, how much school did

8    you miss as a result of not going back?

9           A      Three or four months.

10          Q      Did you keep up with any of your

11   work by getting your assignment from working at

12   home or anything of the sort?

13          A      No.

14          Q      Did you or your mother have to

15   intervene in any way to get them to pass you

16   given that you stopped going to school for

17   three or four months?

18          A      No.

19          Q      So did they pass you and graduated

20   you from middle school?

21          A      I received a diploma in the mail.

22                 MR. ASHANTI:  By Counsel, I think

23          there may be an issue regarding

24          counsel's mischaracterization of when

25          this occurred.

54

                              J. Doe

1

2           I believe the information that we

3       provided is that she was in 9th grade.

4       Her school at the time went through 9th

5       grade.  School now goes to 8th grade.

6       Then went to 9th grade.  And this was

7       9th grade.

8       Q    So this incident that occurred

9   with the custodian, what grade were you in?

10      A    9th grade.

11      Q    It happened when you were in 9th

12  grade?

13      A    Uh-hum.

14      Q    And so you were in junior high

15  school, essentially, right?

16      A    Yes.

17      Q    So your freshman year you were a

18  10 grader at Francis Lewis High School, right?

19      A    Yes.

20      Q    How old were you when you started

21  10th grade?

22      A    14.

23           MR. DOODY: Off the record.

24           (Discussion is held off the

25       record.)

55

1                          J. Doe

2          Q    And how was Francis Lewis when you

3    started there?  Did you like it?

4          A    I did.

5          Q    Did you have friends there?

6          A    I had a couple.

7          Q    Were there people there that you

8    knew from junior high or middle school?

9          A    No.

10         Q    Was your sister at Francis Lewis

11   when you started there?

12         A    Yes.

13         Q    Was Sean at Francis Lewis when you

14   started there?

15         A    Yes.

16         Q    How did you meet Mark Waltzer?

17         A    I met him in Francis Lewis by

18   passing at first.  I believe he was the dean.

19         Q    Was he ever your teacher?

20         A    Yes.  He was my social studies

21   teacher.

22         Q    When was he your social studies

23   teacher?

24         A    When I was in 10th grade.  But I

25   did 10th grade twice, I believe.  So I'm not

1                          J. Doe

2    100 percent sure.

3          Q     When you say you did 10th grade

4    twice, do you mean two years in a row you were

5    in 10th grade?

6          A     Yes, the first time, yes.  At some

7    point, yes, he was my teacher the first time I

8    was in 10th grade.  Yes, I did 10th grade

9    twice.

10         Q     Was Mark Waltzer your social

11   studies teacher the first time you did 10th

12   grade or the second time you did 10th grade?

13         A     The first time.

14         Q     Did you meet Mark Waltzer before

15   you found that he was your teacher?

16         A     I don't recall that.  I don't

17   recall.

18         Q     The first year you did 10th grade,

19   what were your observations of Mark Waltzer's

20   performance as a social studies teacher?

21         A     Performance, like?

22         Q     Did you think he was an effective

23   teacher?

24         A     Yeah, he seemed like a good

25   teacher.

57

1                          J. Doe

2          Q    Did you think he had positive

3    interactions with the class?

4          A    It seemed that way.

5          Q    Was he a welcoming teacher do you

6    your first year you did 10th grade?

7          A    Yes, he was very welcoming.

8          Q    Was he a warm teacher to you the

9    first year you did 10th grade?

10         A    Yes, he was.

11         Q    Were you aware his reputation with

12   other students the first year you did 10th

13   grade?

14              MR. ASHANTI:  Objection to form.

15         What do you mean by "reputation"?

16         Q    Do you understand the question?

17         A    No.

18         Q    Did you have any understanding

19   from any other students of anybody's opinion in

20   any way of Mark Waltzer the first year you did

21   10th grade?

22         A    No.

23         Q    Did you observe other students

24   interact with Mark Waltzer your first year in

25   10th grade?

58

1                        J. Doe

2          A    I wasn't paying attending, no.

3          Q    So when you were in class in

4    social studies with Mark Waltzer your first

5    year in 10th grade, did you ever see him

6    interact with any other student?

7          A    He talked to other students, yes.

8          Q    Did those interactions appear to

9    be positive productive interactions?

10         A    I can't make that judgement.  I

11   don't know.

12         Q    Did they seem to be unproductive

13   or negative interactions?

14         A    Not that I recall.

15         Q    The first year you did 10th grade,

16   were you aware of whether Mark Waltzer appeared

17   to be a warm teacher to other students?

18         A    I don't think I was paying

19   attention.  I don't know.

20         Q    So you were not aware, correct?

21              MR. ASHANTI:  Objection to form.

22         The use of the term "warm."

23         Q    Would you consider him to be a

24   warm teacher, right?

25         A    I have never thought about the

59

                            J. Doe

1

2    word "warm" when I thought of Mark.  So I have

3    no idea what you're talking about.

4              MR. ASHANTI:  Do you mean

5         friendly?  Do you mean nice?

6              MR. STOLL:  Mr. Ashanti, I'm

7         asking you not to make speaking

8         objections.

9              MR. ASHANTI:  You said -- you

10        asked a question to my client.

11             MR. STOLL:  I'm asking you not to

12        make any speaking objections; is that

13        okay?  Stop making speaking objections.

14             MR. ASHANTI:  No.

15             MR. STOLL:  Okay.

16             MR. ASHANTI:  You asked her a

17        question.  She didn't understand the

18        word you used and you didn't explain

19        what you meant.  That's what happened.

20             MR. STOLL:  Okay, I'm going to ask

21        you stop making speaking objections.

22        What happened is on the record.  I don't

23        think we need you to explain what

24        happened.

25        Q    Your first year in 10th grade, did

60

1                          J. Doe

2     you find defendant, Waltzer to be very nice,

3     friendly and warm?

4          A    He was friendly, nice.  I do not

5     understand.  What do you mean about the word

6     "warm"?  I don't know what you mean by that.

7          Q    You've reviewed the second amended

8     complaint filed in this case, correct?

9          A    I did not memorize anything.

10         Q    Did you review it?

11         A    I did.

12         Q    Did the second amended complaint

13    in this case in paragraph 49, say that you

14    found defendant, Waltzer to be very nice,

15    friendly and warm?

16              MR. ASHANTI:  If you know.

17         A    I don't know.

18              MR. ASHANTI:  Is this the hill you

19         want to die on?  Are you going to stop

20         badgering my client about this or can we

21         move on?

22         Q    Was your answer you don't know?

23         A    I don't know.

24              MR. STOLL:  Can we mark this as

25         Defendant Waltzer A?

61

1                          J. Doe

2              (Thereupon, the second amended

3         complaint was marked as Defendant

4         Waltzer Exhibit A for identification, as

5         of this date.)

6         Q    I'm going to show you what's been

7    marked Waltzer Exhibit A.  Do you recognize

8    that as the second amended complaint filed in

9    this action?

10             MR. ASHANTI:  Look at it before.

11        Q    Take as much time as you need to

12   read through it.

13        A    What do you want me to look?

14        Q    Do you recognize that as the

15   second amended complaint you reviewed in this

16   action?

17        A    Yes.

18        Q    Turning your attention to

19   paragraph 49 in the second amended complaint.

20   You read that paragraph before that was filed,

21   correct?

22        A    Yes.

23        Q    Does that say that you had

24   observed Mr. Waltzer to be nice, friendly and

25   warm?

62

1                    J. Doe

2        A    I think when you say the word

3    "warm," it kind of has a different feeling to

4    me.

5              MR. ASHANTI:  Just answer the

6         question.  He's saying does it say that

7         there?

8        A    It says that.

9        Q    You reviewed that before that was

10   filed, right?

11       A    Uh-hum.

12       Q    Yes?

13       A    Yes.

14       Q    Once you reviewed that, what was

15   your understanding of the word "warm" in that

16   paragraph?

17             MR. ASHANTI:  Objection to form.

18         It's assumes facts not in evidence.

19         You're assuming she had an opinion.

20             MR. STOLL:  I didn't use the word

21         "opinion."

22             I'm going to ask you not to make

23         speaking objections.

24             MR. ASHANTI:  There's an

25         assumption in your question.  I'm

63

1                          J. Doe

2          objecting to it.

3                    MR. STOLL:  So you object to that;

4          is that what you are saying?

5                    MR. ASHANTI:  I'm objecting to the

6          form of the question.

7          Q    Can you answer the question,

8    please?

9          A    What was the question again.

10                   MR. STOLL:  Can you read it back?

11                   (Record read.)

12         A    Caring.

13         Q    In your first 10th grade year, did

14    you observe Mr. Waltzer to be caring toward

15    other students?

16         A    I did not observe, no.

17         Q    You didn't observe either way?  Or

18    you observed him not to be caring toward

19    others?

20         A    I did not observe him being caring

21    toward others.

22         Q    Did you observe him to not be

23    caring toward other students?

24         A    I did not.

25         Q    Did you observe whether he was

1                    J. Doe

2    nice or friendly toward other students your

3    first 10th grade year?

4         A    I did not.

5         Q    You didn't observe one way or the

6    other; is that correct?

7         A    No, I wasn't observing.

8         Q    Is it fair to say you didn't know

9    during your first 10th grade year whether

10   Mr. Waltzer was treating you differently than

11   he treated any other students?

12             MR. ASHANTI:  Objection to form.

13        Are you talking back then what she

14        thought or what she thinks now?

15             MR. STOLL:  Read back the

16        question.

17             (Record read.)

18             MR. STOLL: Does that answer your

19        question, Mr. Ashanti?

20             MR. ASHANTI:  At the time.

21        A    I didn't know.

22        Q    Did you observe Mr. Waltzer to pay

23   a lot of attention to you during your first

24   10th grade year?

25        A    Yes.

65

1                          J. Doe

2          Q      What did you believe a lot of

3      attention meant back in the 10th grade, your

4      first year of 10th grade?

5          A      He always made time to talk to me.

6          Q      Do you mean in the classroom or in

7      the hallway, both, something else?

8          A      Both.

9          Q      And what do you mean he would make

10     time to talk to you?  Would he often approach

11     you, or did you approach him and he took the

12     time to talk to you when you approached him, or

13     was it something else?

14         A      Both.

15         Q      Did you feel during your first

16     year of 10th grade that he was paying an

17     unusual amount of attention to you?

18         A      I didn't think that.  I didn't

19     think like it was excessive.  It just seemed

20     like friendship kind of.

21         Q      At the time your first year of

22     10th grade, it seemed like a positive thing to

23     you that he would always make time for you?

24         A      It seemed good that way.

25         Q      When you say he would always make

66

J. Doe

1                               J. Doe

2    time for you, how often, say, your first

3    semester of your first year of 10th grade, how

4    often would Mr. Waltzer speak to you in the

5    hallways?

6              A    I do not recall the amount of

7    times.

8              Q    Was it once a week, once a day,

9    ten times a day, something else?  Can you

10   estimate at all?

11             A    I cannot.

12             Q    In class, did he seem to pay more

13   attention to you than he paid to other students

14   as far as you could tell?

15             A    I don't think so.

16             Q    So as we sit here today, your

17   recollection is having a feeling that he always

18   went out of his way to talk to you; but you

19   can't estimate at all how often you spoke to

20   him in the hallways; is that correct?

21             A    The amount of time?

22             Q    Yes.

23             A    Yes.

24             Q    Did Mr. Waltzer call on you more

25   than he called on other students in the

67

1                           J. Doe

2    classroom?

3           A      I do not remember that.

4           Q      Did Mr. Waltzer seem to look at

5    you a lot in the classroom?

6           A      I don't remember that

7    specifically.

8           Q      Did Mark Waltzer do anything

9    during your first year of 10th grade you

10   thought was flirting with you?

11          A      What did you mean by my first year

12   of 10th grade?

13          Q      You were in 10th grade two years

14   in a row, right?

15          A      Right.

16          Q      So the first year of those two

17   years.

18          A      All the way towards the end

19   including the summer before the second year of

20   10th grade, how far?

21          Q      Until the last day of school of

22   your first year of 10th grade.

23          A      He didn't seem like he was

24   flirting with me.  Not to me at that moment.

25          Q      Is there anything that you now

68

                          J. Doe

1

2   view in retrospect of your interactions with

3   Mr. Waltzer in school in your first year of

4   10th grade that you now view as flirting or

5   grooming?

6          A    Yes.

7          Q    What actions?

8          A    The extra time.  Several

9   interactions that I had with him in the

10  hallways talking.  Even him asking me to go get

11  his bag from like another class one time.  We

12  were friendly.  And he would -- he was more

13  friendly than my other teachers were.

14         Q    You said several interactions in

15  the hall.  Can you describe those interactions?

16  Or did you describe them by saying when he

17  asked you to get his bag?

18         A    His classroom was across from the

19  gym.  And every time I went to gym, I would see

20  him in the classroom.  So we did have a lot of

21  interaction.

22         Q    Okay.

23         A    Besides class.

24         Q    What are the interactions in the

25  hall that you now view constituted flirting or

69

                              J. Doe

1

2    grooming from Mr. Waltzer during your first

3    year that you had 10th grade?

4         A    I didn't have that kind of

5    interaction with any other teacher.

6         Q    What were those interactions?

7    What kind of interactions?  What are you

8    referring to?

9         A    Getting to know each other.  I

10   felt like, you know, he was a friend kind of.

11   I never felt like he was like flirtatious.  I

12   thought he was trying to get to know me a

13   little bit more; but on a casual way.

14        Q    So what were those interactions

15   that made you think he was getting to know you

16   as a friend?

17        A    I don't understand your question.

18        Q    Well, you said his class was

19   across from the gym.  So you would see him in

20   his class, right?

21        A    Yes.

22        Q    But that doesn't sound like

23   interactions that suggested he was a friend to

24   you.  So what are the interactions that you say

25   he had with you that made you think you were

70

1                          J. Doe

2      friends with him?

3                 MR. ASHANTI:  No, I'm not going to

4            let you do that.  You're casting aside

5            what she's given you as an example.

6                 MR. STOLL:  I'll ask you not to

7            make speaking objections.

8                 MR. ASHANTI:  You're casting aside

9            what she's giving examples of.  What

10           you're asking for.  You're saying, no,

11           that doesn't count.  Give you something

12           else.  I'm not going to let you do that.

13           She gave you an example.  If you want to

14           delve into that more deeply, fine.  I'm

15           not going to let you tell her what

16           counts for her own testimony.

17                MR. STOLL:  Okay, I'm going to let

18           the record reflect that Mr. Ashanti's

19           shouting at me.

20                MR. ASHANTI:  No one's shouting at

21           you.

22                MR. STOLL:  Would you characterize

23           that as shouting?

24                MS. DAINOW:  I would say

25           everything's a little bit heated and

1                    J. Doe

2         that's all I'm going to say for the

3         record.

4              MR. STOLL:  Okay.

5              Can I have a read back of the last

6         question, please?

7              (Record read.)

8         Q    Can you answer that question I

9    gave you?

10              MR. ASHANTI:  Objection to form.

11         You can answer the question however you

12         like not limited by counsel.  However

13         you like.

14              THE WITNESS: I think he doesn't

15         like my answer.

16         Q    I would like to hear as much as

17    you want to tell me.  Anything you want to tell

18    me in response to that question I would like to

19    hear.

20              MR. ASHANTI:  Don't do that again.

21              MR. STOLL:  I don't know what that

22         means, Mr. Ashanti.  Don't do what

23         again?

24              MR. ASHANTI:  Don't tell her don't

25         use that as an example or casting that

72

1                    J. Doe

2          aside.  That doesn't sound like friendly

3          interactions to me.  Who cares what you

4          think?  Don't do that again.

5          Q    Can you answer the question?  You

6     want it read back again?  Did you want my last

7     question read back to you?  So there's a

8     question to you right now.  Do you want a read

9     back of that question, or are you able to

10    answer it, or you're unable to answer it?

11              MR. ASHANTI:  You might want to

12         rephrase it so we can move on.  We're

13         wasting time.

14         Q    Are you unable to answer my last

15    question?

16         A    I don't know what you want me to

17    say.

18         Q    Can you detail anything about the

19    conversations that you had with Mark Waltzer

20    during your first 10th grade year that made you

21    believe that you had a friendship with him?

22         A    I don't recall at the moment

23    specific wording.

24         Q    Did you confide in Mr. Waltzer

25    anything about your home life during your first

73

1                           J. Doe

2    year in 10th grade during school hours?

3         A     Yes, we used to talk a lot.

4         Q     What sort of things did you tell

5    him about your home life?

6         A     I remember mentioning, you know,

7    having -- let me see.  My life, stuff with my

8    family.  I mean, I feel a little overwhelmed

9    right now.

10        Q     Okay, you want to talk a break?

11        A     Please.

12              (Off the record at 11:48.)

13              (Recess.)

14              (Back on the record at 12:01.)

15        Q     First year you did 10th grade, did

16   you confide in Mr. Waltzer about anything about

17   your relationship with your mom?

18        A     Yeah, I believe so.  Certain

19   things.

20        Q     What certain things did you tell

21   him about during the first year of 10th grade?

22        A     I don't remember all specifics.

23   But I remember family.  We talked about a lot

24   of different subjects.

25        Q     Did Mark Waltzer tell you anything

74

1                           J. Doe

2      about his home life during your first year of

3      10th grade?

4              A    I don't remember that.

5              Q    Did you have a guidance counselor

6      in 10th grade?

7              A    I'm sure there's one assigned to

8      my grade.

9              Q    One you ever saw?

10             A    No.

11             Q    Any guidance counselor you ever

12     saw?

13             A    No.

14             Q    Did you have any mental health

15     professional you saw at all prior to your two

16     years of 10th grade?

17             A    No.

18             Q    Did you ask Mark Waltzer for

19     advice during your first year of 10th grade?

20             A    I don't think I asked him for

21     advice.  Not that I recall.

22             Q    During the first year of 10th

23     grade, did you ever observe Mark Waltzer

24     looking at you in a way you considered to be

25     inappropriate?

75

1                          J. Doe

2          A     No.  I didn't feel that way.

3          Q     Did you ever see Mark Waltzer

4    outside of the school during your first year of

5    10th grade prior to last day of school?

6          A     No.

7          Q     Did you ever make plans to meet up

8    outside of school during your first year of

9    10th grade with Mr. Waltzer?

10         A     Plans?

11         Q     Yes.

12         A     No.

13         Q     Was there a time that you saw

14   Mr. Waltzer in a park outside the school with

15   another person, another employee of the school?

16         A     I saw him at a park?

17         Q     Yes.

18         A     No.

19              MR. ASHANTI:  By Counsel, I

20         believe that was an error.  I thought we

21         had clarified that as to who that was.

22         Maybe we didn't.

23              MS. DAINOW:  No, there's no

24         clarification.

25              MR. ASHANTI:  It was minors.  I

J. Doe

1

2          apologize.  I thought I clarified.

3          Q     Did you ever talk to any other

4   students during your first year of 10th grade

5   about Mr. Waltzer?

6          A     No, not specifically.

7          Q     In your first year of 10th grade,

8   did you feel that Mr. Waltzer went extra hard

9   on you or extra easy on you as a result of what

10  you considered to be your friendship with him

11  as a teacher?

12         A     I never considered that.

13         Q     As you consider it now, do you

14  believe that was the case?

15         A     I don't think there was much room

16  for that.

17         Q     Why is that?

18         A     Well, it wasn't like I needed him

19  to favor me or not favor me.  So it wasn't like

20  he was going to do something like pass me

21  because I wasn't doing anything well or

22  anything like that.

23         Q     So as far as you're concerned,

24  your first year of 10th grade Mr. Waltzer gave

25  you the grade you earned no more, no less; is

1                      J. Doe

2    that correct?

3         A    I believe so.

4         Q    Did there come a time that

5    Mr. Waltzer gave you his phone number?

6         A    Yes, I think at the ending of the

7    school year.

8         Q    Where and when did he give you

9    that phone number?

10        A    I don't remember exactly where.

11        Q    Do you remember whether he wrote

12   it down for you or he just told you?  Do you

13   recall?

14        A    I'm trying to think about what

15   happened.  I believe it was written.

16        Q    Do you have a specific

17   recollection of him writing his phone number

18   down for you?

19        A    What do you mean by that?

20        Q    Do you specifically remember a

21   time when he wrote his phone number down for

22   you?

23        A    I do have a recollection.

24        Q    Where were you when he wrote that

25   phone number down for you?

78

1                        J. Doe

2        A    I believe the hallway.

3        Q    Was there a conversation involved

4   when he wrote his phone number down for you in

5   the hallway?

6        A    Yes.

7        Q    What was the nature of that

8   conversation?

9        A    It was about summer coming up.

10       Q    And what did you discuss about the

11  summer coming up?

12       A    I believe he mentioned, you know,

13  if I needed anything, I could have his number.

14  He seemed to be a friend to me so I didn't

15  think it was a big deal.

16       Q    Did you give him your number as

17  well?

18       A    I don't think so.

19       Q    Did there come a time your first

20  year of 10th grade that Mr. Waltzer gave you

21  his home address?

22       A    I think it was at the same time.

23       Q    And you recall him writing his

24  home address down for you?

25       A    Yes.

79

                               J. Doe

1

2        Q     What did he write it down on?

3        A     On the paper.

4        Q     What kind of paper was it?

5        A     Like make and model?

6        Q     Was it a notebook paper?  Was it

7   the back of a business card?  Was it some

8   school document that he scribbled it on?  Do

9   you have a recollection?

10       A     I do not know.

11       Q     What did you do with the address

12  and phone number that he gave you?

13       A     I put it in my bag.

14       Q     Prior to Mark Waltzer giving you

15  his phone number and his address, did you know

16  where he lived?

17       A     No.

18       Q     Did you know what neighborhood he

19  lived in?

20       A     No.

21       Q     Did you know whether he lived

22  close to or far from the school?

23       A     No.

24       Q     Do you know how he got to the

25  school?

80

1                          J. Doe

2          A     No.

3          Q     Did you know whether he had kids?

4          A     That, I don't remember if that was

5    a conversation.  When that conversation came

6    about, I don't remember.

7          Q     Do you know whether he was

8    married?

9          A     I did not know he was married.

10         Q     Did you know how long he had been

11   a teacher for?

12         A     No, I didn't know that.

13         Q     So you don't know as you sit here

14   today, whether by the end of 10th grade you

15   knew that Mr. Waltzer was married, correct?

16         A     I did not know, no.

17         Q     As you sit here today, you don't

18   know whether by end of 10th grade you knew he

19   had children, correct?

20         A     Say that again.

21         Q     As you sit here today?

22         A     Today.

23         Q     You don't know whether at the end

24   of your first year of 10th grade you knew then

25   that that he had children; is that correct?

81

J. Doe

1

2      A    I don't know if we had that

3   conversation.  I don't remember.

4      Q    Can you tell me by the end of your

5   first year of 10th grade, can you tell me every

6   detail you knew about my client, Mr. Waltzer's

7   personal life?

8      A    I don't remember how much I knew.

9   I don't remember.

10      Q    You said that the interaction you

11   had with that custodian in junior high or

12   middle school really affected your ability to

13   trust people, correct?

14      A    Yes.

15      Q    More specifically would you say it

16   affected your ability to trust men?

17      A    Yes.

18      Q    So why was it that you trusted

19   Mr. Waltzer in your relationship with him in

20   that first year in high school?

21      A    Because finding out that the

22   effect that he had on me, it was not immediate.

23   Many things that happened built up to become

24   that way.  That did not happen like within the

25   few months later that I felt that way, no.

82

```
  1                    J. Doe

  2         Q    Do you know whether Mr. Waltzer

  3    gave his phone number to any other students?

  4         A    He never told me; so I don't know.

  5         Q    Do you know whether he gave his

  6    address to any other students?

  7         A    I do not know.

  8         Q    In your second amended complaint

  9    paragraph 52, you say that you got into an

 10    argument a couple weeks after the end of your

 11    first year in high school, right?

 12         A    What did you say?

 13         Q    Couple weeks after the first year

 14    of high school you got into a fight with your

 15    mother?

 16         A    Right.

 17         Q    What was that fight about?

 18         A    I don't recall all the details at

 19    this point.  At this point those fights seem

 20    silly now.

 21         Q    Do you recall the actual details

 22    of the fight?

 23         A    I think my mom did not want me to

 24    go out as much and have lots of friends.  I

 25    felt like students my age were nice to have but
```

83

J. Doe

1    I felt teachers were like a safe zone.

2         Q    That was what the fight with your

3    mom was about?

4         A    The fight with my mom was friends.

5    Having friends and going out with friends.

6         Q    Was the fight with your mom a

7    couple weeks after the end of your freshman

8    year that -- well, your first year in high

9    school was the fight with your mom that you

10   wanted to go out and see friends and she didn't

11   want you to?

12        A    People that were not part of the

13   religion.  We didn't agree.  I wanted to kind

14   of like do more than just go to church.

15        Q    You said a lot of those arguments

16   back then seemed kind of silly to you now.

17   What other kind of arguments did you have with

18   her around that time period?

19        A    I don't have a lot that stand out.

20   So if they don't stand out, just probably not

21   that relevant.

22        Q    Does anything else stand out to

23   you from that period?

24        A    Such as?

84

J. Doe

1

2      Q    I'm asking you.  Does the subject

3  of any of the other fights you had with your

4  mom in that general time frame toward the end

5  of your first year at high school or the few

6  weeks after, do the details of any of those

7  arguments stand out to you?

8      A    No.

9      Q    But you do recall that one

10  specific argument had you with your mother

11  about you wanting to be able to see friends or

12  go out and her not wanting you to couple weeks

13  after your first year in high school, right?

14      A    Yes.

15      Q    And that caused you to leave home,

16  right?

17      A    Right.

18      Q    Did you leave home because you

19  were angry?  Did she throw you out?  Was it

20  something else?

21      A    I believe she said that if we live

22  in her house we have to live by rules.  If I

23  didn't like it, then I couldn't be at her

24  house.  She seemed upset.

25      Q    Was there one specific thing you

85

                          J. Doe

1

2   had done that she was angry about?

3        A    I don't recall.

4        Q    Was your aunt involved in

5   disciplining you or raising you as well?

6        A    No.

7        Q    So it's fair to say your mom

8   basically said, "If you want to live under my

9   roof, you have to follow my rules."  And you

10  were basically like, "Fine, I won't live under

11  your roof," and you left?

12       A    Right.  My aunt wasn't living with

13  us at that time anymore.

14            But to answer your question, yes,

15  that's pretty much what I remember.

16       Q    Where did you go?

17       A    I had this one friend in class.  I

18  believe her name was Diana.  I don't remember a

19  lot of information about her, like her last

20  name.  She was Hispanic.  I believe she was

21  either from Guatemala or El Salvador.  She was

22  someone I got along with in school.  And I

23  think my mom didn't know much about her or

24  approved of her.  And I went to her house.

25       Q    Did she and her family let you

86

                              J. Doe

1

2    stay there?

3         A    Yeah, she lived with her mom.

4         Q    Did they have a spare bed for you?

5         A    Yeah, they had bunk beds so they a

6    let me to stay there.

7         Q    Did you feel welcomed there?

8         A    Yeah, I felt okay.

9         Q    Did they have enough food for you?

10        A    I don't remember that.

11        Q    Did Diana's mom seem to resent

12   you?  Or did she seem cool with you being

13   there?

14        A    No, she was nice.

15        Q    Did you talk to that friend Diana

16   about the problems you were having with your

17   mom?

18        A    I don't remember what we talked

19   about.  But I'm sure I mentioned why I was

20   there.

21        Q    How long did you stay with Diana

22   for?

23        A    Couple of days.

24        Q    Then what happened?

25        A    And then I reached out to Mark.  I

1                      J. Doe

2    called him.

3          Q     Why did you call him?

4          A     Because I felt comfortable enough

5    to reach out and talk to him just as we did in

6    school.

7          Q     So did you call him because you

8    wanted to talk to him about the issues with

9    your mom?

10         A     Yeah.  I just needed a friend and

11   to me he felt like a friend.

12         Q     What was your relationship like

13   with your sisters during the end of your first

14   year at high school?

15         A     My sister Yasmin had moved out and

16   my other sister was not around anymore.  They

17   were not at the house anymore.

18         Q     Where had your sister Yasmin moved

19   out to?

20         A     I don't recall where she was at

21   that time.

22         Q     But you do recall she wasn't

23   living at home, right?

24         A     Yes.

25         Q     Had she moved out of the house for

88

1                              J. Doe

2    good by then?

3          A    I don't recall.  But she wasn't

4    home at that time.  I remember that much.

5          Q    Yasmin was in 11th grade when you

6    were in the first year you were in 10th grade,

7    right?

8          A    Right.

9          Q    Did she graduate from Francis

10   Lewis High School?

11         A    She did not.

12         Q    Do you know why she didn't

13   graduate?

14         A    I do not know.

15         Q    Did Sean graduate from high

16   school?

17         A    I do not know.

18         Q    Did Brissa graduate from high

19   school?

20         A    I do not know.

21         Q    Did Miguel graduate from high

22   school?

23         A    He did.

24         Q    In Mexico?

25         A    In Mexico.

89

1                          J. Doe

2          Q     And Tania, do you know if she

3    graduated from high school?

4          A     She did.

5          Q     In Mexico?

6          A     Uh-hum.

7          Q     Were you in touch with Yasmin at

8    the time shortly after she left home?

9          A     I don't remember.  No, I don't

10   think I was.

11         Q     Were you estranged from her?

12         A     I didn't really have a cell phone

13   or anything to communicate.

14         Q     Were you estranged from her?

15         A     I do not know.  I don't know what

16   you mean by that.

17         Q     Was there bad blood between you?

18         A     No, never been.

19         Q     Was she somebody you felt you

20   could confide in?

21         A     If she was around maybe, but she

22   wasn't.

23         Q     You knew where she worked, right?

24         A     I didn't know where she was at

25   that moment at that time.

90

1                        J. Doe

2          Q     Did she have a boyfriend then?

3          A     I'm not 100 percent sure what was

4     happening in her life at that moment.

5          Q     So did you have any idea how to

6     get in touch with Yasmin at the end of your

7     high school year?

8          A     No.

9          Q     Excuse me.  At the end of your

10    first sophomore year?

11         A     At the end, no.

12         Q     You had no idea where she was?

13         A     No, I didn't know where she was.

14         Q     If there was an emergency you

15    wouldn't have been able to reach her?

16         A     No.

17         Q     How about your aunt?  Did you have

18    a good relationship with Marie Guterman at the

19    end of your first year of 10th grade?

20         A     No.

21         Q     So when you first called

22    Mark Waltzer after you had the fight with your

23    mom after the first year of 10th grade, what

24    happened?

25         A     He didn't answer.

91

1                          J. Doe

2          Q     Did you leave a message?

3          A     No.  I called from a pay phone.

4          Q     You called from a pay phone?

5          A     Uh-hum.

6          Q     You didn't leave a message?

7          A     I don't think so.

8          Q     Why not?

9          A     I don't know.  Until now you'll

10    never catch me leaving a message.  I just never

11    do.

12         Q     Now we just text somebody, right?

13               Did you reach a voicemail when you

14    call him?

15         A     I don't remember.  I know.  I just

16    didn't talk to him.

17         Q     So did you try calling him again?

18         A     No, I don't think so.

19         Q     So when is the next time you spoke

20    to Mark Waltzer?

21         A     I went to his house.

22         Q     How long after you called him did

23    you go to his house?

24         A     I'm not sure if it was the same

25    day or the day after.  But it was really soon

92

1                          J. Doe

2    after.

3          Q    Why did you go to his house?

4          A    Because I had the address.

5          Q    Any other reason?

6          A    Such as?

7          Q    I don't know.  I'm asking you.  I

8    mean, I assume you had the address for a lot of

9    people.  But you just happened to be to

10   Mark Waltzer house; so I'm asking why you went

11   to his home?

12         A    You assume I have a lot of

13   addresses; but that's your assumption.

14         Q    Did you have addresses for anybody

15   else in the world?

16         A    No, I didn't.

17         Q    What was your intention to going

18   to Mark Waltzer's house?

19         A    To talk.  Maybe he could help me.

20         Q    So your intention was to go talk

21   to him and get some emotional help from him?

22         A    Right.

23         Q    What time of day did you go to his

24   house?

25         A    It was early in the evening.

93

                              J. Doe

1                              J. Doe

2    Maybe around, I don't know, 3, 4.

3         Q     In the afternoon?

4         A     Yeah.

5         Q     At that time, did you still feel

6    welcomed to stay at Diana's place if you needed

7    to?

8         A     Yeah, I was.

9         Q     How did you get to Mark Waltzer's

10   apartment?

11        A     I realized when I looked at the

12   address, it was kind of close to where -- I

13   mean fairly close.

14        Q     I'm sorry, close to what?

15        A     Fairly close to where I was

16   staying.

17        Q     How long of a walk was it?

18        A     Maybe like a 15-minute walk.

19        Q     His apartment was also close to

20   the high school, right?

21        A     Yeah.

22        Q     How far from the high school was

23   it?

24        A     I do not know exact mileage.

25        Q     Was it a block, two blocks, three

94

1                        J. Doe

2    blocks?

3         A    Further than that.  I don't know.

4    Six, seven.  I don't know.  Something like

5    that.

6         Q    What happened when you got to

7    Mark Waltzer's apartment?

8         A    I buzzed him from downstairs.

9         Q    What happened?

10        A    And he came downstairs.

11        Q    Did he answer the buzzer?

12        A    I don't remember.

13        Q    Did he call out the window or

14   anything like that?

15        A    What?

16        Q    Did he stick his head out of the

17   window when you rang the buzzer?

18        A    His head out the window?

19        Q    Yes, his apartment upstairs.

20        A    No, I don't think so.  I would

21   have known.

22        Q    To the best of your recollection,

23   you buzzed his buzzer.  You don't recall a

24   conversation over the intercom, but you

25   remember him coming downstairs; is that

95

1                            J. Doe

2    accurate?

3            A    Yes.

4            Q    What did you say to him when he

5    came downstairs?

6            A    I don't remember what I said.

7            Q    Do you recall whether you were

8    expressing to him that you felt a need to talk?

9    Or do you recall whether you were pressing it

10   as I'm just stopping bye or something else?

11               MR. ASHANTI:  Objection to form.

12           You can answer.

13           A    I remember what he said, but I

14   don't remember what I said to him.

15           Q    What did he say to you?

16           A    He said he was busy at that

17   moment.  If I could go to Starbucks and wait

18   over there across the street.  He had to take

19   care of something.

20           Q    Did he say what he was busy doing?

21           A    No.  Not at that moment, no.

22           Q    Did he seem surprised, or nervous,

23   or alarmed, or happy to see you?  Or can you

24   characterize his vibe?

25           A    I thought that he seemed happy to

96

                              J. Doe

2    see me.

3         Q    Did you go wait at the Starbucks?

4         A    Yes, I did.

5         Q    Did he come down?

6         A    Yeah, I believe he took about

7    30 minutes or so.

8         Q    What happened when he got to the

9    Starbucks?

10        A    We got coffee and we just talked

11   stories.

12        Q    What kind of stories?

13        A    Talked about why I was there, you

14   know, what happened with my mom.  Talked about

15   just, I guess, catching up a little.  I

16   remember kind of talking about more like, you

17   know, what I was going through with my mom and

18   family, whatever.

19        Q    Were you crying at all during that

20   conversation?

21        A    I don't remember that.  I don't

22   remember.  Maybe.

23        Q    During that first conversation at

24   Starbucks with Mark Waltzer, did you feel some

25   relief talking to him?

97

J. Doe

1                          J. Doe

2         A     Like if I felt better?

3         Q     Yes.

4         A     I felt better.

5         Q     How long did you stay at Starbucks

6    with him?

7         A     Maybe an hour or two.

8         Q     Did you have anything to eat

9    during that time?

10        A     At Starbucks?

11        Q     Yes.

12        A     No.

13        Q     How did you leave it that meet up

14   at Starbucks?  Did you have plans to meet up

15   again?  Did you say "bye nice seeing you,"

16   something else?

17        A     No, he offered to make me food at

18   his house and I accepted.

19        Q     Did he invite you over for dinner?

20        A     Yeah, he did.

21        Q     He invited you over for dinner in

22   straight from Starbucks?

23        A     Yes.

24        Q     Had you told him you were hungry

25   or anything like that?

98

1                           J. Doe

2          A    No.

3          Q    You weren't having any problems

4    getting fed at Diana's or anything like that,

5    right?

6          A    No.

7          Q    When he invited you to come have

8    dinner with him, was there anything about that

9    that at the time struck you as maybe

10   inappropriate or worrisome in any way?

11         A    No, I didn't think so.

12         Q    So did you go to his place for

13   dinner?

14         A    Yes, I did.

15         Q    Was anybody else at his apartment?

16         A    No, there was nobody else there.

17         Q    What happened when you got to his

18   apartment?

19         A    As soon as I walked in the house,

20   he kissed me and walked me to his bedroom and

21   we had sexual intercourse.

22         Q    Did you kiss him back when he

23   kissed you?

24         A    I don't remember that detail.

25         Q    Before you went to his apartment

99

                              J. Doe

1
2     while you were at Starbucks or either on the
3     way to his apartment, did he indicate to you in
4     any way that that he was interested in you in
5     any intimate way?
6          A    It didn't feel like that, no.
7          Q    And prior to that day, had you
8     ever had a romantic kiss with any boy or girl?
9          A    In 6th grade I had my first kiss
10    with a boy.  His name was Edwin.
11         Q    Anybody else?
12         A    No.
13         Q    Had you ever had any, short of
14    intercourse, any sort of sexual exploration
15    with anybody prior to that day at Starbucks
16    with Mark Waltzer?
17         A    No.
18         Q    Did you go willingly as far as you
19    thought with Mark Waltzer to his bedroom?
20         A    I didn't know what was happening.
21         Q    After he kissed you and lead you
22    to his bedroom, you didn't have an idea of what
23    was happening?
24         A    I was very confused.  I wasn't --
25    I didn't know we were going to have sex.  I

100

```
 1                        J. Doe
 2    don't think I was thinking about that.
 3         Q    What did you think was happening?
 4         A    I don't recall thinking much.
 5         Q    Did you take your clothes off?
 6         A    I did not take my clothes off.
 7         Q    Did he take your clothes off?
 8         A    He took my clothes off.
 9         Q    At that point, did you have a
10    sense that you were maybe going to have sex
11    with him?
12         A    I don't remember what I was
13    thinking during that process.
14         Q    At that time, did you feel like
15    you were being forced to do what you were
16    doing?  Or did you feel like you were acting
17    voluntarily with him or something else?
18         A    I was very confused.  I didn't
19    know what to think.  But I didn't want to
20    disagree because he was very good to me I felt.
21    So I don't remember like pushing him away or
22    anything like that.
23         Q    Were you alarmed?
24         A    I don't know what you mean by
25    that.
```

101

1                          J. Doe

2        Q    Were you worried that he was

3    acting inappropriately?

4        A    I don't remember thinking very

5    much of anything at that time.  At a certain

6    point I did realize I was going to be in really

7    big trouble with my mom.

8        Q    So you recall at some point you

9    had some concerns about your mom knowing about

10   what was happening, right?

11       A    Yeah.

12       Q    Did you have any concerns yourself

13   about the religion your mom was pushing on you?

14       A    For sure.

15       Q    When you say you had intercourse,

16   did it feel like what you now know to be a

17   traditional sexual interaction?

18            MR. ASHANTI:  Objection to form.

19       Q    Do you understand?

20       A    What do you mean "a traditional"?

21       Q    You kissed each other, right?

22       A    I presume so.

23       Q    I want to know what you recall.

24       A    I'm sure we -- we kissed, but I

25   don't remember -- I don't understand what your

102

```
 1                    J. Doe
 2   question is.
 3        Q    Did you kiss in bed?
 4        A    I don't remember that.
 5        Q    Did you caress each other?
 6        A    I wouldn't say each other, no.
 7        Q    Did he caress you?  Did he touch
 8   intimates part of your body?
 9        A    Yes, he did.
10             MR. ASHANTI:  Objection to form.
11             Can we clarify that you asked two
12        questions?
13             MR. STOLL:  Sure.
14             MR. ASHANTI:  Probably, yes, to
15        both; but it's not clear.
16             MR. STOLL:  Sure.
17        Q    Did he touch intimate parts of
18   your body?
19        A    Yes.
20        Q    Did you resist him touching
21   intimate parts of your body?
22        A    No.
23        Q    Did you feel at the time like he
24   was forcing you to engage in these activities?
25        A    I was scared.
```

103

1                          J. Doe

2          Q    What were you scared of?

3          A    Of what was happening.  I wasn't

4     100 percent sure of what was happening.

5          Q    Did you feel like he was forcing

6     you to do these things?

7          A    At that moment as of now, or as of

8     then?

9          Q    Then.

10         A    I don't remember thinking that he

11    was forcing me.

12         Q    Had you had any discussions with

13    him prior to then about what your age was?

14         A    Prior to this, no.  But during, I

15    believe, we talked about it.

16         Q    During what?  During your sexual

17    relationship with him?

18         A    Yes.

19         Q    Was it painful that first time you

20    had sex with him?

21         A    Yes.

22         Q    Did you sleep at his apartment

23    that night?

24         A    Yes.

25         Q    Did you talk about school with him

104

1                          J. Doe

2    that first night you stayed over at his place?

3          A     I don't think we did much talking.

4          Q     So as far as you recall?

5          A     As far as I recall.

6          Q     You didn't talk about school at

7    all?

8          A     That night, I don't think so.  I

9    don't remember.

10          Q     So did you have intercourse more

11    than once that night or that one time?

12          A     I don't remember that.

13          Q     What happened the next morning?

14          A     Felt like we were in a

15    relationship overnight.  I was there the next

16    morning.

17          Q     I'm sorry?

18          A     It felt like we were in a

19    relationship overnight.  I remember being there

20    the next morning.  But the details of like what

21    was happening and what we were talking about

22    are a little hazy.  I do remember, you know, a

23    couple things that he said the night before.

24          Q     What were those things?

25          A     He mentioned that when I rang the

105

```
1                    J. Doe
2    doorbell, he had his girlfriend there and he
3    had to -- like he took some time because he had
4    broken up with her and he mentioned that she
5    was a black woman.  I remember that.  I don't
6    know why that stuck with me until now.  But I
7    remember him saying that.
8         Q    Is there anything else you
9    remember him saying to you from the night
10   before?
11        A    That's all I remember.  That's all
12   that stands out.
13        Q    Had he told you he was going to
14   break up with his girlfriend?
15        A    No.
16        Q    Did Mark Waltzer in that first
17   24 hours within after you had sex, did he tell
18   you've not to disclose your relationship to
19   anybody?
20        A    I believe I stayed with him for
21   either a week or two.  I mean the minute I
22   walked in, I didn't leave for a long time.  So
23   I don't remember it was a conversation that we
24   had immediately.
25        Q    So from that first night that you
```

106

1                      J. Doe

2    had sex with Mark Waltzer for at least a couple

3    weeks, you then stayed over there?

4         A    Yeah.

5         Q    Did you go out during the day?

6         A    Yeah, we went out.  We went out.

7         Q    You went out together?

8         A    Uh-hum.

9         Q    Where would you go?

10        A    We went to some places out to eat.

11   And we went to this store.  I don't remember

12   what store it was to buy some kind of stuffed

13   peppers that he liked.  He went to the gym.  I

14   remember we went out.  But I don't remember all

15   the details, no.

16        Q    And did it feel like you were in a

17   relationship with him?

18        A    I didn't know what was going on.

19   Maybe I categorized it right now as a

20   relationship.  But at that moment I didn't

21   categorize it as anything.

22        Q    At that time were you enjoying

23   yourself?

24             MR. ASHANTI:  Objection to form.

25        When are we talking?  We have to clarify

107

```
 1                        J. Doe
 2        that.  I'm sorry.
 3        Q    Do you understand the question?
 4             MR. ASHANTI:  During sex?  Or the
 5        course of the relationship?  When are we
 6        talking?
 7        Q    Do you understand the question?
 8        A    No.
 9        Q    During those two weeks after you
10   first had sex with Mark Waltzer, were you
11   enjoying the relationship?
12        A    I was really confused and I didn't
13   want to disappoint him.  I didn't have a lot of
14   friends, or a lot of role models in my life
15   that I could talk to.  And I didn't want to
16   disappoint him at all.  I think the word
17   "enjoyment" does not come to mind.
18        Q    Did you laugh with him at all?
19        A    I don't remember.
20        Q    Did you feel trapped at his place
21   the first couple weeks after you first had sex
22   with Mark Waltzer?
23        A    I felt strange.
24        Q    Did you feel trapped?
25        A    I can't describe something that I
```

108

```
 1                    J. Doe
 2   don't recall.
 3       Q    Okay.
 4       A    I can't say that I did or I did
 5   not.  I don't remember thinking that much.  I
 6   didn't know how to feel about anything.
 7       Q    Did you feel free to leave and go
 8   back to your mom's that first two weeks after
 9   had you sex with Mark Waltzer?
10       A    No, because I felt like my mom's
11   going to see right through me and I would be
12   really be in trouble.  Now I was going to be in
13   trouble.
14       Q    Did you feel free to go back to
15   Diana if you wanted to those first few weeks
16   after you had sex with Mark Waltzer?
17       A    I kind of felt a little more
18   paralyzed.  I didn't know what to do, or what I
19   was supposed to do.
20       Q    Did you cook with Mark Waltzer
21   during those first two weeks after you had sex
22   with him?
23       A    I didn't know how too cook.  I was
24   too young for that.  But he cooked.
25       Q    Did he show you how to cook?
```

109

1                          J. Doe

2          A    I don't remember that.

3          Q    Did you watch shows together in

4    those two weeks?

5          A    I don't remember that.

6          Q    Did you have sex more than once

7    during those two weeks?

8          A    Yes.  Many times.

9          Q    Did you ever feel like he was

10   forcing you to have sex?

11         A    I don't remember exactly how I

12   felt at that moment.

13         Q    Did you ever feel like it was a

14   condition of you staying there that you had sex

15   with him?

16         A    Probably.

17         Q    Well, I'm asking if you recall

18   feeling that way now.

19         A    I recalled feeling the need to not

20   disappoint.

21         Q    How did you feel about your self

22   during those two weeks after you first had sex

23   with Mr. Waltzer?  Did you feel bad about

24   yourself, good, something in between?

25         A    I wouldn't describe as I felt good

110

1                          J. Doe

2    or bad.  I felt very confused and I couldn't

3    figure out how I was feeling.

4           Q    Did there come a time you posed

5    for some relatively intimate pictures with

6    Mark Waltzer?

7           A    I didn't pose.  He wanted to take

8    pictures.  I didn't want to take pictures.

9           Q    Did there come a time he did take

10   relatively intimate pictures of you?

11          A    Yes.  And it was something I never

12   seen or don't have anything.  I know they

13   exist.

14          Q    Did your counselor show you

15   pictures?

16          A    No.

17          Q    You talked about pictures with

18   your counsel, right?

19          A    Yes.

20          Q    Well, you say you didn't want to

21   take the pictures, but he wanted you to take

22   the pictures, right?

23          A    Say that again.

24          Q    He wanted to take pictures of you,

25   but you didn't want him to pictures, correct?

111

1                          J. Doe

2          A    Correct.

3          Q    He didn't take the pictures

4    secretly, correct?

5          A    Secretly?  Since I haven't seen

6    pictures, I don't know pictures you're

7    specifically talking about.  There could have

8    been secret pictures I don't know about.  I

9    don't know.

10         Q    Do you recall during those first

11   two weeks when you stayed at Mark Waltzer's

12   apartment, him taking pictures where you were

13   looking at the camera and smiling?

14         A    I don't remember.  I don't recall

15   exactly at what period of time those pictures

16   were taken.

17         Q    Do you remember him forcing you to

18   take pictures?

19         A    I don't remember feeling like he

20   was like forcing me.  I felt it was something

21   that was uncomfortable; but that's something he

22   wanted to do.

23         Q    At the same time it felt

24   uncomfortable, at the time did you think it was

25   kind of fun, whacky, or anything like that?

112

1                           J. Doe

2          A     Part of my personality every time

3    I'm uncomfortable, I laugh.  Laughter has

4    always been like how I mask my feelings.

5          Q     So did you laugh when you were

6    taking pictures with Mark Waltzer in those two

7    weeks after you first had sex?

8          A     I don't remember the pictures that

9    you're talking about.  I don't remember how I

10   looked or felt.  I remember feeling

11   uncomfortable; but I don't remember the

12   emotions behind it.

13         Q     Were you ashamed at the time those

14   pictures were taken?

15         A     Yes.

16         Q     Were you embarrassed?

17         A     Yes.

18         Q     Did you participate at all in

19   deciding what to wear or how to pose?

20         A     No.

21         Q     Was there any discussion of what

22   would be done with those photos?

23         A     No.

24         Q     So did your relationship with

25   Mark Waltzer continue for the duration of July

113

1                    J. Doe

2    2000?

3        A    I don't understand the question.

4        Q    The first time you had intercourse

5    with Mark was in July of 2000, right?  End of

6    June, maybe?

7            MR. ASHANTI:  That was a question

8        not a statement, correct?

9            MR. STOLL:  It was a question.

10           MR. ASHANTI:  That was a question.

11       Not a statement.

12           THE WITNESS:  Okay.

13           MR. ASHANTI:  Can you read it

14       back, please?

15           MR. STOLL:  Just for the record,

16       it's been a minute since I asked that

17       question; would you agree?

18           MR. ASHANTI:  About a minute,

19       yeah.

20           MR. STOLL:  Okay.

21           (Record read.)

22       A    End of June maybe, yes.

23           THE WITNESS:  Can we take a break.

24           MR. STOLL:  Yes.

25           I'm going to ask you not to

114

1                        J. Doe

2          discuss your testimony.

3               MR. ASHANTI:  Her past testimony?

4               MR. STOLL:  Yes.

5               MR. ASHANTI:  That's not a rule.

6          Where is that rule?  She can discuss her

7          past testimony.

8               (Off the record at 1:06.

9               (Recess.)

10              Back on the record at 1:20.)

11      Q    As best you can recall, what is

12  the date of your first sexual interaction with

13  Mark Waltzer?

14      A    The date?

15      Q    Yes.

16      A    I remember summertime.

17      Q    Of what year?

18      A    Based on what was happening around

19  that time, 2001, 2000.

20      Q    When you say "based upon what was

21  happening at that time," what were you

22  referring to?

23      A    He had been my teacher the prior

24  year, like, during the school year.  I entered

25  school in 1999, that's kind of fuzzy for me.

1                          J. Doe

2    He had given me a ring and I actually have a

3    picture wearing that ring.

4          Q     Have you given that picture to

5    your counsel?

6                MR. ASHANTI:  We produced it

7          yesterday.

8          Q     That picture of you wearing that

9    ring, is that a physical picture?

10         A     It is.  I brought it with me.

11         Q     You have it with you?

12         A     I don't.  I brought it from Hawaii

13   and I gave it to Karl yesterday.

14         Q     Do you have an electronic version

15   of that picture?

16         A     No.

17         Q     Was it taken on a digital camera,

18   film camera?

19         A     I don't know.  I just found the

20   pictures.  The pictures were not about the

21   ring.

22         Q     Is there anything else other than

23   there's a picture of you from that time period

24   wearing a ring he had given you, and the fact

25   that he had been your teacher that prior year

116

1                          J. Doe

2    that makes you recall it the year 2000?

3         A    Yes, there's one more thing I

4    remember.

5         Q    What's that?

6         A    Earlier that year I had gotten

7    baptized as a Jehovah Witness and I think my

8    mom kind of wanted more from me.  And I think

9    that's part of why I was fighting with her

10   because I felt like she forced me to do so.

11   And I got baptized on February 20th of 2000.

12   The church -- you know, I have records of that.

13   Then that was part of why, like, my mom wanted

14   me to, you know, not associate with, you know

15   all these school friends and kind of wanted me

16   to take it more seriously.  So that's where I

17   was having issues with my mom.  That's why I

18   remember the timeline.

19        Q    Other than you're being baptized

20   as a Jehovah Witness, and the photo of you with

21   your ring, and the fact that Mark Waltzer had

22   been your teacher the prior year, is there

23   anything else that makes you recall that sexual

24   relationship with him occurred in 2000?

25        A    I feel really nervous and

117

1                        J. Doe

2    flustered right now.  Even if I remember

3    yesterday, I don't remember now.

4        Q    Was there something you remembered

5    yesterday that you can't recall now?

6        A    That's what I just said.  I can't

7    remember a lot of details right now because I

8    feel very emotionally drained.

9        Q    Do you feel like you're able to

10   answer the questions right now to the best of

11   your ability?  Or do you feel like you would

12   need to break for another day to be able to

13   answer questions posed to you?

14       A    I am trying my best to answer your

15   questions.

16       Q    Okay, if there's any point at

17   which because of your emotions you feel like

18   you are not able to recall things that you

19   would be able to recall another day, let us

20   know and we'll break, okay?

21       A    Okay.

22            MR. STOLL:  Mark these as B, C, D

23       E.

24            (Thereupon, a photograph was

25            marked as Defendant Waltzer Exhibit B

                                                                        118

1                        J. Doe

2              for identification, as of this date.)

3                    (Thereupon, a photograph was

4              marked as Defendant Waltzer Exhibit C

5              for identification, as of this date.)

6                    (Thereupon, a photograph was

7              marked as Defendant Waltzer Exhibit D

8              for identification, as of this date.)

9                    MR. STOLL:  These are black and

10             white pictures of the pictures you

11             handed yesterday.

12             Q    Handing you Waltzer B through E,

13       do you recognize as black and white copies of

14       pictures you produced to counsel?

15             A    Yes.

16             Q    Is it one of these four photos in

17       which you were wearing the ring you were

18       referring to?  I understand these are black and

19       whites; so it's not so clear in the black and

20       white copies.  But is it one of these pictures

21       you were referring to where you're wearing the

22       ring?  So it's Defendant's B.  So Defendant's

23       Exhibit B is -- excuse me.  Waltzer B or

24       Defendant's Exhibit B is a black and white copy

25        of the photo that you are saying shows you

119

1                        J. Doe

2   wearing a ring that Mark Waltzer had given you;

3   is that correct?

4         A    Yes.

5         Q    Defendant's Exhibit B you are

6   saying is a picture that was taken in the year

7   2000, right?

8         A    Correct.

9         Q    Do you know more specifically when

10  in 2000, Defendant's Exhibit B was taken?

11        A    I'm not sure.

12        Q    Do you know anything about who

13  took the picture that's in Defendant's Exhibit

14  B?

15        A    No.

16        Q    Where was the photo that's

17  Defendant's Exhibit B taken?

18        A    At my house.

19        Q    Do you know whether you were still

20  in school during that picture, or it was

21  summertime, or something else?

22        A    I don't remember.

23        Q    Is there a particular reason you

24  still have this one photo that's Defendant's

25  Exhibit B, and the three others that you

120

1                        J. Doe

2    produced for us?  Like are those just pictures

3    you like among the pictures that you had that

4    you didn't keep?  Or do you have other pictures

5    from yourself from that time period, or

6    something else?

7         A    There's some other pictures that

8    my mom had.

9         Q    Defendant's Exhibit B is a picture

10   that your mom had?

11        A    Yes.

12        Q    So you asked your mom for pictures

13   of yourself from around that time period; is

14   that correct?

15        A    Yes.

16        Q    How did you ask her?  Did you ask

17   her like not over the phone, by email, text?

18        A    I asked her if she had any

19   pictures.  I saw her and she actually had an

20   album.  And I looked at the pictures that she

21   had in that one album.  My mom travels with

22   albums in her hand.

23        Q    When did Mark Waltzer give you

24   that ring that you referred to?

25        A    When?

121

1                        J. Doe

2          Q    Yes.

3          A    I don't remember.

4          Q    Did he say anything when he gave

5    you the ring?

6          A    It was a promise ring I think that

7    -- I don't remember at what point.  Like if it

8    was days or that day.  I don't know.  When at

9    one point, he had revealed he was married.

10         Q    Did he tell you it was a promise

11   ring?

12         A    He said he was going to divorce

13   his wife eventually.  He was not happy with

14   her.  Like he never, like, loved her.  And he

15   had like -- he -- I don't remember if he used

16   the words it's a promise ring.  I don't

17   remember.  But it was a gold ring with diamonds

18   around.

19         Q    So in Defendant's Exhibit B, are

20   you wearing the ring on your pinkie?

21         A    This one right here I think is a

22   better picture.

23              MR. ASHANTI:  There's a picture of

24         the little girl, the baby.  And it's of

25         the baby, but her hand is shown.

122

1                        J. Doe

2            MR. STOLL:  I see.

3        Q    So was it about two weeks you

4    stayed at Mark Waltzer after you first had sex?

5        A    I think.  But exact amount of

6    time, it's kind of fuzzy.

7        Q    Did you go back to your mother's

8    home after that time at Mark Waltzer's?  Or did

9    you go to your friend's house, or something

10   else?

11       A    I went to my mom's.

12       Q    Where did you tell your mom had

13   you been?

14       A    At my friend's house.

15       Q    Did you disclose to anybody the

16   summer of 2000, that had you a sexual

17   relationship with Mark Waltzer?

18       A    No.  Not that I recall.

19       Q    Did you reconcile with your mom

20   when you went back to the house after you had

21   been at Mark Waltzer's for about two weeks?  Or

22   did you pretend nothing had happened?

23       A    I think it was more like, you

24   know, you pretend nothing happened.  And I

25   think my mom was overwhelmed as a single

123

1                         J. Doe

2     parent.

3          Q    Had your sister Yasmin left home

4     under similar circumstances to you leaving

5     home?  She wasn't willing to live the way your

6     mom wanted her to live?

7          A    At that time in my life I didn't

8     ask a lot of questions.

9          Q    So you don't know?

10         A    I don't know.

11         Q    Well, have you discussed that with

12    her since then?

13         A    No, I never asked her what was

14    wrong.

15         Q    Did there come a time during the

16    summer of 2000, that you had a discussion with

17    Mark Waltzer about your age?

18         A    I believe so.  Yes.

19         Q    When was that discussion?

20         A    I don't know exactly when.  There

21    was a discussion about one of his friends

22    finding out.  He said that he had told one of

23    his friends about having a relationship with

24    someone young and his friend didn't want to be

25    his friend anymore.  And at that time we talked

124

1                           J. Doe

2    about, like, the age-related situation how it

3    was awkward.  That's my take on what happened.

4        Q    Who was that friend that he told

5    you he had told about the relationship?

6        A    I have no idea.  I believe he said

7    somebody like a male friend; but I don't

8    remember the name.

9        Q    Did you ever make a representation

10   to Mr. Waltzer about what your age was?  Did

11   you tell him how old you were?

12       A    I don't remember specifically

13   making -- say that again.

14       Q    Do you recall any conversations

15   with Mr. Waltzer about what your age was?

16       A    Is that same as the last question

17   of the misrepresentation of age?

18       Q    I don't know.  But my question now

19   is, did you ever tell him what your age was?

20       A    Okay.  So it's not attached to no

21   misrepresentation, right?

22       Q    Did you ever misrepresent your age

23   to him?

24       A    No.

25       Q    Did you ever tell him how old you

125

                              J. Doe

1                                J. Doe

2    were?

3         A    I don't remember me saying

4    specifically.  But I believe we did have a

5    conversation about age; so I must have said

6    something.

7         Q    After you returned home to your

8    mother's after that first couple weeks at

9    Mark Waltzer's, did you continue a sexual

10   relationship with Mark Waltzer?

11        A    Yes.

12        Q    How many times a week, say, for

13   the rest of July would you say you had sexual

14   intercourse with Mark Waltzer?

15        A    I do not know.

16        Q    Once a week, twice a week?

17        A    I do not know.

18        Q    20 times a week?  You're laughing.

19   It's less than 20 a week, right?

20        A    The words "I don't know," does not

21   convert if you ask again I will remember more.

22        Q    Did you continue your sexual

23   relationship with Mark Waltzer throughout

24   August of 2000?

25        A    Yeah.

126

1                        J. Doe

2          Q    How many times a week would you

3     say you had sex with him in August of 2000?

4          A    I don't remember how often we had

5     physical relations.  It's something I kind of

6     blocked.

7          Q    How often did you see him in

8     August of 2000?

9          A    If we were back at school, I

10    assume that we were because school time

11    already.  So I would kind of see him often at

12    school.

13              MR. ASHANTI:  You've been in

14              Hawaii a long time.  School starts in

15              September.  Almost always.  I think

16              always after Labor Day.

17          A    I don't remember.  Then I don't

18    remember specifically the dates or...

19          Q    Prior to returning to school in

20    fall of 2000, how many times a week would you

21    say you were seeing Mr. Waltzer?

22          A    Pretty frequently.  I can't give a

23    number.  School in Hawaii starts August 3rd.

24          Q    Would you say for the rest of the

25    summer of 2000, you saw Mark Waltzer more than

127

1                          J. Doe

2   once a week?

3           A    I don't remember how often I saw

4   him.

5           Q    Did you have sex with him every

6   time you saw him during the summer of 2000?

7           A    I believe so.

8           Q    How would you meet up with him?

9   Would he call you?  Would you call him?  Would

10  you just show up at his place?  Something else?

11          A    I came to his place and he picked

12  me up; but I don't remember all of it.

13          Q    Is it fair to say it varied how

14  you would meet him?

15          A    Right.

16          Q    Did you feel like he ever forced

17  you to have sex with him back then?  Were you

18  feeling it back then?

19          A    I felt I started to feel affection

20  for him; but I wasn't sure what I was feeling.

21          Q    When he picked you up, where would

22  he pick you up from; do you recall?

23          A    I don't remember.  When I say he

24  picked me, that event I only remember the time

25  he didn't come personally.  He sent Yasmin's

128

1                              J. Doe

2    boyfriend to get us.  But I don't remember him

3    like coming to my house to pick me up or

4    anything like that.  I don't remember that.

5    Whether it happened or not, it's fuzzy.

6         Q    You said you thought you were

7    starting to feel affection for him in the

8    summer of 2000, right?

9         A    Yes.

10        Q    In 2000, did you think you were in

11   love with him?

12        A    I think I didn't know how I was

13   feeling.  I felt like it was uncomfortable; but

14   I don't remember having like a miserable

15   feeling.  I didn't feel like hating him because

16   of it.  I did went there.  I think that I felt

17   like he cared for me and I wanted to spend time

18   with him.  But I'm not 100 percent sure of the

19   actual feeling when I look back.

20        Q    Did he tell you he was going to

21   marry you in the summer of 2000, did he tell

22   you he was going to marry you?

23        A    He said he couldn't marry me

24   because he was already married; but he was

25   going to divorce his wife and that's why he

129

                            J. Doe

1
2    gave me a ring.

3         Q    So did you believe that ring meant

4    once he divorced his wife, he was going to

5    marry you?

6         A    I don't think I was thinking about

7    marrying him at all.  It wasn't like that.  So

8    I wasn't sure.  I just took it for face value.

9         Q    So you didn't necessarily want to

10   marry Mark Waltzer in the summer of 2000,

11   right?

12        A    No.

13        Q    There came a time you learned you

14   were pregnant in the summer of 2000?

15        A    I'm not 100 percent sure if I

16   found out about the pregnancy in 2000 or 2001.

17        Q    Between the summer of 2000 and

18   January of 2001, did you have any other

19   partners other than any other sexual partners

20   other than Mark Waltzer?

21        A    No.

22        Q    So what makes you think it might

23   have been in 2001 that you became pregnant?

24        A    I am not 100 percent sure when

25   exactly.  I think that a lot of those details

130

1                    J. Doe

2    are kind of frozen.  I feel like we did so many

3    things together, I'm not 100 percent sure how

4    long it all lasted.

5          Q    For how long did your sexual

6    relationship with Mark Waltzer last?

7               MR. ASHANTI:  From the first time

8          to the last time ever?

9               MR. STOLL:  Well, no.  Thank you

10         for that.

11         Q    Did you have an abortion at some

12   point?

13         A    Yes.

14         Q    From the first time you had sex

15   with Mark Waltzer to the time you had an

16   abortion, how long was that time period?

17         A    I do not recall.  I cannot

18   pinpoint the amount of time that went by.

19         Q    But the year you returned to

20   Francis Lewis High School for your second year

21   at Francis Lewis High School, you started

22   trying to disclose your sexual relationship

23   with Mark Waltzer to another teacher, right?

24         A    Yes.

25         Q    That was Doug Meiners, right?

131

1                          J. Doe

2          A     Yes.

3          Q     So when was it that you tried to

4    disclose the relationship to Doug Meiners?

5          A     The date?  Or when it happened?

6          Q     The best you can pinpoint it down.

7          A     I don't have a specific date.  But

8    I remember Mr. Meiners wanted to go to the park

9    one time and he came to my classroom with

10   another gym teacher; but it was a younger gym

11   teacher that was just starting.  And we went to

12   the park.  I don't understand why we were going

13   to the park, but he wanted to go to the park.

14   And when we came back from the park, Mark

15   happened to be the one that saw us coming in.

16         Q     Was that around the time when you

17   told Doug Meiners about your relationship with

18   Mark Waltzer?

19         A     Doug seemed to be in trouble

20   because of the incident.  And Mark was upset

21   that he told me that, you know, I can't go out

22   of school premises with teachers.  And Douglas

23   was panicking and he was -- and at that time I

24   don't know how the topic came up, but I

25   mentioned to Doug that I was going to talk to

132

                        J. Doe

1

2    Mark about it.  And he thought it was kind of

3    strange why would I want to talk to Mark about

4    the incident.  And I disclosed to Douglas what

5    was happening with me and Mark.

6            Q     When in your second year of high

7    school was that?  Was that in the fall?  Was

8    that the spring?  Was it the winter?

9            A     I think it was in the spring and

10   that's why we went to feed the ducks.

11           Q     In the spring of what year?

12           A     2001.

13           Q     At the time that happened with

14   Doug Meiners, had you already had your

15   abortion?

16           A     I don't remember that.

17           Q     You don't remember that?

18           A     No.

19           Q     After you had an abortion, did you

20   and Mark Waltzer stop having sexual intercourse

21   for a number of years?

22           A     No, we were still having sex

23   after.

24           Q     When was the first time after you

25   had the abortion that you first started having

133

1                            J. Doe

2      sex with Mark Waltzer?  Like how many weeks or

3      months after the abortion?

4              A     I don't remember that.

5              Q     Was it more than a week?

6              A     I don't remember.

7              Q     Was it more than a month?

8              A     I don't feel comfortable putting a

9      time stamp on that.

10             Q     Was it more than six months?

11             A     I don't think so.

12             Q     So did you feel like after the

13     abortion that Mark terminated his relationship

14     with you?

15             A     Mark terminated the relationship

16     with me?

17             Q     Yes.

18             A     Mark never terminated the

19     relationship with me.

20             Q     So after your abortion, you didn't

21     feel like he abruptly terminated your seemingly

22     romantic relationship?

23             A     It was after.  But I don't

24     remember it.  Like when I say after, I mean,

25     like, that had occurred first.  And then after

134

1                              J. Doe

2    that fact, you know.  But I don't remember,

3    like, if it was a week, two weeks.

4         Q    So Mark did or did not terminate

5    his --

6         A    He didn't terminate anything.

7         Q    Let me back up a little.  When you

8    learned you had become pregnant, again you

9    don't know when that was, right?  You don't

10   know if that was the year 2000 or 2001,

11   correct?

12        A    Correct.

13        Q    Is it possible it was 2002?

14        A    No.

15        Q    So you know it was either in 2000

16   or 2001 you had an abortion, right?

17        A    Yes.

18        Q    Had you told Mark Waltzer that you

19   were pregnant?

20        A    He was the one who went to get the

21   pregnancy test and had me do the pregnancy test

22   at his house.

23        Q    What prompted that?

24        A    I guess I wasn't feeling well.  I

25   didn't even know.

135

1                    J. Doe

2          Q    So the pregnancy test was

3    positive, right?

4          A    Right.

5          Q    Did you have a discussion with him

6    what to do about it?

7          A    He talked about how he already had

8    two kids.  And I had already met them.  And he

9    couldn't have two households.  To me when he

10   was talking about the matter, I felt like I was

11   going to be on my own.  And I was really

12   scared.  I was scared before about how things.

13   This, I was extremely scared.  And for the

14   first time I came to the knowledge of abortion

15   even being an option.

16         Q    Before that you didn't know that

17   abortion was a thing that existed?

18         A    Didn't exist in my household.

19         Q    But had you ever heard that?

20         A    Yeah, I've heard of it like on TV

21   and stuff.  But I wasn't very knowledgeable.

22         Q    And then did you and Mark have a

23   discussion about whether you should have an

24   abortion?

25         A    Yes, we did.

136

1                              J. Doe

2           Q     How did that conversation go?

3           A     He was talking about his kids.

4    His family.  Economically, how that was going

5    to affect him.  He couldn't have two families.

6    I didn't know what he was saying.  Somehow we

7    came to the conclusion, and I felt like I

8    didn't really have many options.  I didn't want

9    my mom to find out; but I thought she should.

10   But I didn't know what to do.  And he made all

11   the arrangements and we went to get it done.

12          Q     Did he talk to you at all about

13   what having a child would mean for your life?

14          A     What?

15          Q     Did he talk to you at all about

16   what having a child would mean for your life as

17   opposed to his life?

18          A     No.  He just talked about the

19   financial aspect of it for him.  That was not

20   something that he could do.

21          Q     Would you say that your sexual

22   relationship with Mr. Waltzer before you were

23   17, would you say it lasted for several months?

24          A     When I first talked to my

25   attorneys and lot of times it felt like it was

137

1                       J. Doe

2    just a couple of months.  The more I talked to

3    -- oh, can you repeat the question?

4               MR. STOLL:  Read it back.

5               (Record read.)

6         A    I think it was longer.

7               MR. STOLL:  I'm not sure it's

8               appropriate for counsel to be whispering

9               to the witness.

10              MR. ASHANTI:  There's no pending

11              question.  You want to know what I said?

12              I said don't reveal anything we said to

13              each other in confidence.  Because she

14              mentioned conversations that we had.

15              MR. STOLL:  Okay.

16        Q    So you're aware that the second

17   amended complaint and the complaint, and the

18   amended complaint all say more than once that

19   your relationship with Mark Waltzer lasted over

20   -- what the complaint calls the repeated

21   statutory rape of you lasted over the course of

22   several months; you're aware of that right?

23        A    Uh-hum.

24        Q    Yes?

25        A    Yes.

138

1                          J. Doe

2          Q    You've read that in the first

3    amended complaint, second amended complaint and

4    original complaint, right?

5          A    Yes.

6               MR. ASHANTI:  "Several" is a vague

7          term.

8               MR. STOLL:  Can you please not

9          interject your own opinion?

10              MR. ASHANTI:  You are not going to

11         badger my witness.

12              MR. STOLL:  Can you identify for

13         me what I've said that's badgering?

14         Would you do that for me on the record,

15         please, since you are saying I'm

16         badgering the witness?

17              MR. ASHANTI:  All repeated

18         questions about this, yeah.

19              MR. STOLL:  About what?

20              MR. ASHANTI:  Look, it's more than

21         what would be read in the transcript.

22         It's the tone and manner and everything

23         else, okay?

24              MR. STOLL:  Is there anybody else

25         in the room that thinks there was

139

1                          J. Doe

2          something inappropriate about my tone?

3                  MR. ASHANTI:  I'm not going to

4          allow you to get to that point.  You can

5          continue to waste time or ask questions.

6          Go ahead.

7          Q    So you read each complaint, the

8    complaint, the amended complaint and the second

9    amended complaint before they were filed,

10   right?

11         A    Yes.

12         Q    You approved them being filed,

13   correct?

14         A    Yes.

15         Q    And at the time each of those was

16   filed, you believed it was accurate that your

17   sexual relationship with Mark Waltzer had

18   lasted over the course of what the complaints

19   called the repeated statutory rape of you by

20   Mark Waltzer lasted over the course of several

21   months, correct?

22         A    At that moment, yes.

23         Q    And since then you've come to

24   believe that it actually lasted over a longer

25   period of time; is that fair to say?

140

1                          J. Doe

2         A    The two more discoveries with my

3    therapist, I'm able to remember more.

4         Q    So what in therapy did you

5    remember about your relationship that you

6    hadn't remembered by the time the second

7    amended complaint was filed?

8         A    The trip to Atlantic City.  We

9    just did so many different things, you know.

10   The abortion.  The trip.  Restaurants.  We did

11   so many different things, I had a hard time

12   placing a timeline on those specific things.

13        Q    The trip to Atlantic City, did

14   that happen during the summer?

15        A    I'm not 100 percent.  I can't

16   place that.

17        Q    Is it possible the trip to

18   Atlantic City occurred in the summer of 2000?

19        A    It is possible, but I'm not 100

20   percent sure.

21        Q    Is it possible that the abortion

22   took place at the end of the summer of 2000?

23        A    End of the summer you said?

24        Q    Yes.

25        A    I don't recall.

141

1                          J. Doe

2          Q    Is it possible that the abortion

3    took place at the end of the summer of 2001?

4          A    I can't recall that.  I can't

5    place it.

6          Q    So what else came up in therapy

7    for you that made you realize that your sexual

8    relationship with Mark Waltzer before you were

9    17 went on for longer than several months?

10         A    The fact that we went back to

11   school and me having Douglas as a teacher in

12   January of 2001.  And when he was my -- Doug

13   was teacher, that's when the whole thing at

14   school happened.  Like when I told him I was

15   still in a relationship with Mark.  So in

16   January of 2001 we were still in a

17   relationship.

18         Q    In the second amended complaint

19   you sued Douglas Meiners, right?

20         A    Right.

21         Q    So when you filed the second

22   amended complaint, you recall the interactions

23   with Douglas Meiners, right?

24         A    The interactions, but not specific

25   dates.

142

                        J. Doe

1

2      Q    Do you have a specific

3   recollection that your sexual interactions with

4   Mark Waltzer occurred during the school year?

5      A    Say that again.

6      Q    Do you have a specific

7   recollection that any of your sexual

8   interactions with Mark Waltzer occurred during

9   a school year while you were a student at

10  Francis Lewis?

11     A    I remember when we -- that

12  Christmas that we went out and my sister and

13  her boyfriend stayed at Mark's.  We had sex

14  that night.  And that if it was Christmas, it

15  had to be December 25th.  And in any calendar

16  that was a school year, that was a school time.

17     Q    Was it Christmas or was it New

18  Year's Eve?

19     A    I don't remember.  Somewhere

20  around either Christmas or New Year's Eve.  It

21  was New Year's Eve.  But we had, I believe,

22  exchanged some gifts for Christmas.  But I

23  think that party we went was like a New Year's

24  Eve party.

25     Q    When you went to this New Year's

143

1                          J. Doe

2    Eve party with Mark Waltzer and your sister,

3    she was no longer a student at Francis Lewis

4    High School, right?

5          A    I do not recall that.

6          Q    Have you seen your sister's

7    affidavit?

8          A    No.

9          Q    So do you recall as we speak

10   whether your sister was still a student at

11   Francis Lewis the time you went out for New

12   Year's Eve with Mark Waltzer and your sister?

13         A    I don't remember.

14         Q    While you were seeing a therapist,

15   her name was Nguyen, N-G-U-Y-E-N, right?

16         A    Yes.

17         Q    Do you still see her?

18         A    No.

19         Q    Why not?

20         A    It's kind of expensive because

21   it's out-of-pocket.

22         Q    Did you tell Ms. Nguyen that you

23   didn't remember having gone out for New Year's

24   Eve with Mark Waltzer and your sister?

25         A    I didn't remember that we went

144

1                          J. Doe

2    out, yes.  I didn't remember what we did or

3    what was the reason we went out that night.

4    But I remember them clearly staying at Mark's

5    house and everything that happened when we came

6    back to the house.

7          Q    When is the first time you

8    remember that?

9          A    I never forgot that.

10         Q    So is it that you used to think

11   that happened during the summer, but then you

12   remembered that it happened on New Year's Eve

13   or something else?

14         A    No, I remember it was at the end

15   of the year and we went out for New Year's Eve,

16   but I don't remember where we went.  The only

17   detail that I do not remember is where we went

18   that night.

19         Q    So that time the complaints were

20   filed, you remember that you had gone out for

21   New Year's Eve with Mark Waltzer and your

22   sister; is that accurate?

23         A    Yes.

24         Q    So when you discussed having an

25   abortion with Mark Waltzer, did he pressure you

145

```
 1                        J. Doe
 2    to have an abortion?
 3         A    I didn't feel like he was
 4    pressuring me.  I felt like what he said kind
 5    of had a weight on the matter.  And at that
 6    time I felt that he knew better than me.  What
 7    it was better to do.
 8         Q    Even back then that was probably a
 9    hard decision, right?
10         A    I suppose.
11         Q    You were afraid of your mother
12    finding out that you had a sexual relationship
13    with somebody, right?
14         A    It was a feeling.
15         Q    So would you say you played a role
16    in making a decision to have an abortion?
17         A    At that time or now?
18         Q    Would you say at the time you felt
19    you were playing a role in making a decision to
20    have an abortion?
21              MR. ASHANTI:  Objection to the
22         form.
23              Do you understand the question?
24              THE WITNESS:  No, not 100 percent.
25         Q    At the time the decision was made
```

146

1                          J. Doe

2    that you would have an abortion, did you play a

3    role in that decision-making then?

4          A    I felt like I was making that

5    choice, yes.

6          Q    And as you look back at it from

7    today, do you think that was the right choice

8    for you?

9          A    No.  I don't feel like I made that

10   choice.  I have a daughter the same age and I

11   don't feel that she's in any position to make

12   that choice.

13         Q    But do you feel now that the

14   choice that was made for you to have an

15   abortion back then was the right choice?

16         A    No.  I said no.

17         Q    So when you refer to you having an

18   a daughter, you are saying that if your

19   daughter were in the same circumstance you were

20   in, you would want her to have that child?

21         A    Correct.

22         Q    Where did you get the abortion?

23         A    I can't remember the place.  But I

24   remember that it was somewhere in Forest Hills.

25   Maybe he wants to tell us.

147

1                           J. Doe

2          Q    How did you get there?

3          A    He took me.

4          Q    Did he go in with you?  When you

5     say "he," you mean Mark Waltzer?

6          A    Mark Waltzer.

7          Q    Did he go inside with you?

8          A    He came -- he filled out all the

9     paperwork.  He paid for it and he was there.

10    And I don't remember him being in the room with

11    me.  I remember him waiting in the waiting

12    room.

13         Q    Did you and Mark Waltzer have any

14    discussion about what you would say to people

15    at the clinic about your relationship?

16         A    No.  No discussion.

17         Q    Do you have any recollection of

18    what you said to them at the clinic?

19         A    I don't remember saying anything

20    to them.

21         Q    Did you have to show any ID to get

22    the procedure?

23         A    I don't believe so.  I didn't even

24    have an ID.  Or maybe the fake ID that we

25    produced.  Maybe that one.  I don't know.

148

1                         J. Doe

2              MR. STOLL:  I don't have a fake ID

3         that was produced.  Was there a fake ID?

4              MR. ASHANTI:  The word "produced"

5         can be in discovery or at the time at

6         the clinic.  Producing to the clinic.

7         Q    Is that what you meant?

8         A    Yes.

9         Q    When did you get a fake ID?

10        A    At some point we went to get a

11   fake ID, but I don't remember exactly when.

12        Q    By "we"?

13        A    Mark and I.

14        Q    Do you know where you went to get

15   a fake ID?

16        A    Manhattan, but I don't know where

17   exactly.

18        Q    And you don't know when?

19        A    No.  So I don't know what ID was

20   given at that place.  It could have been that,

21   or I don't know.

22        Q    What was the name on the fake ID

23   you got?

24        A    I don't remember.

25        Q    When is the last time you saw that

149

1                        J. Doe

2    ID?

3          A    Maybe around that time.

4          Q    Were there any complications

5    during the abortion?

6          A    No.

7          Q    As far as you know, the procedure

8    went smoothly?

9          A    As far as I know.

10         Q    Would you say now that Mark

11   Waltzer coerced you into getting an abortion?

12         A    Yes.

13         Q    Of what he did do you think

14   constituted coercing you?

15         A    From right now?  Like the way I

16   look at it right now?

17         Q    Yes, please.

18         A    He didn't allow me to take the

19   matters to my family.  If I would have talked

20   to my mother.  If I would've had a little bit

21   more time.  I felt pressure like I needed to

22   make the decision now.  I'm a child and I did

23   not know.  I'm 15 and I didn't know what to do.

24   And I'm scared.  I needed counsel from my

25   family.  Not from the man that made me pregnant

150

1                          J. Doe

2     to make a choice right there and then.  And

3     given the outlook of, "this is what's going to

4     happen.  Life is not going to be great.  I

5     can't help you."  And I'm thinking, you know,

6     I'm in it all by myself.  What am I going to

7     do?  And feeling that way, I felt like he put a

8     picture of where it was not a good thing for

9     me, and that was my only option.  And I took

10    the option that was presented without giving

11    the opportunity to even think about it or talk

12    to my family about it.  Especially my mother.

13         Q    From the time that you took the

14    pregnancy test, how much time --

15         A    Couple days.

16         Q    So it was a couple days between

17    the time you took the pregnancy test to when

18    you had the abortion?

19         A    I feel like it was about maybe the

20    next day.

21         Q    Did you see your family between

22    when you took the pregnancy test and when you

23    went for the abortion?

24         A    No.

25         Q    So when you said a couple days,

151

1                          J. Doe

2    what did you mean by "a couple days"?

3          A     Felt like -- I mean, I think we

4    went after the pregnancy termination, we went

5    to his house.  I wasn't feeling good.  He gave

6    me some medicine and I rested at his house.

7    And I don't remember, like, if I went home that

8    night or I didn't.  I don't remember.

9          Q     Did he tell you that you couldn't

10   talk to your family or shouldn't talk to your

11   family about the decision before you made the

12   decision to have the abortion?

13         A     I don't recall those specific

14   words.

15         Q     Do you recall anything to that

16   effect?

17         A     I recall it being something that

18   took place very fast.

19         Q     Do you recall Mark Waltzer saying

20   anything to discourage you from talking to your

21   family about the abortion before you had the

22   abortion?

23         A     I don't remember right now.

24         Q     So when you went back to school in

25   the fall of 2000, did you see Mark Waltzer in

152

1                           J. Doe

2      school?

3           A      Yeah, I did.

4           Q      Was there any verbal

5      acknowledgment between you two of your

6      relationship when you were in school?

7           A      Verbal, no, I don't think so.

8           Q      Did your relationship with

9      Mark Waltzer interfere at all with your

10     education in the fall of 2000?

11          A      I think so.

12          Q      In what way?

13          A      It was a lot of things that were

14     happening.  So not just with Mark.  With other

15     teachers.  I felt I was really overwhelmed.

16          Q      Was there anything with Mark that

17     was affecting your education in fall of 2000?

18                 MR. ASHANTI:  Objection to form.

19          A      Just something I knew wasn't

20     right.  Especially on my position with my

21     religion with my mom, with my family.  It made

22     me disturbed.  I was starting to have a hard

23     time attending to classes and just being at

24     school.

25          Q      Was there anything Mark did during

153

1                          J. Doe

2      school hours at school or said that affected

3      your education that you are aware of?

4              A     At what point?

5              Q     During fall to spring of 2000,

6      2001.

7              A     Having sex with me kind of

8      disrupted my education.

9              Q     The question's about in school.

10     Was there anything he said to you or did while

11     you were in school at any point that you feel

12     affected your education in a negative way?

13             A     One specific word he said that

14     affected my education?

15             Q     Anything?

16             A     I can't think of it like that

17     right now.

18             Q     When you would see him in school

19     starting in the fall of 2000 and going forward,

20     did you two just carry on as if nothing had

21     happened between you?  Or did you act

22     differently toward each other?

23             A     We were different.

24             Q     In what way?

25             A     I felt more freedom to touch him

154

1                         J. Doe

2    as he did too; but not excessively.  I would

3    touch his back and he would touch me kind of

4    passing on my waist.  Or it was more personal.

5    But we never had any sex or anything like that

6    at school.

7         Q    What about during the 2001, 2002

8    school year, did you see him at all in school

9    from 2001 to 2002?

10        A    Yes, 2001.  I can't recall right

11   now the specific interaction.

12        Q    Is it too hard for you to remember

13   right now because of how you're feeling?

14        A    Yes.

15        Q    Do you want to take a break?  I

16   think we should break for the day.  It's 2:30,

17   and if it's hard for you to answer questions at

18   this point, maybe it's a good time to break

19   since we're going to break soon anyway and

20   reconvene tomorrow.

21             MR. ASHANTI:  There's an agreement

22        between counsel to break for the day

23        right now.

24             THE REPORTER: Ms. Dainow, do you

25        want a copy of the transcript?

155

1                    J. Doe

2            MS. DAINOW: Yes.

3            (Time noted: 2:34 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

156

```
 1
 2              A C K N O W L E D G E M E N T
 3
 4    STATE OF NEW YORK)
 5                          : ss
 6    COUNTY OF        )
 7
 8              I, JANE DOE, hereby certify that I
 9    have read the transcript of my testimony taken
10    under oath in my deposition of July 27, 2023;
11    that the transcript is a true, complete and
12    correct record of my testimony; and that the
13    answers on the record as given by me are true
14    and correct.
15
16              _____
                          JANE DOE
17
18
19
20    Signed and subscribed to
21    before me, this ____ day
22    of _____, 2023.
23
24    _____
25    Notary Public, State of New York
```

157

1

2                        I N D E X

3

4    WITNESS                                    PAGE

5    JANE DOE

6         EXAMINATION BY:

7         MR. STOLL                             4

8

9                    E X H I B I T S

10   DEFENDANT'S      DESCRIPTION               PAGE

11   Exhibit A        Second amended           61
                      complaint
12
     Exhibit B        Photograph               118
13
     Exhibit C        Photograph               118
14
     Exhibit D        Photograph               118
15
     Exhibit E        Photograph               118
16

17

18

19

20

21

22

23

24

25

158

1

2                    C E R T I F I C A T E

3

4    STATE OF NEW YORK    )
                          ) ss:
5    COUNTY OF BRONX      )

6

7        I, KAREN VIGGIANO, a Shorthand

8    Reporter and Notary Public within and for

9    the State of New York, do hereby certify:

10       That JANE DOE, the witness whose

11   examination is hereinbefore set forth, was duly

12   sworn by me and that this transcript of such

13   examination is a true record of the testimony

14   given by such witness.

15       I further certify that I am not related

16   to any of the parties to this action by blood

17   or marriage and that I am in no way interested

18   in the outcome of this matter.

19

20   IN WITNESS WHEREOF, I have hereunto set my hand

21   this 21st day of August, 2023.

22

23                    *Karen S. Viggiano*

24   _____
                    KAREN VIGGIANO
25

# ERRATA SHEET

NAME OF CASE:_____

DATE OF DEPOSITION:_____

NAME OF DEPONENT:_____

The following corrections, additions or deletions are noted for the following reasons:

**PAGE   LINE                       CHANGE                                      REASON**

_____   _____   _____        _____

_____   _____   _____        _____

_____   _____   _____        _____

_____   _____   _____        _____

_____   _____   _____        _____

_____   _____   _____        _____

_____   _____   _____        _____

_____   _____   _____        _____

_____   _____   _____        _____

_____   _____   _____        _____

_____   _____   _____        _____

_____   _____   _____        _____

_____   _____   _____        _____

_____   _____   _____        _____

_____   _____   _____        _____

Subscribed and Sworn to Before Me
This _____ day of _____, 20__.

_____
WITNESS' SIGNATURE

_____    _____
NOTARY PUBLIC                Commission Expires:

**A**

**a.m** 1:11
**ability** 81:12,16 117:11
**able** 72:9 84:11 90:15 117:9,12,18
  117:19 140:3
**abortion** 130:11,16 132:15,19,25
  133:3,13,20 134:16 135:14,17,24
  140:10,21 141:2 144:25 145:2,16
  145:20 146:2,15,22 149:5,11
  150:18,23 151:12,21,22
**abruptly** 133:21
**academically** 27:24
**accepted** 32:14 33:7 97:18
**accosted** 47:18
**accurate** 95:2 139:16 144:22
**acknowledgment** 152:5
**act** 153:21
**acting** 100:16 101:3
**action** 17:21 61:9,16 158:16
**actions** 68:7
**active** 31:19,22
**activities** 102:24
**actual** 40:24 82:21 128:19
**address** 4:13 7:14 78:21,24 79:11
  79:15 82:6 92:4,8 93:12
**addresses** 92:13,14
**administer** 3:11
**adopted** 9:8,9,10
**adult** 10:12 37:3
**advance** 49:4
**advice** 74:19,21
**affect** 136:5
**affection** 127:19 128:7
**affidavit** 22:7,10,14 26:12 143:7
**affiliations** 32:24
**afraid** 45:22 145:11
**afternoon** 93:3
**age** 28:3,7,12,19,23,24 82:25
  103:13 123:17 124:10,15,17,19
  124:22 125:5 146:10
**age-related** 124:2
**agree** 83:14 113:17
**AGREED** 3:4,14
**agreement** 154:21
**ahead** 27:9,12,20,21,23 28:2 139:6
**alarmed** 95:23 100:23
**album** 120:20,21
**albums** 120:22
**allegations** 19:19
**alleged** 19:15
**allow** 139:4 149:18
**allowed** 50:16,22
**amended** 17:21,22 19:16 46:21
  60:7,12 61:2,8,15,19 82:8 137:17
  137:18 138:3,3 139:8,9 140:7
  141:18,22 157:11
**amount** 65:17 66:6,21 122:5
  130:18

**Andrew** 2:17 4:16
**angry** 84:19 85:2
**answer** 8:25 17:19 24:22 29:12
  44:23 60:22 62:5 63:7 64:18 71:8
  71:11,15 72:5,10,10,14 85:14
  90:25 94:11 95:12 117:10,13,14
  154:17
**answers** 156:13
**anybody** 9:20 10:8 22:2 30:25 31:6
  31:9,12 35:23 38:19,21 92:14
  98:15 99:11,15 105:19 122:15
  138:24
**anybody's** 57:19
**anymore** 14:19 85:13 87:16,17
  123:25
**anyway** 154:19
**apartment** 93:10,19 94:7,19 98:15
  98:18,25 99:3 103:22 111:12
**apologize** 76:2
**app** 15:15
**Apparently** 47:6
**appear** 58:8
**appeared** 58:16
**appears** 12:14
**approach** 65:10,11
**approached** 47:4 65:12
**appropriate** 137:8
**approved** 85:24 139:12
**Approximately** 10:19 53:7
**argument** 82:10 84:10
**arguments** 83:16,18 84:7
**arrangements** 136:11
**ashamed** 112:13
**Ashanti** 2:6 14:22 19:6 22:23 24:21
  29:7 40:6,9 44:20 52:10 53:22
  57:14 58:21 59:4,6,9,14,16 60:16
  60:18 61:10 62:5,17,24 63:5
  64:12,19,20 70:3,8,20 71:10,20
  71:22,24 72:11 75:19,25 95:11
  101:18 102:10,14 106:24 107:4
  113:7,10,13,18 114:3,5 115:6
  121:23 126:13 130:7 137:10
  138:6,10,17,20 139:3 145:21
  148:4 152:18 154:21
**Ashanti's** 70:18
**aside** 70:4,8 72:2
**asked** 37:16 38:17,23 59:10,16
  68:17 74:20 102:11 113:16
  120:12,18 123:13
**asking** 18:20 25:24,25 59:7,11
  68:10 70:10 84:2 92:7,10 109:17
**aspect** 136:19
**assigned** 74:7
**assignment** 53:11
**associate** 116:14
**assume** 92:8,12 126:10
**assumes** 62:18
**assuming** 62:19

**assumption** 62:25 92:13
**Atlantic** 140:8,13,18
**attached** 124:20
**attempt** 48:25
**attempted** 16:14,17
**attend** 31:25
**attended** 31:16
**attending** 58:2 152:23
**attention** 58:19 61:18 64:23 65:3
  65:17 66:13
**attorneys** 1:15 2:4,9,15 3:5 136:25
**audio** 16:8,11,15,18
**August** 125:24 126:3,8,23 158:21
**aunt** 6:5,12,15 9:11 10:10 18:12
  19:5,12 29:25 85:4,12 90:17
**aunt's** 9:23 10:7
**authorized** 3:10
**avoid** 48:23
**aware** 47:23 48:2,13 57:11 58:16
  58:20 137:16,22 153:3
**awkward** 124:3

**B**

**B** 117:22,25 118:12,22,23,23,24
  119:5,10,14,17,25 120:9 121:19
  157:9,12
**baby** 121:24,25
**back** 8:19 17:3 29:10 44:14,16 45:6
  52:21,24 53:4,8 63:10 64:13,15
  65:3 71:5 72:6,7,9 73:14 79:7
  83:17 98:22 108:8,14 113:14
  114:10 122:7,20 126:9 127:17,18
  128:19 131:14 134:7 137:4
  141:10 144:6 145:8 146:6,15
  151:24 154:3
**backpack** 42:19 44:6
**backup** 17:7
**bad** 89:17 109:23 110:2
**badger** 138:11
**badgering** 60:20 138:13,16
**bag** 68:11,17 79:13
**baptized** 116:7,11,19
**based** 114:18,20
**basically** 47:18 85:8,10
**beat** 51:2
**bed** 86:4 102:3
**bedroom** 98:20 99:19,22
**beds** 86:5
**beginning** 38:11
**behalf** 18:2
**believe** 17:24 38:4 39:18 49:9 54:2
  55:18,25 65:2 72:21 73:18 75:20
  76:14 77:3,15 78:2,12 84:21
  85:18,20 96:6 103:15 105:20
  123:18 124:6 125:4 127:7 129:3
  139:24 142:21 147:23
**believed** 139:16
**BELLINA** 2:14

**best** 94:22 114:11 117:10,14 131:6
**better** 45:12 97:2,4 121:22 145:6,7
**big** 31:15 48:19,21 78:15 101:7
**bigger** 46:17,19
**birth** 5:7 10:15,16 12:15 13:19
   27:3,15
**bit** 27:16 69:13 70:25 149:20
**black** 105:5 118:9,13,18,19,24
**block** 50:12 93:25
**blocked** 126:6
**blocks** 93:25 94:2
**blood** 89:17 158:16
**body** 37:8,10 102:8,18,21
**born** 5:9,10
**boy** 99:8,10
**boyfriend** 47:12 90:2 128:2 142:13
**boyfriend's** 47:6
**bra** 51:13
**break** 5:2,3 44:22 45:3 73:10
   105:14 113:23 117:12,20 154:15
   154:16,18,19,22
**bringing** 16:2,5
**Brissa** 8:4,8 9:19 10:9,24 11:3,15
   30:9 88:18
**Brissa's** 8:5,14
**broken** 105:4
**BRONX** 158:5
**Brooklyn** 2:16
**brother** 8:4 9:7,16 11:15 49:23
   50:2,2
**brought** 115:10,12
**bruised** 51:25
**built** 81:23
**bunk** 86:5
**business** 79:7
**busy** 95:16,20
**buy** 106:12
**buzzed** 94:8,23
**buzzer** 94:11,17,23
**bye** 95:10 97:15

**C**

**C** 2:2 117:22 118:4 156:2 157:13
   158:2,2
**Cacho** 8:18,19 19:23 30:4
**Cadman** 2:16
**calendar** 142:15
**call** 30:25 31:2,3 66:24 87:3,7
   91:14 94:13 127:9,9
**called** 49:25 50:9 66:25 87:2 90:21
   91:3,4,22 139:19
**calling** 49:23 91:17
**calls** 137:20
**camera** 111:13 115:17,18
**car** 36:21 37:7 38:19 39:4,7,12,20
   39:25 41:12 42:3 47:6
**card** 79:7
**care** 95:19

**cared** 128:17
**cares** 72:3
**caress** 102:5,7
**caring** 63:12,14,18,20,23
**carried** 45:23
**carry** 153:20
**case** 18:2,9,14,17,17,18,19,21,25
   19:11,16,23 20:9,13,16,20,23
   21:15,21,24,25 22:3,7,17,20 23:3
   23:22 24:3 25:7 26:9,12,16 43:6
   43:17 60:8,13 76:14
**casting** 70:4,8 71:25
**casual** 69:13
**catch** 91:10
**catching** 96:15
**categorize** 106:21
**categorized** 106:19
**caused** 84:15
**cell** 40:25 41:4 89:12
**certain** 46:14 73:18,20 101:5
**certainly** 46:19
**certificate** 12:15 13:19
**certification** 3:7
**certify** 156:8 158:9,15
**chair** 42:18
**chance** 43:17
**changed** 46:10
**characterize** 70:22 95:24
**Chavez** 20:6,10
**child** 136:13,16 146:20 149:22
**children** 9:23 80:19,25
**chipping** 46:20
**choice** 146:5,7,10,12,14,15 150:2
**Christmas** 142:12,14,17,20,22
**church** 1:16 2:10 31:2,3,6,23 33:13
   33:14 38:4,4 83:15 116:12
**circumstance** 146:19
**circumstances** 123:4
**City** 1:6 2:9,10 28:4,5 140:8,13,18
**clarification** 75:24
**clarified** 75:21 76:2
**clarify** 102:11 106:25
**class** 57:3 58:3 66:12 68:11,23
   69:18,20 85:17
**classes** 152:23
**classroom** 65:6 67:2,5 68:18,20
   131:9
**clear** 102:15 118:19
**clearly** 144:4
**client** 59:10 60:20 81:6
**clinic** 147:15,18 148:6,6
**close** 7:19 30:24 31:5 79:22 93:12
   93:13,14,15,19
**closest** 20:2
**clothes** 100:5,6,7,8
**club** 25:10,19 26:5
**coerced** 149:11
**coercing** 149:14

**coffee** 96:10
**Columbus** 7:13
**come** 5:11 6:6 9:12 11:24 34:23
   40:14,22 41:10 45:15 50:5,13
   77:4 78:19 96:5 98:7 107:17
   110:4,9 123:15 127:25 139:23
**comfortable** 87:4 133:8
**coming** 47:4,5 78:9,11 94:25 128:3
   131:15
**commented** 37:10
**communicate** 21:2,5,8,11 89:13
**communicating** 15:11
**communication** 15:10 16:21 21:18
   23:2,16
**communications** 14:15,25 15:5,8
   16:25 20:13,19 21:19,20,24,25
   22:6,16
**complaint** 17:21,22,22 19:16 46:21
   60:8,12 61:3,8,15,19 82:8 137:17
   137:17,18,20 138:3,3,4 139:7,8,8
   139:9 140:7 141:18,22 157:11
**complaints** 17:20,25 18:4 139:18
   144:19
**complete** 156:11
**complications** 149:4
**computer** 14:5 17:17
**concern** 28:14
**concerned** 76:23
**concerning** 26:12
**concerns** 101:9,12
**conclusion** 136:7
**condition** 109:14
**confide** 31:9 72:24 73:16 89:20
**confidence** 137:13
**confused** 99:24 100:18 107:12
   110:2
**congregation** 31:15
**connection** 33:4
**consider** 9:15 12:10 30:14 58:23
   76:13
**considered** 16:4 36:22 74:24 76:10
   76:12
**constituted** 68:25 149:14
**contemplating** 16:2
**continue** 112:25 125:9,22 139:5
**conversation** 23:9 25:6 26:2 78:3,8
   80:5,5 81:3 94:24 96:20,23
   105:23 125:5 136:2
**conversations** 35:8 72:19 124:14
   137:14
**convert** 125:21
**cook** 108:20,23,25
**cooked** 108:24
**cool** 86:12
**copies** 16:20 118:13,20
**copy** 17:7 118:24 154:25
**CORPORATION** 2:9
**correct** 5:6,16 6:24,25 7:4 9:5 11:2

12:12 24:19 29:5 30:20 32:18,19
35:18 37:22 41:7,8 53:5,6 58:20
60:8 61:21 64:6 66:20 77:2 80:15
80:19,25 81:13 110:25 111:2,4
113:8 119:3,8 120:14 134:11,12
139:13,21 146:21 156:12,14
**counsel** 2:9 12:16 14:21 15:2 18:8
53:22 71:12 75:19 110:18 115:5
118:14 137:8 149:24 154:22
**counsel's** 53:24
**counselor** 74:5,11 110:14
**count** 70:11
**counts** 70:16
**COUNTY** 156:6 158:5
**couple** 11:7 55:6 82:10,13 83:8
84:12 86:23 104:23 106:2 107:21
125:8 137:2 150:15,16,25 151:2
**course** 107:5 137:21 139:18,20
**COURT** 1:2
**cross** 38:3
**crying** 44:21 96:19
**custodian** 34:24 35:6 36:20 37:7
40:12 45:7 46:2,7,11,25 47:7,11
52:7 54:9 81:11
**cut** 28:7 51:21
**CV** 1:6

---

### D

**D** 4:4 117:22 118:7 156:2 157:2,14
**Dainow** 2:12 70:24 75:23 154:24
155:2
**date** 5:7 10:15,16 17:13 27:3,15
61:5 114:12,14 118:2,5,8 131:5,7
**dates** 126:18 141:25
**daughter** 146:10,18,19
**day** 17:8,11 47:21 49:21 50:18 52:5
52:6,22 66:8,9 67:21 75:5 91:25
91:25 92:23 99:7,15 106:5
117:12,19 121:8 126:16 150:20
154:16,22 156:21 158:21
**days** 17:15 32:2 86:23 121:8
150:15,16,25 151:2
**deal** 48:19,21 78:15
**dean** 55:18
**December** 142:15
**deciding** 112:19
**decision** 145:9,16,19,25 149:22
151:11,12
**decision-making** 146:3
**deeply** 70:14
**defendant** 2:9,15 60:2,14,25 61:3
117:25 118:4,7
**Defendant's** 118:22,22,24 119:5,10
119:13,17,24 120:9 121:19
157:10
**Defendants** 1:8
**Definitely** 13:8
**degree** 46:14

**delete** 15:16,21
**deleted** 15:19,24 16:3,5,7
**delve** 70:14
**Department** 1:6 2:10 28:3
**deposition** 1:14 3:7,9,13 4:17
156:10
**describe** 29:15,20 68:15,16 107:25
109:25
**DESCRIPTION** 157:10
**detail** 72:18 81:6 98:24 144:17
**details** 18:18,25 19:5,11,23 21:15
21:21,25 23:15 25:7 38:6 52:4
82:18,21 84:6 104:20 106:15
117:7 129:25
**devices** 14:5,12,17,18 17:2
**diamonds** 121:17
**Diana** 85:18 86:15,21 108:15
**Diana's** 86:11 93:6 98:4
**die** 60:19
**different** 28:24 45:23 62:3 73:24
140:9,11 153:23
**differently** 64:10 153:22
**digital** 115:17
**dinner** 97:19,21 98:8,13
**diploma** 53:21
**disagree** 100:20
**disappoint** 107:13,16 109:20
**disciplining** 85:5
**disclose** 105:18 122:15 130:22
131:4
**disclosed** 132:4
**discourage** 151:20
**discoveries** 140:2
**discovery** 12:15 148:5
**discuss** 18:14,24 22:9,25 78:10
114:2,6
**discussed** 11:6 18:9 19:4,10,18,20
19:22 20:8,22 26:14 123:11
144:24
**discusses** 46:22
**discussing** 25:5
**discussion** 54:24 112:21 123:16,19
123:21 135:5,23 147:14,16
**discussions** 23:10 29:2 103:12
**disrupted** 153:8
**DISTRICT** 1:2,2
**disturbed** 152:22
**divorce** 121:12 128:25
**divorced** 129:4
**document** 79:8
**documentation** 12:21,24
**Doe** 1:3,14 4:12 5:1 6:1 7:1 8:1 9:1
10:1 11:1 12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1 44:1 45:1

**46:1 47:1 48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1 92:1 93:1
94:1 95:1 96:1 97:1 98:1 99:1
100:1 101:1 102:1 103:1 104:1
105:1 106:1 107:1 108:1 109:1
110:1 111:1 112:1 113:1 114:1
115:1 116:1 117:1 118:1 119:1
120:1 121:1 122:1 123:1 124:1
125:1 126:1 127:1 128:1 129:1
130:1 131:1 132:1 133:1 134:1
135:1 136:1 137:1 138:1 139:1
140:1 141:1 142:1 143:1 144:1
145:1 146:1 147:1 148:1 149:1
150:1 151:1 152:1 153:1 154:1
155:1 156:8,16 157:5 158:10**
**doing** 76:21 95:20 100:16
**DOODY** 2:12 54:23
**doorbell** 105:2
**Doug** 130:25 131:4,17,19,25
132:14 141:12
**Douglas** 1:7 131:22 132:4 141:11
141:19,23
**downstairs** 94:8,10,25 95:5
**drained** 117:8
**drive** 37:21
**driver's** 4:3
**driving** 35:3 39:14
**dropped** 46:25
**drove** 37:19 38:16
**ducks** 132:10
**duly** 4:4 158:11
**duration** 112:25
**dynamic** 46:10

---

### E

**E** 2:2,2 4:4,4 117:23 118:12 156:2
156:2,2 157:2,9,15 158:2,2
**earlier** 17:4,4 46:23 116:6
**early** 92:25
**earned** 76:25
**EASTERN** 1:2
**easy** 76:9
**eat** 97:8 106:10
**Economically** 136:4
**education** 1:6 2:10 28:4 152:10,17
153:3,8,12,14
**Edwin** 99:10
**effect** 3:12 46:19 81:22 151:16
**effective** 56:22
**EISENBERG** 1:7
**either** 63:17 85:21 99:2 105:21
134:15 142:20

**El** 85:21
**electronic** 14:5,12,18,24 15:4,8
    17:2 21:19,24 115:14
**electronically** 15:12
**email** 20:12,18 23:6 120:17
**emails** 14:8,12
**embarrassed** 112:16
**emergency** 90:14
**emotional** 31:13 92:21
**emotionally** 117:8
**emotions** 112:12 117:17
**employee** 75:15
**ended** 50:6,23
**engage** 102:24
**English** 5:25 36:12,16 47:14
**enjoy** 34:20
**enjoying** 106:22 107:11
**enjoyment** 107:17
**enroll** 6:3
**entered** 114:24
**error** 75:20
**Especially** 150:12 152:20
**ESQ** 2:6,7,12,12,17
**essentially** 54:15
**estimate** 66:10,19
**estranged** 89:11,14
**Evangelized** 34:13
**Eve** 25:11,20 26:6 142:18,20,21,24
    143:2,12,24 144:12,15,21
**evening** 92:25
**event** 127:24
**eventually** 121:13
**everybody** 48:2,17 50:8
**everything's** 70:25
**evidence** 62:18
**ex-students** 26:19
**exact** 93:24 122:5
**exactly** 10:22 13:12 27:13 37:23
    39:16 42:8 51:11 52:4 77:10
    109:11 111:15 123:20 129:25
    148:11,17
**examination** 4:9 157:6 158:11,13
**examined** 4:6
**example** 70:5,13 71:25
**examples** 70:9
**excessive** 65:19
**excessively** 154:2
**exchanged** 142:22
**excuse** 90:9 118:23
**Exhibit** 61:4,7 117:25 118:4,7,23
    118:24 119:5,10,13,17,25 120:9
    121:19 157:11,12,13,14,15
**exist** 110:13 135:18
**existed** 135:17
**expensive** 143:20
**experience** 28:25 29:3 45:12
**experts** 17:17
**explain** 59:18,23

**exploration** 99:14
**express** 51:9
**expressed** 28:23 29:4 40:21
**expressing** 95:8
**Expressway** 40:9
**extra** 68:8 76:8,9
**extremely** 135:13

_____

**F**

**F** 158:2
**face** 35:6 129:8
**fact** 18:21 115:24 116:21 134:2
    141:10
**facts** 19:15 20:9,20 62:18
**fair** 64:8 85:7 127:13 139:25
**fairly** 36:12 93:13,15
**fake** 147:24 148:2,3,9,11,15,22
**fall** 5:23 6:10,13 126:20 132:7
    151:25 152:10,17 153:5,19
**families** 136:5
**family** 10:8 18:10,11 73:8,23 85:25
    96:18 136:4 149:19,25 150:12,21
    151:10,11,21 152:21
**far** 18:6,7 28:3 42:9,11 66:14 67:20
    76:23 79:22 93:22 99:18 104:4,5
    149:7,9
**fast** 151:18
**father** 8:12,14 9:4
**favor** 76:19,19
**FB** 1:6
**February** 27:4,18 116:11
**fed** 98:4
**feed** 132:10
**feel** 31:14 33:4 45:8,12 46:2 51:6
    65:15 73:8 75:2 76:8 86:7 93:5
    96:24 99:6 100:14,16 101:16
    102:23 103:5 106:16 107:20,24
    108:6,7,14 109:9,13,21,23
    116:25 117:8,9,11,17 127:16,19
    128:7,15 130:2 133:8,12,21
    145:3 146:9,11,13 150:19 153:11
**feeling** 34:9 62:3 66:17 109:18,19
    110:3 111:19 112:10 127:18,20
    128:13,15,19 134:24 145:14
    150:7 151:5 154:13
**feelings** 34:22 112:4
**felt** 28:5 31:9 43:16 45:19 46:20
    69:10,11 81:25 82:25 83:2 86:8
    87:4,11 89:19 95:8 97:2,4 100:20
    104:14,18 107:23 108:10,17
    109:12,25 110:2 111:20,23
    112:10 116:10 127:19 128:13,16
    135:10 136:7,25 145:4,6,18
    146:4 149:21 150:7 151:3 152:15
    153:25
**fight** 45:14 46:23 47:8,21,24,25
    48:10,14,23 50:9 51:24 52:14,19
    82:14,17,22 83:3,5,7,10 90:22

**fighting** 116:9
**fights** 82:19 84:3
**figure** 110:3
**File** 2:13
**filed** 17:20 18:2,5,21 23:21 60:8
    61:8,20 62:10 139:9,12,16 140:7
    141:21 144:20
**files** 13:3
**filing** 3:6
**filled** 147:8
**film** 115:18
**finally** 47:2
**financial** 136:19
**find** 28:10 52:13 60:2 136:9
**finding** 81:21 123:22 145:12
**fine** 70:14 85:10
**first** 4:4 5:14,23 6:22 7:25 8:19
    9:21 11:8 23:12 24:3,6,15 25:4
    25:15 26:2 32:8,11 55:18 56:6,7
    56:11,13,18 57:6,9,12,20,24 58:4
    58:15 59:25 63:13 64:3,9,23 65:4
    65:15,21 66:2,3 67:9,11,16,22
    68:3 69:2 72:20,25 73:15,21 74:2
    74:19,22 75:4,8 76:4,7,24 78:19
    80:24 81:5,20 82:11,13 83:9 84:5
    84:13 87:13 88:6 90:10,19,21,23
    96:23 99:9 103:19 104:2 105:16
    105:25 107:10,21,21 108:8,15,21
    109:22 111:10 112:7 113:4
    114:12 122:4 125:8 130:7,14
    132:24,25 133:25 135:14 136:24
    138:2 144:7
**five** 11:4 12:9,10 25:2
**flirtatious** 69:11
**flirting** 67:10,24 68:4,25
**fluently** 36:12
**flustered** 117:2
**follow** 85:9
**follows** 4:7
**food** 86:9 97:17
**force** 3:11 42:25 44:13
**forced** 33:13 43:11 100:15 116:10
    127:16
**forcing** 102:24 103:5,11 109:10
    111:17,20
**Forest** 146:24
**forgive** 34:11
**forgot** 144:9
**form** 3:15 14:22 19:6 22:23 24:21
    57:14 58:21 62:17 63:6 64:12
    71:10 95:11 101:18 102:10
    106:24 145:22 152:18
**forth** 158:11
**forward** 153:19
**found** 56:15 60:14 115:19 129:16
**four** 9:22 38:14 53:9,17 118:16
**frame** 84:4
**Francis** 26:19,24,25 27:6 54:18

55:2,10,13,17 88:9 130:20,21
142:10 143:3,11
**free** 108:7,14
**freedom** 153:25
**freeway** 39:15
**frequently** 33:22 126:22
**freshman** 54:17 83:8
**friend** 49:13,18 69:10,16,23 78:14
85:17 86:15 87:10,11 123:24,25
124:4,7
**friend's** 122:9,14
**friendly** 35:11,14 59:5 60:3,4,15
61:24 64:2 68:12,13 72:2
**friends** 34:6,7 45:17 49:7 50:11
55:5 70:2 82:24 83:5,6,6,11
84:11 107:14 116:5 123:21,23
**friendship** 65:20 72:21 76:10
**friendships** 33:16,25
**frightened** 41:20
**front** 48:17
**frozen** 130:2
**fun** 111:25
**further** 3:14 94:3 158:15
**fuzzy** 25:14 38:6 114:25 122:6
128:5

G

**G** 156:2
**G-U-T-E-R-M-A-N** 6:18
**general** 84:4
**generally** 21:2 28:12
**getting** 53:3,11 69:9,15 98:4
149:11
**gifts** 142:22
**girl** 99:8 121:24
**girlfriend** 105:2,14
**girls** 36:2,5
**give** 43:16 70:11 77:8 78:16 120:23
126:22
**given** 53:16 70:5 115:2,4,24 119:2
148:20 150:3 156:13 158:14
**giving** 70:9 79:14 150:10
**GLICKMAN** 2:14
**go** 10:4 27:6 30:21 31:23 33:13
41:23 44:14,15 50:20 52:21,24
68:10 82:24 83:11,15 84:12
85:16 91:23 92:3,20,23 95:17
96:3 98:12 99:18 106:5,9 108:7
108:14 122:7,9 131:8,13,21
136:2 139:6 147:4,7
**goes** 54:5
**going** 4:17 25:21 32:14 33:12 39:13
41:20 42:14 43:6,19 44:5,11,13
48:9 50:5,13 53:8,16 59:20 60:19
61:6 62:22 70:3,12,15,17 71:2
76:20 83:6 92:17 96:17 99:25
100:10 101:6 105:13 106:18
108:11,12 113:25 121:12 128:20

128:22,25 129:4 131:12,25
135:11 136:4 138:10 139:3 150:3
150:4,6 153:19 154:19
**gold** 121:17
**good** 4:16 27:24 29:21 39:3 56:24
65:24 88:2 90:18 100:20 109:24
109:25 150:8 151:5 154:18
**gossip** 48:8
**gotten** 116:6
**grade** 5:22,24 28:13 29:3,16,17
30:11,12 34:24 36:11 37:3 38:12
38:12 49:8,10,11,12 53:4 54:3,5
54:5,6,7,9,10,12,21 55:24,25
56:3,5,8,8,12,12,18 57:6,9,13,21
57:25 58:5,15 59:25 63:13 64:3,9
64:24 65:3,4,16,22 66:3 67:9,12
67:13,20,22 68:4 69:3 72:20 73:2
73:15,21 74:3,6,8,16,19,23 75:5
75:9 76:4,7,24,25 78:20 80:14,18
80:24 81:5 88:5,6 90:19,23 99:9
**grader** 54:18
**grades** 28:2 46:3
**graduate** 88:9,13,15,18,21
**graduated** 53:19 89:3
**great** 150:4
**grooming** 68:5 69:2
**Guatemala** 85:21
**guess** 13:20 96:15 134:24
**guidance** 31:13 74:5,11
**Guterman** 6:17,23 7:21,22 9:18
19:5,12 29:25 90:18
**gym** 68:19,19 69:19 106:13 131:10
131:10

H

**H** 157:9
**H-O-L-L-Y** 38:2
**half** 11:15
**hall** 30:21 31:2,20 68:15,25
**hallway** 65:7 78:2,5
**hallways** 66:5,20 68:10
**hand** 120:22 121:25 158:20
**handed** 118:11
**Handing** 118:12
**happen** 33:22 48:9 81:24 140:14
150:4
**happened** 38:16 40:13 42:16,20
44:3 46:18 49:20 51:10,11,14
54:11 59:19,22,24 77:15 81:23
86:24 90:24 92:9 94:6,9 96:8,14
98:17 104:13 122:22,24 124:3
128:5 131:5,15 132:13 141:14
144:5,11,12 153:21
**happening** 49:25 50:4 90:4 99:20
99:23 100:3 101:10 103:3,4
104:21 114:18,21 132:5 152:14
**happy** 95:23,25 121:13
**hard** 76:8 140:11 145:9 152:22

154:12,17
**Harding** 39:14,17 40:4,8,12
**hating** 128:15
**Hawaii** 4:3 10:5 13:20 115:12
126:14,23
**hazy** 104:22
**head** 94:16,18
**health** 74:14
**hear** 4:22 48:4 71:16,19
**heard** 48:15,17 135:19,20
**heart** 7:15
**heated** 70:25
**held** 1:16,18 54:24
**help** 17:16 49:3,5,6 92:19,21 150:5
**hereinbefore** 158:11
**hereunto** 158:20
**high** 26:19,24,25 27:6 28:11,18,25
45:13 46:3,9 54:14,18 55:8 81:11
81:20 82:11,14 83:9 84:5,13
87:14 88:10,15,18,21 89:3 90:7
93:20,22 130:20,21 132:6 143:4
**hill** 60:18
**Hills** 146:24
**hired** 23:14,22 24:3,6 25:17 26:4
**Hispanic** 85:20
**hit** 51:12,19
**holding** 42:18 44:5
**Holly** 38:2
**home** 10:2,3,9,13 13:3 29:15,20
30:16 36:16 42:9 52:16 53:12
72:25 73:5 74:2 78:21,24 84:15
84:18 87:23 88:4 89:8 92:11
122:8 123:3,5 125:7 151:7
**Horace** 39:14,17 40:4,8,12
**hotel** 40:15,18 42:17 52:8,11
**hour** 97:7
**hours** 73:2 105:17 153:7
**house** 10:6 25:13,23 40:20 84:22
84:24 85:24 87:17,25 91:21,23
92:3,10,18,24 97:18 98:19
119:18 122:9,14,20 128:3 134:22
144:5,6 151:5,6
**household** 7:25 9:20 135:18
**households** 135:9
**hungry** 97:24
**husband** 20:4

I

**I-E** 6:21
**ID** 147:21,24,24 148:2,3,9,11,15,19
148:22 149:2
**idea** 28:15 39:3 44:8 59:3 90:5,12
99:22 124:6
**identification** 61:4 118:2,5,8
**identify** 138:12
**immediate** 81:22
**immediately** 50:6 105:24
**impaired** 46:7

**impending** 47:25 48:14
**inappropriate** 36:23,24 37:4 74:25
    98:10 139:2
**inappropriately** 101:3
**incident** 34:24 35:2,5 36:19 45:7
    45:25 46:6,11,22 54:8 131:20
    132:4
**including** 21:18 45:14 67:19
**Index** 1:5
**Indiana** 7:13
**indicate** 99:3
**information** 54:2 85:19
**injuries** 51:23
**inside** 39:20 147:7
**intention** 92:17,20
**interact** 57:24 58:6
**interaction** 68:21 69:5 81:10
    101:17 114:12 154:11
**interactions** 57:3 58:8,9,13 68:2,9
    68:14,15,24 69:6,7,14,23,24 72:3
    141:22,24 142:3,8
**intercom** 94:24
**intercourse** 98:21 99:14 101:15
    104:10 113:4 125:14 132:20
**interested** 43:3 99:4 158:17
**interfere** 152:9
**interject** 138:9
**intervene** 53:15
**intimate** 37:4 46:12 47:11 99:5
    102:17,21 110:5,10
**intimates** 102:8
**invite** 97:19
**invited** 97:21 98:7
**inviting** 41:17
**involve** 35:2
**involved** 45:13 78:3 85:4
**Israel** 20:5,9 25:12
**issue** 32:5,9 53:23
**issues** 87:8 116:17

——————————————
                **J**
——————————————

**J** 2:6,12 4:4 5:1 6:1 7:1 8:1 9:1 10:1
    11:1 12:1 13:1 14:1 15:1 16:1
    17:1 18:1 19:1 20:1 21:1 22:1
    23:1 24:1 25:1 26:1 27:1 28:1
    29:1 30:1 31:1 32:1 33:1 34:1
    35:1 36:1 37:1 38:1 39:1 40:1
    41:1 42:1 43:1 44:1 45:1 46:1
    47:1 48:1 49:1 50:1 51:1 52:1
    53:1 54:1 55:1 56:1 57:1 58:1
    59:1 60:1 61:1 62:1 63:1 64:1
    65:1 66:1 67:1 68:1 69:1 70:1
    71:1 72:1 73:1 74:1 75:1 76:1
    77:1 78:1 79:1 80:1 81:1 82:1
    83:1 84:1 85:1 86:1 87:1 88:1
    89:1 90:1 91:1 92:1 93:1 94:1
    95:1 96:1 97:1 98:1 99:1 100:1
    101:1 102:1 103:1 104:1 105:1

106:1 107:1 108:1 109:1 110:1
    111:1 112:1 113:1 114:1 115:1
    116:1 117:1 118:1 119:1 120:1
    121:1 122:1 123:1 124:1 125:1
    126:1 127:1 128:1 129:1 130:1
    131:1 132:1 133:1 134:1 135:1
    136:1 137:1 138:1 139:1 140:1
    141:1 142:1 143:1 144:1 145:1
    146:1 147:1 148:1 149:1 150:1
    151:1 152:1 153:1 154:1 155:1
**JACQUELYN** 2:12
**Jane** 1:3,14 4:12 156:8,16 157:5
    158:10
**January** 27:17 129:18 141:12,16
**Jehovah** 30:19 32:12,20 33:8,19
    34:2,12 116:7,20
**JOHN** 1:7 2:12
**judgement** 58:10
**July** 1:10 112:25 113:5 125:13
    156:10
**jumped** 50:11 51:10 53:3
**June** 113:6,22
**junior** 54:14 55:8 81:11

——————————————
                **K**
——————————————

**K** 156:2
**Karen** 1:18 158:7,24
**Karl** 2:6 115:13
**keep** 34:6 45:20 53:10 120:4
**key** 41:23,24 42:2,4,14
**kick** 51:15
**kids** 48:15 80:3 135:8 136:3
**kind** 12:21 35:14 38:4 39:19 45:16
    45:19 48:8,16 62:3 65:20 69:4,7
    69:10 79:4 83:14,17,18 93:12
    96:12,16 106:12 108:17 111:25
    114:25 116:8,15 122:6 126:5,11
    130:2 132:2 143:20 145:4 153:7
    154:3
**Kingdom** 30:21 31:2,20
**kiss** 98:22 99:8,9 102:3
**kissed** 98:20,23 99:21 101:21,24
**knew** 18:6 23:19 24:9,10 28:3
    40:20 45:20 48:14,17 55:8 80:15
    80:18,24 81:6,8 89:23 145:6
    152:19
**know** 4:20,24 7:15 8:16,23 10:16
    13:2 16:23 18:7,23 23:24 27:22
    28:5,7,9,19,22 30:11 32:15 34:12
    34:12 35:6 36:24 37:2 38:9 39:8
    39:10,15 42:8,11 43:16,19 47:13
    50:9,10 51:7,8 52:3 58:11,19
    60:6,16,17,22,23 64:8,21 69:9,10
    69:12,15 71:21 72:16 73:6 78:12
    79:10,15,18,21,24 80:3,7,9,10,12
    80:13,16,18,23 81:2 82:2,4,5,7
    85:23 88:12,14,17,20 89:2,15,15
    89:24 90:13 91:9,15 92:7 93:2,24

94:3,4 96:14,17 99:20,25 100:19
    100:24 101:16,23 104:22 105:6
    106:18 108:6,18,23 110:12 111:6
    111:8,9 115:19 116:12,14,14
    117:20 119:6,9,12,19 121:8 122:24
    123:9,10,20 124:18 125:15,17,20
    128:12 131:21,24 134:2,9,10,15
    134:25 135:16 136:6,10 137:11
    140:9 147:25 148:14,16,18,19,21
    149:7,9,23,23 150:5
**knowing** 101:9
**knowledge** 135:14
**knowledgeable** 135:21
**known** 47:24 94:21

——————————————
                **L**
——————————————

**L** 156:2
**LA** 40:5,8
**Labor** 126:16
**lasted** 130:4 136:23 137:19,21
    139:18,20,24
**laugh** 107:18 112:3,5
**laughing** 125:18
**Laughter** 112:3
**Laura** 7:7,8
**LAW** 2:4
**lawsuit** 16:2,5
**lawyers** 22:2,20,21 23:3,10,13,14
    23:23 24:3,6,9,16 25:6,16,18
    26:3,4
**lead** 99:21
**learned** 129:13 134:8
**leave** 42:6 49:17 84:15,18 91:2,6
    97:13 105:22 108:7
**leaving** 91:10 123:4
**left** 10:2,4,8 85:11 89:8 123:3
**Let's** 45:3
**letters** 13:22
**level** 45:23
**Lewis** 26:19,24,25 27:6 54:18 55:2
    55:10,13,17 88:10 130:20,21
    142:10 143:3,11
**license** 4:3
**life** 29:16,20 37:17 45:8,24 46:18
    72:25 73:5,7 74:2 81:7 90:4
    107:14 123:7 136:13,16,17 150:4
**liked** 106:13
**limited** 71:12
**little** 25:14 27:16 38:6 69:13 70:25
    73:8 96:15 104:22 108:17 121:24
    134:7 149:20
**live** 6:9,12 7:12,16,18 9:20 10:9,12
    84:21,22 85:8,10 123:5,6
**lived** 10:4 32:21 79:16,19,21 86:3
**lives** 7:13
**living** 7:2,20,24 85:12 87:23
**long** 5:3 13:5 45:15 80:10 86:21
    91:22 93:17 97:5 105:22 126:14

130:4,5,16
**longer** 137:6 139:24 141:9 143:3
**look** 15:22 61:10,13 67:4 128:19
138:20 146:6 149:16
**looked** 93:11 112:10 120:20
**looking** 74:24 111:13
**lot** 39:17 44:7 45:16 50:7 64:23
65:2 67:5 68:20 73:3,23 83:16,20
85:19 92:8,12 107:13,14 117:7
123:8 129:25 136:25 152:13
**lots** 82:24
**loud** 48:18
**love** 128:11
**loved** 121:14

─────────────────
**M**

**M** 156:2
**mail** 53:21
**maintaining** 33:25
**making** 59:13,21 124:13 145:16,19
146:4
**male** 124:7
**males** 10:12
**man** 149:25
**Manhattan** 148:16
**manner** 138:22
**Maria** 6:20
**Marie** 6:17,20,21,23 7:21,22 9:11
9:18 10:3 18:12 90:18
**mark** 1:7 2:15,19 13:23 14:2,6,9,13
14:18,25 15:5,8,11,17,20,25 16:6
16:9,12,15,18,22,25 17:18 24:12
24:19 25:9,11,12,19 26:6,21
55:16 56:10,14,19 57:20,24 58:4
58:16 59:2 60:24 67:8 72:19
73:25 74:18,23 75:3 79:14 86:25
90:22 91:20 92:10,18 93:9 94:7
96:24 99:16,19 105:16 106:2
107:10,22 108:9,16,20 110:6
111:11 112:6,25 113:5 114:13
116:21 117:22 119:2 120:23
122:4,8,17,21 123:17 125:9,10
125:14,23 126:25 129:10,20
130:6,15,23 131:14,18,20 132:2
132:3,5,20 133:2,13,15,18 134:4
134:18 135:22 137:19 139:17,20
141:8,15 142:4,8 143:2,12,24
144:21,25 147:5,6,13 148:13
149:10 151:19,25 152:9,14,16,25
**Mark's** 25:23 142:13 144:4
**marked** 61:3,7 117:25 118:4,7
**marriage** 46:16,20 158:17
**married** 80:8,9,15 121:9 128:24
**marry** 128:21,22,23 129:5,10
**marrying** 129:7
**mask** 112:4
**Maspeth** 2:5 4:14
**materials** 34:14

**matter** 135:10 145:5 158:18
**matters** 149:19
**mean** 22:24 23:24 29:19 31:8 52:20
56:4 57:15 59:4,5 60:5,6 65:6,9
67:11 73:8 77:19 89:16 92:8
93:13 100:24 101:20 105:21
133:24 136:13,16 147:5 151:2,3
**means** 71:22
**meant** 47:13 59:19 65:3 129:3
148:7
**media** 14:17 21:12
**medicine** 151:6
**meet** 55:16 56:14 75:7 97:13,14
127:8,14
**Meiners** 1:7 130:25 131:4,8,17
132:14 141:19,23
**member** 50:25
**members** 18:10,11 48:14
**memorize** 60:9
**memory** 24:13
**men** 45:24 81:16
**mental** 74:14
**mentioned** 22:13 23:18 48:16
78:12 86:19 104:25 105:4 131:25
137:14
**mentioning** 73:6
**message** 91:2,6,10
**messages** 13:25 14:6 15:16,20,25
16:6 17:12,18 20:15
**met** 8:15 55:17 135:8
**Mexican** 12:15
**Mexico** 5:10 9:13 11:10,24 12:2,25
32:21,24 33:5 88:24,25 89:5
**MICHAEL** 1:7 2:7
**middle** 28:11,18 31:6,17,21 33:11
33:17 34:2,7,20 38:13 46:3,8
49:8 53:4,20 55:8 81:12
**Miguel** 11:12,23,25 12:3 88:21
**Miguel's** 11:13
**mileage** 93:24
**mind** 107:17
**minors** 75:25
**minute** 105:21 113:16,18
**minutes** 96:7
**mischaracterization** 29:8 53:24
**miserable** 128:14
**misrepresent** 124:22
**misrepresentation** 124:17,21
**mode** 15:10
**model** 79:5
**models** 107:14
**mom** 32:16 45:18 73:17 82:23 83:4
83:5,7,10 84:4 85:7,23 86:3,11
86:17 87:9 90:23 96:14,17 101:7
101:9,13 116:8,13,17 120:8,10
120:12,21 122:12,19,25 123:6
136:9 152:21
**mom's** 108:8,10 122:11

**moment** 33:10 67:24 72:22 89:25
90:4 95:17,21 103:7 106:20
109:12 139:22
**month** 13:15 24:2 27:17 133:7
**months** 9:22,23,25 10:8 13:15 24:5
25:17 26:3 38:14 53:9,17 81:25
133:3,10 136:23 137:2,22 139:21
141:9
**Mormon** 33:3
**Mormonism** 33:5
**morning** 4:16 104:13,16,20
**motel** 39:19 40:17 52:12
**mother** 6:3,6,9 7:3,20 8:11,13 9:3,7
9:10,19 10:3,10 12:19 13:2,7,11
13:13 18:12 19:2,19,21 21:15,21
29:22 30:12 31:16,19 33:18 34:5
34:11,16 46:8 53:14 82:15 84:10
145:11 149:20 150:12
**mother's** 7:5 32:4,10 122:7 125:8
**move** 5:17 60:21 72:12
**moved** 6:23 7:21 9:20 32:8,11,13
87:15,18,25
**MS13** 36:3,6
**MUSA-OBREGON** 2:4,7
**Mustang** 35:3

─────────────────
**N**

**N** 2:2 4:4 156:2,2 157:2
**N-G-U-Y-E-N** 143:15
**name** 4:11,16 6:16 7:5,10 8:5,18
11:9,13,21 49:15 85:18,20 99:10
124:8 143:15 148:22
**names** 11:11
**natural** 8:22
**nature** 23:8 78:7
**near** 7:18
**nearby** 38:5
**necessarily** 129:9
**need** 4:22 5:2 59:23 61:11 95:8
109:19 117:12
**needed** 23:18 24:8 45:19 51:7
76:18 78:13 87:10 93:6 149:21
149:24
**needs** 23:20
**negative** 58:13 153:12
**neighborhood** 79:18
**nervous** 39:2,6,9 95:22 116:25
**never** 8:15 22:13 28:14,16 51:6
53:4 58:25 69:11 76:12 82:4
89:18 91:10,10 110:11 121:14
123:13 133:18 144:9 154:5
**New** 1:2,6,17,17,20 2:5,9,10,11,11
2:16 4:6,14 10:4 13:20 25:10,19
26:6 28:4 32:8,11 142:17,20,21
142:23,25 143:11,23 144:12,15
144:21 156:4,25 158:4,9
**Nguyen** 143:15,22
**nice** 59:5 60:2,4,14 61:24 64:2

82:25 86:14 97:15
**night** 103:23 104:2,8,11,23 105:9
  105:25 142:14 144:3,18 151:8
**normal** 50:18
**Notary** 1:19 4:5 156:25 158:8
**notebook** 79:6
**noted** 155:3
**Notice** 1:17
**number** 24:25 77:5,9,17,21,25 78:4
  78:13,16 79:12,15 82:3 126:23
  132:21

### O

**O** 4:4 11:19 156:2
**O-L-E-A** 8:7
**oath** 3:11 4:6 156:10
**object** 19:6 63:3
**objecting** 63:2,5
**Objection** 14:22 22:23 24:21 29:7
  52:10 57:14 58:21 62:17 64:12
  71:10 95:11 101:18 102:10
  106:24 145:21 152:18
**objections** 3:15 59:8,12,13,21
  62:23 70:7
**objects** 51:19
**observations** 56:19
**observe** 57:23 63:14,16,17,20,22
  63:25 64:5,22 74:23
**observed** 61:24 63:18
**observing** 64:7
**Obviously** 38:5
**occasion** 25:13
**occasions** 24:12,19,24
**occurred** 36:20 37:24 39:11 52:18
  53:25 54:8 116:24 133:25 140:18
  142:4,8
**offered** 37:21 97:17
**office** 12:20,22 49:24
**officer** 3:10,13
**oh** 49:13 137:3
**okay** 4:21 5:5 59:13,15,20 68:22
  70:17 71:4 73:10 86:8 108:3
  113:12,20 117:16,20,21 124:20
  137:15 138:23
**old** 54:20 124:11,25
**older** 10:13,17,19,22,24 11:3 12:3
  12:5,6,8 28:21 29:4 50:3
**Olea** 8:7 9:6,19 11:14,22,23 30:7
**once** 10:7 62:14 66:8,8 104:11
  109:6 125:16 127:2 129:4 137:18
**one's** 70:20
**opinion** 57:19 62:19,21 138:9
**opportunity** 150:11
**opposed** 52:12 136:17
**option** 135:15 150:9,10
**options** 136:8
**order** 13:4
**original** 138:4

**out-of-pocket** 143:21
**outcome** 45:21 158:18
**outlook** 150:3
**outside** 37:14 47:3 75:4,8,14
**overnight** 104:15,19
**overwhelmed** 73:8 122:25 152:15
**overwhelming** 52:3

### P

**P** 2:2,2
**p.m** 155:3
**PAGE** 157:4,10
**paid** 66:13 147:9
**painful** 15:22 103:19
**panicking** 131:23
**paper** 79:3,4,6
**paperwork** 147:9
**paragraph** 60:13 61:19,20 62:16
  82:9
**paralyzed** 108:18
**parent** 30:18 123:2
**parents** 8:9
**park** 75:14,16 131:8,12,13,13,14
**parked** 40:12,15
**parking** 39:18
**part** 18:17 27:14,18 35:14 46:19
  83:13 102:8 112:2 116:9,13
**participate** 112:18
**particular** 119:23
**parties** 1:16 3:6 158:16
**partners** 129:19,19
**parts** 37:4,8 102:17,21
**party** 142:23,24 143:2
**pass** 34:13 53:15,19 76:20
**passing** 35:17 55:18 154:4
**pay** 64:22 66:12 91:3,4
**paying** 58:2,18 65:16
**PC** 2:4
**pending** 5:4 137:10
**people** 12:9 31:18 33:19,25 34:7
  43:17 45:11 47:24 48:4,5,5,7,20
  50:8 55:7 81:13 83:13 92:9
  147:14
**peppers** 106:13
**percent** 56:2 90:3 103:4 128:18
  129:15,24 130:3 140:15,20
  145:24
**performance** 56:20,21
**period** 19:7 83:19,24 111:15
  115:23 120:5,13 130:16 139:25
**permit** 33:18
**persist** 33:24
**person** 30:17 51:6 75:15
**personal** 37:17 81:7 154:4
**personality** 112:2
**personally** 127:25
**phone** 14:4,11 17:3,6 21:4 23:5,7
  41:2,4 50:3,3 77:5,9,17,21,25

78:4 79:12,15 82:3 89:12 91:3,4
  120:17
**photo** 116:20 118:25 119:16,24
**photograph** 117:24 118:3,6 157:12
  157:13,14,15
**photos** 112:22 118:16
**physical** 43:10,12 115:9 126:5
**physically** 24:11,18
**pick** 25:12 50:13 127:22 128:3
**picked** 36:20 127:11,21,24
**picking** 35:3
**picture** 115:3,4,8,9,15,23 119:6,13
  119:20 120:9 121:22,23 150:8
**pictures** 110:5,8,8,10,15,17,21,22
  110:24,25 111:3,6,6,8,12,15,18
  112:6,8,14 115:20,20 118:10,10
  118:14,20 120:2,3,4,7,12,19,20
**pinkie** 121:20
**pinpoint** 130:18 131:6
**place** 93:6 98:12 104:2 107:20
  127:10,11 140:16,22 141:3,5
  146:23 148:20 151:18
**places** 25:21 106:10
**placing** 140:12
**Plaintiff** 1:4,14 2:4
**plans** 75:7,10 97:14
**play** 146:2
**played** 145:15
**playing** 145:19
**Plaza** 2:16
**please** 4:19 16:16 63:8 71:6 73:11
  113:14 138:8,15 149:17
**point** 43:20 56:7 82:19,19 100:9
  101:6,8 117:16 121:7,9 130:12
  139:4 148:10 153:4,11 154:18
**pose** 110:7 112:19
**posed** 110:4 117:13
**position** 146:11 152:20
**positive** 29:24 30:3,6 57:2 58:9
  65:22 135:3
**possible** 134:13 140:17,19,21 141:2
**practicing** 32:20
**Preach** 34:15,16
**pregnancy** 129:16 134:21,21 135:2
  150:14,17,22 151:4
**pregnant** 129:14,23 134:8,19
  149:25
**premises** 50:17,22 131:22
**present** 2:19 24:11,18
**presented** 4:2 150:10
**pressing** 95:9
**pressure** 144:25 149:21
**pressuring** 145:4
**presume** 101:22
**pretend** 122:22,24
**pretty** 42:11 85:15 126:22
**previous** 17:7,11,13
**prior** 30:11 35:5 36:19 37:6 74:15

75:5 79:14 99:7,15 103:13,14
  114:23 115:25 116:22 126:19
**probably** 25:3 51:16 83:21 102:14
  109:16 145:8
**problems** 86:16 98:3
**procedure** 147:22 149:7
**process** 100:13
**produced** 115:6 118:14 120:2
  147:25 148:3,4
**Producing** 148:6
**productive** 58:9
**professional** 74:15
**promise** 121:6,10,16
**promised** 43:5
**prompted** 134:23
**provide** 12:16
**provided** 12:22 14:20,24 31:12
  54:3
**provides** 12:20,24
**provoke** 48:25
**Public** 1:19 4:5 156:25 158:8
**punch** 51:17
**punches** 52:2
**pursuant** 1:17
**pushing** 100:21 101:13
**put** 23:25 79:13 150:7
**putting** 133:8

---
**Q**
---

**Queens** 39:16
**question** 4:19 5:4 8:24 16:16 19:9
  24:20 44:23 57:16 59:10,17 62:6
  62:25 63:6,7,9 64:16,19 69:17
  71:6,8,11,18 72:5,7,8,9,15 85:14
  102:2 107:3,7 113:3,7,9,10,17
  124:16,18 137:3,11 145:23
**question's** 153:9
**questions** 102:12 117:10,13,15
  123:8 138:18 139:5 154:17

---
**R**
---

**R** 2:2 158:2
**R-O-M-A-N** 7:9
**Raised** 9:10
**raising** 85:5
**rang** 94:17 104:25
**rape** 137:21 139:19
**Rarely** 21:7
**reach** 87:5 90:15 91:13
**reached** 26:18 86:25
**read** 29:10 61:12,20 63:10,11
  64:15,17 71:5,7 72:6,7,8 113:13
  113:21 137:4,5 138:2,21 139:7
  156:9
**realize** 101:6 141:7
**realized** 93:11
**really** 45:14 81:12 89:12 91:25
  101:6 107:12 108:12 116:25

135:11 136:8 152:15
**reason** 50:24 51:5 92:5 119:23
  144:3
**recall** 13:12 23:16 25:8,18,21,24,25
  26:5 31:22 33:15 34:9 39:11
  40:23 56:16,17 58:14 66:6 72:22
  74:21 77:13 78:23 82:18,21 84:9
  85:3 87:20,22 88:3 94:23 95:7,9
  100:4 101:8,23 104:4,5 108:2
  109:17 111:10,14 114:11 116:2
  116:23 117:5,18,19 122:18
  124:14 127:22 130:17 140:25
  141:4,22 143:5,9 151:13,15,17
  151:19 154:10
**recalled** 109:19
**receive** 13:10
**received** 12:14 53:21
**receiving** 13:7
**Recess** 45:5 73:13 114:9
**recognize** 40:17,19 61:7,14 118:13
**recollection** 24:17 66:17 77:17,23
  79:9 94:22 142:3,7 147:17
**reconcile** 122:19
**reconvene** 154:20
**record** 4:11,13 8:24 29:13 44:20
  45:4,6 54:23,25 59:22 63:11
  64:17 70:18 71:3,7 73:12,14
  113:15,21 114:8,10 137:5 138:14
  156:12,13 158:13
**recordings** 16:8,11,15,18
**records** 13:19 14:20,23 116:12
**recover** 17:17
**refer** 146:17
**referred** 46:23 120:24
**referring** 14:23 69:8 114:22 118:18
  118:21
**reflect** 44:21 70:18
**refresh** 24:13
**refused** 44:10
**regarding** 53:23
**regularly** 30:22 31:25
**related** 21:21 158:15
**relating** 21:15
**relations** 126:5
**relationship** 29:21,25 30:4,7 32:5
  32:10 43:10,12,14,15 46:8 47:11
  73:17 81:19 87:12 90:18 103:17
  104:15,19 105:18 106:17,20
  107:5,11 112:24 116:24 122:17
  123:23 124:5 125:10,23 130:6,22
  131:4,17 133:13,15,19,22 136:22
  137:19 139:17 140:5 141:8,15,17
  145:12 147:15 152:6,8
**relationships** 30:25 31:5 46:13
**relatively** 110:5,10
**relevant** 83:22
**relief** 96:25
**religion** 32:4,10,14 33:2 83:14

101:13 152:21
**religious** 30:17 32:23
**remember** 25:22,22 38:2,9 39:9,13
  39:18 40:23 41:18 49:12,15,23
  51:13,20 67:3,6 73:6,22,23 74:4
  77:10,11,20 80:4,6 81:3,8,9
  85:15,18 86:10,18 88:4 89:9
  91:15 94:12,25 95:6,13,14 96:16
  96:21,22 98:24 100:12,21 101:4
  101:25 102:4 103:10 104:9,12,19
  104:22 105:5,7,9,11,23 106:11
  106:14,14 107:19 108:5 109:2,5
  109:11 111:14,17,19 112:8,9,10
  112:11 114:16 116:4,18 117:2,3
  117:7 119:22 121:3,7,15,17
  124:8,12 125:3,21 126:4,17,18
  127:3,12,23,24 128:2,4,14 131:8
  132:16,17 133:4,6,24 134:2
  140:3,5 142:11,19 143:13,23,25
  144:2,4,8,14,16,17,20 146:23,24
  147:10,11,19 148:11,24 151:7,8
  151:23 154:12
**remembered** 26:20 117:4 140:6
  144:12
**repeat** 4:23 16:16 44:24 137:3
**repeated** 137:20 138:17 139:19
**rephrase** 4:20 72:12
**Reporter** 1:19 29:14 154:24 158:8
**representation** 124:9
**reputation** 57:11,15
**requested** 12:20
**resent** 33:9 34:5,21 86:11
**reserved** 3:15
**resist** 102:20
**resisted** 33:12
**respective** 1:16 3:5
**respond** 43:22,24
**response** 71:18
**rest** 125:13 126:24
**Restaurants** 140:10
**rested** 151:6
**restored** 17:6
**restoring** 17:10,13,14
**result** 52:18 53:8 76:9
**retrospect** 68:2
**returned** 125:7 130:19
**returning** 126:19
**reveal** 137:12
**revealed** 121:9
**review** 60:10
**reviewed** 17:25 18:4 26:11 60:7
  61:15 62:9,14
**RFK** 40:6
**ride** 38:17,24
**right** 7:22 10:22 13:20,21 15:5
  18:20,22 25:25 27:14 28:2 36:3,6
  39:22 41:5 43:25 45:21 52:8
  54:15,18 58:24 62:10 67:14,15

69:20 72:8 73:9 82:11,16 84:13
84:16,17 85:12 87:23 88:7,8
89:23 91:12 92:22 93:20 98:5
101:10,21 106:19 108:11 110:18
110:22 113:5 117:2,7,10 119:7
121:21 124:21 125:19 127:15
128:8 129:11 130:23,25 134:9,16
135:3,4 137:22 138:4 139:10
141:19,20,23 143:4,15 145:9,13
146:7,15 149:15,16 150:2 151:23
152:20 153:17 154:10,13,23
**ring** 115:2,3,9,21,24 116:21 118:17
118:22 119:2 120:24 121:5,6,11
121:16,17,20 129:2,3
**RML** 1:6
**roads** 39:17
**robbed** 45:12
**role** 107:14 145:15,19 146:3
**Roman** 7:9
**romantic** 99:8 133:22
**roof** 85:9,11
**room** 40:14,22 41:10,11,21,24,25
42:17 52:8 76:15 138:25 147:10
147:12
**row** 56:4 67:14
**rule** 114:5,6
**rules** 84:22 85:9

---

**S**

**S** 2:2,7 157:9
**safe** 83:2
**safety** 42:13
**Salvador** 85:21
**sat** 42:18 44:10,12
**save** 16:20
**saved** 17:7
**saw** 35:17 47:3 74:9,12,15 75:13,16
120:19 126:25 127:3,6 131:15
148:25
**saying** 8:23 43:23 48:18 62:6 63:4
68:16 70:10 105:7,9 118:25
119:6 125:3 136:6 138:15 146:18
147:19 151:19
**says** 62:8
**scared** 39:20,21 40:11 42:13 43:25
44:2 45:11,18 50:25 102:25
103:2 135:12,12,13 149:24
**scene** 52:13
**school** 6:4 26:20,24,25 27:7,22
28:11,11,18,19,20 29:2 31:7,17
31:21 33:11,17 34:3,8,20 35:17
35:19 36:10 37:14,20,21 38:4,15
38:18,24 39:13,23 40:2 43:2
44:14,15,17 45:13,15,18 46:3,4,8
46:9 47:2,2,4,4,9,21,24 48:9,24
49:8,17,21,22 50:6,12,12,14,14
50:17,18,19,22 52:21,24 53:5,7
53:16,20 54:4,5,15,18 55:8 67:21

68:3 73:2 75:4,5,8,14,15 77:7
79:8,22,25 81:12,20 82:11,14
83:10 84:5,13 85:22 87:6,14
88:10,16,19,22 89:3 90:7 93:20
93:22 103:25 104:6 114:24,25
116:15 119:20 126:9,10,12,14,19
126:23 130:20,21 131:22 132:7
141:11,14 142:4,9,16,16 143:4
151:24 152:2,6,24 153:2,2,9,11
153:18 154:6,8,8
**scribbled** 79:8
**sealing** 3:6
**Sean** 8:4 9:6,15,19 10:10,13,15
30:7 50:13,15 52:13 55:13 88:15
**search** 16:24
**searched** 14:4,11,14
**second** 17:22 19:16 46:21 56:12
60:7,12 61:2,8,15,19 67:19 82:8
130:20 132:6 137:16 138:3 139:8
140:6 141:18,21 157:11
**secret** 111:8
**secretly** 111:4,5
**see** 37:13 50:8 58:5 68:19 69:19
73:7 75:3 83:11 84:11 95:23 96:2
108:11 122:2 126:7,11 143:17
150:21 151:25 153:18 154:8
**seeing** 47:7 97:15 126:21 143:14
**seek** 17:16
**seemingly** 133:21
**seen** 13:6,8 17:23 26:8 110:12
111:5 143:6
**self** 109:21
**semester** 66:3
**sense** 100:10
**sent** 127:25
**September** 126:15
**seriously** 116:16
**set** 158:11,20
**seven** 94:4
**sex** 99:25 100:10 103:20 105:17
106:2 107:4,10,21 108:9,16,21
109:6,10,14,22 112:7 122:4
126:3 127:5,17 130:14 132:22
133:2 142:13 153:7 154:5
**sexual** 98:21 99:14 101:17 103:16
114:12 116:23 122:16 125:9,13
125:22 129:19 130:5,22 132:20
136:21 139:17 141:7 142:3,7
145:12
**shame** 45:14
**shares** 9:3
**shirt** 51:12
**short** 99:13
**Shorthand** 1:18 158:7
**shortly** 23:21,22,25 89:8
**shouting** 70:19,20,23
**show** 61:6 108:25 110:14 127:10
147:21

**shown** 121:25
**shows** 109:3 118:25
**sibling** 11:17
**siblings** 11:5 12:10,10 18:13,15,23
**signed** 3:9,12 156:20
**silly** 82:20 83:17
**similar** 123:4
**single** 122:25
**sister** 7:16,18 8:3,3,8 19:25 25:12
26:6 50:10,10 55:10 87:15,16,18
123:3 142:12 143:2,10,12,24
144:22
**sister's** 143:6
**sisters** 36:3,6 87:13
**sit** 66:16 80:13,17,21
**situation** 35:15 124:2
**six** 10:20 12:11 13:15 24:5 26:3
94:4 133:10
**sleep** 103:22
**smiling** 111:13
**smoothly** 109:2
**social** 14:16 21:12 55:20,22 56:10
56:20 58:4
**somebody** 89:19 91:12 124:7
145:13
**somebody's** 50:25
**son's** 9:23 10:7
**soon** 91:25 98:19 154:19
**sophomore** 90:10
**sorry** 8:22 27:14 50:20 93:14
104:17 107:2
**sort** 14:16 23:2 31:12 34:13 53:12
73:4 99:14
**sound** 69:22 72:2
**Spanish** 35:13,16,24 36:8,9,10,17
36:18 47:14,16 49:16,18
**spare** 86:4
**speak** 5:25 23:19 24:9 35:16,23
36:8,10,14,16 66:4 143:9
**speaking** 24:16 25:16 36:12 37:3
59:7,12,13,21 62:23 70:7
**specific** 18:16 19:13 24:25 72:23
77:16 84:10,25 131:7 140:12
141:24 142:2,6 151:13 153:13
154:11
**specifically** 67:7 76:6 77:20 81:15
111:7 119:9 124:12 125:4 126:18
**specifics** 73:22
**spend** 128:17
**spoke** 23:12 24:15 25:4,15 35:13
47:15 51:3 66:19 91:19
**spoken** 37:7
**spring** 132:8,9,11 153:5
**ss** 156:5 158:4
**staff** 48:14 50:25
**stamp** 133:9
**stand** 83:20,21,23 84:7
**stands** 105:12

**Starbucks** 95:17 96:3,9,24 97:5,10 97:14,22 99:2,15
**start** 5:22 32:7
**started** 54:20 55:3,11,14 127:19 130:21 132:25
**starting** 128:7 131:11 152:22 153:19
**starts** 126:14,23
**State** 1:20 4:5,11,13 156:4,25 158:4,9
**statement** 22:16 26:8,15 113:8,11
**States** 1:2 5:12,15,18 6:4,7 8:2
**statutory** 137:21 139:19
**stay** 50:19,22 86:2,6,21 93:6 97:5
**stayed** 104:2 105:20 106:3 111:11 122:4 142:13
**staying** 25:23 93:16 109:14 144:4
**stick** 94:16
**STIPULATED** 3:4,14
**STIPULATIONS** 3:2
**Stoll** 2:14,17 4:10,17 19:8 29:12 45:3 59:6,11,15,20 60:24 62:20 63:3,10 64:15,18 70:6,17,22 71:4 71:21 102:13,16 113:9,15,20,24 114:4 117:22 118:9 122:2 130:9 137:4,7,15 138:8,12,19,24 148:2 157:7
**stop** 59:13,21 60:19 132:20
**stopped** 53:16
**stopping** 95:10
**store** 106:11,12
**stories** 96:11,12
**story** 43:2,9
**straight** 43:8 97:22
**strange** 107:23 132:3
**street** 1:16 2:5,10 4:14 38:2,3 95:18
**strict** 30:12,14,18
**struck** 98:9
**stuck** 105:6
**student** 29:2 47:3 58:6 142:9 143:3 143:10
**students** 26:19,23 28:12,20 29:3 46:22 57:12,19,23 58:7,17 63:15 63:23 64:2,11 66:13,25 76:4 82:3 82:6,25
**studies** 55:20,22 56:11,20 58:4
**stuff** 49:25 73:7 135:21
**stuffed** 106:12
**subject** 84:2
**subjects** 73:24
**subscribed** 156:20
**success** 17:5 46:16
**successful** 17:10,14
**sued** 141:19
**suggested** 37:13 69:23
**suggestive** 36:22
**summer** 5:20 67:19 78:9,11 122:16

123:16 126:25 127:6 128:8,21 129:10,14,17 140:14,18,22,23 141:3 144:11
**summertime** 114:16 119:21
**Sunday** 31:23 32:2
**support** 23:19 31:13
**suppose** 145:10
**supposed** 108:19
**sure** 4:20,23 9:2 25:3 43:8,21 56:2 74:7 86:19 90:3 91:24 101:14,24 102:13,16 103:4 119:11 127:20 128:18 129:8,15,24 130:3 137:7 140:20
**surprised** 38:23,25 95:22
**sworn** 3:10,12 4:4 158:12

---

**T**

**T** 156:2 157:9 158:2,2
**T-A-N-I-A** 11:20
**table** 5:4
**take** 5:3 34:18 45:3 46:19 52:16 61:11 95:18 100:5,6,7 110:7,8,9 110:21,21,24 111:3,18 113:23 116:16 124:3 149:18 154:15
**taken** 1:15 3:13 52:7 111:16 112:14 115:17 119:6,10,17 156:9
**talk** 22:19,21 23:9,20 42:21 45:18 65:5,10,12 66:18 73:3,10 76:3 86:15 87:5,8 91:16 92:19,20 95:8 103:25 104:6 107:15 131:25 132:3 136:12,15 150:11 151:10 151:10
**talked** 58:7 73:23 86:18 96:10,13 96:14 103:15 110:17 123:25 135:7 136:18,24 137:2 149:19
**talking** 19:7 23:13 26:3 44:8 45:22 48:3,5,6,7,16 49:24 59:3 64:13 68:10 96:16,25 104:3,21 106:25 107:6 111:7 112:9 135:10 136:3 151:21
**Tania** 11:18,23,25 12:6 89:2
**teacher** 43:3,3,11,11,14,14 55:19 55:21,23 56:7,11,15,20,23,25 57:5,8 58:17,24 69:5 76:11 80:11 114:23 115:25 116:22 130:23 131:10,11 141:11,13
**teachers** 48:17 49:4 68:13 83:2 131:22 152:15
**tech** 17:17
**tell** 37:23 43:9 46:24 47:10 66:14 70:15 71:17,17,24 73:4,20,25 81:4,5 105:17 121:10 122:12 124:11,19,25 128:20,21 143:22 146:25 151:9
**ten** 66:9
**term** 58:22 138:7
**terminate** 134:4,6
**terminated** 133:13,15,18,21

**termination** 151:4
**test** 134:21,21 135:2 150:14,17,22
**testified** 4:6 52:11
**testimony** 29:9 70:16 114:2,3,7 156:9,12 158:13
**text** 13:25 14:6 20:15,18 21:6 23:5 91:12 120:17
**Thank** 130:9
**therapist** 140:3 143:14
**therapy** 140:4 141:6
**thing** 40:6 65:22 84:25 116:3 135:17 141:13 150:8
**things** 23:19 24:13 44:7 45:20 46:18 73:4,19,20 81:23 103:6 104:23,24 117:18 130:3 135:12 140:9,11,12 152:13
**think** 25:17 26:10 37:25 38:3 39:3 39:5 46:12,15,17 49:13 51:3,25 52:11 53:22 56:22 57:2 58:18 59:23 62:2 65:18,19 66:15 69:15 69:25 71:14 72:4 74:20 76:15 77:6,14 78:15,18,22 82:23 85:23 89:10 91:7,18 94:20 98:11 100:2 100:3,19 104:3,8 107:16 111:24 116:7,8 121:6,21 122:5,23,25 126:15 128:10,12,16 129:6,22,25 132:9 133:11 137:6 142:23 144:10 146:7 149:13 150:11 151:3 152:7,11 153:16 154:16
**thinking** 100:2,4,13 101:4 103:10 108:5 129:6 150:5
**thinks** 64:14 138:25
**thought** 28:16 39:5 58:25 59:2 64:14 67:10 69:12 75:20 76:2 95:25 99:19 128:6 132:2 136:9
**threatening** 41:15,16 51:2
**three** 17:20 23:11 38:14 53:9,17 93:25 119:25
**throw** 84:19
**tight** 44:6
**time** 3:16 5:2,3,14 7:3,6,25 8:6 13:5 15:7,19,24 16:5 17:4 19:7 23:12 24:10,15 25:4,7,15,18 26:4 30:15 34:23 36:11 37:6,19 38:8 39:12 39:16 40:25 42:10 45:15 54:4 56:6,7,11,12,13 61:11 64:20 65:5 65:10,12,21,23 66:2,21 68:8,11 68:19 72:13 75:13 77:4,21 78:19 78:22 83:19 84:4 85:13 87:21 88:4 89:8,25 91:19 92:23 93:5 97:9 98:9 100:14 101:5 102:23 103:19 104:11 105:3,22 106:22 110:4,9 111:15,23,24 112:2,13 113:4 114:19,21 115:23 120:5,13 122:6,8 123:7,15,25 126:10,14 127:6,24 128:17 129:13 130:7,8 130:14,15,16,18 131:9,16,23 132:13,24 133:9 135:14 139:5,15

139:25 140:6,11 142:16 143:11
144:7,19 145:6,17,18,25 148:5
148:25 149:3,21 150:13,14,17
152:23 154:18 155:3
**timeline** 23:25 116:18 140:12
**times** 13:9 17:4 23:9,11 33:12 66:7
66:9 109:8 125:12,18 126:2,20
136:25
**today** 4:18 66:16 80:14,17,21,22
146:7
**told** 24:8 32:13 41:14 42:25 44:4
44:15 47:5 50:2,4,4 77:12 82:4
97:24 105:13 123:22 124:4,5
131:17,21 134:18 141:14
**tomorrow** 154:20
**tone** 138:22 139:2
**tongue** 44:7
**topic** 131:24
**touch** 26:23 89:7 90:6 102:7,17
153:25 154:3,3
**touching** 102:20
**traditional** 101:17,20
**transcript** 138:21 154:25 156:9,11
158:12
**trapped** 107:20,24
**traumatic** 44:19,25
**travels** 120:21
**treat** 48:21
**treated** 64:11
**treating** 64:10
**trial** 3:16
**Triboro** 40:7
**tried** 17:3,9 50:21 131:3
**trip** 140:8,10,13,17
**trouble** 101:7 108:12,13 131:19
**true** 18:5 156:11,13 158:13
**trust** 145:11,24 81:13,16
**trusted** 81:18
**try** 45:17 48:23 50:19 91:17
**trying** 17:17 34:6 69:12 77:14
117:14 130:22
**Tuesday** 32:3
**Turning** 61:18
**TV** 135:20
**twice** 55:25 56:4,9 125:16
**two** 9:23 10:21,22,23 27:9,13,16,17
27:18 56:4 67:13,16 74:15 93:25
97:7 102:11 105:21 107:9 108:8
108:21 109:4,7,22 111:11 112:6
122:3,21 134:3 135:8,9 136:5
140:2 152:5 153:20

_____

**U**

**U.S** 5:23 6:23 8:20 9:13,21 11:9,24
11:25 32:18 33:9
**Uh-hum** 40:16 54:13 62:11 89:6
91:5 106:8 137:23
**unable** 72:10,14

**uncomfortable** 111:21,24 112:3,11
128:13
**underlying** 18:25 19:5,11,14 20:9
20:20
**understand** 4:19 19:9 24:10,22
57:16 59:17 60:5 69:17 101:19
101:25 107:3,7 113:3 118:18
131:12 145:23
**understanding** 24:17 57:18 62:15
**understood** 36:13
**United** 1:2 5:11,15,17 6:4,6 8:2
**unproductive** 58:12
**unsuccessful** 17:12
**unusual** 65:17
**upset** 84:24 131:20
**upstairs** 94:19
**use** 15:11 58:22 62:20 71:25
**usual** 49:22

_____

**V**

**vague** 138:6
**value** 129:8
**varied** 127:13
**verbal** 152:4,7
**version** 115:14
**vibe** 95:24
**view** 68:2,4,25
**Viggiano** 1:18 158:7,24
**visited** 25:11
**voicemail** 91:13
**voluntarily** 100:17

_____

**W**

**W** 156:2
**waist** 154:4
**wait** 42:3 50:14,16,21 95:17 96:3
**waiting** 147:11,11
**waived** 3:8
**walk** 42:6 50:17 93:17,18
**walked** 49:22 98:19,20 105:22
**walking** 37:25 38:21 50:7
**Waltzer** 1:7 2:15,19 13:23 14:2,6,9
14:13,18,25 15:5,8,11,17,20,25
16:6,9,12,15,18,22,25 17:18 25:9
26:21 55:16 56:10,14 57:20,24
58:4,16 60:2,14,25 61:4,7,24
63:14 64:10,22 66:4,24 67:4,8
68:3 69:2 72:19,24 73:16,25
74:18,23 75:3,9,14 76:5,8,24
77:5 78:20 79:14 80:15 81:19
82:2 90:22 91:20 92:10 96:24
99:16,19 105:16 106:2 107:10,22
108:9,16,20 109:23 110:6 112:6
112:25 114:13 116:21 117:25
118:4,7,12,23 119:2 120:23
122:4,17 123:17 124:10,15
125:10,14,23 126:21,25 129:10
129:20 130:6,15,23 131:18

132:20 133:2 134:18 136:22
137:19 139:17,20 141:8 142:4,8
143:2,12,24 144:21,25 147:5,6
147:13 149:11 151:19,25 152:9
**Waltzer's** 56:19 81:6 92:18 93:9
94:7 111:11 122:8,21 125:9
**want** 43:4,10,15 44:14,22 45:17
60:19 61:13 70:13 71:17,17 72:6
72:6,8,11,16 73:10 82:23 83:12
85:8 100:19 101:23 107:13,15
110:8,20,25 123:24 129:9 132:3
136:8 137:11 146:20 154:15,25
**wanted** 32:16 33:17 34:7 38:17,24
40:14,22 41:10 42:21 43:13,16
44:15 47:8,20 50:8 83:11,14 87:8
108:15 110:7,21,24 111:22 116:8
116:13,15 123:6 128:17 131:8,13
**wanting** 84:11,12
**wants** 146:25
**warm** 57:8 58:17,22,24 59:2 60:3,6
60:15 61:25 62:3,15
**wasn't** 17:14 40:20 43:6,21 44:5,11
45:21 58:2 64:7 76:18,19,21
85:12 87:22 88:3 89:22 99:24
103:3 123:5 127:20 129:7,8
134:24 135:21 151:5 152:19
**waste** 139:5
**wasting** 72:13
**watch** 109:3
**way** 30:13 31:14 34:10 37:11,20
42:12 45:10 51:4 53:15 57:4,20
63:17 64:5 65:24 66:18 67:18
69:13 74:24 75:2 81:24,25 98:10
99:3,4,5 109:18 123:5 149:15
150:7 152:12 153:12,24 158:17
**we'll** 44:14 117:20
**we're** 72:12 154:19
**wear** 112:19
**wearing** 115:3,8,24 118:17,21
119:2 121:20
**week** 13:14 32:2 66:8 105:21
125:12,16,16,18,19 126:2,20
127:2 133:5 134:3
**weeks** 82:10,13 83:8 84:6,12 106:3
107:9,21 108:8,15,21 109:4,7,22
111:11 112:7 122:3,21 125:8
133:2 134:3
**weight** 145:5
**welcomed** 86:7 93:6
**welcoming** 57:5,7
**went** 25:10 26:24,25 30:15 41:11
42:2,4,14,16 47:2 53:4 54:4,6
66:18 68:19 76:8 85:24 91:21
92:10 98:25 106:6,6,7,10,11,13
106:14 122:11,20 128:16 130:18
131:11 132:10 134:20 136:11
141:9,10 142:12,23,25 143:11,25
144:3,15,16,17 148:10,14 149:8

150:23 151:4,4,7,24
**weren't** 17:11 98:3
**West** 2:16
**whacky** 111:25
**WhatsApp** 14:16 15:13,20,25
  16:21 17:18 21:9
**whatsoever** 20:23 21:20 22:12
**WHEREOF** 158:20
**whispering** 137:8
**white** 118:10,13,20,24
**whites** 118:19
**wife** 9:23 10:7 121:13 128:25 129:4
**willing** 123:5
**willingly** 99:18
**window** 94:13,17,18
**winter** 132:8
**wishes** 33:24
**withdrew** 45:16,19
**witness** 4:2 30:19 32:12,21 33:8
  44:21 71:14 113:12,23 116:7,20
  137:9 138:11,16 145:24 157:4
  158:10,14,20
**witness's** 29:8
**witnessed** 24:14
**Witnesses** 33:20 34:2,13
**woman** 105:5
**word** 19:13 22:13 34:12 59:2,18
  60:5 62:2,15,20 107:16 148:4
  153:13
**wording** 72:23
**words** 40:24 48:20 121:16 125:20
  151:14
**work** 53:11
**worked** 89:23
**working** 53:11
**workplace** 25:11
**world** 92:15
**worried** 101:2
**worrisome** 98:10
**would've** 149:20
**wouldn't** 90:15 102:6 109:25
**write** 22:17 79:2
**writing** 20:23 22:6 77:17 78:23
**written** 21:14,17,18,20,23 22:5
  26:8,14 77:15
**wrong** 45:20 123:14
**wrote** 77:11,21,24 78:4

---

            **X**

**x** 1:3,9 157:2,9

---

            **Y**

**Yasmin** 8:3 9:3,19 10:10,21 19:23
  19:25 20:13,16,19,24 21:3 22:6
  22:10,16,19 23:2,10,16 24:16
  25:5,8,16,19 26:2,9,12,15,15
  27:13 30:4 87:15,18 88:5 89:7
  90:6 123:3

**Yasmin's** 8:18 20:4 27:3 127:25
**yeah** 29:23 30:2 38:25 40:10 48:15
  56:24 73:18 86:3,5,8 87:10 93:4
  93:8,21 96:6 97:20 101:11 106:4
  106:6 113:19 125:25 135:20
  138:18 152:3
**year** 27:12,20,21,23,25 38:8,15
  52:25 54:17 56:18 57:6,9,12,20
  57:24 58:5,15 59:25 63:13 64:3,9
  64:24 65:4,16,21 66:3 67:9,11,16
  67:19,22 68:3 69:3 72:20 73:2,15
  73:21 74:2,19,22 75:4,8 76:4,7
  76:24 77:7 78:20 80:24 81:5,20
  82:11,13 83:9,9 84:5,13 87:14
  88:6 90:7,10,19,23 114:17,24,24
  115:25 116:2,6,22 119:6 130:19
  130:20 132:6,11 134:10 142:4,9
  142:16 144:15 154:8
**Year's** 25:10,20 26:6 142:18,20,21
  142:23,25 143:12,23 144:12,15
  144:21
**years** 10:20,21,22,23 11:4 13:16,18
  27:9,14,16,17,18 33:12 56:4
  67:13,17 74:16 132:21
**yesterday** 12:16 115:7,13 117:3,5
  118:11
**York** 1:2,6,17,17,20 2:5,9,10,11,11
  2:16 4:6,15 10:4 13:20 28:4 32:8
  32:11 156:4,25 158:4,9
**young** 108:24 123:24
**younger** 12:4,7 131:10
**youngest** 12:11

---

            **Z**

**zone** 83:2

---

            **0**

---

            **1**

**1** 1:7
**1:06** 114:8
**1:20** 114:10
**10** 54:18
**10:00** 1:11
**10:52** 45:4
**100** 1:16 2:10 31:18 56:2 90:3
  103:4 128:18 129:15,24 130:3
  140:15,19 145:24
**10007** 1:17 2:11
**10th** 54:21 55:24,25 56:3,5,8,8,11
  56:12,18 57:6,9,12,21,25 58:5,15
  59:25 63:13 64:3,9,24 65:3,4,16
  65:22 66:3 67:9,12,13,20,22 68:4
  69:3 72:20 73:2,15,21 74:3,6,16
  74:19,22 75:5,9 76:4,7,24 78:20
  80:14,18,24 81:5 88:6 90:19,23
**11:00** 45:6
**11:48** 73:12

**11201** 2:16
**11378** 2:5 4:15
**118** 157:12,13,14,15
**11th** 88:5
**12:01** 73:14
**14** 54:22
**15** 149:23
**15-minute** 93:18
**16** 25:17
**17** 136:23 141:9
**1983** 27:4,19
**1985** 5:8 27:18
**1995** 5:13,18,20,23 6:10,13
**1999** 114:25

---

            **2**

**2** 1:7 27:4
**2:30** 154:16
**2:34** 155:3
**20** 13:16,18 125:18,19
**2000** 113:2,5 114:19 116:2,11,24
  119:7,10 122:16 123:16 125:24
  126:3,8,20,25 127:6 128:8,10,21
  129:10,14,16,17 134:10,15
  140:18,22 151:25 152:10,17
  153:5,19
**2001** 114:19 129:16,18,23 132:12
  134:10,16 141:3,12,16 153:6
  154:7,9,10
**2002** 134:13 154:7,9
**2020** 15:9,12
**2021022733** 2:13
**2023** 1:10 156:10,22 158:21
**20th** 116:11
**21** 1:6
**21st** 158:21
**237** 35:20,21,22,23 36:2,5 38:5
**24** 105:17
**25th** 142:15
**27** 1:10 156:10

---

            **3**

**3** 93:2
**30** 96:7
**300** 2:16
**3rd** 126:23

---

            **4**

**4** 93:2 157:7
**4332** 1:6
**49** 60:13 61:19

---

            **5**

**52** 82:9
**55-21** 2:5 4:14

---

            **6**

**61** 157:11

**69th** 2:5 4:14
**6th** 5:24 99:9

| 7 |
|---|

**7th** 29:16,17 30:11,12

| 8 |
|---|

**8th** 34:24 36:11 37:2 38:12,12 49:7
  49:9,11,12 53:3 54:5

| 9 |
|---|

**9th** 49:10 54:3,4,6,7,10,11