159

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x
JANE DOE,

               Plaintiff,

        - against -            Index No.
                              21 CV 4332
NEW YORK CITY DEPARTMENT OF EDUCATION,  (FB)(RML)
MARK WALTZER, DOUGLAS MEINERS, MICHAEL
EISENBERG and JOHN DOES #1 through #2,

               Defendants.
--------------------------------------x

               July 28, 2023
               9:30 a.m.

    CONTINUED DEPOSITION of JANE DOE, the

Plaintiff herein, taken by the attorneys for

their respective parties, held at 100 Church

Street, New York, New York 10007, pursuant to

Notice, and held before Karen Viggiano, a

Shorthand Reporter and Notary Public within and

for the State of New York.

160

1

2    A P P E A R A N C E S :

3

4    MUSA-OBREGON LAW PC
     Attorneys for Plaintiff
5            55-21 69th Street
             Maspeth, New York 11378
6
     BY:    KARL J. ASHANTI, ESQ.
7

8

9    CORPORATION COUNSEL CITY OF NEW YORK
     Attorneys for Defendant
10   New York City Department of Education
             100 Church Street
11           New York, New York 10007

12   BY:    JACQUELYN DAINOW, ESQ.
            JOHN J. DOODY, ESQ. (Via phone)
13          SHLOMIT AROUBAS, ESQ.
            File# 2021-022733
14

15   STOLL GLICKMAN & BELLINA
     Attorneys for Defendant
16   Mark Waltzer
             300 Cadman Plaza West
17           Brooklyn, New York 11201

18   BY:    ANDREW STOLL, ESQ.

19
     ALSO PRESENT: MARK WALTZER
20

21

22

23

24

25

161

1

2          (Thereupon a photograph was marked

3          as Defendant's Exhibit F for

4          identification, as of this date.)

5          (Thereupon, a photograph was

6          marked as Defendant's Exhibit G for

7          identification, as of this date.)

8    J A N E    D O E, having been first duly sworn

9    by a Notary Public within and for the State of

10   New York, was examined and testified under oath

11   as follows:

12          MR. STOLL: Good morning.  I had a

13          quick discussion with plaintiff's

14          counsel.  I asked to extend the amount

15          of time that both defendants would have

16          to conduct these depositions based on

17          what I perceive to be long pauses

18          between the question and each answer

19          often minutes long pauses.

20          Counsel is not consenting to an

21          extension of the time for the parties to

22          depose the witness at this time.  So we

23          won't be able to do that while the

24          witness is here in person today and

25          we'll take it up if necessary in the

162

1                          J. Doe

2          future.

3                  Anything anybody want to add?

4                  MR. ASHANTI:  By counsel, ten

5          hours is more than enough time.  Because

6          it's not ten hours in realtime, it's ten

7          hours of deposition testimony; excluding

8          all breaks and that's our position.

9                  MS. DAINOW: The position of

10         Corporation Counsel is we agree with

11         counsel for Mr. Waltzer there has been a

12         lag time between most of the questions

13         thereby impacting our ability to go

14         through the questioning quickly.  And

15         our concern is that we won't have enough

16         time to go through everything that we've

17         prepared within ten hours that we're

18         allotted.  So if necessary we'll bring

19         this up with the court.

20                 MR. STOLL:  I certainly have a lot

21         of things I won't have an opportunity to

22         ask in the next hour before I turn it

23         over to Ms. Dainow.

24                 (Whereupon, a brief pause was

25         taken for technology issues.)

163

1                           J. Doe

2                   MR. STOLL: So it's 9:37, it's

3           seven minutes that we're been trying --

4           I guess, Corp. Counsel's been trying to

5           connect to their remote counsel.

6    EXAMINATION BY

7    MR. STOLL:

8           Q    All right, good morning.

9           A    Good morning.

10          Q    I just want to go through your

11   timeline in high school again to make sure it's

12   clear.  You started at Francis Lewis High

13   School in the fall of 1999, correct?

14          A    Correct.

15          Q    Mark Waltzer was your teacher that

16   first semester in 1999, correct?

17          A    There were a couple of semesters.

18   I'm not 100 percent sure which of the semesters

19   was he my teacher.

20          Q    When you said there were a couple

21   semesters, do you mean there were a couple

22   semesters when you had him as your teacher or

23   you mean --

24          A    A couple semesters that were part

25   of the school curriculum.  So we usually

164

J. Doe

1         changed teachers every semester.  I'm not sure

2         which semester he was my teacher.

3              Q    So you don't know whether he was

4         your teacher in the fall of 1999, or the spring

5         which was the spring of 1999-2000 school

6         you're?

7              A    Correct.

8              Q    He might have been your teacher in

9         the fall?  He might have been your teacher in

10        the spring, right?

11             A    Right.

12             Q    And did you pass that 10th grade

13        that first year at Francis Lewis High School?

14             A    What do you mean?

15             Q    I think you said yesterday that

16        you were in 10th grade two years in a row,

17        right?

18             A    Right.

19             Q    Is that because you had to repeat

20        some of the classes because you didn't pass

21        them?

22             A    Right.

23             Q    So for the 2000 and 2001 school

24        year, you were back at Francis Lewis High

25

165

1                         J. Doe

2     School, correct?

3          A     Yes.

4          Q     Was Mark Waltzer your teacher

5     either the semester in the 2000-2001 school

6     year?

7          A     I don't remember.

8          Q     And then the 2001-2002 school

9     year, you attended Francis Lewis High School at

10    least for the fall semester, correct?

11         A     Correct.

12         Q     Was Mark Waltzer your teacher

13    during the 2001 fall school semester?

14         A     No.

15         Q     Did you see Mark Waltzer in the

16    2000-2001 school year?

17         A     Yes.

18         Q     Did you see Mark Waltzer in

19    school in the 2001-2002 school year?

20         A     Yes.

21         Q     Did you complete the fall into

22    winter semester of the 2001 to 2002 school

23    year?

24         A     I believe so, yes.

25         Q     How often would you see Mark

166

1                        J. Doe

2    Waltzer in school during that 2001 to 2002

3    school year?

4         A    I don't remember specifically how

5    often.

6         Q    Do you remember that you did see

7    him during that semester?

8         A    Yes.

9         Q    Was his presence at school during

10   the 2001-2002 school year difficult on you in

11   any way?

12        A    Yes.

13        Q    In what way was that difficult?

14        A    So we're talking about ending of

15   2001 to 2002?

16        Q    That's right.

17        A    Many things had happened at this

18   point.  So I was already having a hard time

19   with myself with the things that happened and

20   how I was feeling.  I was having a hard time,

21   you know, being there and going through school

22   and seeing not just him; but the other teachers

23   that had a part in making my school year

24   difficult.

25        Q    Do you think it would have been

167

1                           J. Doe

2    less difficult, or you would have been able to

3    tolerate it more if Mark Waltzer had not been

4    around in the fall semester of 2001 to 2002?

5         A    I think that what happened it

6    already did.  So whether he was there or not, I

7    mean it still had occurred.  So it was

8    something I was carrying with me as it was.

9         Q    By the 2001-2002 school year, had

10   your sexual relationship with Mark Waltzer

11   ended?

12              MR. ASHANTI:  Objection to form.

13        High school all time?

14              You can answer if you understand.

15              MR. STOLL:  I'll rephrase.

16        Q    During the 2001-2002 school year,

17   at that point as far as you were concerned, had

18   your sexual relationship with Mark ended?

19        A    I'm not 100 percent sure.

20        Q    So it's possible as you sit here

21   today that you were continuing to have sexual

22   intercourse with Mark Waltzer during the 2001

23   to 2002 school year?

24        A    My recollection of that specific

25   time and a lot of different events are still a

168

                              J. Doe

1

2    little hazy.  So I can't say for certain that I

3    remember whether that took place or not.

4         Q    So as you sit here today, can you

5    tell me when you recall you stopped having

6    sexual intercourse with Mark Waltzer for a

7    period of four months or more after the first

8    time you first had sexual intercourse with him?

9              MR. ASHANTI:  Objection to form.

10        Q    Do you understand the question?

11        A    Somewhat.  I'm not sure if I

12   understand it correctly.

13        Q    I'll rephrase it.

14             What is the first period of time

15   for three months or longer that you went

16   without having sexual intercourse with

17   Mark Waltzer after the first time you had

18   sexual intercourse with him?

19        A    I don't remember.  I have a lot of

20   suppressed memories from that time and all the

21   traumatic events; so I can't remember.

22        Q    Yesterday I was asking questions

23   of any markers that you recall that help you

24   place the first time that you had sexual

25   intercourse with Mark Waltzer in 2000.

169

1                           J. Doe

2          A     Correct.

3          Q     We've had a break overnight.  Do

4    you have any recollection now of any additional

5    markers that enable you to remember that that

6    first sexual interaction with Mark Waltzer was

7    in the beginning of the summer of 2000?

8          A     Well, one other thing that I

9    remember is that when 9/11 happened, I was in

10   high school.  So that was September 11, 2001,

11   and the relationship had already started before

12   that.  Including the abortion.

13         Q     Are there any other markers that

14   you recall now that help you remember that the

15   first time you had sexual intercourse with

16   Mark Waltzer was in the beginning of the summer

17   of 2000?

18         A     Besides what I mentioned

19   yesterday?

20         Q     Yes, other than what you mentioned

21   yesterday, or what you just told me here today.

22         A     Not that I recall at this moment.

23         Q     By the way, by the time 9/11

24   occurred, you had already had an abortion and

25   had sexual intercourse with Mark Waltzer before

170

1                    J. Doe

2    9/11?

3         A    Because I remember where I was and

4    how I was feeling at that time.

5         Q    And where were you and how were

6    you feeling?

7         A    I was in-classroom.

8         Q    Okay.

9         A    It was early in the morning; so I

10   was in-classroom when everything happened.  And

11   at that time, I do remember already having

12   feelings and thinking that a lot of things were

13   very difficult in my life because of everything

14   that had happened.

15        Q    Did you see Mark Waltzer on that

16   day, on 9/11?

17        A    I don't remember.  I don't

18   remember that.

19        Q    Showing you what's marked

20   Defendant's Exhibit F that was marked today, so

21   that's already marked Defendant's Exhibit F

22   today.  Do you recognize that picture you

23   provided that to your counsel, right?

24        A    Uh-hum.

25        Q    Yes?

171

1                         J. Doe

2         A    Yes.

3         Q    There's a hand in that picture

4    with a ring on the hand.  Is that the picture

5    you referred as a promise ring from Mark

6    Waltzer?

7         A    Yes.

8         Q    Who is that child in that picture?

9         A    My niece.

10         Q    How old is she about in that

11   picture?

12         A    She's about two and a half.

13         Q    What's her name?

14         A    Iracema, I-R-A-C-E-M-A.

15         Q    Who's daughter is she?

16         A    My sister Brissa.

17         Q    She's Brissa's daughter, okay.

18              What is Iracema's date of birth,

19   do you know?

20         A    December 7, 1997.

21         Q    Your relationship with Mark

22   Waltzer was not something that you shared with

23   your mother or your aunt any time before, say,

24   2010, is it?

25         A    It's not something I talked about,

172

```
 1                    J. Doe
 2   no.
 3        Q    Is it something you wrote to them
 4   about before 2010?
 5        A    No.  It is something that my mom
 6   became aware of around that time.
 7        Q    In around what time?
 8        A    The time that everything was
 9   happening.
10        Q    How did your mom become aware of
11   your relationship with Mark Waltzer?
12        A    I'm not sure.
13        Q    How did you become aware that your
14   mother was aware of your relationship with
15   Mark Waltzer?
16        A    She confronted me about it at a
17   point and I dismissed her.
18        Q    When did she confront you about
19   it?
20        A    Back when I was in 11th grade.
21        Q    Did you admit to your mom that you
22   had a relationship with Mark Waltzer when she
23   confronted you with it?
24        A    I walked away and I didn't want to
25   talk to her about it.
```

173

1                            J. Doe

2          Q     Did she confront you specifically

3     about being in a relationship with Mark

4     Waltzer?

5          A     Yes.

6          Q     Did she mention his name?

7          A     I don't believe so.

8          Q     Did she say a teacher or adult?

9          A     A teacher, yes.

10         Q     Did you want her to know that it

11    was true that you were seeing an adult teacher?

12         A     If I wanted her to know?

13         Q     Yes.

14         A     Now or then?

15         Q     Then.

16         A     No.

17         Q     The ring that you're wearing in

18    Exhibit F in front of you, was that a ring that

19    you understood people around you would

20    understand to be a promise ring?

21         A     No.

22         Q     Showing you Defendant's Exhibit G.

23    What is that a picture of?  What is Defendant's

24    Exhibit G a picture of?

25         A     That's when I was 17.

174

1                          J. Doe

2          Q    Who is in that picture with you?

3          A    My friend.  Or one of my friends.

4          Q    What's her name?

5          A    Her name is Daisy.

6          Q    Do you know where and when that

7    picture was taken?

8          A    I'm not 100 percent sure when it

9    was taken.  But when I was 17, I was dating

10   someone, and I believe that's at his house.

11   And it was just me and my friend.  We were over

12   his house.

13         Q    Defendant's Exhibit E is a

14   picture, I believe, you provided.  Is that a

15   photo of you?

16         A    Yes.

17         Q    Where and when was that taken?

18         A    That was when I was 15.  That's

19   the summer of 2000.

20         Q    How do you know that?

21         A    I remember the outfit and I

22   remember that's the day that I wanted to wear

23   this specific outfit.  I was really excited

24   about how that skirt that I had bought.  And I

25   actually remember the occasion.

175

1                        J. Doe

2          Q     What was the occasion?

3          A     Of me coming home.

4          Q     Was there a controversy at home

5    because you were wearing that skirt?

6          A     No, there was no controversy at

7    home.  I think in this picture Douglas Meiners

8    had taken me home.

9          Q     And did Douglas Meiners take that

10   picture?

11         A     I don't remember.

12         Q     Did you have a sexual relationship

13   with Douglas Meiners?

14         A     I did not.

15         Q     Defendant's Exhibit D, that's

16   another photograph you provided.  Where and

17   when was that picture taken?

18         A     That was in summer of 2000 as

19   well.

20         Q     The summer of 2000 did you say?

21         A     Yes.

22         Q     Who took that picture?

23         A     My sister.

24         Q     How do you recall that

25   specifically?

176

1                          J. Doe

2          A     How do I recall?  Because we went

3    to the park for a photo shoot the same day that

4    this and the other picture that we were on the

5    couch, it was all same day.

6          Q     The same day as the picture of

7    your niece wearing a construction hat?

8          A     Right, yes.  And the other one

9    that you have.

10         Q     Defendant's Exhibit C, when and

11   where was that picture taken?

12         A     Here I was 18.

13         Q     Where and when was that picture

14   taken?

15         A     That was the shooting pool place

16   on Northern Boulevard.

17         Q     Who took the picture?

18         A     Some friends that were there with

19   me.

20         Q     How do you recall that?

21         A     I recall this because the friends,

22   I saw them recently in the last three years.

23   And that friend's actually the one who sent

24   this picture to me.

25         Q     Who is that friend?

177

1                           J. Doe

2           A     Rafael O.

3           Q     How do you spell last name?

4           A     Just the letter O.

5           Q     Do you have his phone number?

6           A     I don't have it on hand.

7           Q     Are you in touch with him?

8           A     No.

9           Q     When did he send you that picture?

10          A     A couple of years ago he sent it

11    to me to my email.  We bumped into him Upstate

12    New York.

13          Q     You bumped into him in Upstate New

14    York.  And after you bumped into him he sent

15    you that picture?

16          A     Yeah, he actually wanted my

17    daughter to see it.  He was like, "Oh, I

18    remember your mom.  I have a picture when we

19    went shooting pool.

20          Q     And then he emailed you the

21    picture?

22          A     Correct.

23          Q     Do you have that email address

24    somewhere?

25          A     I'm not sure.  I don't know if I

178

1                          J. Doe

2    -- I didn't keep in touch with him.

3          Q    When is the last time you spoke to

4    him or had any communications with him?

5          A    That time we saw him Upstate New

6    York.

7          Q    After that he emailed you, right?

8          A    He emailed it that same day, yes.

9          Q    Did you respond to that email?

10         A    No.  I was grateful for the

11   picture.  That was it.

12         Q    Did you respond and tell him you

13   were grateful for the picture?

14         A    No, I did not.

15         Q    You received that email and you

16   didn't respond whatsoever?

17         A    Right.

18         Q    Why didn't you respond?  Even say

19   thank you if you were grateful?

20         A    Do I have to?

21         Q    I'm asking you.

22         A    I don't have to.  I didn't feel

23   like I had to.

24              MR. ASHANTI:  Objection.  I direct

25              the witness not to answer.  This is a

179

1                          J. Doe

2        ridiculous line of questioning.  You're

3        asking her why she didn't do something

4        that she said she didn't do that's not

5        relevant to this in any way, shape or

6        form.

7              MR. STOLL:  You're directing your

8        witness not to answer this question?

9              MR. ASHANTI:  I am.

10             MR. STOLL:  Is it covered by

11       privilege?

12             MR. ASHANTI:  I'm directing the

13       witness not to answer.  You're harassing

14       her on this point as of her level of

15       gratitude.  It's harassment.

16             MR. STOLL:  Are you directing her

17       not to answer?

18             MR. ASHANTI:  It's harassment.

19       I'm clear --

20             MR. STOLL:  Can I make my record?

21             MR. ASHANTI:  You asked me a

22       question.

23             MR. STOLL:  You have not answered

24       my question.

25             MR. ASHANTI:  I did.  I am

180

1                        J. Doe

2          directing her not to answer.

3                MR. STOLL:  Are you directing her

4          not to answer based on privilege?

5                MR. ASHANTI:  Write to the court.

6          You'll see my reasons.

7          Q     Are you going to answer that last

8    question?

9                MR. STOLL:  Can I have the last

10         question record back?

11               (Record read.)

12         Q     Are you going to answer that last

13   question?

14               MR. ASHANTI:  I'm directing the

15         witness not to answer.  There's nothing

16         beyond that.

17               MR. STOLL:  There is.

18         Q     Are you going to answer?

19               MR. ASHANTI:  She's not going to

20         answer beyond that.  I'm directing the

21         witness not to answer.  It's done.

22         Moving on.

23         Q     Do you want to answer that last

24   question?

25         A     I think I already did.

181

1                          J. Doe

2          Q    When people do you favors, do you

3     typically thank them?

4               MR. ASHANTI:  I direct the witness

5               not to answer that.  Harassment.

6               MR. STOLL:  Are you going to

7               direct her not to answer any questions

8               now about gratitude?

9               MR. ASHANTI:  Any harassment.

10              MR. STOLL:  Can you stop cutting

11              me off?  Are you going to direct the

12              witness not to answer any questions

13              about how she expresses gratitude going

14              forward?

15              MR. ASHANTI:  Depends on the

16              situation.  But right now you're

17              harassing on this point.  You're

18              drilling down to something that's

19              completely irrelevant to this lawsuit.

20              MR. STOLL:  Drilling down is what

21              happens in depositions.

22              MR. ASHANTI:  On irrelevant

23              points, no, that's incorrect.

24              MR. STOLL:  Okay.

25          Q    Is there something that you think

182

1                          J. Doe

2    is relevant about the photograph of you playing

3    pool that's in front of you?

4              MR. ASHANTI:  You asked for it in

5         discovery.  We produced it, by counsel.

6         Q    Do you think the document in front

7    of you is representative of you at a certain

8    age at a certain time?

9         A    It is.

10        Q    Did you graduate high school?

11        A    No.

12        Q    Why not?

13        A    The entire situation that was

14   happening with the different teachers, and not

15   just Mark, was just very difficult.  I was

16   having a really hard time being at school with

17   all these people that were making my life very

18   difficult.  So I just wasn't feeling great

19   anymore.  I wasn't feeling like I wanted to be

20   there for the right reasons.  So I was just

21   starting to spiral emotionally.

22        Q    Did you attend school at all the

23   second semester of 2001-2002 school year?

24        A    2001 to 2002?

25        Q    Yes.

183

1                          J. Doe

2          A    I believe so.

3          Q    How many days did you go in the

4    second semester of the 2001-2002 school year?

5          A    I can't recall that.

6          Q    What did you do when you pulled

7    out of Francis Lewis High School?

8          A    I started working.

9          Q    Where did you start working?

10         A    I worked in Manhattan.

11         Q    Where?

12         A    I worked at a company called

13   Pazzo, P-A-Z-Z-O.  The owner's name was Rubin.

14   And I did secretarial work.

15         Q    Had you had any employment prior

16   to that job?

17         A    I did work part time at a

18   restaurant at some point when I was maybe 17.

19   Yeah, somewhere around that time.

20         Q    In high school did you have any

21   boyfriend's during your high school years?

22         A    No.

23         Q    No?

24              MR. ASHANTI:  Objection to form.

25         A    At what point?  Where in high

184

1                        J. Doe

2      school?

3           Q     From the time you started high

4      school until the time you left high school, did

5      you have any boyfriend's?

6                MR. ASHANTI:  Besides Waltzer?

7                MR. STOLL:  Those are your words.

8           Not mine, counsel.

9                MR. ASHANTI:  I'm asking you.

10               MR. STOLL: I'm not referring to

11          Mark Waltzer.

12          Q     Did you have any boyfriends in

13     high school?

14          A     I was 17, I dated someone but he

15     was not in high school.

16          Q     How old was he?

17          A     I'm not 100 percent sure.  I don't

18     remember.

19          Q     Approximately how old was he?

20          A     Mid 20s.

21          Q     What was his name?

22          A     Luis DeCastro.

23          Q     Are you in touch with Luis

24     DeCastro?

25          A     No.

185

1                          J. Doe

2          Q     When is the last time you spoke to

3      him?

4          A     By the time I got married.

5          Q     Did you have an intimate

6      relationship with Luis DeCastro?

7          A     No.

8          Q     How long did your relationship

9      with Luis DeCastro last?

10         A     About six months.

11         Q     When you were 17, did you have

12     that relationship with Luis DeCastro, was it in

13     the summer, fall, spring?

14         A     I don't remember.

15         Q     Was it during over Christmas,

16     New Year's?

17         A     I don't recall.

18         Q     Do you recall whether you spent

19     any holidays with him, experienced any

20     birthdays with him, anything like that?

21         A     We didn't really do that.  When I

22     did those things prior with Mark, it was

23     something that was frowned upon and something I

24     knew I wasn't supposed to be doing.  But in a

25     normal setting, that wouldn't be something I

186

1                          J. Doe

2    was supposed to be doing due to my religion.

3          Q     Celebrating birthdays and

4    holidays?

5          A     Correct.

6          Q     Did there come a time that you

7    broke up with Luis DeCastro or he broke up with

8    you?

9          A     I believe so.

10         Q     How did that end?  Was that

11   upsetting for you?  Did it affect you in any

12   way?

13         A     No.  We didn't have an intimate

14   relationship.  It wasn't like I was emotionally

15   attached to him, no.

16         Q     Were you sad or upset when you

17   broke up with Luis DeCastro?

18         A     I don't remember being upset, no.

19         Q     So after you left high school, you

20   started working in an office job.  How long did

21   that office job last?

22         A     About a year.

23         Q     Did you have any boyfriend's

24   during that year that you approximately had the

25   office job?

187

1                          J. Doe

2          A    No, I didn't.

3          Q    Did something change after you

4    left that job?  Did you go to a new job?

5          A    I believe I moved to Indiana and I

6    spent some time with my sister at that time.

7          Q    Was there something upsetting that

8    happened that caused you to leave that job and

9    move to Indiana with your sister?

10         A    I just wanted to spend more time

11   with my sister.

12         Q    What was going on within your

13   personal life at that time before you went to

14   move in with your sister?

15         A    I believe that everything that had

16   happened had such an impact on me, that I was

17   having a hard time coping with a lot of things.

18   With everything in life itself.

19         Q    Did you have any sexual

20   interactions with anybody in the year before

21   you moved to Indiana?

22         A    No, I did not.

23         Q    How is your sort of emotional

24   difficulty manifesting to you in the year

25   before you moved to Indiana?

188

1                          J. Doe

2          A    I don't understand your question.

3          Q    Were you sad?  Were you anxious?

4     Were you cutting yourself?  Did you have any

5     eating disorder?  Anything that you considered

6     now to be manifestations of the difficulties

7     you had had?

8          A    I withdrew.  I think that I

9     changed a lot.  I became a different person.  I

10    used to be happier and trusting and I used to

11    believe everything.  Naive you could say.  At

12    this point, I started to see life different.

13    People different.  I wasn't feeling very happy.

14    I wasn't feeling very trusting.  I was starting

15    to have a change on who I was.

16         Q    Which sister did you move in with

17    in Indiana?

18         A    Brissa.

19         Q    How long did you stay with Brissa

20    for in Indiana?

21         A    I don't recall.

22         Q    Was it more than five years?

23         A    No, it wasn't.

24         Q    Was it more than three years?

25         A    No.

189

1                          J. Doe

2          Q     Was it more than a year?

3          A     Maybe max.  Maybe less.  Probably

4    less.

5          Q     You think it was more than six

6    months?

7          A     If six months tops, but I don't

8    think it was more, no.

9          Q     So where did you go after you left

10   Brissa's home?

11         A     I believe I went to Hawaii.

12         Q     What brought you to Hawaii?  What

13   made you decide to go to Hawaii?

14         A     I had a really good friend when I

15   was, I believe, 13.  We weren't very much in

16   touch.  But her and her family had moved to

17   Hawaii and she invited me to come to Hawaii.

18   So I accepted the invitation.  It was a good

19   time for me.

20         Q     Who was that friend?

21         A     Suema, S-U-E-M-A, Wong.

22         Q     Where did you see Suema Wong from?

23         A     Upstate New York.

24         Q     Did you know people in Upstate New

25   York?

190

                              J. Doe

1

2          A    My aunt was living in Upstate New

3     York at some point.

4          Q    Which aunt?

5          A    Marie.

6          Q    So what year did you move to

7     Hawaii?

8          A    I didn't move to Hawaii.  I mean,

9     what year did I move or that I visited?

10         Q    So you went to Hawaii after about

11    six months in Indiana.  Did you go there just

12    to visit?

13         A    Correct.

14         Q    And then what happened?

15         A    Then I moved back.  I came back.

16         Q    Back to where?

17         A    Indiana.

18         Q    And how long did you stay in

19    Indiana for?

20         A    I don't remember exact time.

21         Q    Did there come a time you moved to

22    Hawaii permanently?

23         A    Yes.

24         Q    Approximately, when?

25         A    When?

191

                         J. Doe

1

2          Q     Yes.

3          A     In 2005.

4          Q     When did you meet your husband?

5          A     I met him in the beginning of

6    2004.

7          Q     Where did you meet him?

8          A     I met him in Hawaii.

9          Q     What were the circumstances of you

10   meeting him?

11         A     He was a friend of my friend.

12         Q     Was he a friend of Suema Wong?

13         A     Yes.

14         Q     And you said in the beginning in

15   2004?

16         A     Right.

17         Q     After you left high school, when

18   was the next time you had communication with

19   Mark Waltzer?

20         A     Throughout the years I think we

21   communicated through WhatsApp; but I don't

22   remember how many times or when specifically

23   that was.

24         Q     So would you just say on an

25   occasional basis you were in WhatsApp

192

1                          J. Doe

2    communication with Mark Waltzer when you left

3    high school?

4         A    I believe when I was -- does he

5    have something to say?

6         Q    Go ahead.  You can answer the

7    question?

8         A    Can you repeat that question?

9              MR. STOLL:  Can we have a read

10         back, please?

11              (Record read.)

12         A    I remember seeing him -- I think

13    when I was 18, I saw him once in the city and I

14    think I was already working.  And I saw him

15    once.  We met up.  And when I stayed with my

16    friend in Upstate New York, I had a

17    conversation with him over the phone.  And I

18    remember that time he offered to pay for

19    college, but it's something I didn't -- I

20    thought it was funny because I didn't even

21    finish high school.  I don't even know if he

22    knew that.  I don't think that I wanted to be a

23    burden.  I just kind of wanted to disappear at

24    that moment.  And I remember talking to him

25    down the line.  And a few years later when I

193

1                         J. Doe

2    was in Hawaii, several times throughout the

3    year, like we never spoke very often, but it

4    was almost like catching up kind of event.

5    That's all I remember.

6         Q    When you were 18, did you have

7    WhatsApp communications with Mark Waltzer?

8         A    I don't think so.  I don't think I

9    had WhatsApp at that time.

10        Q    When did you first start having

11   WhatsApp communication with Mark Waltzer?

12        A    Maybe later.  Much later.  Like I

13   don't remember exactly.

14        Q    When you met up with Mark Waltzer

15   in the city when you were about 18, did you

16   have sexual intercourse then?

17        A    No.

18        Q    Was it painful for you to

19   communicate with Mark Waltzer after you

20   graduated high school?

21        A    No, I didn't see it that way.  I

22   did not see it that way at that time.  I took a

23   lot of things for what they were and I didn't

24   understand all the things that were happening

25   or happened.  I couldn't see it that way.

194

                            J. Doe

1

2        Q    Now there came a time when you

3    were living in Hawaii that you ended up it

4    seeing Mark Waltzer again in New York City,

5    right?

6        A    What?

7        Q    Did there come a time that you saw

8    Mark Waltzer again in New York City after you

9    were living in Hawaii?

10       A    Yes.

11       Q    When was the first time you saw

12   Mark Waltzer in New York after you moved to

13   Hawaii?

14       A    I'm having a hard time remembering

15   the date right now.  But, I believe, it was --

16   I think it was 2014.

17       Q    What were the circumstances under

18   which you saw Mark Waltzer in New York City

19   after you were in Hawaii around 2014?

20       A    My husband and I had problems

21   since the beginning.  I guess since I got

22   married more as an escape than anything else.

23   At that time we were going through proceedings

24   to divorce, but we were just not in a good

25   place.  And New York was always in my heart,

195

J. Doe

1

2    and I wanted to be here.  But everything that

3    happened kind of pushed me in a different

4    direction.

5              So when I came to New York, Mark

6    was one of those people that it was kind of

7    like kept pulling me back to that time where

8    everything was different and so a reminder of

9    what it was before I left.  I used to see him

10   different.

11        Q    So is it fair to say that at the

12   time you were going through close to your

13   divorce with your husband, at that time you

14   viewed your time with Mark Waltzer in a more

15   favorable light than you do now and so you were

16   attracted to the idea of touching base with him

17   again; is that a fair paraphrasing?

18        A    No, it isn't.

19        Q    So before you went back to New

20   York from Hawaii in what you think is about

21   2014, did you reach out to Mark Waltzer?

22        A    We talked a few times over the

23   phone, yes.

24        Q    Did you also speak or communicate

25   over WhatsApp then?

196

1                        J. Doe

2          A     Yes, we did.

3          Q     Did you tell him you were coming

4    to New York?

5          A     Yes, I did.

6          Q     Did you ask him for money for

7    airfare or frequent flyer miles?

8          A     If I asked him for airfare?

9          Q     Yes.

10         A     I don't remember.  I don't think

11   so.

12         Q     Did you ask him for frequent flyer

13   miles?

14         A     I don't remember that.

15         Q     Did you ask him to assist you in

16   any way from getting to New York from Hawaii?

17         A     No, I don't remember that.

18         Q     Did he assist you in any way from

19   getting from Hawaii to New York?

20         A     At that time when I went in 2014?

21         Q     Yes.

22         A     No, he did not.

23         Q     How about 2017?

24         A     2017?

25         Q     Yeah.

197

1                         J. Doe

2          A     What's happening in 2017?   2017

3     sounds very random.   I don't remember if I was

4     in New York in 2017.

5                MR. ASHANTI:   There's no question

6          pending.

7                THE WITNESS:   Oh, okay.

8          Q     Did you ask Mark Waltzer in 2017,

9     if he had any American miles he could donate to

10    you to come to New York in support of your

11    family?

12         A     I don't remember that.

13         Q     So it's your testimony prior to

14    2014, you were in phone communication and

15    WhatsApp communication with Mark Waltzer,

16    right?

17         A     Once in a while, yes.

18         Q     You found those communications to

19    be satisfying; is that correct?

20         A     I wouldn't describe it as

21    satisfying, no.

22         Q     Did you engage in those

23    conversations and communications willingly?

24         A     I wasn't under duress, no.

25         Q     Did you engage in those

198

1                        J. Doe

2    communications with Mark Waltzer out of sense

3    of social duty of some sort?

4         A    I don't understand the meaning

5    behind that question.

6         Q    Did you want to speak to Mark

7    Waltzer when you spoke with him and

8    communicated with him in the years between,

9    say, 2012 and 2017?

10        A    I don't remember the feelings that

11   drove me to have communications with Mark at

12   that time.

13        Q    When you spoke with Mark during

14   that time period, did it feel like a burden to

15   you?

16        A    I do not recall the feelings of

17   after communication or during.

18        Q    Do you know why you spoke with

19   Mark Waltzer between 2012, 2017, why you

20   remained in communication with him?

21        A    My thoughts right now on why?

22        Q    Yes.

23        A    I believe that the experience,

24   everything was so traumatic.  I kept going back

25   to it because I never defined it or never

199

1                          J. Doe

2    explored how I felt about everything.  And I

3    think I suppressed all my feelings.  And, you

4    know, he was a big key of why I felt the way

5    that I did until I figured out what was

6    happening.  He was a link that I couldn't lose.

7          Q    So from 2012 to 2017, at that time

8    in your mind you were consciously thinking of

9    talking to him as a way of trying to work

10   through trauma?  Or would you say that was more

11   a subconscious thing?

12         A    More a subconscious thing.

13         Q    So consciously what were you

14   thinking or feeling at the time about why you

15   were communicating with Mark Waltzer?

16         A    I don't think I had a lot of

17   thought behind it.

18         Q    Did you want to see Mark Waltzer

19   again when you went back to New York from

20   Hawaii in 2014 or so?

21         A    I believe that I always wanted to

22   have a conversation with him about everything

23   that happened and I just didn't know how to

24   bring that about.  I was always hoping that I

25   was able to sit down with him and have a

200

                              J. Doe

1

2    conversation.  When everything happened, I was

3    so young.  I was only a child so I didn't know

4    how to formulate the words and didn't know how

5    to feel about everything.  And it got to a

6    point where I wanted to do that, but it was a

7    lot more painful than I realized.

8         Q    When you came to New York in 2014

9    or so, was there something in particular that

10   brought you here?

11        A    No, nothing particular.

12        Q    Did you see Mark Waltzer then?

13        A    I believe so.

14        Q    Did you go out with him?

15        A    I believe so.

16        Q    Did you come to the city with your

17   daughter in 2014?

18        A    Yes.

19        Q    Did you stay at Mark Waltzer's

20   apartment in 2014 when you saw him in the city?

21        A    Yes.

22        Q    Did you have sexual relationship

23   with Mark Waltzer or sexual intercourse with

24   Mark Waltzer in 2014?

25        A    Yes.

201

1                        J. Doe

2          Q     And did you at the time find that

3     that time enjoyable?

4          A     No.

5          Q     Did you find it upsetting?

6          A     Somewhat.

7          Q     Did you stay in touch with

8     Mark Waltzer after that time you stayed with

9     him in 2014 or so?

10         A     No.

11         Q     How many nights did you stay with

12    Mark Waltzer in 2014 or so when you came to New

13    York?

14         A     Either one or two.  I'm not 100

15    percent sure.

16         Q     Did anybody else join you and

17    Mark Waltzer and your daughter at any point

18    while you were seeing him in 2014 or so?

19         A     Yes, my friend Matthew Lee dropped

20    me off and joined us for dinner.  And I believe

21    that Mark had a couple of friends that were

22    there that were over.

23         Q     Where did you know Matthew Lee

24    from?

25         A     He was an older friend from

202

1                    J. Doe

2    church.

3          Q    Did he have any connection with

4    the school or work at the school?

5          A    No, not at all.

6          Q    Then did there come another time

7    that you saw Mark Waltzer in Hawaii?

8          A    Yes.

9          Q    How did that come about?

10         A    I received a WhatsApp text from

11   mark in 2020, that he was in Hawaii.  It was

12   pretty shocking because at this time things

13   were different.

14         Q    How were things differently?

15         A    I had already been divorced and

16   been out of the relationship that I was in for

17   a really long time trying to escape New York.

18   And I started therapy and I started to look

19   into the source of everything in my life.  So

20   when he came to Hawaii, I was in a different

21   place.

22         Q    So when did you first start

23   therapy?

24         A    I believe in -- I can't remember

25   exactly the date.

203

1                          J. Doe

2          Q     Approximately, what year?

3          A     I can't remember right now.

4          Q     But you started therapy prior to

5    when you saw Mark Waltzer in Hawaii in 2020; is

6    that correct?

7          A     Well, I had already started -- I

8    started talking to my doctor about a lot of

9    things that I was feeling and she recommended

10   me to start talking to somebody.  But I can't

11   quite remember like if I already had started

12   talking to somebody.  But I was aware of a lot

13   of my feelings, yes.

14         Q     So when you testified a moment ago

15   that you started therapy before you saw

16   Mark Waltzer in 2020, that might have been an

17   error and you hadn't actually started therapy

18   yet; is that correct?

19         A     Maybe.

20         Q     But you believe before you saw

21   Mark Waltzer in 2020, you believe you had

22   started talking about some emotional issues

23   with your doctor, correct?

24         A     Correct.

25         Q     What doctor was that?

204

1                         J. Doe

2         A     What's her name?

3         Q     Yes.

4         A     I don't remember her name right

5    now.

6         Q     Was she your primary care doctor

7    at the time?

8         A     No.

9         Q     Was she a doctor for something

10   else?

11        A     Yes, she was my OB/G.

12        Q     Did you see your OB/G ever for the

13   specific purpose of just talking to her about

14   emotional issues, or was it always secondary to

15   some other treatment you had?

16        A     I don't understand the question.

17        Q     Did you ever see your OB/G for the

18   specific purpose of talking about emotional

19   issues regarding Mark Waltzer?  Did you ever

20   see your OB/GYN for sole purposes of talking to

21   her about emotional issues?

22        A     No.  But my emotional issues was

23   related to her specialty, yes.

24        Q     What was her specialty?

25        A     She's an OB/GYN.

205

1                       J. Doe

2          Q    So what way were your emotional

3     issues her specialty?

4          A    They were tied to my sexuality.

5          Q    Did you discuss issues of your

6     sexuality with your OB/GYN?

7          A    Correct.

8          Q    Did you ever go to her solely for

9     the purpose of talking about sexual issues?

10         A    Among others.

11         Q    What's her name?

12         A    I do not recall from a few minutes

13    ago since you asked.

14         Q    Do you still have the same OB/GYN?

15         A    Correct.

16         Q    What was it like when you saw

17    Mark Waltzer in Hawaii?

18         A    It was difficult.  We didn't spend

19    that much time.  We probably talked about 10 to

20    15 minutes.  I don't know.  It wasn't long.  I

21    realized I wasn't scared anymore.  I was scared

22    for a really long time.  But I realized I

23    wasn't a child anymore.  I wasn't that person

24    who I once was.  I felt stronger.

25         Q    At the time you saw Mark Waltzer

206

1                            J. Doe

2    in Hawaii in 2000, had you been considering

3    bringing a lawsuit against him?

4            MR. ASHANTI:  Objection.  I think

5        you said 2000.

6            MR. STOLL:  I'm sorry, in 2020.

7        Thank you.

8        A    I didn't look at Mark for purposes

9    of having a lawsuit.  I had to explore all my

10   feelings.  And I didn't even know it was a

11   possibility.  So I guess the answer is no.

12       Q    When did you start exploring the

13   possibility of bringing a lawsuit against

14   Mark Waltzer?

15       A    After the visit.

16       Q    After he visited you in Hawaii?

17       A    Right.

18       Q    What did you do to explore that

19   possibility?

20       A    I contacted a couple of law firms.

21       Q    Did you contact New York law

22   firms?

23       A    Yes.

24       Q    Have you applied for any sort of

25   loan or lawsuit funding based on this case?

207

```
 1                      J. Doe

 2        A    What?  What do you mean?

 3        Q    Have you gotten any advance

 4   funding or money from any sort of loan company?

 5        A    No.

 6             MR. ASHANTI:  As a loan against

 7        the lawsuit.

 8             THE WITNESS:  No.

 9             MR. STOLL: I have lots of

10        questions for you about damages and

11        about who you disclosed your

12        relationship with Mark Waltzer to and

13        when and where.  But my deposition time

14        is split between me and co-counsel.  So

15        I'm going to turn it over to her now.

16        And if we need to take it up with the

17        court down the line.

18             It was nice meeting you.

19             THE WITNESS:  Nice meeting you

20        too.

21             MS. DAINOW: Off the record.

22             (Off the record at 10:42.)

23             (On the record at 11:00.)

24             (Recess.)

25   EXAMINATION BY MS. DAINOW:
```

208

1                          J. Doe

2          Q    Good morning.  My name is

3    Jacqueline Dainow, and I work at the Office of

4    Corporation Counsel and I represent the New

5    York City Department of Education in this

6    matter.

7               Today, I'm going to be asking you

8    a series of questions for the claims you

9    brought against DOE and defendants in this

10   matter.

11              Before we begin, I just want to go

12   over a couple ground rules that my co-counsel

13   had said yesterday just as a quick refresher.

14              I would just ask that you please

15   give verbal responses to all of my questions so

16   the court reporter can take it down.

17              If you don't understand any

18   question, let me know.  I will rephrase it for

19   you until you can understand.

20              If you need to take a break at any

21   time, let me know.  The only thing I ask is

22   that if there's a question pending, you respond

23   to that question before taking a break.

24              Do you understand all the

25   instructions before you today?

209

1                          J. Doe

2          A     Yes, I do.

3          Q     Other than conversations with your

4     attorney, have you spoken to anyone regarding

5     your testimony today or yesterday?

6          A     No.

7          Q     What other names do you regularly

8     use, if any?

9          A     Regularly?

10         Q     Yes.

11         A     As of when?

12         Q     As of ever.

13         A     My maiden name L.C.

14         Q     Any other names?

15         A     No.

16         Q     Can you tell me your Social

17    Security number?

18               MS DAINOW: And only the last four

19          digits for the record.

20         A     7195.

21         Q     Other than L.C. and L.N., are

22    there any other names?  For example, nicknames

23    that you've ever been called?

24         A     Yes, my sister say when I was

25    younger used to call me "La La."

210

                              J. Doe

1

2          Q     Is that the only nickname?

3          A     Yeah, that I recall.

4          Q     Can you state your current address

5     for the record?

6          A     XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX.

7          Q     Who do you currently live with?

8          A     My daughter.

9          Q     And how old is your daughter right

10    now?

11         A     She is 16.

12         Q     And who is your daughter's father?

13         A     His name?

14         Q     Yes.

15         A     Akihiro, A-K-I-H-I-R-O.

16         Q     Where does he currently live?

17         A     Ewa Beach, Hawaii.

18         Q     Can you tell me where you lived

19    from 1998 to 2002, from the time you were in

20    middle school and the time you were in high

21    school?

22         A     Flushing, 4580 157th Street.

23         Q     Is that in Flushing?

24         A     Flushing, 11355.

25         Q     And how long did you live there?

211

1                              J. Doe

2    What years?

3         A    Since 1995 all the way to 2003,

4    2004.  I don't remember.

5         Q    I know we kind covered this

6    yesterday, but we only covered certain years of

7    when you lived there.  So I'll just ask the

8    broad question.  Who, if anyone, lived with you

9    during that time frame from 1995 to 2003 at

10   that address?

11        A    My aunt lived there for some time.

12   Not through the whole time.  But later on it

13   was just my mother, my sister Brissa, my sister

14   Yasmin, my brother Sean, and for a very brief

15   period for about six months in 1995, my aunt's

16   daughter-in-law and her two grandkids were

17   there for about six months.

18        Q    At what point did your aunt stop

19   living there?

20        A    I don't remember.

21        Q    Was it more than five years after

22   you started living there?

23        A    Less.

24        Q    More than three?

25        A    Maybe three or less.

212

1                         J. Doe

2          Q    Do you recall her living there

3    when were you in high school?

4          A    No.

5          Q    Have you ever filed a Notice of

6    Claim against the City of New York or

7    Department of Education?

8          A    Besides this?

9          Q    Correct.

10         A    No.

11         Q    Have you ever brought a lawsuit

12   against the City of New York or Department of

13   Education apart from this?

14         A    No.

15         Q    Have you ever been a party to a

16   lawsuit before?

17         A    No.

18         Q    Have you ever been sued?

19         A    No.

20         Q    Have you ever given sworn

21   testimony before?

22         A    No.

23         Q    Have you ever been convicted of a

24   crime?

25         A    No.

213

1                          J. Doe

2          Q    Are there presently any judgments

3     or liens against you or your property by the

4     City of New York for any reason not mentioned

5     during this deposition?

6          A    No.

7          Q    Are you currently married?

8          A    No.

9          Q    When did you get divorced?

10         A    November of 2018.

11         Q    Did you get divorced from Akihiro?

12         A    Correct.

13         Q    That's the father of your

14    daughter?

15         A    Yes.

16         Q    What's your daughter's name?

17         A    E.

18         Q    And does she have the same last

19    name N?

20         A    Yes.

21         Q    Have you been married other than

22    to Akihiro?

23         A    No.

24         Q    Are you currently in any kind of

25    relationship right now?

214

1                        J. Doe

2          A    No.

3          Q    Can you tell me what happened to

4    your relationship?  Why did it end with

5    Akihiro?

6          A    I think I married him for the

7    wrong reasons.  I married him because I was

8    running away from everything that had happened

9    in New York and through the whole time it was

10   very difficult and he endured a lot.  But a

11   person can only do so much.  I think I was too

12   unhappy because I never felt like I was

13   deserving of much love from anyone.  And I

14   pushed him away many times.  And I acted out.

15   And like the confusion I had in my head.  So at

16   the end it wasn't something that we could fix

17   because I didn't understand what was it that I

18   needed to fix.

19         Q    How long were you married to him

20   for?

21         A    Fourteen years.

22         Q    What age did you get married to

23   him?

24         A    We got married in 2004; so I was

25   19.

215

1                      J. Doe

2          Q     How did you meet him?

3          A     I met him in Hawaii.

4          Q     Did any of the alleged events in

5    this lawsuit impact your relationship with your

6    husband?

7          A     Yes.

8          Q     Any of those alleged events, were

9    they part or the full reason as to why you

10   ended up getting divorced?

11         A     Yes.

12         Q     Can you be more specific as to

13   what exactly caused your divorce with respect

14   to the alleged events in this lawsuit?

15         A     I don't understand your question.

16         Q     Can you tell more about what

17   specifically caused your divorce with respect

18   to your experiences when you were in middle

19   school and high school?

20         A     Other experiences changed me as a

21   person and led me to behave the way that I did

22   toward my husband.  Not trusting him as a man.

23   Not being able to allow him to love me and

24   therefore, seeking instant gratification with

25   other men instead of being happy.  I couldn't

216

1                              J. Doe

2    allow anybody to make me happy because I didn't

3    feel like I was deserving to be loved to begin

4    with.

5          Q    Those feeling you just described,

6    were they a result of your alleged relationship

7    with Mr. Waltzer?

8          A    I think it was combined.  I think

9    everything that happened starting from middle

10   school with Mark, with Douglas, with Aaron,

11   with Eisenberg, I think everything together.

12   Especially the abortion which was major in my

13   life that carried a huge weight.  All of it

14   together played a part how I felt about myself.

15         Q    I will go into that in a little

16   bit.  I want to continue asking about other

17   things first.  With respect to your daughter,

18   do you have sole custody?

19         A    Sole physical custody.

20         Q    Did you always want to have

21   children?

22         A    No.

23         Q    Did you ever want to have

24   children?

25         A    No.

217

                              J. Doe

1

2          Q    Did you plan to have your

3    daughter?

4          A    No.

5          Q    After you found out you were

6    pregnant, did having an abortion ever cross

7    your mind?

8          A    No.

9          Q    Was it ever considered at any

10   point?

11         A    No.

12         Q    When was the first time you had

13   sex?

14         A    Mark.

15              MR. ASHANTI:  In her life.

16              MS. DAINOW:  Yes, in her life.

17         A    With Mark.

18         Q    How old were you?

19         A    Fifteen.

20         Q    When you first found out you were

21   pregnant, how exactly were you feeling at that

22   time?  The question, meaning, how did you find

23   out you were pregnant?

24         A    Which pregnancy?

25         Q    Your first pregnancy.

218

J. Doe

1

2    A    I wasn't feeling well and Mark

3    went to the store to get a pregnancy test.

4    Q    When you said, "I wasn't feeling

5    well," can you describe what that means?

6    A    I don't remember.  I just remember

7    not feeling well and he was the one who figured

8    out that it was probably pregnancy.

9    Q    Did you have a conversation before

10    he decided to go get a pregnancy test?

11    A    I don't know what you mean by a

12    conversation?  We did talk.

13    Q    So you said you weren't feeling

14    well and then he went to get a pregnancy test.

15    I'm just curious what, if any, conversation you

16    had with him that you think leads him to

17    believe that you were pregnant and needed to

18    have a test?

19    A    I was in front of him; so he could

20    see me.

21    Q    How did you look at that time?

22    The question meaning, you say how he saw you.

23    What does that mean?

24    A    I probably looked not well.

25    Q    Meaning were you flushed, were you

219

```
 1                       J. Doe
 2     coughing, were you lying on the floor,
 3     something else?
 4           A    I don't recall.
 5           Q    Did you feel nauseous, do you
 6     recall?
 7           A    I don't recall.
 8           Q    Did you feel light-headed?
 9           A    Not that I remember.
10           Q    Did you feel physically ill?
11           A    Maybe my stomach hurt.  I don't
12     know.
13           Q    You took the pregnancy test that
14     day?
15           A    Correct.
16           Q    Did you ever go to the doctor to
17     confirm you were, in fact, pregnant after
18     taking the test?
19           A    No.
20           Q    You never saw any practitioner?
21           A    No.
22           Q    Did you only take that one
23     pregnancy test?
24           A    Yes.
25           Q    How long after you had sex with
```

220

                          J. Doe

1

2    Mr. Waltzer did you start not feeling well?

3          A     I'm not sure.  I don't recall.

4          Q     When was the last time you had sex

5    with Mr. Waltzer prior to the date that you

6    took the pregnancy?

7          A     I don't remember that.

8          Q     Would you say a few days, a few

9    weeks, a few months, something else?

10         A     Maybe the day before.

11         Q     You previously testified you had

12   an abortion; is that correct?

13         A     Correct.

14         Q     And this wasn't entirely clear.

15   Now you've had, you know, some time to rest

16   maybe you recall it better.  Do you recall when

17   you had the abortion?

18         A     I do not recall.

19         Q     Do you recall it potentially being

20   summer of 2000?

21         A     I don't recall that.

22         Q     Was it potentially in the summer

23   of 1999?

24         A     No, it wasn't.

25         Q     Was it potentially in the summer

221

```
 1                         J. Doe
 2    of 2001, or at any time in 2001?
 3         A    I am not sure.
 4         Q    Do you recall approximately how
 5    old you were at the time you had an abortion?
 6         A    Between 15 and 16.
 7         Q    When you went to get the abortion,
 8    what time of day was it?
 9         A    Morning time.
10         Q    What was the weather like that
11    day?
12         A    I don't remember that.
13         Q    Do you recall what you were
14    wearing that day?
15         A    No.
16         Q    Where did you get the abortion?
17         A    At a clinic.
18         Q    Do you recall the name of the
19    clinic?
20         A    I do not.
21         Q    Do you recall where the clinic was
22    located?
23         A    I have a faint memory about Forest
24    Hills, but I'm not 100 percent sure.
25         Q    Do you recall any markers, stores
```

222

1                    J. Doe

2    or businesses around that area that might give

3    you some indication of where you were located?

4          A    Yes.  I remember seeing all the

5    stores and I forgot the name of the street, but

6    it's in Forest Hills.  There used to be like

7    Banana Republic and different kinds of stores.

8    I always kind of liked that neighborhood.  I

9    remember seeing them.  But I don't remember the

10   specific location, no.

11         Q    How did you get there?

12         A    Mark drove me.

13         Q    Do you remember what kind of car

14   it was?

15         A    I think he had a Camry.

16         Q    Do you know the year of the car?

17         A    No.

18         Q    Do you know the color of the car?

19         A    Silver.

20         Q    When you got to the office, was

21   the office, if you recall, part of a building

22   with other stores in it?

23         A    No.  The front of the building it

24   was -- no, it wasn't part of other stores, no.

25         Q    So it was essentially a

223

                              J. Doe

1

2    stand-alone office building?

3         A     Correct.

4         Q     What floor was the office you went

5    to, to have the abortion?  What floor was it

6    on?

7         A     I believe it was on the main

8    floor.

9         Q     So you just walked into get to

10   that floor?

11        A     I think so.

12        Q     Do you recall walking in and going

13   to a certain direction to get to the location?

14        A     I don't remember.

15        Q     And do you recall how big the

16   medical practice was?

17              MR. ASHANTI:  Objection to form.

18        You can answer.

19        A     I don't think it was that big.

20        Q     Do you recall how many doctors, if

21   you know, were at the practice?

22        A     No, I don't know that.

23        Q     When you went inside, did you see

24   was it a small office, a big office, something

25   else?

224

```
1                    J. Doe

2         A     It was kind of small.

3         Q     What did the waiting room look

4    like?

5         A     There's lot of chairs.  Kind of

6    like older chairs, I believe.  The arms, I

7    believe, was wood, you know.  It was wood with

8    just regular cushion chairs.  There was a

9    receptionist.  There was probably around 20

10   chairs there.  I believe the waiting room was

11   on the left and the receptionist was on the

12   right when you walked in.  And then there were

13   some doors.  And then you walked in and, I

14   believe, I was directed to the last room.  And

15   the last room I was with three people.  They

16   were wearing -- I don't remember if it was

17   white with like salmon or pink.  But I remember

18   it was some kind of color like that.  I believe

19   there was one doctor with two nurses.  And if

20   I'm not mistaken -- it's really faint.  It

21   feels like a long time ago and it is; but I

22   believe that the doctor was Asian.

23        Q     Before I ask you about that.  You

24   said there was a receptionist at the desk.  Was

25   there only one or more than one?
```

225

1                      J. Doe

2          A     I believe there was only one that

3     I remember.

4          Q     Did the receptionist you saw

5     there, do you recall if that person was wearing

6     a name tag?

7          A     No, I don't remember.

8          Q     Did you ever speak with the

9     receptionist?

10         A     No, I did not.

11         Q     When you got there, can you

12    describe prior to going to the exam room what

13    happened?

14         A     Mark was there and he was the one

15    who did all the talking and he the was one who

16    did all the paperwork.  And that's it.

17         Q     The only time you say you are

18    saying you spoke with someone was when you went

19    into the exam room?

20         A     I don't even remember talking to

21    them.  Maybe a brief conversation.

22         Q     Was this a walk-in appointment or

23    was an appointment previously made?

24         A     Maybe I can ask him.  I don't

25    remember.

226

1                           J. Doe

2          Q     I'm just going to ask what you

3     recall.

4          A     Oh, okay.  I don't know.

5          Q     Did you ever personally make a

6     phone call or write an email in order to make

7     this appointment?

8          A     I didn't know that was even a

9     possibility at that time.

10         Q     So just for the record, you also

11    never went in person to make the appointment

12    for a later date?

13         A     Never.

14         Q     When you were sitting in the room,

15    you said that Mr. Waltzer filled out all the

16    paperwork, right?

17         A     Correct.

18         Q     Were you sitting next to him when

19    he filled out the paperwork?

20         A     No.

21         Q     How far away were you sitting from

22    him?

23         A     Maybe 5, 7 feet.

24         Q     If you were to glance over would

25    you be able to see what he was writing?

227

1                      J. Doe

2          A    No.

3          Q    Did he ever ask you any questions

4    in order to help him fill out paperwork?

5          A    No.

6          Q    Are you aware of what name he

7    wrote down on the paperwork?

8          A    I am not.

9          Q    Were you ever asked at any point

10   to show identification in order to be seen?

11         A    I was not.

12              MR. ASHANTI:  One second.

13              MS. DAINOW:  Mr. Ashanti, I don't

14         think it's appropriate for you to have a

15         conversation with your client.

16              MR. ASHANTI:  Attorney/client

17         privilege.  Continue.

18         Q    I saw you had a conversation with

19   your counsel.

20              MR. ASHANTI:  No conversation.  I

21         told her something.

22         Q    Do you want to change your

23   testimony at all based on your conversation

24   with your counsel?

25         A    I do not.

228

1                          J. Doe

2          Q    When you sat in the waiting room

3     and Mr. Waltzer filled out the paperwork, did

4     you see any kind of identification card or

5     insurance card that was used in order for you

6     to be able to have the appointment?

7          A    I did not see anything.

8          Q    Were you ever asked for an

9     insurance card?

10         A    No, I wasn't.

11         Q    Yesterday you had testified that

12    you had or may have had a fake ID; do you

13    recall that?

14         A    I do.

15         Q    Do you recall having the ID with

16    you at that time?

17         A    I don't remember.

18              What it meant yesterday about that

19    is that I remember at one point having that

20    fake ID and maybe that was the ID that was used

21    or not.  I am not 100 percent sure.  But in my

22    head that is an option that's what could have

23    happened.

24         Q    The fake ID you just described,

25    where did you get it?

229

1                          J. Doe

2          A     Manhattan.

3          Q     Who did you get it from?

4          A     I don't remember.

5          Q     How long had you had it before

6     that date?

7          A     I don't remember.

8          Q     Do you still have it today?

9          A     No, I don't.

10         Q     Have you ever use that ID before

11    prior to that date?

12         A     No.

13         Q     Have you ever looked at that ID

14    before prior to that date?

15         A     No.

16         Q     So when were you given it, you

17    were handed it and you never looked at it

18    again?

19               MR. ASHANTI:  Objection.  Assumes

20          facts not in evidence.

21               MS. DAINOW:  Do you want me

22          rephrase?

23               MR. ASHANTI:  That would be

24          helpful.

25         Q     When you first had the ID, when

230

1                           J. Doe

2    you first received the ID from wherever you got

3    it up until the point of the date of

4    appointment, how many times, if at all, had you

5    actually looked at it?

6          A    I don't even know if it was used

7    at the date of the appointment.

8          Q    That's not the question though.

9    How many times had you looked at the ID?

10         A    I don't remember.

11         Q    When you first got the ID, did you

12   know what name was on the ID?

13         A    No, I don't remember.

14         Q    Do you know what address was on

15   the ID?

16         A    No, I don't.

17         Q    Date of birth?

18         A    No, I don't remember.

19         Q    Have you ever used that ID at any

20   point after the date of the abortion?

21         A    I'm not sure if I used it at the

22   abortion.  So my answer is probably no.

23         Q    Have you ever used that ID ever in

24   your life?

25         A    I believe that ID was used when we

231

1                           J. Doe

2    went out with Mark to the club.

3         Q    Do you recall what club you went

4    to?

5         A    No.

6         Q    Do you recall if it was a 21 and

7    over club?

8         A    It was.

9         Q    How old were you at that point?

10        A    Not 21.

11        Q    So when you went to the front of

12   the line to get into the club, do you recall

13   there being a bouncer or some kind of security?

14        A    Yes.

15        Q    Did you have to show ID in order

16   to get in?

17        A    I believe so.

18        Q    Did that person, to your

19   recollection, ever ask you any questions about

20   your ID before letting you into the club?

21        A    I don't recall.

22        Q    Did that person ever question your

23   ID before going into the club?

24        A    No.

25        Q    Did you and your friend and family

232

1                           J. Doe

2    ever discuss anything about your ID before

3    going into that club?

4            A    No.

5            Q    Why did you get the fake ID?

6            A    I guess I was too young.

7            Q    When you went to the club, did you

8    have to provide any information in order to get

9    in?

10           A    No.

11           Q    When you got the ID, do you recall

12   anything about that circumstance, that

13   situation?

14           A    Such as?

15           Q    Did you have to provide any

16   information in order to get that ID in the

17   first place?

18           A    No.

19           Q    Do you recall who gave you the ID?

20           A    No.

21           Q    With respect to the abortion

22   appointment, do you know what name the

23   appointment was under?

24           A    I do not know.

25           Q    You were eventually called into

233

1                          J. Doe

2    see a doctor, right?

3         A    Correct.

4         Q    To get the procedure done, right?

5         A    Correct.

6         Q    And what name was called out into

7    the waiting room in order to get you to come

8    back into the exam room?

9         A    There was no name called out.

10   Mark said it was time for me to go in.

11        Q    To your knowledge, how did mark

12   know it was time for you to go in?

13        A    You can ask him.  He's right

14   there.

15        Q    Right, but I'm asking you if you

16   know?

17        A    I don't know of his knowledge of

18   how he heard.

19        Q    I'm asking if you observed anyone

20   signify to him that they were ready for you to

21   go in or if you heard anything.

22        A    Okay.  No, I did not.

23        Q    So the only reason that you knew

24   it was your time to go into the exam room was

25   because Mark told you?

234

1                    J. Doe

2         A    Right.

3         Q    Did he accompany you into the exam

4    room?

5         A    No, did he not.

6         Q    In terms of getting the abortion,

7    I know we touched on this yesterday, but as I

8    said, you've had more time and maybe you recall

9    more information.  At that point you were

10   getting the abortion, did you want to get the

11   abortion?

12        A    I don't recall the feelings.

13        Q    At that point, did you feel like

14   anyone influenced you to get the abortion?

15        A    Yes.

16        Q    Who was that?

17        A    Mark Waltzer.

18        Q    Did anyone else influence you to

19   get an abortion?

20        A    No.

21        Q    Did you ever tell him prior to

22   getting the abortion that you didn't want to

23   have an abortion?

24        A    I don't believe so.

25        Q    Did you ever indicate to him in

235

1                        J. Doe

2    any way prior to getting the abortion that you

3    did not want to have an abortion?

4         A    I don't think so.

5         Q    After you went into the exam room,

6    can you tell me what happened?

7         A    I was put to sleep.  And then I

8    woke up and he was waiting for me.  And he took

9    me to his house.  I believe we picked up some

10   medicine or he had medicine.  I don't remember.

11   I believe we picked up medicine and he gave me

12   some medicine to take and I slept.

13        Q    Do you recall what pharmacy you

14   went to, to pick up the medicine?

15        A    No, I don't remember if that even

16   happened.

17        Q    Well, if you took the medicine, do

18   you recall what medicine you took?

19        A    No, I do not.

20        Q    When you were in the exam room,

21   you said that there was an Asian doctor; is

22   that correct?

23        A    I believe so.  It is a vague

24   memory.

25        Q    Is that the only doctor who was in

236

                              J. Doe

1
2    the room with you?

3         A     There were two more people in

4    there.

5         Q     So all three people were in there

6    when you had the procedure done?

7         A     Correct.

8         Q     And do you know who the other two

9    people were?

10        A     No, I do not.

11        Q     Do you know if they were doctors

12   or nurses or something else?

13        A     In my recollection, I believe they

14   were nurses.

15        Q     Did any of them have any name tags

16   or indications of their names on their

17   uniforms?

18        A     Not that I recall.

19        Q     Can you give me any further

20   description of the Asian doctor?

21        A     No, I don't remember.

22        Q     Do you recall if he was tall,

23   short, overweight, underweight, of what?

24        A     He looked standard to me.  There

25   was nothing significant.  He didn't seem too

237

1                    J. Doe

2    skinny or too big that I remember.  He looked

3    normal.

4         Q    Do you recall if he had glasses?

5         A    I don't think so.  I don't

6    remember glasses.

7         Q    Do you recall if he had a full

8    head of hair.

9         A    I don't remember that.

10        Q    Do you recall if he had any

11   tattoos?

12        A    I didn't see any.

13        Q    The other two people, were they

14   women or men?

15        A    I believe they were women.

16        Q    Can you describe them to the best

17   of your ability?

18        A    I do not know.

19        Q    Can you give age ranges for any of

20   these people?

21        A    I cannot.

22        Q    At any point after the procedure

23   while you were still in the room, did Mark

24   Waltzer come into check on you?

25        A    I think I was under general

238

1                              J. Doe

2    anesthesia; so I wouldn't know if he did or

3    not.

4         Q    Did you have to sign a waiver in

5    order to be anesthetized?

6         A    I don't remember that.

7         Q    Do you recall any conversations

8    with either the doctor, the two who you

9    believed to be nurses or any other medical

10   professionals after or before the procedure?

11        A    I don't remember that.

12        Q    Do you know if Mr. Waltzer spoke

13   with any of your medical professionals

14   regarding the procedure and how you were doing

15   afterwards?

16        A    I don't know that.  I don't

17   remember.

18        Q    Do you recall having any

19   conversations with Mr. Waltzer after the fact

20   about him having any conversations with your

21   medical professionals with respect to the

22   procedure?

23             MR. ASHANTI:  Objection to form.

24        You can answer if you understand.

25        A    One point he described a couple

239

```
 1                        J. Doe
 2    things which made me believe he had a
 3    conversation with him.
 4         Q    Can you explain what he described
 5    and at what point he did that?
 6         A    At one point almost at the ending
 7    of our relationship he mentioned to me that our
 8    baby had already little toes and little hands
 9    and that kind of make it -- like I believe -- I
10    don't remember all the wording, but he did
11    mention that.  I do not know how he would have
12    known that.
13         Q    At what point did he tell you
14    that?
15         A    Almost at the end of our
16    relationship which I don't remember exactly
17    when that was.
18         Q    Do you recall the year?
19         A    No, I do not.
20         Q    Do you recall what season it was?
21         A    No.
22         Q    Do you recall if it was cold
23    outside at that point?  Warm?
24         A    No, because I've always liked the
25    cold.  So to me the cold never felt like a
```

240

```
 1                        J. Doe
 2    crazy season that I remember.  To me it's
 3    usual.
 4         Q    Do you know approximately how far
 5    along you were at the time you got the
 6    abortion?
 7         A    Well, if the baby had already
 8    hands and toes as described by someone in the
 9    room.
10              MR. ASHANTI:  Meaning Mark
11         Waltzer?
12              THE WITNESS:  Mark Waltzer.
13         A    Then I wasn't as early as I
14    thought.
15         Q    How long did you think you were at
16    the time of abortion?
17         A    I have no idea.
18         Q    Do you recall ever getting a
19    sonogram?
20         A    No.
21         Q    Do you recall ever Mark Waltzer
22    talking to you about a sonogram?
23         A    No.
24         Q    Did you ever ask him how he knew
25    that per your testimony your baby had fingers
```

241

```
 1                    J. Doe
 2   and toes?
 3        A    I don't.  I didn't want to even
 4   hear it.
 5        Q    How were you feeling after the
 6   abortion?
 7             MR. ASHANTI:  Objection to form.
 8        When?  Today?  Back then?
 9             MS. DAINOW:  I can clarify.
10        Q    After you got the abortion you
11   said you went to Mark Waltzer's place; is that
12   correct?
13        A    Uh-hum.
14        Q    Were there any complications with
15   the abortion to your knowledge?
16        A    Not to my knowledge.  I don't
17   know.
18        Q    Directly after the abortion for
19   the next 24 to 48 hours how were you feeling?
20        A    In pain.  Physical pain.
21        Q    Did you communicate that to
22   Mr. Waltzer?
23        A    Yes, and that's why he gave me
24   medicine.
25        Q    If you don't know the name of the
```

242

1                        J. Doe

2    medicine, do you know what kind of medicine it

3    was?

4           A    Some kind of painkiller.

5           Q    At any point since you entered the

6    facility to get the procedure to the point

7    where you left the facility, did you ever speak

8    with the receptionist?

9           A    No.

10          Q    Did you ever call afterwards and

11   speak with anyone at that office?

12          A    No.

13          Q    Other than physical feelings of

14   pain and whatnot, how did you feel emotionally

15   after the abortion?

16          A    At what point?

17          Q    Right after through the next 24 to

18   48 hours.

19          A    Kind of felt a little numb.  I

20   wasn't -- I don't remember thinking much.  I

21   was just -- I don't remember thinking any

22   things, no.

23          Q    Did you feel a sense of relief

24   after getting abortion?

25          A    No, not at all.

243

                                J. Doe

1

2          Q    Did you feel anger, sadness,

3    something else?

4               MR. ASHANTI:  Same 24, 48 hour

5          period?

6               MS. DAINOW:  Yes.

7          A    I do not recall.

8          Q    Do you recall if whatever feeling

9    you had essentially right after the abortion

10   changed at all at any point?

11         A    I don't know what you mean.

12         Q    At any point did you look back and

13   reflect upon the time that you had an abortion,

14   and did you have different feelings about it at

15   that point from the time that you originally

16   had the abortion?  Do you want me to rephrase?

17         A    A little bit.  Yes.

18         Q    So the first question is, do you

19   recall any other feelings you had within the

20   first 48 hours of having the abortion other

21   than what you testified to already?

22         A    By don't recall.  No, I don't

23   recall how I felt.

24         Q    You don't recall how you felt at

25   all?

244

1                           J. Doe

2          A     I don't recall, like, my emotional

3     state.  No, I don't remember that.

4          Q     Before you left the facility, were

5     you ever given any follow-up instructions?

6          A     I do not know.

7          Q     Were you ever given any discharge

8     paperwork?

9          A     If it was it was given to Mark.

10         Q     The forms that were filled out in

11    order for you to get the abortion and also any

12    discharge paperwork that there might have been,

13    do you know whether or not Mr. Waltzer has

14    copies?  Did he take any with him, to your

15    knowledge, when you went back to his apartment?

16         A     I do not remember that.

17         Q     Do you have any copies of those?

18         A     I do not.

19         Q     Were you ever asked to make any

20    follow-up appointments?

21         A     No.

22         Q     Did you ever go back to that

23    clinic or facility for any reason at any point

24    after that abortion?

25         A     Never.

245

1                        J. Doe

2          Q    In terms of payment, do you know

3    how abortion was the paid for?

4          A    I do not know.

5          Q    Did you ever pay for it?

6          A    No.

7          Q    Were you ever asked anything about

8    insurance in order for it to be paid?

9          A    No.

10         Q    Are you aware of whether or not

11   Mr. Waltzer paid for it?

12         A    He did.

13         Q    How do you know that?

14         A    Someone had to.

15         Q    Do you know if this was paid

16   out-of-pocket?

17         A    I do not know.

18         Q    Did you ever see Mr. Waltzer pay

19   for this appointment?

20         A    I did not.

21         Q    Did you ever see him pull out a

22   credit card to pay for this?

23         A    I did not see.

24         Q    Did he ever have conversations

25   with you after the fact about payment for this

246

1                           J. Doe

2      procedure?

3              A     No, did he not.

4              Q     Did he ever ask you for any type

5      of reimbursement for payment for this

6      procedure?

7              A     No, did he not.

8              Q     Did you ever offer to reimburse

9      for this procedure?

10             A     No, I did not.

11             Q     Did he ever tell you what the cost

12     of this procedure was?

13             A     No, he did not.

14             Q     Do you have any bills for that

15     appointment?

16             A     No, I do not.

17             Q     Do you have any receipts from that

18     appointment?

19             A     No, I do not.

20             Q     Are you aware if Mr. Waltzer has

21     any bills or procedures for this appointment?

22             A     I'm not aware, but I'm very much

23     interested.

24             Q     Were you in the care of a

25     physician or OB/GYN at that point in time when

247

1                         J. Doe

2    you got the abortion?

3          A    I was under the care of a

4    pediatrician.

5          Q    What's the name of pediatrician?

6          A    I was in a clinic in Corona.  I

7    don't have information right now.  But I do

8    have that record.

9          Q    Up until what point did you see

10   the pediatrician?  Until what age were you?

11         A    I think to the end of 17.

12         Q    Did you see this pediatrician at

13   any time after you got the abortion?

14         A    Not that I remember.

15         Q    How often would you go see the

16   pediatrician?

17         A    Once a year.

18         Q    At the time you got the abortion,

19   you testified you were about 15, 16; is that

20   correct?

21         A    Uh-hum.

22         Q    You stopped seeing the

23   pediatrician at some point when you were 17?

24         A    I don't remember when was the last

25   time I saw the pediatrician; but nevertheless,

248

1                              J. Doe

2    I still had them active on my record.

3         Q     You never had an annual

4    appointment or any other type of appointment

5    anytime from the time you got the abortion up

6    until you stopped seeing him or her?

7         A     Don't think so.

8         Q     What was the name of your

9    pediatrician?

10        A     I don't have a name at the moment.

11        Q     Was it male or female?

12        A     I don't remember that.

13        Q     Do you remember the name of the

14   clinic or practice?

15        A     Not offhand, no.  But I do have

16   those records.

17              MS. DAINOW: So we're going leave a

18              space in the records.  If you could at

19              some point fill in the name of the

20              clinic.  We'll also make a demand for

21              those records.

22   INSERT: _____

23        Q     Last thing about this.  Did you

24   ever have any conversations with Mr. Waltzer

25   about what name he used in order to either make

249

1                              J. Doe

2     the appointment or in the forms that were

3     submitted for you to get the appointments?

4          A     No, I never had a conversation

5     about this.

6          Q     At any point, did you become aware

7     of what name was used at that appointment to

8     get you the appointment?

9          A     No.

10         Q     And do you know what name was used

11    to fill out the paperwork?

12         A     No, I do not know.

13         Q     Is there any evidence this

14    abortion occurred?

15              MR. ASHANTI:  Objection.  She's

16              testified as to it.  That's evidence.

17              MS. DAINOW: Is there any evidence

18              other than her testimony today that this

19              abortion occurred?

20         A     I do not know.  There could be.

21         Q     Well, other than the forms of

22    documentation that we went through in this line

23    of questioning, is there anything else that you

24    think could potentially show proof that you had

25    this abortion?

250

1                        J. Doe

2          A    If he paid with a credit card,

3    there might be a charge.  I do not know.

4    Depending on how payment was made.

5          Q    You said after you got the

6    abortion you went to Mr. Waltzer's apartment,

7    right?

8          A    Correct.

9          Q    How long did you stay there?

10         A    I'm not sure.

11         Q    Was it more than a day?

12         A    I'm not sure how long I stayed

13   there.  It's kind of cloudy.

14         Q    Was anyone else at his apartment

15   at the time that you stayed there?

16         A    No.

17         Q    Who, if anyone, knew about your

18   abortion at that time other than Mr. Waltzer?

19              MR. ASHANTI:  Objection to form.

20         How long after?

21         Q    Who, if anyone, from the time that

22   you decided to get an abortion through the end

23   of your high school experience knew that you

24   had an abortion other than Mr. Waltzer?

25         A    I believe just him.

251

1                          J. Doe

2          Q     Are you aware of whether or not he

3    told anyone that you had an abortion?

4          A     I'm not aware.

5          Q     How did having the abortion affect

6    specifically your physical, mental, and

7    emotional health other than what you've already

8    testified to?

9          A     Overall?

10         Q     Overall.

11         A     Greatly.  I did not want to have

12   anymore kids.  Having my daughter was a

13   complete surprise.  I was actually under the

14   patch when I became pregnant.  I did not want

15   to have anymore kids.  Having my daughter was

16   very difficult because I had a hard time even

17   connecting with her.  And I didn't feel like I

18   deserved to be a mom.  I had a lot of negative

19   feelings about myself just in general.  Because

20   I regretted and I felt really hurt about what

21   happened.  I felt like it was something that I

22   wouldn't have done if I had more time.  If I

23   would have consulted my family.  If I would --

24   I wanted to do things differently.  I felt I --

25   when I looked at the mirror, I saw ugliness.  I

252

1                        J. Doe

2    felt unhappy.  And throughout my life it has

3    haunted me and it has inhibit my ability to

4    feel like.

5              MR. ASHANTI:  Note for the record,

6         the plaintiff had to pause because she's

7         crying.

8         A    Still feels heavy in my life.  I

9    don't think it's something I want to do ever

10   again.  Have anymore children.  I can't figure

11   out whether that alone has the impact of

12   everything how I feel.  But I think it has a

13   big impact of, you know, me not wanting to be

14   in a relationship.  Me not wanting to have a

15   bigger family.  And it feels extremely painful.

16   I don't think there's one day that I forgot.  I

17   don't know what else to say right now.

18        Q    Do you regret having the abortion

19   you did?

20        A    I surely do.

21        Q    At what point did you come to

22   regret it?

23        A    Soon after.

24        Q    Can you tell me why?

25        A    Because it felt like it was

253

1                            J. Doe

2    something wrong.

3          Q     Did you have an OB/GYN around the

4    time that you had your abortion?

5          A     Not that I remember.

6          Q     When was the first time you saw an

7    OB/GYN?

8          A     I believe after I moved to Hawaii.

9          Q     How old were you at that point?

10               MR. ASHANTI:  At the point she

11          went to Hawaii and the OB?

12               MS. DAINOW: Both.

13         A     Twenty.

14         Q     And at the point of obtaining the

15   OB/GYN once you had moved to Hawaii?

16         A     About 20, 21.

17         Q     So around 20, 21 is the first time

18   you ever saw an OB/GYN?

19         A     Uh-hum.

20         Q     Never saw one in New York?

21         A     No, not that I recall.

22         Q     Do you regret having your

23   daughter?

24         A     No, I do not.

25         Q     Who is the OB/GYN that you saw

254

1                    J. Doe

2    when you first went to Hawaii when you were

3    around 20, 21?

4         A    Her name?

5         Q    Yes.

6         A    Emma Avila.

7         Q    And where is Emma Avila located?

8         A    I don't have her address.

9         Q    Do you know if she's part of a

10   practice?

11        A    What do you mean?

12        Q    Does she work in a place with a

13   lot of other OB/GYNs or doctors?

14        A    No, she's private doctor.

15        Q    She's a solo practitioner?

16        A    Correct.

17        Q    Do you know where in Hawaii she

18   is?

19        A    She has different practices.  I'm

20   not sure where her practice is located anymore.

21        Q    How many times did you see her?

22        A    I saw her for several years.

23        Q    Up until how old?

24        A    I don't remember.

25        Q    Why did you stop seeing her?

255

1                        J. Doe

2          A     Because I changed insurance.

3          Q     After Emma Avila, who, if anyone,

4     was the next OB/GYN that you saw?

5          A     I changed my insurance to Kaiser

6     Permanente.  So now I have to go in within

7     network.  So my OB/GYN was what was assigned at

8     Kaiser.

9          Q     Do you recall who that person was?

10         A     I don't remember her name.

11         Q     How long did you see that person

12    for?

13         A     Several years now.

14         Q     At what point did you stop seeing

15    this person?

16         A     I haven't seen her in a couple of

17    years.  Two years maybe.

18         Q     Do you have to ever get annual

19    appointments for PAP smears or something else?

20         A     I usually do.  But I haven't done

21    anything yet, no.

22         Q     So if you were to make an

23    appointment today for an OB/GYN, would it be

24    that same person at Kaiser?

25         A     Yes.

256

1                          J. Doe

2          Q    At Kaiser did you only see one

3    OB/GYN throughout those several years?

4          A    Yes.

5          Q    Again you don't know the name?

6          A    I don't have the name as of right

7    now, no.

8          Q    Did you ever tell any of your

9    OB/GYNs that you had an abortion?

10         A    No.

11         Q    Why not?

12         A    I never want to even acknowledge

13   it to myself.

14         Q    Did they ever ask?

15         A    No.  Maybe on questionnaires.

16         Q    So on the questionnaires that you

17   had to fill out in order to see these people,

18   where there was a question, "Did you ever have

19   an abortion," what did you write as an answer?

20         A    I'm sure I wrote "No."

21         Q    Did anyone ever accompany you to

22   any of these appointments?  Any of your OB/GYN

23   appointments?

24         A    When I was pregnant, my husband

25   did come a couple times.

257

1                         J. Doe

2         Q    Your OB/GYN for when you were

3    pregnant with your now daughter, is that the

4    same OB/GYN from Kaiser?

5         A    No.

6         Q    Who is the OB/GYN?

7         A    Emma Avila.

8         Q    Yesterday you had testified that

9    you had English as a second language

10   instruction when you were in school; is that

11   right?

12        A    I don't remember this.

13             MR. ASHANTI:  By counsel, the

14             testimony was that she didn't speak

15             English when she got here.  She did not

16             say about ESL.

17             MS. DAINOW:  I'm not trying to

18             mischaracterize.

19             MR. ASHANTI:  I'm helping you out.

20             MS. DAINOW:  I appreciate.  I will

21             lay a foundation.

22        Q    Before I delve in this, I want to

23   ask you a few more questions about the

24   pregnancy and birth of your now daughter.  Do

25   you recall where you gave birth to her?

258

1                      J. Doe

2          A    Queens Hospital.

3          Q    And do you recall when?

4          A    She was born XX-XX-2006.

5          Q    And do you recall who delivered

6     her?

7          A    Emma Avila.

8          Q    Well, you had previously testified

9     that Emma Avila's your OB/GYN in Hawaii; is

10    that right?

11         A    Correct.

12         Q    So you had your daughter in

13    Hawaii?

14         A    Yes.

15         Q    In 2006?

16         A    Yes.

17              MS. DAINOW: I'm going to make a

18         request for production of those records.

19         I'll follow up in writing as well.

20              MR. ASHANTI:  Which records?

21              MS. DAINOW:  The records of Queens

22         Hospital when she had her daughter.

23              MR. ASHANTI:  Okay.  We should

24         have a conversation about that

25         concerning relevance.

259

1                     J. Doe

2            MS. DAINOW:  I want records from

3       all OB/GYNs.

4            MR. ASHANTI:  Why?

5            MS. DAINOW:  Because she testified

6       that she did not write in any forms she

7       had an abortion.  I would like to see

8       those records and any conversation with

9       doctors.

10           MR. ASHANTI:  I get it.  She

11      believes that she would have said no.

12      She didn't specifically recall.

13           MS. DAINOW:  Right.  I would like

14      to know any records of conversations

15      with doctors or any forms filled out

16      identifying the abortion.

17           MR. ASHANTI:  Please follow up in

18      writing.

19           MS. DAINOW:  I think it's part of

20      the demand I already made, but I'm happy

21      to follow up again.

22      Q    At any point when you visited New

23  York after you were already living in Hawaii,

24  did you ever have an OB/GYN appointment in New

25  York?

260

1                         J. Doe

2          A    No.

3          Q    Did you ever have a primary care

4    physician?  Not a pediatrician.  A primary care

5    physician when you were an adult?

6          A    At what point?

7          Q    At any point in your life.

8          A    Yes.

9          Q    Who was the first primary care

10   physician you had?

11         A    Dr. Alquero, A-L-Q-U-E-R-O.

12         Q    Do you know the first name?

13         A    I don't remember right now.

14         Q    Do you know where person's

15   located?

16         A    Waipahu.

17         Q    How old were you, approximately?

18         A    Twenty.  His first name is Edward.

19         Q    Was this the first time you saw a

20   doctor after the time you stopped seeing your

21   pediatrician?

22         A    Correct.

23         Q    At any time did you have to fill

24   out intake paperwork in order to be seen by

25   this doctor?

261

1                          J. Doe

2         A    I'm sure.

3         Q    Do you recall there being a

4    question as to past surgical history?

5         A    Probably, yes.

6         Q    Do you recall ever writing on

7    those forms you had an abortion?

8         A    No.  Something I left in New York

9    and I didn't think I wanted to carry with me.

10        Q    For the record, at any point in

11   any appointments with Dr. Alquero, did you ever

12   tell him you had an abortion?

13        A    No, I don't think so.

14        Q    How many other primary care

15   physicians have you had since Dr. Alquero?

16        A    I believe -- I can't pinpoint the

17   number because Kaiser allows you to see

18   whichever doctor I'm assigned to.  I believe I

19   do have one primary physician, but...

20        Q    Other than Dr. Alquero and one or

21   more primary care physicians at Kaiser, do you

22   have any other primary care physicians?

23        A    No.

24        Q    Do you recall who at Kaiser you

25   saw for primary care physician?

262

1                          J. Doe

2          A    I don't remember their names now.

3     I'm not a sickly person so I don't go to

4     doctors very often.

5          Q    Was it more than one person?

6          A    That I've seen?

7          Q    At Kaiser?

8          A    Yes.

9          Q    Was it more than two?

10         A    Yes.

11         Q    Was it more than five?

12         A    Probably.

13         Q    Do you recall approximately how

14    many people?

15         A    I just see whoever is available,

16    you know, if I'm not feeling well.

17         Q    Do you remember the name of any of

18    those people?

19         A    Not at the moment.

20         Q    I just want to circle back to the

21    fake ID we talked about.  Was that a photo ID,

22    to your knowledge?

23         A    I believe so.

24         Q    Do you recall who was on photo?

25         A    Me.

263

1                        J. Doe

2         Q    Your photo was on the fake ID?

3         A    Yes.

4         Q    It wasn't someone else who looked

5    like you?

6         A    I don't think so.  I think in a

7    bodega in Manhattan.  They were easy to get.  I

8    don't remember.

9         Q    You mentioned you just got it at a

10   bodega in Manhattan, right?

11        A    Uh-hum.

12        Q    Who told you to go to that bodega

13   to get a fake ID?

14        A    Can I point the person out?

15        Q    You can say it.

16             MR. ASHANTI:  Name.

17        A    Mark Waltzer.

18        Q    So he told you the exact location

19   of the bodega in order to get the ID?

20        A    No, we went there.

21        Q    Do you recall where that bodega

22   was located in Manhattan?

23        A    No.

24        Q    You don't recall the cross street?

25        A    No.

264

1                        J. Doe

2          Q    A store around there?

3          A    No.

4          Q    Do you recall the general area of

5    Manhattan?  For example, was it Times Square?

6    Was it Union Square?  Was it Harlem?

7          A    No, I don't remember.

8          Q    Had you been to that bodega

9    before?

10         A    No.

11         Q    When you went to the bodega, who

12   did you speak with to get the ID; do you

13   recall?

14         A    I don't recall.

15         Q    Do you recall if it seemed to you

16   that Mr. Waltzer had known this person who

17   worked at the bodega?

18         A    I don't know.  I don't recall

19   that.

20         Q    Do you recall Mr. Waltzer knowing

21   this person by name?

22         A    No, I don't think so.  I don't

23   remember that.

24         Q    Do you recall the form of payment

25   that was used to get the ID?

265

1                        J. Doe

2          A     No.

3          Q     Did you pay for the ID?

4          A     I did not.

5          Q     I just want to shift gears to

6     schooling.

7          A     Okay.

8          Q     Did you take any English as a

9     second language classes when you were in

10    elementary school?

11         A     I did.

12         Q     Did you take any English as a

13    second language class when you were in middle

14    school?

15         A     Not that I recall.

16         Q     Did you take ESL classes in high

17    school?

18         A     No.

19         Q     Did you take ESL classes every

20    single year in elementary school?

21               MR. ASHANTI:  That she was in the

22         United States?

23               MS. DAINOW:  Yes.

24         A     I was in elementary for one year;

25    so that was it.

266

1                              J. Doe

2          Q     Did you take classes throughout

3    that year?

4          A     ESL?

5          Q     Yes.

6          A     I believe so.

7          Q     By the end of that year, how would

8    you say your English was?

9          A     I say was maybe -- what kind of

10   rating are we talking about?

11         Q     So for example, were you able to

12   understand English being spoken to you?

13         A     Minimum.

14         Q     Were you able to write in English?

15         A     Not very much, no.

16         Q     Were you able to read in English?

17         A     Not proficient.

18         Q     If that's the case, why didn't you

19   take ESL classes in middle school?

20         A     I am not part of the Board of

21   Education.  I do not make those choices.

22         Q     Did you ever to take ESL classes

23   or have one set up for you in middle school or

24   high school?

25         A     I didn't know I had to ask.  No

267

                            J. Doe

1

2    one told me what my options were.

3           Q     Did you ever have trouble

4    understanding your teachers or classmates in

5    middle school or high school because of the

6    language barrier?

7           A     In middle school, yes.  In high

8    school, no.

9           Q     So by the time you were in high

10   school, would it be fair to say that you

11   understood English fairly well?

12          A     I would say fair would be a little

13   bit overage.  I would say average.

14          Q     Average understanding of English?

15          A     Correct.

16          Q     At that point were you able to

17   read and write English better than you were in

18   elementary school?

19          A     Yes.

20          Q     How much better would you say?

21          A     I would say maybe 70 percent more.

22          Q     In middle school how did the

23   language barrier affect your schoolwork?

24          A     I just had to work harder.

25          Q     Did you ever ask for extra help?

268

1                          J. Doe

2          A     I did not.

3          Q     Did you ever tell your teachers

4    that you did not understand what was going on?

5          A     Even if I didn't understand, I

6    still performed.

7          Q     So are you saying that you never

8    told any teacher that you didn't understand

9    what was happening in class or in the

10   assignments you were given?

11         A     I still did the assignments.

12         Q     But you never told anyone?

13         A     I don't remember having a

14   conversation about it, no.

15               MR. ASHANTI:  To clarify, are you

16          saying her individually, or like her

17          family, her mom?

18               MS. DAINOW:  First her, but then

19          I'm going to ask about her mom.

20         Q     So your testimony you just put on

21   the record just to clarify, you personally

22   never told any teachers that you were

23   struggling in school because of language

24   barrier; is that right?

25         A     I wouldn't say I was struggling.

269

1                          J. Doe

2         Q    How would you say it then?

3         A    I said I had to just work harder

4    to understand; but I did finish and completed

5    all my work.

6         Q    Are you aware of whether or not

7    your parent ever notified any school personnel

8    that you were having trouble or some issues

9    understanding because of the language barrier?

10        A    Well, you're trying to make it

11   seem like there was a problem.

12        Q    No, I'm not.  I'm just asking

13   because you had testified prior that you didn't

14   fully understand English and there was only a

15   percentage of how much you could read and write

16   English.  I'm just trying to establish if your

17   parent ever called the teachers to alert them

18   to that.

19        A    But I never felt it was a problem.

20   So I don't think my mom felt it was problem

21   either.

22        Q    Did you ever talk about it with

23   your mom?

24        A    No, I did not.

25        Q    Did she ever bring that up with

270

```
 1                          J. Doe
 2    you?
 3          A     No, she did not.
 4          Q     Did she ever look over your
 5    homework at all?
 6          A     I don't remember that.
 7          Q     Did you ever ask for help with
 8    homework from your parents?
 9          A     No, I did not.
10                MR. ASHANTI:  Single mom.
11          Q     Where's your dad?
12          A     He was in Mexico.
13          Q     Was he in Mexico during the time
14    you were in middle school and high school?
15          A     He's never been to the U.S.
16    before.
17          Q     Are you in touch with him?
18          A     It's hard to be.
19          Q     Why is that?
20          A     Because he died.
21          Q     If I'm sorry to hear that.
22                What year did he die, do you know?
23          A     2019.
24          Q     Were you in touch with him prior
25    to that?
```

271

1                          J. Doe

2         A    Couple years prior, yes.

3         Q    At any point did you discuss any

4    of the events that are the subject of this

5    lawsuit with him?

6         A    No, I did not.

7         Q    Is there a reason?

8         A    Why I did not disclose?

9         Q    Yes.

10        A    Well, it's kind of hard to not

11   being in touch with your father for really long

12   time and be like, "hey, Dad, by the way, let me

13   tell you what happened."  No, it's too

14   difficult.

15        Q    You had mentioned your brother

16   Sean, right?

17        A    Yes.

18        Q    His last name is Olea or Guterman?

19        A    Guterman.

20        Q    What's the direct relationship

21   with him and your Aunt Marie?

22        A    My aunt adopted him.

23        Q    You went to IS 237 for middle

24   school, right?

25        A    Correct.

272

```
 1                        J. Doe
 2        Q    How many years was the school?
 3   From what grade to what grade?
 4        A    7th to 9th.
 5        Q    Did you attend for all three
 6   years?
 7             MR. ASHANTI:  Aside from what she
 8        testified yesterday?
 9             MS. DAINOW:  Yes, there's a reason
10        I'm asking.  The questions don't apply
11        to the testimony already given.  This is
12        just setting up the question.
13        A    I believe so, but I don't have a
14   full recollection.
15        Q    Do you recall ever transferring to
16   another school during that time?
17        A    I believe I went to 185 first when
18   I first went to 10th grade.
19        Q    And how many years or how much
20   time did you spend at that school?
21        A    I don't remember.
22        Q    What point, if at all, did you
23   transfer back to IS 237?
24        A    I believe either 7th or 8th grade.
25        Q    Do you know why you were at
```

273

1                         J. Doe

2    JHS 185Q for a period of time during middle

3    school?

4         A    Because they had a bilingual

5    program.

6         Q    So within that program what kind

7    of instruction would you receive?

8         A    The teachers spoke only Spanish in

9    the classroom.

10        Q    Was that easier for you to

11   understand?

12        A    Yes, it was.  But I had already

13   been in the States for a year; so then I didn't

14   quite qualify either for non-bilingual,

15   bilingual.  So I was transferred back to 237

16   which was my district.

17        Q    You said yesterday that you

18   received a diploma from IS 237; is that right?

19        A    Correct.

20        Q    You received it in the mail?

21        A    Yes.

22        Q    You started high school at Francis

23   Lewis, right?

24        A    Correct.

25        Q    In 10th grade?

274

1                              J. Doe

2          A     Yes.

3          Q     Can you tell me what was going on

4    in your life around the time you were in high

5    school?  Specifically what was going on with

6    your family, your friends, if you had any

7    relationships that you hadn't already testified

8    about, any illnesses from you or among your

9    family?

10         A     When exactly?

11         Q     From the period of time you were

12   in high school.

13         A     Entire time I was in high school?

14         Q     Yes, from 9th to beginning of 12th

15   grade was there any traumatic event that

16   occurred?  Any big change in your life?

17         A     I was in middle school in 9th

18   grade.  Not in high school.

19         Q     Excuse me.  My apologies.  From

20   10th grade to beginning of 12th grade, did any

21   major event happen in your life?

22         A     Yes, something happened in 9th

23   grade that was very traumatic.

24         Q     Are you referring to the fight

25   that you described yesterday?

275

1                     J. Doe

2          A     Correct.  That affected me in

3     10th grade.

4          Q     So other than what you experienced

5     in school, I'm asking more so what you

6     experienced outside of school and your

7     relationship with your family.  Did you have a

8     falling out with anyone in your family, with

9     friends, anything of that nature?

10         A     We didn't have lot of friends

11    because we were new here in the States.  We

12    knew lots of people because we started going to

13    the congregation; but we didn't know anybody

14    like there truly.  You know, we were new.  We

15    were kind of just, you know, trying to adjust

16    to the new people around us.  I probably can

17    say I had a fall out with my dad when we moved

18    here in 1995.  It was different times.  We

19    didn't really have much communication.  It was

20    too expensive at that time.  You needed calling

21    cards.  It's not like today.  We didn't have

22    internet.  We didn't have cell phones.  We

23    didn't have what we have today.  So we lost

24    touch with a lot of family members.  And it was

25    just us here.  So we didn't have many

276

                              J. Doe

1    resources.  So I don't remember anyone in my

2    family being sick, or my mom being sick, or

3    anybody, you know.  I don't remember traumatic

4    moments other than what I stated.

5         Q    Did your falling out with your dad

6    affect your schoolwork at all?

7         A    No, because we weren't living with

8    my dad in Mexico and my grades were good.  As I

9    do have records.

10        Q    So you never received a diploma

11   from Francis Lewis; is that correct?

12        A    I did not.

13        Q    Do you know an approximation of

14   when you left school Francis Lewis?

15        A    I think that the last time I was

16   in Francis Lewis was maybe at the end of 2001.

17   Maybe at the beginning of 2002 even.  I don't

18   remember going in 2002.  But I believe I was

19   discharged in 2002, the beginning.

20        Q    If you believe you were discharged

21   in the beginning 2002, do you recall going to

22   any classes in fall semester of 2002?

23        A    No, I never went to classes at

24   that time.  No, I was not on premises.

277

1                          J. Doe

2          Q    So what, if anything, would make

3     you believe that you might have left school in

4     beginning of 2002?

5          A    School records.

6          Q    So you said your grades were good.

7     Do you recall what your grades were like in

8     2002, since you said you have record?

9               MR. ASHANTI:  No.  She was talking

10         Mexico at the time.

11              THE WITNESS:  I did.

12              MS. DAINOW:  Can you read back the

13         question?

14              (Record read.)

15         Q    When you said your grades were

16    good, were you referring to when you were in

17    Mexico?

18         A    Yes, 5th grade.

19         Q    How were your grades in high

20    school?

21         A    Not very well.

22         Q    Were there any classes that you

23    did well in?

24         A    I don't remember.

25         Q    Do you recall if you did well in

278

1                              J. Doe

2    certain semesters versus others?

3         A    I don't remember.

4         Q    Were all the classes that you

5    attended, they were taught in English, right?

6         A    Correct.

7         Q    Did you ever take any summer

8    school?

9         A    No.

10        Q    Were you ever asked or directed to

11   take summer school?

12        A    No.

13        Q    Did you ever want to take summer

14   school?

15        A    No.

16        Q    Just to be clear, were there any

17   subjects or classes that you recall that you

18   scored well in high school?

19        A    English.

20        Q    Do you recall what score you

21   received?

22        A    I remember I had an A at one

23   point.  I guess I picked up the language pretty

24   well.

25        Q    Did you ever speak to your

279

1                          J. Doe

2    guidance counselor about your grades?

3          A     I don't remember.  No, I don't

4    think so.  Francis Lewis had too many students

5    for guidance counselor to take everyone.

6          Q     For classes you said you didn't do

7    as well in, what would you attribute that to?

8          A     Not attending them.

9          Q     Why didn't you attend them?

10         A     I started to have -- I didn't want

11   to see some of the teachers.  I did not want to

12   be in premises.  I started acting out early.

13         Q     So when you said you didn't want

14   to see lots of teachers, who specifically are

15   you referring to?

16         A     I didn't want to see Douglas.  I

17   did not want to see Aaron.  I did not want to

18   see lots of teachers that were in school.  So

19   lots of times I just didn't even want to come

20   to school anymore.

21         Q     Who is Aaron?

22         A     He was a Spanish teacher.

23         Q     Was he your Spanish teacher?

24         A     I don't remember if he was my

25   Spanish teacher or not.

280

1                            J. Doe

2          Q    Do you recall ever taking Spanish?

3          A    Yes, I think I did.

4          Q    What year did you take Spanish?

5          A    I don't remember.

6          Q    What happened, if anything, with

7    Aaron that made you not want to attend class?

8          A    He was a stalker in my

9    perspective.

10         Q    Can you describe what you mean by

11   that?

12         A    He was following me at school.  He

13   would take the same bus as me.  He started

14   calling my house.  He wanted to come to my

15   religious meetings even though he was Jewish

16   and he was wearing the Yamaka.  But he wanted

17   to know more about me.  He actually told me

18   that he wanted to be my boyfriend while we were

19   in high school, when we in Francis Lewis.  And

20   he was just everywhere.  He was like everywhere

21   in school.  I used to bump into him everywhere.

22         Q    You said that he called your

23   house.  At any of those times that he called

24   your house, did your parent pick up?

25         A    I don't know.

281

```
 1                        J. Doe
 2        Q    Were you there when he called your
 3   house?
 4        A    Several times I was.  Several
 5   times I picked up the call.
 6        Q    What was the conversation that
 7   transpired?
 8        A    I don't remember many.  But I
 9   remember having that one conversation that he
10   wanted to come to my meeting.  I was like
11   "You're crazy.  Stop calling my house."  I
12   don't remember what else happened.
13        Q    Did he ever leave any messages on
14   your machine at home?
15        A    I don't think so.  My mom never
16   said anything.
17        Q    You said he called your house
18   multiple times.  So are you only aware of the
19   calls that he made because you were there to
20   receive them?
21        A    Yes.
22        Q    Did anyone who lived in your
23   household ever say that he had called for you?
24        A    No.  No one ever said anything.
25   So I don't know.
```

282

1                          J. Doe

2          Q    You said he took the bus with you?

3          A    Yes.

4          Q    Was that a school bus, public bus

5     or something else?

6          A    Public bus, Q17.

7          Q    Did he ever sit next to you and

8     try to talk to you on the bus?

9          A    Yes.

10         Q    What type of conversations were

11    they?

12         A    I don't remember.

13         Q    At what point did he ask to be

14    your boyfriend?

15         A    During school time in premises.

16         Q    Where exactly?

17         A    One time it was at the office.  I

18    was actually volunteering for extra credits and

19    I don't remember like exactly where again.

20         Q    Were there people around when he

21    asked you, other students, teachers?

22         A    I don't remember that.  I'm sure

23    there was.  It's a school day.

24         Q    Was it in a classroom, in the

25    hallway?

283

```
1                         J. Doe
2         A     It was in the office.
3         Q     What office?
4         A     One time.  The main office.
5         Q     Did you see other people around?
6         A     I don't remember.  I don't think
7    they were listening.  You know, I think when
8    things like this happen, people are not paying
9    attention.
10        Q     During the school days, would he
11   ever reach out and try to speak with you?
12        A     Yes.
13        Q     Would he ever touch you?
14        A     He never touched me.  I never
15   allowed him to touch me.  I was pretty
16   disgusted by him actually.
17        Q     Did he ever try to touch you?
18        A     I don't remember.
19        Q     Did he ever, you know, touch your
20   shoulder, touch your waist in passing, touch
21   your hand?
22        A     That may be.  I remember him
23   coming to one of my classrooms and asking to
24   take me out one time.
25        Q     Who did he ask?
```

284

1                          J. Doe

2          A     The teacher.

3          Q     What happened?

4          A     I went out in the hallway and he

5     just wanted to talk.  And I just -- like I was

6     freaked out.  And I was just, like, I don't

7     know what's going on; but I don't feel

8     comfortable about this.

9          Q     What was the conversation?

10         A     What I'm just telling you.

11         Q     What did he say to you?

12         A     He just wanted to spend time.

13         Q     What class did he interrupt?

14         A     I believe it was -- I don't

15    remember what class.

16         Q     Do you recall who your teacher

17    was?

18         A     No.

19         Q     Do you recall that your teacher

20    agreed to let you go outside and speak with

21    him?

22         A     Yes.

23         Q     How long were you outside in the

24    hall with him?

25         A     Like five minutes.

285

1                        J. Doe

2          Q    Was anyone else around?

3          A    No, it was like during class.

4          Q    Did he ever make sexual advances

5    towards you?

6              MR. ASHANTI:  Physical or verbal?

7              MS. DAINOW:  Either.

8          A    What's the question again?

9          Q    Did he ever make any physical

10   sexual advances towards you?

11         A    I don't know what consists of

12   that.

13         Q    Did he ever try to touch you

14   inappropriately, or try to force himself upon

15   you, or try to have sex with you?

16         A    Physically, I don't think so.  I

17   don't remember that.  I don't know if I'm just

18   blocking.  I don't know.

19         Q    Did he ever make any unwanted

20   verbal sexual advances toward you?

21         A    The only thing he said was that he

22   was in love with me.  That's all he ever said.

23   That kind of bothered me.

24         Q    Do you recall what school year it

25   was when he said those?

286

1                        J. Doe

2        A    I don't remember.

3        Q    Do you recall if it was your first

4   year at the high school?

5        A    I don't remember that.

6        Q    Second, third?

7        A    I don't remember that.

8        Q    Yesterday you said that you were

9   familiar with the second amended complaint in

10  this action; is that correct?

11       A    I said I read it, but I didn't say

12  I was familiar.  Like I didn't memorize it or

13  anything like that.

14       Q    Are you aware that there are

15  certain teachers who are listed as John Doe in

16  the complaint?

17       A    Yes.

18       Q    While you sit here today, are you

19  able to identify either of the John Does as

20  Aaron?

21       A    Yes.

22       Q    Do you need to see the complaint

23  which John Doe do you believe him to be?

24       A    I'm not sure.

25            MR. ASHANTI:  Is or 1 or 2, is

287

1                         J. Doe

2          that what you mean?  John Doe 1 or John

3          Doe 2?

4               MS. DAINOW: Yes.

5               MR. ASHANTI: Or the allegations do

6          you mean?

7               MS. DAINOW:  Both.  She's saying

8          another DOE teacher named Aaron did X,

9          Y, Z.  I'm trying to establish who, if

10         anyone, it is in the complaint.

11              MR. ASHANTI:  I think we used the

12         name Aaron in the complaint.

13              MS. DAINOW:  I don't think you

14         did.

15              MR. ASHANTI:  That's why it's John

16         Doe.  What she's been testifying to maps

17         on to one of the John Does.  Even me I

18         don't know if it's 1 or 2.  But the

19         allegations in the complaint match up

20         with her testimony.  You could show her

21         the complaint so she could do that.  But

22         she's not going to memorize what's 1 or

23         2.  I don't even know who's 1 or 2

24         sitting here.

25         Q    Would you say that Aaron harassed

288

```
 1                    J. Doe
 2    you?
 3         A    Yes.
 4         Q    Other than what you've testified
 5    to, can you describe what, if any, other
 6    instances of harassment he subjected you to?
 7         A    I can't recall further.
 8         Q    You said you didn't know if he was
 9    your teacher, right?
10         A    Yes, I don't remember if he was
11    ever my teacher or he was just a teacher.
12         Q    How did you meet him?
13         A    In school.  I think that when I
14    wanted to have extra credits in the office by
15    volunteering at the office, he was there all
16    the time.  So I don't know if that's where I
17    met him, or I just met him in passing because
18    just being in school.
19         Q    You have no recollection of the
20    time frame of when this occurred?
21         A    I do not.
22         Q    Do you know if this person treated
23    any other female students the way you're
24    describing he treated you?
25         A    I do not know.
```

289

1                          J. Doe

2          Q    Did you ever see him treat any

3    other female student the way he treated you?

4          A    No, I did not see anything.

5          Q    Did you ever hear from other

6    students, or anyone for that matter, he treated

7    any other female students the way he treated

8    you?

9          A    I did not hear anything.

10         Q    Other than what you've already

11   testified to, are there any other things he

12   said or he did when you were in high school to

13   you?

14         A    I do not recall.

15         Q    Did you ever keep in touch with

16   him?

17         A    No.

18         Q    Did you ever ask him for his

19   contact information?

20         A    No.

21         Q    Did he ever reach out and try to

22   keep in touch with you?

23         A    No.

24         Q    When's the last time you saw him?

25         A    I don't remember, but it had to be

290

1                           J. Doe

2    somewhere by the time I left school.

3         Q    Did he ever tell you why he was,

4    for lack of better words, pursuing you?

5         A    No, he did not.

6         Q    Did you ever have an understanding

7    of why he was pursuing you?

8         A    No, I was trying to like ignore

9    him.

10        Q    I want to go quickly back to your

11   schooling.  Have you ever held on to any report

12   cards?

13        A    I'm not sure.

14        Q    Have you ever received any awards

15   or honors or certificates from middle or high

16   school?

17        A    Middle.

18        Q    From middle school or high school?

19        A    I don't remember.

20        Q    For the record, why did you drop

21   out of Francis Lewis?

22        A    Everything happening in school was

23   too much for me and I just couldn't deal with

24   everything that was happening at that time.

25        Q    Did you ever pursue a GED?

291

1                    J. Doe

2          A    I did.

3          Q    At what point did you pursue a

4     GED?

5          A    2010.

6               MR. ASHANTI:  Were you finished

7          with your answer as to why you dropped

8          out?

9               THE WITNESS:  I'm not sure.

10              MS. DAINOW:  Did I inadvertently

11         cut her off?

12              MR. ASHANTI:  You may have.

13         Q    My apology.  Did you have more to

14     answer?

15              MR. ASHANTI:  Read that back and

16         decide if you do or not.

17              (Record read.)

18              MR. ASHANTI: You jumped in

19         quickly.

20         A    When did I drop out of high

21     school?  I didn't feel that I couldn't respect

22     my teachers any longer.  Douglas betrayed my

23     trust.  I felt like perhaps Mark betrayed my

24     trust.  Aaron was insufferable.  And it just

25     got to the point where I did not want to be on

292

1                          J. Doe

2    premises and I didn't see another options.  I

3    didn't think that anybody really cared.  I

4    didn't think it was a safe environment for me.

5         Q    Did you ever report to any DOE

6    personnel any of the things that happened with

7    Aaron?

8         A    I don't recall.

9         Q    Do you recall reporting to a

10   family member?

11        A    No, I don't recall doing that.

12        Q    Do you recall ever telling any of

13   your friends about everything you testified to

14   about Aaron, or anything you testified to about

15   Aaron?

16        A    I didn't have any friends to tell,

17   no.

18        Q    Did you ever tell your guidance

19   counselor about what Aaron had did or said to

20   you during the time that you were in high

21   school?

22        A    I don't even ever remember, like,

23   meeting with my guidance counselor.  I knew who

24   they were, but I don't think I ever met with

25   them.

293

1                         J. Doe

2          Q    So you didn't tell any teacher or

3     principal or authority figure?

4          A    I don't think so.  I don't think I

5     respected the authority figure.

6          Q    At any point when you were at

7     Francis Lewis, were you advised that you

8     weren't going to graduate?

9          A    No, I did not.

10          Q    And you did, in fact, get your

11    GED?

12          A    I did get a high school diploma,

13    yes.

14          Q    High school diploma from where?

15          A    Farrington High School in Hawaii.

16          Q    What's your highest level of

17    education?

18               MS. DAINOW:  I'd like to make a

19          record counsel for plaintiff is having a

20          side conversation with his client after

21          I've already asked him not to have

22          conversations with his client during

23          this deposition.

24               MR. ASHANTI: There was no question

25          pending.

294

1                           J. Doe

2          Q    What's your highest level of

3     education?

4          A    High school.

5          Q    And did complete high school?

6          A    In 2010.

7          Q    GED?

8          A     In Hawaii it's different.  They

9     make you complete all the hours.  And I did get

10    a high school diploma.  Not a GED.

11         Q    What was the name of the school

12    you got the diploma?

13         A    Farrington High School.

14              MR. ASHANTI:  We disclosed that.

15         Q    Have you ever attended any trade

16    school or obtained any certificates?

17         A    No.

18         Q    Have you ever tried to pursue any

19    higher education other than taking classes at a

20    community college or anything like that?

21         A    No.

22         Q    Do you have plans for further

23    education?

24         A    Maybe.  Yes.

25         Q    What are your plans?

295

1                         J. Doe

2          A    After my daughter finishes school,

3    then I'll start to think about a little bit.

4    Something that requires time.

5          Q    Are you presently employed?

6          A    Yes.

7          Q    What do you do?

8          A    I have a company that does

9    maintenance in buildings.

10         Q    You own the company?

11         A    Yes.

12         Q    And how many employees do you

13   have?

14         A    I don't have any employees right

15   now.  I hire contractors.

16         Q    What would you say is your income

17   from that job annually?

18         A    Right now or what point?

19         Q    Well, first how long have you had

20   the company?

21         A    For about 14 years.

22         Q    So what's your income from that

23   company now on an annual basis?

24         A    After the pandemic everything

25   changed because it is based on tourism.  So

296

1                          J. Doe

2    right now I would say about 80.

3          Q    $80,000 a year?

4          A    Yes.

5          Q    Before the pandemic what would you

6    say the annual salary was?

7          A    I don't have those numbers on hand

8    right now.

9          Q    Can you give an approximation?

10         A    A little bit over 100.

11         Q    How many jobs approximately, did

12   you have between the jobs that you described

13   around the time you were in high school as a

14   teenager up until the time you started this

15   company?

16         A    Maybe like six, eight.

17         Q    Were you ever fired from any job?

18         A    Never.

19         Q    What was the shortest amount of

20   time that you spent in any of those jobs?

21         A    I worked at retail for a few

22   months.

23         Q    What's the name of your company?

24         A    NHB.

25              MR. ASHANTI:  Initial the name.

297

                              J. Doe

1

2       Q    Are you the owner of that company?

3       A    Yes.

4       Q    Are there any co-owners?

5       A    Not that I know.

6       Q    Did you have any investors in

7    order to have this company?

8       A    No.

9       Q    How did it come to be that you

10   started this company?

11      A    I had a friend that was moving to

12   the mainland and she passed it on to me.

13      Q    So your name is now on the

14   paperwork?

15      A    Yes.

16      Q    Other than what you've already

17   testified to, how, if at all, did COVID affect

18   your work for the company?

19      A    Well, during COVID we kind of

20   stopped, you know.  Everybody stopped working.

21   And tourism stopped coming to Hawaii.  So we

22   all took a break.

23      Q    Do you have a physical office for

24   your company?

25      A    No, I don't.

298

1                        J. Doe

2          Q     Is it an online business?

3          A     No.  We're already established; so

4     we have already clients.

5          Q     So it's word of mouth?

6          A     Yes.  But for a long time I was

7     working directly with a property manager and we

8     -- I was doing all his units.  He had 100 units

9     on two buildings.  So we were not picking up

10    anything else.

11         Q     Do you have any other source of

12    income?

13         A     Child support.

14         Q     So your ex-husband pays child

15    support?

16         A     Yes, he does.

17         Q     How often does he pay child

18    support?

19         A     Twice a month.

20         Q     And how much in child support does

21    he pay?

22         A     Each of those times twice a month.

23    500.

24         Q     So he pays $1,000 a month?

25         A     Yes.

299

1                          J. Doe

2          Q    How long has he been paying child

3    support for?

4          A    For five years.

5          Q    Have you ever received welfare,

6    Social Security income benefits?

7          A    No.

8          Q    Have you ever received Social

9    Security Disability benefits?

10         A    No.

11         Q    Is your company your primary means

12   of support?

13         A    Yes.

14         Q    Do you have any other side jobs or

15   investments or anything else other than your

16   company?

17         A    No.

18         Q    Are you making a claim for lost

19   earnings in this lawsuit?

20         A    I do not know.

21              MR. ASHANTI:  By counsel, no.

22         Q    When you were a student at IS 237,

23   your aunt was living with you at that point,

24   correct, at least partially?

25         A    I don't remember exactly the

300

1                      J. Doe

2    living situation.

3         Q    Yesterday you had described an

4    incident where there is a janitor at IS 237; is

5    that right?

6         A    Correct.

7         Q    Other than that specific incident,

8    have you ever spent any time with him outside

9    of school?

10        A    No.

11        Q    Have you ever been in his car

12   before other than the time you previously

13   described?

14        A    No.

15        Q    Have you ever been in his car

16   after the time you previously described?

17        A    No.

18        Q    So had you had any interaction or

19   contact with this janitor prior to the day in

20   question?

21        A    In what way or form?

22        Q    Any form.  Communications in

23   school, outside of school, text messages,

24   email, phone calls?

25        A    In school I saw him.

301

1                          J. Doe

2          Q     What were the nature of those

3     interactions?

4          A     Just normal.  Like he would just

5     say hi.  Just passing kind of.  I didn't think

6     anything like extravagant or anything extra.

7          Q     Would you classify any of those

8     interactions on school grounds inappropriate?

9          A     I do not know.

10         Q     Did you observe this person

11    interacting with any other students at the

12    school?

13         A     Yes.

14         Q     Were those interactions similar to

15    interactions he had with you?

16         A     Yes.

17         Q     Would you say those interactions

18    were just talking as you said?  Would it be

19    casual interactions?

20         A     From my perspective then or now?

21         Q     Then.

22         A     Then it seemed normal to me.  I

23    didn't think much of it.

24         Q     Could you tell me the nature of

25    any of those conversations you had with him?

302

1                          J. Doe

2          A    I don't remember.

3          Q    Did you ever feel uncomfortable in

4    any of those conversations you had with him

5    during school?

6          A    No, I don't remember feeling that

7    way, no.

8          Q    In the conversations or

9    interactions you observed him having with other

10   students, did you hear what was occurring in

11   those conversations?

12         A    No, I did not.

13         Q    Did you see the students that he

14   was interacting with?

15         A    Yes.

16         Q    Did you know the students?

17         A    I probably knew who they were.

18   They were my piers, yes.

19         Q    Were they both male and female?

20         A    Mostly females.

21         Q    But there were males?

22         A    I believe so.

23         Q    How many students would you say,

24   if you recall?

25         A    That I recall?  I remember maybe

303

1                          J. Doe

2    four.

3          Q    The only time you ever saw him

4    outside of school was the day that he drove up

5    to you in his car; is that right?

6          A    Right.

7          Q    I'm not sure this was clear on the

8    record yesterday; so I'll try and narrow it

9    down today.  Do you know approximately how far

10   you were from your home at the time he drove up

11   to you and asked you if you wanted a ride to

12   school?

13         A    Maybe I was -- from school or from

14   my home?

15         Q    No, this is in the beginning of,

16   for lack of a better word, story.  When you

17   left your home you were walking to school, were

18   you not?

19         A    Uh-hum.

20         Q    How far from your home to the

21   point where he drove up besides you were you?

22         A    I don't remember.

23         Q    Would it be a five-minute walk,

24   ten-minute walk, an hour walk, something else?

25         A    How long it took me to get to

304

1                        J. Doe

2    school?

3          Q    No, how long it took you to the

4    point where you were at when he drove up to

5    meet you.

6          A    I don't know.  I don't remember.

7          Q    Did you recognize any houses

8    around you where he picked you up?

9          A    I believe so.  Maybe like a

10   ten-minute walk from my house.

11         Q    I want to quickly ask you one

12   question and then go back to this with respect

13   to your fake ID.  Did you want to get a fake

14   ID?

15         A    I don't think so.

16         Q    Did you ever think about getting

17   one?

18         A    No.

19         Q    How did it come up that you ended

20   up getting one?

21         A    I believe -- how did it come

22   about?

23         Q    Yes.  Did you wake up one day and

24   say, "hey, I want a fake ID"?  Did someone

25   influence you to get one?  Did your friends

305

```
 1                         J. Doe
 2    talk about having one and maybe wanted to go
 3    get one, something else?
 4         A    No, I believe that I was too
 5    young.  And, I believe, Mark thought that I
 6    couldn't get into places of alcohol.  So then I
 7    needed a fake ID.
 8         Q    Were you okay with getting one?
 9         A    I suppose so.  Because I did.  I
10    don't remember how I felt at that moment.
11         Q    Did you ever show it to any of
12    your friends?
13         A    I don't think so.
14         Q    Did you ever show it to any of
15    your family?
16         A    No, I don't even know if I took it
17    with me.  I don't remember.
18         Q    Going back to your experience at
19    IS 237.  This janitor, do you know his name by
20    any chance?
21              MR. ASHANTI:  You're supposed to
22         provide his name.
23         A    I do not know his name.
24         Q    Do you recall what he looked like?
25         A    He was Puerto Rican.  To my
```

306

```
 1                      J. Doe
 2    recollection, he was Puerto Rican.  He was
 3    tall.  But at the same time I was so young that
 4    everybody seemed tall.  Maybe he is not as tall
 5    as I remember.  I don't know.  He kind of like
 6    had a Puerto Rican look.  I remember him having
 7    a black jacket with a black shirt.  Maybe not
 8    jacket.  It was more like a long shirt that he
 9    wears all the time.  He kind of wears a T-shirt
10    and a long shirt like all the time.  He was
11    wearing jeans.  Black jeans.  I don't know why
12    I remember that; but I do.
13         Q    Do you recall approximately how
14    old he was at that point?
15         A    No, I don't.  But he was no older
16    than 30.  I don't remember.  I don't know.
17         Q    Do you recall if he spoke with an
18    accent?
19         A    I wouldn't have been able to tell.
20         Q    Why not?
21         A    Because myself having an accent.
22    So I can't really define a lot of people with
23    Hispanic accents.  Sounds normal to me.
24         Q    When he approached you in the car,
25    do you recall what exactly he said to you?
```

307

1                          J. Doe

2          A     He asked he me if I wanted a ride

3     to school.

4          Q     Do you recall there being anyone

5     outside in the vicinity of where you were?  For

6     example, was there anyone outside of their

7     house, apartment, or watering their lawn, or

8     mowing their lawn, or walking with groceries,

9     anything like that?

10         A     No, I don't remember that.

11         Q     So you willingly got in his car?

12         A     I believe so.  Yeah.

13         Q     Do you recall approximately how

14    long it felt to you to get from where he picked

15    you up to the place that he took you?  Five

16    minutes, ten-minute ride, hour ride?

17         A     Maybe like 15-minute ride.  It

18    wasn't that long.  I don't think we went that

19    far.

20         Q     Do you know where he took you?

21         A     No.

22         Q     Do you know if it was a hotel?

23         A     I don't think it was a hotel.

24         Q     What do you think it was?

25         A     I think it was a motel.

308

```
 1                          J. Doe
 2          Q     Did you recognize the motel?
 3          A     No.
 4          Q     Have you ever been there before?
 5          A     No, never.
 6          Q     Was there a name of the motel
 7   outside of the motel that you recall?
 8          A     I don't remember.
 9          Q     How far from school do you think
10   the motel was?
11          A     I'm not sure.
12          Q     So after you got to the motel, if
13   you can just briefly describe your experience
14   of what happened?
15          A     So we went inside and there were
16   two beds in there.  So he got a room that had
17   two beds.  And so I sat on a chair and I was
18   holding to my backpack.  I was holding it kind
19   of tight.  I was kind of scared.  I didn't know
20   what we were doing there.  And first he wanted
21   to talk story.  He actually sat on the bed and
22   he wanted, yeah, I guess talk story.  And he
23   told me that story that I went over yesterday.
24   Do you want to hear it again?
25          Q     No, but continue.  I'll ask
```

309

1                          J. Doe

2    questions about it.

3         A    Okay.  So then I just listened and

4    I remembered telling him I'm not going to do

5    anything.  I don't know why we're here.  I

6    don't remember all the details.  But I remember

7    him telling me that he wasn't going to force

8    me, but, you know, even if we didn't have sex,

9    he could do a lot of things with his tongue

10   which I was really confused.  I had no idea

11   what he was talking about.  And I never let go

12   of my backpack.  I held to it in front of me

13   the whole time.  And he just waited a while.  I

14   felt it was a long time, but I don't think it

15   was because we didn't get to school like, you

16   know, like long.  So I don't think it was a

17   very long event because I just didn't budge on

18   the matter.  So he say "You want me to take you

19   back?"  I say, "Yes, please."  And so we left

20   and we went back to school.

21        Q    When you went to school, do you

22   know what time it was?

23        A    No.

24        Q    Do you recall if school had

25   already started?

310

1                              J. Doe

2          A    I don't remember.

3          Q    Do you recall if you were late to

4    school because of it?

5          A    I don't remember.

6          Q    Do you recall if any teachers

7    asked where you had been and why you were late?

8          A    No, I don't remember that.

9          Q    Your recollection is that he

10   already had a key; is that right?

11         A    No, he went to get a key.

12         Q    Did you ever go with him?

13         A    No.

14         Q    Were you ever uncomfortable at any

15   point while you were in the car with him up

16   until the point you got to the motel?

17         A    Yes.  When I noticed that we were

18   not going to school, because we were not that

19   far away.

20         Q    So he told you he was going to get

21   a key?

22         A    Right.

23         Q    Is that yes?

24         A    I don't understand.

25         Q    He told you when you were in the

311

                           J. Doe

1

2    car after you had parked that he was going to

3    go get a key; is that right?

4         A    He didn't say.  He said just

5    "wait."  He didn't say "I'm going to get a

6    key."

7         Q    Did you look around and see that

8    there was essentially a front office to the

9    motel?

10        A    I didn't look.

11        Q    At any point did you think to go

12   inside the motel and alert an adult that you

13   were feeling uncomfortable?

14        A    No, I didn't think I -- I was

15   scared because I had already done something

16   stupid.

17        Q    Which was?

18        A    Getting in his car.

19        Q    And at that point you didn't have

20   a cell phone with you, right?

21        A    No, I did not.

22        Q    When he went to get the key, did

23   you see that he had left a cell phone in his

24   car?

25        A    No, I didn't see anything like

312

1                           J. Doe

2    that.

3          Q    After he came back with the key at

4    that point, did you go into the room with him?

5          A    Yes.

6          Q    At any point, did he force himself

7    upon you?

8          A    No.

9          Q    At any point, did he make you feel

10   like you had to engage in sexual relations with

11   him?

12         A    I don't understand the question.

13         Q    At any point, did you feel forced

14   or under duress or in any way that you had to

15   engage in any kind of sexual intercourse with

16   him?

17         A    I felt very much under duress.

18   But I said no.

19         Q    When you said you felt under

20   duress, was he forcing himself upon you?

21         A    No.

22         Q    What do you mean when you felt you

23   were under duress?

24              MR. ASHANTI:  When you say force

25         yourself, you mean physically?

313

                        J. Doe

1

2             MS. DAINOW:  Physically.

3             MR. ASHANTI: Okay.

4        A    I felt that's what he wanted.  He

5   expressed that; so I felt emotionally heavy.

6   It was a difficult moment.  But he didn't

7   physically like push himself on me, no.

8        Q    Did he tell you that he wanted to

9   engage in any kind of sexual activity with you?

10       A    Yes.

11       Q    Did he ever act on that?

12       A    No, we didn't have sex.  No.

13       Q    You never pushed him away or

14  anything like that, right?

15       A    No.

16       Q    What grade were you in at that

17  time?

18       A    9th grade.

19       Q    In terms of what he said, can you

20  briefly describe what he said to you when you

21  were in the motel room?

22       A    Everything?

23       Q    Yes.

24       A    So he told me a story about when

25  he was younger and he liked one of his teacher

314

1                              J. Doe

2       he was interested in.  The teacher rejected him

3       and he kind of said that he promised himself

4       that if he was in that same situation, you

5       know, like he was the one that someone else had

6       an interest in him like a student, that he

7       wasn't going to reject them.  At that time I

8       had no idea what he was talking about.  Like

9       what the meaning of that had.  But I guess he

10      was trying to tell me that if I wanted to do

11      so; then he wasn't going to reject it.  But I

12      didn't understand.  And he did mention that he

13      could do a lot of things with his tongue.  And

14      I had no idea what that meant either.  I don't

15      remember what anything else that he said.  But

16      those were the two main things that kind of

17      stood out to me.

18             Q    Did you ever report this to any

19      DOE teacher?

20             A    I don't remember.

21             Q    Did you ever report this to any

22      DOE personnel?  For example, a principal, a

23      guidance counselor, anyone that worked at your

24      school?

25             A    I don't remember.

315

1                          J. Doe

2          Q    Do you ever recall reporting this

3    to any of your family?

4          A    I don't think so.

5          Q    Do you ever recall telling any of

6    your friends?

7          A    No, I don't think so.

8          Q    Do you have an understanding of

9    why he chose you?

10         A    I do not know.

11              MR. ASHANTI:  Objection.  Move on.

12              MS. DAINOW:  I am moving on.

13         Q    Are you aware of whether or not he

14   had any interactions with any other students?

15              MR. ASHANTI:  Objection to form.

16              Interaction is so vague.

17         Q    Are you aware of whether he had

18   any interactions, meaning any conversations

19   with any students on or off school grounds?

20              MR. ASHANTI:  She's already

21              testified.

22         Q    Do you recall ever seeing him

23   interact with any other students when in

24   school?

25         A    Yes.

316

1                          J. Doe

2          Q     Were those students male or

3     female?

4          A     Both.  We did go over this a few

5     minutes ago.

6                MR. ASHANTI:  We did.

7                MS. DAINOW:  Apologies.  Lots of

8          testimony to go through.

9          Q     After you got in the car with him,

10    he drove you back to school?

11         A     Yes.

12         Q     Did he say anything to you before

13    you left his car?

14         A     Not that I recall.  I don't

15    remember.

16         Q     Did you speak to him at any point

17    after that day or that instance?

18         A     After that day and that whole

19    incident of the fight, I never came back to

20    school.  I went straight to high school.

21         Q     Did he ever try to contact you

22    after that point?

23         A     No, he did not.

24         Q     Did you ever try to contact him?

25         A     No.

317

                              J. Doe

1

2          Q    When you were in the motel room

3    with him, do you recall seeing windows in the

4    room?

5          A    Yeah.

6          Q    Were there blinds covering the

7    windows?

8          A    Yes.

9          Q    So you couldn't see outside?

10         A    No.

11         Q    Did you ever see the key that he

12   used?

13         A    I don't remember.

14         Q    Is the answer no, or "I don't

15   remember"?

16         A    I don't remember.

17         Q    The fight that you described that

18   occurred after this happened, did you have any

19   personal knowledge that any DOE teacher or

20   personnel was notified that this fight was

21   going to occur?

22         A    Say that again.

23         Q    I'll rephrase.

24              Did you personally hear any

25   student tell any teacher that this fight was

318

1                          J. Doe

2    going to happen?

3         A    Yes.

4         Q    Who did you hear this from?

5         A    In the hallways everybody was

6    talking about it and everybody was talking

7    about it out loud.  And some teachers were

8    there.  Teachers were in hallway.  Everybody

9    was talking about it.

10        Q    So to be clear, did you personally

11   hear a student tell a teacher?

12        A    Yes.

13        Q    So do you recall who that teacher

14   was?

15        A    I don't remember.

16        Q    Do you recall what that teacher

17   said?

18        A    No, I don't remember.

19        Q    So it wasn't just that students

20   were having conversations openly in the

21   hallway.  It was that teachers were having

22   conversations about this fight with the

23   students?

24        A    Yes.

25        Q    Was it more than one teacher?

319

1                               J. Doe

2          A    I remember two teachers.  And

3    actually right now, I remember one of the

4    teachers was a Spanish teacher.  He was like

5    young.  He was like, I don't know, no more than

6    25.

7          Q    The other teacher?

8          A    I don't remember the other one.

9          Q    Do you recall if the teacher was

10   male or female?

11         A    The teacher I'm saying he was a

12   male.

13         Q    Spanish teacher?

14         A    Yeah.

15         Q    The other teacher?

16         A    I don't remember.

17         Q    In those conversations that you

18   heard students talk to teachers about, what was

19   the sum and substance of the conversation?

20   Meaning, did they say where and when the fight

21   was going to happen?

22         A    They told them it was after

23   school.  There was going to be a fight.  The

24   student wanted to fight me after school.  But I

25   don't remember like -- I don't think everybody

320

1                          J. Doe

2    knew exactly where or what was going to take

3    place.

4          Q    Did you ever tell any DOE teacher

5    or employee that you were going to be fought

6    that day after school?

7          A    I don't remember doing that.

8          Q    Did any teacher, DOE employee

9    approach you about the fight?

10         A    No one did.

11         Q    When the fight took place, who was

12   present?

13         A    The entire school.

14         Q    When you say the entire school, do

15   you mean students and teachers?

16         A    There were teachers there because

17   it was after school and lots of teachers were

18   out.  But I don't remember.  I think students

19   were larger number.

20         Q    So did the teachers actually

21   attend the fight, or were they passing by, or

22   were they far away in the vicinity, or

23   something else?

24         A    I don't remember.

25         Q    How did the fight end?

321

1                         J. Doe

2          A    My brother got there and took me

3     out.

4          Q    So he intervened and interjected

5     himself into the fight; is that correct?

6          A    Right.  Yes.

7          Q    At that point did you see any

8     authority figures around you?

9          A    I did not.

10         Q    Do you recall if your brother

11    alerted any authority figures around you at

12    that time about the fight and that you needed

13    help?

14         A    I do not believe so.

15         Q    Did he talk to any authority

16    figure, to your knowledge, about the fight?

17         A    I do not know.

18         Q    Did you require any medical

19    attention as a result of the fight?

20         A    I did not go to the hospital or

21    anything like that, no.

22         Q    Did any of the students who were

23    involved in the fight, to your knowledge,

24    require medical attention?

25         A    I don't think so.

322

1                       J. Doe

2          Q     Yesterday you had testified that

3     as a result of the fight you were bruised; is

4     that your testimony?

5          A     Yes.

6          Q     Do you recall any other physical

7     injuries that were visible?

8          A     I do not remember.

9          Q     So your brother took you and where

10    did you go?

11         A     We went home.

12         Q     Was your mom at home?

13         A     I don't remember that.

14         Q     Was your aunt at home?

15         A     I don't remember that.

16         Q     How many days do you recall being

17    bruised for, approximately?

18         A     I don't remember that.

19         Q     At any point did your parents

20    notice the bruises?

21         A     Yes.

22         Q     What happened?  Did they speak

23    with you about them?

24         A     Yes.  My mom found out immediately

25    the same day and she went to the school the

323

1                         J. Doe

2    very next day.

3         Q    What happened when she went to the

4    school?

5         A    They didn't want to talk to her.

6         Q    Who's "they"?

7         A    The school itself.  I don't know

8    who she spoke to; but she didn't get results.

9         Q    Did she ever tell you who she went

10   to speak with?

11        A    She mentioned she went to the

12   office.

13        Q    What office?

14        A    School office, IS 237.

15        Q    You mean the main office, the

16   principal's office, the teacher's office,

17   something else?

18        A    I do not know what office she

19   went.

20        Q    And she told you they didn't want

21   to talk to her; is that right?

22        A    They didn't give her any response.

23   They didn't want to make any comments.  They

24   detached themselves from the situation.

25        Q    Are you aware of whether or not

324

1                          J. Doe

2    your mom ever formally submitted in writing

3    something to the effect of that you were in a

4    fight?

5         A    She did not.

6         Q    Do you recall if there was any

7    correspondence from your mother after having

8    not been able to get in touch with teachers in

9    person?

10        A    I don't believe she did so.

11        Q    Did she do anything after that

12   point?  Or essentially did she drop it and move

13   on?

14        A    I believe she essentially dropped

15   it and moved on due to her lack of

16   understanding of the laws or the procedures in

17   the United States and her lack of English.

18        Q    Did your aunt pursue this in any

19   manner either?

20        A    I don't think my aunt was living

21   with us at this point.  And I really don't

22   remember her take on this.

23        Q    The student who fought you, you

24   briefly testified she claimed that you were in

25   sum and substance with her boyfriend; is that

325

1                         J. Doe

2    right?

3              A    Yes, I testified to that.

4              Q    Had you ever seen her with this

5    person, the janitor prior to that date?

6              A    Never.

7              Q    Had you ever seen her ever in your

8    life with the janitor?

9              A    No, I never did.

10             Q    Had you ever heard conversations

11   in school or rumors she and this janitor were

12   in some sort of relationship?

13             A    No.

14             Q    Are you aware if any teachers had

15   been notified of any kind of relationship

16   between this classmate and the janitor?

17             A    I have no knowledge of this.

18             Q    To your knowledge, did anyone

19   record the fight on a video camera?  I don't

20   even know if phones had the capacity at that

21   point, I'll put it out there, on a phone.  Did

22   anyone take pictures?

23             A    I do not know.  But there was a

24   lot of witnesses.  More than 100.

25             Q    Did your brother ever directly

326

1                         J. Doe

2     tell your mom, your aunt or anyone in your

3     family about what had happened?

4          A    I do not know.

5          Q    So after that fight is that the

6     point when you never went back to school?

7          A    Yes.

8          Q    You never went back a single day?

9          A    No.

10          Q    But you still received a diploma

11    you said?

12          A    Yes, by mail.

13          Q    You never had to receive any class

14    work in order to receive the diploma?

15          A    No.

16          Q    At any point when you were in

17    middle school, did you tell any DOE employee or

18    personnel about what had happened with either

19    Aaron or this janitor?

20          A    I don't remember.

21          Q    You attended Francis Lewis

22    starting in 1999, right?

23          A    Correct.

24          Q    You were in 10th grade?

25          A    Yes, I was.

327

1                    J. Doe

2        Q    Were you ever late to class as a

3    result of your experiences with any teachers at

4    the high school?

5        A    Yes.

6        Q    How many times would you say you

7    were late to class because of your experiences

8    with any teachers in high school?

9        A    Many times.

10       Q    Were you ever absent from class as

11   a result of these experiences that you had with

12   these teachers?

13       A    Yes.

14       Q    Were you absent often?

15       A    Yes.

16       Q    Were you ever absent from school?

17       A    No, not many.  No, not much.

18       Q    When were you in middle school,

19   were you late from school frequently?

20       A    No.

21       Q    Did you ever speak to anyone about

22   your missing classes or your lateness to

23   classes?

24       A    No.

25       Q    Did anyone ever advise your parent

328

1                          J. Doe

2    that you were missing school or that you were

3    late to school?

4          A    I don't recall that.

5          Q    Yesterday you had testified that

6    Mr. Waltzer was a dean; is that right?

7          A    Correct.

8          Q    How did you know that?

9          A    He was in the hallway all the time

10   and he had said he was a dean.

11         Q    He told you specifically he was a

12   dean?

13         A    Uh-hum.

14         Q    How many deans were in the school

15   at that time?

16         A    I have no idea.

17         Q    Do you know the hierarchy at the

18   school?  For example, there's a principal,

19   right?

20         A    Correct.

21         Q    Are you said there's a dean.  Do

22   you know of any other figures of authority at

23   that school or their tiles?

24         A    Not really.

25         Q    As a dean as you say Mr. Waltzer

329

1                           J. Doe
2    was, do you know what his responsibilities or
3    duties were in that position?
4            A    No, I do not.
5            Q    Do you know what his duties and
6    responsibilities were at the school, in
7    general?
8            A    No, I do not know.
9            Q    So he was your teacher for one
10   semester, right?
11           A    I believe so.
12           Q    As your teacher, what were his
13   duties?
14           A    To teach me.
15           Q    Right.  Was there anything else,
16   to your knowledge, he was responsible for as an
17   employee of the DOE?
18           A    To provide for education and to
19   protect my welfare.
20           Q    Did you ever have a conversation
21   with any of your classmates about Mr. Waltzer's
22   title at that school or position?
23           A    I don't remember so.
24           Q    Did any DOE personnel or teachers
25   ever specifically tell you Mr. Waltzer was a

330

1                        J. Doe

2   dean?

3          A     No.

4          Q     So your understanding that he was

5   a dean was based on him always being in the

6   hallway?

7                MR. ASHANTI:  She testified that

8          he told her.

9                MS. DAINOW:  That's the next

10         follow-up question.

11         Q     Is it your understanding based on

12  him always being in the hallway and also that

13  he told you that he was a dean?

14         A     Right.

15         Q     Since you had time to think about

16  this now.  You referred to your friend Diana as

17  someone you stayed with at one point, right?

18         A     Correct.

19         Q     Do you recall her last name?

20         A     I do not.

21         Q     Have you ever kept in touch with

22  her since that time?

23         A     No.

24         Q     Did you ever tell her about

25  anytime you spent with Mr. Waltzer?

331

1                         J. Doe

2          A    I did not.

3          Q    Did her parents ever become aware

4    you had spent time with Mr. Waltzer?

5          A    I do not think so.

6          Q    Not even when you were staying

7    with them?

8          A    No.

9          Q    When is the first time you started

10   taking birth control, if at all?

11         A    In 2005, when I moved to Hawaii.

12         Q    Why did you decide to go on birth

13   control at that point?

14         A    Because I was married and I didn't

15   want to have -- I didn't want to become

16   pregnant.

17         Q    During the time that you had

18   sexual relations with Mr. Waltzer, during every

19   sexual encounter do you recall if he wore a

20   condom?

21         A    No, he did not.

22         Q    Did he wear a condom in any of

23   those sexual experiences?

24         A    No.

25         Q    At any point, did you think that

332

1                          J. Doe

2    you should be on birth control?

3         A    I didn't know what that was.

4         Q    At any point, did Mr. Waltzer

5    discuss with you the possibility of being on

6    birth control?

7         A    No.

8         Q    Were you aware that birth control

9    existed at that point in time?

10        A    No.

11        Q    Were you aware that he was not

12   going to be using condoms when you were about

13   to engage in sexual interaction with him?

14        A    I didn't know what the condom was.

15        Q    Did you ever have conversations

16   about that with him?

17        A    No.

18        Q    So no form of contraceptive that

19   was used when you were in high school?

20        A    No.

21        Q    After the abortion you had

22   testified that you stayed at Mr. Waltzer's

23   house for a course of two weeks, right?

24        A    After the abortion?

25        Q    Right.

333

1                         J. Doe

2          A    I don't think I said that.

3          Q    I'm not trying to mischaracterize

4    your testimony.  After your abortion, you went

5    to Mr. Waltzer's house though.

6          A    Right.

7          Q    To rest and recover from the

8    procedure.

9          A    Yes.

10         Q    How long did you stay there?

11         A    I wasn't sure if I went home that

12   day or the following day.  I probably stated

13   that several times already, yes.

14         Q    And so when was the next time

15   after you went home, when was the next time you

16   had contact with Mr. Waltzer?

17         A    I do not remember.

18         Q    Do you recall if it was a year

19   later?

20         A    I don't think it was that far, no.

21         Q    Do you recall if it was six months

22   later?

23         A    Much sooner than that.

24         Q    Do you recall if it was when you

25   started back in school in the fall?

334

1                        J. Doe

2          A    I do not remember exactly when.

3          Q    After the time you had the

4    abortion, what's the next after the time you

5    had the abortion is the next time you had sex

6    with him?

7          A    I do not remember that.

8          Q    Do you recall ever having sex with

9    him again while you were in high school after

10   the abortion?

11         A    Can you rephrase that?

12         Q    Sure.

13              Do you recall any better now

14   around what time you got the abortion?  Month

15   and year?

16         A    No, I don't.

17         Q    After you had the abortion, do you

18   recall having sex with Mr. Waltzer at any point

19   thereafter during the time that you were in

20   high school?

21         A    Yes, I do.

22         Q    Can you tell me when that was?

23         A    I think that was New Year's, but I

24   can't remember exactly the year.

25         Q    Might it be 2001?

335

1                           J. Doe

2          A    Might have been, yes.  Most

3     likely.

4          Q    On New Year's Eve when you spent

5     time with Mr. Waltzer, you had said your sister

6     was also present?

7          A    Yes.

8          Q    Your sister's boyfriend?

9          A    Yes.

10         Q    Were any of Mr. Waltzer's friends

11    present?

12         A    No.

13         Q    Are you aware of whether Mr.

14    Waltzer ever told anyone about your

15    relationship with him?

16         A    Yes, he had told a friend.  I

17    don't know his friend.  That's what he said to

18    me, that he told a friend and his friend wasn't

19    not very happy that he was with someone very

20    young.  So his friend didn't want to continue

21    the friendship anymore.

22         Q    Do you know approximately what

23    year that happened?

24         A    I do not know.

25         Q    Do you know what season?  Was it

336

1                        J. Doe

2    cold out?  Was it warm out?

3         A    I don't remember.

4         Q    Do you know what year in school

5    you were?

6         A    No, I don't remember.

7         Q    Do you know if this friend that

8    you just described was a teacher?

9         A    I do not know that.  No, I don't

10   know.

11        Q    Do you know how Mr. Waltzer knew

12   this person?

13        A    No.

14        Q    Did you ever personally meet his

15   friends?

16        A    I met a few people, but I don't

17   think that was one of his friends that didn't

18   want to be friends with him anymore.

19        Q    You said you met a few people.

20   Can you describe who those people are in

21   relation to Mr. Waltzer?

22        A    I don't remember them very well.

23   I think I met a couple.  I don't remember.

24        Q    Do you know whether or not any of

25   those were teachers?

337

                              J. Doe

1

2         A    I don't think so.  I'm not sure.

3         Q    Did any of these people, the

4    people you just described as well as the friend

5    who he had told, do you know if he had told any

6    of them your age?

7         A    I do not know.

8         Q    At that point in time was he aware

9    of your age?

10        A    I believe so.

11        Q    Do you recall telling him around

12   that time or prior to?

13        A    I believe we had a conversation

14   about my age.

15        Q    Other than what you previously

16   testified to yesterday that one store and some

17   restaurants.  Where else, if at all, did he

18   take you when you two were together during

19   those school years?

20        A    We went to Atlantic City.  We went

21   to restaurants in Staten Island; but I don't

22   remember the names of the restaurants.  I

23   cannot recall.  I mean, I don't recall

24   everything.

25        Q    So all the places you went with

338

1                           J. Doe

2     him when you were out, did you happen to

3     recognize any of the people around you as

4     classmates or teachers or authority figures at

5     your school?

6           A     No, I don't remember that.

7           Q     To your knowledge, did Mr. Waltzer

8     recognize any of the people around you when you

9     went out to be anyone who worked at the school?

10          A     I don't have a recollection of

11    that.

12          Q     During any of the instances that

13    you were out and about with Mr. Waltzer, at any

14    of those times did he try to rush you to leave

15    one of those locations, or try to shield

16    himself or you, or try to hide while you were

17    in public?

18          A     I don't remember that, no.

19          Q     Can you briefly tell me about

20    Atlantic City?  For starters, when was that

21    trip?

22          A     I am having a hard time

23    pinpointing specific dates and stuff like that.

24    I'm not sure of the date.

25          Q     Do you happen to know what year in

339

1                              J. Doe

2    school you were?

3         A    No.

4         Q    Do you remember what year it was?

5         A    No.

6         Q    What month?

7         A    Had to be a hot month.  I was

8    wearing a strapless tank top.  I remember

9    thinking I didn't have a bra and I was really

10   self conscious because that was not a usual

11   thing.  So it had to be warm.

12        Q    Was it just you two going to

13   Atlantic City?

14        A    Yes.

15        Q    How did you get there?

16        A    He drove.

17        Q    And do you recall where you

18   stayed?

19        A    I think we tried the Holiday Inn,

20   but I think they were fully booked.  And then

21   we went to another place.  It was on the

22   boardwalk, I believe.  I think it was -- it had

23   like green letters.  I don't remember the name

24   exactly; but I don't have a whole recollection

25   of the place.

340

1                      J. Doe

2          Q    Do you recall if there were any

3    other hotels or places nearby?

4          A    Yeah, there are plenty.

5          Q    Do you recall how old you were

6    when this trip happened?

7          A    No.

8          Q    Were you in school at that point?

9          A    Yes.

10         Q    What was the occasion for the

11   trip?

12         A    A spontaneous kind of trip.

13         Q    So there was no specific reason as

14   to why you went?

15         A    As of like we went to do something

16   specific or see something?  What do you mean?

17         Q    Was it pre-planned?  Did you go

18   because you wanted to see a show, or you were

19   going to meet up with other people there?

20         A    No, none of those things.

21         Q    So you just went on a whim?

22         A    Yes.

23         Q    What did you do when you were in

24   Atlantic City?

25         A    We had sex.  We ate at a

341

1                           J. Doe

2    restaurant, or a place.  And we went to the

3    casino.  And I believe he played the roulette.

4    Walked on the boardwalk.  And that's all I

5    remember.

6           Q    Do you recall how the hotel was

7    paid for?

8           A    I believe he paid with his credit

9    card.

10          Q    Did you see his credit card?

11          A    I have a vague memory of it.

12          Q    Did he pay in person or, to your

13   knowledge, was it prepaid online?

14          A    In person.

15          Q    When he paid, were you with him at

16   the front desk to pay?

17          A    Yes.

18          Q    Do you recall what type of credit

19   card it was?

20          A    I'm not 100 percent sure, but I

21   have a vague recollection of being an AMEX.

22          Q    Do you recall what color the card

23   was?

24          A    I think it was -- it had the blue,

25   like, square, I believe.  But I'm not sure.

342

```
 1                    J. Doe
 2        Q    You mentioned you went to the
 3   casino.
 4        A    Yes.
 5        Q    Did you gamble?
 6        A    I believe so.
 7        Q    Did you drink?
 8        A    I believe so.
 9        Q    You were underage at this point,
10   right?
11        A    Yes.
12        Q    So how did you get those drinks?
13   How were you able to gamble?
14             MR. ASHANTI:  Have you ever been
15        to a casino?
16             MS. DAINOW:  I have.  But I'm
17        asking your client.
18        A    I don't know.  I don't recall ever
19   thinking anything of it.
20        Q    Did you have a fake ID at that
21   point?
22        A    I don't remember having a fake ID,
23   no.
24        Q    Do you recall ever using a fake ID
25   when you were in Atlantic City?
```

343

1                        J. Doe

2          A    No.

3          Q    Do you recall ever being asked

4    your age when you were in Atlantic City?

5          A    No.

6          Q    Did you ever go to any nightclubs

7    while in Atlantic City?

8          A    No.

9          Q    Go to any bars?

10         A    Like at night?

11         Q    At any point during the day.

12         A    No, I don't remember.

13         Q    Or at night, same answer?

14         A    Same answer.

15         Q    During your relationship with

16   Mr. Waltzer, at any point did you ever meet his

17   daughters?

18         A    Yes.

19         Q    At what point was that?

20         A    I don't remember, but it was kind

21   of early in the relationship.

22         Q    When you say early in the

23   relationship, were you still in high school at

24   that point?

25         A    Yes.

344

1                           J. Doe

2          Q     Do you recall approximately how

3     old his children were at that point?

4          A     They were very little.

5          Q     Do you recall how Mr. Waltzer

6     introduced you to his children?

7          A     I have a vague memory.

8          Q     What is that memory?

9          A     I remember being in the living

10    room and the girls were over at his apartment.

11         Q     Do you recall the time frame of

12    this?

13         A     No.

14         Q     So you don't recall how he

15    actually introduced you to them?

16         A     No.

17         Q     As a friend, girlfriend or

18    otherwise?

19         A     It's very cloudy.

20         Q     When you met him, did you stay

21    over at his apartment during that time?

22         A     When?

23         Q     The time you met his daughters

24    that day or the night before, did you stay over

25    at his apartment?

345

1                    J. Doe

2        A    I don't know.

3        Q    Do you recall in and around that

4   time if you had sex with him?

5        A    I do not recall.

6        Q    Other than the instance you

7   described previously where you visited New York

8   with your daughter and stayed with Mr. Waltzer,

9   did Mr. Waltzer meet your daughter on any other

10  occasion?

11       A    No.  I believe that's the first

12  time.

13       Q    Is that the only time?

14       A    Yes.

15       Q    Other than the incident you

16  described wherein you met his daughters, was

17  there any other period of time when you saw his

18  daughters again?

19       A    In 2014, when I went to his

20  apartment.

21       Q    So the first time was sometime in

22  high school.  The second was 2014?

23       A    Yes.

24       Q    The first time did you spend any

25  time with his daughters?

346

1                          J. Doe

2          A    I don't recall what happened.

3    Like I just remember meeting them, but I don't

4    remember spending time with them.

5          Q    And the second time?

6          A    We did.  We went to the city.

7          Q    At any point, did you have a meal

8    together with his daughters in his apartment?

9          A    I don't remember if we did or not.

10         Q    The instance when you came to New

11   York with your daughter and stayed with him,

12   what year was that again?

13         A    I believe it's 2014.

14         Q    Did you have sex with him during

15   that visit?

16         A    Yes.

17         Q    Where was your daughter at that

18   point?

19         A    In the other bedroom.

20         Q    Are you aware of whether or not

21   she knew what was going on?

22         A    No, she did not.

23         Q    How do you know?

24         A    She was sleeping and she was far

25   away in a different room.

347

1                    J. Doe

2        Q    Just as a catchall.  To your

3   knowledge, did Aaron ever tell any DOE teachers

4   or personnel about his interactions with you?

5        A    I do not know that.

6        Q    Did Mr. Waltzer at any point?

7        A    I do not know that.

8             MS. DAINOW: It's 1:44.  Before I

9        go on to the next line of questioning,

10        we should take a break.

11             (Off the record at 1:44.)

12             (Recess.)

13             (On the record at 2:46.)

14        Q    Did you ever tell any DOE teacher

15   what had happened between you and Waltzer?

16        A    I don't think so.

17        Q    Did you ever tell any DOE teacher?

18        A    Oh wait, I'm sorry.

19        Q    Do you need to correct your

20   answer?

21        A    I think so.

22             MS. DAINOW:  Can you read back the

23        question?

24             (Record read.)

25             MR. ASHANTI:  If there's anything

348

1                          J. Doe

2          else you need to correct?

3          A     I understood the question wrong.

4     Yes, I did tell the teacher, but that was

5     Douglas.

6          Q     Are you referring to Douglas

7     Meiners?

8          A     Yes.

9          Q     When did you tell Douglas Meiners

10    about your relationship with Mr. Waltzer?

11         A     When?

12         Q     Yes.

13         A     What do you mean by "when"?

14         Q     What year was it?

15         A     I believe it was in 2001.

16         Q     Do you recall what semester it

17    was?

18         A     No, I don't.

19         Q     Was it during the school year?

20         A     Yes.

21         Q     Do you recall what month it might

22    have been in?

23         A     No.

24         Q     Can you tell me was Mr. Meiners

25    your teacher at any point?

349

1                    J. Doe

2         A    Yes.

3         Q    What kind of teacher was he?

4         A    My gym teacher.

5         Q    When was he your gym teacher?

6         A    He was my gym teacher in January

7    of 2001.

8         Q    At the time you reported your

9    relationship with Mr. Waltzer to Mr. Meiners

10   was he your teacher at this point?

11        A    Yes.

12        Q    Did he teach any of the subjects

13   that you know of?

14        A    I do not know.

15        Q    Are you aware whether he coached

16   any sports or supervised any clubs?

17        A    He did fencing.

18        Q    Anything else?

19        A    I don't know.

20        Q    Were you on the fencing team?

21        A    At some point I was, against my

22   will.

23        Q    What do you mean against your

24   will?

25        A    He transferred me into fencing.

350

1                              J. Doe

2          Q     He transferred you into fencing?

3          A     Uh-hum.

4          Q     What does that mean?

5          A     He had requested me to be

6    transferred into fencing.

7          Q     Transferred from where?

8          A     From another gym class that I had.

9          Q     So was fencing a substitute for

10   gym class or was it a sport he coached?

11         A     Yes.  You could take fencing as

12   your elective.

13         Q     In lieu of gym?

14         A     Instead of gym.

15         Q     So at any point did you ever want

16   to take fencing on your own will?

17         A     No, I actually specifically told

18   Mr. Meiners that I did not want to be in

19   fencing.

20         Q     Is it your testimony that he

21   transferred you into fencing?

22         A     Yes, he told me he did so.

23   Because I looked at my schedule and I was very

24   shocked at all of a sudden I was in fencing.

25         Q     So at no point did you ask to be

351

1                        J. Doe

2    in his class?

3          A    Pardon?

4          Q    At no point did you ask to be in

5    his fencing class?

6          A    No.

7          Q    How long were you in that class

8    with him for?

9          A    Not very long.  I transferred out.

10         Q    How long were you in the class

11   until you transferred out?

12         A    I don't remember.

13         Q    Was it a month?

14         A    I don't remember.

15         Q    Was it more than three months?

16         A    I don't think so.

17         Q    Was it approximately two months?

18         A    Maybe less.

19         Q    At any point did he tell you why

20   he transferred you into his class without you

21   knowing?

22         A    He wanted to spend more time with

23   me.

24         Q    Did he say anything else when he

25   mentioned that?

352

1                          J. Doe

2          A     I don't recall.

3          Q     Prior to him transferring you into

4   his fencing class, what kind of interactions,

5   if any, did you have with him?

6          A     Many.  We used to play chess

7   together and very frequently.  He was already

8   my teacher prior.  Regular gym class.  I can't

9   remember anything else.

10         Q     So he taught gym and also he

11  taught fencing?

12         A     Correct.

13         Q     When did he play chess with him?

14         A     During my free break time in

15  school.

16         Q     Where did you play chess?

17         A     At the teachers' lounge.

18         Q     Were any other students allowed in

19  the teachers' lounge, to your knowledge?

20         A     No.

21         Q     Did you ever see any other

22  students in the teachers' lounge?

23         A     I don't recall seeing any other

24  students.

25         Q     Did you ever see any other

353

1                        J. Doe

2    teachers in the teachers' lounge when you were

3    there?

4            A    Yes.

5            Q    How many?

6            A    Many teachers.

7            Q    Did any of those teachers tell you

8    you shouldn't be in the teachers' lounge?

9            A    No.

10           Q    How often would you be in the

11   teachers' lounge?

12           A    Sometimes we had games for like

13   the entire week.  But we always played in his

14   office and usually Eisenberg was there too.

15   Mike Eisenberg.

16           Q    Are you referring to Michael

17   Eisenberg?

18           A    Yes.

19           Q    He was in the office with you

20   while you were playing chess with Douglas

21   Meiners?

22           A    Yes.

23           Q    How often did that occur?

24           A    Quite often.

25           Q    Was it just the three of you in a

354

1                        J. Doe

2    room together?

3            A     Yes.

4            Q     At any point did either of them

5    say anything inappropriate to you?

6            A     While playing chess or at any

7    point in time?

8            Q     We're going to start with while

9    playing chess?

10           A     While playing chess?

11           Q     Yes.

12           A     I don't believe so.  I don't

13   remember that, no.

14           Q     At any point in time?

15           A     Yes.

16           Q     Can you explain?

17           A     I remember one time I didn't give

18   much meaning to it; but he always wanted my to

19   sit by him and not do any gym because he said

20   that he liked my legs.  I didn't think it was

21   relevant at that time, but it's obviously

22   relevant now.  At one point he tried to kiss me

23   and I did not allow that to happen.  And I

24   tried to avoid him after that incident.

25           Q     When you say "he" and "him," are

355

```
 1                        J. Doe
 2   you referring to Douglas Meiners?
 3         A    Douglas Meiners.
 4         Q    At what point did he try to kiss
 5   you, where were you?
 6         A    At gym.
 7         Q    In gym class?
 8         A    After gym he asked me to stay
 9   after class.
10         Q    Were there any other students
11   around?
12         A    No.
13         Q    Were there any other teachers
14   around?
15         A    No.
16         Q    When he tried to kiss you, what
17   did you do?
18         A    Well, so he said to stay after
19   class; so I stayed.  And he wanted to talk and
20   I wasn't sure what he wanted to talk about.
21   And I believe that was -- I thought he wanted
22   to talk about why he had put me on the fencing
23   class because I did not wanted to be in
24   fencing.  I was very specific, I don't want to
25   be in fencing.  So I thought he wanted to talk
```

356

1                          J. Doe

2    about that.  But then he pinned me on the wall.

3    He put one arm on the wall and he got very

4    close and he reached to kiss me.  And I just

5    like bent my knees and ran out of the room.

6          Q    Did you say he hit you on the

7    wall?

8          A    He pinned me.  He didn't hit me.

9    He put me against the wall.

10              MR. ASHANTI:  She said pinned.

11         Q    So you are saying he put his hands

12    on you?

13         A    Not on me.  On the wall.

14         Q    So at no point did he ever touch

15    you?

16         A    No.

17         Q    Do you recall what year that was?

18         A    I believe that was 2001.

19         Q    Was that before or after you

20    reported your relationship with Mr. Waltzer to

21    him?

22         A    After.

23         Q    How long after would you say?

24         A    Maybe -- I'm not sure.

25         Q    Was it months would you say?

357

1                          J. Doe

2          A     Not months.

3          Q     Weeks?

4          A     Maybe weeks.

5          Q     What other interactions did you

6    have with him other than when you reported your

7    relationship with Mr. Waltzer and the incident

8    in the gym that you just described?

9          A     Given he was my teacher, I would

10   see him pretty often.  Besides what I stated

11   about us playing chess, we used to spend time

12   just talking; but I don't remember the context

13   of our conversations.

14         Q     Do you remember how long the

15   conversations typically were?

16         A     Five, ten minutes.

17         Q     Do you recall if they had to do

18   with school or family or something else?

19         A     I don't recall.

20         Q     At any point in the time that you

21   knew him, did he ever put his hands on you?

22         A     I don't recall.

23         Q     Other than what you've already

24   testified to, what else, if anything, did he

25   say that you felt was inappropriate from the

358

1                        J. Doe

2    time that you met him until the present?

3         A    Another behavior I felt was

4    inappropriate from him?

5         Q    Anything he said to you.

6         A    Anything that he said to me?

7         Q    Correct.

8              MR. ASHANTI:  So inappropriate

9         words?

10             MS. DAINOW:  Correct.

11        A    We had a conversation years later.

12   Maybe, say, in the last ten years somewhere.

13   Maybe ten years ago we had a conversation and I

14   believe he apologized for some stuff that had

15   happened.  And he told me that at that time he

16   had developed feelings for me and that he was

17   having a hard time being -- he didn't want his

18   wife anymore and they were having a difficult

19   time and he didn't want his wife anymore

20   because he felt like he was in love with me.

21   That's what he said.

22        Q    The conversation that you're

23   describing, did it occur in person on the phone

24   or something else?

25        A    On the phone.

359

```
 1                          J. Doe

 2          Q    Where were you at that time?

 3          A    Honolulu.

 4          Q    Do you know where he was located

 5     at the time?

 6          A    Somewhere in the mainland.

 7          Q    Do you recall if he was still a

 8     teacher at Francis Lewis at that point?

 9          A    No, he wasn't.

10          Q    How do you know?

11          A    He told me so.  He was somewhere

12     in North Carolina.  I don't know somewhere.

13          Q    Did you call him or did he call

14     you?

15          A    I called him.

16          Q    How did you have his number?

17          A    I don't think he changed his

18     number from before.

19          Q    How did you originally have his

20     number?

21          A    I believe he gave it to me while

22     we were at school.

23          Q    At what point in school did he

24     give it to you?

25          A    I do not remember.
```

360

1                        J. Doe

2              Oh, another inappropriate behavior

3    when he took me home.  Or he took me out of

4    school.  I forgot.

5         Q    So are those two separate things

6    where he took you home and took you out of

7    school, or is it the same?

8         A    Two different occasions.

9         Q    I'll get to those in a second.  I

10   want to circle back.

11             How did you originally get his

12   number?

13        A    He gave it to me.

14        Q    On school grounds?

15        A    Yes.

16        Q    Was anyone else around?

17        A    Probably.  Michael Eisenberg, he

18   was around.

19        Q    Was it in a classroom, in the

20   hallway or something else?

21        A    In the office.

22        Q    What office?

23        A    Their office.

24        Q    Did they share an office?

25        A    They shared an office together,

361

```
 1                      J. Doe
 2    yes.
 3          Q    Did anyone else share the office
 4    with them?
 5          A    I do not know.  I don't think so;
 6    but I don't know.
 7          Q    Did you ask for his number?
 8          A    No, I didn't even have a cell
 9    phone.  So to me it was just like a number.
10          Q    So he just voluntary gave it to
11    you?
12          A    Yes.
13          Q    Did he tell you to do anything
14    when he gave you the number?
15          A    He invited me to his house to go
16    to the sauna which I did not even know what a
17    sauna was at that time.  So he told me if I
18    changed my mind to give him a call.
19          Q    What prompted his invitation?
20    What was happening at that time?  What was your
21    conversation like?
22          A    I don't remember, but his
23    conversation was very casual.  He didn't seem
24    like he was never -- it didn't feel to me like
25    there was meaning to it.  But I didn't
```

362

```
 1                    J. Doe
 2   understand what was happening.
 3              MR. ASHANTI:  Different between
 4        then and now?
 5              THE WITNESS:  Yeah.
 6        Q    So you said that you didn't have a
 7   cell phone at that time.
 8        A    Uh-hum.
 9        Q    Do you recall approximately what
10   time that was?  How old were you?
11        A    I didn't have a cell phone.
12        Q    You had testified he gave you his
13   number and you didn't even have a cell phone at
14   this time, right?
15        A    Correct.
16        Q    So at what time are you describing
17   you didn't have a cell phone?
18        A    I never had a cell phone until
19   many years later.  So I'm not sure.
20        Q    Did he give you his address as
21   well or just his phone number?
22        A    I never got his address.  Just a
23   phone number.
24        Q    Did he write down his number for
25   you or something else?
```

363

                                J. Doe

1

2          A     I do not remember.

3          Q     Did you write it down?

4          A     I don't remember.

5          Q     At that point you said Michael

6    Eisenberg was present, correct?

7          A     Yes.

8          Q     Did he also give you his number?

9          A     No, he did not.

10         Q     Did you ask for it?

11         A     No, I did not.

12         Q     Did he say anything when Douglas

13   Meiners gave you his number?

14         A     No, he did not.

15         Q     Did you say that you would call

16   Douglas Meiners?

17         A     No, I did not say that.

18         Q     So I'm going to circle back to you

19   had previously said that Douglas Meiners had

20   inappropriate behavior toward you; is that

21   right?

22         A     Correct.

23         Q     So are the only instances that you

24   recall when he took you home and when he took

25   you out of school other than what you've

364

```
1                         J. Doe

2    already testified to?

3         A    Say that again.

4         Q    Other than what you've already

5    told me today, are the only other instances of

6    what you believe to be his inappropriate

7    behavior the time when he took you home and

8    also the separate time when he took you out of

9    school?

10        A    Like if I believed that there was

11   any other inappropriate behavior?

12        Q    Right.

13        A    Now that I look back or that I

14   thought at that moment?

15        Q    No.  If you're thinking about it

16   now, do you recall any instances other than

17   what we've talked about today where you believe

18   that he acted inappropriately?

19        A    Yes.

20        Q    Can you describe them?

21        A    I was the only student that was

22   advised to wear a short tank top for his gym

23   class.

24        Q    You are saying --

25        A    Instead of my uniform.
```

365

1                         J. Doe

2          Q     Were uniforms mandatory for

3     students in gym?

4          A     Yes.

5          Q     So all of your peers wore them?

6          A     Yes.

7          Q     Who advised you not to wear a

8     uniform?

9          A     Douglas.

10         Q     And when did that occur?

11         A     During the time that he was my

12    teacher.

13         Q     Did you automatically comply, or

14    did you try to wear a uniform and something

15    happened, or something else?

16         A     I did what I was told.

17         Q     Did any of your peers question why

18    you were wearing a tank top and not a uniform?

19         A     A short tank top?

20         Q     Correct.

21         A     No.

22         Q     Did you ask him why he wanted you

23    to wear that?

24         A     No.

25         Q     Did it ever concern you at the

366

1                           J. Doe

2      time?

3            A     No.

4            Q     Why not?

5            A     I didn't think.  I was young and

6      stupid.

7            Q     When you say short tank top, are

8      you saying low cut or showing your mid drift or

9      something else?

10           A     It was up to here.

11           Q     So right underneath your chest?

12           A     Correct.

13           Q     In terms of the bottom half of

14     your uniform, did you still wear that?

15           A     Yes.

16           Q     How long were you in his gym class

17     before being transferred to his fencing class?

18           A     I finished the gym class, but I

19     guess he wasn't going to be my teacher anymore.

20     So because I was on a different gym class,

21     different semester, then he transferred me to

22     his fencing class because that was the class he

23     was going to be teaching.

24           Q     Can you describe for me when

25     Mr. Meiners took you home?

367

1                           J. Doe

2          A     When?

3          Q     When did he take you home?

4          A     I don't remember exactly, but I

5     believe -- I'm not sure.

6          Q     Was it your first year of high

7     school?

8          A     Probably.

9          Q     Could it have been your second

10    year of high school?

11         A     Could be.

12         Q     And how did this happen?  Can you

13    explain the events surrounding it?

14         A     Yes.  So I had worn a skirt that

15    day.  And right after school, I was walking

16    toward the bus and he drove up and he parked.

17    He came out of the car and he said that he

18    didn't want me to walk to the bus, or like be

19    with like the students.  Because then the boys

20    were probably going to be looking at me, so he

21    wanted to take me home.

22         Q     And did you go with him?

23         A     Yes.

24         Q     Where did he take you?

25         A     To my house.

368

1                        J. Doe

2          Q     What happened during the car ride?

3          A     I don't remember.  Nothing

4     happened.

5          Q     Any conversations?

6          A     We probably had conversations, but

7     I don't remember any physical interaction.

8          Q     Do you recall the sum and

9     substance of the conversation?

10         A     I do not.

11         Q     Do you recall how it made you

12    feel?

13         A     I think I was very nervous to be

14    in his car by myself.

15         Q     Why did you agree to go in his

16    car?

17         A     Because he told me to do so.

18         Q     Were any students around when it

19    happened?

20         A     Probably because it was right

21    after the ending of school day.

22         Q     Were any teachers around?

23         A     I don't know.  I didn't look

24    around to see.

25         Q     So you didn't look to see if there

369

1                          J. Doe

2    were any teachers?

3          A    No.

4          Q    Did you see any in your peripheral

5    vision?

6          A    I don't remember.

7          Q    How far was the bus stop where he

8    picked you up from the actual entrance to the

9    school?

10         A    At that time I got out from the

11   side of the school or the back of the school.

12   So it was around the corner.

13         Q    Had you gone out that entrance

14   before?

15         A    Yes.

16         Q    When you gone out that entrance in

17   the past, had you ever seen teachers around

18   that area?

19         A    A lot of students went out through

20   that door as well.  It wasn't unusual to see

21   faculty and students.  It wasn't like an

22   isolated place, no.

23         Q    But when you did get in his car,

24   did you not see any teachers around?

25         A    I do not remember.  I do not

370

```
 1                          J. Doe
 2    recall if I did or did not.
 3          Q    You said there were likely
 4    students around though, right?
 5          A    Likely students, yes.
 6          Q    Do you recall seeing any students?
 7          A    I don't remember specifically.
 8    But I have a memory of other people walking
 9    around.  But I don't remember.  I don't know
10    who they were.
11          Q    Do you recall seeing any DOE
12    personnel at all?
13          A    I do not recall that.
14          Q    Do you recall seeing any parents
15    or parental figures around?
16          A    I do not remember that.
17          Q    So your testimony is that he took
18    you from the bus stop and gave you a ride home?
19          A    It wasn't from the bus stop.  It
20    was from the sidewalk next to the school.
21          Q    Is that the only time you ever
22    went in his car?
23          A    No.
24          Q    When was the other time?  How many
25    other times were there?
```

371

1                           J. Doe

2          A      One more time.

3          Q      What was the other time?

4          A      When he came to my classroom and

5     took me out of class to go to the park.

6          Q      So you are saying he came to your

7     classroom.  What class were you in at that

8     time?

9          A      I don't remember.

10         Q      Do you recall who your teacher was

11    at the time?

12         A      No.

13         Q      Do you recall any conversation

14    between Mr. Meiners and the teacher for him to

15    be able to take you out of that class?

16         A      No.  But it seemed like it was

17    kind of normal for people to do that.

18         Q      What exactly happened?  Did he

19    knock on the door and call for you and you came

20    outside or something else?

21         A      No, he went inside and asked

22    permission.  He said I had something to do.

23    And I was kind of puzzled especially because

24    this time he was not alone.  Then I was more

25    puzzled.  And then he said we're going to go to

372

1                        J. Doe

2    the park.  And I was extremely puzzled because

3    I had no idea why I had to go to the park

4    during class.

5        Q    When he said you were going to go

6    to the park, were you still in the classroom

7    when he asked to take you out, or were you

8    outside of the classroom with the door closing,

9    or something else?

10       A    I was outside of the classroom.

11       Q    Was door the closed?

12       A    I don't remember that.

13       Q    Do you recall if the teacher whose

14   class you were in heard Mr. Meiners say he was

15   going to take you to the park?

16       A    I don't remember that.  But the

17   other teacher that was there with us heard it.

18       Q    Who was this other teacher?

19       A    I don't know his name.  I believe

20   it's Mr. Powell; but I'm not 100 percent sure.

21       Q    Do you know what subject Mr.

22   Powell taught or whoever this teacher was?

23       A    Gym.

24       Q    Have you ever been in this

25   person's class?

373

1                         J. Doe

2          A     No.  He was a new teacher.

3          Q     Have you ever seen him before up

4     until that day?

5          A     Yes.

6          Q     Did you ever have any interactions

7     with this person?

8          A     Never.

9          Q     So can you walk me through this,

10    Mr. Meiners and this other teacher took you to

11    the park.  Did they drive you there or

12    something else?

13         A     They drove me there.

14         Q     Who was driving the car?

15         A     Douglas.

16         Q     And where was this other teacher?

17         A     In the back seat.

18         Q     So were you in the front seat?

19         A     Yes.

20         Q     Do you remember what kind of car

21    it was?

22         A     It was a black car.

23         Q     Do you know what type?

24         A     Like an SUV.

25         Q     How far is the park from your

374

1                              J. Doe

2     school?

3            A     I do not know.

4            Q     Was it a short ride?

5            A     Yeah, like ten minutes.

6            Q     So you went off school grounds?

7            A     Yes.

8            Q     So there was no part of the school

9     property where in there was a park area?

10           A     You mean like where we went it was

11    part of the school property?

12           Q     Correct.

13           A     No, it wasn't.

14           Q     So you went off school grounds.

15    Do you know what park he took you to?

16           A     No, not sure.

17           Q     What happened when you got to the

18    park?

19           A     He wanted to go sit by the water

20    and feed the ducks.  And he -- the other

21    teacher just was like walking around.  And we

22    sat on a bench and he wanted to play chess.

23           Q     "He," being Mr. Meiners?

24           A     Douglas, yes.

25           Q     Was there a chess board around?

375

1                          J. Doe

2          A     Yeah, he had it.

3          Q     So how long was your excursion to

4     the park?

5          A     Maybe, I don't know, 30 minutes.

6          Q     So did you end up playing chess

7     with Mr. Meiners?

8          A     No, I don't think we did.  I think

9     it was more like -- I was just really

10    flustered.  I didn't understand what was

11    happening.  I didn't know why we were at the

12    park.  I still don't know why we went to the

13    park.

14         Q     Did you ever tell him you didn't

15    want to go to the park?

16         A     No, I did not.

17         Q     Why not?

18         A     Because that was not my character

19    to say what I thought or how I felt.

20         Q     At any point when you were at the

21    park, did you tell Mr. Meiners or this other

22    teacher you wanted to leave?

23         A     No.

24         Q     When were you at the park, if you

25    didn't play chess, what did you do?

376

J. Doe

1

2          A    I sat on the bench and at some

3    point we fed the ducks and we just talked, but

4    I do not remember what about.

5          Q    Do you recall if it was about

6    school?

7          A    I do not remember that.

8          Q    Do you recall if it was about your

9    family?

10         A    It could have been.

11         Q    Do you recall if it was about

12   Mr. Waltzer?

13         A    It could have been.

14         Q    Did you at any point report your

15   relationship with Mr. Waltzer to Douglas

16   Meiners?

17         A    Yes.

18         Q    At what point did you do that?

19         A    After we came back and a couple

20   days later that when we came back from that

21   incident, Mark saw us coming in.

22         Q    Can you describe what happened?

23         A    I think they had to talk about the

24   incident.  And I believe that -- I remember

25   that Mark had told me that I can't do that.

377

```
 1                           J. Doe
 2    And if anybody else would have seen it they
 3    would have lost their job so it was that
 4    serious.
 5          Q    Can't do that, meaning what?
 6          A    Go out with teachers out of school
 7    premises.
 8          Q    Did Mr. Waltzer in your presence
 9    tell that to Douglas Meiners?
10          A    Not in my presence, no.
11          Q    Did Mr. Waltzer in your presence
12    tell that to the other teacher?
13          A    No, he did not.
14          Q    Did Mr. Waltzer ever tell you
15    after the fact that he had spoken to Meiners
16    and/or the other teacher about what you just
17    described?
18          A    No, he did not say that.
19          Q    So how do you know this
20    information?
21          A    Because Douglas told me.
22          Q    So what exactly did Douglas tell
23    you?
24          A    I'm a bit lost.
25          Q    You are saying that Mr. Waltzer
```

378

1                              J. Doe

2    said essentially it was inappropriate for a

3    teacher to take you off school grounds to the

4    park.

5          A    He said that directly to me.

6          Q    Were any of the other teachers

7    around?

8          A    No.

9          Q    Were you aware if Mr. Waltzer ever

10   had that conversation with those teachers?

11         A    If I was aware of what?

12         Q    If Mr. Waltzer ever had that

13   conversation, meaning it being inappropriate to

14   take you off school grounds with those two

15   teachers?

16         A    I believe so.  Because Douglas

17   told me that they had a conversation.  He

18   actually came at a different day.  Maybe the

19   day after.  And he took me out of another class

20   and he was panicking it looked like.  And he

21   was very anxious about consequences of taking

22   me out of school.

23         Q    You are saying Mr. Meiners said

24   this?

25         A    Yes.

379

1                       J. Doe

2          Q     He took you out of another class?

3          A     Yes.

4          Q     What class was that?

5          A     I don't remember.

6          Q     Do you recall who the teacher was?

7          A     No.

8          Q     And do you recall how long after

9    you had gotten in the car with him to go to the

10   park that Mr. Meiners took you out of this next

11   class?

12         A     I believe it is one or two days

13   later.

14         Q     What happened when he took you out

15   of class?

16         A     He just wanted to talk to me about

17   Mark.

18         Q     Can you tell me the conversation

19   as best as you can recall it?

20         A     He was saying that, you know, he

21   was in big trouble.  He was going to get into

22   big trouble that we went off premises.  And I

23   was didn't understand what was going on.  And I

24   believe it was at that point that we talked

25   about my relationship with Mark.

380

1                        J. Doe

2        Q    How did that come up?

3        A    I don't remember.  I don't

4   remember exactly what prompted.

5        Q    What exactly did you tell him with

6   respect to your relationship with Mr. Waltzer?

7        A    I don't remember exactly my words.

8        Q    What's the sub and substance of

9   what you said?

10       A    That Mark and I were together and

11  I was going to talk to him about it.  About him

12  not saying anything about going out of premises

13  or something.

14       Q    I'm confused.  So the only thing

15  you told Mr. Meiners with respect to Mr.

16  Waltzer was that you were with Mr. Waltzer and

17  wanted to talk to Mr. Meiners about it?

18       A    I don't understand what you are

19  saying.

20       Q    With respect to your relationship

21  with Mr. Waltzer, what was the full scope of

22  what you told Mr. Meiners?

23       A    At first I had mentioned to him

24  that I was going to talk to Mark and he was

25  wondering why, you know, I would even talk to

381

1                         J. Doe

2    Mark.  And I believe it came out that Mark and

3    I were together and he kind of -- he had more

4    questions about that.  So then I explained to

5    him what was happening.  Everything that was

6    happening with Mark.

7                    MR. ASHANTI:  He was going to talk

8            to Mark because Mark had scolded him to

9            help Meiners.  Were you talking to Mark?

10                   MS. DAINOW: Are you correcting her

11           testimony?

12                   MR. ASHANTI:  For what reason were

13           you talking to Mark?  For what reason

14           were you telling Meiners that you would

15           talk to Waltzer in order to do what?

16   Q     Do you understand the question

17   that your counsel asked you?

18                   MR. ASHANTI:  What would be the

19           reason you would talk to Waltzer on

20           behalf of Meiners?

21                   MS. DAINOW:  That's not the

22           question.

23   Q     The question is what is the sum

24   and substance of the conversation had you with

25   Doug Meiners about Mr. Waltzer?

382

```
 1                    J. Doe

 2              MR. ASHANTI:  She mentioned that

 3         in the answers.  That's the reason I

 4         brought it up.

 5         Q    Do you understand your counsel's

 6    question?

 7              MR. ASHANTI:  You are not

 8         articulating the reason.

 9              THE WITNESS:  Okay.

10         Q    Do you need the question to be

11    read back to you?

12         A    Please.

13              MS. DAINOW:  Can you read back

14         Carl Ashanti's question?

15              (Record read.)

16         Q    Do you understand the question?

17    If you understand the last question your

18    counsel asked why, would you talk to Mr.

19    Waltzer about --

20         A    Because we were in a relationship.

21    And I didn't want Douglas to get in trouble.

22    And I didn't want anybody to get in trouble.

23         Q    What, if anything, did Mr. Waltzer

24    do in response to your saying that?

25         A    What did he do?
```

383

1                        J. Doe

2              MR. ASHANTI:  She was talking to

3         Meiners.  This is a conversation she's

4         having with Meiners.

5              MS. AROUBAS:  You're trying to fix

6         her testimony.

7              MR. ASHANTI:  No, I am not.

8         Meiners took her out of class.  Then

9         they had a conversation.  She is

10        describing that conversation she said,

11        right?  That's on the record, right?

12             MS. DAINOW:  Right.  But then your

13        question asked about what she talked to

14        about Waltzer to Meiners.

15        A    I was talking to Meiners.

16        Q    So there was no conversation with

17   Mr. Waltzer about anything you did or said with

18   Mr. Meiners?

19        A    I don't remember the conversation

20   that I had with Mark about Meiners.

21        Q    To your knowledge, did Mr. Waltzer

22   ever report that Mr. Meiners took you off

23   school grounds?

24        A    To my knowledge, no, he did not.

25        Q    To your knowledge, did Mr. Waltzer

384

1                          J. Doe

2    ever report that this other gym teacher took

3    you off school grounds?

4          A    Not to my knowledge, no.

5          Q    In terms of your conversation with

6    Mr. Meiners since we haven't really gotten this

7    on the record yet.  Can you tell me everything

8    you recall about what you told Mr. Meiners

9    about your relationship with Mr. Waltzer?

10         A    So all of this is the conversation

11   I had with Meiners.  I told Meiners that Mark

12   and I were together.  And then he had a lot of

13   questions regarding the matter.  He wanted to

14   know how long was it going on and what was

15   happening.  And I remember we had a

16   conversation about everything that was

17   happening with Mark just because I did feel at

18   that time that to me Douglas was like the

19   closest friend that I even had in high school.

20         Q    So you felt Douglas was a closer

21   friend to you than Mark Waltzer?

22         A    Yes.

23         Q    Why?

24         A    Because we would play chess

25   together and we had, you know, extracurricular

385

1                           J. Doe

2    activities like that that we used to spend a

3    lot of time.

4         Q    Did you ever tell Douglas Meiners

5    that you had sexual relations with Mr. Waltzer?

6         A    Yes, I did.

7         Q    What, if anything, did Mr. Meiners

8    say or do when you told him about your

9    relationship with Mr. Waltzer?

10        A    He was surprised.

11        Q    Anything else?

12        A    He changed.

13        Q    How so?

14        A    After that that's when the

15   incident of him trying to kiss me happened.

16        Q    And again how far after?

17        A    I do not know.

18        Q    When he tried to kiss you, was

19   that the only time he did that?

20        A    Yes.

21        Q    At any point, did he make any

22   other sexual advances toward you while you were

23   in high school?

24        A    I don't recall that.

25        Q    Are you aware of whether or not

386

1                          J. Doe

2    Mr. Meiners ever reported what you said to him

3    about Mr. Waltzer?

4          A     To my knowledge, no, did he not.

5          Q     Did you ask him not to?

6          A     I did not.

7          Q     Did you ask him to report it?

8          A     I did not.

9          Q     How many semesters did you have

10   him as a teacher?

11         A     I do not remember.

12         Q     When you told Doug Meiners about

13   your relationship with Mr. Waltzer, was anyone

14   else present for that conversation?

15         A     I don't think so.

16         Q     That conversation, that happened

17   on school grounds?

18         A     Yes it did.

19         Q     Where on school grounds did it

20   happen?

21         A     Hallway.

22         Q     Were classes going on at that

23   point?

24         A     Yes.

25         Q     Was there anyone in the hallway,

387

1                          J. Doe

2    to your knowledge, at that point?

3          A    I do not know.

4          Q    Do you recall people passing you

5    by during that conversation?

6          A    I do not remember.

7          Q    Do you recall if there were

8    classrooms around you?

9          A    Yes, there were classrooms around

10   me.

11         Q    Do you recall if any of those

12   classroom doors were open during that

13   conversation?

14         A    I do not remember that.

15         Q    After that conversation what did

16   you do?

17         A    I went back to class.

18         Q    After the situation in the gym

19   where you are describing that Meiners tried to

20   kiss you, did you ever -- if I asked you this

21   forgive me -- did you ever report that to any

22   DOE teacher?

23         A    I told that to Mike Eisenberg.

24         Q    That's the only person you told?

25         A    Yes.

388

1                        J. Doe

2          Q     Just to clarify, you didn't tell

3     any other authority figure at your school?

4          A     I felt every teacher was an

5     authority figure.

6          Q     So my question is, did you tell

7     anyone who wasn't a teacher who worked at that

8     school other than Mr. Eisenberg?  For example,

9     did you tell the principal, did you tell a

10    guidance counselor?

11         A     No, I did not.

12         Q     A sub?

13         A     A sub?

14         Q     A substitute teacher?

15         A     No, I did not.

16         Q     Had you normally confided in

17    Mr. Meiners prior to the date you told him

18    about your relationship with Mr. Waltzer?

19         A     I don't know if the word "confide"

20    is the right word.

21         Q     What word would you use?

22         A     I trusted him.

23         Q     How did it come to be that you

24    trusted him?

25         A     He was kind and he was always just

389

1                         J. Doe

2    -- he didn't seem -- like before this to me it

3    didn't seem like, you know, he was -- he never

4    touched me.  He never tried to do anything

5    inappropriate at the time.  His behaviors were

6    kind of like -- sometimes I didn't understand

7    and it was kind of weird.  But I think spending

8    a lot of time with him during not just class.

9    Because even while class was going on, he still

10   had me sit by him at all times in front.  Even

11   when everybody was like running around doing

12   stuff, I still had to be sitting or be by him

13   at all times.  So it almost like felt like a

14   level of trust that I had with him.  I believed

15   that he had my best interest at that moment.

16        Q    When you said you sat with him,

17   are you referring to during the classes you had

18   with him?

19        A    During the class, yes.

20        Q    Did he ask you to sit with him?

21        A    Yes.

22        Q    Did any other students ever say

23   anything as to why you were sitting with him

24   and they had to run around and participate in

25   gym?

390

1                      J. Doe

2         A     No one said anything to me.

3         Q     Did you ever observe Mr. Meiners

4    having any interactions with any other

5    students?

6         A     Yes, he had many interactions with

7    all the students.

8         Q     Did you ever observe him to have

9    interactions with students outside of class?

10        A     I don't recall.

11        Q     Did you ever observe him to have

12   interactions with any students in the hallways

13   or in an office or in another room in the

14   school?

15        A     I do not recall.

16        Q     When you said you observed him to

17   have relationships with many students, were you

18   referring to students in his class?

19        A     Correct.

20        Q     During class time?

21        A     Yes.

22        Q     When he spoke with those students

23   that you saw, did he speak with both male and

24   female students?

25        A     Yes.

391

1                         J. Doe

2          Q    To your knowledge, did he treat

3     any other students the way he treated you?

4          A    No.

5          Q    To your knowledge, did he talk to

6     any of the other students in the same way that

7     he talked to you?

8          A    No.

9          Q    Did you ever see him with another

10    student?

11         A    No.

12         Q    Other than in your class with him

13    wherein he was teaching the students, did you

14    ever see him in a situation where he was

15    interacting with another student?

16         A    No.

17         Q    Did you ever see him interact with

18    any students off school grounds?

19         A    No.

20         Q    Did you ever hear that he had

21    interacted with any students off school

22    grounds?

23         A    No.

24         Q    Did you ever follow up with

25    Douglas Meiners about your conversation about

392

1                           J. Doe

2    your relationship with Mr. Waltzer?

3         A    Yes, in 2010.  I believe it was

4    2010, but it could have been earlier than that.

5         Q    Is 2010 when had you that phone

6    call with him or something else?

7         A    That same time, yes.

8         Q    To clarify, that phone call was

9    when you were living in Hawaii?

10        A    Correct.

11        Q    What exactly did you say about

12   your relationship with Mr. Waltzer during that

13   phone call?

14        A    He just had a couple of questions.

15   He wanted to know if Mark and I were still

16   together.  And I said no that was, you know

17   done for a while.  And he just wanted to know

18   -- what did he say?  I don't remember all the

19   details of the conversation.  But I remember we

20   talked about it briefly.

21        Q    You called him?

22        A    I called, yes.

23        Q    Was it a pleasant conversation?

24        A    It was a pleasant conversation.

25        Q    Did you enjoy speaking with him?

393

1                         J. Doe

2          A    I wouldn't say I enjoyed it like

3     it was an event to be enjoyed.  Like any other

4     conversation with anyone else.

5          Q    Why did you call him?

6          A    I don't remember the background

7     reason of why I made that call.

8          Q    Did he talk to you about his wife

9     on the phone?

10         A    About his wife?

11         Q    Yes.

12         A    Other than how he felt about his

13    wife at that time?

14         Q    No, how he felt about his wife at

15    that time or something else?

16         A    Yeah, at that time he did mention

17    how he felt about his wife.

18         Q    What did he say?

19         A    That he got to the point where he

20    didn't want to touch her anymore.

21         Q    Did he say anything else?

22         A    About his wife?

23         Q    About anything.

24         A    Other than what I stated before?

25         Q    Yes, other than what you've

394

```
 1                    J. Doe
 2   already testified to.
 3        A    That he was doing well.  He was
 4   still teaching fencing privately, I guess.  I
 5   don't remember anything else.
 6        Q    Was the other teacher aware of
 7   your conversation with Mr. Meiners about your
 8   relationship with Mr. Waltzer?
 9        A    What other teacher?
10        Q    The other teacher who you said was
11   in the car with you and Mr. Meiners when you
12   went to the park?
13        A    I do not recall that.
14        Q    Do you recall if he ever knew
15   about your relationship with Mr. Waltzer?
16        A    I do not recall that.
17        Q    Did you ever tell him?
18        A    No, I did not.
19        Q    Was he present for the
20   conversation you had with Douglas Meiners about
21   your relationship with Mr. Waltzer?
22        A    No, he was not.
23        Q    Were you married at the time that
24   you made the call to Mr. Meiners in 2010?
25        A    Yes.
```

395

1                    J. Doe

2        Q    Did you tell him about your

3    husband?

4        A    I'm sure we touched on the

5    subject.

6        Q    What did you say?

7        A    I don't remember.

8        Q    Do you recall if what you said was

9    positive or negative?

10        A    I don't remember.

11        Q    Other than the instances you've

12    already testified to with respect to Mr.

13    Meiners, are there any other interactions

14    verbal or physical that you recall ever

15    happening between you and Mr. Meiners?

16        A    I can't seem to recall right now.

17        Q    Is it possible that there were

18    more instances you haven't described?

19        A    It is possible, yes.

20        Q    Is it possible there aren't more

21    instances that you haven't described?

22        A    I think we had a lot of

23    interaction.

24        Q    But you can't recall any specific?

25        A    I can't recall specifics.

396

1                          J. Doe

2          Q    You said that you had spoken with

3    Mr. Eisenberg.  How did you know Mr. Eisenberg?

4          A    He was sharing the room with

5    Douglas.  He was sharing the office.

6          Q    Did you ever speak to him outside

7    the presence of Mr. Meiners?

8          A    Yes.

9          Q    On what occasions?

10         A    Just passing in the hallways

11   sometimes briefly.  More specifically was the

12   one time that I went to look for Douglas

13   because of the incident that he tried to kiss

14   me and I was -- after, you know, I was able to

15   like think about it, I was a little bit upset

16   about his behavior because it was not what I

17   thought about him at all.  And I went to his

18   office to try to talk to him and ask him why

19   did he do that.  And he wasn't there.  But Mike

20   was there by himself and he asked me to come in

21   and to sit down because he wanted to talk to

22   me.

23         Q    So you had originally wanted to

24   speak with Meiners about why he tried to kiss

25   you?

397

1                    J. Doe

2         A     Right.

3         Q     But you didn't find Meiners.

4    Instead you found Eisenberg?

5         A     Correct.

6         Q     Did you have a conversation with

7    Mr. Meiners about why he tried to kiss you at

8    any point?

9         A     Yes.  When I had that conversation

10   in 2010, and I believe that now that I

11   remember, that it is the reason why I talked to

12   -- I called Douglas because he was always a

13   pending conversation and I guess at that time,

14   you know, I was too young and kind of so many

15   things were happening.  So then I kind of

16   forgot about it.  Got to the point in my life

17   where I wanted to start straightening out the

18   things that happened, and that's why I called

19   Douglas.

20        Q     Did you call any other DOE teacher

21   around that time or at any point after you had

22   left high school?

23        A     No, I didn't have like a way to

24   contact anybody else.  I probably would have if

25   I did.

398

1                          J. Doe

2          Q    Did you ever call Eisenberg at any

3    time after you left school?

4          A    I didn't have a way to contact

5    him, no.  I did not.

6          Q    So when you went to try to tell

7    Mr. Meiners in their office about talking to

8    him about the kiss and you found Mr. Eisenberg,

9    what did you tell him?

10         A    So I told Eisenberg that I was

11   looking for Douglas because I wanted to talk to

12   him about something.  And he was like, "come

13   in, I want to talk to you about something."

14   And so I went inside and I sat in Douglas's

15   chair and he was like "what's wrong"?  I didn't

16   want to tell him what was wrong, but he already

17   knew what happened.

18         Q    How did he know?

19         A    Douglas had told him.

20         Q    How do you know that Douglas told

21   him?

22         A    Because Mike told me.  Michael

23   told me that Douglas had told him that he was

24   his really good friend.  That he actually was,

25   I guess, his best man or something at his

399

1                              J. Doe

2    wedding.  And then he pulled out a picture of

3    Douglas's wife and he referred to him as

4    "bastard."  He was like, "look at this bastard.

5    Look at his wife."  And he said that Douglas

6    had like an amazing wife, but she was very

7    successful and that probably was something that

8    intimidated him.  And he started talking about

9    Douglas in that way.  And he said that, you

10   know, that -- because I said I don't know

11   what's wrong, why would he behave like that.  I

12   thought we were friends.  And all of a sudden

13   he changed and he said, "well, you do not know?

14   You really don't know?"  I said, "no, I do not

15   know."  And then he said Douglas is in love

16   with you, but he can never do anything about it

17   because he's married.  And then he say, "but

18   I'm not and I would marry you on the spot.  All

19   you have to say is yes and I'll marry you."

20   And I was very confused and I left.

21        Q    When Eisenberg was describing

22   Meiners and the fact he has a wife and you

23   referred to the conversation him saying that

24   Meiners was a bastard, was he saying that in

25   gest or was he saying that angrily or something

400

1                         J. Doe

2    else?

3           A    I don't remember.

4           Q    Was it a pleasant conversation or

5    was it heated or something else?

6           A    Something else.

7           Q    Could you describe it in any way?

8           A    I think he was trying to make a

9    point of Douglas's intentions.  And I believe

10   that he was a little angered about what was

11   happening.  Because he kind of was friends with

12   both of them.  Not just Douglas.  He seemed

13   like he was close to both of them to be in

14   their wedding.  He said he was in their

15   wedding.  And he just took the opportunity to

16   make a move.

17          Q    You are saying that after he said,

18   "well, I would marry you in a second," you left

19   the room?

20          A    I don't remember anything else

21   from this.  But I remember that it was an

22   uncomfortable moment.  And I didn't know what

23   to say at that point and I left.  I don't

24   remember what words were exchanged after that.

25          Q    Did he ever make any physical

401

1                          J. Doe

2    sexual advances at you?

3         A    No, did he not.

4         Q    At any point in time?

5         A    Not that I remember.  But I told

6    him that Douglas had put me in a fencing class,

7    in his fencing class and I didn't want to be

8    there.  And he told me that not to worry

9    because I could get transferred to his class

10   instead.  And I did.  And he said, "you don't

11   have to come to my class ever.  You will pass.

12   I cannot pass you with 100, but I'll give you

13   85, you don't have to come to my class."

14        Q    When was that conversation?

15        A    At that same time that we were at

16   the office.  He wanted to kind of make up for

17   the stuff that was happening with Douglas.

18        Q    In any of your other interactions

19   with Mr. Eisenberg, did he ever say anything to

20   you that was flirting or inappropriate or some

21   kind of sexual advance?

22             MR. ASHANTI:  So marriage proposal

23        doesn't qualify?

24        Q    Any other interactions with

25   Mr. Eisenberg wherein he said anything to you

402

                              J. Doe
1
2   was inappropriate, flirting or a sexual
3   advance?
4        A    Eisenberg was just weird and he
5   was like that with many students.  He was a
6   flirt and he was always chasing the students
7   that I knew about him.  I saw him.  I heard
8   him.  He was that kind of person.  An a lot of
9   people knew that.  A lot of students knew that.
10       Q    How old was he at that time, if
11  you know?
12       A    He did not reveal that to me, no.
13       Q    Could you approximate an age?
14       A    Forty maybe.
15       Q    When you said you know and you
16  saw, can you describe for me a specific
17  scenario where you saw Mr. Eisenberg treating
18  other students the way he was treating you?
19       A    I saw him touching students
20  shoulders.  You know, he would always like to
21  be really close to students.  Put his arms next
22  to them.  I already knew he was that kind of
23  teacher.
24       Q    In instances that you're
25  describing wherein he stood close to students

403

```
 1                        J. Doe
 2    or maybe touched their shoulders or arms, was
 3    that female student?
 4           A     Female students.
 5           Q     Was it ever a male student?
 6           A     I don't recall that.
 7           Q     You said you heard instances like
 8    this.  Can you describe what you mean?
 9           A     Students would talk about
10    Eisenberg.
11           Q     What would they say?
12           A     That he was inappropriate with
13    them.
14           Q     Would these students be female or
15    male?
16           A     Female.
17           Q     Any males?
18           A     Never.  I never heard that.
19           Q     Would they describe what they
20    meant by inappropriate?
21           A     I don't remember.  I just remember
22    thinking that his behavior was inappropriate.
23    But I don't remember specifics.
24           Q     Did you ever hear him saying
25    anything inappropriate to any other female
```

404

```
 1                    J. Doe
 2  student?
 3        A    I don't remember right now.
 4        Q    At any point, did you become aware
 5  that Mr. Meiners was leaving the school to move
 6  away?
 7        A    I don't remember that.
 8        Q    Do you recall ever a certain point
 9  where you just didn't see him at school
10  anymore?
11        A    I guess so.
12        Q    Did it ever come to your attention
13  that he had left the school?
14        A    No.
15        Q    Did you ever give Mr. Meiners
16  anything in the form of a gift or notes, or a
17  picture, or anything else at any point when you
18  were a student at that school?
19        A    No.
20             MS. DAINOW:  Again I'll note for
21             the record counsel is having a
22             conversation with his client again
23             during this deposition.
24        Q    I notice you had another
25  conversation with your counsel.
```

405

                              J. Doe

1

2              MR. ASHANTI:  No conversation.  I

3        instructed my client on something.

4        Q    Is there anything you want to

5   change from your testimony based on your

6   conversation with your counsel?

7        A    I don't remember what my answer

8   was and what was question?

9        Q    At no point did you give him a

10   picture or a note or a letter?

11        A    Not that I remember.  I could

12   have.

13        Q    So now are you changing your

14   testimony based on your conversation with your

15   counsel?

16        A    No, I'm answering your question.

17   You just asked me a question.

18              MR. ASHANTI:  You asked her a

19        question.  Again, you asked a question.

20        She didn't say, "I want to change

21        anything."  You asked her the question

22        again.

23              MS. DAINOW:  Right.  Her testimony

24        now changed after you just had a

25        conversation with her.

406

1                        J. Doe

2              MR. ASHANTI:  No, it did not.

3        Q    Do you recall ever giving him your

4   phone number?

5        A    I didn't have a phone number to

6   give.  No.

7        Q    A landline phone number?

8        A    No.

9        Q    And at any point did he give you

10  anything, meaning a letter, a picture, notes,

11  anything along those lines?

12       A    Not that I remember.

13       Q    Other than the phone call that you

14  described in 2010, since your at high school,

15  have you had any other contact with him?

16       A    No.  And 2010, is just a ballpark.

17  I'm not 100 percent sure when that phone call

18  was made.

19       Q    Did you ever report to anyone

20  Mr. Eisenberg's advances towards you?

21       A    At this point, I wasn't going to

22  talk to one more person about anything.

23       Q    So just to be clear for the

24  record, did Mr. Eisenberg ever touch you in any

25  way?

407

1                     J. Doe

2              MR. ASHANTI:  Objection.  Asked

3         answer answered.  You can answer the

4         last time.  She asked you that.  You can

5         answer the last time.

6         Q    You can answer again.

7         A    Not that I remember.

8         Q    So at no point did you tell any

9    teacher or principal or guidance counselor, or

10   anyone else about your experiences with Mr.

11   Eisenberg?

12        A    No, I did not.

13        Q    Other than gym, do you know if he

14   taught any other classes?

15        A    I don't know that.

16        Q    After that incident wherein he

17   said something about a marriage proposal, did

18   you speak with him after?

19        A    I believe so, yes.

20        Q    How long after that incident did

21   you speak with him?

22        A    I believe soon after.  Because I

23   was transferring into his class.  I rarely

24   went.  I went only a few times.  But I don't

25   remember that I took his words very seriously.

408

1                        J. Doe

2        Q    So were you in his class for the

3    entire semester?

4        A    I don't remember.  I think I was.

5    But I don't think I went there more than twice.

6        Q    Did you have conversations with

7    him while you were in his class?

8        A    I don't remember that.  I might

9    have.

10       Q    After you stopped being in his

11   class, did you have any interactions with him?

12       A    I don't think so.

13       Q    To your knowledge, was Mr. Waltzer

14   ever disciplined by anyone at the school after

15   you had told Mr. Meiners about your

16   relationship with him?

17       A    No.

18       Q    Did you say that Mr. Eisenberg

19   knew about your relationship with Mr. Waltzer?

20       A    I did not.

21       Q    Did he?

22       A    I don't know.

23       Q    Your to knowledge, was Mr. Meiners

24   ever disciplined by anyone at the school for

25   any of his actions or words which you deem to

409

```
 1                      J. Doe
 2    be inappropriate?
 3         A    I don't think he was.
 4         Q    To your knowledge, was Mr.
 5    Eisenberg ever disciplined by anyone at the
 6    school?
 7         A    I don't think he was.
 8         Q    During the 2000 to 2001 school
 9    year, did any other teacher subject you to
10    behavior that you found to be inappropriate?
11         A    As soon as I could, I left that
12    toxic environment.
13         Q    So to be clear --
14              MR. ASHANTI:  2000, 2001 school
15         year?
16              MS. DAINOW:  Correct.
17              MR. ASHANTI:  2000 to 2001 school
18         year.
19         A    2000 to 2001.  What was the
20    question?
21         Q    Let me make this broader.  Other
22    than teachers who you testified about already,
23    was there any other teacher or DOE personnel or
24    employee who subjected you to any words or
25    actions that you deemed inappropriate?
```

410

1                          J. Doe

2          A      Not that I recall right now.

3          Q      Were there any other teachers

4    other than those who you've testified about

5    today you feel sexually harassed you?

6          A      No.

7          Q      What about engaged in sexual

8    misconduct toward you?

9          A      Not that I recall right now.

10         Q      Did you see any school

11   psychologists, or did you ever see any school

12   psychologists when were you in high school?

13         A      No.

14         Q      Did you ever see any school

15   psychologists in middle school?

16         A      No.

17         Q      Did you ever see any social

18   workers in high school or middle school?

19         A      No.

20         Q      Did you ever see any mental health

21   professionals in middle school or high school?

22         A      No.

23         Q      Did you ever see any mental health

24   professionals after high school for a period of

25   ten years following high school?

411

1                      J. Doe

2          A    No.

3          Q    When was the first time you saw a

4    mental health professional?

5          A    I believe it was maybe 2020.

6          Q    Why did you seek out their

7    treatment?

8          A    After I got divorced, I started to

9    intake everything that had happened in my life,

10   and I felt like I needed some help.

11         Q    When you say everything happening

12   in your life, can you describe what that means?

13         A    Starting from middle school all

14   the way until then.

15         Q    Why did you wait so long to start

16   seeing a mental health professional about what

17   happened to you during middle school and high

18   school?

19         A    Because it wasn't something that I

20   even admitted to myself.  It's something that I

21   suppressed for a very long time.  I became

22   really busy in life just so I wouldn't have to

23   think about anything.  It's not something that

24   was fresh for me.  It wasn't something that I

25   wanted to look at.  I believed if I didn't

412

J. Doe

1
2    think about it, then I didn't have to face
3    anything.  And if I made it seem like I forgot
4    and didn't care, it wasn't real, then it didn't
5    hurt.  And that was my mechanism in order to be
6    able to have a normal life.  But I didn't
7    realize it wasn't a normal life.  I was just
8    suppressing everything.  And I didn't know how
9    to open the gates to that that led to just
10   manifesting other behavior.  But I didn't feel
11   the need to express any of these things to
12   anybody.  I didn't know how to.
13            Q    Who was the mental health
14   professional you first saw in 2020?
15            A    Jay Valdez.
16            Q    How long did you treat with him?
17            A    Still are.
18            Q    Did he ever diagnose with you any
19   mental health disorders?
20            A    I do not know if diagnosed.  He
21   hasn't said anything like that, no.
22            Q    Did he ever prescribe you any
23   medication?
24            A    No.
25            Q    How many other mental health

413

1                        J. Doe

2    professionals, if, any have you seen?

3              MR. ASHANTI:  In her entire life?

4              MS. DAINOW:  Yes.

5         A    I saw a trauma psychologist.  I

6    believe she's on record.  I don't remember her

7    name.

8         Q    Where did you see her?

9         A    In Hawaii.

10        Q    When did you see her?

11        A    Maybe the end of 2020, towards

12   2021.

13        Q    How long did you treat with her?

14        A    Just a few months.

15        Q    At any time in your sessions, did

16   you mention your experiences in middle school

17   and high school?

18        A    Yes.

19        Q    Are there any other mental health

20   professionals you treated with in your life?

21        A    I don't understand question.

22        Q    Other than Jay Valdez and the

23   trauma psychologist -- actually, do you know

24   the name of the trauma psychologist did you

25   say?

414

1                            J. Doe

2          A    I don't have the name.  But I

3    think she's on the record already.

4          Q    Do you know the practice this

5    person's work out?

6          A     Their own practice.

7          Q    Other than these two people, have

8    you ever sought treatment with any mental

9    health professional?

10         A     Treatment?

11         Q    Guidance counseling, treatment.

12   Treatment would mean you have a session with

13   someone, a consultation with someone and speak

14   about your emotional issues, your emotions?

15              MR. ASHANTI:  By counsel, I

16         believe she testified yesterday it was a

17         Thanh Nguyen.

18         Q    Do you recall treating with the

19   person your counsel said on the record?  Do you

20   recall treating with Thanh Nguyen?

21         A     Yes.

22         Q    When did you start treating with

23   this person?

24         A     Somewhere in 2021.

25         Q    How long did you treat with this

415

```
 1                        J. Doe
 2   person for?
 3          A     Not too long.  Maybe couple
 4   months.
 5          Q     So you are still not treating with
 6   this person?
 7          A     No.
 8          Q     Other than these three
 9   individuals, is there anyone else who you saw
10   treated with, any psychologist, psychiatrist,
11   social workers, mental health professionals,
12   anyone?
13          A     Yes.
14          Q     Who?
15          A     I don't have their information.
16          Q     How many people?
17          A     A couple more.
18          Q     Were they in Hawaii?
19          A     No.
20          Q     Are they in New York?
21          A     Yes, somewhere.
22          Q     I'm sorry?
23          A     Yes.
24          Q     Where in New York are they?
25          A     One in Queens and the other one
```

416

1                          J. Doe

2    not in New York.  In Connecticut.

3            Q    You don't know their names?

4            A    No.

5            Q    Do you know what practice they are

6    part of?

7            A    No.

8            Q    Do you know when you saw them?

9            A    One I saw maybe about a year ago.

10           Q    And the other?

11           A    Maybe two months ago.

12           Q    Do you remember which one you saw

13   two months ago, the one in Connecticut or the

14   one in Queens.

15           A    Connecticut.

16           Q    So are you currently treating with

17   either of these two people?

18           A    No.

19           Q    So the person you saw two months

20   ago, it was just a stand-alone appointment?

21           A    Correct.

22           Q    Do you have any upcoming

23   appointment with any mental health

24   professionals?

25           A    No, I do not.

417

1                        J. Doe

2          Q    Who referred you to each of these

3     mental health professionals you just testified

4     about?

5          A    Who referred me?

6          Q    Correct.  Who referred to you

7     Jay Valdez?

8          A    Kaiser.

9          Q    Anyone in Kaiser specifically?

10         A    My OB/G.

11         Q    Who referred you to the trauma

12    psychologist?

13         A    I don't understand.

14         Q    Did you find the name of the

15    trauma psychologist on your own?  Or did

16    someone recommend that you treat with this

17    person, or something else?

18         A    I asked my attorneys to see if

19    they could help me to find someone local for

20    me.  And they assisted me to find someone that

21    was local so I can talk to.

22         Q    Which attorney?

23         A    I believe it was Karl.

24         Q    The other two people you

25    mentioned, the one who's located in Queens and

418

                              J. Doe

1
2    the one located in Connecticut who, if, anyone
3    referred to you see them?
4         A    Who referred me?
5         Q    Yes.
6         A    I believe Michael.
7         Q    Michael who?
8         A    Michael Musa-Obregon.
9         Q    Did that person refer you to see
10   the person in Queens or both?
11        A    Both.
12        Q    Without disclosing any
13   conversation between you and your counsel, do
14   you have an understanding why your attorney
15   referred you to see not only the trauma
16   psychologist, but also the two other
17   practitioners you mentioned?
18        A    If I have knowledge why?
19        Q    If you have any understanding why
20   you were referred to them again without
21   disclosing being any conversations you had with
22   your attorney?
23        A    To help me through my trauma.
24        Q    When you say "your trauma," what
25   are you referring to?

419

1                    J. Doe

2          A    The traumatic event that happened

3    with all of the teachers even starting with

4    middle school.

5          Q    During any of these sessions with

6    any of these people, did you ever talk about

7    your family life?

8          A    Do I have to talk about the

9    sessions with that I talked with the doctors?

10         Q    You mean here?

11         A    Yes.

12         Q    Yes.  You put your mental health

13   at issue; so I'm permitted to ask you questions

14   about it?

15         A    Okay, what was the question again?

16         Q    The question was:  At any point

17   during your sessions with any of these people,

18   did you discuss your home life, your family

19   life?

20         A    Yes.

21         Q    Did you discuss your relationship

22   with your mother?

23         A    Yes.

24         Q    Did you discuss your relationships

25   with your siblings?

420

1                        J. Doe

2        A     Yes.

3        Q     What about with your father?

4        A     Yes.

5        Q     During your marriage, did you and

6   your husband have marriage counseling?

7        A     No.

8        Q     Was that ever a topic of

9   conversation?

10       A     Well, I would like to change my

11  answer.

12       Q     Sure.

13       A     We did have counseling.

14       Q     Did you have counseling?

15       A     From the church.  Yes, from

16  church.

17       Q     Who counseled you?

18       A     Elders from the church.

19       Q     Were they licensed mental health

20  professionals?

21       A     No.

22       Q     Who were they?

23       A     I just said.

24       Q     My question specifically is were

25  they parishioners?

421

1                        J. Doe

2          A    I did say elders from the church.

3          Q     If you can describe to me your

4    definition of elder from a church?

5          A     They are the highest position to

6    shepherd the flock.

7          Q     Thank you.

8                Do you remember the names of any

9    of these elders?

10         A     I don't have their names right

11   now.

12         Q     When you say the church, are you

13   referring to a church in Hawaii, New York or

14   somewhere else?

15         A     Hawaii.

16         Q     Do you recall which church it was?

17         A     Jehovah Witnesses.

18               MR. ASHANTI:   It was disclosed.

19         Q     So that's a separate and different

20   church from Waipaho English Church, correct?

21         A     Both Jehovah Witness, yes.

22         Q     Were the elders who counseled you

23   and your husband part of the Waipahu English

24   Church?

25         A     Sometimes.   One time it was.

422

1                               J. Doe

2   Depending on where you live, it's where you

3   would go to church or go to Kingdom Hall.

4         Q    Do you recall a church elder by

5   the name of George Clemente?

6         A    Yes, I do.

7         Q    Do you recall what conversation

8   you had with him?

9         A    I believe that when we first moved

10  to Hawaii, my husband and I, we sat down and

11  talked to him about the abortion that had

12  occurred.

13        Q    What did you say about that?

14        A    I don't remember the full scope of

15  the conversation.  But I wanted to talk about

16  me having an abortion when I was younger.  Just

17  the fact it occurred.

18        Q    Did you tell him when the abortion

19  occurred?

20        A    I don't remember if I did.

21        Q    Did you talk to him about any

22  other DOE teacher?

23        A    I did not.

24        Q    Was there another church you had

25  mentioned you were counseled by elders?

423

1                          J. Doe

2          A    I don't know what you're referring

3     to.

4          Q    You said there was Jehovah

5     Witnesses church or churches.  Was there more

6     than one church is what I'm getting at?

7          A    Yes.  Location.

8          Q    Location.  Did you attend both of

9     those churches?

10         A    In different locations, yes.

11         Q    Were you counseled by elders from

12    both churches?

13         A    You mean about my marriage, right?

14         Q    Correct.

15         A    Like marriage counseling, yes.

16         Q    Do you recall telling any other

17    church elders other than the one I just named

18    about your abortion?

19         A    No.

20         Q    Or about your relationship with

21    Mr. Waltzer?

22         A    No.

23         Q    Do you know what Child Victims Act

24    is?

25         A    Now I do.

424

1                         J. Doe

2          Q    When did you learn about it?

3          A    In 2020.

4          Q    What do you believe it to be?

5          A    A protection for children that

6    were abused.

7          Q    How did you come to learn about

8    the CVA?

9          A    Online.

10         Q    Did you on your own volition look

11   it up?  Did someone tell you "Hey, you know,

12   you should know about this," or something else?

13         A    No, I looked it up on my own.

14         Q    What prompted you to look it up?

15         A    Mark coming to Hawaii.

16         Q    Do you recall when you looked it

17   up?

18         A    I do not recall.

19         Q    How long after Mr. Waltzer went to

20   Hawaii did you look it up?

21         A    I do not recall.

22         Q    Did you know that the CVA extended

23   the statue of limitations of sexual misconduct?

24         A    I found that out at that time.

25         Q    That was during the time you

425

```
 1                    J. Doe
 2   looked this up on your own?
 3        A    Right.
 4        Q    Did you ever file an
 5   administrative complaint against any of the
 6   defendants in this case?
 7        A    I did not.
 8        Q    So to your recollection, you never
 9   had a hearing with respect to any
10   administrative matter?
11        A    No.
12        Q    Regarding defendants in this case?
13        A    No.
14        Q    Were you ever denied any school
15   facilities upon returning to Francis Lewis in
16   the fall of 2000?
17            MR. ASHANTI:  Physically denied?
18            MS. DAINOW:  As opposed to?
19            MR. ASHANTI:  "Hey, don't come
20        back."  There's different ways to deny
21        someone.
22            MS. DAINOW:  I'll use it in broad
23        sense.
24        Q    Were you ever verbally denied
25   school facilities upon returning to Francis
```

426

1                         J. Doe

2    Lewis in the fall of 2000?  That's when you

3    started 10th grade, fall of 2000?

4         A    When I started 10th grade?

5         Q    Correct?

6         A    1999.

7         Q    Okay, thank you.  My mistake.

8              Were you verbally denied any

9    school facilities at Francis Lewis High School

10   in the fall of 1999?

11        A    No.

12        Q    Were you ever physically denied

13   any school facilities upon returning to Francis

14   Lewis in 1999, in the fall of 1999?

15        A    I don't know what you mean by that

16   question.

17        Q    Were you ever denied access to any

18   school facilities or any school programs when

19   you were at Francis Lewis High School?

20        A    Not that I recall.

21             MR. ASHANTI:  I need to object

22             because there's legal terminology being

23             used.  She's a lay person.

24             MS. DAINOW:  What terminology?

25             MR. ASHANTI:  "Denied."

427

1                          J. Doe

2              MS. DAINOW:  Is that a legal term?

3              MR. ASHANTI:  That's a human

4         rights claim, okay, she doesn't know

5         that.  So I'm not going to let her

6         attach legal significance to something

7         that she's looking at literally and is

8         unaware there could be constructive

9         denial in a legal sense.  So you're

10        trying to trick her.

11             MS. DAINOW:  No, I am not.

12             MR. ASHANTI:  You are.  You're

13        trying to treat it literally, when it's

14        not just literally.  In the legal sense

15        it's also constructively as you know.

16        She probably doesn't even know what that

17        term means.  So therefore, I'm not going

18        to allow this line of questioning where

19        you're going to say, "Oh, no, look what

20        you said."  When she's thinking only

21        literally, you're thinking legally

22        constructively.

23             MS. DAINOW:  Don't tell me what

24        I'm thinking.  She already testified on

25        the record that she reviewed the

428

1                    J. Doe

2        complaint and the allegations in the

3        complaints were true.

4            MR. ASHANTI:  She's not a lawyer.

5        I'm a lawyer.  So you're asking her

6        legal questions.  I'm not going to allow

7        her to answer legal questions.  She's

8        not a lawyer.

9            MS. DAINOW:  I'll rephrase to the

10       best of my ability, but I'm not stopping

11       this line of questioning.

12           MR. ASHANTI:  That's fine.  We can

13       call the judge.  But she's not speaking

14       on legal terms when she's not a lawyer.

15           MS. DAINOW:  Let the record

16       reflect that I object with Mr. Ashanti's

17       opinion this is a legal opinion.  These

18       are literal questions about school

19       facilities.  And any layperson can

20       testify as to whether or not they were

21       denied entrance to any building, access

22       to any facilities, access to any program

23       or anything of the like.

24       Q    At any point when you were at

25   Francis Lewis High School, do you recall any

429

1                          J. Doe

2    DOE personnel telling you that you could not

3    enter the building?

4          A    I do not remember.

5          Q    At any point when you were at

6    Francis Lewis High School, do you recall any

7    DOE personnel telling you that you were denied

8    access to any classroom?

9          A    I don't remember.

10         Q    At any point when you were at

11   Francis Lewis High School, do you recall any

12   DOE personnel telling you that you were denied

13   the ability to participate in any sports clubs

14   or school activity?

15              MR. ASHANTI:  In the literal sense

16         you can answer only.

17         A    I do not recall.

18         Q    At any point, at Francis Lewis

19   High School, do you recall ever physically

20   being denied access to any of the things I just

21   asked you about?  For example, do you ever

22   recall that your locker was locked by someone

23   by the school and you weren't granted access to

24   it?

25         A    I do not remember.

430

1                          J. Doe

2          Q    Do you recall if you ever received

3    a letter, email, or any kind of notice in which

4    anyone from the school at Francis Lewis said

5    you could not use any of the school facilities

6    programs or anything of the like while you were

7    at Francis Lewis?

8              MR. ASHANTI:  In a literal

9          nonlegal sense you can answer.

10         A    I do not recall.

11         Q    Do you recall ever being denied

12   any educational opportunity when you were at

13   Francis Lewis High School?

14             MR. ASHANTI:  In a literal

15         nonlegal sense did someone say that to

16         you?

17         A    Someone said that I could not?

18             MR. ASHANTI:  Get an education

19         here.  In a literal nonlegal sense you

20         can answer the question only.

21             MS. DAINOW:  By counsel, I would

22         like to note Mr. Ashanti quoted this is

23         ridiculous despite the fact he made

24         clear in the allegations in the second

25         amended complaint which his client

431

                        J. Doe

1

2          already testified on the record multiple

3          times that she had reviewed and all the

4          allegations are true.  I'm entitled to

5          ask this line of questions.

6                 MR. ASHANTI:  She is a fact

7          witness.  She's not an attorney.

8                 MS. DAINOW:  I'm not asking her to

9          answer in legal sense.  I'm asking her

10         questions any layperson would be able to

11         answer.

12                MR. ASHANTI:  That's what I'm

13         saying.  I'm allowing her to answer in a

14         literal nonlegal sense.

15                MS. DAINOW:  Great.

16         Q    Do you need the question read back

17    to you?

18         A    Yes.

19                MS. DAINOW:  Can you please read

20         back the question?

21                (Record read.)

22         A    Can you explain what you mean by

23    that?

24         Q    Sure.

25                Were you ever denied ability to go

432

```
 1                    J. Doe
 2   to class?
 3              MR. ASHANTI: In a literal nonlegal
 4         sense did someone say, "don't come to
 5         this classroom," or physically block
 6         you?
 7    A    No.
 8              MR. ASHANTI:  Besides getting
 9         pulled out of class multiple times.
10              MS. DAINOW:  Counsel's now
11         testifying.
12              MR. ASHANTI:  No, I'm saying
13         except for that.  Unless you're
14         including that?  Because then she'd be
15         repeating her testimony.
16              MS. DAINOW:  It would be a broad
17         question.  If she said that, then it
18         would be repeating.  I'm not asking her
19         questions already been asked.
20              MR. ASHANTI: That's fine.
21    Q    Do you need the question read back
22   to you?
23    A    Is that what you're asking?  Like
24   if because of the things that happened became
25   an inability almost like blocking my ability to
```

433

```
  1                          J. Doe
  2    go too close, or was someone literally at the
  3    door?
  4              MR. ASHANTI:  That's what
  5              happened.  In a legal sense that's what
  6              happened.  But that's not what she's
  7              asking you now.  She's asking you -- see
  8              that's what I'm preventing her from
  9              asking you because you are not a lawyer,
 10              but you pinpointed exactly what
 11              happened.  That's exactly what happened.
 12              MS. DAINOW:  Again counsel's
 13              testifying what happened and what didn't
 14              happen.  These are the allegations I'm
 15              asking.
 16              MR. ASHANTI:  Well, no, I'm not
 17              speaking factually.  I'm speaking only
 18              in a legal sense, right, because I'm a
 19              lawyer.  She's speaking in a literal
 20              factual sense.  So that's the only way
 21              you can answer the question in a legal
 22              factual sense.  Someone's physically
 23              blocking you from entering class or
 24              something like that.
 25         Q    Right.  The question is were you
```

434

1                          J. Doe

2    denied any educational opportunity, were you

3    ever prevented or prohibited from attending

4    class?

5          A     Physically did someone block the

6    door, no.

7          Q     What about verbally?  Did someone

8    tell you you couldn't go to class?

9          A     When I was taken out of class, it

10   felt like I couldn't go to class.

11         Q     Did you return to class after you

12   were taken out of class?

13         A     Sometimes and sometimes I didn't

14   because whatever the event was took too long.

15         Q     You previously testified that

16   there was instance where Mr. Meiners took you

17   out of class, correct?

18         A     Right.

19         Q     Did you go back to class after you

20   came back to school?

21         A     A different class.  Because when

22   we went to the park, that took a little longer

23   than the class.

24         Q     So class had ended at that point?

25         A     Correct.

435

1                              J. Doe

2          Q    You went to your next class?

3          A    Correct.  Late.

4          Q    The other time did you testify

5    that there was another time you were pulled out

6    of class?

7          A    Yes.

8          Q    And after that interaction, did

9    you return to class?

10         A    Yes, but I missed class and I was

11   kind of lost after that.  And when Aaron took

12   me out of class, I was also missing class.

13         Q    Are you describing two different

14   instances?

15         A    Yes.

16         Q    So when Aaron took you out of

17   class after you finished talking to him or

18   however the interaction happened as you

19   testified, did you return to class?

20         A    Yes.

21         Q    Same class?

22         A    I believe so.

23         Q    Were you ever prevented from being

24   part of any other educational opportunities?

25   For example, a school club or a school sport,

436

1                          J. Doe

2    or anything academically related?

3          A     Yes.

4          Q     Can you explain what you mean?

5          A     I had to discontinue my extra

6    credit program or whatever that was at the

7    office because I did not want to be with Aaron

8    in the same room.  Also, I could have been in a

9    different class getting different credit.  But

10   instead of, I was doing fencing.  Those are two

11   instances.

12         Q     When you said extra credit

13   program, can you explain what that is?

14         A     I wanted to have extra credit.  So

15   that's why I even volunteered for the office.

16   But that was taken away.

17         Q     Is that the end of your testimony?

18         A     I feel a little lost right now.

19         Q     Are you indicating that you need a

20   break?

21         A     I believe so.

22               MS. DAINOW:  Is every one okay

23         with a break?  How long would you like

24         to take a break for?

25               THE WITNESS: Ten minutes.

437

1                    J. Doe

2              MS. DAINOW:  Well, say, 4:19 to

3         4:25.

4              (Off the record at 4:19.)

5              (Recess.)

6              (On the record at 4:30.)

7         Q    So the extra credit program, what

8    did that entail you went to the office and did

9    what?

10        A    Whatever was needed.

11        Q    Meaning office managerial work?

12        A    No, whenever they want me to do.

13   I don't remember specifically.

14        Q    Can you give one example?

15        A    I don't remember.

16        Q    Were you the only one who was part

17   of that program?

18        A    No.

19        Q    Other students were?

20        A    Yes.

21        Q    You said it was taken away from,

22   what do you mean?

23        A    Aaron was in the office the time.

24   Because Aaron was in the office at all times, I

25   felt like it was taken away because I didn't --

438

1                          J. Doe

2    I had to like stop doing that going to the

3    office to avoid him.

4          Q    You said you could have been in a

5    different class other than fencing.  Did you

6    ever try to be transferred to another class?

7          A    I don't remember.

8          Q    Did you ever tell anyone you want

9    to be transferred to another class?

10         A    I believe I was at another class

11   and that I got pulled out from.

12         Q    I don't know what you mean.

13         A    I was in one class and Douglas put

14   me into fencing.

15              And then I went to Eisenberg's

16   class.  And I didn't really go to his class.

17   So in that sense I was fine where I was to

18   begin with.  I had to bounce around too.  I did

19   not ever end up going to class.  So I was

20   prevented from going.

21         Q    Did you want to go to Eisenberg's

22   class?

23         A    No.

24         Q    At any point, did you want to

25   switch out of his class and go somewhere else?

439

1                     J. Doe

2          A    No, because I just didn't go.

3          Q    Did you want to go to a different

4    class though?

5          A    Yes.

6          Q    What other class did you want to

7    go to?

8          A    Just standard class that did not

9    involve any of the teachers that I already

10   previously mentioned.

11         Q    Were there any other extra credit

12   opportunity other than the program you were

13   part of?

14         A    Say that again.

15         Q    Were there any extra credit

16   opportunity at Francis Lewis other than the

17   program you were part of?

18         A    I don't remember.

19         Q    Did you ever try to seek out extra

20   credit opportunity after leaving program?

21         A    I don't remember.

22         Q    Were there other opportunities

23   that were offered to you?

24         A    No.

25         Q    Whether there ever opportunities

440

```
 1                    J. Doe
 2    that were available?
 3         A    I don't recall.
 4         Q    Were you ever denied access to any
 5    of the school resources?  For example, school
 6    library or water fountain or any kind of office
 7    or locker or anything of the like?
 8              MR. ASHANTI:  In a literal
 9         nonlegal sense you can answer.
10         A    My locker got broke into once.  I
11    was prevented from using it.  That was actually
12    kind of a usual occurrence in Francis Lewis
13    where they would steal all the lockers.
14         Q    When you said your locker was
15    broken into, are you referring to it being
16    broken into by students?
17         A    I don't know.  I didn't see who
18    did it.
19         Q    Was anything taken from your
20    locker?
21         A    Everything that was in there.
22         Q    This happened more than once?
23         A    Just once.
24         Q    When did it happen?
25         A    During school year.
```

441

1                            J. Doe

2          Q     Do you know what school year?

3          A     No.

4          Q     And do you recall anyone else's

5    locker being broken into?

6          A     Yes.

7          Q     So fairly common thing?

8          A     Seems like it.

9          Q     Do you know who broke into those

10   people's lockers?

11         A     I do not know.

12         Q     I don't know how I phrased this

13   before, but I want to ask the same questions

14   with respect to your middle school experience

15   because we talked about your high school.  So

16   were you ever denied any opportunity to obtain

17   an education when you were in middle school?

18              MR. ASHANTI:  You may answer in a

19         literal nonlegal sense.

20         A     Yes, I feel that I was.

21         Q     Can you describe that?

22         A     It was after the fight.  It was

23   really like I didn't feel like I could come

24   back to school.

25         Q     Did anyone ever tell you you can't

442

1                          J. Doe

2    come back to school?

3          A    With those words you cannot come

4    back to school?

5          Q    Correct.

6          A    No.  No one said you can either.

7          Q    Did anyone ever prevent you,

8    physically prevent you from coming back to

9    school?

10         A    No one stood outside of my door if

11   that's what you mean.

12         Q    Were you ever prevented the

13   opportunity to engage in any student activities

14   at either of those schools?

15              MR. ASHANTI:  You may answer in a

16         literal nonlegal sense.

17         A    I feel like I was prevented from

18   taking advantage of my gym class.

19         Q    The gym class taught by whom?

20         A    Douglas.  He literally had me

21   sitting by him and not being able to

22   participate.

23         Q    Were you ever in gym class taught

24   by anyone other than Meiners or Eisenberg?

25              MR. ASHANTI:  Were you finished

443

1                    J. Doe

2          with your answer describing how he had

3          you sitting.

4              MS. DAINOW:  There was a pause.  I

5          thought it was the end of testimony.

6          Q    If not, please continue.  Do you

7    need the question read back?

8          A    Sure.

9              (Record read.)

10             MR. ASHANTI:  Can you describe

11         that, please?

12         Q    If you haven't already done so in

13   the answer you gave.

14         A    I'm sorry, I'm just really, really

15   tired.

16             MR. ASHANTI:  Meiners gym class

17         sitting outside.

18             MS. DAINOW:  Let the record

19         reflect it's been taken at least a

20         minute now for the witness to answer the

21         question.

22         Q    If you already described it

23   before, you don't have to repeat it.  Your

24   counsel wants to know if your answer was

25   finished?  I thought it had finish if your

444

1                          J. Doe

2     testimony is not finish then please let me

3     know?

4          A    You're going so fast it's hard to

5     finish.

6          Q    Do you need the question read back

7     or are you able to answer?

8          A    It does feel that you go faster

9     than what I answer even.  If I'm not done,

10    you're going to the next, next, next.

11         Q    Is there anything you want to add

12    to any of the questions I've asked?

13         A    Can you ask the question again?

14         Q    The last one?

15         A    Yes.

16              MS. DAINOW:  Repeat it, please.

17              (Record read.)

18              MS. DAINOW:  It was not my

19              understanding I interrupted her.  There

20              was a long pause so I thought the

21              testimony concluded.  That's why I asked

22              the next question.

23              MR. ASHANTI:  At that moment in

24              time there was no pause.

25              MS. DAINOW:  Well, agree to

445

1                    J. Doe

2          disagree.

3          Q    Continue with your testimony.

4               MR. ASHANTI:  I'm telling you

5          that's the reason I said why you

6          finished.

7               MS. DAINOW:  Now we're cutting in

8          to the time.

9          A    The question was if I felt that my

10    education was...

11              MR. ASHANTI:  No, you were

12         describing Douglas Meiners.

13              THE WITNESS:  Yes.

14              MR. ASHANTI:  Him taking out of

15         your regular gym class, you said

16         something about sitting somewhere.  So

17         that's what you need to describe.

18         Sitting where and doing what while you

19         should have been doing what else?

20         A    I felt like I should have been

21    participating like everybody else.  But he

22    wanted me to be by his side.  So I felt like I

23    was prevented from participating in the normal

24    setting as everyone else.

25         Q    Is that the end of your testimony?

446

1                        J. Doe

2          A     Yes.

3          Q     Do you ever recall taking a gym

4    class with anyone other than two teachers that

5    you mentioned?

6          A     I do not recall at this moment.

7          Q     Do you think that's a possibility?

8          A     Yes, I do.

9          Q     Do you recall ever enjoying gym

10   class?

11         A     Yes.

12         Q     When do you recall enjoying gym

13   class?

14         A     When it wasn't subject to teachers

15   being too friendly.

16         Q     Have you ever taken any special

17   education classes?

18         A     I don't know what that means.

19         Q     Do you know what the term "special

20   education" means?

21         A     Special ed?

22         Q     Yes.

23         A     No, I never did.

24         Q     Do you know what it means?

25         A     Yes.

447

1                          J. Doe

2        Q    Do you believe that you were ever

3    denied any opportunity to any classes or

4    teachers or resources regarding special

5    education at either of the schools that you

6    attended?

7             MR. ASHANTI:  In a literal

8             nonlegal sense you may answer.

9        A    I don't know if I needed it or

10   not.  I don't think that I wasn't aware of what

11   was provided for me.  I never knew what was

12   available for me.

13       Q    At any point were you ever told

14   that you needed to be in a special education

15   class?

16       A    No, no one said that.

17       Q    Did you ever feel you needed to be

18   in a special education class?

19       A    Special education when I was in

20   school, was for people with disabilities.  And

21   I didn't feel like I had disability.

22       Q    How did what you experienced at

23   both middle school and high school other than

24   what you testified about, how did it affect

25   your education, if at all?

448

1                      J. Doe

2          A     It affected me greatly.  I don't

3    think I was able to learn.  I wasn't able to

4    participate properly as normal student.  I

5    wasn't able to study.

6          Q     Is that the end of your testimony?

7          A     No, it's not.

8          Q     Can you please continue?

9          A     I feel like I wasn't able to have

10   the same opportunities that everyone else did.

11   I felt harassed in many different ways.  And I

12   felt that I wasn't given the right

13   circumstances either because of many of the

14   school faculty.

15         Q     Were you ever discriminated

16   against by any of the DOE teachers or employees

17   based on your gender?

18               MR. ASHANTI:  In a little nonlegal

19         sense you can answer.

20         A     I believe so.  If the male

21   teachers were attracted to females.  Being

22   female, I felt like a discrimination as in

23   terms of 2023.

24         Q     What are those terms you're

25   referring?

449

1                    J. Doe

2        A    That females are discriminated

3    when they're being classified as sexual

4    objects.

5        Q    Did you ever feel you were

6    discriminated against due to your gender

7    identity at any of these schools?

8            MR. ASHANTI: In a literal nonlegal

9        sense.

10       A    I believe so by being a female, I

11   was sexually harassed.

12       Q    Do you believe that you were

13   denied an education at any of these schools

14   because you are a woman or female?

15           MR. ASHANTI:  In a literal

16       nonlegal sense you can answer.

17       A    Yes.

18       Q    During the experience that you

19   described with Eisenberg and Meiners and Aaron,

20   and also the janitor, what else was going on in

21   your life at that time, any major events or

22   chances?

23       A    Such as?

24       Q    Problems with your family,

25   friends, if you were in any kind of

450

1                           J. Doe

2    relationship, if you had a boyfriend that you

3    haven't told us about and you broke up with him

4    or vice versa, if there were any illnesses in

5    your family, or was there anything major going

6    on in your life during any of the instances

7    that you described with the DOE teachers?

8         A    No.

9         Q    Your relationship with your mother

10   was solid through all of those experience?

11        A    I wouldn't say solid.  But does

12   everyone not have issues with their parents?

13        Q    Well, I'm asking you.  Did you

14   have certain fights that you recall from that

15   time with your mother and family?

16        A    The only thing that I recall was

17   the argument I had with my mom when the first

18   time that I left and the incident with Mark

19   Waltzer.  But I don't remember many occasions

20   that we were fighting.  I don't remember this.

21        Q    Were there any occasion where you

22   had any falling outs with any of your friends?

23        A    No.

24        Q    Were there any individuals male or

25   female who you were romantically involved with

451

1                          J. Doe

2      that you haven't already testified when you

3      were in middle school or in high school?

4             A    No.

5             Q    Were there any illnesses in your

6      family or with you or your friends during

7      middle school or high school, severe illnesses?

8             A    No, not that I remember.

9             Q    So other than the one fight you

10     testified about with your mother, you didn't

11     have any other fights with her during your

12     middle school or high school years?

13                 MR. ASHANTI:  Other than what

14            she's testified to?

15                 MS. DAINOW: Right, other than what

16            she testified to.

17            A    I don't remember at this moment.

18            Q    Other than what you testified to,

19     is there anything else, any -- based on what

20     you've testified now, does it jog your memory

21     as to any life events or change or something

22     different, not the norm that was going on

23     during the time you had any interactions that

24     you described with DOE teachers?

25            A    Out of the norm?

452

1                          J. Doe

2          Q     I'm sorry, are you asking or

3    saying?

4          A     Did you say out of the norm?

5          Q     I'm trying to pinpoint examples

6    for you because it might be a hard question to

7    answer.

8          A     It is.  Because I didn't

9    understand what -- I didn't have a normal time.

10   So I don't know what does that mean.

11         Q     Did anything in your life that's

12   remarkable or that you remember happening

13   happen during the time that you were in middle

14   school or high school?

15               MR. ASHANTI:  Other than what you

16         testified to already.

17         A     I do not recall at this moment.

18         Q     I'm trying to pinpoint down a time

19   frame, so please bear with me.  Your sexual

20   relationship with Mr. Waltzer, do you recall

21   being in that relationship in the year of 1999?

22         A     No.

23         Q     Do you recall being in a sexual

24   relationship with Mr. Waltzer in the year of

25   2000?

453

1                          J. Doe

2          A    Yes.

3          Q    Do you recall being in a sexual

4    relationship with Mr. Waltzer in the year 2001?

5          A    Yes.

6          Q    Do you recall being in a sexual

7    relationship with Mr. Waltzer in 2002?

8          A    I do not recall.

9          Q    Do you recall how many months

10   after you had the abortion the first time you

11   had sex with him again was?

12              MR. ASHANTI:  Objection.  Asked

13         and answered.

14              MS. DAINOW:  I'm trying to

15         pinpoint this specific time frame.  I

16         might have asked that in a broader sense

17         before.

18         A    No, I do not remember.

19         Q    Do you remember how many weeks it

20   was between the time you had the abortion and

21   when you had sex with Mr. Waltzer again?

22         A    No.

23         Q    Do you remember what years it was?

24         A    No.

25         Q    Days?

454

1                          J. Doe

2         A    I don't remember.

3         Q    You testified about the nightclub

4    that you went to.  Do you happen to recall what

5    year it was?

6         A    No.

7         Q    Could it have been 2001?

8         A    Yes.

9         Q    You previously testified about

10   someone named Christopher Power; is that

11   correct?

12        A    Yes.

13        Q    Who is Christopher Power?

14        A    I believe that was the teacher

15   that was with Douglas Meiners when we went out

16   to the park; but I'm not 100 percent sure.

17        Q    Well, if for whatever reason he

18   wasn't a teacher, how do you know the name

19   Christopher Power?

20        A    I do not recall.

21        Q    Did you ever speak with this

22   person prior to that day?

23        A    No.

24        Q    Did you ever speak to this person

25   after that day?

455

1                           J. Doe

2          A     No.

3          Q     When you were at the park, did you

4    have a separate conversation with this person?

5          A     I probably did.  But I don't

6    remember.

7          Q     Did you have any kind of

8    interaction with him in a written or electronic

9    format at any point in time?

10         A     No.

11         Q     Who is Brunilda Sosa?

12         A     She's a friend.

13         Q     From where?

14         A     From church.

15         Q     What church?

16         A     Jehovah Witnesses.

17         Q     In Hawaii?

18         A     In Queens.

19         Q     When did you meet her?

20         A     I do not recall exactly when we

21   met.

22         Q     Do you recall maybe the year?

23         A     Maybe it was 2003.

24         Q     Do you still keep in touch with

25   her today?

456

1                        J. Doe

2          A    From time to time.

3          Q    Did you ever disclose to her any

4    of the experiences you had with any of the DOE

5    teachers?

6          A    Yes.

7          Q    What exactly did you tell her?

8          A    I told her what happened with

9    Mark.

10         Q    Is there anything you want to add?

11         A    Is there more to the question?

12         Q    Yes.  So the follow up would be

13   did you ever tell her anything about any other

14   DOE teacher?

15         A    I do not recall at this moment.

16         Q    You testified previously that

17   Mr. Waltzer gave you a promise ring.

18         A    Correct.

19         Q    Do you still have it?

20         A    I do not.

21         Q    When did you last have it?

22         A    Not too long after he gave it to

23   me.

24         Q    What happened to it?

25         A    My brother asked me why did I have

457

J. Doe

1      

2      that ring.  And I didn't know what to say.  And

3      I told him I found it and I gave it to him.

4           Q    You testified previously that you

5      flew to Hawaii for a visit and then also to

6      move there, right?

7           A    Yes.

8           Q    Who paid for your flights both

9      times?

10           A    My friend's family.  My friend

11      Suema Wong's family.  Her parents.

12           Q    Her parents paid for your flight

13      to and from Hawaii?

14           A    Correct.

15           Q    That was only for the flight to

16      visit her, correct?

17           A    Yes.

18           Q    So when you eventually moved to

19      Hawaii, did anyone help pay for your flight?

20           A    My husband.

21           Q    That's the only person?

22           A    Yes.

23           Q    I just want to circle back to your

24      medical and psychiatric history.  Were you ever

25      hospitalized in 2001?

458

                              J. Doe

1

2        A    2001?

3        Q    Uh-hum.

4        A    Hospitalized?

5        Q    Correct.

6             MR. ASHANTI:  Overnight?

7        Q    If you ever visited a hospital,

8    were admitted to a hospital, stayed at a

9    hospital.

10       A    Not that I recall.

11       Q    Do you recall a Flushing Hospital?

12       A    Yes.

13       Q    Do you recall ever going to

14   Flushing Hospital?

15       A    Yes.

16       Q    Do you recall what you went there

17   for?

18       A    In 2001?

19       Q    I'm just saying in general, since

20   you don't recall it being 2001, so I'm just

21   asking what you recall from when you went to

22   Flushing Hospital.

23       A    I remember in 1995, I got really,

24   really sick.  Maybe 1996, I got very sick.  I

25   got the flu.  I don't know.  I had a really

459

1                               J. Doe

2     high fever and I was in Flushing Hospital.

3           Q     Did you ever have to fill out any

4     paperwork in order to treat there?

5           A     I don't remember.

6                 MR. ASHANTI:  She was 11 in 1996.

7           Q     Did your parent accompany you to

8     the hospital?

9           A     I don't remember who took me.

10          Q     You don't recall any further

11    hospital visits after 1996?

12          A     Like stay over visits?

13          Q     Any kind of visit or admission.

14          A     I could have been sick at some

15    point and went to the hospital.  It is a

16    hospital after all.

17          Q     Do you ever recall seeking

18    treatment with a cardiologist?

19          A     Yes, for heart murmur.

20          Q     Do you recall when that was?

21          A     It was around that time.

22          Q     What time?

23          A     2000, 2001, somewhere around

24    there.

25          Q     Do you recall who you treated

460

1                        J. Doe

2    with?

3           A    No, I do not.

4           Q    Do you recall the facility?

5           A    I believe it was Flushing

6    Hospital.

7           Q    Did anyone accompany you to that

8    appointment?

9           A    I don't remember.

10          Q    Did you ever disclose to that

11   doctor or anyone at Flushing Hospital anytime

12   you went there that you had an abortion?

13          A    No.

14          Q    Did you ever write it in any

15   paperwork?

16          A    Not that I remember.

17          Q    In who else, if anyone, at Kaiser

18   did you treat with?

19          A    I don't understand.

20          Q    Kaiser has various doctors there,

21   right?

22          A    Uh-hum.

23          Q    Who other than who you testified

24   to, did you treat with, if anyone?

25          A    I don't know what you're talking

461

1                           J. Doe

2    about.

3         Q    Did you ever treat with anyone at

4    Kaiser for anything other than what you

5    previously testified about?

6         A    Yes.

7         Q    Can you explain?

8         A    I had a podiatrist.  I broke my

9    foot at one point in my life, and I had

10   surgery.  I stayed at the hospital.  I been in

11   the hospital many times.  And I've seen many

12   doctors; but I do not have the information.

13        Q    Do you know who Nadine Estaban is?

14        A    Yes.

15        Q    Who is that?

16        A    She's a friend.

17        Q    From where?

18        A    From Hawaii.

19        Q    Did you meet her in Hawaii?

20        A    Yes, I did.

21        Q    Did you ever tell her about your

22   experiences with DOE teachers?

23        A    Yes, at some point.

24        Q    What is the extent of your

25   conversation with her?

462

1                        J. Doe

2         A      Pretty much everything that

3    happened in New York.

4         Q      Did you ever recall treating at

5    Kaiser for a car accident?

6         A      Probably.  Normal occurrences,

7    yes?

8         Q      What do you mean by "normal

9    occurrences"?

10        A      Like...

11               MR. ASHANTI:  Car accident are

12        common.

13        A      Everyone has a car accident.

14   Usually does get treated at a hospital, yes.

15        Q      You're referring to normal

16   occurrence in general, not for you?

17        A      Right.

18        Q      Would it refresh your recollection

19   if I told you that you were involved in a motor

20   vehicle accident in October of 2012?

21        A      2012?

22        Q      Correct.

23        A      Okay.

24        Q      Does that refresh your

25   recollection?

463

                          J. Doe

1

2        A    Not very much, but...

3        Q    Well, do you recall ever being in

4   a car accident at some point in 2000s?

5        A    I don't believe it was a car

6   accident.  My car got hit very lightly and I

7   believe that I went to see a doctor just as

8   precautions.  But I don't believe that it was a

9   major car accident that marked a huge event in

10  my life.

11       Q    Did you have any back pain as a

12  result of the accident?

13       A    I probably did if it says it right

14  there.

15       Q    It doesn't say anything anywhere.

16  I'm just asking you.

17       A    I don't remember.

18       Q    Did you ever have any back pain

19  issues prior to that accident?

20       A    I do not remember.

21       Q    Have you ever been diagnosed with

22  any mental health issues at all?

23            MR. ASHANTI:  Unrelated to this.

24            MS. DAINOW:  Unrelated to this

25       accident.  I'm just skipping around.

464

1                          J. Doe

2              MR. ASHANTI:  Unrelated to this

3          litigation?

4              MS. DAINOW:  Well, she said she

5          first started seeing a mental health

6          professional, period, in 2020.  So it's

7          not restricted to this litigation.  It's

8          in general, because she started seeing a

9          mental health professional afterwards.

10             MR. ASHANTI:  I'm saying someone

11         can say in treating for the events for

12         which this lawsuit was brought.

13             MS. DAINOW:  Sure.  We can narrow

14         it.

15             MR. ASHANTI:  That qualifies as

16         mental health issues.  I'm just trying

17         to say are you accepting that?  Meaning

18         that's an exception you're leaving that

19         to the side.  Other than that?

20             MS. DAINOW:  No my question is

21         broader.

22         Q    Have you been diagnosed by any

23     mental health professional that you've ever

24     seen with any mental health issue or disorder?

25         A    I don't know how to answer that.

465

                              J. Doe

1

2       Q    Do you recall being told that you

3   had any mental health issue?  For example,

4   anxiety, depression, bipolar disorder, multiple

5   personality disorder?  I'm just naming things

6   off the cuff.  Have you ever been told by any

7   mental health professional that you --

8              MR. ASHANTI:  PTSD.

9              MS. DAINOW:  Correct, PTSD.  Thank

10         you.  That's another example.

11      A    Yes.

12      Q    What were you told and by whom?

13      A    PTSD, anxiety, all by the doctor

14  in Connecticut.  And I can't recall at this

15  moment due to length of this meeting and being

16  extremely exhausted where I can't think

17  anymore.

18      Q    We're only going to be meeting

19  eight more minutes.  Bear with me.

20              Do you recall being prescribed any

21  medication for anything by any mental health

22  professionals?

23      A    I do not recall at this moment.

24      Q    What, if anything, do you recall

25  about the PTSD diagnosis?

466

1                           J. Doe

2          A    I don't remember right now.

3          Q    How did you pay for your

4     appointments with your mental health

5     professionals?

6          A    I'm not sure.

7          Q    Were they covered by insurance?

8          A    I didn't have to provide

9     insurance; so I'm not sure if that's what

10    payment was made.

11         Q    Do you know if you have any

12    out-of-pocket expenses from any medical or

13    mental health appointments as a result of the

14    alleged events in this lawsuit?

15         A    With Dr. Jay, it's under my

16    insurance.  The doctor I'm seeing currently in

17    Hawaii, it's being billed to my insurance.

18         Q    Do you have any actual

19    out-of-pocket expenses?

20         A    Yes.  The other doctor,

21    Dr. Nguyen, it was completely out-of-pocket and

22    something I paid for due to feeling the need to

23    speak to a specialist.

24         Q    Do you have any bills, receipts,

25    invoices?

467

1                      J. Doe

2          A     Not at this moment.

3          Q     Would you be able to procure them

4     at a later time?

5          A     I can try.

6          Q     The appointments were covered by

7     insurance.  Do you recall ever paying a co-pay?

8          A     No.

9          Q     To your knowledge, the only

10    appointments that were not covered by insurance

11    were what you just testified to.  I think Dr.

12    Valdez; am I correct?  Did I miss that up?

13         A     What was the question.

14         Q     Dr. Nguyen, was that a mental

15    health professional or practitioner, period,

16    where you had out-of-pocket expenses?

17         A     To my knowledge, yes.

18         Q     Did you ever seek out any medical

19    treatment -- forget psychiatric treatment for a

20    second -- did you ever seek out medical

21    treatment as of the alleged events in this

22    lawsuit?

23              MR. ASHANTI:  Besides the

24         abortion?

25              MS. DAINOW:  Correct.

Case 1:21-cv-04332-FB-RML    Document 152-2    Filed 12/29/23    Page 310 of 347
PageID #: 1584

468

```
 1                        J. Doe
 2          A    I didn't know I needed to.
 3          Q    Did you ever file report with the
 4    NYPD against Mr. Waltzer?
 5          A    No, I did not.
 6          Q    To your knowledge, did Mr. Waltzer
 7    ever face any criminal charges?
 8          A    Not that I know of.
 9          Q    Do you know if he was ever
10    convicted of any crime?
11          A    I do not know.
12          Q    Same question for Mr. Meiners.
13    Did you ever file a report with NYPD against
14    Mr. Meiners?
15          A    No.
16          Q    What about Mr. Eisenberg?
17          A    No.
18          Q    Are you aware if whether
19    Mr. Meiners ever faced criminal charges?
20          A    I do not know.
21          Q    What about Mr. Eisenberg?
22          A    Do not know.
23          Q    Are you aware if either of them
24    were ever convicted of a crime?
25          A    I do not know.
```

469

1                              J. Doe

2          Q    What about the teacher, the

3    janitor, and Aaron, did you ever file a report

4    with NYPD against them?

5          A    No.

6          Q    Are you aware if they ever faced

7    criminal charges?

8          A    No.

9          Q    Are you aware if they were ever

10   convicted of any crimes?

11         A    I'm not aware.

12         Q    To your knowledge, were there any

13   governmental investigations into the incidents

14   that your discussing with the DOE teachers?

15         A    I do not know.

16         Q    Are you aware if there was any

17   school investigation, DOE investigation?

18         A    I don't know.

19         Q    Are you aware of any person that

20   was subjected to similar treatment by any of

21   the teachers other than what you testified to

22   today?

23         A    I do not know.

24         Q    Have you ever had thought of

25   self-harm as a result of the alleged events in

470

1                    J. Doe

2    this lawsuit?

3         A    Yes.

4         Q    When?

5         A    I cannot be more specific at this

6    moment.

7         Q    Was it within the last ten years?

8         A    I'm maxed out in where I am right

9    now.

10        Q    Was it soon after the events or

11   much later on in life?

12        A    I believe that my judgment right

13   now on my answers are not going to be very

14   clear and I will not give you an accurate

15   answer.

16             MS. DAINOW: So we can either take

17        a few-minute break for me to finish my

18        four minutes or we can power through.

19             Go off the record?

20             MR. ASHANTI:  Let's take a

21        three-minute break.

22             MS. DAINOW:  Why don't we take a

23        ten-minute break and I'll have four

24        minutes when I come back.

25             MR. ASHANTI:  Sure.

471

1                    J. Doe

2              (Off the record at 5:07.)

3              (Recess.)

4              (On the record at 5:12.)

5          MS. DAINOW: I want to make a

6       record.  At the end of this deposition,

7       I'm going to confer with my co-counsel

8       Mr. Stoll, and as far as I am aware, he

9       also feels the same way I do.  We would

10      like to apply to the court for more time

11      especially in light of the fact there

12      have been long pauses between answers.

13         MR. ASHANTI:  Ten hours is ten

14      hours.

15         MS. DAINOW:  Can I finish my

16      record?

17         MR. ASHANTI:  Sure.

18         MS. DAINOW:  Long pauses between

19      answers and in light of the fact that

20      the witness clearly testified that she

21      can't answer questions anymore and

22      hasn't been even the full ten hours yet.

23         MR. ASHANTI:  That's not fair.

24      We're like literally -- it's past 5:00.

25      We've been here before 9 a.m., like

472

1                        J. Doe

2          8:50.  Of course someone's going to get

3          tired over the course of that.  And you

4          already represented before that I

5          believe that you had 4 minutes left.

6              MS. DAINOW:  I did.

7              MR. ASHANTI:  Right.  We're 9

8          hours and 56 minutes in.  She's like

9          saying, "I'm checked out."  That's not

10         like someone who's not cooperating or

11         whatever.

12             MS. DAINOW:  I didn't say she

13         wasn't cooperating.  I'm saying she has

14         difficulty answering the question.

15             MR. ASHANTI:  I'm making my

16         record.

17         Q    Mr. Stoll was here, my co-counsel.

18    You previously talked about his exhibit.  I

19    don't have it in front of me.  He took it with

20    him; but it's Exhibit E.  You claim you were 15

21    years old.  It was the summer of 2000, you

22    stated in the picture.  Mr. Meiners had taken

23    you home.  Do you recall the picture I'm

24    referring to?

25         A    Yes.

473

```
 1                      J. Doe
 2            MR. ASHANTI:  With the skirt.
 3       A    Yes.
 4       Q    Did he take that picture?
 5       A    I don't remember.
 6            MS. DAINOW: This is Defendant's
 7       Exhibit E that I'm now showing the
 8       witness.
 9       Q    Did Mr. Meiners have anything to
10   do with this picture?
11       A    I do not recall.
12       Q    You don't recall who took it?
13       A    No.
14       Q    You don't recall if he was in the
15   photo?
16       A    No, I don't recall.
17            MR. ASHANTI:  If he's there in the
18       photo.
19       Q    Not in the photo.  If he was there
20   during the time the photo was taken?
21       A    I do not recall that.
22       Q    And you previously testified that
23   you had thoughts of self-harm?
24       A    Yes.
25       Q    Do you recall if it was soon after
```

474

1                          J. Doe

2    the events that you allege in the lawsuit or if

3    it was closer to the present?

4          A    Before.

5          Q    Before when?

6          A    Ask the question again, please.

7          Q    At what point did you have thought

8    of self-harm?

9          A    A few times in my life earlier.

10   Not too long after I moved to Hawaii years in

11   between that.  And I believe like last time was

12   somewhere in the last five years.

13         Q    Was that a result of the

14   experience you had with the DOE teachers?

15         A    Yes.

16         Q    Did you ever attempt self-harm?

17         A    No.

18         Q    Are you claiming economic damages?

19         A    I do not know what I'm claiming.

20         Q    So just to make a record, are you

21   claiming non-economic damages?

22         A    I'm not sure what you're talking

23   about.

24         Q    Are you claiming financial

25   damages?

475

                            J. Doe

1

2        A    I have no idea what you are

3    saying.

4        Q    Has your sleep been affected by

5    any of the events alleged in the lawsuit?

6        A    Yes.

7        Q    How so?

8        A    When I'm actively looking or

9    thinking about the facts, I have a hard time

10   sleeping.

11       Q    Have you acquired any debt as a

12   result of the injuries or treatment?

13       A    I'm not sure how to answer that.

14       Q    Have you acquired any debt as a

15   result of the alleged injuries you're claiming

16   against DOE or treatment you received at any of

17   the doctors and appointments that you talked

18   about?

19       A    I have used some of my money for

20   it, yes.  I have used a lot of my money to

21   travel back and forth from Hawaii to New York,

22   yes.

23            MS. DAINOW:  I think that's it.

24       Those are all the questions I have for

25       you.  Again I will be speaking with Mr.

476

                          J. Doe

1

2        Stoll.  We'll be applying to the court

3        for much more time.

4            Thank you very much for your

5        cooperation.

6            THE REPORTER: Ms. Dainow, you are

7        ordering, correct?

8            MS. DAINOW: Yes.

9            (Time noted: 5:16 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

477

```
 1

 2              A C K N O W L E D G E M E N T

 3

 4    STATE OF NEW YORK)

 5                        : ss

 6    COUNTY OF        )

 7

 8              I, JANE DOE, hereby certify that I

 9    have read the transcript of my testimony taken

10    under oath in my deposition of July 28, 2023;

11    that the transcript is a true, complete and

12    correct record of my testimony; and that the

13    answers on the record as given by me are true

14    and correct.

15

16         _____
                        JANE DOE
17

18

19

20    Signed and subscribed to

21    before me, this _____ day

22    of _____, 2023.

23

24    _____

25    Notary Public, State of New York
```

478

1

2                          I N D E X

3

4    WITNESS                               PAGE

5    JANE DOE

6         EXAMINATION BY:

7         MR. STOLL                        163
          MS. DAINOW                       208
8

9                     E X H I B I T S

10

     DEFENDANT'S      DESCRIPTION          PAGE
11
     Exhibit F       Photograph           161
12
     Exhibit G       Photograph           161
13

14

15

     DOCUMENTS AND/OR INFORMATION REQUESTED
16
     DESCRIPTION                          PAGE
17
     Name of clinic and authorization for    248
18   clinic records

19   Authorization for Queens Hospital      258
     records for birth of daughter
20
     Records for all OB/GYNs               259
21

22

23

24

25

479

1

2                    C E R T I F I C A T E

3

4    STATE OF NEW YORK    )
                          ) ss:
5    COUNTY OF BRONX      )

6

7          I, KAREN VIGGIANO, a Shorthand

8    Reporter and Notary Public within and for

9    the State of New York, do hereby certify:

10         That JANE DOE, the witness whose

11   examination is hereinbefore set forth, was duly

12   sworn by me and that this transcript of such

13   examination is a true record of the testimony

14   given by such witness.

15         I further certify that I am not related

16   to any of the parties to this action by blood

17   or marriage and that I am in no way interested

18   in the outcome of this matter.

19

20   IN WITNESS WHEREOF, I have hereunto set my hand

21   this 21st day of August, 2023.

22

23                  *Karen S. Viggiano*

24   _____
                    KAREN VIGGIANO

25

# ERRATA SHEET

NAME OF CASE:_____

DATE OF DEPOSITION:_____

NAME OF DEPONENT:_____

The following corrections, additions or deletions are noted for the following reasons:

**PAGE**  **LINE**              **CHANGE**                              **REASON**

_____  _____   _____       _____

_____  _____   _____       _____

_____  _____   _____       _____

_____  _____   _____       _____

_____  _____   _____       _____

_____  _____   _____       _____

_____  _____   _____       _____

_____  _____   _____       _____

_____  _____   _____       _____

_____  _____   _____       _____

_____  _____   _____       _____

_____  _____   _____       _____

_____  _____   _____       _____

_____  _____   _____       _____

_____  _____   _____       _____

Subscribed and Sworn to Before Me
This _____ day of _____, 20__.

_____
WITNESS' SIGNATURE

_____  _____
NOTARY PUBLIC        Commission Expires:

**A**

**A-K-I-H-I-R-O** 210:15
**A-L-Q-U-E-R-O** 260:11
**a.m** 159:11 471:25
**Aaron** 216:10 279:17,21 280:7
    286:20 287:8,12,25 291:24 292:7
    292:14,15,19 326:19 347:3
    435:11,16 436:7 437:23,24
    449:19 469:3
**ability** 162:13 237:17 252:3 428:10
    429:13 431:25 432:25
**able** 161:23 167:2 199:25 215:23
    226:25 228:6 266:11,14,16
    267:16 286:19 306:19 324:8
    342:13 371:15 396:14 412:6
    431:10 442:21 444:7 448:3,3,5,9
    467:3
**abortion** 169:12,24 216:12 217:6
    220:12,17 221:5,7,16 223:5
    230:20,22 232:21 234:6,10,11,14
    234:19,22,23 235:2,3 240:6,16
    241:6,10,15,18 242:15,24 243:9
    243:13,16,20 244:11,24 245:3
    247:2,13,18 248:5 249:14,19,25
    250:6,18,22,24 251:3,5 252:18
    253:4 256:9,19 259:7,16 261:7
    261:12 332:21,24 333:4 334:4,5
    334:10,14,17 422:11,16,18
    423:18 453:10,20 460:12 467:24
**absent** 327:10,14,16
**abused** 424:6
**academically** 436:2
**accent** 306:18,21
**accents** 306:23
**accepted** 189:18
**accepting** 464:17
**access** 426:17 428:21,22 429:8,20
    429:23 440:4
**accident** 462:5,11,13,20 463:4,6,9
    463:12,19,25
**accompany** 234:3 256:21 459:7
    460:7
**accurate** 470:14
**acknowledge** 256:12
**acquired** 475:11,14
**act** 313:11 423:23
**acted** 214:14 364:18
**acting** 279:12
**action** 286:10 479:16
**actions** 408:25 409:25
**active** 248:2
**actively** 475:8
**activities** 385:2 442:13
**activity** 313:9 429:14
**actual** 369:8 466:18
**add** 162:3 444:11 456:10
**additional** 169:4
**address** 177:23 210:4 211:10

**adjust** 275:15
**administrative** 425:5,10
**admission** 459:13
**admit** 172:21
**admitted** 411:20 458:8
**adopted** 271:22
**adult** 173:8,11 260:5 311:12
**advance** 207:3 401:21 402:3
**advances** 285:4,10,20 385:22 401:2
    406:20
**advantage** 442:18
**advise** 327:25
**advised** 293:7 364:22 365:7
**affect** 186:11 251:5 267:23 276:7
    297:17 447:24
**age** 182:8 214:22 237:19 247:10
    337:6,9,14 343:4 402:13
**ago** 177:10 203:14 205:13 224:21
    316:5 358:13 416:9,11,13,20
**agree** 162:10 368:15 444:25
**agreed** 284:20
**ahead** 192:6
**airfare** 196:7,8
**Akihiro** 210:15 213:11,22 214:5
**alcohol** 305:6
**alert** 269:17 311:12
**alerted** 321:11
**allegations** 287:5,19 428:2 430:24
    431:4 433:14
**allege** 474:2
**alleged** 215:4,8,14 216:6 466:14
    467:21 469:25 475:5,15
**allotted** 162:18
**allow** 215:23 216:2 354:23 427:18
    428:6
**allowed** 283:15 352:18
**allowing** 431:13
**allows** 261:17
**Alquero** 260:11 261:11,15,20
**amazing** 399:6
**amended** 286:9 430:25
**American** 197:9
**AMEX** 341:21
**amount** 161:14 296:19
**and/or** 377:16 478:15
**ANDREW** 160:18
**anesthesia** 238:2
**anesthetized** 238:5
**anger** 243:2
**angered** 400:10
**angrily** 399:25
**annual** 248:3 255:18 295:23 296:6
**annually** 295:17
**answer** 161:18 167:14 178:25
    179:8,13,17 180:2,4,7,12,15,18
    180:20,21,23 181:5,7,12 192:6
    206:11 223:18 230:22 238:24

**256:19** 291:7,14 317:14 343:13
    343:14 347:20 405:7 407:3,3,5,6
    420:11 428:7 429:16 430:9,20
    431:9,11,13 433:21 440:9 441:18
    442:15 443:2,13,20,24 444:7,9
    447:8 448:19 449:16 452:7
    464:25 470:15 471:21 475:13
**answered** 179:23 407:3 453:13
**answering** 405:16 472:14
**answers** 382:3 470:13 471:12,19
    477:13
**anxiety** 465:4,13
**anxious** 188:3 378:21
**anybody** 162:3 187:20 201:16
    216:2 275:13 276:4 292:3 377:2
    382:22 397:24 412:12
**anymore** 182:19 205:21,23 251:12
    251:15 252:10 254:20 279:20
    335:21 336:18 358:18,19 366:19
    393:20 404:10 465:17 471:21
**anytime** 248:5 330:25 460:11
**apart** 212:13
**apartment** 200:20 244:15 250:6,14
    307:7 344:10,21,25 345:20 346:8
**apologies** 274:19 316:7
**apologized** 358:14
**apology** 291:13
**applied** 206:24
**apply** 272:10 471:10
**applying** 476:2
**appointment** 225:22,23 226:7,11
    228:6 230:4,7 232:22,23 245:19
    246:15,18,21 248:4,4 249:2,7,8
    255:23 259:24 416:20,23 460:8
**appointments** 244:20 249:3 255:19
    256:22,23 261:11 466:4,13 467:6
    467:10 475:17
**appreciate** 257:20
**approach** 320:9
**approached** 306:24
**appropriate** 227:14
**approximate** 402:13
**approximately** 184:19 186:24
    190:24 203:2 221:4 240:4 260:17
    262:13 296:11 303:9 306:13
    307:13 322:17 335:22 344:2
    351:17 362:9
**approximation** 276:14 296:9
**area** 222:2 264:4 369:18 374:9
**argument** 450:17
**arm** 356:3
**arms** 224:6 402:21 403:2
**AROUBAS** 160:13 383:5
**articulating** 382:8
**Ashanti** 160:6 162:4 167:12 168:9
    178:24 179:9,12,18,21,25 180:5
    180:14,19 181:4,9,15,22 182:4
    183:24 184:6,9 197:5 206:4

207:6 217:15 223:17 227:12,13
227:16,20 229:19,23 238:23
240:10 241:7 243:4 249:15
250:19 252:5 253:10 257:13,19
258:20,23 259:4,10,17 263:16
265:21 268:15 270:10 272:7
277:9 285:6 286:25 287:5,11,15
291:6,12,15,18 293:24 294:14
296:25 299:21 305:21 312:24
313:3 315:11,15,20 316:6 330:7
342:14 347:25 356:10 358:8
362:3 381:7,12,18 382:2,7 383:2
383:7 401:22 405:2,18 406:2
407:2 409:14,17 413:3 414:15
421:18 425:17,19 426:21,25
427:3,12 428:4,12 429:15 430:8
430:14,18,22 431:6,12 432:3,8
432:12,20 433:4,16 440:8 441:18
442:15,25 443:10,16 444:23
445:4,11,14 447:7 448:18 449:8
449:15 451:13 452:15 453:12
458:6 459:6 462:11 463:23 464:2
464:10,15 465:8 467:23 470:20
470:25 471:13,17,23 472:7,15
473:2,17
**Ashanti's** 382:14 428:16
**Asian** 224:22 235:21 236:20
**Aside** 272:7
**asked** 161:14 179:21 182:4 196:8
205:13 227:9 228:8 244:19 245:7
278:10 282:21 293:21 303:11
307:2 310:7 343:3 355:8 371:21
372:7 381:17 382:18 383:13
387:20 396:20 405:17,18,19,21
407:2,4 417:18 429:21 432:19
444:12,21 453:12,16 456:25
**asking** 168:22 178:21 179:3 184:9
208:7 216:16 233:15,19 269:12
272:10 275:5 283:23 342:17
428:5 431:8,9 432:18,23 433:7,7
433:9,15 450:13 452:2 458:21
463:16
**assigned** 255:7 261:18
**assignments** 268:10,11
**assist** 196:15,18
**assisted** 417:20
**Assumes** 229:19
**ate** 340:25
**Atlantic** 337:20 338:20 339:13
340:24 342:25 343:4,7
**attach** 427:6
**attached** 186:15
**attempt** 474:16
**attend** 182:22 272:5 279:9 280:7
320:21 423:8
**attended** 165:9 278:5 294:15
326:21 447:6
**attending** 279:8 434:3

**attention** 283:9 321:19,24 404:12
**attorney** 209:4 417:22 418:14,22
431:7
**Attorney/client** 227:16
**attorneys** 159:15 160:4,9,15
417:18
**attracted** 195:16 448:21
**attribute** 279:7
**August** 479:21
**aunt** 171:23 190:2,4 211:11,18
271:21,22 299:23 322:14 324:18
324:20 326:2
**aunt's** 211:15
**authority** 293:3,5 321:8,11,15
328:22 338:4 388:3,5
**authorization** 478:17,19
**automatically** 365:13
**available** 262:15 440:2 447:12
**average** 267:13,14
**Avila** 254:6,7 255:3 257:7 258:7
**Avila's** 258:9
**avoid** 354:24 438:3
**awards** 290:14
**aware** 172:6,10,13,14 203:12 227:6
245:10 246:20,22 249:6 251:2,4
269:6 281:18 286:14 315:13,17
323:25 325:14 331:3 332:8,11
335:13 337:8 346:20 349:15
378:9,11 385:25 394:6 404:4
447:10 468:18,23 469:6,9,11,16
469:19 471:8

---
**B**
---

**B** 478:9
**baby** 239:8 240:7,25
**back** 164:25 172:20 180:10 190:15
190:15,16 192:10 195:7,19
198:24 199:19 233:8 241:8
243:12 244:15,22 262:20 272:23
273:15 277:12 290:10 291:15
304:12 305:18 309:19,20 312:3
316:10,19 326:6,8 333:25 347:22
360:10 363:18 364:13 369:11
373:17 376:19,20 382:11,13
387:17 425:20 431:16,20 432:21
434:19,20 441:24 442:2,4,8
443:7 444:6 457:23 463:11,18
470:24 475:21
**background** 393:6
**backpack** 308:18 309:12
**ballpark** 406:16
**Banana** 222:7
**barrier** 267:6,23 268:24 269:9
**bars** 343:9
**base** 195:16
**based** 161:16 180:4 206:25 227:23
295:25 330:5,11 405:5,14 448:17
451:19

**basis** 191:25 295:23
**bastard** 399:4,4,24
**Beach** 210:17
**bear** 452:19 465:19
**bed** 308:21
**bedroom** 346:19
**beds** 308:16,17
**beginning** 169:7,16 191:5,14
194:21 274:14,20 276:18,20,22
277:4 303:15
**behalf** 381:20
**behave** 215:21 399:11
**behavior** 358:3 360:2 363:20 364:7
364:11 396:16 403:22 409:10
412:10
**behaviors** 389:5
**believe** 165:24 173:7 174:10,14
183:2 186:9 187:5,15 188:11
189:11,15 192:4 194:15 198:23
199:21 200:13,15 201:20 202:24
203:20,21 218:17 223:7 224:6,7
224:10,14,18,22 225:2 230:25
231:17 234:24 235:9,11,23
236:13 237:15 239:2,9 250:25
253:8 261:16,18 262:23 266:6
272:13,17,24 276:19,21 277:3
284:14 286:23 302:22 304:9,21
305:4,5 307:12 321:14 324:10,14
329:11 337:10,13 339:22 341:3,8
341:25 342:6,8 345:11 346:13
348:15 354:12 355:21 356:18
358:14 359:21 364:6,17 367:5
372:19 376:24 378:16 379:12,24
381:2 392:3 397:10 400:9 407:19
407:22 411:5 413:6 414:16
417:23 418:6 422:9 424:4 435:22
436:21 438:10 447:2 448:20
449:10,12 454:14 460:5 463:5,7
463:8 470:12 472:5 474:11
**believed** 238:9 364:10 389:14
411:25
**believes** 259:11
**BELLINA** 160:15
**bench** 374:22 376:2
**benefits** 299:6,9
**bent** 356:5
**best** 237:16 379:19 389:15 398:25
428:10
**betrayed** 291:22,23
**better** 220:16 267:17,20 290:4
303:16 334:13
**beyond** 180:16,20
**big** 199:4 223:15,19,24 237:2
252:13 274:16 379:21,22
**bigger** 252:15
**bilingual** 273:4,15
**billed** 466:17
**bills** 246:14,21 466:24

bipolar 465:4
birth 171:18 230:17 257:24,25
    331:10,12 332:2,6,8 478:19
birthdays 185:20 186:3
bit 216:16 243:17 267:13 295:3
    296:10 377:24 396:15
black 306:7,7,11 373:22
blinds 317:6
block 432:5 434:5
blocking 285:18 432:25 433:23
blood 479:16
blue 341:24
board 266:20 374:25
boardwalk 339:22 341:4
bodega 263:7,10,12,19,21 264:8,11
    264:17
booked 339:20
born 258:4
bothered 285:23
bottom 366:13
bought 174:24
Boulevard 176:16
bounce 438:18
bouncer 231:13
boyfriend 280:18 282:14 324:25
    335:8 450:2
boyfriend's 183:21 184:5 186:23
boyfriends 184:12
boys 367:19
bra 339:9
break 169:3 208:20,23 297:22
    347:10 352:14 436:20,23,24
    470:17,21,23
breaks 162:8
brief 162:24 211:14 225:21
briefly 308:13 313:20 324:24
    338:19 392:20 396:11
bring 162:18 199:24 269:25
bringing 206:3,13
Brissa 171:16 188:18,19 211:13
Brissa's 171:17 189:10
broad 211:8 425:22 432:16
broader 409:21 453:16 464:21
broke 186:7,7,17 440:10 441:9
    450:3 461:8
broken 440:15,16 441:5
BRONX 479:5
Brooklyn 160:17
brother 211:14 271:15 321:2,10
    322:9 325:25 456:25
brought 189:12 200:10 208:9
    212:11 382:4 464:12
bruised 322:3,17
bruises 322:20
Brunilda 455:11
budge 309:17
building 222:21,23 223:2 428:21
    429:3

buildings 295:9 298:9
bump 280:21
bumped 177:11,13,14
burden 192:23 198:14
bus 280:13 282:2,4,4,6,8 367:16,18
    369:7 370:18,19
business 298:2
businesses 222:2
busy 411:22

─────────── C ───────────

C 160:2 176:10 477:2 479:2,2
Cadman 160:16
call 209:25 226:6 242:10 281:5
    359:13,13 361:18 363:15 371:19
    392:6,8,13 393:5,7 394:24
    397:20 398:2 406:13,17 428:13
called 183:12 209:23 232:25 233:6
    233:9 269:17 280:22,23 281:2,17
    281:23 359:15 392:21,22 397:12
    397:18
calling 275:20 280:14 281:11
calls 281:19 300:24
camera 325:19
Camry 222:15
capacity 325:20
car 222:13,16,18 300:11,15 303:5
    306:24 307:11 310:15 311:2,18
    311:24 316:9,13 367:17 368:2,14
    368:16 369:23 370:22 373:14,20
    373:22 379:9 394:11 462:5,11,13
    463:4,5,6,9
card 228:4,5,9 245:22 250:2 341:9
    341:10,19,22
cardiologist 459:18
cards 275:21 290:12
care 204:6 246:24 247:3 260:3,4,9
    261:14,21,22,25 412:4
cared 292:3
Carl 382:14
Carolina 359:12
carried 216:13
carry 261:9
carrying 167:8
case 206:25 266:18 425:6,12
casino 341:3 342:3,15
casual 301:19 361:23
catchall 347:2
catching 193:4
caused 187:8 215:13,17
Celebrating 186:3
cell 275:22 311:20,23 361:8 362:7
    362:11,13,17,18
certain 168:2 182:7,8 211:6 223:13
    278:2 286:15 404:8 450:14
certainly 162:20
certificates 290:15 294:16
certify 477:8 479:9,15

chair 308:17 398:15
chairs 224:5,6,8,10
chance 305:20
chances 449:22
change 187:3 188:15 227:22
    274:16 405:5,20 420:10 451:21
changed 164:2 188:9 215:20
    243:10 255:2,5 295:25 359:17
    361:18 385:12 399:13 405:24
changing 405:13
character 375:18
charge 250:3
charges 468:7,19 469:7
chasing 402:6
check 237:24
checked 472:9
chess 352:6,13,16 353:20 354:6,9
    354:10 357:11 374:22,25 375:6
    375:25 384:24
chest 366:11
child 171:8 200:3 205:23 298:13,14
    298:17,20 299:2 423:23
children 216:21,24 252:10 344:3,6
    424:5
choices 266:21
chose 315:9
Christmas 185:15
Christopher 454:10,13,19
church 159:16 160:10 202:2
    420:15,16,18 421:2,4,12,13,16
    421:20,20,24 422:3,4,24 423:5,6
    423:17 455:14,15
churches 423:5,9,12
circle 262:20 360:10 363:18 457:23
circumstance 232:12
circumstances 191:9 194:17
    448:13
city 159:6 160:9,10 192:13 193:15
    194:4,8,18 200:16,20 208:5
    212:6,12 213:4 337:20 338:20
    339:13 340:24 342:25 343:4,7
    346:6
claim 212:6 299:18 427:4 472:20
claimed 324:24
claiming 418,19,21,24 475:15
claims 208:8
clarify 241:9 268:15,21 388:2
    392:8
class 265:13 268:9 280:7 284:13,15
    285:3 326:13 327:2,7,10 350:8
    350:10 351:2,5,7,10,20 352:4,8
    355:7,9,19,23 364:23 366:16,17
    366:18,20,22,22 371:5,7,15
    372:4,14,25 378:19 379:2,4,11
    379:15 383:8 387:17 389:8,9,19
    390:9,18,20 391:12 401:6,7,9,11
    401:13 407:23 408:2,7,11 432:2
    432:9 433:23 434:4,8,9,10,11,12

434:17,19,21,23,24 435:2,6,9,10
  435:12,12,17,19,21 436:9 438:5
  438:6,9,10,13,16,16,19,22,25
  439:4,6,8 442:18,19,23 443:16
  445:15 446:4,10,13 447:15,18
classes 164:21 265:9,16,19 266:2
  266:19,22 276:23,24 277:22
  278:4,17 279:6 294:19 327:22,23
  386:22 389:17 407:14 446:17
  447:3
classified 449:3
classify 301:7
classmate 325:16
classmates 267:4 329:21 338:4
classroom 273:9 282:24 360:19
  371:4,7 372:6,8,10 387:12 429:8
  432:5
classrooms 283:23 387:8,9
clear 163:12 179:19 220:14 278:16
  303:7 318:10 406:23 409:13
  430:24 470:14
clearly 471:20
Clemente 422:5
client 227:15 293:20,22 342:17
  404:22 405:3 430:25
clients 298:4
clinic 221:17,19,21 244:23 247:6
  248:14,20 478:17,18
close 195:12 356:4 400:13 402:21
  402:25 433:2
closed 372:11
closer 384:20 474:3
closest 384:19
closing 372:8
cloudy 250:13 344:19
club 231:2,3,7,12,20,23 232:3,7
  435:25
clubs 349:16 429:13
co-counsel 207:14 208:12 471:7
  472:17
co-owners 297:4
co-pay 467:7
coached 349:15 350:10
cold 239:22,25,25 336:2
college 192:19 294:20
color 222:18 224:18 341:22
combined 216:8
come 186:6 189:17 190:21 194:7
  197:10 200:16 202:6,9 233:7
  237:24 252:21 256:25 279:19
  280:14 281:10 297:9 304:19,21
  380:2 388:23 396:20 398:12
  401:11,13 404:12 424:7 425:19
  432:4 441:23 442:2,3 470:24
comfortable 284:8
coming 175:3 196:3 283:23 297:21
  376:21 424:15 442:8
comments 323:23

common 441:7 462:12
communicate 193:19 195:24
  241:21
communicated 191:21 198:8
communicating 199:15
communication 191:18 192:2
  193:11 197:14,15 198:17,20
  275:19
communications 178:4 193:7
  197:18,23 198:2,11 300:22
community 294:20
company 183:12 207:4 295:8,10,20
  295:23 296:15,23 297:2,7,10,18
  297:24 299:11,16
complaint 286:9,16,22 287:10,12
  287:19,21 425:5 428:2 430:25
complaints 428:3
complete 165:21 251:13 294:5,9
  477:11
completed 269:4
completely 181:19 466:21
complications 241:14
comply 365:13
concern 162:15 365:25
concerned 167:17
concerning 258:25
concluded 444:21
condom 331:20,22 332:14
condoms 332:12
conduct 161:16
confer 471:7
confide 388:19
confided 388:16
confirm 219:17
confront 172:18 173:2
confronted 172:16,23
confused 309:10 380:14 399:20
confusion 214:15
congregation 275:13
connect 163:5
Connecticut 416:2,13,15 418:2
  465:14
connecting 251:17
connection 202:3
conscious 339:10
consciously 199:8,13
consenting 161:20
consequences 378:21
considered 188:5 217:9
considering 206:2
consists 285:11
construction 176:7
constructive 427:8
constructively 427:15,22
consultation 414:13
consulted 251:23
contact 206:21 289:19 300:19
  316:21,24 333:16 397:24 398:4

406:15
contacted 206:20
context 357:12
continue 216:16 227:17 308:25
  335:20 443:6 445:3 448:8
CONTINUED 159:14
continuing 167:21
contraceptive 332:18
contractors 295:15
control 331:10,13 332:2,6,8
controversy 175:4,6
conversation 192:17 199:22 200:2
  218:9,12,15 225:21 227:15,18,20
  227:23 239:3 249:4 258:24 259:8
  268:14 281:6,9 284:9 293:20
  319:19 329:20 337:13 358:11,13
  358:22 361:21,23 368:9 371:13
  378:10,13,17 379:18 381:24
  383:3,9,10,16,19 384:5,10,16
  386:14,16 387:5,13,15 391:25
  392:19,23,24 393:4 394:7,20
  397:6,9,13 399:23 400:4 401:14
  404:22,25 405:2,6,14,25 418:13
  420:9 422:7,15 455:4 461:25
conversations 197:23 209:3 238:7
  238:19,20 245:24 248:24 259:14
  282:10 293:22 301:25 302:4,8,11
  315:18 318:20,22 319:17 325:10
  332:15 357:13,15 368:5,6 408:6
  418:21
convicted 212:23 468:10,24 469:10
cooperating 472:10,13
cooperation 476:5
copies 244:14,17
coping 187:17
corner 369:12
Corona 247:6
Corp 163:4
Corporation 160:9 162:10 208:4
correct 163:13,14,16 164:8 165:2
  165:10,11 169:2 177:22 186:5
  190:13 197:19 203:6,18,23,24
  205:7,15 212:9 213:12 219:15
  220:12,13 223:3 226:17 233:3,5
  235:22 236:7 241:12 247:20
  250:8 254:16 258:11 260:22
  267:15 271:25 273:19,24 275:2
  276:12 278:6 286:10 299:24
  300:6 321:5 326:23 328:7,20
  330:18 347:19 348:2 352:12
  358:7,10 362:15 363:6,22 365:20
  366:12 374:12 390:19 392:10
  397:5 409:16 416:21 417:6
  421:20 423:14 426:5 434:17,25
  435:3 442:5 454:11 456:18
  457:14,16 458:5 462:22 465:9
  467:12,25 476:7 477:12,14
correcting 381:10

correctly 168:12
correspondence 324:7
cost 246:11
couch 176:5
coughing 219:2
counsel 160:9 161:14,20 162:4,10
  162:11 163:5 170:23 182:5 184:8
  208:4 227:19,24 257:13 293:19
  299:21 381:17 382:18 404:21,25
  405:6,15 414:15,19 418:13
  430:21 443:24
counsel's 163:4 382:5 432:10
  433:12
counseled 420:17 421:22 422:25
  423:11
counseling 414:11 420:6,13,14
  423:15
counselor 279:2,5 292:19,23
  314:23 388:10 407:9
COUNTY 477:6 479:5
couple 163:17,20,21,24 177:10
  201:21 206:20 208:12 238:25
  255:16 256:25 271:2 336:23
  376:19 392:14 415:3,17
course 332:23 472:2,3
court 159:2 162:19 180:5 207:17
  208:16 471:10 476:2
covered 179:10 211:5,6 466:7
  467:6,10
covering 317:6
COVID 297:17,19
crazy 240:2 281:11
credit 245:22 250:2 341:8,10,18
  436:6,9,12,14 437:7 439:11,15
  439:20
credits 282:18 288:14
crime 212:24 468:10,24
crimes 469:10
criminal 468:7,19 469:7
cross 217:6 263:24
crying 252:7
cuff 465:6
curious 218:15
current 210:4
currently 210:7,16 213:7,24
  416:16 466:16
curriculum 163:25
cushion 224:8
custody 216:18,19
cut 291:11 366:8
cutting 181:10 188:4 445:7
CV 159:6
CVA 424:8,22

---

**D**

D 161:8 175:15 477:2 478:2
dad 270:11 271:12 275:17 276:6,9
Dainow 160:12 162:9,23 207:21,25

208:3 209:18 217:16 227:13
  229:21 241:9 243:6 248:17
  249:17 253:12 257:17,20 258:17
  258:21 259:2,5,13,19 265:23
  268:18 272:9 277:12 285:7 287:4
  287:7,13 291:10 293:18 313:2
  315:12 316:7 330:9 342:16 347:8
  347:22 358:10 381:10,21 382:13
  383:12 404:20 405:23 409:16
  413:4 425:18,22 426:24 427:2,11
  427:23 428:9,15 430:21 431:8,15
  431:19 432:10,16 433:12 436:22
  437:2 443:4,18 444:16,18,25
  445:7 451:15 453:14 463:24
  464:4,13,20 465:9 467:25 470:16
  470:22 471:5,15,18 472:6,12
  473:6 475:23 476:6,8 478:7
Daisy 174:5
damages 207:10 474:18,21,25
date 161:4,7 171:18 194:15 202:25
  220:5 226:12 229:6,11,14 230:3
  230:7,17,20 325:5 338:24 388:17
dated 184:14
dates 338:23
dating 174:9
daughter 171:15,17 177:17 200:17
  201:17 210:8,9 213:14 216:17
  217:3 251:12,15 253:23 257:3,24
  258:12,22 295:2 345:8,9 346:11
  346:17 478:19
daughter's 210:12 213:16
daughter-in-law 211:16
daughters 343:17 344:23 345:16
  345:18,25 346:8
day 170:16 174:22 176:3,5,6 178:8
  219:14 220:10 221:8,11,14
  250:11 252:16 282:23 300:19
  303:4 304:23 316:17,18 320:6
  322:25 323:2 326:8 333:12,12
  343:11 344:24 367:15 368:21
  373:4 378:18,19 454:22,25
  477:21 479:21
days 183:3 220:8 283:10 322:16
  376:20 379:12 453:25
deal 290:23
dean 328:6,10,12,21,25 330:2,5,13
deans 328:14
debt 475:11,14
DeCastro 184:22,24 185:6,9,12
  186:7,17
December 171:20
decide 189:13 291:16 331:12
decided 218:10 250:22
deem 408:25
deemed 409:25
Defendant 160:9,15
Defendant's 161:3,6 170:20,21
  173:22,23 174:13 175:15 176:10

473:6 478:10
defendants 159:8 161:15 208:9
  425:6,12
define 306:22
defined 198:25
definition 421:4
delivered 258:5
delve 257:22
demand 248:20 259:20
denial 427:9
denied 425:14,17,24 426:8,12,17
  426:25 428:21 429:7,12,20
  430:11 431:25 434:2 440:4
  441:16 447:3 449:13
deny 425:20
Department 159:6 160:10 208:5
  212:7,12
Depending 250:4 422:2
Depends 181:15
depose 161:22
deposition 159:14 162:7 207:13
  213:5 293:23 404:23 471:6
  477:10
depositions 161:16 181:21
depression 465:4
describe 197:20 218:5 225:12
  237:16 280:10 288:5 308:13
  313:20 336:20 364:20 366:24
  376:22 400:7 402:16 403:8,19
  411:12 421:3 441:21 443:10
  445:17
described 216:5 228:24 238:25
  239:4 240:8 274:25 296:12 300:3
  300:13,16 317:17 336:8 337:4
  345:7,16 357:8 377:17 395:18,21
  406:14 443:22 449:19 450:7
  451:24
describing 288:24 358:23 362:16
  383:10 387:19 399:21 402:25
  435:13 443:2 445:12
description 236:20 478:10,16
deserved 251:18
deserving 214:13 216:3
desk 224:24 341:16
despite 430:23
detached 323:24
details 309:6 392:19
developed 358:16
diagnose 412:18
diagnosed 412:20 463:21 464:22
diagnosis 465:25
Diana 330:16
die 270:22
died 270:20
different 167:25 182:14 188:9,12
  188:13 195:3,8,10 202:13,20
  222:7 243:14 254:19 275:18
  294:8 346:25 360:8 362:3 366:20

366:21 378:18 421:19 423:10
425:20 434:21 435:13 436:9,9
438:5 439:3 448:11 451:22
**differently** 202:14 251:24
**difficult** 166:10,13,24 167:2 170:13
182:15,18 205:18 214:10 251:16
271:14 313:6 358:18
**difficulties** 188:6
**difficulty** 187:24 472:14
**digits** 209:19
**dinner** 201:20
**diploma** 273:18 276:11 293:12,14
294:10,12 326:10,14
**direct** 178:24 181:4,7,11 271:20
**directed** 224:14 278:10
**directing** 179:7,12,16 180:2,3,14
180:20
**direction** 195:4 223:13
**directly** 241:18 298:7 325:25 378:5
**disabilities** 447:20
**disability** 299:9 447:21
**disagree** 445:2
**disappear** 192:23
**discharge** 244:7,12
**discharged** 276:20,21
**disciplined** 408:14,24 409:5
**disclose** 271:8 456:3 460:10
**disclosed** 207:11 294:14 421:18
**disclosing** 418:12,21
**discontinue** 436:5
**discovery** 182:5
**discriminated** 448:15 449:2,6
**discrimination** 448:22
**discuss** 205:5 232:2 271:3 332:5
419:18,21,24
**discussing** 469:14
**discussion** 161:13
**disgusted** 283:16
**dismissed** 172:17
**disorder** 188:5 464:24 465:4,5
**disorders** 412:19
**district** 159:2,2 273:16
**divorce** 194:24 195:13 215:13,17
**divorced** 202:15 213:9,11 215:10
411:8
**doctor** 203:8,23,25 204:6,9 219:16
224:19,22 233:2 235:21,25
236:20 238:8 254:14 260:20,25
261:18 460:11 463:7 465:13
466:16,20
**doctors** 223:20 236:11 254:13
259:9,15 262:4 419:9 460:20
461:12 475:17
**document** 182:6
**documentation** 249:22
**DOCUMENTS** 478:15
**Doe** 159:3,14 162:1 163:1 164:1
165:1 166:1 167:1 168:1 169:1

170:1 171:1 172:1 173:1 174:1
175:1 176:1 177:1 178:1 179:1
180:1 181:1 182:1 183:1 184:1
185:1 186:1 187:1 188:1 189:1
190:1 191:1 192:1 193:1 194:1
195:1 196:1 197:1 198:1 199:1
200:1 201:1 202:1 203:1 204:1
205:1 206:1 207:1 208:1,9 209:1
210:1 211:1 212:1 213:1 214:1
215:1 216:1 217:1 218:1 219:1
220:1 221:1 222:1 223:1 224:1
225:1 226:1 227:1 228:1 229:1
230:1 231:1 232:1 233:1 234:1
235:1 236:1 237:1 238:1 239:1
240:1 241:1 242:1 243:1 244:1
245:1 246:1 247:1 248:1 249:1
250:1 251:1 252:1 253:1 254:1
255:1 256:1 257:1 258:1 259:1
260:1 261:1 262:1 263:1 264:1
265:1 266:1 267:1 268:1 269:1
270:1 271:1 272:1 273:1 274:1
275:1 276:1 277:1 278:1 279:1
280:1 281:1 282:1 283:1 284:1
285:1 286:1,15,23 287:1,2,3,8,16
288:1 289:1 290:1 291:1 292:1,5
293:1 294:1 295:1 296:1 297:1
298:1 299:1 300:1 301:1 302:1
303:1 304:1 305:1 306:1 307:1
308:1 309:1 310:1 311:1 312:1
313:1 314:1,19,22 315:1 316:1
317:1,19 318:1 319:1 320:1,4,8
321:1 322:1 323:1 324:1 325:1
326:1,17 327:1 328:1 329:1,17
329:24 330:1 331:1 332:1 333:1
334:1 335:1 336:1 337:1 338:1
339:1 340:1 341:1 342:1 343:1
344:1 345:1 346:1 347:1,3,14,17
348:1 349:1 350:1 351:1 352:1
353:1 354:1 355:1 356:1 357:1
358:1 359:1 360:1 361:1 362:1
363:1 364:1 365:1 366:1 367:1
368:1 369:1 370:1,11 371:1
372:1 373:1 374:1 375:1 376:1
377:1 378:1 379:1 380:1 381:1
382:1 383:1 384:1 385:1 386:1
387:1,22 388:1 389:1 390:1
391:1 392:1 393:1 394:1 395:1
396:1 397:1,20 398:1 399:1
400:1 401:1 402:1 403:1 404:1
405:1 406:1 407:1 408:1 409:1
409:23 410:1 411:1 412:1 413:1
414:1 415:1 416:1 417:1 418:1
419:1 420:1 421:1 422:1,22
423:1 424:1 425:1 426:1 427:1
428:1 429:1,2,7,12 430:1 431:1
432:1 433:1 434:1 435:1 436:1
437:1 438:1 439:1 440:1 441:1
442:1 443:1 444:1 445:1 446:1

447:1 448:1,16 449:1 450:1,7
451:1,24 452:1 453:1 454:1
455:1 456:1,4,14 457:1 458:1
459:1 460:1 461:1,22 462:1
463:1 464:1 465:1 466:1 467:1
468:1 469:1,14,17 470:1 471:1
472:1 473:1 474:1,14 475:1,16
476:1 477:8,16 478:5 479:10
**doing** 185:24 186:2 238:14 292:11
298:8 308:20 320:7 389:11 394:3
436:10 438:2 445:18,19
**donate** 197:9
**DOODY** 160:12
**door** 369:20 371:19 372:8,11 433:3
434:6 442:10
**doors** 224:13 387:12
**Doug** 381:25 386:12
**Douglas** 159:7 175:7,9,13 216:10
279:16 291:22 348:5,6,9 353:20
355:2,3 363:12,16,19 365:9
373:15 374:24 376:15 377:9,21
377:22 378:16 382:21 384:18,20
385:4 391:25 394:20 396:5,12
397:12,19 398:11,19,20,23 399:5
399:9,15 400:12 401:6,17 438:13
442:20 445:12 454:15
**Douglas's** 398:14 399:3 400:9
**Dr** 260:11 261:11,15,20 466:15,21
467:11,14
**drift** 366:8
**drilling** 181:18,20
**drink** 342:7
**drinks** 342:12
**drive** 373:11
**driving** 373:14
**drop** 290:20 291:20 324:12
**dropped** 201:19 291:7 324:14
**drove** 198:11 222:12 303:4,10,21
304:4 316:10 339:16 367:16
373:13
**ducks** 374:20 376:3
**due** 186:2 324:15 449:6 465:15
466:22
**duly** 161:8 479:11
**duress** 197:24 312:14,17,20,23
**duties** 329:3,5,13
**duty** 198:3

---

### E

**E** 160:2,2 161:8,8 174:13 213:17
472:20 473:7 477:2,2,2 478:2,9
479:2,2
**earlier** 392:4 474:9
**early** 170:9 240:13 279:12 343:21
343:22
**earnings** 299:19
**easier** 273:10
**EASTERN** 159:2

easy 263:7
eating 188:5
economic 474:18
ed 446:21
education 159:6 160:10 208:5
  212:7,13 266:21 293:17 294:3,19
  294:23 329:18 430:18 441:17
  445:10 446:17,20 447:5,14,18,19
  447:25 449:13
educational 430:12 434:2 435:24
Edward 260:18
effect 324:3
eight 296:16 465:19
Eisenberg 159:7 216:11 353:14,15
  353:17 360:17 363:6 387:23
  388:8 396:3,3 397:4 398:2,8,10
  399:21 401:19,25 402:4,17
  403:10 406:24 407:11 408:18
  409:5 442:24 449:19 468:16,21
Eisenberg's 406:20 438:15,21
either 165:5 201:14 238:8 248:25
  269:21 272:24 273:14 285:7
  286:19 314:14 324:19 326:18
  354:4 416:17 442:6,14 447:5
  448:13 468:23 470:16
elder 421:4 422:4
elders 420:18 421:2,9,22 422:25
  423:11,17
elective 350:12
electronic 455:8
elementary 265:10,20,24 267:18
else's 441:4
email 177:11,23 178:9,15 226:6
  300:24 430:3
emailed 177:20 178:7,8
Emma 254:6,7 255:3 257:7 258:7,9
emotional 187:23 203:22 204:14
  204:18,21,22 205:2 244:2 251:7
  414:14
emotionally 182:21 186:14 242:14
  313:5
emotions 414:14
employed 295:5
employee 320:5,8 326:17 329:17
  409:24
employees 295:12,14 448:16
employment 183:15
enable 169:5
encounter 331:19
ended 167:11,18 194:3 215:10
  304:19 434:24
endured 214:10
engage 197:22,25 312:10,15 313:9
  332:13 442:13
engaged 410:7
English 257:9,15 265:8,12 266:8
  266:12,14,16 267:11,14,17
  269:14,16 278:5,19 324:17

421:20,23
enjoy 392:25
enjoyable 201:3
enjoyed 393:2,3
enjoying 446:9,12
entail 437:8
enter 429:3
entered 242:5
entering 433:23
entire 182:13 274:13 320:13,14
  353:13 408:3 413:3
entirely 220:14
entitled 431:4
entrance 369:8,13,16 428:21
environment 292:4 409:12
error 203:17
escape 194:22 202:17
ESL 257:16 265:16,19 266:4,19,22
especially 216:12 371:23 471:11
ESQ 160:6,12,12,13,18
essentially 222:25 243:9 311:8
  324:12,14 378:2
Estaban 461:13
establish 269:16 287:9
established 298:3
Eve 335:4
event 193:4 274:15,21 309:17
  393:3 419:2 434:14 463:9
events 167:25 168:21 215:4,8,14
  271:4 367:13 449:21 451:21
  464:11 466:14 467:21 469:25
  470:10 474:2 475:5
eventually 232:25 457:18
everybody 297:20 306:4 318:5,6,8
  319:25 389:11 445:21
evidence 229:20 249:13,16,17
Ewa 210:17
ex-husband 298:14
exact 190:20 263:18
exactly 193:13 202:25 215:13
  217:21 239:16 274:10 282:16,19
  299:25 306:25 320:2 334:2,24
  339:24 367:4 371:18 377:22
  380:4,5,7 392:11 433:10,11
  455:20 456:7
exam 225:12,19 233:8,24 234:3
  235:5,20
examination 163:6 207:25 478:6
  479:11,13
examined 161:10
example 209:22 264:5 266:11
  307:6 314:22 328:18 388:8
  429:21 435:25 437:14 440:5
  465:3,10
examples 452:5
exception 464:18
exchanged 400:24
excited 174:23

excluding 162:7
excursion 375:3
Excuse 274:19
exhausted 465:16
exhibit 161:3,6 170:20,21 173:18
  173:22,24 174:13 175:15 176:10
  472:18,20 473:7 478:11,12
existed 332:9
expenses 466:12,19 467:16
expensive 275:20
experience 198:23 250:23 305:18
  308:13 441:14 449:18 450:10
  474:14
experienced 185:19 275:4,6 447:22
experiences 215:18,20 327:3,7,11
  331:23 407:10 413:16 456:4
  461:22
explain 239:4 354:16 367:13
  431:22 436:4,13 461:7
explained 381:4
explore 206:9,18
explored 199:2
exploring 206:12
express 412:11
expressed 313:5
expresses 181:13
extend 161:14
extended 424:22
extension 161:21
extent 461:24
extra 267:25 282:18 288:14 301:6
  436:5,12,14 437:7 439:11,15,19
extracurricular 384:25
extravagant 301:6
extremely 252:15 372:2 465:16

────────────

**F**

F 161:3 170:20,21 173:18 478:11
  479:2
face 412:2 468:7
faced 468:19 469:6
facilities 425:15,25 426:9,13,18
  428:19,22 430:5
facility 242:6,7 244:4,23 460:4
fact 219:17 238:19 245:25 293:10
  377:15 399:22 422:17 430:23
  431:6 471:11,19
facts 229:20 475:9
factual 433:20,22
factually 433:17
faculty 369:21 448:14
faint 221:23 224:20
fair 195:11,17 267:10,12 471:23
fairly 267:11 441:7
fake 228:12,20,24 232:5 262:21
  263:2,13 304:13,13,24 305:7
  342:20,22,24
fall 163:13 164:5,10 165:10,13,21

167:4 185:13 275:17 276:23
   333:25 425:16 426:2,3,10,14
**falling** 275:8 276:6 450:22
**familiar** 286:9,12
**family** 189:16 197:11 231:25
   251:23 252:15 268:17 274:6,9
   275:7,8,24 276:3 292:10 305:15
   315:3 326:3 357:18 376:9 419:7
   419:18 449:24 450:5,15 451:6
   457:10,11
**far** 167:17 226:21 240:4 303:9,20
   307:19 308:9 310:19 320:22
   333:20 346:24 369:7 373:25
   385:16 471:8
**Farrington** 293:15 294:13
**fast** 444:4
**faster** 444:8
**father** 210:12 213:13 271:11 420:3
**favorable** 195:15
**favors** 181:2
**FB** 159:6
**fed** 376:3
**feed** 374:20
**feel** 178:22 198:14 200:5 216:3
   219:5,8,10 234:13 242:14,23
   243:2 251:17 252:4,12 284:7
   291:21 302:3 312:9,13 361:24
   368:12 384:17 410:5 412:10
   436:18 441:20,23 442:17 444:8
   447:17,21 448:9 449:5
**feeling** 166:20 170:4,6 182:18,19
   188:13,14 199:14 203:9 216:5
   217:21 218:2,4,7,13 220:2 241:5
   241:19 243:8 262:16 302:6
   311:13 466:22
**feelings** 170:12 198:10,16 199:3
   203:13 206:10 234:12 242:13
   243:14,19 251:19 358:16
**feels** 224:21 252:8,15 471:9
**feet** 226:23
**felt** 199:2,4 205:24 214:12 216:14
   239:25 242:19 243:23,24 251:20
   251:21,24 252:2,25 269:19,20
   291:23 305:10 307:14 309:14
   312:17,19,22 313:4,5 357:25
   358:3,20 375:19 384:20 388:4
   389:13 393:12,14,17 411:10
   434:10 437:25 445:9,20,22
   448:11,12,22
**female** 248:11 288:23 289:3,7
   302:19 316:3 319:10 390:24
   403:3,4,14,16,25 448:22 449:10
   449:14 450:25
**females** 302:20 448:21 449:2
**fencing** 349:17,20,25 350:2,6,9,11
   350:16,19,21,24 351:5 352:4,11
   355:22,24,25 366:17,22 394:4
   401:6,7 436:10 438:5,14

**fever** 459:2
**few-minute** 470:17
**Fifteen** 217:19
**fight** 274:24 316:19 317:17,20,25
   318:22 319:20,23,24 320:9,11,21
   320:25 321:5,12,16,19,23 322:3
   324:4 325:19 326:5 441:22 451:9
**fighting** 450:20
**fights** 450:14 451:11
**figure** 252:10 293:3,5 321:16 388:3
   388:5
**figured** 199:5 218:7
**figures** 321:8,11 328:22 338:4
   370:15
**file** 160:13 425:4 468:3,13 469:3
**filed** 212:5
**fill** 227:4 248:19 249:11 256:17
   260:23 459:3
**filled** 226:15,19 228:3 244:10
   259:15
**financial** 474:24
**find** 201:2,5 217:22 397:3 417:14
   417:19,20
**fine** 428:12 432:20 438:17
**fingers** 240:25
**finish** 192:21 269:4 443:25 444:2,5
   470:17 471:15
**finished** 291:6 366:18 435:17
   442:25 443:25 445:6
**finishes** 295:2
**fired** 296:17
**firms** 206:20,22
**first** 161:8 163:16 164:14 168:7,8
   168:14,17,24 169:6,15 193:10
   194:11 202:22 216:17 217:12,20
   217:25 229:25 230:2,11 232:17
   243:18,20 253:6,17 254:2 260:9
   260:12,18,19 268:18 272:17,18
   286:3 295:19 308:20 331:9
   345:11,21,24 367:6 380:23 411:3
   412:14 422:9 450:17 453:10
   464:5
**five** 188:22 211:21 262:11 284:25
   299:4 307:15 357:16 474:12
**five-minute** 303:23
**fix** 214:16,18 383:5
**flew** 457:5
**flight** 457:12,15,19
**flights** 457:8
**flirt** 402:6
**flirting** 401:20 402:2
**flock** 421:6
**floor** 219:2 223:4,5,8,10
**flu** 458:25
**flushed** 218:25
**Flushing** 210:22,23,24 458:11,14
   458:22 459:2 460:5,11
**flustered** 375:10

**flyer** 196:7,12
**follow** 258:19 259:17,21 391:24
   456:12
**follow-up** 244:5,20 330:10
**following** 280:12 333:12 410:25
**follows** 161:11
**foot** 461:9
**force** 285:14 309:7 312:6,24
**forced** 312:13
**forcing** 312:20
**Forest** 221:23 222:6
**forget** 467:19
**forgive** 387:21
**forgot** 222:5 252:16 360:4 397:16
   412:3
**form** 167:12 168:9 179:6 183:24
   223:17 238:23 241:7 250:19
   264:24 300:21,22 315:15 332:18
   404:16
**formally** 324:2
**format** 455:9
**forms** 244:10 249:2,21 259:6,15
   261:7
**formulate** 200:4
**forth** 475:21 479:11
**Forty** 402:14
**forward** 181:14
**fought** 320:5 324:23
**found** 197:18 217:5,20 322:24
   397:4 398:8 409:10 424:24 457:3
**foundation** 257:21
**fountain** 440:6
**four** 168:7 209:18 303:2 470:18,23
**Fourteen** 214:21
**frame** 211:9 288:20 344:11 452:19
   453:15
**Francis** 163:12 164:14,25 165:9
   183:7 273:22 276:12,15,17 279:4
   280:19 290:21 293:7 326:21
   359:8 425:15,25 426:9,13,19
   428:25 429:6,11,18 430:4,7,13
   439:16 440:12
**freaked** 284:6
**free** 352:14
**frequent** 196:7,12
**frequently** 327:19 352:7
**fresh** 411:24
**friend** 174:3,11 176:25 189:14,20
   191:11,11,12 192:16 201:19,25
   231:25 297:11 330:16 335:16,17
   335:18,18,20 336:7 337:4 344:17
   384:19,21 398:24 455:12 457:10
   461:16
**friend's** 176:23 457:10
**friendly** 446:15
**friends** 174:3 176:18,21 201:21
   274:6 275:9,10 292:13,16 304:25
   305:12 315:6 335:10 336:15,17

336:18 399:12 400:11 449:25
450:22 451:6
**friendship** 335:21
**front** 173:18 182:3,6 218:19
222:23 231:11 309:12 311:8
341:16 373:18 389:10 472:19
**frowned** 185:23
**full** 215:9 237:7 272:14 380:21
422:14 471:22
**fully** 269:14 339:20
**funding** 206:25 207:4
**funny** 192:20
**further** 236:19 288:7 294:22
459:10 479:15
**future** 162:2

### G

**G** 161:6 173:22,24 477:2 478:12
**gamble** 342:5,13
**games** 353:12
**gates** 412:9
**gears** 265:5
**GED** 290:25 291:4 293:11 294:7
294:10
**gender** 448:17 449:6
**general** 237:25 251:19 264:4 329:7
458:19 462:16 464:8
**George** 422:5
**gest** 399:25
**getting** 196:16,19 215:10 234:6,10
234:22 235:2 240:18 242:24
304:16,20 305:8 311:18 423:6
432:8 436:9
**gift** 404:16
**girlfriend** 344:17
**girls** 344:10
**give** 208:15 222:2 236:19 237:19
296:9 323:22 354:17 359:24
361:18 362:20 363:8 401:12
404:15 405:9 406:6,9 437:14
470:14
**given** 212:20 229:16 244:5,7,9
268:10 272:11 357:9 448:12
477:13 479:14
**giving** 406:3
**glance** 226:24
**glasses** 237:4,6
**GLICKMAN** 160:15
**go** 162:13,16 163:10 183:3 187:4
189:9,13 190:11 192:6 200:14
205:8 208:11 216:15 218:10
219:16 233:10,12,21,24 244:22
247:15 255:6 262:3 263:12
284:20 290:10 304:12 305:2
309:11 310:12 311:3,11 312:4
316:4,8 321:20 322:10 331:12
340:17 343:6,9 347:9 361:15
367:22 368:15 371:5,25 372:3,5

374:19 375:15 377:6 379:9 422:3
422:3 431:25 433:2 434:8,10,19
438:16,21,25 439:2,3,7 444:8
470:19
**going** 166:21 180:7,12,18,19 181:6
181:11,13 187:12 194:23 195:12
198:24 207:15 208:7 223:12
225:12 226:2 231:23 232:3
248:17 258:17 268:4,19 274:3,5
275:12 276:19,22 284:7 287:22
293:8 305:18 309:4,7 310:18,20
311:2,5 314:7,11 317:21 318:2
319:21,23 320:2,5 332:12 339:12
340:19 346:21 354:8 363:18
366:19,23 367:20 371:25 372:5
372:15 379:21,23 380:11,12,24
381:7 384:14 386:22 389:9
406:21 427:5,17,19 428:6 438:2
438:19,20 444:4,10 449:20 450:5
451:22 458:13 465:18 470:13
471:7 472:2
**good** 161:12 163:8,9 189:14,18
194:24 208:2 276:9 277:6,16
398:24
**gotten** 207:3 379:9 384:6
**governmental** 469:13
**grade** 164:13,17 172:20 272:3,3,18
272:24 273:25 274:15,18,20,20
274:23 275:3 277:18 313:16,18
326:24 426:3,4
**grades** 276:9 277:6,7,15,19 279:2
**graduate** 182:10 293:8
**graduated** 193:20
**grandkids** 211:16
**granted** 429:23
**grateful** 178:10,13,19
**gratification** 215:24
**gratitude** 179:15 181:8,13
**great** 182:18 431:15
**greatly** 251:11 448:2
**green** 339:23
**groceries** 307:8
**ground** 208:12
**grounds** 301:8 315:19 360:14
374:6,14 378:3,14 383:23 384:3
386:17,19 391:18,22
**guess** 163:4 194:21 206:11 232:6
278:23 308:22 314:9 366:19
394:4 397:13 398:25 404:11
**guidance** 279:2,5 292:18,23 314:23
388:10 407:9 414:11
**Guterman** 271:18,19
**gym** 349:4,5,6 350:8,10,13,14
352:8,10 354:19 355:6,7,8 357:8
364:22 365:3 366:16,18,20
372:23 384:2 387:18 389:25
407:13 442:18,19,23 443:16
445:15 446:3,9,12

### H

**H** 478:9
**hair** 237:8
**half** 171:12 366:13
**hall** 284:24 422:3
**hallway** 282:25 284:4 318:8,21
328:9 330:6,12 360:20 386:21,25
**hallways** 318:5 390:12 396:10
**hand** 171:3,4 177:6 283:21 296:7
479:20
**handed** 229:17
**hands** 239:8 240:8 356:11 357:21
**happen** 274:21 283:8 318:2 319:21
338:2,25 354:23 367:12 386:20
433:14 440:24 452:13 454:4
**happened** 166:17,19 167:5 169:9
170:10,14 187:8,16 190:14
193:25 195:3 199:23 200:2 214:3
214:8 216:9 225:13 228:23 235:6
235:16 251:21 271:13 274:22
280:6 281:12 284:3 292:6 308:14
317:18 322:22 323:3 326:3,18
335:23 340:6 346:2 347:15
358:15 365:15 368:2,4,19 371:18
374:17 376:22 379:14 385:15
386:16 397:18 398:17 411:9,17
419:2 432:24 433:5,6,11,11,13
435:18 440:22 456:8,24 462:3
**happening** 172:9 182:14 193:24
197:2 199:6 268:9 290:22,24
361:20 362:2 375:11 381:5,6
384:15,17 395:15 397:15 400:11
401:17 411:11 452:12
**happens** 181:21
**happier** 188:10
**happy** 188:13 215:25 216:2 259:20
335:19
**harassed** 287:25 410:5 448:11
449:11
**harassing** 179:13 181:17
**harassment** 179:15,18 181:5,9
288:6
**hard** 166:18,20 182:16 187:17
194:14 251:16 270:18 271:10
338:22 358:17 444:4 452:6 475:9
**harder** 267:24 269:3
**Harlem** 264:6
**hat** 176:7
**haunted** 252:3
**Hawaii** 189:11,12,13,17,17 190:7,8
190:10,22 191:8 193:2 194:3,9
194:13,19 195:20 196:16,19
199:20 202:7,11,20 203:5 205:17
206:2,16 210:17 215:3 253:8,11
253:15 254:2,17 258:9,13 259:23
293:15 294:8 297:21 331:11
392:9 413:9 415:18 421:13,15
422:10 424:15,20 455:17 457:5

457:13,19 461:18,19 466:17
474:10 475:21
**hazy** 168:2
**head** 214:15 228:22 237:8
**health** 251:7 410:20,23 411:4,16
412:13,19,25 413:19 414:9
415:11 416:23 417:3 419:12
420:19 463:22 464:5,9,16,23,24
465:3,7,21 466:4,13 467:15
**hear** 241:4 270:21 289:5,9 302:10
308:24 317:24 318:4,11 391:20
403:24
**heard** 233:18,21 319:18 325:10
372:14,17 402:7 403:7,18
**hearing** 425:9
**heart** 194:25 459:19
**heated** 400:5
**heavy** 252:8 313:5
**held** 159:16,18 290:11 309:12
**help** 168:23 169:14 227:4 267:25
270:7 321:13 381:9 411:10
417:19 418:23 457:19
**helpful** 229:24
**helping** 257:19
**hereinbefore** 479:11
**hereunto** 479:20
**hey** 271:12 304:24 424:11 425:19
**hi** 301:5
**hide** 338:16
**hierarchy** 328:17
**high** 163:11,12 164:14,25 165:9
167:13 169:10 182:10 183:7,20
183:21,25 184:3,4,13,15 186:19
191:17 192:3,21 193:20 210:20
212:3 215:19 250:23 265:16
266:24 267:5,7,9 270:14 273:22
274:4,12,13,18 277:19 278:18
280:19 286:4 289:12 290:15,18
291:20 292:20 293:12,14,15
294:4,5,10,13 296:13 316:20
327:4,8 332:19 334:9,20 343:23
345:22 367:6,10 384:19 385:23
397:22 406:14 410:12,18,21,24
410:25 411:17 413:17 426:9,19
428:25 429:6,11,19 430:13
441:15 447:23 451:3,7,12 452:14
459:2
**higher** 294:19
**highest** 293:16 294:2 421:5
**Hills** 221:24 222:6
**hire** 295:15
**Hispanic** 306:23
**history** 261:4 457:24
**hit** 356:6,8 463:6
**holding** 308:18,18
**Holiday** 339:19
**holidays** 185:19 186:4
**home** 175:3,4,7,8 189:10 281:14

303:10,14,17,20 322:11,12,14
333:11,15 360:3,6 363:24 364:7
366:25 367:3,21 370:18 419:18
472:23
**homework** 270:5,8
**Honolulu** 359:3
**honors** 290:15
**hoping** 199:24
**hospital** 258:2,22 321:20 458:7,8,9
458:11,14,22 459:2,8,11,15,16
460:6,11 461:10,11 462:14
478:19
**hospitalized** 457:25 458:4
**hot** 339:7
**hotel** 307:22,23 341:6
**hotels** 340:3
**hour** 162:22 243:4 303:24 307:16
**hours** 162:5,6,7,17 241:19 242:18
243:20 294:9 471:13,14,22 472:8
**house** 174:10,12 235:9 280:14,23
280:24 281:3,11,17 304:10 307:7
332:23 333:5 361:15 367:25
**household** 281:23
**houses** 304:7
**huge** 216:13 463:9
**human** 427:3
**hurt** 219:11 251:20 412:5
**husband** 191:4 194:20 195:13
215:6,22 256:24 395:3 420:6
421:23 422:10 457:20

---

## I

**I-R-A-C-E-M-A** 171:14
**ID** 228:12,15,20,20,24 229:10,13
229:25 230:2,9,11,12,15,19,23
230:25 231:15,20,23 232:2,5,11
232:16,19 262:21,21 263:2,13,19
264:12,25 265:3 304:13,14,24
305:7 342:20,22,24
**idea** 195:16 240:17 309:10 314:8
314:14 328:16 372:3 475:2
**identification** 161:4,7 227:10 228:4
**identify** 286:19
**identifying** 259:16
**identity** 449:7
**ignore** 290:8
**ill** 219:10
**illnesses** 274:8 450:4 451:5,7
**immediately** 322:24
**impact** 187:16 215:5 252:11,13
**impacting** 162:13
**in-classroom** 170:7,10
**inability** 432:25
**inadvertently** 291:10
**inappropriate** 301:8 354:5 357:25
358:4,8 360:2 363:20 364:6,11
378:2,13 389:5 401:20 402:2
403:12,20,22,25 409:2,10,25

**inappropriately** 285:14 364:18
**incident** 300:4,7 316:19 345:15
354:24 357:7 376:21,24 385:15
396:13 407:16,20 450:18
**incidents** 469:13
**including** 169:12 432:14
**income** 295:16,22 298:12 299:6
**incorrect** 181:23
**Index** 159:5
**Indiana** 187:5,9,21,25 188:17,20
190:11,17,19
**indicate** 234:25
**indicating** 436:19
**indication** 222:3
**indications** 236:16
**individually** 268:16
**individuals** 415:9 450:24
**influence** 234:18 304:25
**influenced** 234:14
**information** 232:8,16 234:9 247:7
289:19 377:20 415:15 461:12
478:15
**inhibit** 252:3
**Initial** 296:25
**injuries** 322:7 475:12,15
**Inn** 339:19
**INSERT** 248:22
**inside** 223:23 308:15 311:12
371:21 398:14
**instance** 316:17 345:6 346:10
434:16
**instances** 288:6 338:12 363:23
364:5,16 395:11,18,21 402:24
403:7 435:14 436:11 450:6
**instant** 215:24
**instructed** 405:3
**instruction** 257:10 273:7
**instructions** 208:25 244:5
**insufferable** 291:24
**insurance** 228:5,9 245:8 255:2,5
466:7,9,16,17 467:7,10
**intake** 260:24 411:9
**intentions** 400:9
**interact** 315:23 391:17
**interacted** 391:21
**interacting** 301:11 302:14 391:15
**interaction** 169:6 300:18 315:16
332:13 368:7 395:23 435:8,18
455:8
**interactions** 187:20 301:3,8,14,15
301:17,19 302:9 315:14,18 347:4
352:4 357:5 373:6 390:4,6,9,12
395:13 401:18,24 408:11 451:23
**intercourse** 167:22 168:6,8,16,18
168:25 169:15,25 193:16 200:23
312:15
**interest** 314:6 389:15
**interested** 246:23 314:2 479:17

interjected 321:4
internet 275:22
interrupt 284:13
interrupted 444:19
intervened 321:4
intimate 185:5 186:13
intimidated 399:8
introduced 344:6,15
investigation 469:17,17
investigations 469:13
investments 469:13
investors 297:6
invitation 189:18 361:19
invited 189:17 361:15
invoices 466:25
involve 439:9
involved 321:23 450:25 462:19
Iracema 171:14
Iracema's 171:18
irrelevant 181:19,22
Island 337:21
isolated 369:22
issue 419:13 464:24 465:3
issues 162:25 203:22 204:14,19,21
  204:22 205:3,5,9 269:8 414:14
  450:12 463:19,22 464:16

**J**

J 160:6,12 161:8 162:1 163:1 164:1
  165:1 166:1 167:1 168:1 169:1
  170:1 171:1 172:1 173:1 174:1
  175:1 176:1 177:1 178:1 179:1
  180:1 181:1 182:1 183:1 184:1
  185:1 186:1 187:1 188:1 189:1
  190:1 191:1 192:1 193:1 194:1
  195:1 196:1 197:1 198:1 199:1
  200:1 201:1 202:1 203:1 204:1
  205:1 206:1 207:1 208:1 209:1
  210:1 211:1 212:1 213:1 214:1
  215:1 216:1 217:1 218:1 219:1
  220:1 221:1 222:1 223:1 224:1
  225:1 226:1 227:1 228:1 229:1
  230:1 231:1 232:1 233:1 234:1
  235:1 236:1 237:1 238:1 239:1
  240:1 241:1 242:1 243:1 244:1
  245:1 246:1 247:1 248:1 249:1
  250:1 251:1 252:1 253:1 254:1
  255:1 256:1 257:1 258:1 259:1
  260:1 261:1 262:1 263:1 264:1
  265:1 266:1 267:1 268:1 269:1
  270:1 271:1 272:1 273:1 274:1
  275:1 276:1 277:1 278:1 279:1
  280:1 281:1 282:1 283:1 284:1
  285:1 286:1 287:1 288:1 289:1
  290:1 291:1 292:1 293:1 294:1
  295:1 296:1 297:1 298:1 299:1
  300:1 301:1 302:1 303:1 304:1
  305:1 306:1 307:1 308:1 309:1

310:1 311:1 312:1 313:1 314:1
  315:1 316:1 317:1 318:1 319:1
  320:1 321:1 322:1 323:1 324:1
  325:1 326:1 327:1 328:1 329:1
  330:1 331:1 332:1 333:1 334:1
  335:1 336:1 337:1 338:1 339:1
  340:1 341:1 342:1 343:1 344:1
  345:1 346:1 347:1 348:1 349:1
  350:1 351:1 352:1 353:1 354:1
  355:1 356:1 357:1 358:1 359:1
  360:1 361:1 362:1 363:1 364:1
  365:1 366:1 367:1 368:1 369:1
  370:1 371:1 372:1 373:1 374:1
  375:1 376:1 377:1 378:1 379:1
  380:1 381:1 382:1 383:1 384:1
  385:1 386:1 387:1 388:1 389:1
  390:1 391:1 392:1 393:1 394:1
  395:1 396:1 397:1 398:1 399:1
  400:1 401:1 402:1 403:1 404:1
  405:1 406:1 407:1 408:1 409:1
  410:1 411:1 412:1 413:1 414:1
  415:1 416:1 417:1 418:1 419:1
  420:1 421:1 422:1 423:1 424:1
  425:1 426:1 427:1 428:1 429:1
  430:1 431:1 432:1 433:1 434:1
  435:1 436:1 437:1 438:1 439:1
  440:1 441:1 442:1 443:1 444:1
  445:1 446:1 447:1 448:1 449:1
  450:1 451:1 452:1 453:1 454:1
  455:1 456:1 457:1 458:1 459:1
  460:1 461:1 462:1 463:1 464:1
  465:1 466:1 467:1 468:1 469:1
  470:1 471:1 472:1 473:1 474:1
  475:1 476:1
jacket 306:7,8
Jacqueline 208:3
JACQUELYN 160:12
JANE 159:3,14 477:8,16 478:5
  479:10
janitor 300:4,19 305:19 325:5,8,11
  325:16 326:19 449:20 469:3
January 349:6
Jay 412:15 413:22 417:7 466:15
jeans 306:11,11
Jehovah 421:17,21 423:4 455:16
Jewish 280:15
JHS 273:2
job 183:16 186:20,21,25 187:4,4,8
  295:17 296:17 377:3
jobs 296:11,12,20 299:14
jog 451:20
John 159:7 160:12 286:15,19,23
  287:2,2,15,17
join 201:16
joined 201:20
judge 428:13
judgment 470:12
judgments 213:2

July 159:10 477:10
jumped 291:18

**K**

K 477:2
Kaiser 255:5,8,24 256:2 257:4
  261:17,21,24 262:7 417:8,9
  460:17,20 461:4 462:5
Karen 159:18 479:7,24
Karl 160:6 417:23
keep 178:2 289:15,22 455:24
kept 195:7 198:24 330:21
key 199:4 310:10,11,21 311:3,6,22
  312:3 317:11
kids 251:12,15
kind 192:23 193:4 195:3,6 211:5
  213:24 222:8,13 224:2,5,18
  228:4 231:13 239:9 242:2,4,19
  250:13 266:9 271:10 273:6
  275:15 285:23 297:19 301:5
  306:5,9 308:18,19 312:15 313:9
  314:3,16 325:15 340:12 343:20
  349:3 352:4 371:17,23 373:20
  381:3 388:25 389:6,7 397:14,15
  400:11 401:16,21 402:8,22 430:3
  435:11 440:6,12 449:25 455:7
  459:13
kinds 222:7
Kingdom 422:3
kiss 354:22 355:4,16 356:4 385:15
  385:18 387:20 396:13,24 397:7
  398:8
knees 356:5
knew 185:24 192:22 233:23 240:24
  250:17,23 275:12 292:23 302:17
  320:2 336:11 346:21 357:21
  394:14 398:17 402:7,9,9,22
  408:19 447:11
knock 371:19
know 164:4 166:21 171:19 173:10
  173:12 174:6,20 177:25 189:24
  192:21 198:18 199:4,23 200:3,4
  201:23 205:20 206:10 208:18,21
  211:5 218:11 219:12 220:15
  222:16,18 223:21,22 224:7 226:4
  226:8 230:6,12,14 232:22,24
  233:12,16,17 234:7 236:8,11
  237:18 238:2,12,16 239:11 240:4
  241:17,25 242:2 243:11 244:6,13
  245:2,4,13,15,17 249:10,12,20
  250:3 252:13,17 254:9,17 256:5
  259:14 260:12,14 262:16 264:18
  266:25 270:22 272:25 275:13,14
  275:15 276:4,14 280:17,25
  281:25 283:7,19 284:7 285:11,17
  285:18 287:18,23 288:8,16,22,25
  297:5,20 299:20 301:9 302:16
  303:9 304:6 305:16,19,23 306:5

306:11,16 307:20,22 308:19
309:5,8,16,22 314:5 315:10
319:5 321:17 323:7,18 325:20,23
326:4 328:8,17,22 329:2,5,8
332:3,14 335:17,22,24,25 336:4
336:7,9,10,11,24 337:5,7 338:25
342:18 345:2 346:23 347:5,7
349:13,14,19 359:4,10,12 361:5
361:6,16 368:23 370:9 372:19,21
373:23 374:3,15 375:5,11,12
377:19 379:20 380:25 384:14,25
385:17 387:3 388:19 389:3
392:15,16,17 396:3,14 397:14
398:18,20 399:10,10,13,14,15
400:22 402:11,15,20 407:13,15
408:22 412:8,12,20 413:23 414:4
416:3,5,8 423:2,23 424:11,12,22
426:15 427:4,15,16 438:12
440:17 441:2,9,11,12 443:24
444:3 446:18,19,24 447:9 452:10
454:18 457:2 458:25 460:25
461:13 464:25 466:11 468:2,8,9
468:11,20,22,25 469:15,18,23
474:19
**knowing** 264:20 351:21
**knowledge** 233:11,17 241:15,16
244:15 262:22 317:19 321:16,23
325:17,18 329:16 338:7 341:13
347:3 352:19 383:21,24,25 384:4
386:4 387:2 391:2,5 408:13,23
409:4 418:18 467:9,17 468:6
469:12
**known** 239:12 264:16

**L**

**L** 477:2
**L.C** 209:13,21
**L.N** 209:21
**La** 209:25,25
**lack** 290:4 303:16 324:15,17
**lag** 162:12
**landline** 406:7
**language** 257:9 265:9,13 267:6,23
268:23 269:9 278:23
**larger** 320:19
**late** 310:3,7 327:2,7,19 328:3 435:3
**lateness** 327:22
**law** 160:4 206:20,21
**lawn** 307:7,8
**laws** 324:16
**lawsuit** 181:19 206:3,9,13,25 207:7
212:11,16 215:5,14 271:5 299:19
464:12 466:14 467:22 470:2
474:2 475:5
**lawyer** 428:4,5,8,14 433:9,19
**lay** 257:21 426:23
**layperson** 428:19 431:10
**leads** 218:16

**learn** 424:2,7 448:3
**leave** 187:8 248:17 281:13 338:14
375:22
**leaving** 404:5 439:20 464:18
**led** 215:21 412:9
**Lee** 201:19,23
**left** 184:4 186:19 187:4 189:9
191:17 192:2 195:9 224:11 242:7
244:4 261:8 276:15 277:3 290:2
303:17 309:19 311:23 316:13
397:22 398:3 399:20 400:18,23
404:13 409:11 450:18 472:5
**legal** 426:22 427:2,6,9,14 428:6,7
428:14,17 431:9 433:5,18,21
**legally** 427:21
**legs** 354:20
**length** 465:15
**Let's** 470:20
**letter** 177:4 405:10 406:10 430:3
**letters** 339:23
**letting** 231:20
**level** 179:14 293:16 294:2 389:14
**Lewis** 163:12 164:14,25 165:9
183:7 273:23 276:12,15,17 279:4
280:19 290:21 293:7 326:21
359:8 425:15 426:2,9,14,19
428:25 429:6,11,18 430:4,7,13
439:16 440:12
**library** 440:6
**licensed** 420:19
**liens** 213:3
**lieu** 350:13
**life** 170:13 182:17 187:13,18
188:12 202:19 216:13 217:15,16
230:24 252:2,8 260:7 274:4,16
274:21 325:8 397:16 411:9,12,22
412:6,7 413:3,20 419:7,18,19
449:21 450:6 451:21 452:11
461:9 463:10 470:11 474:9
**light** 195:15 471:11,19
**light-headed** 219:8
**lightly** 463:6
**liked** 222:8 239:24 313:25 354:20
**limitations** 424:23
**line** 179:2 192:25 207:17 231:12
249:22 347:9 427:18 428:11
431:5
**lines** 406:11
**link** 199:6
**listed** 286:15
**listened** 309:3
**listening** 283:7
**literal** 428:18 429:15 430:8,14,19
431:14 432:3 433:19 440:8
441:19 442:16 447:7 449:8,15
**literally** 427:7,13,14,21 433:2
442:20 471:24
**litigation** 464:3,7

**little** 168:2 216:15 239:8,8 242:19
243:17 267:12 295:3 296:10
344:4 396:15 400:10 434:22
436:18 448:18
**live** 210:7,16,25 422:2
**lived** 210:18 211:7,8,11 281:22
**living** 190:2 194:3,9 211:19,22
212:2 259:23 276:8 299:23 300:2
324:20 344:9 392:9
**loan** 206:25 207:4,6
**local** 417:19,21
**located** 221:22 222:3 254:7,20
260:15 263:22 359:4 417:25
418:2
**location** 222:10 223:13 263:18
423:7,8
**locations** 338:15 423:10
**locked** 429:22
**locker** 429:22 440:7,10,14,20 441:5
**lockers** 440:13 441:10
**long** 161:17,19 185:8 186:20
188:19 190:18 202:17 205:20,22
210:25 214:19 219:25 224:21
229:5 240:15 250:9,12,20 255:11
271:11 284:23 295:19 298:6
299:2 303:25 304:3 306:8,10
307:14,18 309:14,16,17 333:10
351:7,9,10 356:23 357:14 366:16
375:3 379:8 384:14 407:20
411:15,21 412:16 413:13 414:25
415:3 424:19 434:14 436:23
444:20 456:22 471:12,18 474:10
**longer** 168:15 291:22 434:22
**look** 202:18 206:8 218:21 224:3
243:12 270:4 306:6 311:7,10
364:13 368:23,25 396:12 399:4,5
411:25 424:10,14,20 427:19
**looked** 218:24 229:13,17 230:5,9
236:24 237:2 251:25 263:4
305:24 350:23 378:20 424:13,16
425:2
**looking** 367:20 398:11 427:7 475:8
**lose** 199:6
**lost** 275:23 299:18 377:3,24 435:11
436:18
**lot** 162:20 167:25 168:19 170:12
187:17 188:9 193:23 199:16
200:7 203:8,12 214:10 224:5
251:18 254:13 275:10,24 306:22
309:9 314:13 325:24 369:19
384:12 385:3 389:8 395:22 402:8
402:9 475:20
**lots** 207:9 275:12 279:14,18,19
316:7 320:17
**loud** 318:7
**lounge** 352:17,19,22 353:2,8,11
**love** 214:13 215:23 285:22 358:20
399:15

loved 216:3
low 366:8
Luis 184:22,23 185:6,9,12 186:7,17
lying 219:2

## M

M 477:2
machine 281:14
maiden 209:13
mail 273:20 326:12
main 223:7 283:4 314:16 323:15
mainland 297:12 359:6
maintenance 295:9
major 216:12 274:21 449:21 450:5
    463:9
making 166:23 182:17 299:18
    472:15
male 248:11 302:19 316:2 319:10
    319:12 390:23 403:5,15 448:20
    450:24
males 302:21 403:17
man 215:22 398:25
manager 298:7
managerial 437:11
mandatory 365:2
Manhattan 183:10 229:2 263:7,10
    263:22 264:5
manifestations 188:6
manifesting 187:24 412:10
manner 324:19
maps 287:16
Marie 190:5 271:21
mark 159:7 160:16,19 163:15
    165:4,12,15,18,25 167:3,10,18
    167:22 168:6,17,25 169:6,16,25
    170:15 171:5,21 172:11,15,22
    173:3 182:15 184:11 185:22
    191:19 192:2 193:7,11,14,19
    194:4,8,12,18 195:5,14,21 197:8
    197:15 198:2,6,11,13,19 199:15
    199:18 200:12,19,23,24 201:8,12
    201:17,21 202:7,11 203:5,16,21
    204:19 205:17,25 206:8,14
    207:12 216:10 217:14,17 218:2
    222:12 225:14 231:2 233:10,11
    233:25 234:17 237:23 240:10,12
    240:21 241:11 244:9 263:17
    291:23 305:5 376:21,25 379:17
    379:25 380:10,24 381:2,2,6,8,8,9
    381:13 383:20 384:11,17,21
    392:15 424:15 450:18 456:9
marked 161:2,6 170:19,20,21
    463:9
markers 168:23 169:5,13 221:25
marriage 401:22 407:17 420:5,6
    423:13,15 479:17
married 185:4 194:22 213:7,21
    214:6,7,19,22,24 331:14 394:23

399:17
marry 399:18,19 400:18
Maspeth 160:5
match 287:19
matter 208:6,10 289:6 309:18
    384:13 425:10 479:18
Matthew 201:19,23
max 189:3
maxed 470:8
meal 346:7
mean 163:21,23 164:15 167:7
    190:8 207:2 218:11,23 243:11
    254:11 280:10 287:2,6 312:22,25
    320:15 323:15 337:23 340:16
    348:13 349:23 350:4 374:10
    403:8 414:12 419:10 423:13
    426:15 431:22 436:4 437:22
    438:12 442:11 452:10 462:8
meaning 198:4 217:22 218:22,25
    240:10 314:9 315:18 319:20
    354:18 361:25 377:5 378:13
    406:10 437:11 464:17
means 218:5 299:11 411:12 427:17
    446:18,20,24
meant 228:18 314:14 403:20
mechanism 412:5
medical 223:16 238:9,13,21 321:18
    321:24 457:24 466:12 467:18,20
medication 412:23 465:21
medicine 235:10,10,11,12,14,17,18
    241:24 242:2,2
meet 191:4,7 215:2 288:12 304:5
    336:14 340:19 343:16 345:9
    455:19 461:19
meeting 191:10 207:18,19 281:10
    292:23 346:3 465:15,18
meetings 280:15
Meiners 159:7 175:7,9,13 348:7,9
    348:24 349:9 350:18 353:21
    355:2,3 363:13,16,19 366:25
    371:14 372:14 373:10 374:23
    375:7,21 376:16 377:9,15 378:23
    379:10 380:15,17,22 381:9,14,20
    381:25 383:3,4,8,14,15,18,20,22
    384:6,8,11,11 385:4,7 386:2,12
    387:19 388:17 390:3 391:25
    394:7,11,20,24 395:13,15 396:7
    396:24 397:3,7 398:7 399:22,24
    404:5,15 408:15,23 434:16
    442:24 443:16 445:12 449:19
    454:15 468:12,14,19 472:22
    473:9
member 292:10
members 275:24
memories 168:20
memorize 286:12 287:22
memory 221:23 235:24 341:11
    344:7,8 370:8 451:20

men 215:25 237:14
mental 251:6 410:20,23 411:4,16
    412:13,19,25 413:19 414:8
    415:11 416:23 417:3 419:12
    420:19 463:22 464:5,9,16,23,24
    465:3,7,21 466:4,13 467:14
mention 173:6 239:11 314:12
    393:16 413:16
mentioned 169:18,20 213:4 239:7
    263:9 271:15 323:11 342:2
    351:25 380:23 382:2 417:25
    418:17 422:25 439:10 446:5
messages 281:13 300:23
met 191:5,8 192:15 193:14 215:3
    288:17,17 292:24 336:16,19,23
    344:20,23 345:16 358:2 455:21
Mexico 270:12,13 276:9 277:10,17
Michael 159:7 353:16 360:17
    363:5 398:22 418:6,7,8
mid 184:20 366:8
middle 210:20 215:18 216:9
    265:13 266:19,23 267:5,7,22
    270:14 271:23 273:2 274:17
    290:15,17,18 326:17 327:18
    410:15,18,21 411:13,17 413:16
    419:4 441:14,17 447:23 451:3,7
    451:12 452:13
Mike 353:15 387:23 396:19 398:22
miles 196:7,13 197:9
mind 199:8 217:7 361:18
mine 184:8
Minimum 266:13
minute 443:20
minutes 161:19 163:3 205:12,20
    284:25 307:16 316:5 357:16
    374:5 375:5 436:25 465:19
    470:18,24 472:5,8
mirror 251:25
mischaracterize 257:18 333:3
misconduct 410:8 424:23
missed 435:10
missing 327:22 328:2 435:12
mistake 426:7
mistaken 224:20
mom 172:5,10,21 177:18 251:18
    268:17,19 269:20,23 270:10
    276:3 281:15 322:12,24 324:2
    326:2 450:17
moment 169:22 192:24 203:14
    248:10 262:19 305:10 313:6
    364:14 389:15 400:22 444:23
    446:6 451:17 452:17 456:15
    465:15,23 467:2 470:6
moments 276:5
money 196:6 207:4 475:19,20
month 298:19,22,24 334:14 339:6
    339:7 348:21 351:13
months 168:7,15 185:10 189:6,7

morning 161:12 163:8,9 170:9

226:4 233:22 258:23 265:7 305:8
309:3 313:3 382:9 419:15 426:7
427:4 436:22 462:23
**old** 171:10 184:16,19 210:9 217:18
221:5 231:9 253:9 254:23 260:17
306:14 340:5 344:3 362:10
402:10 472:21
**older** 201:25 224:6 306:15
**Olea** 271:18
**once** 192:13,15 197:17 205:24
247:17 253:15 440:10,22,23
**online** 298:2 341:13 424:9
**open** 387:12 412:9
**openly** 318:20
**opinion** 428:17,17
**opportunities** 435:24 439:22,25
448:10
**opportunity** 162:21 400:15 430:12
434:2 439:12,16,20 441:16
442:13 447:3
**opposed** 425:18
**option** 228:22
**options** 267:2 292:2
**order** 226:6 227:4,10 228:5 231:15
232:8,16 233:7 238:5 244:11
245:8 248:25 256:17 260:24
263:19 297:7 326:14 381:15
412:5 459:4
**ordering** 476:7
**originally** 243:15 359:19 360:11
396:23
**out-of-pocket** 245:16 466:12,19,21
467:16
**outcome** 479:18
**outfit** 174:21,23
**outs** 450:22
**outside** 239:2 275:6 284:20,23
300:8,23 303:4 307:5,6 308:7
317:9 371:20 372:8,10 390:9
396:6 442:10 443:17
**overage** 267:13
**Overall** 251:9,10
**overnight** 169:3 458:6
**overweight** 236:23
**owner** 297:2
**owner's** 183:13

---

**P**

**P** 160:2,2
**P-A-Z-Z-O** 183:13
**p.m** 476:9
**PAGE** 478:4,10,16
**paid** 245:3,8,11,15 250:2 341:7,8
341:15 457:8,12 466:22
**pain** 241:20,20 242:14 463:11,18
**painful** 193:18 200:7 252:15
**painkiller** 242:4
**pandemic** 295:24 296:5

**panicking** 378:20
**PAP** 255:19
**paperwork** 225:16 226:16,19
227:4,7 228:3 244:8,12 249:11
260:24 297:14 459:4 460:15
**paraphrasing** 195:17
**Pardon** 351:3
**parent** 269:7,17 280:24 327:25
459:7
**parental** 370:15
**parents** 270:8 322:19 331:3 370:14
450:12 457:11,12
**parishioners** 420:25
**park** 176:3 371:5 372:2,3,6,15
373:11,25 374:9,15,18 375:4,12
375:13,15,21,24 378:4 379:10
394:12 434:22 454:16 455:3
**parked** 311:2 367:16
**part** 163:24 166:23 183:17 215:9
216:14 222:21,24 254:9 259:19
266:20 374:8,11 416:6 421:23
435:24 437:16 439:13,17
**partially** 299:24
**participate** 389:24 429:13 442:22
448:4
**participating** 445:21,23
**particular** 200:9,11
**parties** 159:16 161:21 479:16
**party** 212:19
**pass** 164:13,21 401:11,12
**passed** 297:12
**passing** 283:20 288:17 301:5
320:21 387:4 396:10
**patch** 251:14
**pause** 162:24 252:6 443:4 444:20
444:24
**pauses** 161:17,19 471:12,18
**pay** 192:18 245:5,18,22 265:3
298:17,21 341:12,16 457:19
466:3
**paying** 283:8 299:2 467:7
**payment** 245:2,25 246:5 250:4
264:24 466:10
**pays** 298:14,24
**Pazzo** 183:13
**PC** 160:4
**pediatrician** 247:4,5,10,12,16,23
247:25 248:9 260:4,21
**peers** 365:5,17
**pending** 197:6 208:22 293:25
397:13
**people** 173:19 181:2 182:17 188:13
189:24 195:6 224:15 236:3,5,9
237:13,20 256:17 262:14,18
275:12,16 282:20 283:5,8 306:22
336:16,19,20 337:3,4 338:3,8
340:19 370:8 371:17 387:4 402:9
414:7 415:16 416:17 417:24

419:6,17 447:20
**people's** 441:10
**perceive** 161:17
**percent** 163:18 167:19 174:8
184:17 201:15 221:24 228:21
267:21 341:20 372:20 406:17
454:16
**percentage** 269:15
**performed** 268:6
**period** 168:7,14 198:14 211:15
243:5 273:2 274:11 345:17
410:24 464:6 467:15
**peripheral** 369:4
**Permanente** 255:6
**permanently** 190:22
**permission** 371:22
**permitted** 419:13
**person** 161:24 188:9 205:23 214:11
215:21 225:5 226:11 231:18,22
255:9,11,15,24 262:3,5 263:14
264:16,21 288:22 301:10 324:9
325:5 336:12 341:12,14 358:23
373:7 387:24 402:8 406:22
414:19,23 415:2,6 416:19 417:17
418:9,10 426:23 454:22,24 455:4
457:21 469:19
**person's** 260:14 372:25 414:5
**personal** 187:13 317:19
**personality** 465:5
**personally** 226:5 268:21 317:24
318:10 336:14
**personnel** 269:7 292:6 314:22
317:20 326:18 329:24 347:4
370:12 409:23 429:2,7,12
**perspective** 280:9 301:20
**pharmacy** 235:13
**phone** 160:12 177:5 192:17 195:23
197:14 226:6 300:24 311:20,23
325:21 358:23,25 361:9 362:7,11
362:13,17,18,21,23 392:5,8,13
393:9 406:4,5,7,13,17
**phones** 275:22 325:20
**photo** 174:15 176:3 262:21,24
263:2 473:15,18,19,20
**photograph** 161:2,5 175:16 182:2
478:11,12
**phrased** 441:12
**physical** 216:19 241:20 242:13
251:6 285:6,9 297:23 322:6
368:7 395:14 400:25
**physically** 219:10 285:16 312:25
313:2,7 425:17 426:12 429:19
432:5 433:22 434:5 442:8
**physician** 246:25 260:4,5,10
261:19,25
**physicians** 261:15,21,22
**pick** 235:14 280:24
**picked** 235:9,11 278:23 281:5

304:8 307:14 369:8
**picking** 298:9
**picture** 170:22 171:3,4,8,11 173:23
173:24 174:2,7,14 175:7,10,17
175:22 176:4,6,11,13,17,24
177:9,15,18,21 178:11,13 399:2
404:17 405:10 406:10 472:22,23
473:4,10
**pictures** 325:22
**piers** 302:18
**pink** 224:17
**pinned** 356:2,8,10
**pinpoint** 261:16 452:5,18 453:15
**pinpointed** 433:10
**pinpointing** 338:23
**place** 168:3,24 176:15 194:25
202:21 232:17 241:11 254:12
307:15 320:3,11 339:21,25 341:2
369:22
**places** 305:6 337:25 340:3
**plaintiff** 159:4,15 160:4 252:6
293:19
**plaintiff's** 161:13
**plan** 217:2
**plans** 294:22,25
**play** 352:6,13,16 374:22 375:25
384:24
**played** 216:14 341:3 353:13
**playing** 182:2 353:20 354:6,9,10
357:11 375:6
**Plaza** 160:16
**pleasant** 392:23,24 400:4
**please** 192:10 208:14 259:17
309:19 382:12 431:19 443:6,11
444:2,16 448:8 452:19 474:6
**plenty** 340:4
**podiatrist** 461:8
**point** 166:18 167:17 172:17 179:14
181:17 183:18,25 188:12 190:3
200:6 201:17 211:18 217:10
227:9 228:19 230:3,20 231:9
234:9,13 237:22 238:25 239:5,6
239:13,23 242:5,6,16 243:10,12
243:15 244:23 246:25 247:9,23
248:19 249:6 252:21 253:9,10,14
255:14 259:22 260:6,7 261:10
263:14 267:16 271:3 272:22
278:23 282:13 291:3,25 293:6
295:18 299:23 303:21 304:4
306:14 310:15,16 311:11,19
312:4,6,9,13 316:16,22 321:7
322:19 324:12,21 325:21 326:6
326:16 330:17 331:13,25 332:4,9
334:18 337:8 340:8 342:9,21
343:11,16,19,24 344:3 346:7,18
347:6 348:25 349:10,21 350:15
350:25 351:4,19 354:4,7,14,22
355:4 356:14 357:20 359:8,23

363:5 375:20 376:3,14,18 379:24
385:21 386:23 387:2 393:19
397:8,16,21 400:9,23 401:4
404:4,8,17 405:9 406:9,21 407:8
419:16 428:24 429:5,10,18
434:24 438:24 447:13 455:9
459:15 461:9,23 463:4 474:7
**points** 181:23
**pool** 176:15 177:19 182:3
**position** 162:8,9 329:3,22 421:5
**positive** 395:9
**possibility** 206:11,13,19 226:9
332:5 446:7
**possible** 167:20 395:17,19,20
**potentially** 220:19,22,25 249:24
**Powell** 372:20,22
**power** 454:10,13,19 470:18
**practice** 223:16,21 248:14 254:10
254:20 414:4,6 416:5
**practices** 254:19
**practitioner** 219:20 254:15 467:15
**practitioners** 418:17
**pre-planned** 340:17
**precautions** 463:8
**pregnancy** 217:24,25 218:3,8,10
218:14 219:13,23 220:6 257:24
**pregnant** 217:6,21,23 218:17
219:17 251:14 256:24 257:3
331:16
**premises** 276:25 279:12 282:15
292:2 377:7 379:22 380:12
**prepaid** 341:13
**prepared** 162:17
**prescribe** 412:22
**prescribed** 465:20
**presence** 166:9 377:8,10,11 396:7
**present** 160:19 320:12 335:6,11
358:2 363:6 386:14 394:19 474:3
**presently** 213:2 295:5
**pretty** 202:12 278:23 283:15
357:10 462:2
**prevent** 442:7,8
**prevented** 434:3 435:23 438:20
440:11 442:12,17 445:23
**preventing** 433:8
**previously** 220:11 225:23 258:8
300:12,16 337:15 345:7 363:19
434:15 439:10 454:9 456:16
457:4 461:5 472:18 473:22
**primary** 204:6 260:3,4,9 261:14,19
261:21,22,25 299:11
**principal** 293:3 314:22 328:18
388:9 407:9
**principal's** 323:16
**prior** 183:15 185:22 197:13 203:4
220:5 225:12 229:11,14 234:21
235:2 269:13 270:24 271:2
300:19 325:5 337:12 352:3,8

388:17 454:22 463:19
**private** 254:14
**privately** 394:4
**privilege** 179:11 180:4 227:17
**probably** 189:3 205:19 218:8,24
224:9 230:22 261:5 262:12
275:16 302:17 333:12 360:17
367:8,20 368:6,20 397:24 399:7
427:16 455:5 462:6 463:13
**problem** 269:11,19,20
**problems** 194:20 449:24
**procedure** 233:4 236:6 237:22
238:10,14,22 242:6 246:2,6,9,12
333:8
**procedures** 246:21 324:16
**proceedings** 194:23
**procure** 467:3
**produced** 182:5
**production** 258:18
**professional** 411:4,16 412:14 414:9
464:6,9,23 465:7 467:15
**professionals** 238:10,13,21 410:21
410:24 413:2,20 415:11 416:24
417:3 420:20 465:22 466:5
**proficient** 266:17
**program** 273:5,6 428:22 436:6,13
437:7,17 439:12,17,20
**programs** 426:18 430:6
**prohibited** 434:3
**promise** 171:5 173:20 456:17
**promised** 314:3
**prompted** 361:19 380:4 424:14
**proof** 249:24
**properly** 448:4
**property** 213:3 298:7 374:9,11
**proposal** 401:22 407:17
**protect** 329:19
**protection** 424:5
**provide** 232:8,15 305:22 329:18
466:8
**provided** 170:23 174:14 175:16
447:11
**psychiatric** 457:24 467:19
**psychiatrist** 415:10
**psychologist** 413:5,23,24 415:10
417:12,15 418:16
**psychologists** 410:11,12,15
**PTSD** 465:8,9,13,25
**public** 159:19 161:9 282:4,6
338:17 477:25 479:8
**Puerto** 305:25 306:2,6
**pull** 245:21
**pulled** 183:6 399:2 432:9 435:5
438:11
**pulling** 195:7
**purpose** 204:13,18 205:9
**purposes** 204:20 206:8
**pursuant** 159:17

**pursue** 290:25 291:3 294:18
  324:18
**pursuing** 290:4,7
**push** 313:7
**pushed** 195:3 214:14 313:13
**put** 235:7 268:20 325:21 355:22
  356:3,9,11 357:21 401:6 402:21
  419:12 438:13
**puzzled** 371:23,25 372:2

**Q**

**Q17** 282:6
**qualifies** 464:15
**qualify** 273:14 401:23
**Queens** 258:2,21 415:25 416:14
  417:25 418:10 455:18 478:19
**question** 161:18 168:10 179:8,22
  179:24 180:8,10,13,24 188:2
  192:7,8 197:5 198:5 204:16
  208:18,22,23 211:8 215:15
  217:22 218:22 230:8 231:22
  243:18 256:18 261:4 272:12
  277:13 285:8 293:24 300:20
  304:12 312:12 330:10 347:23
  348:3 365:17 381:16,22,23 382:6
  382:10,14,16,17 383:13 388:6
  405:8,16,17,19,19,21 409:20
  413:21 419:15,16 420:24 426:16
  430:20 431:16,20 432:17,21
  433:21,25 443:7,21 444:6,13,22
  445:9 452:6 456:11 464:20
  467:13 468:12 472:14 474:6
**questioning** 162:14 179:2 249:23
  347:9 427:18 428:11
**questionnaires** 256:15,16
**questions** 162:12 168:22 181:7,12
  207:10 208:8,15 227:3 231:19
  257:23 272:10 309:2 381:4
  384:13 392:14 419:13 428:6,7,18
  431:5,10 432:19 441:13 444:12
  471:21 475:24
**quick** 161:13 208:13
**quickly** 162:14 290:10 291:19
  304:11
**quite** 203:11 273:14 353:24
**quoted** 430:22

**R**

**R** 160:2 479:2
**Rafael** 177:2
**ran** 356:5
**random** 197:3
**ranges** 237:19
**rarely** 407:23
**rating** 266:10
**reach** 195:21 283:11 289:21
**reached** 356:4
**read** 180:11 192:9,11 266:16

267:17 269:15 277:12,14 286:11
  291:15,17 347:22,24 382:11,13
  382:15 431:16,19,21 432:21
  443:7,9 444:6,17 477:9
**ready** 233:20
**real** 412:4
**realize** 412:7
**realized** 200:7 205:21,22
**really** 174:23 182:16 185:21
  189:14 202:17 205:22 224:20
  251:20 271:11 275:19 292:3
  306:22 309:10 324:21 328:24
  339:9 375:9 384:6 398:24 399:14
  402:21 411:22 438:16 441:23
  443:14,14 458:23,24,25
**realtime** 162:6
**reason** 213:4 215:9 233:23 244:23
  271:7 272:9 340:13 381:12,13,19
  382:3,8 393:7 397:11 445:5
  454:17
**reasons** 180:6 182:20 214:7
**recall** 168:5,23 169:14,22 175:24
  176:2,20,21 183:5 185:17,18
  188:21 198:16 205:12 210:3
  212:2 219:4,6,7 220:3,16,16,18
  220:19,21 221:4,13,18,21,25
  222:21 223:12,15,20 225:5 226:3
  228:13,15 231:3,6,12,21 232:11
  232:19 234:8,12 235:13,18
  236:18,22 237:4,7,10 238:7,18
  239:18,20,22 240:18,21 243:7,8
  243:19,22,23,24 244:2 253:21
  255:9 257:25 258:3,5 259:12
  261:3,6,24 262:13,24 263:21,24
  264:4,13,14,15,18,20,24 265:15
  272:15 276:22 277:7,25 278:17
  278:20 280:2 284:16,19 285:24
  286:3 288:7 289:14 292:8,9,11
  292:12 302:24,25 305:24 306:13
  306:17,25 307:4,13 308:7 309:24
  310:3,6 315:2,5,22 316:14 317:3
  318:13,16 319:9 321:10 322:6,16
  324:6 328:4 330:19 331:19
  333:18,21,24 334:8,13,18 337:11
  337:23,23 339:17 340:2,5 341:6
  341:18,22 342:18,24 343:3 344:2
  344:5,11,14 345:3,5 346:2
  348:16,21 352:2,23 356:17
  357:17,19,22 359:7 362:9 363:24
  364:16 368:8,11 370:2,6,11,13
  370:14 371:10,13 372:13 376:5,8
  376:11 379:6,8,19 384:8 385:24
  387:4,7,11 390:10,15 394:13,14
  394:16 395:8,14,16,24,25 403:6
  404:8 406:3 410:2,9 414:18,20
  421:16 422:4,7 423:16 424:16,18
  424:21 426:20 428:25 429:6,11
  429:17,19,22 430:2,10,11 440:3

441:4 446:3,6,9,12 450:14,16
  452:17,20,23 453:3,6,8,9 454:4
  454:20 455:20,22 456:15 458:10
  458:11,13,16,20,21 459:10,17,20
  459:25 460:4 462:4 463:3 465:2
  465:14,20,23,24 467:7 472:23
  473:11,12,14,16,21,25
**receipts** 246:17 466:24
**receive** 273:7 281:20 326:13,14
**received** 178:15 202:10 230:2
  273:18,20 276:11 278:21 290:14
  299:5,8 326:10 430:2 475:16
**receptionist** 224:9,11,24 225:4,9
  242:8
**Recess** 207:24 347:12 437:5 471:3
**recognize** 170:22 304:7 308:2
  338:3,8
**recollection** 167:24 169:4 231:19
  236:13 272:14 288:19 306:2
  310:9 338:10 339:24 341:21
  425:8 462:18,25
**recommend** 417:16
**recommended** 203:9
**record** 179:20 180:10,11 192:11
  207:21,22,23 209:19 210:5
  226:10 247:8 248:2 252:5 261:10
  268:21 277:8,14 290:20 291:17
  293:19 303:8 325:19 347:11,13
  347:24 382:15 383:11 384:7
  404:21 406:24 413:6 414:3,19
  427:25 428:15 431:2,21 437:4,6
  443:9,18 444:17 470:19 471:2,4
  471:6,16 472:16 474:20 477:12
  477:13 479:13
**records** 248:16,18,21 258:18,20,21
  259:2,8,14 276:10 277:5 478:18
  478:19,20
**recover** 333:7
**refer** 418:9
**referred** 171:5 330:16 399:3,23
  417:2,5,6,11 418:3,4,15,20
**referring** 184:10 274:24 277:16
  279:15 348:6 353:16 355:2
  389:17 390:18 418:25 421:13
  423:2 440:15 448:25 462:15
  472:24
**reflect** 243:13 428:16 443:19
**refresh** 462:18,24
**refresher** 208:13
**regarding** 204:19 209:4 238:14
  384:13 425:12 447:4
**regret** 252:18,22 253:22
**regretted** 251:20
**regular** 224:8 352:8 445:15
**regularly** 209:7,9
**reimburse** 246:8
**reimbursement** 246:5
**reject** 314:7,11

**rejected** 314:2
**related** 204:23 436:2 479:15
**relation** 336:21
**relations** 312:10 331:18 385:5
**relationship** 167:10,18 169:11
171:21 172:11,14,22 173:3
175:12 185:6,8,12 186:14 200:22
202:16 207:12 213:25 214:4
215:5 216:6 239:7,16 252:14
271:20 275:7 325:12,15 335:15
343:15,21,23 348:10 349:9
356:20 357:7 376:15 379:25
380:6,20 382:20 384:9 385:9
386:13 388:18 392:2,12 394:8,15
394:21 408:16,19 419:21 423:20
450:2,9 452:20,21,24 453:4,7
**relationships** 274:7 390:17 419:24
**relevance** 258:25
**relevant** 179:5 182:2 354:21,22
**relief** 242:23
**religion** 186:2
**religious** 280:15
**remained** 198:20
**remarkable** 452:12
**remember** 165:7 166:4,6 168:3,19
168:21 169:5,9,14 170:3,11,17
170:18 174:21,22,25 175:11
177:18 184:18 185:14 186:18
190:20 191:22 192:12,18,24
193:5,13 196:10,14,17 197:3,12
198:10 202:24 203:3,11 204:4
211:4,20 218:6,6 219:9 220:7
221:12 222:4,9,9,13 223:14
224:16,17 225:3,7,20,25 228:17
228:19 229:4,7 230:10,13,18
235:10,15 236:21 237:2,6,9
238:6,11,17 239:10,16 240:2
242:20,21 244:3,16 247:14,24
248:12,13 253:5 254:24 255:10
257:12 260:13 262:2,17 263:8
264:7,23 268:13 270:6 272:21
276:2,4,19 277:24 278:3,22
279:3,24 280:5 281:8,9,12
282:12,19,22 283:6,18,22 284:15
285:17 286:2,5,7 288:10 289:25
290:19 292:22 299:25 302:2,6,25
303:22 304:6 305:10,17 306:5,6
306:12,16 307:10 308:8 309:6,6
310:2,5,8 314:15,20,25 316:15
317:13,15,16 318:15,18 319:2,3
319:8,16,25 320:7,18,24 322:8
322:13,15,18 324:22 326:20
329:23 333:17 334:2,7,24 336:3
336:6,22,23 337:22 338:6,18
339:4,8,23 341:5 342:22 343:12
343:20 344:9 346:3,4,9 351:12
351:14 352:9 354:13,17 357:12
357:14 359:25 361:22 363:2,4

367:4 368:3,7 369:6,25 370:7,9
370:16 371:9 372:12,16 373:20
376:4,7,24 379:5 380:3,4,7
383:19 384:15 386:11 387:6,14
392:18,19 393:6 394:5 395:7,10
397:11 400:3,20,21,24 401:5
403:21,21,23 404:3,7 405:7,11
406:12 407:7,25 408:4,8 413:6
416:12 421:8 422:14,20 429:4,9
429:25 437:13,15 438:7 439:18
439:21 450:19,20 451:8,17
452:12 453:18,19,23 454:2 455:6
458:23 459:5,9 460:9,16 463:17
463:20 466:2 473:5
**remembered** 309:4
**remembering** 194:14
**reminder** 195:8
**remote** 163:5
**repeat** 164:20 192:8 443:23 444:16
**repeating** 432:15,18
**rephrase** 167:15 168:13 208:18
229:22 243:16 317:23 334:11
428:9
**report** 290:11 292:5 314:18,21
376:14 383:22 384:2 386:7
387:21 406:19 468:3,13 469:3
**reported** 349:8 356:20 357:6 386:2
**reporter** 159:19 208:16 476:6
479:8
**reporting** 292:9 315:2
**represent** 208:4
**representative** 182:7
**represented** 472:4
**Republic** 222:7
**request** 258:18
**requested** 350:5 478:15
**require** 321:18,24
**requires** 295:4
**resources** 276:2 440:5 447:4
**respect** 215:13,17 216:17 232:21
238:21 291:21 304:12 380:6,15
380:20 395:12 425:9 441:14
**respected** 293:5
**respective** 159:16
**respond** 178:9,12,16,18 208:22
**response** 323:22 382:24
**responses** 208:15
**responsibilities** 329:2,6
**responsible** 329:16
**rest** 220:15 333:7
**restaurant** 183:18 341:2
**restaurants** 337:17,21,22
**restricted** 464:7
**result** 216:6 321:19 322:3 327:3,11
463:12 466:13 469:25 474:13
475:12,15
**results** 323:8
**retail** 296:21

**return** 434:11 435:9,19
**returning** 425:15,25 426:13
**reveal** 402:12
**reviewed** 427:25 431:3
**Rican** 305:25 306:2,6
**ride** 303:11 307:2,16,16,17 368:2
370:18 374:4
**ridiculous** 179:2 430:23
**right** 163:8 164:11,12,18,19,23
166:16 170:23 176:8 178:7,17
181:16 182:20 191:16 194:5,15
197:16 198:21 203:3 204:4
206:17 210:9 213:25 224:12
226:16 233:2,4,13,15 234:2
242:17 243:9 247:7 250:7 252:17
256:6 257:11 258:10 259:13
260:13 263:10 268:24 271:16,24
273:18,23 278:5 288:9 295:14,18
296:2,8 300:5 303:5,6 310:10,22
311:3,20 313:14 319:3 321:6
323:21 325:2 326:22 328:6,19
329:10,15 330:14,17 332:23,25
333:6 342:10 362:14 363:21
364:12 366:11 367:15 368:20
370:4 383:11,11,12 388:20
395:16 397:2 404:3 405:23 410:2
410:9 421:10 423:13 425:3
433:18,25 434:18 436:18 448:12
451:15 457:6 460:21 462:17
463:13 466:2 470:8,12 472:7
**rights** 427:4
**ring** 171:4,5 173:17,18,20 456:17
457:2
**RML** 159:6
**romantically** 450:25
**room** 224:3,10,14,15 225:12,19
226:14 228:2 233:7,8,24 234:4
235:5,20 236:2 237:23 240:9
308:16 312:4 313:21 317:2,4
344:10 346:25 354:2 356:5
390:13 396:4 400:19 436:8
**roulette** 341:3
**row** 164:17
**Rubin** 183:13
**rules** 208:12
**rumors** 325:11
**run** 389:24
**running** 214:8 389:11
**rush** 338:14

S

**S** 160:2 478:9
**S-U-E-M-A** 189:21
**sad** 186:16 188:3
**sadness** 243:2
**safe** 292:4
**salary** 296:6
**salmon** 224:17

**sat** 228:2 308:17,21 374:22 376:2
  389:16 398:14 422:10
**satisfying** 197:19,21
**sauna** 361:16,17
**saw** 176:22 178:5 192:13,14 194:7
  194:11,18 200:20 202:7 203:5,15
  203:20 205:16,25 218:22 219:20
  225:4 227:18 247:25 251:25
  253:6,18,20,25 254:22 255:4
  260:19 261:25 289:24 300:25
  303:3 345:17 376:21 390:23
  402:7,16,17,19 411:3 412:14
  413:5 415:9 416:8,9,17,10
**saying** 225:18 268:7,16 287:7
  319:11 356:11 364:24 366:8
  371:6 377:25 378:23 379:20
  380:12,19 382:24 399:23,24,25
  400:17 403:24 431:13 432:12
  452:3 458:19 464:10 472:9,13
  475:3
**says** 463:13
**scared** 205:21,21 308:19 311:15
**scenario** 402:17
**schedule** 350:23
**school** 163:11,13,25 164:6,14,24
  165:2,5,8,9,13,16,19,22 166:2
  166:3,9,10,21,23 167:9,13,16,23
  169:10 182:10,16,22,23 183:4,7
  183:20,21 184:2,4,4,13,15
  186:19 191:17 192:3,21 193:20
  202:4,4 210:20,21 212:3 215:19
  215:19 216:10 250:23 257:10
  265:10,14,17,20 266:19,23,24
  267:5,5,7,8,10,18,22 268:23
  269:7 270:14,14 271:24 272:2,16
  272:20 273:3,22 274:5,12,13,17
  274:18 275:5,6 276:15 277:3,5
  277:20 278:8,11,14,18 279:18,20
  280:12,19,21 282:4,15,23 283:10
  285:24 286:4 288:13,18 289:12
  290:2,16,18,18,22 291:21 292:21
  293:12,14,15 294:4,5,10,11,13
  294:16 295:2 296:13 300:9,23,23
  300:25 301:8,12 302:5 303:4,12
  303:13,17 304:2 307:3 308:9
  309:15,20,21,24 310:4,18 314:24
  315:19,24 316:10,20,20 319:23
  319:24 320:6,13,14,17 322:25
  323:4,7,14 325:11 326:6,17
  327:4,8,16,18,19 328:2,3,14,18
  328:23 329:6,22 332:19 333:25
  334:9,20 336:4 337:19 338:5,9
  339:2 340:8 343:23 345:22
  348:19 352:15 357:18 359:22,23
  360:4,7,14 363:25 364:9 367:7
  367:10,15 368:21 369:9,11,11
  370:20 374:2,6,8,11,14 376:6
  377:6 378:3,14,22 383:23 384:3

  384:19 385:23 386:17,19 388:3,8
  390:14 391:18,21 397:22 398:3
  404:5,9,13,18 406:14 408:14,24
  409:6,8,14,17 410:10,11,12,14
  410:15,18,18,21,21,24,25 411:13
  411:17,18 413:16,17 419:4
  425:14,25 426:9,9,13,18,18,19
  428:18,25 429:6,11,14,19,23
  430:4,5,13 434:20 435:25,25
  440:5,5,25 441:2,14,15,17,24
  442:2,4,9 447:20,23,23 448:14
  451:3,3,7,7,12,12 452:14,14
  469:17
**schooling** 265:6 290:11
**schools** 442:14 447:5 449:7,13
**schoolwork** 267:23 276:7
**scolded** 381:8
**scope** 380:21 422:14
**score** 278:20
**scored** 278:18
**Sean** 211:14 271:16
**season** 239:20 240:2 335:25
**seat** 373:17,18
**second** 182:23 183:4 227:12 257:9
  265:9,13 286:6,9 345:22 346:5
  360:9 367:9 400:18 430:24
  467:20
**secondary** 204:14
**secretarial** 183:14
**security** 209:17 231:13 299:6,9
**see** 165:15,18,25 166:6 170:15
  177:17 180:6 188:12 189:22
  193:21,22,25 195:9 199:18
  200:12 204:12,17,20 218:20
  223:23 226:25 228:4,7 233:2
  237:12 245:18,21,23 247:9,12,15
  254:21 255:11 256:2,17 259:7
  261:17 262:15 279:11,14,16,17
  279:18 283:5 286:22 289:2,4
  292:2 302:13 311:7,23,25 317:9
  317:11 321:7 340:16,18 341:10
  352:21,25 357:10 368:24,25
  369:4,20,24 391:9,14,17 404:9
  410:10,11,14,17,20,23 413:8,10
  417:18 418:3,9,15 433:7 440:17
  463:7
**seeing** 166:22 173:11 192:12 194:4
  201:18 222:4,9 247:22 248:6
  254:25 255:14 260:20 315:22
  317:3 352:23 370:6,11,14 411:16
  464:5,8 466:16
**seek** 411:6 439:19 467:18,20
**seeking** 215:24 459:17
**seen** 227:10 255:16 260:24 262:6
  325:4,7 369:17 373:3 377:2
  413:2 461:11 464:24
**self** 339:10
**self-harm** 469:25 473:23 474:8,16

**semester** 163:16 164:2,3 165:5,10
  165:13,22 166:7 167:4 182:23
  183:4 276:23 329:10 348:16
  366:21 408:3
**semesters** 163:17,18,21,22,24
  278:2 386:9
**send** 177:9
**sense** 198:2 242:23 425:23 427:9
  427:14 429:15 430:9,15,19 431:9
  431:14 432:4 433:5,18,20,22
  438:17 440:9 441:19 442:16
  447:8 448:19 449:9,16 453:16
**sent** 176:23 177:10,14
**separate** 360:5 364:8 421:19 455:4
**September** 169:10
**series** 208:8
**serious** 377:4
**seriously** 407:25
**session** 414:12
**sessions** 413:15 419:5,9,17
**set** 266:23 479:11,20
**setting** 185:25 272:12 445:24
**seven** 163:3
**severe** 451:7
**sex** 217:13 219:25 220:4 285:15
  309:8 313:12 334:5,8,18 340:25
  345:4 346:14 453:11,21
**sexual** 167:10,18,21 168:6,8,16,18
  168:24 169:6,15,25 175:12
  187:19 193:16 200:22,23 205:9
  285:4,10,20 312:10,15 313:9
  331:18,19,23 332:13 385:5,22
  401:2,21 402:2 410:7 424:23
  449:3 452:19,23 453:3,6
**sexuality** 205:4,6
**sexually** 410:5 449:11
**shape** 179:15
**share** 360:24 361:3
**shared** 171:22 360:25
**sharing** 396:4,5
**she'd** 432:14
**shepherd** 421:6
**shield** 338:15
**shift** 265:5
**shirt** 306:7,8,10
**SHLOMIT** 160:13
**shocked** 350:24
**shocking** 202:12
**shoot** 176:3
**shooting** 176:15 177:19
**short** 236:23 364:22 365:19 366:7
  374:4
**shortest** 296:19
**Shorthand** 159:19 479:7
**shoulder** 283:20
**shoulders** 402:20 403:2
**show** 227:10 231:15 249:24 287:20
  305:11,14 340:18

showing 170:19 173:22 366:8
    473:7
siblings 419:25
sick 276:3,3 458:24,24 459:14
sickly 262:3
side 293:20 299:14 369:11 445:22
    464:19
sidewalk 370:20
sign 238:4
Signed 477:20
significance 427:6
significant 236:25
signify 233:20
Silver 222:19
similar 301:14 469:20
single 265:20 270:10 326:8
sister 171:16 175:23 187:6,9,11,14
    188:16 209:24 211:13,13 335:5
sister's 335:8
sit 167:20 168:4 199:25 282:7
    286:18 354:19 374:19 389:10,20
    396:21
sitting 226:14,18,21 287:24 389:12
    389:23 442:21 443:3,17 445:16
    445:18
situation 181:16 182:13 232:13
    300:2 314:4 323:24 387:18
    391:14
six 185:10 189:5,7 190:11 211:15
    211:17 296:16 333:21
skinny 237:2
skipping 463:25
skirt 174:24 175:5 367:14 473:2
sleep 235:7 475:4
sleeping 346:24 475:10
slept 235:12
small 223:24 224:2
smears 255:19
social 198:3 209:16 299:6,8 410:17
    415:11
sole 204:20 216:18,19
solely 205:8
solid 450:10,11
solo 254:15
somebody 203:10,12
someone's 433:22 472:2
Somewhat 168:11 201:6
sonogram 240:19,22
soon 252:23 407:22 409:11 470:10
    473:25
sooner 333:23
sorry 206:6 270:21 347:18 415:22
    443:14 452:2
sort 187:23 198:3 206:24 207:4
    325:12
Sosa 455:11
sought 414:8
sounds 197:3 306:23

source 202:19 298:11
space 448:18
Spanish 273:8 279:22,23,25 280:2
    280:4 319:4,13
speak 195:24 198:6 225:8 242:7,11
    257:14 264:12 278:25 283:11
    284:20 316:16 322:22 323:10
    327:21 390:23 396:6,24 407:18
    407:21 414:13 454:21,24 466:23
speaking 392:25 428:13 433:17,17
    433:19 475:25
special 446:16,19,21 447:4,14,18
    447:19
specialist 466:23
specialty 204:23,24 205:3
specific 167:24 174:23 204:13,18
    215:12 222:10 300:7 338:23
    340:13,16 355:24 395:24 402:16
    453:15 470:5
specifically 166:4 173:2 175:25
    191:22 215:17 251:6 259:12
    274:5 279:14 328:11 329:25
    350:17 370:7 396:11 417:9
    420:24 437:13
specifics 395:25 403:23
spell 177:3
spend 187:10 205:18 272:20
    284:12 345:24 351:22 357:11
    385:2
spending 346:4 389:7
spent 185:18 187:6 296:20 300:8
    330:25 331:4 335:4
spiral 182:21
split 207:14
spoke 178:3 185:2 193:3 198:7,13
    198:18 225:18 238:12 273:8
    306:17 323:8 390:22
spoken 209:4 266:12 377:15 396:2
spontaneous 340:12
sport 350:10 435:25
sports 349:16 429:13
spot 399:18
spring 164:5,6,11 185:13
square 264:5,6 341:25
ss 477:5 479:4
stalker 280:8
stand-alone 223:2 416:20
standard 236:24 439:8
start 183:9 193:10 202:22 203:10
    206:12 220:2 295:3 354:8 397:17
    411:15 414:22
started 163:12 169:11 183:8 184:3
    186:20 188:12 202:18,18 203:4,7
    203:8,11,15,17,22 211:22 273:22
    275:12 279:10,12 280:13 296:14
    297:10 309:25 331:9 333:25
    399:8 411:8 426:3,4 464:5,8
starters 338:20

starting 182:21 188:14 216:9
    326:22 411:13 419:3
state 159:20 161:9 210:4 244:3
    477:4,25 479:4,9
stated 276:5 333:12 357:10 393:24
    472:22
Staten 337:21
States 159:2 265:22 273:13 275:11
    324:17
statue 424:23
stay 188:19 190:18 200:19 201:7
    201:11 250:9 333:10 344:20,24
    355:8,18 459:12
stayed 192:15 201:8 250:12,15
    330:17 332:22 339:18 345:8
    346:11 355:19 458:8 461:10
staying 331:6
steal 440:13
Stoll 160:15,18 161:12 162:20
    163:2,7 167:15 179:7,10,16,20
    179:23 180:3,9,17 181:6,10,20
    181:24 184:7,10 192:9 206:6
    207:9 471:8 472:17 476:2 478:7
stomach 219:11
stood 314:17 402:25 442:10
stop 181:10 211:18 254:25 255:14
    281:11 369:7 370:18,19 438:2
stopped 168:5 247:22 248:6 260:20
    297:20,20,21 408:10
stopping 428:10
store 218:3 264:2 337:16
stores 221:25 222:5,7,22,24
story 303:16 308:21,22,23 313:24
straight 316:20
straightening 397:17
strapless 339:8
street 159:17 160:5,10 210:22
    222:5 263:24
stronger 205:24
struggling 268:23,25
student 289:3 299:22 314:6 317:25
    318:11 319:24 324:23 364:21
    391:10,15 403:3,5 404:2,18
    442:13 448:4
students 279:4 282:21 288:23
    289:6,7 301:11 302:10,13,16,23
    315:14,19,23 316:2 318:19,23
    319:18 320:15,18 321:22 352:18
    352:22,24 355:10 365:3 367:19
    368:18 369:19,21 370:4,5,6
    389:22 390:5,7,9,12,17,18,22,24
    391:3,6,13,18,21 402:5,6,9,18,19
    402:21,25 403:4,9,14 437:19
    440:16
study 448:5
stuff 338:23 358:14 389:12 401:17
stupid 311:16 366:6
sub 380:8 388:12,13

subconscious 199:11,12
subject 271:4 372:21 395:5 409:9
    446:14
subjected 288:6 409:24 469:20
subjects 278:17 349:12
submitted 249:3 324:2
subscribed 477:20
substance 319:19 324:25 368:9
    380:8 381:24
substitute 350:9 388:14
successful 399:7
sudden 350:24 399:12
sued 212:18
Suema 189:21,22 191:12 457:11
sum 319:19 324:25 368:8 381:23
summer 169:7,16 174:19 175:18
    175:20 185:13 220:20,22,25
    278:7,11,13 472:21
supervised 349:16
support 197:10 298:13,15,18,20
    299:3,12
suppose 305:9
supposed 185:24 186:2 305:21
suppressed 168:20 199:3 411:21
suppressing 412:8
sure 163:11,18 164:2 167:19
    168:11 172:12 174:8 177:25
    184:17 201:15 220:3 221:3,24
    228:21 230:21 250:10,12 254:20
    256:20 261:2 282:22 286:24
    290:13 291:9 303:7 308:11
    333:11 334:12 337:2 338:24
    341:20,25 355:20 356:24 362:19
    367:5 372:20 374:16 395:4
    406:17 420:12 431:24 443:8
    454:16 464:13 466:6,9 470:25
    471:17 474:22 475:13
surely 252:20
surgery 461:10
surgical 261:4
surprise 251:13
surprised 385:10
surrounding 367:13
SUV 373:24
switch 438:25
sworn 161:8 212:20 479:12

___

**T**

T 477:12 478:9 479:2,2
T-shirt 306:9
tag 225:6
tags 236:15
take 161:25 175:9 207:16 208:16
    208:20 219:22 235:12 244:14
    265:8,12,16,19 266:2,19,22
    278:7,11,13 279:5 280:4,13
    283:24 309:18 320:2 324:22
    325:22 337:18 347:10 350:11,16

367:3,21,24 371:15 372:7,15
    378:3,14 436:24 470:16,20,22
    473:4
taken 159:15 162:25 174:7,9,17
    175:8,17 176:11,14 434:9,12
    436:16 437:21,25 440:19 443:19
    446:16 472:22 473:20 477:9
talk 172:25 218:12 269:22 282:8
    284:5 305:2 308:21,22 319:18
    321:15 323:5,21 355:19,20,22,25
    376:23 379:16 380:11,17,24,25
    381:7,15,19 382:18 391:5 393:8
    396:18,21 398:11,13 403:9
    406:22 417:21 419:6,8 422:15,21
talked 171:25 195:22 205:19
    262:21 364:17 376:3 379:24
    383:13 391:7 392:20 397:11
    419:9 422:11 441:15 472:18
    475:17
talking 166:14 192:24 199:9 203:8
    203:10,12,22 204:13,18,20 205:9
    225:15,20 240:22 266:10 277:9
    301:18 309:11 314:8 318:6,6,9
    357:12 381:9,13 383:2,15 398:7
    399:8 435:17 460:25 474:22
tall 236:22 306:3,4,4
tank 339:8 364:22 365:18,19 366:7
tattoos 237:11
taught 278:5 352:10,11 372:22
    407:14 442:19,23
teach 329:14 349:12
teacher 163:15,19,22 164:3,5,9,10
    165:4,12 173:8,9,11 268:8
    279:22,23,25 284:2,16,19 287:8
    288:9,11,11 293:2 313:25 314:2
    314:19 317:19,25 318:11,13,16
    318:25 319:4,7,9,11,13,15 320:4
    320:8 329:9,12 336:8 347:14,17
    348:4,25 349:3,4,5,6,10 352:8
    357:9 359:8 365:12 366:19
    371:10,14 372:13,17,18,22 373:2
    373:10,16 374:21 375:22 377:12
    377:16 378:3 379:6 384:2 386:10
    387:22 388:4,7,14 394:6,9,10
    397:20 402:23 407:9 409:9,23
    422:22 454:14,18 456:14 469:2
teacher's 323:16
teachers 164:2 166:22 182:14
    267:4 268:3,22 269:17 273:8
    279:11,14,18 282:21 286:15
    291:22 310:6 318:7,8,21 319:2,4
    319:18 320:15,16,17,20 324:8
    325:14 327:3,8,12 329:24 336:25
    338:4 347:3 353:2,6,7 355:13
    368:22 369:2,17,24 377:6 378:6
    378:10,15 409:22 410:3 419:3
    439:9 446:4,14 447:4 448:16,21
    450:7 451:24 456:5 461:22

469:14,21 474:14
teachers' 352:17,19,22 353:2,8,11
teaching 366:23 391:13 394:4
team 349:20
technology 162:25
teenager 296:14
tell 168:5 178:12 196:3 209:16
    210:18 214:3 215:16 234:21
    235:6 239:13 246:11 252:24
    256:8 261:12 268:3 271:13 274:3
    290:3 292:16,18 293:2 301:24
    306:19 313:8 314:10 317:25
    318:11 320:4 323:9 326:2,17
    329:25 330:24 334:22 338:19
    347:3,14,17 348:4,9,24 351:19
    353:7 361:13 375:14,21 377:9,12
    377:14,22 379:18 380:5 384:7
    385:4 388:2,6,9,9 394:17 395:2
    398:6,9,16 407:8 422:18 424:11
    427:23 434:8 438:8 441:25 456:7
    456:13 461:21
telling 284:10 292:12 309:4,7
    315:5 337:11 381:14 423:16
    429:2,7,12 445:4
ten 162:4,6,6,17 357:16 358:12,13
    374:5 410:25 436:25 470:7
    471:13,13,22
ten-minute 303:24 304:10 307:16
    470:23
term 427:2,17 446:19
terminology 426:22,24
terms 234:6 245:2 313:19 366:13
    384:5 428:14 448:23,24
test 218:3,10,14,18 219:13,18,23
testified 161:10 203:14 220:11
    228:11 243:21 247:19 249:16
    251:8 257:8 258:8 259:5 269:13
    272:8 274:7 288:4 289:11 292:13
    292:14 297:17 315:21 322:2
    324:24 325:3 328:5 330:7 332:22
    337:16 357:24 362:12 364:2
    394:2 395:12 409:22 410:4
    414:16 417:3 427:24 431:2
    434:15 435:19 447:24 451:2,10
    451:14,16,18,20 452:16 454:3,9
    456:16 457:4 460:23 461:5
    467:11 469:21 471:20 473:22
testify 428:20 435:4
testifying 287:16 432:11 433:13
testimony 162:7 197:13 209:5
    212:21 227:23 240:25 249:18
    257:14 268:20 272:11 287:20
    316:8 322:4 333:4 350:20 370:17
    381:11 383:6 405:5,14,23 432:15
    436:17 443:5 444:2,21 445:3,25
    448:6 477:9,12 479:13
text 202:10 300:23
Thanh 414:17,20

**thank** 178:19 181:3 206:7 421:7
    426:7 465:9 476:4
**therapy** 202:18,23 203:4,15,17
**thing** 169:8 199:11,12 208:21
    248:23 285:21 339:11 380:14
    441:7 450:16
**things** 162:21 166:17,19 170:12
    185:22 187:17 193:23,24 202:12
    202:14 203:9 216:17 239:2
    242:22 251:24 283:8 289:11
    292:6 309:9 314:13,16 340:20
    360:5 397:15,18 412:11 429:20
    432:24 465:5
**think** 164:16 166:25 167:5 175:7
    180:25 181:25 182:6 188:8 189:5
    189:8 191:20 192:12,14,22 193:8
    193:8 194:16 195:20 196:10
    199:3,16 206:4 214:6,11 216:8,8
    216:11 218:16 222:15 223:11,19
    227:14 235:4 237:5,25 240:15
    247:11 248:7 249:24 252:9,12,16
    259:19 261:9,13 263:6,6 264:22
    269:20 276:16 279:4 280:3
    281:15 283:6,7 285:16 287:11,13
    288:13 292:3,4,24 293:4,4 295:3
    301:5,23 304:15,16 305:13
    307:18,23,24,25 308:9 309:14,16
    311:11,14 315:4,7 319:25 320:18
    321:25 324:20 330:15 331:5,25
    333:2,20 334:23 336:17,23 337:2
    339:19,20,22 341:24 347:16,21
    351:16 354:20 359:17 361:5
    366:5 368:13 375:8,8 376:23
    386:15 389:7 395:22 396:15
    400:8 408:4,5,12 409:3,7 411:23
    412:2 414:3 446:7 447:10 448:3
    465:16 467:11 475:23
**thinking** 170:12 199:8,14 242:20
    242:21 339:9 342:19 364:15
    403:22 427:20,21,24 475:9
**third** 286:6
**thought** 192:20 199:17 240:14
    305:5 355:21,25 364:14 375:19
    396:17 399:12 443:5,25 444:20
    469:24 474:7
**thoughts** 198:21 473:23
**three** 168:15 176:22 188:24 211:24
    211:25 224:15 236:5 272:5
    351:15 353:25 415:8
**three-minute** 470:21
**tied** 205:4
**tight** 308:19
**tiles** 328:23
**time** 161:15,21,22 162:5,12,16
    166:18,20 167:13,25 168:8,14,17
    168:20,24 169:15,23 170:4,11
    171:23 172:6,7,8 178:3,5 182:8
    182:16 183:17,19 184:3,4 185:2

185:4 186:6 187:6,6,10,13,17
    189:19 190:20,21 191:18 192:18
    193:9,22 194:2,7,11,14,23 195:7
    195:12,13,14 196:20 198:12,14
    199:7,14 201:2,3,8 202:6,12,17
    204:7 205:19,22,25 207:13
    208:21 210:19,20 211:9,11,12
    214:9 217:12,22 218:21 220:4,15
    221:2,5,8,9 224:21 225:17 226:9
    228:16 233:10,12,24 234:8 240:5
    240:16 243:13,15 246:25 247:13
    247:18,25 248:5 250:15,18,21
    251:16,22 253:4,6,17 260:19,20
    260:23 267:9 270:13 271:12
    272:16,20 273:2 274:4,11,13
    275:20 276:16,25 277:10 282:15
    282:17 283:4,24 284:12 288:16
    288:20 289:24 290:2,24 292:20
    295:4 296:13,14,20 298:6 300:8
    300:12,16 303:3,10 306:3,9,10
    309:13,14,22 313:17 314:7
    321:12 328:9,15 330:15,22 331:4
    331:9,17 332:9 333:14,15 334:3
    334:4,5,14,19 335:5 337:8,12
    338:22 344:11,21,23 345:4,12,13
    345:17,21,24,25 346:4,5 349:8
    351:22 352:14 354:7,14,17,21
    357:11,20 358:2,15,17,19 359:2
    359:5 361:17,20 362:7,10,14,16
    364:7,8 365:11 366:2 369:10
    370:21,24 371:2,3,8,11,24
    384:18 385:3,19 389:5,8 390:20
    392:7 393:13,15,16 394:23
    396:12 397:13,21 398:3 401:4,15
    402:10 407:4,5 411:3,21 413:15
    421:25 424:24,25 435:4,5 437:23
    444:24 445:8 449:21 450:15,18
    451:23 452:9,13,18 453:10,15,20
    455:9 456:2,2 459:21,22 467:4
    471:10 473:20 474:11 475:9
    476:3,9
**timeline** 163:11
**times** 191:22 193:2 195:22 214:14
    230:4,9 254:21 256:25 264:5
    275:18 279:19 280:23 281:4,5,18
    298:22 327:6,9 333:13 338:14
    370:25 389:10,13 407:24 431:3
    432:9 437:24 457:9 461:11 474:9
**tired** 443:15 472:3
**title** 329:22
**today** 161:24 167:21 168:4 169:21
    170:20,22 208:7,25 209:5 229:8
    241:8 249:18 255:23 275:21,23
    286:18 303:9 364:5,17 410:5
    455:25 469:22
**toes** 239:8 240:8 241:2
**told** 169:21 227:21 233:25 251:3
    263:12,18 267:2 268:8,12,22

280:17 308:23 310:20,25 313:24
    319:22 323:20 328:11 330:8,13
    335:14,16,18 337:5,5 350:17,22
    358:15 359:11 361:17 364:5
    365:16 368:17 376:25 377:21
    378:17 380:15,22 384:8,11 385:8
    386:12 387:23,24 388:17 398:10
    398:19,20,22,23,23 401:5,8
    408:15 447:13 450:3 456:8 457:3
    462:19 465:2,6,12
**tolerate** 167:3
**tongue** 309:9 314:13
**top** 339:8 364:22 365:18,19 366:7
**topic** 420:8
**tops** 189:7
**touch** 177:7 178:2 184:23 189:16
    201:7 270:17,24 271:11 275:24
    283:13,15,17,19,20,20 285:13
    289:15,22 324:8 330:21 356:14
    393:20 406:24 455:24
**touched** 234:7 283:14 389:4 395:4
    403:2
**touching** 195:16 402:19
**tourism** 295:25 297:21
**toxic** 409:12
**trade** 294:15
**transcript** 477:9,11 479:12
**transfer** 272:23
**transferred** 273:15 349:25 350:2,6
    350:7,21 351:9,11,20 366:17,21
    401:9 438:6,9
**transferring** 272:15 352:3 407:23
**transpired** 281:7
**trauma** 199:10 413:5,23,24 417:11
    417:15 418:15,23,24
**traumatic** 168:21 198:24 274:15
    274:23 276:4 419:2
**travel** 475:21
**treat** 289:2 391:2 412:16 413:13
    414:25 417:16 427:13 459:4
    460:18,24 461:3
**treated** 288:22,24 289:3,6,7 391:3
    413:20 415:10 459:25 462:14
**treating** 402:17,18 414:18,20,22
    415:5 416:16 462:4 464:11
**treatment** 204:15 411:7 414:8,10
    414:11,12 459:18 467:19,19,21
    469:20 475:12,16
**trick** 427:10
**tried** 294:18 339:19 354:22,24
    355:16 385:18 387:19 389:4
    396:13,24 397:7
**trip** 338:21 340:6,11,12
**trouble** 267:3 269:8 379:21,22
    382:21,22
**true** 173:11 428:3 431:4 477:11,13
    479:13
**truly** 275:14

trust 291:23,24 389:14
trusted 388:22,24
trusting 188:10,14 215:22
try 282:8 283:11,17 285:13,14,15
    289:21 303:8 316:21,24 338:14
    338:15,16 355:4 365:14 396:18
    398:6 438:6 439:19 467:5
trying 163:3,4 199:9 202:17 257:17
    269:10,16 275:15 287:9 290:8
    314:10 333:3 383:5 385:15 400:8
    427:10,13 452:5,18 453:14
    464:16
turn 162:22 207:15
Twenty 253:13 260:18
twice 298:19,22 408:5
two 164:17 171:12 201:14 211:16
    224:19 236:3,8 237:13 238:8
    255:17 262:9 298:9 308:16,17
    314:16 319:2 332:23 337:18
    339:12 351:17 360:5,8 378:14
    379:12 414:7 416:11,13,17,19
    417:24 418:16 435:13 436:10
    446:4
type 246:4 248:4 282:10 341:18
    373:23
typically 181:3 357:15

U

U.S 270:15
ugliness 251:25
Uh-hum 170:24 241:13 247:21
    253:19 263:11 303:19 328:13
    350:3 362:8 458:3 460:22
unaware 427:8
uncomfortable 302:3 310:14
    311:13 400:22
underage 342:9
underneath 366:11
understand 167:14 168:10,12
    173:20 188:2 193:24 198:4
    204:16 208:17,19,24 214:17
    215:15 238:24 266:12 268:4,5,8
    269:4,14 273:11 310:24 312:12
    314:12 362:2 375:10 379:23
    380:18 381:16 382:5,16,17 389:6
    413:21 417:13 452:9 460:19
understanding 267:4,14 269:9
    290:6 315:8 324:16 330:4,11
    418:14,19 444:19
understood 173:19 267:11 348:3
underweight 236:23
unhappy 214:12 252:2
uniform 364:25 365:8,14,18
    366:14
uniforms 236:17 365:2
Union 264:6
United 159:2 265:22 324:17
units 298:8,8

Unrelated 463:23,24 464:2
unusual 369:20
unwanted 285:19
upcoming 416:22
upset 186:16,18 396:15
upsetting 186:11 187:7 201:5
Upstate 177:11,13 178:5 189:23,24
    190:2 192:16
use 209:8 229:10 388:21 425:22
    430:5
usual 240:3 339:10 440:12
usually 163:25 255:20 353:14
    462:14

V

vague 235:23 315:16 341:11,21
    344:7
Valdez 412:15 413:22 417:7
    467:12
various 460:20
vehicle 462:20
verbal 208:15 285:6,20 395:14
verbally 425:24 426:8 434:7
versa 450:4
versus 278:2
vice 450:4
vicinity 307:5 320:22
Victims 423:23
video 325:19
viewed 195:14
Viggiano 159:18 479:7,24
visible 322:7
vision 369:5
visit 190:12 206:15 346:15 457:5
    457:16 459:13
visited 190:9 206:16 259:22 345:7
    458:7
visits 459:11,12
volition 424:10
voluntary 361:10
volunteered 436:15
volunteering 282:18 288:15

W

W 477:2
Waipaho 421:20
Waipahu 260:16 421:23
waist 283:20
wait 311:5 347:18 411:15
waited 309:13
waiting 224:3,10 228:2 233:7
    235:8
waiver 238:4
wake 304:23
walk 303:23,24,24 304:10 367:18
    373:9
walk-in 225:22
walked 172:24 223:9 224:12,13

341:4
walking 223:12 303:17 307:8
    367:15 370:8 374:21
wall 356:2,3,7,9,13
Waltzer 159:7 160:16,19 162:11
    163:15 165:4,12,15,18 166:2
    167:3,10,22 168:6,17,25 169:6
    169:16,25 170:15 171:6,22
    172:11,15,22 173:4 184:6,11
    191:19 192:2 193:7,11,14,19
    194:4,8,12,18 195:14,21 197:8
    197:15 198:2,7,19 199:15,18
    200:12,23,24 201:8,12,17 202:7
    203:5,16,21 204:19 205:17,25
    206:14 207:12 216:7 220:2,5
    226:15 228:3 234:17 237:24
    238:12,19 240:11,12,21 241:22
    244:13 245:11,18 246:20 248:24
    250:18,24 263:17 264:16,20
    328:6,25 329:25 330:25 331:4,18
    332:4 333:16 334:18 335:5,14
    336:11,21 338:7,13 343:16 344:5
    345:8,9 347:6,15 348:10 349:9
    356:20 357:7 376:12,15 377:8,11
    377:14,25 378:9,12 380:6,16,16
    380:21 381:15,19,25 382:19,23
    383:14,17,21,25 384:9,21 385:5
    385:9 386:3,13 388:18 392:2,12
    394:8,15,21 408:13,19 423:21
    424:19 450:19 452:20,24 453:4,7
    453:21 456:17 468:4,6
Waltzer's 200:19 241:11 250:6
    329:21 332:22 333:5 335:10
want 162:3 163:10 172:24 173:10
    180:23 198:6 199:18 208:11
    216:16,20,23 227:22 229:21
    234:10,22 235:3 241:3 243:16
    251:11,14 252:9 256:12 257:22
    259:2 262:20 265:5 278:13
    279:10,11,13,16,17,17,19 280:7
    290:10 291:25 304:11,13,24
    308:24 309:18 323:5,20,23
    331:15,15 335:20 336:18 350:15
    350:18 355:24 358:17,19 360:10
    367:18 375:15 382:21,22 393:20
    398:13,16 401:7 405:4,20 436:7
    437:12 438:8,21,24 439:3,6
    441:13 444:11 456:10 457:23
    471:5
wanted 173:12 174:22 177:16
    182:19 187:10 192:22,23 195:2
    199:21 200:6 251:24 261:9
    280:14,16,18 281:10 284:5,12
    288:14 303:11 305:2 307:2
    308:20,22 313:4,8 314:10 319:24
    340:18 351:22 354:18 355:19,20
    355:21,23,25 365:22 367:21
    374:19,22 375:22 379:16 380:17

384:13 392:15,17 396:21,23
  397:17 398:11 401:16 411:25
  422:15 436:14 445:22
**wanting** 252:13,14
**wants** 443:24
**warm** 239:23 336:2 339:11
**wasn't** 182:18,19 185:24 186:14
  188:13,14,23 197:24 205:20,21
  205:23,23 214:16 218:2,4 220:14
  220:24 222:24 228:10 240:13
  242:20 263:4 307:18 309:7 314:7
  314:11 318:19 333:11 335:18
  355:20 359:9 366:19 369:20,21
  370:19 374:13 388:7 396:19
  406:21 411:19,24 412:4,7 446:14
  447:10 448:3,5,9,12 454:18
  472:13
**water** 374:19 440:6
**watering** 307:7
**way** 166:11,13 169:23 179:5
  186:12 193:21,22,25 196:16,18
  199:4,9 205:2 211:3 215:21
  235:2 271:12 288:23 289:3,7
  300:21 302:7 312:14 391:3,6
  397:23 398:4 399:9 400:7 402:18
  406:25 411:14 433:20 471:9
  479:17
**ways** 425:20 448:11
**we'll** 161:25 162:18 248:20 476:2
**we're** 162:17 163:3 166:14 248:17
  298:3 309:5 354:8 371:25 445:7
  465:18 471:24 472:7
**we've** 162:16 169:3 364:17 471:25
**wear** 174:22 331:22 364:22 365:7
  365:14,23 366:14
**wearing** 173:17 175:5 176:7
  221:14 224:16 225:5 280:16
  306:11 339:8 365:18
**wears** 306:9,9
**weather** 221:10
**wedding** 399:2 400:14,15
**week** 353:13
**weeks** 220:9 332:23 357:3,4 453:19
**weight** 216:13
**weird** 389:7 402:4
**welfare** 299:5 329:19
**went** 168:15 176:2 177:19 187:13
  189:11 190:10 195:19 196:20
  199:19 218:3,14 221:7 223:4,23
  225:18 226:11 231:2,3,11 232:7
  235:5,14 241:11 244:15 249:22
  250:6 253:11 254:2 263:20
  264:11 271:23 272:17,18 276:24
  284:4 307:18 308:15,23 309:20
  309:21 310:11 311:22 316:20
  322:11,25 323:3,9,11,19 326:6,8
  333:4,11,15 337:20,20,25 338:9
  339:21 340:14,15,21 341:2 342:2

345:19 346:6 369:19 370:22
  371:21 374:6,10,14 375:12
  379:22 387:17 394:12 396:12,17
  398:6,14 407:24,24 408:5 424:19
  434:22 435:2 437:8 438:15 454:4
  454:15 458:16,21 459:15 460:12
  463:7
**weren't** 189:15 218:13 276:8 293:8
  429:23
**West** 160:16
**whatnot** 242:14
**WhatsApp** 191:21,25 193:7,9,11
  195:25 197:15 202:10
**whatsoever** 178:16
**When's** 289:24
**WHEREOF** 479:20
**whichever** 261:18
**whim** 340:21
**white** 224:17
**wife** 358:18,19 393:8,10,13,14,17
  393:22 399:3,5,6,22
**willingly** 197:23 307:11
**windows** 317:3,7
**winter** 165:22
**withdrew** 188:8
**witness** 161:22,24 178:25 179:8,13
  180:15,21 181:4,12 197:7 207:8
  207:19 240:12 277:11 291:9
  362:5 382:9 421:21 431:7 436:25
  443:20 445:13 471:20 473:8
  478:4 479:10,14,20
**witnesses** 325:24 421:17 423:5
  455:16
**woke** 235:8
**woman** 449:14
**women** 237:14,15
**wondering** 380:25
**Wong** 189:21,22 191:12
**Wong's** 457:11
**wood** 224:7,7
**word** 298:5 303:16 388:19,20,21
**wording** 239:10
**words** 184:7 200:4 290:4 358:9
  380:7 400:24 407:25 408:25
  409:24 442:3
**wore** 331:19 365:5
**work** 183:14,17 199:9 202:4 208:3
  254:12 267:24 269:3,5 297:18
  326:14 414:5 437:11
**worked** 183:10,12 264:17 296:21
  314:23 338:9 388:7
**workers** 410:18 415:11
**working** 183:8,9 186:20 192:14
  297:20 298:7
**worn** 367:14
**worry** 401:8
**wouldn't** 185:25 197:20 238:2
  251:22 268:25 306:19 393:2

411:22 450:11
**write** 180:5 226:6 256:19 259:6
  266:14 267:17 269:15 362:24
  363:3 460:14
**writing** 226:25 258:19 259:18
  261:6 324:2
**written** 455:8
**wrong** 214:7 253:2 348:3 398:15
  398:16 399:11
**wrote** 172:3 227:7 256:20

---

**X**

**x** 159:3,9 287:8 478:2,9
**XX-XX-2006** 258:4
**XXXXXXXXXXXXXXXXXXX...**
  210:6

---

**Y**

**Y** 287:9
**Yamaka** 280:16
**Yasmin** 211:14
**yeah** 177:16 183:19 196:25 210:3
  307:12 308:22 317:5 319:14
  340:4 362:5 374:5 375:2 393:16
**year** 164:14,25 165:6,9,16,19,23
  166:3,10,23 167:9,16,23 182:23
  183:4 186:22,24 187:20,24 189:2
  190:6,9 193:3 203:2 222:16
  239:18 247:17 265:20,24 266:3,7
  270:22 273:13 280:4 285:24
  286:4 296:3 333:18 334:15,24
  335:23 336:4 338:25 339:4
  346:12 348:14,19 356:17 367:6
  367:10 409:9,15,18 416:9 440:25
  441:2 452:21,24 453:4 454:5
  455:22
**Year's** 185:16 334:23 335:4
**years** 164:17 176:22 177:10 183:21
  188:22,24 191:20 192:25 198:8
  211:2,6,21 214:21 254:22 255:13
  255:17,17 256:3 271:2 272:2,6
  272:19 295:21 299:4 337:19
  358:11,12,13 362:19 410:25
  451:12 453:23 470:7 472:21
  474:10,12
**yesterday** 164:16 168:22 169:19,21
  208:13 209:5 211:6 228:11,18
  234:7 257:8 272:8 273:17 274:25
  286:8 300:3 303:8 308:23 322:2
  328:5 337:16 414:16
**York** 159:2,6,17,17,20 160:5,9,10
  160:11,11,17 161:10 177:12,14
  178:6 189:23,25 190:3 192:16
  194:4,8,12,18,25 195:5,20 196:4
  196:16,19 197:4,10 199:19 200:8
  201:13 202:17 206:21 208:5
  212:6,12 213:4 214:9 253:20
  259:23,25 261:8 345:7 346:11

415:20,24 416:2 421:13 462:3
475:21 477:4,25 479:4,9
**young** 200:3 232:6 305:5 306:3
319:5 335:20 366:5 397:14
**younger** 209:25 313:25 422:16

**Z**

**Z** 287:9

**0**

**1**

**1** 159:7 286:25 287:2,18,22,23
**1,000** 298:24
**1:44** 347:8,11
**10** 205:19
**10:42** 207:22
**100** 159:16 160:10 163:18 167:19
174:8 184:17 201:14 221:24
228:21 296:10 298:8 325:24
341:20 372:20 401:12 406:17
454:16
**10007** 159:17 160:11
**10th** 164:13,17 272:18 273:25
274:20 275:3 326:24 426:3,4
**11** 169:10 459:6
**11:00** 207:23
**11201** 160:17
**11355** 210:24
**11378** 160:5
**11th** 172:20
**12th** 274:14,20
**13** 189:15
**14** 295:21
**15** 174:18 205:20 221:6 247:19
472:20
**15-minute** 307:17
**157th** 210:22
**16** 210:11 221:6 247:19
**161** 478:11,12
**163** 478:7
**17** 173:25 174:9 183:18 184:14
185:11 247:11,23
**18** 176:12 192:13 193:6,15
**185** 272:17
**185Q** 273:2
**19** 214:25
**1995** 211:3,9,15 275:18 458:23
**1996** 458:24 459:6,11
**1997** 171:20
**1998** 210:19
**1999** 163:13,16 164:5 220:23
326:22 426:6,10,14,14 452:21
**1999-2000** 164:6

**2**

**2** 159:7 286:25 287:3,18,23,23
**2:46** 347:13

**20** 224:9 253:16,17 254:3
**2000** 164:24 168:25 169:7,17
174:19 175:18,20 206:2,5 220:20
409:8,14,17,19 425:16 426:2,3
452:25 459:23 472:21
**2000-2001** 165:5,16
**2000s** 463:4
**2001** 164:24 165:13,22 166:2,15
167:4,22 169:10 182:24 221:2,2
276:17 334:25 348:15 349:7
356:18 409:8,14,17,19 453:4
454:7 457:25 458:2,18,20 459:23
**2001-2002** 165:8,19 166:10 167:9
167:16 182:23 183:4
**2002** 165:22 166:2,15 167:4,23
182:24 210:19 276:18,19,20,22
276:23 277:4,8 453:7
**2003** 211:3,9 455:23
**2004** 191:6,15 211:4 214:24
**2005** 191:3 331:11
**2006** 258:15
**2010** 171:24 172:4 291:5 294:6
392:3,4,5 394:24 397:10 406:14
406:16
**2012** 198:9,19 199:7 462:20,21
**2014** 194:16,19 195:21 196:20
197:14 199:20 200:8,17,20,24
201:9,12,18 345:19,22 346:13
**2017** 196:23,24 197:2,2,4,8 198:9
198:19 199:7
**2018** 213:10
**2019** 270:23
**2020** 202:11 203:5,16,21 206:6
411:5 412:14 413:11 424:3 464:6
**2021** 413:12 414:24
**2021-022733** 160:13
**2023** 159:10 448:23 477:10,22
479:21
**208** 478:7
**20s** 184:20
**21** 159:6 231:6,10 253:16,17 254:3
**21st** 479:21
**237** 271:23 272:23 273:15,18
299:22 300:4 305:19 323:14
**24** 241:19 242:17 243:4
**248** 478:17
**25** 319:6
**258** 478:19
**259** 478:20
**28** 159:10 477:10

**3**

**30** 306:16 375:5
**300** 160:16

**4**

**4** 472:5
**4:19** 437:2,4

**4:25** 437:3
**4:30** 437:6
**4332** 159:6
**4580** 210:22
**48** 241:19 242:18 243:4,20

**5**

**5** 226:23
**5:00** 471:24
**5:07** 471:2
**5:12** 471:4
**5:16** 476:9
**500** 298:23
**55-21** 160:5
**56** 472:8
**5th** 277:18

**6**

**69th** 160:5

**7**

**7** 171:20 226:23
**70** 267:21
**7195** 209:20
**7th** 272:4,24

**8**

**8:50** 472:2
**80** 296:2
**80,000** 296:3
**85** 401:13
**8th** 272:24

**9**

**9** 471:25 472:7
**9/11** 169:9,23 170:2,16
**9:30** 159:11
**9:37** 163:2
**9th** 272:4 274:14,17,22 313:18