UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- X

JANE DOE,

                                                      *Plaintiffs*,

       -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
MARK WALTZER, DOUGLAS MEINERS, MICHAEL
EISENBERG AND JOHN DOES #1 THROUGH #2,

                                                      *Defendants*.

------------------------------------------------------------------------------- X

**DECLARATION OF KARL J. ASHANTI IN OPPOSITION TO DEFENDANT DOE'S MOTION FOR SUMMARY JUDGMENT**

21-cv-4332 (FB)(RML)

**KARL J. ASHANTI**, under penalty of perjury, declares pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

1. I am a member of the law firm of Musa-Obregon Law, P.C., attorney for Plaintiff herein. As such, I am familiar with the facts and circumstances set forth herein.

2. I submit this Declaration in opposition to Defendant DOE's motion for summary judgment.

3. Attached hereto as Exhibit "A" is a true and accurate copy of the Third Amended Complaint.

4. Attached hereto as Exhibit "B" is a true and accurate copy of the deposition transcript of Theresa Europe from September 13, 2023.

5. Attached hereto as Exhibit "C" is a true and accurate copy of Plaintiff's birth certificate.

6. Attached hereto as Exhibit "D" is a true and accurate combined copy of the Plaintiff's deposition transcript from July 27, 2023 and July 28, 2023.

7. Attached hereto as Exhibit "E" is a true and accurate copy of the deposition transcript of Douglas Meiners from August 24, 2023.

8. Attached hereto as Exhibit "F" is a true and accurate copy of the Criminal Offense Chart.

9. Attached hereto as Exhibit "G" is a true and accurate copy of the executed affidavit of Yesmin Cacho from July 13, 2022.

10. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 1, 2023
      New York, New York

                                 Respectfully submitted,

Karl J. Ashanti, Esq.
*Attorneys for Plaintiff*
Musa-Obregon Law, P.C.
55-21 69th St., 2nd Fl.
Maspeth, NY 11378
T. (718) 803-1000