# ESTADOS UNIDOS MEXICANOS

En nombre del Estado Libre y Soberano de Oaxaca y como _____ OFICIAL _____ del Registro Civil, Certifico y hago saber que a la foja número **306144** del Libro Número **1** de **NACIMIENTOS** del Registro Civil a mi cargo se encuentran asentados los datos siguientes:



OFICIALIA: **2**   No. DE ACTA: **494**   CRIP: ▮   CURP: **CARL850119MOCCMR07**

FECHA DE REGISTRO: 6/3/1985 SEIS DE MARZO DE MIL NOVECIENTOS OCHENTA Y CINCO

LUGAR DE REGISTRO: SALINA CRUZ, TEHUANTEPEC, OAXACA

## REGISTRADO

NOMBRE: L▮   C▮   R▮

FECHA DE NACIMIENTO: ▮1985 DIECINUEVE DE ENERO DE MIL NOVECIENTOS OCHENTA Y CINCO   HORA: 19 00

LUGAR DE NACIMIENTO: SALINA CRUZ, TEHUANTEPEC, OAXACA

PRESENTADO: VIVO   SEXO: FEMENINO   COMPARECIO: AMBOS PROGENITORES

## PADRES

NOMBRE: J▮   C▮   E▮
NACIONALIDAD: MEXICANA   EDAD: 27 AÑOS

NOMBRE: C▮   R▮   G▮
NACIONALIDAD: MEXICANA   EDAD: 28 AÑOS

### PERSONA DISTINTA DE LOS PADRES QUE PRESENTA AL REGISTRADO

NOMBRE: _____   PARENTESCO: _____   EDAD: ____ AÑOS

EL ORIGINAL DE LA PRESENTE CERTIFICACION TIENE AL MARGEN LAS SIGUIENTES ANOTACIONES

SIN ANOTACION MARGINAL

Se extiende esta certificación en cumplimiento del artículo 52 del Código Civil vigente en el Estado

SALINA CRUZ, TEHUANTEPEC,   OAX.

A **8** DE **FEBRERO** DEL **2008**

C. OFICIAL **PRIMERO** DEL REGISTRO CIVIL DOY FE

LIC. CESAR AUGUSTO CARRASCO GOMEZ
NOMBRE Y FIRMA

SELLO DE LA OFICIALIA DEL REGISTRO CIVIL

PRIMERA OFICIALIA DEL REGISTRO CIVIL
SALINA CRUZ, TEH.
OAXACA

ELABORO: H. SORAIDA M. PEREZ
COTEJO: H. AZALIA CRUZ

**2130**

LOS DATOS ASENTADOS EN LA PRESENTE ACTA FUERON INTERPRETADOS DEL LIBRO DEL ARCHIVO CENTRAL **4602526**