1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x
JANE DOE,

                 Plaintiff,

       - against -            Index No.
                           21 CV 4332
NEW YORK CITY DEPARTMENT OF EDUCATION,  (FB)(RML)
MARK WALTZER, DOUGLAS MEINERS, MICHAEL
EISENBERG and JOHN DOES #1 through #2,

                Defendants.
--------------------------------------x

              July 27, 2023
              10:00 a.m.

     DEPOSITION of JANE DOE, the Plaintiff
herein, taken by the attorneys for their
respective parties, held at 100 Church Street,
New York, New York 10007, pursuant to Notice,
and held before Karen Viggiano, a Shorthand
Reporter and Notary Public within and for the
State of New York.

2

1

2    A P P E A R A N C E S :

3

4    MUSA-OBREGON LAW PC
     Attorneys for Plaintiff
5           55-21 69th Street
            Maspeth, New York 11378
6
     BY:    KARL J. ASHANTI, ESQ.
7           S. MICHAEL MUSA-OBREGON, ESQ.

8

9    CORPORATION COUNSEL CITY OF NEW YORK
     Attorneys for Defendant
10   New York City Department of Education
            100 Church Street
11          New York, New York 10007

12   BY:    JACQUELYN DAINOW, ESQ.
            JOHN J. DOODY, ESQ.
13          File# 2021022733

14
     STOLL GLICKMAN & BELLINA
15   Attorneys for Defendant
     Mark Waltzer
16          300 Cadman Plaza West
            Brooklyn, New York 11201
17
     BY:    ANDREW STOLL, ESQ.
18

19
     ALSO PRESENT:  MARK WALTZER
20

21

22

23

24

25

3

1

2                          STIPULATIONS

3

4        IT IS HEREBY STIPULATED AND AGREED by

5    and between the attorneys for the respective

6    parties herein that the filing, sealing and

7    certification of the within deposition be

8    waived.

9        That such deposition may be signed

10   and sworn to before any officer authorized to

11   administer an oath with the same force and

12   effect as if signed and sworn to before the

13   officer before whom said deposition was taken.

14       IT IS FURTHER STIPULATED AND AGREED that

15   all objections except as to form are reserved

16   for the time of trial.

17

18

19

20

21

22

23

24

25

4

1

2                    (Whereupon, the witness presented

3          a Hawaii driver's license.)

4     J A N E   D O E, having been first duly sworn

5     by a Notary Public within and for the State of

6     New York, was examined and testified under oath

7     as follows:

8

9     EXAMINATION BY

10    MR. STOLL:

11          Q     State your name for the record.

12          A     Jane Doe.

13          Q     State your address for the record.

14          A     55-21 69th Street, Maspeth, New

15    York 11378.

16          Q     Good morning.  My name is Andrew

17    Stoll.  I'm going to be taking your deposition

18    today.  If I ask you anything and you don't

19    understand the question, will you please be

20    sure to let me know and I'll rephrase it?

21          A     Okay.

22          Q     And if you can't hear me, you need

23    me to repeat something, will you be sure to let

24    me know?

25          A     Yes.

5

1                         J. Doe

2          Q     If you need a break at any time

3     you can take a break at any time.  Just as long

4     as there's not a pending question on the table,

5     okay?

6          A     Correct.

7          Q     What is your date of birth?

8          A     1985.

9          Q     And where were you born?

10         A     I was born in Mexico.

11         Q     When did you come to the United

12    States?

13         A     In 1995.

14         Q     Was that the first time you came

15    to the United States?

16         A     Correct.

17         Q     And did you move to the United

18    States in 1995?

19         A     Yes.

20         Q     Was that in the summer of 1995?

21         A     Yes.

22         Q     And what grade did you start in

23    fall of 1995 when you first came to the U.S.?

24         A     6th grade.

25         Q     Did you speak English?

6

J. Doe

2    A    No, not at all.

3    Q    Did your mother enroll you in

4    school in the United States?

5    A    My aunt.

6    Q    Did your mother come to the United

7    States with you?

8    A    She was here already.

9    Q    Did you live with your mother in

10   the fall of 1995?

11   A    Yes.

12   Q    Did you live with your aunt in the

13   fall of 1995?

14   A    Yes.

15   Q    What aunt was that?  What was her

16   name?

17   A    Marie Guterman.

18   Q    G-U-T-E-R-M-A-N?

19   A    Yes.

20   Q    Is it Marie or Maria?

21   A    Marie, I-E.

22   Q    So when you first came to the

23   U.S., you moved in with Marie Guterman; is that

24   correct?

25   A    Correct.

7

1                          J. Doe

2          Q    She was living with you, your

3    mother at the time?

4          A    Correct.

5          Q    What was your mother's name at the

6    time?

7          A    Laura.

8          Q    Laura what?

9          A    Roman, R-O-M-A-N.

10         Q    Is that still her name?

11         A    Yes.

12         Q    Where does she live now?

13         A    She lives in Columbus, Indiana.

14         Q    What's her address?

15         A    I don't know it by heart.

16         Q    Does she live with your sister?

17         A    No, she doesn't.

18         Q    Does she live near your sister?

19         A    Close by.

20         Q    You said your mother was living

21   with Marie Guterman when you moved in with

22   Marie Guterman, right?

23         A    Yes.

24         Q    Who else was living in that

25   household at the time when you first came to

8

1                        J. Doe

2    the United States?

3         A    My sister Yasmin, my sister

4    Brissa, and my brother Sean.

5         Q    What's Brissa's last name or what

6    was it at the time?

7         A    Olea, O-L-E-A.

8         Q    And was Brissa your sister from

9    both parents?

10        A    No.

11        Q    So did you have the same mother,

12   the same father?

13        A    Same mother.

14        Q    And who is Brissa's father?

15        A    I never met him.

16        Q    Do you know who it was?

17        A    No.

18        Q    And Yasmin's last name is Cacho or

19   it was back then Cacho when you first came to

20   the U.S.?

21        A    Yes.

22        Q    I'm sorry, it's natural that we

23   know what each other is saying.  But I have to

24   get the whole question out for the record and

25   the whole answer.

9

1                          J. Doe

2          A    Sure.

3          Q    Yasmin shares the same mother and

4    father with you?

5          A    Correct.

6          Q    What about Sean Olea, is he a

7    brother through the same mother?

8          A    He's adopted.

9          Q    Adopted by whom?

10         A    Raised by my mother, but adopted

11   by my Aunt Marie.

12         Q    So did he come over here with you

13   when you came to the U.S. from Mexico?

14         A    Yes.

15         Q    But do you still consider Sean

16   your brother?

17         A    Yes.

18         Q    Other than Marie Guterman, your

19   mother, Brissa, Yasmin and Sean Olea, did

20   anybody else live in the household you moved to

21   when you first came to the U.S.?

22         A    For a few months.  About four

23   months my aunt's son's wife and two children

24   were here; but they were only here for a few

25   months.

10

1                          J. Doe

2          Q     After they left, was that home

3     with Marie and your mother the same home you

4     lived in until you left New York to go to

5     Hawaii?

6          A     Yes, same house.

7          Q     Once the aunt's son's wife and

8     family left after a few months, did anybody

9     else live in that home other than Brissa,

10    Yasmin, Sean, your aunt and your mother?

11         A     No.

12         Q     Did any adult males ever live in

13    the home other than Sean when he got older?

14         A     No.

15         Q     What's Sean date of birth?

16         A     I don't know his date of birth.

17         Q     Is he older than you?

18         A     Yes.

19         Q     Approximately, how much older?

20         A     Maybe six years.

21         Q     Yasmin is two years, almost

22    exactly two years older than you, right?

23         A     Yes, two years.

24         Q     And Brissa is older than you as

25    well?

11

1                           J. Doe

2          A     Correct.

3          Q     How much older is Brissa than you?

4          A     Five years.

5          Q     So do you have any other siblings

6    that we haven't discussed yet?

7          A     I have a couple more, yes.

8          Q     Where were they when you first

9    came to the U.S., and what were their name?

10         A     They were both in Mexico.

11         Q     What are their names?

12         A     Miguel.

13         Q     What's Miguel's last name?

14         A     Olea.

15         Q     Is he a half brother like Brissa?

16         A     Yes, he is.

17         Q     Who is your other sibling?

18         A     Tania.

19         Q     With an A or O?

20         A     T-A-N-I-A.

21         Q     What's her last name?

22         A     Olea.

23         Q     Are Miguel and Tania Olea still in

24   Mexico or did they come to the U.S.?

25         A     Miguel is in the U.S.  And Tania

12

1                         J. Doe

2    is still in Mexico.

3           Q      Is Miguel older than you or

4    younger?

5           A      Older.

6           Q      Is Tania older than you or

7    younger?

8           A      Older.

9           Q      So you have five people you

10   consider to be siblings or five siblings, and

11   you're the youngest of the six of you; is that

12   correct?

13          A      Yes.

14          Q      I received what appears to be a

15   Mexican birth certificate for you in discovery

16   yesterday.  Did you provide that your counsel?

17          A      Yes, I did.

18          Q      Where did you get that from?

19          A      I got it from my mother.  It was

20   requested from the office that provides this

21   kind of documentation.

22          Q      It was provided by the office that

23   what?

24          A      Provides this documentation in

25   Mexico.

13

1                           J. Doe

2          Q    Do you know whether your mother

3     had that in her files at home, or whether she

4     had to order it, or something else?

5          A    We had that for a long time.

6          Q    Had you seen that before recently

7     receiving it from your mother?

8          A    Definitely, yes.  I've seen it

9     many times.

10         Q    When did you receive it from your

11    mother most recently?

12         A    I don't recall when exactly I got

13    it from my mother.

14         Q    It was it within the last week,

15    last month, last six months, something else?

16         A    No.  Maybe in the last 20 years

17    maybe.

18         Q    So within the last 20 years you've

19    had that birth certificate in your records here

20    in New York or in Hawaii, I guess, right?

21         A    Right.

22         Q    And do you have any letters from

23    Mark Waltzer?

24         A    No, I don't.

25         Q    Do you have any text messages from

14

1                         J. Doe

2    Mark Waltzer?

3            A    No, I don't.

4            Q    Have you searched your phone and

5    your computer and any electronic devices for

6    text messages from Mark Waltzer?

7            A    Yes, I have.

8            Q    Do you have any emails from

9    Mark Waltzer?

10           A    I don't.

11           Q    Have you searched your phone and

12   your electronic devices for emails from

13   Mark Waltzer?

14           A    I've searched.

15           Q    Do you have any communications of

16   any sort whether through WhatsApp, any social

17   media devices, anything like that from

18   Mark Waltzer on any of your electronic devices?

19           A    Not anymore.

20           Q    Have you provided any such records

21   to your counsel?

22                MR. ASHANTI:  Objection to form,

23           such records.  What are we referring to?

24           Q    Have you provided any electronic

25   communications from Mark Waltzer to your

15

1                          J. Doe

2    counsel?

3          A    No.

4          Q    You've had electronic

5    communications with Mark Waltzer, right?

6          A    Yes.

7          Q    When is the last time you had

8    electronic communications with Mark Waltzer?

9          A    2020.

10         Q    What mode of communication did you

11   use in communicating with Mark Waltzer

12   electronically in 2020?

13         A    WhatsApp.

14         Q    Is that yes?

15         A    That's the app.

16         Q    Did you delete messages from

17   Mark Waltzer?

18         A    Yes.

19         Q    At the time you deleted the

20   messages from Mark Waltzer on WhatsApp, why did

21   you delete them?

22         A    It was too painful to look at

23   them.

24         Q    At the time you deleted the

25   WhatsApp messages from Mark Waltzer, were you

16

1                          J. Doe

2    contemplating bringing a lawsuit against him?

3         A    When I deleted them?

4         Q    Yes.  Had you considered at all

5    bringing a lawsuit at the time you deleted the

6    messages from Mark Waltzer?

7         A    When I deleted it, no.

8         Q    Do you have any audio recordings

9    of Mark Waltzer?

10        A    No, I don't.

11        Q    Have you made any audio recordings

12   of Mark Waltzer?

13        A    No, I haven't.

14        Q    Have you attempted to make any

15   audio recordings of Mark Waltzer?

16        A    Please repeat the question.

17        Q    Have you attempted to make any

18   audio recordings of Mark Waltzer?

19        A    No, I haven't.

20        Q    Did you save any copies anywhere

21   of your WhatsApp communication with

22   Mark Waltzer?

23        A    Not that I know of.

24        Q    What have you done to search for

25   communications with Mark Waltzer on your

17

1                           J. Doe

2    electronic devices?

3          A    I've tried to back up my phone to

4    an earlier time.  Earlier times without being

5    in any success.

6          Q    So you restored your phone to a

7    backup copy that you had saved on a previous

8    day?

9          A    I tried to, yes.

10         Q    Were you successful in restoring

11   from that previous day, but there weren't

12   messages?  Or were you unsuccessful in your

13   restoring to that previous date?

14         A    I wasn't successful in restoring

15   to those days.

16         Q    Did you seek any help from any

17   computer or tech experts in trying to recover

18   WhatsApp messages from Mark Waltzer?

19         A    Not yet.  No.  The answer is no.

20         Q    There been three complaints filed

21   in this action.  A complaint, amended

22   complaint, and a second amended complaint.

23   Have you seen each of those?

24         A    I believe so.

25         Q    Have you reviewed the complaints

18

1                          J. Doe

2    that were filed on your behalf in this case?

3          A     Yes.

4          Q     When you reviewed those complaints

5    that were filed, was everything in them true as

6    far as you knew?

7          A     As far as I know.

8          Q     Other than counsel, who have you

9    discussed this case with?

10         A     Family members.

11         Q     Which family members?

12         A     My Aunt Marie, my mother, my

13   siblings.

14         Q     Did you discuss this case with all

15   of your siblings?

16         A     Can you be more specific about

17   what part of the case?  The whole case?  Or

18   just having the case?  Or like details of the

19   case?

20         Q     Right now, I'm asking anything

21   about the fact that you have this filed case

22   right now.

23         A     Yes, I let my siblings know.

24         Q     Did you discuss some of the

25   underlying details of this case with your

19

                          J. Doe

1

2    mother?

3         A    Yes.

4         Q    Have you discussed some of the

5    underlying details with Aunt Guterman?

6              MR. ASHANTI: Object to form.  What

7         time period are we talking?

8              MR. STOLL:  Ever.

9         A    I don't understand your question.

10        Q    Have you ever discussed any of the

11   underlying details in this case with your

12   Aunt Guterman?

13        A    Can you be specific with the word

14   "underlying"?

15        Q    Any of the facts that are alleged

16   in the second amended complaint in this case.

17        A    Yes.

18        Q    Have you discussed any of the same

19   allegations with your mother?

20        A    Yes, I discussed it with my

21   mother.

22        Q    Have you discussed any of the

23   details of this case with Yasmin Cacho?

24        A    Yes.

25        Q    Is Yasmin, is she the sister

20

1                           J. Doe

2    you're closest to?

3         A    Yes.

4         Q    Who is Yasmin's husband?

5         A    Israel.

6         Q    Chavez?

7         A    Yes.

8         Q    Have you discussed any of the

9    underlying facts in this case with Israel

10   Chavez?

11        A    No.

12        Q    Have you had any email

13   communications with Yasmin about this case?

14        A    No.

15        Q    Have you had any text messages

16   with Yasmin about this case?

17        A    No.

18        Q    Have you had any text or email

19   communications with Yasmin about any of the

20   underlying facts in this case?

21        A    No.

22        Q    Have you ever discussed anything

23   about this case whatsoever in writing with

24   Yasmin?

25        A    No.

1                          J. Doe

2          Q     How do you generally communicate

3     with Yasmin?

4          A     Over the phone.

5          Q     Do you ever communicate with her

6     by text?

7          A     Rarely.

8          Q     Do you ever communicate with her

9     through WhatsApp?

10          A     No.

11          Q     Do you ever communicate with her

12     over any social media?

13          A     No, I don't.

14          Q     Have you had any written with your

15     mother about any details relating to this case?

16          A     No.

17          Q     Have you had any written

18     communication -- by "written," I'm including

19     electronic communications.  Have you had any

20     written communications whatsoever about any

21     details related to this case with your mother?

22          A     No.

23          Q     Have you had any written

24     communications about this case or electronic

25     communications about any details of this case

1                              J. Doe

2    with anybody other than your lawyers in this

3    case?

4          A    No.

5          Q    Did you have any written

6    communications with Yasmin about writing an

7    affidavit in this case?

8          A    No.

9          Q    Did you ever discuss anything

10   about an affidavit with Yasmin?

11         A    No.

12         Q    Nothing whatsoever?

13         A    I never mentioned the word

14   "affidavit," no.

15         Q    Did you ever have any

16   communications with Yasmin about a statement

17   that she would write in this case?

18         A    No.

19         Q    Did you ever ask Yasmin to talk to

20   your lawyers about this case?

21         A    To talk to my lawyers?

22         Q    Yes.

23              MR. ASHANTI:  Objection to form.

24         What do you mean by ask?

25         Q    Did you ever discuss anything with

23

1                          J. Doe

2    Yasmin about having any sort of communication

3    with your lawyers in this case?

4              A    Yes.

5              Q    Was that over the phone, by text,

6    email, something else?

7              A    Phone.

8              Q    What was the nature of that

9    conversation?  How many times did you talk to

10   Yasmin about any discussions with your lawyers?

11             A    Maybe three times.

12             Q    When was the first time you spoke

13   to her about talking to your lawyers?

14             A    After I hired the lawyers.

15             Q    What were the details, do you

16   recall having the communication with Yasmin

17   about?

18             A    I mentioned that I needed her

19   support to speak of the things that she knew.

20   She needs to talk to them.

21             Q    Was that shortly after you filed

22   in this case, or shortly after you hired your

23   lawyers, or something else?

24             A    I don't know what you mean by

25   "shortly."  Put a timeline.

24

1                          J. Doe

2          Q    Was it within a month of when you

3     first hired your lawyers in this case?

4          A    No.

5          Q    Was it within six months of when

6     you first hired your lawyers?

7          A    Yes.

8          Q    When you told her you needed her

9     to speak of what she knew to your lawyers, what

10    did you understand that she knew at that time?

11         A    She was physically present with me

12    and Mark at many occasions.  So I didn't have

13    to refresh her memory on things that she

14    witnessed.

15         Q    So the first time you spoke to

16    Yasmin about speaking to your lawyers, it was

17    your understanding or your recollection that

18    she had been physically present with you and

19    Mark on many occasions; is that correct?

20         A    Ask the question again.

21              MR. ASHANTI:  Objection to form.

22              You can answer if you understand.

23         A    Yes.

24         Q    How many occasions?

25         A    I don't have a specific number.

25

1                        J. Doe

2          Q    Is it more than five?

3          A    Probably.  I'm not sure.

4          Q    That first time you spoke to

5     Yasmin when you were discussing with her having

6     a conversation with your lawyers about the

7     details in this case, at that time what did you

8     recall having done, if anything, with Yasmin

9     and Mark Waltzer?

10         A    We went to a club on New Year's

11    Eve.  Mark visited her workplace while I was

12    there.  Mark had Israel pick me and my sister

13    up from the house on one occasion.  And

14    everything else is a little fuzzy.

15         Q    At the time you first spoke to

16    Yasmin about speaking to your lawyers, which

17    was we think 16 months of when you hired your

18    lawyers, at that time did you recall having

19    gone to a club with Mark and Yasmin on New

20    Year's Eve?

21         A    I recall us going to places.  I

22    remember them being there.  I remember them

23    staying at Mark's house.

24         Q    I'm not asking what you recall

25    right now.  I'm asking what you recall when you

1                          J. Doe

2    had that first conversation with Yasmin about

3    talking to your lawyers within six months of

4    when you hired your lawyers.  At that time, did

5    you recall having gone to a club with your

6    sister and Mark on New Year's Eve?

7          A    Yes.

8          Q    Have you seen a written statement

9    from Yasmin about this case?

10         A    I don't think so.

11         Q    Have you ever reviewed an

12   affidavit from Yasmin concerning this case?

13         A    No.

14         Q    Have you discussed any written

15   statement from Yasmin with Yasmin about this

16   case?

17         A    No.

18         Q    Have you reached out to any

19   students, ex-students from Francis Lewis High

20   School if they remembered anything about

21   Mark Waltzer?

22         A    No, I have not.

23         Q    Are you in touch with any students

24   who went to Francis Lewis High School when you

25   went to Francis Lewis High School?

1                    J. Doe

2         A    No, I am not.

3         Q    What is Yasmin's date of birth?

4    February 2, 1983?

5         A    Yes.

6         Q    Did she go to Francis Lewis High

7    School?

8         A    Yes.

9         Q    Was she two years ahead of you

10   there?

11        A    She was one.

12        Q    She was one year ahead of you.

13   Now, you and Yasmin were almost exactly two

14   years a part, right?  I'm sorry, what's your

15   date of birth again?

16        A    It's a little bit over two years.

17   Two years and one month.  I am January and

18   she's February.  Two years part.  1985 and

19   1983.

20        Q    So why is she only one year ahead

21   of you?  Why was she only one year ahead of you

22   in school, do you know?

23        A    Because I was a year ahead because

24   I was always very good academically.

25        Q    When you say you were one year

28

J. Doe

1

2    ahead, were you in the right grades for your

3    age as far as you knew with the Department of

4    Education New York City?

5         A    I don't know how the City felt

6    about it.

7         Q    Do you know what the age cut off

8    was?

9         A    I do not know.

10        Q    Did you find while you were in

11   middle school and high school that you were

12   generally the same age as the other students in

13   your grade?

14        A    It was never my concern.

15        Q    Do you have any idea?

16        A    No.  I never thought anything of

17   it.

18        Q    Throughout high school and middle

19   school, did you ever know the age of any of the

20   students you were in school?

21        A    They were older than me.

22        Q    How did you know that?

23        A    Because they expressed their age.

24   And my age was different.

25        Q    So in your experience as a high

1                        J. Doe

2    school student in discussions with other

3    students in your grade, it was your experience

4    that they expressed to you that they were older

5    than you were; is that correct?

6          A    Yes.

7               MR. ASHANTI:  Objection.  That's a

8          mischaracterization of the witness's

9          testimony.

10               You could have it read back if you

11          would like.

12               MR. STOLL:  Do we have the answer

13          on the record?

14               THE REPORTER: Yes.

15          Q    How would you describe your home

16    life in 7th grade?

17          A    7th grade?

18          Q    Yes.

19          A    What do you mean by how do I

20    describe my home life?

21          Q    Did you have a good relationship

22    with your mother?

23          A    Yeah, we did.

24          Q    Did you have a positive

25    relationship with your Aunt Guterman?

30

1                          J. Doe

2          A     Yeah, we did.

3          Q     Did you have a positive

4    relationship with Yasmin Cacho?

5          A     Yes, I did.

6          Q     Did you have a positive

7    relationship with Sean Olea?

8          A     Yes, I did.

9          Q     And Brissa?

10         A     Yes.

11         Q     Say, you know, 7th grade and prior

12   to 7th grade, was your mother strict?

13         A     In what way?

14         Q     Did you consider her to be strict

15   with you about what time you went out and came

16   home?

17         A     She was a religious person and she

18   was strict as any parent would be.

19         Q     Was she a Jehovah Witness?

20         A     Correct.

21         Q     Did you go to Kingdom Hall

22   regularly?

23         A     Yes, I did.

24         Q     Did you have any close

25   relationships with anybody at what you call

31

1                        J. Doe

2    "Kingdom Hall"?  Would you call it a church?

3         A    You can call it a church if you

4    like.

5         Q    Did you have close relationships

6    with anybody at church when you were in middle

7    school?

8         A    What do you mean by that?

9         Q    Anybody you felt you could confide

10   in?

11        A    No, I didn't.

12        Q    Anybody who provided any sort of

13   emotional support or guidance?

14        A    No, I didn't feel that way.

15        Q    How big was the congregation that

16   you attended with your mother when you were in

17   middle school?

18        A    Maybe 100 people.

19        Q    Was your mother very active with

20   Kingdom Hall would you say when you were in

21   middle school?

22        A    I don't recall how active she was.

23        Q    Did you go to church every Sunday?

24        A    Yes, we did.

25        Q    Did you attend regularly any other

32

```
 1                    J. Doe
 2   days of the week other than Sunday?
 3        A    Every Tuesday.
 4        Q    Did your mother's religion ever
 5   become an issue in your relationship with her?
 6        A    Yes.
 7        Q    When did that start?
 8        A    When we first moved to New York.
 9        Q    What was the issue with your
10   mother's religion and your relationship when
11   you first moved to New York?
12        A    She was already a Jehovah Witness.
13   And when we moved, she just told us that we
14   were going to be this religion.  And I accepted
15   it.  But I didn't know anything about it; so I
16   just did what my mom wanted me to do.
17        Q    Because she was already in the
18   U.S.; is that correct?
19        A    Correct.
20        Q    Had she been a practicing Jehovah
21   Witness when she lived in Mexico?
22        A    No.
23        Q    Did you have any religious
24   affiliations when you were in Mexico?
25        A    Yes.
```

33

1                        J. Doe

2         Q     What was that religion?

3         A     Mormon.

4         Q     Did you feel a connection to

5    Mormonism in Mexico?

6         A     No.

7         Q     When you say you just accepted

8    that you'd be a Jehovah Witness when you came

9    to the U.S., did you resent that at all?

10        A     Not at that moment.

11        Q     During any of your middle school

12   years, were there times that you resisted going

13   to church because she forced you to go to

14   church?

15        A     Not that I recall.

16        Q     Were there friendships that you

17   had or wanted to have in middle school that

18   your mother would not permit you to have

19   because those people were not Jehovah

20   Witnesses?

21        A     Yes.

22        Q     And did that happen frequently?

23        A     Yes.

24        Q     Did you persist against her wishes

25   in maintaining friendships with people who were

34

1                          J. Doe

2    not Jehovah Witnesses while you were in middle

3    school?

4          A    No.

5          Q    Did you resent your mother for

6    trying to keep you from being friends with

7    people you wanted to be friends in middle

8    school?

9          A    No, I don't recall feeling that

10   way.

11         Q    Did your mother -- forgive me.  I

12   don't know the word.  But I know Jehovah

13   Witnesses to be sort of Evangelized or pass

14   materials.

15         A    Preach.

16         Q    Preach.  Did your mother do that?

17         A    Yes, she did.

18         Q    Did she take you with her?

19         A    Yes, she did.

20         Q    In middle school did you enjoy

21   that or resent it?  Anything else?

22         A    I had many feelings about it.

23         Q    So did there come a time that you

24   had an incident with a custodian in 8th grade?

25         A    Yes.

35

1                          J. Doe

2          Q    Did that incident involve him

3    picking you up while he was driving a Mustang?

4          A    Yes.

5          Q    Prior to that incident, did you

6    know that custodian by face?

7          A    Yes.

8          Q    Had you ever had any conversations

9    with him?

10         A    Yes.

11         Q    Would you say you were friendly

12   with him?

13         A    I said he spoke Spanish; so that

14   kind of just was the friendly part of the

15   situation.

16         Q    So he would speak Spanish to you

17   in passing when he saw you in the school?

18         A    Correct.

19         Q    What school was that?

20         A    237.

21         Q    IS 237?

22         A    IS 237.

23         Q    Did anybody else at IS 237 speak

24   Spanish?

25         A    Not many.

1                          J. Doe

2          Q     There were girls at IS 237 with

3     sisters in MS13, right?

4          A     That was what?

5          Q     Were there girls at IS 237 whose

6     sisters were in MS13, right?

7          A     Yes.

8          Q     Did they speak Spanish?

9          A     They were Spanish, but they didn't

10    speak Spanish at school.

11         Q     By the time you were in 8th grade,

12    were you speaking English fairly fluently?

13         A     I understood.

14         Q     Could you speak it?

15         A     Some.

16         Q     At home did you speak English or

17    Spanish?

18         A     Spanish.

19         Q     Prior to the incident that

20    occurred with the custodian where he picked you

21    up in his car, had he ever said anything

22    suggestive, or what you considered

23    inappropriate to you?

24         A     I didn't know what inappropriate

25    was.  So no.

1                              J. Doe

2          Q      Did you know when you were in 8th

3    grade that that an adult speaking to you about

4    your intimate parts would be inappropriate?

5          A      Yes.

6          Q      Prior to the time you got in the

7    car with the custodian, had he ever spoken to

8    you about any of your body parts?

9          A      No.

10         Q      Had he ever commented on your body

11   in any way?

12         A      No.

13         Q      Had he ever suggested you see each

14   other outside of school?

15         A      No.

16         Q      Had he ever asked you anything

17   about your personal life?

18         A      No.

19         Q      There came a time when he drove

20   past you while you were on your way to school

21   and offered to drive you to school?

22         A      Correct.

23         Q      Can you tell me exactly where you

24   were when that occurred?

25         A      I was walking by, I think, it's

1                          J. Doe

2    Holly Street, H-O-L-L-Y, and I don't remember

3    the other cross street.  I think there's some

4    kind of church.  I believe a church or a school

5    nearby.  Not IS 237.  Obviously, it's not

6    there.  The details of that is a little fuzzy

7    as well.

8          Q    What time of year was that?

9          A    I don't know.  I don't remember

10   that.

11         Q    Was it toward the beginning of

12   8th grade, toward the end of 8th grade,

13   somewhere in the middle?

14         A    It was maybe three to four months

15   before the end of the school year.

16         Q    What happened when he drove by?

17         A    He asked me if I wanted a ride to

18   school.

19         Q    Was anybody in the car with him?

20         A    No.

21         Q    Were you walking with anybody?

22         A    No.

23         Q    Were you surprised that he asked

24   you if you wanted a ride to school?

25         A    Yeah, I was surprised.

39

1                    J. Doe

2        Q    Were you at all nervous?  Did you

3   think it might not be a good idea to get in the

4   car with him?

5        A    I don't think I thought that.

6        Q    Were you at all nervous when you

7   got in the car with him?

8        A    No, I didn't know.  No, I don't

9   remember being nervous.  I could have been.  I

10  don't know.

11       Q    What do you recall occurred from

12  the time you got into his car?

13       A    I remember not going to school and

14  driving somewhere around Horace Harding.  It

15  was next to the freeway.  I didn't know where

16  exactly at that time.  But in Queens there's

17  not a lot of like roads like Horace Harding.

18  So I remember him parking at, I believe, some

19  kind of like motel or something.  And we were

20  inside the car and I was scared.

21       Q    Why were you scared?

22       A    Because that didn't seem right.

23  We were not at school.

24       Q    Did you ask him while you were in

25  the car why he took you there and not to

40

1                          J. Doe

2    school?

3          A     No.

4          Q     What is Horace Harding?

5          A     By the LA.

6                MR. ASHANTI:  Same thing like RFK

7          and Triboro.

8          Q     From Horace Harding is the LA?

9                MR. ASHANTI:  Expressway.

10         A     Yeah.

11         Q     When you were scared and the

12    custodian had parked along Horace Harding, what

13    happened next?

14         A     He wanted me to come to the room.

15         Q     You were parked at a hotel?

16         A     Uh-hum.

17         Q     Did you recognize it as a motel or

18    hotel?

19         A     No, I didn't recognize it much.  I

20    just knew it wasn't a house.

21         Q     What did he say that expressed

22    that he wanted you to come into the room?

23         A     I don't remember.  I don't recall

24    his actual words.

25         Q     At the time did you have a cell

41

1                         J. Doe

2    phone?

3            A    No, I did not.

4            Q    You didn't own a cell phone then,

5    right?

6            A    No.

7            Q    Is that correct?

8            A    Yes, that's correct.

9            Q    So what did you do when he said he

10   wanted you to come into the room?

11           A    I went into the room.

12           Q    Why did you get out of the car

13   with him?

14           A    Because he told me to do so.

15           Q    And was he threatening you?

16           A    No, he didn't seem threatening.

17           Q    Did he seem inviting?

18           A    I don't remember how he seemed

19   like.

20           Q    Were you frightened going into the

21   room with him?

22           A    I was.

23           Q    Did he go and get a key to the

24   room?  Or did he already seem to have a key to

25   the room, or something else?

42

1                        J. Doe

2          A     He went to get a key.

3          Q     Did you wait in the car for him

4    while he went to get a key?

5          A     Yes.

6          Q     Why didn't you leave then and walk

7    away?

8          A     I didn't know where I was exactly.

9          Q     How far from home were you at the

10   time?

11         A     It was pretty far.  I didn't know

12   my way.

13         Q     Were you scared for your safety

14   when he went in to get a key?

15         A     Yes, I was.

16         Q     What happened when you went into

17   that hotel room?

18         A     I sat on the chair holding my

19   backpack.

20         Q     Then what happened?

21         A     And he wanted to talk and he said

22   that.

23         Q     What did he say?

24         A     He said that he was not going to

25   force me to do anything.  And then he told me a

43

J. Doe

1

2    story where when he was in school, he was

3    interested in a teacher and the teacher did not

4    want to have anything to do with him.  But he

5    promised himself that if that ever was the

6    case, that he wasn't going to do the same.

7    That's what he said.

8         Q    I'm not sure I have it straight.

9    Did he tell you a story about where he didn't

10   want to have a physical relationship with a

11   teacher, but a teacher forced him to have a

12   physical relationship?

13        A    No, he wanted to have a

14   relationship with the teacher, but the teacher

15   didn't want to have a relationship with him.

16   And he felt like, you know, he wanted to give

17   people a chance if that was the case and that's

18   why we were there.

19        Q    Did you know what was going on at

20   that point?

21        A    I wasn't sure.

22        Q    How did you respond to what he was

23   saying to you?

24        A    I didn't respond.

25        Q    You were scared, right?

44

1                    J. Doe

2          A     I was scared.

3          Q     What happened then?

4          A     And I said that I told him that I

5    wasn't going to do anything and I was holding

6    my backpack tight.  And then he said something

7    like I can do a lot of things with my tongue.

8    And I had no idea what he was talking about.

9          Q     And then what?

10         A     And then I refused and I just sat

11   there.  And I just said I wasn't going to do

12   anything.  I just sat there.  He said, "Well,

13   if I'm not going to force you.  So if you don't

14   want this, then we'll go back to school."  And

15   I told him I wanted to go to school.

16         Q     And then he took you back to

17   school?

18         A     Yes.

19         Q     Was that traumatic for you?

20               MR. ASHANTI:  Let the record

21         reflect the witness is crying.

22               Do you want a break?

23         Q     Can you answer that question?

24         A     Repeat.

25         Q     Was it traumatic for you?

45

1                        J. Doe

2         A    Yes, it was.

3              MR. STOLL:  Let's take a break.

4              (Off the record at 10:52.)

5              (Recess.)

6              (Back on the record at 11:00.)

7         Q    That incident with the custodian,

8    do you feel like that's affected your life?

9         A    Very much so, yes.

10         Q    In what way?

11         A    I'm scared to trust people.  I

12    feel he robbed me from a better experience in

13    high school.  Everything that was involved.

14    Including the fight.  It was really a shame.

15    And I didn't come to school for a long time.

16    And I kind of withdrew a lot.  And I didn't

17    want to have -- like try to even have friends

18    at school.  I was scared to talk to my mom.

19    Kind of like withdrew me where I felt I needed

20    to keep things in.  I knew it was wrong because

21    the outcome seemed like it wasn't right.  So

22    then I became afraid of talking and it's

23    something that's carried onto a different level

24    in my life.  The trust in men.

25         Q    Did the incident with the

46

1                          J. Doe

2     custodian, do you feel like it affected the

3     grades you got in middle school and high

4     school?

5          A     Yes, it did.

6          Q     Did the incident with the

7     custodian, would you say it impaired your

8     relationship with your mother for middle school

9     and high school?

10         A     It changed the dynamic, yes.

11         Q     That incident with the custodian,

12    do you think that's affected your intimate

13    relationships?

14         A     To a certain degree.

15         Q     Do you think it affected the

16    success of your marriage?

17         A     I think there were other bigger

18    things that happened in my life that have a

19    bigger effect.  But certainly it did take part

20    of chipping away in how I felt in my marriage.

21         Q     The second amended complaint

22    discusses an incident with other students, a

23    fight that you referred to earlier.  Can you

24    tell me how that came about?

25         A     When the custodian dropped me off

47

J. Doe

1

2    at school when I finally went to school, there

3    was a student that was outside and she saw us

4    coming to school.  And at school she approached

5    me and she had told me that what was I coming

6    out of her boyfriend's car.  Apparently, she

7    was seeing the custodian.  And then she said

8    that she wanted to fight me about it after

9    school.

10        Q    Did she tell you that she had an

11    intimate relationship with the custodian?

12        A    She just said, "my boyfriend,"

13    whatever she meant by that.  I do not know.

14        Q    Was that in English or Spanish

15    that she spoke to you?

16        A    Spanish.

17        Q    What did you say to her when she

18    basically accosted you?

19        A    I didn't say anything to her.

20        Q    And did she say she wanted to

21    fight you after school that day?

22        A    Yes.

23        Q    And did you become aware that that

24    fight was known by other people in the school,

25    that impending fight?

48

1                              J. Doe

2          A    Yes, I was aware because everybody

3     was talking about it.

4          Q    And did you hear other people

5     talking to other people about it?  Or people

6     were talking to you about it?

7          A    People were talking amongst each

8     other.  It was kind of like gossip around the

9     school that that was going to happen.

10         Q    Had you ever been in a fight

11    before then?

12         A    No.

13         Q    And were you aware of whether any

14    staff members knew this impending fight?

15         A    Yeah, I heard them.  The kids were

16    talking about it and they kind of mentioned it

17    in front of teachers.  Everybody knew.  I heard

18    them saying it out loud.  But it was almost

19    like not a big deal.

20         Q    In other words, other people

21    didn't treat it as a big deal?

22         A    No.

23         Q    So did you try to avoid a fight

24    after school?

25         A    I didn't provoke or attempt to do

49

1                           J. Doe

2    anything for it.

3          Q    Did you ask for any help from any

4    teachers in advance?

5          A    I did not ask for any help.  No, I

6    didn't ask for any help.

7          Q    Did you have any friends in 8th

8    grade in middle school?

9          A    I believe this was -- in 8th or

10   9th grade?

11         Q    8th grade.

12         A    8th grade.  I don't remember.  No,

13   I don't think.  Oh, I do.  I had one friend.

14         Q    Who was that?

15         A    I don't remember her name.  She

16   was Spanish.

17         Q    Did you leave school with that

18   Spanish friend?

19         A    No, I did not.

20         Q    So what happened when you got out

21   of school that day?

22         A    I walked out of school like usual.

23   And actually, I remember calling my brother

24   from the office because they were talking about

25   the stuff that was happening.  So I called my

50

J. Doe

1           J. Doe

2     brother and I told him.  My brother did have a

3     phone and he was older.  So he had a phone and

4     I told him what was happening.  So he told me

5     he was going to come and get me.

6                So immediately after school ended,

7     I was just walking down and there was a lot of

8     people.  Because everybody wanted to see this

9     fight.  And I didn't know she had called her

10    sister.  And her sister and, you know, several

11    other friends and her, they jumped me after

12    school like a block away from school.

13         Q    If Sean was going to come pick you

14    up at school, why didn't you wait at school for

15    Sean?

16         A    No one is allowed to wait in

17    school.  I had to walk out of premises out of

18    school just like a normal day.

19         Q    Did you try to stay in school and

20    they said, sorry, you have to go?

21         A    Yes, I tried to wait.  But nobody

22    was allowed to stay on premises when school

23    ended.

24         Q    Is there a reason you didn't say

25    to staff member, "but I'm scared somebody's

1                        J. Doe

2    threatening to beat me up"?

3        A    No, I don't think I spoke that

4    way.  No.

5        Q    Is there a reason you didn't?

6        A    I've never was a person to feel

7    that I needed to.  Like I didn't know what to

8    say.  I didn't know who to say it to, or

9    express myself.

10        Q    So what happened when they jumped

11    you?  What exactly happened?

12        A    They hit me and my shirt came off.

13    My bra was gone.  I don't remember what else

14    happened.

15        Q    Did they kick you?

16        A    Probably.

17        Q    Did they punch you?

18        A    Yes.

19        Q    Did they hit you with any objects?

20        A    I don't remember that.

21        Q    Did they cut you with anything?

22        A    No.

23        Q    What were your injuries from that

24    fight?

25        A    I think I was bruised from

52

1                          J. Doe

2    punches, or whatever it was.  It was just so

3    overwhelming.  I don't even know what was it.

4    Or the details of like who was it exactly.

5          Q    That was the same day?

6          A    Same day.

7          Q    That the custodian had taken you

8    to the hotel room, right?

9          A    Yes.

10              MR. ASHANTI:  Objection.  I don't

11         think she testified that it was a hotel

12         as opposed to a motel.

13         Q    Did Sean find you at the scene of

14    the fight?

15         A    Yes.

16         Q    Did he take you home?

17         A    Yes.

18         Q    What occurred as a result of that

19    fight?

20         A    What do you mean?

21         Q    Did you go back to school the next

22    day?

23         A    No.

24         Q    Did you go back to school at all

25    that year?

53

1                         J. Doe

2          A     No.

3          Q     So after getting jumped in 8th

4    grade, you never went back to that middle

5    school; is that correct?

6          A     Correct.

7          Q     Approximately, how much school did

8    you miss as a result of not going back?

9          A     Three or four months.

10          Q     Did you keep up with any of your

11   work by getting your assignment from working at

12   home or anything of the sort?

13          A     No.

14          Q     Did you or your mother have to

15   intervene in any way to get them to pass you

16   given that you stopped going to school for

17   three or four months?

18          A     No.

19          Q     So did they pass you and graduated

20   you from middle school?

21          A     I received a diploma in the mail.

22          MR. ASHANTI:  By Counsel, I think

23          there may be an issue regarding

24          counsel's mischaracterization of when

25          this occurred.

54

1                    J. Doe

2              I believe the information that we

3         provided is that she was in 9th grade.

4         Her school at the time went through 9th

5         grade.  School now goes to 8th grade.

6         Then went to 9th grade.  And this was

7         9th grade.

8         Q    So this incident that occurred

9    with the custodian, what grade were you in?

10        A    9th grade.

11        Q    It happened when you were in 9th

12   grade?

13        A    Uh-hum.

14        Q    And so you were in junior high

15   school, essentially, right?

16        A    Yes.

17        Q    So your freshman year you were a

18   10 grader at Francis Lewis High School, right?

19        A    Yes.

20        Q    How old were you when you started

21   10th grade?

22        A    14.

23             MR. DOODY: Off the record.

24             (Discussion is held off the

25        record.)

55

1                          J. Doe

2          Q     And how was Francis Lewis when you

3    started there?  Did you like it?

4          A     I did.

5          Q     Did you have friends there?

6          A     I had a couple.

7          Q     Were there people there that you

8    knew from junior high or middle school?

9          A     No.

10         Q     Was your sister at Francis Lewis

11   when you started there?

12         A     Yes.

13         Q     Was Sean at Francis Lewis when you

14   started there?

15         A     Yes.

16         Q     How did you meet Mark Waltzer?

17         A     I met him in Francis Lewis by

18   passing at first.  I believe he was the dean.

19         Q     Was he ever your teacher?

20         A     Yes.  He was my social studies

21   teacher.

22         Q     When was he your social studies

23   teacher?

24         A     When I was in 10th grade.  But I

25   did 10th grade twice, I believe.  So I'm not

56

                              J. Doe

1

2    100 percent sure.

3         Q     When you say you did 10th grade

4    twice, do you mean two years in a row you were

5    in 10th grade?

6         A     Yes, the first time, yes.  At some

7    point, yes, he was my teacher the first time I

8    was in 10th grade.  Yes, I did 10th grade

9    twice.

10        Q     Was Mark Waltzer your social

11   studies teacher the first time you did 10th

12   grade or the second time you did 10th grade?

13        A     The first time.

14        Q     Did you meet Mark Waltzer before

15   you found that he was your teacher?

16        A     I don't recall that.  I don't

17   recall.

18        Q     The first year you did 10th grade,

19   what were your observations of Mark Waltzer's

20   performance as a social studies teacher?

21        A     Performance, like?

22        Q     Did you think he was an effective

23   teacher?

24        A     Yeah, he seemed like a good

25   teacher.

57

1                          J. Doe

2          Q    Did you think he had positive

3    interactions with the class?

4          A    It seemed that way.

5          Q    Was he a welcoming teacher do you

6    your first year you did 10th grade?

7          A    Yes, he was very welcoming.

8          Q    Was he a warm teacher to you the

9    first year you did 10th grade?

10          A    Yes, he was.

11          Q    Were you aware his reputation with

12    other students the first year you did 10th

13    grade?

14               MR. ASHANTI:  Objection to form.

15          What do you mean by "reputation"?

16          Q    Do you understand the question?

17          A    No.

18          Q    Did you have any understanding

19    from any other students of anybody's opinion in

20    any way of Mark Waltzer the first year you did

21    10th grade?

22          A    No.

23          Q    Did you observe other students

24    interact with Mark Waltzer your first year in

25    10th grade?

58

1                                J. Doe

2          A     I wasn't paying attending, no.

3          Q     So when you were in class in

4    social studies with Mark Waltzer your first

5    year in 10th grade, did you ever see him

6    interact with any other student?

7          A     He talked to other students, yes.

8          Q     Did those interactions appear to

9    be positive productive interactions?

10         A     I can't make that judgement.  I

11   don't know.

12         Q     Did they seem to be unproductive

13   or negative interactions?

14         A     Not that I recall.

15         Q     The first year you did 10th grade,

16   were you aware of whether Mark Waltzer appeared

17   to be a warm teacher to other students?

18         A     I don't think I was paying

19   attention.  I don't know.

20         Q     So you were not aware, correct?

21               MR. ASHANTI:  Objection to form.

22         The use of the term "warm."

23         Q     Would you consider him to be a

24   warm teacher, right?

25         A     I have never thought about the

59

1                         J. Doe

2    word "warm" when I thought of Mark.  So I have

3    no idea what you're talking about.

4               MR. ASHANTI:  Do you mean

5          friendly?  Do you mean nice?

6               MR. STOLL:  Mr. Ashanti, I'm

7          asking you not to make speaking

8          objections.

9               MR. ASHANTI:  You said -- you

10         asked a question to my client.

11              MR. STOLL:  I'm asking you not to

12         make any speaking objections; is that

13         okay?  Stop making speaking objections.

14              MR. ASHANTI:  No.

15              MR. STOLL:  Okay.

16              MR. ASHANTI:  You asked her a

17         question.  She didn't understand the

18         word you used and you didn't explain

19         what you meant.  That's what happened.

20              MR. STOLL:  Okay, I'm going to ask

21         you stop making speaking objections.

22         What happened is on the record.  I don't

23         think we need you to explain what

24         happened.

25         Q    Your first year in 10th grade, did

60

1                          J. Doe

2    you find defendant, Waltzer to be very nice,

3    friendly and warm?

4         A    He was friendly, nice.  I do not

5    understand.  What do you mean about the word

6    "warm"?  I don't know what you mean by that.

7         Q    You've reviewed the second amended

8    complaint filed in this case, correct?

9         A    I did not memorize anything.

10        Q    Did you review it?

11        A    I did.

12        Q    Did the second amended complaint

13   in this case in paragraph 49, say that you

14   found defendant, Waltzer to be very nice,

15   friendly and warm?

16             MR. ASHANTI:  If you know.

17        A    I don't know.

18             MR. ASHANTI:  Is this the hill you

19        want to die on?  Are you going to stop

20        badgering my client about this or can we

21        move on?

22        Q    Was your answer you don't know?

23        A    I don't know.

24             MR. STOLL:  Can we mark this as

25        Defendant Waltzer A?

61

1                          J. Doe

2                   (Thereupon, the second amended

3            complaint was marked as Defendant

4            Waltzer Exhibit A for identification, as

5            of this date.)

6       Q    I'm going to show you what's been

7    marked Waltzer Exhibit A.  Do you recognize

8    that as the second amended complaint filed in

9    this action?

10                  MR. ASHANTI:  Look at it before.

11      Q    Take as much time as you need to

12   read through it.

13      A    What do you want me to look?

14      Q    Do you recognize that as the

15   second amended complaint you reviewed in this

16   action?

17      A    Yes.

18      Q    Turning your attention to

19   paragraph 49 in the second amended complaint.

20   You read that paragraph before that was filed,

21   correct?

22      A    Yes.

23      Q    Does that say that you had

24   observed Mr. Waltzer to be nice, friendly and

25   warm?

62

1                          J. Doe

2          A     I think when you say the word

3     "warm," it kind of has a different feeling to

4     me.

5                MR. ASHANTI:  Just answer the

6          question.  He's saying does it say that

7          there?

8          A     It says that.

9          Q     You reviewed that before that was

10    filed, right?

11         A     Uh-hum.

12         Q     Yes?

13         A     Yes.

14         Q     Once you reviewed that, what was

15    your understanding of the word "warm" in that

16    paragraph?

17               MR. ASHANTI:  Objection to form.

18          It's assumes facts not in evidence.

19          You're assuming she had an opinion.

20               MR. STOLL:  I didn't use the word

21          "opinion."

22               I'm going to ask you not to make

23          speaking objections.

24               MR. ASHANTI:  There's an

25          assumption in your question.  I'm

63

1                      J. Doe

2          objecting to it.

3                  MR. STOLL:  So you object to that;

4          is that what you are saying?

5                  MR. ASHANTI:  I'm objecting to the

6          form of the question.

7          Q    Can you answer the question,

8    please?

9          A    What was the question again.

10                 MR. STOLL:  Can you read it back?

11                 (Record read.)

12         A    Caring.

13         Q    In your first 10th grade year, did

14   you observe Mr. Waltzer to be caring toward

15   other students?

16         A    I did not observe, no.

17         Q    You didn't observe either way?  Or

18   you observed him not to be caring toward

19   others?

20         A    I did not observe him being caring

21   toward others.

22         Q    Did you observe him to not be

23   caring toward other students?

24         A    I did not.

25         Q    Did you observe whether he was

64

1                           J. Doe

2    nice or friendly toward other students your

3    first 10th grade year?

4            A    I did not.

5            Q    You didn't observe one way or the

6    other; is that correct?

7            A    No, I wasn't observing.

8            Q    Is it fair to say you didn't know

9    during your first 10th grade year whether

10   Mr. Waltzer was treating you differently than

11   he treated any other students?

12               MR. ASHANTI:  Objection to form.

13          Are you talking back then what she

14          thought or what she thinks now?

15               MR. STOLL:  Read back the

16          question.

17               (Record read.)

18               MR. STOLL: Does that answer your

19          question, Mr. Ashanti?

20               MR. ASHANTI:  At the time.

21          A    I didn't know.

22          Q    Did you observe Mr. Waltzer to pay

23   a lot of attention to you during your first

24   10th grade year?

25          A    Yes.

1                    J. Doe

2          Q     What did you believe a lot of

3    attention meant back in the 10th grade, your

4    first year of 10th grade?

5          A     He always made time to talk to me.

6          Q     Do you mean in the classroom or in

7    the hallway, both, something else?

8          A     Both.

9          Q     And what do you mean he would make

10   time to talk to you?  Would he often approach

11   you, or did you approach him and he took the

12   time to talk to you when you approached him, or

13   was it something else?

14         A     Both.

15         Q     Did you feel during your first

16   year of 10th grade that he was paying an

17   unusual amount of attention to you?

18         A     I didn't think that.  I didn't

19   think like it was excessive.  It just seemed

20   like friendship kind of.

21         Q     At the time your first year of

22   10th grade, it seemed like a positive thing to

23   you that he would always make time for you?

24         A     It seemed good that way.

25         Q     When you say he would always make

66

1                          J. Doe

2      time for you, how often, say, your first

3      semester of your first year of 10th grade, how

4      often would Mr. Waltzer speak to you in the

5      hallways?

6           A     I do not recall the amount of

7      times.

8           Q     Was it once a week, once a day,

9      ten times a day, something else?  Can you

10     estimate at all?

11          A     I cannot.

12          Q     In class, did he seem to pay more

13     attention to you than he paid to other students

14     as far as you could tell?

15          A     I don't think so.

16          Q     So as we sit here today, your

17     recollection is having a feeling that he always

18     went out of his way to talk to you; but you

19     can't estimate at all how often you spoke to

20     him in the hallways; is that correct?

21          A     The amount of time?

22          Q     Yes.

23          A     Yes.

24          Q     Did Mr. Waltzer call on you more

25     than he called on other students in the

67

1                          J. Doe

2    classroom?

3         A    I do not remember that.

4         Q    Did Mr. Waltzer seem to look at

5    you a lot in the classroom?

6         A    I don't remember that

7    specifically.

8         Q    Did Mark Waltzer do anything

9    during your first year of 10th grade you

10   thought was flirting with you?

11        A    What did you mean by my first year

12   of 10th grade?

13        Q    You were in 10th grade two years

14   in a row, right?

15        A    Right.

16        Q    So the first year of those two

17   years.

18        A    All the way towards the end

19   including the summer before the second year of

20   10th grade, how far?

21        Q    Until the last day of school of

22   your first year of 10th grade.

23        A    He didn't seem like he was

24   flirting with me.  Not to me at that moment.

25        Q    Is there anything that you now

68

                              J. Doe

2    view in retrospect of your interactions with

3    Mr. Waltzer in school in your first year of

4    10th grade that you now view as flirting or

5    grooming?

6         A    Yes.

7         Q    What actions?

8         A    The extra time.  Several

9    interactions that I had with him in the

10   hallways talking.  Even him asking me to go get

11   his bag from like another class one time.  We

12   were friendly.  And he would -- he was more

13   friendly than my other teachers were.

14        Q    You said several interactions in

15   the hall.  Can you describe those interactions?

16   Or did you describe them by saying when he

17   asked you to get his bag?

18        A    His classroom was across from the

19   gym.  And every time I went to gym, I would see

20   him in the classroom.  So we did have a lot of

21   interaction.

22        Q    Okay.

23        A    Besides class.

24        Q    What are the interactions in the

25   hall that you now view constituted flirting or

69

1                           J. Doe

2    grooming from Mr. Waltzer during your first

3    year that you had 10th grade?

4          A    I didn't have that kind of

5    interaction with any other teacher.

6          Q    What were those interactions?

7    What kind of interactions?  What are you

8    referring to?

9          A    Getting to know each other.  I

10   felt like, you know, he was a friend kind of.

11   I never felt like he was like flirtatious.  I

12   thought he was trying to get to know me a

13   little bit more; but on a casual way.

14         Q    So what were those interactions

15   that made you think he was getting to know you

16   as a friend?

17         A    I don't understand your question.

18         Q    Well, you said his class was

19   across from the gym.  So you would see him in

20   his class, right?

21         A    Yes.

22         Q    But that doesn't sound like

23   interactions that suggested he was a friend to

24   you.  So what are the interactions that you say

25   he had with you that made you think you were

70

```
 1                    J. Doe
 2   friends with him?
 3            MR. ASHANTI:  No, I'm not going to
 4        let you do that.  You're casting aside
 5        what she's given you as an example.
 6            MR. STOLL:  I'll ask you not to
 7        make speaking objections.
 8            MR. ASHANTI:  You're casting aside
 9        what she's giving examples of.  What
10        you're asking for.  You're saying, no,
11        that doesn't count.  Give you something
12        else.  I'm not going to let you do that.
13        She gave you an example.  If you want to
14        delve into that more deeply, fine.  I'm
15        not going to let you tell her what
16        counts for her own testimony.
17            MR. STOLL:  Okay, I'm going to let
18        the record reflect that Mr. Ashanti's
19        shouting at me.
20            MR. ASHANTI:  No one's shouting at
21        you.
22            MR. STOLL:  Would you characterize
23        that as shouting?
24            MS. DAINOW:  I would say
25        everything's a little bit heated and
```

71

1                           J. Doe

2          that's all I'm going to say for the

3          record.

4                   MR. STOLL:  Okay.

5                   Can I have a read back of the last

6          question, please?

7                   (Record read.)

8          Q    Can you answer that question I

9    gave you?

10                  MR. ASHANTI:  Objection to form.

11         You can answer the question however you

12         like not limited by counsel.  However

13         you like.

14                  THE WITNESS: I think he doesn't

15         like my answer.

16         Q    I would like to hear as much as

17   you want to tell me.  Anything you want to tell

18   me in response to that question I would like to

19   hear.

20                  MR. ASHANTI:  Don't do that again.

21                  MR. STOLL:  I don't know what that

22         means, Mr. Ashanti.  Don't do what

23         again?

24                  MR. ASHANTI:  Don't tell her don't

25         use that as an example or casting that

72

                          J. Doe

1

2          aside.  That doesn't sound like friendly

3          interactions to me.  Who cares what you

4          think?  Don't do that again.

5          Q    Can you answer the question?  You

6    want it read back again?  Did you want my last

7    question read back to you?  So there's a

8    question to you right now.  Do you want a read

9    back of that question, or are you able to

10   answer it, or you're unable to answer it?

11              MR. ASHANTI:  You might want to

12         rephrase it so we can move on.  We're

13         wasting time.

14         Q    Are you unable to answer my last

15   question?

16         A    I don't know what you want me to

17   say.

18         Q    Can you detail anything about the

19   conversations that you had with Mark Waltzer

20   during your first 10th grade year that made you

21   believe that you had a friendship with him?

22         A    I don't recall at the moment

23   specific wording.

24         Q    Did you confide in Mr. Waltzer

25   anything about your home life during your first

1                          J. Doe

2    year in 10th grade during school hours?

3          A     Yes, we used to talk a lot.

4          Q     What sort of things did you tell

5    him about your home life?

6          A     I remember mentioning, you know,

7    having -- let me see.  My life, stuff with my

8    family.  I mean, I feel a little overwhelmed

9    right now.

10         Q     Okay, you want to talk a break?

11         A     Please.

12               (Off the record at 11:48.)

13               (Recess.)

14               (Back on the record at 12:01.)

15         Q     First year you did 10th grade, did

16   you confide in Mr. Waltzer about anything about

17   your relationship with your mom?

18         A     Yeah, I believe so.  Certain

19   things.

20         Q     What certain things did you tell

21   him about during the first year of 10th grade?

22         A     I don't remember all specifics.

23   But I remember family.  We talked about a lot

24   of different subjects.

25         Q     Did Mark Waltzer tell you anything

74

1                          J. Doe

2    about his home life during your first year of

3    10th grade?

4          A    I don't remember that.

5          Q    Did you have a guidance counselor

6    in 10th grade?

7          A    I'm sure there's one assigned to

8    my grade.

9          Q    One you ever saw?

10         A    No.

11         Q    Any guidance counselor you ever

12   saw?

13         A    No.

14         Q    Did you have any mental health

15   professional you saw at all prior to your two

16   years of 10th grade?

17         A    No.

18         Q    Did you ask Mark Waltzer for

19   advice during your first year of 10th grade?

20         A    I don't think I asked him for

21   advice.  Not that I recall.

22         Q    During the first year of 10th

23   grade, did you ever observe Mark Waltzer

24   looking at you in a way you considered to be

25   inappropriate?

1                    J. Doe

2          A    No.  I didn't feel that way.

3          Q    Did you ever see Mark Waltzer

4    outside of the school during your first year of

5    10th grade prior to last day of school?

6          A    No.

7          Q    Did you ever make plans to meet up

8    outside of school during your first year of

9    10th grade with Mr. Waltzer?

10          A    Plans?

11          Q    Yes.

12          A    No.

13          Q    Was there a time that you saw

14    Mr. Waltzer in a park outside the school with

15    another person, another employee of the school?

16          A    I saw him at a park?

17          Q    Yes.

18          A    No.

19          MR. ASHANTI:  By Counsel, I

20          believe that was an error.  I thought we

21          had clarified that as to who that was.

22          Maybe we didn't.

23          MS. DAINOW:  No, there's no

24          clarification.

25          MR. ASHANTI:  It was minors.  I

76

J. Doe

1

2          apologize.  I thought I clarified.

3          Q     Did you ever talk to any other

4    students during your first year of 10th grade

5    about Mr. Waltzer?

6          A     No, not specifically.

7          Q     In your first year of 10th grade,

8    did you feel that Mr. Waltzer went extra hard

9    on you or extra easy on you as a result of what

10   you considered to be your friendship with him

11   as a teacher?

12         A     I never considered that.

13         Q     As you consider it now, do you

14   believe that was the case?

15         A     I don't think there was much room

16   for that.

17         Q     Why is that?

18         A     Well, it wasn't like I needed him

19   to favor me or not favor me.  So it wasn't like

20   he was going to do something like pass me

21   because I wasn't doing anything well or

22   anything like that.

23         Q     So as far as you're concerned,

24   your first year of 10th grade Mr. Waltzer gave

25   you the grade you earned no more, no less; is

1                      J. Doe

2    that correct?

3          A    I believe so.

4          Q    Did there come a time that

5    Mr. Waltzer gave you his phone number?

6          A    Yes, I think at the ending of the

7    school year.

8          Q    Where and when did he give you

9    that phone number?

10         A    I don't remember exactly where.

11         Q    Do you remember whether he wrote

12   it down for you or he just told you?  Do you

13   recall?

14         A    I'm trying to think about what

15   happened.  I believe it was written.

16         Q    Do you have a specific

17   recollection of him writing his phone number

18   down for you?

19         A    What do you mean by that?

20         Q    Do you specifically remember a

21   time when he wrote his phone number down for

22   you?

23         A    I do have a recollection.

24         Q    Where were you when he wrote that

25   phone number down for you?

78

1                          J. Doe

2          A     I believe the hallway.

3          Q     Was there a conversation involved

4    when he wrote his phone number down for you in

5    the hallway?

6          A     Yes.

7          Q     What was the nature of that

8    conversation?

9          A     It was about summer coming up.

10         Q     And what did you discuss about the

11   summer coming up?

12         A     I believe he mentioned, you know,

13   if I needed anything, I could have his number.

14   He seemed to be a friend to me so I didn't

15   think it was a big deal.

16         Q     Did you give him your number as

17   well?

18         A     I don't think so.

19         Q     Did there come a time your first

20   year of 10th grade that Mr. Waltzer gave you

21   his home address?

22         A     I think it was at the same time.

23         Q     And you recall him writing his

24   home address down for you?

25         A     Yes.

79

1                          J. Doe

2          Q      What did he write it down on?

3          A      On the paper.

4          Q      What kind of paper was it?

5          A      Like make and model?

6          Q      Was it a notebook paper?  Was it

7     the back of a business card?  Was it some

8     school document that he scribbled it on?  Do

9     you have a recollection?

10         A      I do not know.

11         Q      What did you do with the address

12    and phone number that he gave you?

13         A      I put it in my bag.

14         Q      Prior to Mark Waltzer giving you

15    his phone number and his address, did you know

16    where he lived?

17         A      No.

18         Q      Did you know what neighborhood he

19    lived in?

20         A      No.

21         Q      Did you know whether he lived

22    close to or far from the school?

23         A      No.

24         Q      Do you know how he got to the

25    school?

1                          J. Doe

2          A     No.

3          Q     Did you know whether he had kids?

4          A     That, I don't remember if that was

5    a conversation.  When that conversation came

6    about, I don't remember.

7          Q     Do you know whether he was

8    married?

9          A     I did not know he was married.

10         Q     Did you know how long he had been

11   a teacher for?

12         A     No, I didn't know that.

13         Q     So you don't know as you sit here

14   today, whether by the end of 10th grade you

15   knew that Mr. Waltzer was married, correct?

16         A     I did not know, no.

17         Q     As you sit here today, you don't

18   know whether by end of 10th grade you knew he

19   had children, correct?

20         A     Say that again.

21         Q     As you sit here today?

22         A     Today.

23         Q     You don't know whether at the end

24   of your first year of 10th grade you knew then

25   that that he had children; is that correct?

81

J. Doe

2    A    I don't know if we had that

3    conversation.  I don't remember.

4        Q    Can you tell me by the end of your

5    first year of 10th grade, can you tell me every

6    detail you knew about my client, Mr. Waltzer's

7    personal life?

8        A    I don't remember how much I knew.

9    I don't remember.

10        Q    You said that the interaction you

11    had with that custodian in junior high or

12    middle school really affected your ability to

13    trust people, correct?

14        A    Yes.

15        Q    More specifically would you say it

16    affected your ability to trust men?

17        A    Yes.

18        Q    So why was it that you trusted

19    Mr. Waltzer in your relationship with him in

20    that first year in high school?

21        A    Because finding out that the

22    effect that he had on me, it was not immediate.

23    Many things that happened built up to become

24    that way.  That did not happen like within the

25    few months later that I felt that way, no.

82

1                          J. Doe

2          Q     Do you know whether Mr. Waltzer

3     gave his phone number to any other students?

4          A     He never told me; so I don't know.

5          Q     Do you know whether he gave his

6     address to any other students?

7          A     I do not know.

8          Q     In your second amended complaint

9     paragraph 52, you say that you got into an

10    argument a couple weeks after the end of your

11    first year in high school, right?

12         A     What did you say?

13         Q     Couple weeks after the first year

14    of high school you got into a fight with your

15    mother?

16         A     Right.

17         Q     What was that fight about?

18         A     I don't recall all the details at

19    this point.  At this point those fights seem

20    silly now.

21         Q     Do you recall the actual details

22    of the fight?

23         A     I think my mom did not want me to

24    go out as much and have lots of friends.  I

25    felt like students my age were nice to have but

83

                                    J. Doe

1    I felt teachers were like a safe zone.

2         Q    That was what the fight with your

3    mom was about?

4         A    The fight with my mom was friends.

5    Having friends and going out with friends.

6         Q    Was the fight with your mom a

7    couple weeks after the end of your freshman

8    year that -- well, your first year in high

9    school was the fight with your mom that you

10   wanted to go out and see friends and she didn't

11   want you to?

12        A    People that were not part of the

13   religion.  We didn't agree.  I wanted to kind

14   of like do more than just go to church.

15        Q    You said a lot of those arguments

16   back then seemed kind of silly to you now.

17   What other kind of arguments did you have with

18   her around that time period?

19        A    I don't have a lot that stand out.

20   So if they don't stand out, just probably not

21   that relevant.

22        Q    Does anything else stand out to

23   you from that period?

24        A    Such as?

84

1                         J. Doe

2          Q    I'm asking you.  Does the subject

3    of any of the other fights you had with your

4    mom in that general time frame toward the end

5    of your first year at high school or the few

6    weeks after, do the details of any of those

7    arguments stand out to you?

8          A    No.

9          Q    But you do recall that one

10   specific argument had you with your mother

11   about you wanting to be able to see friends or

12   go out and her not wanting you to couple weeks

13   after your first year in high school, right?

14         A    Yes.

15         Q    And that caused you to leave home,

16   right?

17         A    Right.

18         Q    Did you leave home because you

19   were angry?  Did she throw you out?  Was it

20   something else?

21         A    I believe she said that if we live

22   in her house we have to live by rules.  If I

23   didn't like it, then I couldn't be at her

24   house.  She seemed upset.

25         Q    Was there one specific thing you

85

1                         J. Doe

2      had done that she was angry about?

3            A    I don't recall.

4            Q    Was your aunt involved in

5      disciplining you or raising you as well?

6            A    No.

7            Q    So it's fair to say your mom

8      basically said, "If you want to live under my

9      roof, you have to follow my rules."  And you

10     were basically like, "Fine, I won't live under

11     your roof," and you left?

12           A    Right.  My aunt wasn't living with

13     us at that time anymore.

14                But to answer your question, yes,

15     that's pretty much what I remember.

16           Q    Where did you go?

17           A    I had this one friend in class.  I

18     believe her name was Diana.  I don't remember a

19     lot of information about her, like her last

20     name.  She was Hispanic.  I believe she was

21     either from Guatemala or El Salvador.  She was

22     someone I got along with in school.  And I

23     think my mom didn't know much about her or

24     approved of her.  And I went to her house.

25           Q    Did she and her family let you

1                        J. Doe

2    stay there?

3           A     Yeah, she lived with her mom.

4           Q     Did they have a spare bed for you?

5           A     Yeah, they had bunk beds so they a

6    let me to stay there.

7           Q     Did you feel welcomed there?

8           A     Yeah, I felt okay.

9           Q     Did they have enough food for you?

10          A     I don't remember that.

11          Q     Did Diana's mom seem to resent

12   you?  Or did she seem cool with you being

13   there?

14          A     No, she was nice.

15          Q     Did you talk to that friend Diana

16   about the problems you were having with your

17   mom?

18          A     I don't remember what we talked

19   about.  But I'm sure I mentioned why I was

20   there.

21          Q     How long did you stay with Diana

22   for?

23          A     Couple of days.

24          Q     Then what happened?

25          A     And then I reached out to Mark.  I

87

1                             J. Doe

2    called him.

3          Q     Why did you call him?

4          A     Because I felt comfortable enough

5    to reach out and talk to him just as we did in

6    school.

7          Q     So did you call him because you

8    wanted to talk to him about the issues with

9    your mom?

10         A     Yeah.  I just needed a friend and

11   to me he felt like a friend.

12         Q     What was your relationship like

13   with your sisters during the end of your first

14   year at high school?

15         A     My sister Yasmin had moved out and

16   my other sister was not around anymore.  They

17   were not at the house anymore.

18         Q     Where had your sister Yasmin moved

19   out to?

20         A     I don't recall where she was at

21   that time.

22         Q     But you do recall she wasn't

23   living at home, right?

24         A     Yes.

25         Q     Had she moved out of the house for

```
 1                        J. Doe
 2    good by then?
 3          A    I don't recall.  But she wasn't
 4    home at that time.  I remember that much.
 5          Q    Yasmin was in 11th grade when you
 6    were in the first year you were in 10th grade,
 7    right?
 8          A    Right.
 9          Q    Did she graduate from Francis
10    Lewis High School?
11          A    She did not.
12          Q    Do you know why she didn't
13    graduate?
14          A    I do not know.
15          Q    Did Sean graduate from high
16    school?
17          A    I do not know.
18          Q    Did Brissa graduate from high
19    school?
20          A    I do not know.
21          Q    Did Miguel graduate from high
22    school?
23          A    He did.
24          Q    In Mexico?
25          A    In Mexico.
```

1                           J. Doe

2          Q    And Tania, do you know if she

3    graduated from high school?

4          A    She did.

5          Q    In Mexico?

6          A    Uh-hum.

7          Q    Were you in touch with Yasmin at

8    the time shortly after she left home?

9          A    I don't remember.  No, I don't

10   think I was.

11         Q    Were you estranged from her?

12         A    I didn't really have a cell phone

13   or anything to communicate.

14         Q    Were you estranged from her?

15         A    I do not know.  I don't know what

16   you mean by that.

17         Q    Was there bad blood between you?

18         A    No, never been.

19         Q    Was she somebody you felt you

20   could confide in?

21         A    If she was around maybe, but she

22   wasn't.

23         Q    You knew where she worked, right?

24         A    I didn't know where she was at

25   that moment at that time.

90

1                        J. Doe

2          Q     Did she have a boyfriend then?

3          A     I'm not 100 percent sure what was

4    happening in her life at that moment.

5          Q     So did you have any idea how to

6    get in touch with Yasmin at the end of your

7    high school year?

8          A     No.

9          Q     Excuse me.  At the end of your

10   first sophomore year?

11         A     At the end, no.

12         Q     You had no idea where she was?

13         A     No, I didn't know where she was.

14         Q     If there was an emergency you

15   wouldn't have been able to reach her?

16         A     No.

17         Q     How about your aunt?  Did you have

18   a good relationship with Marie Guterman at the

19   end of your first year of 10th grade?

20         A     No.

21         Q     So when you first called

22   Mark Waltzer after you had the fight with your

23   mom after the first year of 10th grade, what

24   happened?

25         A     He didn't answer.

1                           J. Doe

2          Q    Did you leave a message?

3          A    No.  I called from a pay phone.

4          Q    You called from a pay phone?

5          A    Uh-hum.

6          Q    You didn't leave a message?

7          A    I don't think so.

8          Q    Why not?

9          A    I don't know.  Until now you'll

10   never catch me leaving a message.  I just never

11   do.

12         Q    Now we just text somebody, right?

13              Did you reach a voicemail when you

14   call him?

15         A    I don't remember.  I know.  I just

16   didn't talk to him.

17         Q    So did you try calling him again?

18         A    No, I don't think so.

19         Q    So when is the next time you spoke

20   to Mark Waltzer?

21         A    I went to his house.

22         Q    How long after you called him did

23   you go to his house?

24         A    I'm not sure if it was the same

25   day or the day after.  But it was really soon

92

1                          J. Doe

2    after.

3          Q     Why did you go to his house?

4          A     Because I had the address.

5          Q     Any other reason?

6          A     Such as?

7          Q     I don't know.  I'm asking you.  I

8    mean, I assume you had the address for a lot of

9    people.  But you just happened to be to

10   Mark Waltzer house; so I'm asking why you went

11   to his home?

12         A     You assume I have a lot of

13   addresses; but that's your assumption.

14         Q     Did you have addresses for anybody

15   else in the world?

16         A     No, I didn't.

17         Q     What was your intention to going

18   to Mark Waltzer's house?

19         A     To talk.  Maybe he could help me.

20         Q     So your intention was to go talk

21   to him and get some emotional help from him?

22         A     Right.

23         Q     What time of day did you go to his

24   house?

25         A     It was early in the evening.

1                          J. Doe

2    Maybe around, I don't know, 3, 4.

3              Q     In the afternoon?

4              A     Yeah.

5              Q     At that time, did you still feel

6    welcomed to stay at Diana's place if you needed

7    to?

8              A     Yeah, I was.

9              Q     How did you get to Mark Waltzer's

10   apartment?

11             A     I realized when I looked at the

12   address, it was kind of close to where -- I

13   mean fairly close.

14             Q     I'm sorry, close to what?

15             A     Fairly close to where I was

16   staying.

17             Q     How long of a walk was it?

18             A     Maybe like a 15-minute walk.

19             Q     His apartment was also close to

20   the high school, right?

21             A     Yeah.

22             Q     How far from the high school was

23   it?

24             A     I do not know exact mileage.

25             Q     Was it a block, two blocks, three

1                          J. Doe

2    blocks?

3          A    Further than that.  I don't know.

4    Six, seven.  I don't know.  Something like

5    that.

6          Q    What happened when you got to

7    Mark Waltzer's apartment?

8          A    I buzzed him from downstairs.

9          Q    What happened?

10         A    And he came downstairs.

11         Q    Did he answer the buzzer?

12         A    I don't remember.

13         Q    Did he call out the window or

14   anything like that?

15         A    What?

16         Q    Did he stick his head out of the

17   window when you rang the buzzer?

18         A    His head out the window?

19         Q    Yes, his apartment upstairs.

20         A    No, I don't think so.  I would

21   have known.

22         Q    To the best of your recollection,

23   you buzzed his buzzer.  You don't recall a

24   conversation over the intercom, but you

25   remember him coming downstairs; is that

1                         J. Doe

2    accurate?

3         A    Yes.

4         Q    What did you say to him when he

5    came downstairs?

6         A    I don't remember what I said.

7         Q    Do you recall whether you were

8    expressing to him that you felt a need to talk?

9    Or do you recall whether you were pressing it

10   as I'm just stopping bye or something else?

11             MR. ASHANTI:  Objection to form.

12        You can answer.

13        A    I remember what he said, but I

14   don't remember what I said to him.

15        Q    What did he say to you?

16        A    He said he was busy at that

17   moment.  If I could go to Starbucks and wait

18   over there across the street.  He had to take

19   care of something.

20        Q    Did he say what he was busy doing?

21        A    No.  Not at that moment, no.

22        Q    Did he seem surprised, or nervous,

23   or alarmed, or happy to see you?  Or can you

24   characterize his vibe?

25        A    I thought that he seemed happy to

96

1                      J. Doe

2    see me.

3          Q     Did you go wait at the Starbucks?

4          A     Yes, I did.

5          Q     Did he come down?

6          A     Yeah, I believe he took about

7    30 minutes or so.

8          Q     What happened when he got to the

9    Starbucks?

10         A     We got coffee and we just talked

11   stories.

12         Q     What kind of stories?

13         A     Talked about why I was there, you

14   know, what happened with my mom.  Talked about

15   just, I guess, catching up a little.  I

16   remember kind of talking about more like, you

17   know, what I was going through with my mom and

18   family, whatever.

19         Q     Were you crying at all during that

20   conversation?

21         A     I don't remember that.  I don't

22   remember.  Maybe.

23         Q     During that first conversation at

24   Starbucks with Mark Waltzer, did you feel some

25   relief talking to him?

97

1                         J. Doe

2        A    Like if I felt better?

3        Q    Yes.

4        A    I felt better.

5        Q    How long did you stay at Starbucks

6   with him?

7        A    Maybe an hour or two.

8        Q    Did you have anything to eat

9   during that time?

10        A    At Starbucks?

11        Q    Yes.

12        A    No.

13        Q    How did you leave it that meet up

14   at Starbucks?  Did you have plans to meet up

15   again?  Did you say "bye nice seeing you,"

16   something else?

17        A    No, he offered to make me food at

18   his house and I accepted.

19        Q    Did he invite you over for dinner?

20        A    Yeah, he did.

21        Q    He invited you over for dinner in

22   straight from Starbucks?

23        A    Yes.

24        Q    Had you told him you were hungry

25   or anything like that?

98

1                        J. Doe

2          A    No.

3          Q    You weren't having any problems

4    getting fed at Diana's or anything like that,

5    right?

6          A    No.

7          Q    When he invited you to come have

8    dinner with him, was there anything about that

9    that at the time struck you as maybe

10   inappropriate or worrisome in any way?

11         A    No, I didn't think so.

12         Q    So did you go to his place for

13   dinner?

14         A    Yes, I did.

15         Q    Was anybody else at his apartment?

16         A    No, there was nobody else there.

17         Q    What happened when you got to his

18   apartment?

19         A    As soon as I walked in the house,

20   he kissed me and walked me to his bedroom and

21   we had sexual intercourse.

22         Q    Did you kiss him back when he

23   kissed you?

24         A    I don't remember that detail.

25         Q    Before you went to his apartment

99

                         J. Doe

1

2    while you were at Starbucks or either on the

3    way to his apartment, did he indicate to you in

4    any way that that he was interested in you in

5    any intimate way?

6         A    It didn't feel like that, no.

7         Q    And prior to that day, had you

8    ever had a romantic kiss with any boy or girl?

9         A    In 6th grade I had my first kiss

10   with a boy.  His name was Edwin.

11        Q    Anybody else?

12        A    No.

13        Q    Had you ever had any, short of

14   intercourse, any sort of sexual exploration

15   with anybody prior to that day at Starbucks

16   with Mark Waltzer?

17        A    No.

18        Q    Did you go willingly as far as you

19   thought with Mark Waltzer to his bedroom?

20        A    I didn't know what was happening.

21        Q    After he kissed you and lead you

22   to his bedroom, you didn't have an idea of what

23   was happening?

24        A    I was very confused.  I wasn't --

25   I didn't know we were going to have sex.  I

100

1                          J. Doe

2    don't think I was thinking about that.

3          Q     What did you think was happening?

4          A     I don't recall thinking much.

5          Q     Did you take your clothes off?

6          A     I did not take my clothes off.

7          Q     Did he take your clothes off?

8          A     He took my clothes off.

9          Q     At that point, did you have a

10   sense that you were maybe going to have sex

11   with him?

12         A     I don't remember what I was

13   thinking during that process.

14         Q     At that time, did you feel like

15   you were being forced to do what you were

16   doing?  Or did you feel like you were acting

17   voluntarily with him or something else?

18         A     I was very confused.  I didn't

19   know what to think.  But I didn't want to

20   disagree because he was very good to me I felt.

21   So I don't remember like pushing him away or

22   anything like that.

23         Q     Were you alarmed?

24         A     I don't know what you mean by

25   that.

101

1                          J. Doe

2          Q     Were you worried that he was

3    acting inappropriately?

4          A     I don't remember thinking very

5    much of anything at that time.  At a certain

6    point I did realize I was going to be in really

7    big trouble with my mom.

8          Q     So you recall at some point you

9    had some concerns about your mom knowing about

10   what was happening, right?

11         A     Yeah.

12         Q     Did you have any concerns yourself

13   about the religion your mom was pushing on you?

14         A     For sure.

15         Q     When you say you had intercourse,

16   did it feel like what you now know to be a

17   traditional sexual interaction?

18               MR. ASHANTI:  Objection to form.

19         Q     Do you understand?

20         A     What do you mean "a traditional"?

21         Q     You kissed each other, right?

22         A     I presume so.

23         Q     I want to know what you recall.

24         A     I'm sure we -- we kissed, but I

25   don't remember -- I don't understand what your

102

1                          J. Doe

2    question is.

3          Q     Did you kiss in bed?

4          A     I don't remember that.

5          Q     Did you caress each other?

6          A     I wouldn't say each other, no.

7          Q     Did he caress you?  Did he touch

8    intimates part of your body?

9          A     Yes, he did.

10               MR. ASHANTI:  Objection to form.

11               Can we clarify that you asked two

12         questions?

13               MR. STOLL:  Sure.

14               MR. ASHANTI:  Probably, yes, to

15         both; but it's not clear.

16               MR. STOLL:  Sure.

17         Q     Did he touch intimate parts of

18   your body?

19         A     Yes.

20         Q     Did you resist him touching

21   intimate parts of your body?

22         A     No.

23         Q     Did you feel at the time like he

24   was forcing you to engage in these activities?

25         A     I was scared.

103

1                           J. Doe

2          Q     What were you scared of?

3          A     Of what was happening.  I wasn't

4     100 percent sure of what was happening.

5          Q     Did you feel like he was forcing

6     you to do these things?

7          A     At that moment as of now, or as of

8     then?

9          Q     Then.

10         A     I don't remember thinking that he

11    was forcing me.

12         Q     Had you had any discussions with

13    him prior to then about what your age was?

14         A     Prior to this, no.  But during, I

15    believe, we talked about it.

16         Q     During what?  During your sexual

17    relationship with him?

18         A     Yes.

19         Q     Was it painful that first time you

20    had sex with him?

21         A     Yes.

22         Q     Did you sleep at his apartment

23    that night?

24         A     Yes.

25         Q     Did you talk about school with him

104

1                           J. Doe

2    that first night you stayed over at his place?

3         A    I don't think we did much talking.

4         Q    So as far as you recall?

5         A    As far as I recall.

6         Q    You didn't talk about school at

7    all?

8         A    That night, I don't think so.  I

9    don't remember.

10        Q    So did you have intercourse more

11   than once that night or that one time?

12        A    I don't remember that.

13        Q    What happened the next morning?

14        A    Felt like we were in a

15   relationship overnight.  I was there the next

16   morning.

17        Q    I'm sorry?

18        A    It felt like we were in a

19   relationship overnight.  I remember being there

20   the next morning.  But the details of like what

21   was happening and what we were talking about

22   are a little hazy.  I do remember, you know, a

23   couple things that he said the night before.

24        Q    What were those things?

25        A    He mentioned that when I rang the

105

1                          J. Doe

2    doorbell, he had his girlfriend there and he

3    had to -- like he took some time because he had

4    broken up with her and he mentioned that she

5    was a black woman.  I remember that.  I don't

6    know why that stuck with me until now.  But I

7    remember him saying that.

8         Q    Is there anything else you

9    remember him saying to you from the night

10   before?

11        A    That's all I remember.  That's all

12   that stands out.

13        Q    Had he told you he was going to

14   break up with his girlfriend?

15        A    No.

16        Q    Did Mark Waltzer in that first

17   24 hours within after you had sex, did he tell

18   you've not to disclose your relationship to

19   anybody?

20        A    I believe I stayed with him for

21   either a week or two.  I mean the minute I

22   walked in, I didn't leave for a long time.  So

23   I don't remember it was a conversation that we

24   had immediately.

25        Q    So from that first night that you

106

1                                 J. Doe

2      had sex with Mark Waltzer for at least a couple

3      weeks, you then stayed over there?

4              A    Yeah.

5              Q    Did you go out during the day?

6              A    Yeah, we went out.  We went out.

7              Q    You went out together?

8              A    Uh-hum.

9              Q    Where would you go?

10             A    We went to some places out to eat.

11     And we went to this store.  I don't remember

12     what store it was to buy some kind of stuffed

13     peppers that he liked.  He went to the gym.  I

14     remember we went out.  But I don't remember all

15     the details, no.

16             Q    And did it feel like you were in a

17     relationship with him?

18             A    I didn't know what was going on.

19     Maybe I categorized it right now as a

20     relationship.  But at that moment I didn't

21     categorize it as anything.

22             Q    At that time were you enjoying

23     yourself?

24             MR. ASHANTI:  Objection to form.

25             When are we talking?  We have to clarify

107

1                              J. Doe

2          that.  I'm sorry.

3          Q      Do you understand the question?

4                 MR. ASHANTI:  During sex?  Or the

5          course of the relationship?  When are we

6          talking?

7          Q      Do you understand the question?

8          A      No.

9          Q      During those two weeks after you

10   first had sex with Mark Waltzer, were you

11   enjoying the relationship?

12         A      I was really confused and I didn't

13   want to disappoint him.  I didn't have a lot of

14   friends, or a lot of role models in my life

15   that I could talk to.  And I didn't want to

16   disappoint him at all.  I think the word

17   "enjoyment" does not come to mind.

18         Q      Did you laugh with him at all?

19         A      I don't remember.

20         Q      Did you feel trapped at his place

21   the first couple weeks after you first had sex

22   with Mark Waltzer?

23         A      I felt strange.

24         Q      Did you feel trapped?

25         A      I can't describe something that I

108

1                            J. Doe

2    don't recall.

3            Q    Okay.

4            A    I can't say that I did or I did

5    not.  I don't remember thinking that much.  I

6    didn't know how to feel about anything.

7            Q    Did you feel free to leave and go

8    back to your mom's that first two weeks after

9    had you sex with Mark Waltzer?

10           A    No, because I felt like my mom's

11   going to see right through me and I would be

12   really be in trouble.  Now I was going to be in

13   trouble.

14           Q    Did you feel free to go back to

15   Diana if you wanted to those first few weeks

16   after you had sex with Mark Waltzer?

17           A    I kind of felt a little more

18   paralyzed.  I didn't know what to do, or what I

19   was supposed to do.

20           Q    Did you cook with Mark Waltzer

21   during those first two weeks after you had sex

22   with him?

23           A    I didn't know how too cook.  I was

24   too young for that.  But he cooked.

25           Q    Did he show you how to cook?

109

1                        J. Doe

2          A     I don't remember that.

3          Q     Did you watch shows together in

4     those two weeks?

5          A     I don't remember that.

6          Q     Did you have sex more than once

7     during those two weeks?

8          A     Yes.  Many times.

9          Q     Did you ever feel like he was

10    forcing you to have sex?

11         A     I don't remember exactly how I

12    felt at that moment.

13         Q     Did you ever feel like it was a

14    condition of you staying there that you had sex

15    with him?

16         A     Probably.

17         Q     Well, I'm asking if you recall

18    feeling that way now.

19         A     I recalled feeling the need to not

20    disappoint.

21         Q     How did you feel about your self

22    during those two weeks after you first had sex

23    with Mr. Waltzer?  Did you feel bad about

24    yourself, good, something in between?

25         A     I wouldn't describe as I felt good

110

```
 1                            J. Doe
 2    or bad.  I felt very confused and I couldn't
 3    figure out how I was feeling.
 4            Q    Did there come a time you posed
 5    for some relatively intimate pictures with
 6    Mark Waltzer?
 7            A    I didn't pose.  He wanted to take
 8    pictures.  I didn't want to take pictures.
 9            Q    Did there come a time he did take
10    relatively intimate pictures of you?
11            A    Yes.  And it was something I never
12    seen or don't have anything.  I know they
13    exist.
14            Q    Did your counselor show you
15    pictures?
16            A    No.
17            Q    You talked about pictures with
18    your counsel, right?
19            A    Yes.
20            Q    Well, you say you didn't want to
21    take the pictures, but he wanted you to take
22    the pictures, right?
23            A    Say that again.
24            Q    He wanted to take pictures of you,
25    but you didn't want him to pictures, correct?
```

111

1                          J. Doe

2          A     Correct.

3          Q     He didn't take the pictures

4    secretly, correct?

5          A     Secretly?  Since I haven't seen

6    pictures, I don't know pictures you're

7    specifically talking about.  There could have

8    been secret pictures I don't know about.  I

9    don't know.

10         Q     Do you recall during those first

11   two weeks when you stayed at Mark Waltzer's

12   apartment, him taking pictures where you were

13   looking at the camera and smiling?

14         A     I don't remember.  I don't recall

15   exactly at what period of time those pictures

16   were taken.

17         Q     Do you remember him forcing you to

18   take pictures?

19         A     I don't remember feeling like he

20   was like forcing me.  I felt it was something

21   that was uncomfortable; but that's something he

22   wanted to do.

23         Q     At the same time it felt

24   uncomfortable, at the time did you think it was

25   kind of fun, whacky, or anything like that?

112

1                              J. Doe

2          A     Part of my personality every time

3     I'm uncomfortable, I laugh.  Laughter has

4     always been like how I mask my feelings.

5          Q     So did you laugh when you were

6     taking pictures with Mark Waltzer in those two

7     weeks after you first had sex?

8          A     I don't remember the pictures that

9     you're talking about.  I don't remember how I

10    looked or felt.  I remember feeling

11    uncomfortable; but I don't remember the

12    emotions behind it.

13         Q     Were you ashamed at the time those

14    pictures were taken?

15         A     Yes.

16         Q     Were you embarrassed?

17         A     Yes.

18         Q     Did you participate at all in

19    deciding what to wear or how to pose?

20         A     No.

21         Q     Was there any discussion of what

22    would be done with those photos?

23         A     No.

24         Q     So did your relationship with

25    Mark Waltzer continue for the duration of July

113

                              J. Doe

2    2000?

3         A    I don't understand the question.

4         Q    The first time you had intercourse

5    with Mark was in July of 2000, right?  End of

6    June, maybe?

7              MR. ASHANTI:  That was a question

8         not a statement, correct?

9              MR. STOLL:  It was a question.

10             MR. ASHANTI:  That was a question.

11        Not a statement.

12             THE WITNESS:  Okay.

13             MR. ASHANTI:  Can you read it

14        back, please?

15             MR. STOLL:  Just for the record,

16        it's been a minute since I asked that

17        question; would you agree?

18             MR. ASHANTI:  About a minute,

19        yeah.

20             MR. STOLL:  Okay.

21             (Record read.)

22        A    End of June maybe, yes.

23             THE WITNESS:  Can we take a break.

24             MR. STOLL:  Yes.

25             I'm going to ask you not to

114

1                         J. Doe

2          discuss your testimony.

3                  MR. ASHANTI:  Her past testimony?

4                  MR. STOLL:  Yes.

5                  MR. ASHANTI:  That's not a rule.

6          Where is that rule?  She can discuss her

7          past testimony.

8                  (Off the record at 1:06.

9                  (Recess.)

10                 Back on the record at 1:20.)

11         Q    As best you can recall, what is

12     the date of your first sexual interaction with

13     Mark Waltzer?

14         A    The date?

15         Q    Yes.

16         A    I remember summertime.

17         Q    Of what year?

18         A    Based on what was happening around

19     that time, 2001, 2000.

20         Q    When you say "based upon what was

21     happening at that time," what were you

22     referring to?

23         A    He had been my teacher the prior

24     year, like, during the school year.  I entered

25     school in 1999, that's kind of fuzzy for me.

115

1                              J. Doe

2      He had given me a ring and I actually have a

3      picture wearing that ring.

4           Q     Have you given that picture to

5      your counsel?

6                 MR. ASHANTI:  We produced it

7           yesterday.

8           Q     That picture of you wearing that

9      ring, is that a physical picture?

10          A     It is.  I brought it with me.

11          Q     You have it with you?

12          A     I don't.  I brought it from Hawaii

13     and I gave it to Karl yesterday.

14          Q     Do you have an electronic version

15     of that picture?

16          A     No.

17          Q     Was it taken on a digital camera,

18     film camera?

19          A     I don't know.  I just found the

20     pictures.  The pictures were not about the

21     ring.

22          Q     Is there anything else other than

23     there's a picture of you from that time period

24     wearing a ring he had given you, and the fact

25     that he had been your teacher that prior year

116

1                        J. Doe

2    that makes you recall it the year 2000?

3         A    Yes, there's one more thing I

4    remember.

5         Q    What's that?

6         A    Earlier that year I had gotten

7    baptized as a Jehovah Witness and I think my

8    mom kind of wanted more from me.  And I think

9    that's part of why I was fighting with her

10   because I felt like she forced me to do so.

11   And I got baptized on February 20th of 2000.

12   The church -- you know, I have records of that.

13   Then that was part of why, like, my mom wanted

14   me to, you know, not associate with, you know

15   all these school friends and kind of wanted me

16   to take it more seriously.  So that's where I

17   was having issues with my mom.  That's why I

18   remember the timeline.

19        Q    Other than you're being baptized

20   as a Jehovah Witness, and the photo of you with

21   your ring, and the fact that Mark Waltzer had

22   been your teacher the prior year, is there

23   anything else that makes you recall that sexual

24   relationship with him occurred in 2000?

25        A    I feel really nervous and

```
 1                        J. Doe

 2    flustered right now.  Even if I remember

 3    yesterday, I don't remember now.

 4        Q    Was there something you remembered

 5    yesterday that you can't recall now?

 6        A    That's what I just said.  I can't

 7    remember a lot of details right now because I

 8    feel very emotionally drained.

 9        Q    Do you feel like you're able to

10    answer the questions right now to the best of

11    your ability?  Or do you feel like you would

12    need to break for another day to be able to

13    answer questions posed to you?

14        A    I am trying my best to answer your

15    questions.

16        Q    Okay, if there's any point at

17    which because of your emotions you feel like

18    you are not able to recall things that you

19    would be able to recall another day, let us

20    know and we'll break, okay?

21        A    Okay.

22             MR. STOLL:  Mark these as B, C, D

23    E.

24             (Thereupon, a photograph was

25             marked as Defendant Waltzer Exhibit B
```

118

1                          J. Doe

2              for identification, as of this date.)

3                   (Thereupon, a photograph was

4              marked as Defendant Waltzer Exhibit C

5              for identification, as of this date.)

6                   (Thereupon, a photograph was

7              marked as Defendant Waltzer Exhibit D

8              for identification, as of this date.)

9                   MR. STOLL:  These are black and

10             white pictures of the pictures you

11             handed yesterday.

12             Q    Handing you Waltzer B through E,

13     do you recognize as black and white copies of

14     pictures you produced to counsel?

15             A    Yes.

16             Q    Is it one of these four photos in

17     which you were wearing the ring you were

18     referring to?  I understand these are black and

19     whites; so it's not so clear in the black and

20     white copies.  But is it one of these pictures

21     you were referring to where you're wearing the

22     ring?  So it's Defendant's B.  So Defendant's

23     Exhibit B is -- excuse me.  Waltzer B or

24     Defendant's Exhibit B is a black and white copy

25     of the photo that you are saying shows you

119

1                                J. Doe

2     wearing a ring that Mark Waltzer had given you;

3     is that correct?

4             A    Yes.

5             Q    Defendant's Exhibit B you are

6     saying is a picture that was taken in the year

7     2000, right?

8             A    Correct.

9             Q    Do you know more specifically when

10    in 2000, Defendant's Exhibit B was taken?

11            A    I'm not sure.

12            Q    Do you know anything about who

13    took the picture that's in Defendant's Exhibit

14    B?

15            A    No.

16            Q    Where was the photo that's

17    Defendant's Exhibit B taken?

18            A    At my house.

19            Q    Do you know whether you were still

20    in school during that picture, or it was

21    summertime, or something else?

22            A    I don't remember.

23            Q    Is there a particular reason you

24    still have this one photo that's Defendant's

25    Exhibit B, and the three others that you

120

1                         J. Doe

2    produced for us?  Like are those just pictures

3    you like among the pictures that you had that

4    you didn't keep?  Or do you have other pictures

5    from yourself from that time period, or

6    something else?

7         A    There's some other pictures that

8    my mom had.

9         Q    Defendant's Exhibit B is a picture

10   that your mom had?

11        A    Yes.

12        Q    So you asked your mom for pictures

13   of yourself from around that time period; is

14   that correct?

15        A    Yes.

16        Q    How did you ask her?  Did you ask

17   her like not over the phone, by email, text?

18        A    I asked her if she had any

19   pictures.  I saw her and she actually had an

20   album.  And I looked at the pictures that she

21   had in that one album.  My mom travels with

22   albums in her hand.

23        Q    When did Mark Waltzer give you

24   that ring that you referred to?

25        A    When?

121

1                          J. Doe

2          Q     Yes.

3          A     I don't remember.

4          Q     Did he say anything when he gave

5     you the ring?

6          A     It was a promise ring I think that

7     -- I don't remember at what point.  Like if it

8     was days or that day.  I don't know.  When at

9     one point, he had revealed he was married.

10         Q     Did he tell you it was a promise

11    ring?

12         A     He said he was going to divorce

13    his wife eventually.  He was not happy with

14    her.  Like he never, like, loved her.  And he

15    had like -- he -- I don't remember if he used

16    the words it's a promise ring.  I don't

17    remember.  But it was a gold ring with diamonds

18    around.

19         Q     So in Defendant's Exhibit B, are

20    you wearing the ring on your pinkie?

21         A     This one right here I think is a

22    better picture.

23               MR. ASHANTI:  There's a picture of

24         the little girl, the baby.  And it's of

25         the baby, but her hand is shown.

122

1                          J. Doe

2                 MR. STOLL:   I see.

3          Q     So was it about two weeks you

4    stayed at Mark Waltzer after you first had sex?

5          A     I think.   But exact amount of

6    time, it's kind of fuzzy.

7          Q     Did you go back to your mother's

8    home after that time at Mark Waltzer's?   Or did

9    you go to your friend's house, or something

10   else?

11         A     I went to my mom's.

12         Q     Where did you tell your mom had

13   you been?

14         A     At my friend's house.

15         Q     Did you disclose to anybody the

16   summer of 2000, that had you a sexual

17   relationship with Mark Waltzer?

18         A     No.   Not that I recall.

19         Q     Did you reconcile with your mom

20   when you went back to the house after you had

21   been at Mark Waltzer's for about two weeks?   Or

22   did you pretend nothing had happened?

23         A     I think it was more like, you

24   know, you pretend nothing happened.   And I

25   think my mom was overwhelmed as a single

123

1                         J. Doe

2    parent.

3         Q    Had your sister Yasmin left home

4    under similar circumstances to you leaving

5    home?  She wasn't willing to live the way your

6    mom wanted her to live?

7         A    At that time in my life I didn't

8    ask a lot of questions.

9         Q    So you don't know?

10        A    I don't know.

11        Q    Well, have you discussed that with

12   her since then?

13        A    No, I never asked her what was

14   wrong.

15        Q    Did there come a time during the

16   summer of 2000, that you had a discussion with

17   Mark Waltzer about your age?

18        A    I believe so.  Yes.

19        Q    When was that discussion?

20        A    I don't know exactly when.  There

21   was a discussion about one of his friends

22   finding out.  He said that he had told one of

23   his friends about having a relationship with

24   someone young and his friend didn't want to be

25   his friend anymore.  And at that time we talked

124

1                          J. Doe

2    about, like, the age-related situation how it

3    was awkward.  That's my take on what happened.

4         Q    Who was that friend that he told

5    you he had told about the relationship?

6         A    I have no idea.  I believe he said

7    somebody like a male friend; but I don't

8    remember the name.

9         Q    Did you ever make a representation

10   to Mr. Waltzer about what your age was?  Did

11   you tell him how old you were?

12        A    I don't remember specifically

13   making -- say that again.

14        Q    Do you recall any conversations

15   with Mr. Waltzer about what your age was?

16        A    Is that same as the last question

17   of the misrepresentation of age?

18        Q    I don't know.  But my question now

19   is, did you ever tell him what your age was?

20        A    Okay.  So it's not attached to no

21   misrepresentation, right?

22        Q    Did you ever misrepresent your age

23   to him?

24        A    No.

25        Q    Did you ever tell him how old you

125

1                           J. Doe

2     were?

3          A     I don't remember me saying

4     specifically.  But I believe we did have a

5     conversation about age; so I must have said

6     something.

7          Q     After you returned home to your

8     mother's after that first couple weeks at

9     Mark Waltzer's, did you continue a sexual

10    relationship with Mark Waltzer?

11         A     Yes.

12         Q     How many times a week, say, for

13    the rest of July would you say you had sexual

14    intercourse with Mark Waltzer?

15         A     I do not know.

16         Q     Once a week, twice a week?

17         A     I do not know.

18         Q     20 times a week?  You're laughing.

19    It's less than 20 a week, right?

20         A     The words "I don't know," does not

21    convert if you ask again I will remember more.

22         Q     Did you continue your sexual

23    relationship with Mark Waltzer throughout

24    August of 2000?

25         A     Yeah.

126

1                          J. Doe

2          Q    How many times a week would you

3    say you had sex with him in August of 2000?

4          A    I don't remember how often we had

5    physical relations.  It's something I kind of

6    blocked.

7          Q    How often did you see him in

8    August of 2000?

9          A    If we were back at school, I

10   assume that we were because school time

11   already.  So I would kind of see him often at

12   school.

13              MR. ASHANTI:  You've been in

14              Hawaii a long time.  School starts in

15              September.  Almost always.  I think

16              always after Labor Day.

17         A    I don't remember.  Then I don't

18   remember specifically the dates or...

19         Q    Prior to returning to school in

20   fall of 2000, how many times a week would you

21   say you were seeing Mr. Waltzer?

22         A    Pretty frequently.  I can't give a

23   number.  School in Hawaii starts August 3rd.

24         Q    Would you say for the rest of the

25   summer of 2000, you saw Mark Waltzer more than

127

1                             J. Doe

2    once a week?

3          A    I don't remember how often I saw

4    him.

5          Q    Did you have sex with him every

6    time you saw him during the summer of 2000?

7          A    I believe so.

8          Q    How would you meet up with him?

9    Would he call you?  Would you call him?  Would

10   you just show up at his place?  Something else?

11         A    I came to his place and he picked

12   me up; but I don't remember all of it.

13         Q    Is it fair to say it varied how

14   you would meet him?

15         A    Right.

16         Q    Did you feel like he ever forced

17   you to have sex with him back then?  Were you

18   feeling it back then?

19         A    I felt I started to feel affection

20   for him; but I wasn't sure what I was feeling.

21         Q    When he picked you up, where would

22   he pick you up from; do you recall?

23         A    I don't remember.  When I say he

24   picked me, that event I only remember the time

25   he didn't come personally.  He sent Yasmin's

128

1                              J. Doe

2    boyfriend to get us.  But I don't remember him

3    like coming to my house to pick me up or

4    anything like that.  I don't remember that.

5    Whether it happened or not, it's fuzzy.

6         Q    You said you thought you were

7    starting to feel affection for him in the

8    summer of 2000, right?

9         A    Yes.

10        Q    In 2000, did you think you were in

11   love with him?

12        A    I think I didn't know how I was

13   feeling.  I felt like it was uncomfortable; but

14   I don't remember having like a miserable

15   feeling.  I didn't feel like hating him because

16   of it.  I did went there.  I think that I felt

17   like he cared for me and I wanted to spend time

18   with him.  But I'm not 100 percent sure of the

19   actual feeling when I look back.

20        Q    Did he tell you he was going to

21   marry you in the summer of 2000, did he tell

22   you he was going to marry you?

23        A    He said he couldn't marry me

24   because he was already married; but he was

25   going to divorce his wife and that's why he

129

1                         J. Doe

2    gave me a ring.

3         Q    So did you believe that ring meant

4    once he divorced his wife, he was going to

5    marry you?

6         A    I don't think I was thinking about

7    marrying him at all.  It wasn't like that.  So

8    I wasn't sure.  I just took it for face value.

9         Q    So you didn't necessarily want to

10   marry Mark Waltzer in the summer of 2000,

11   right?

12        A    No.

13        Q    There came a time you learned you

14   were pregnant in the summer of 2000?

15        A    I'm not 100 percent sure if I

16   found out about the pregnancy in 2000 or 2001.

17        Q    Between the summer of 2000 and

18   January of 2001, did you have any other

19   partners other than any other sexual partners

20   other than Mark Waltzer?

21        A    No.

22        Q    So what makes you think it might

23   have been in 2001 that you became pregnant?

24        A    I am not 100 percent sure when

25   exactly.  I think that a lot of those details

130

                              J. Doe

1

2    are kind of frozen.  I feel like we did so many

3    things together, I'm not 100 percent sure how

4    long it all lasted.

5         Q    For how long did your sexual

6    relationship with Mark Waltzer last?

7              MR. ASHANTI:  From the first time

8         to the last time ever?

9              MR. STOLL:  Well, no.  Thank you

10        for that.

11        Q    Did you have an abortion at some

12   point?

13        A    Yes.

14        Q    From the first time you had sex

15   with Mark Waltzer to the time you had an

16   abortion, how long was that time period?

17        A    I do not recall.  I cannot

18   pinpoint the amount of time that went by.

19        Q    But the year you returned to

20   Francis Lewis High School for your second year

21   at Francis Lewis High School, you started

22   trying to disclose your sexual relationship

23   with Mark Waltzer to another teacher, right?

24        A    Yes.

25        Q    That was Doug Meiners, right?

131

1                              J. Doe

2           A     Yes.

3           Q     So when was it that you tried to

4    disclose the relationship to Doug Meiners?

5           A     The date?  Or when it happened?

6           Q     The best you can pinpoint it down.

7           A     I don't have a specific date.  But

8    I remember Mr. Meiners wanted to go to the park

9    one time and he came to my classroom with

10   another gym teacher; but it was a younger gym

11   teacher that was just starting.  And we went to

12   the park.  I don't understand why we were going

13   to the park, but he wanted to go to the park.

14   And when we came back from the park, Mark

15   happened to be the one that saw us coming in.

16          Q     Was that around the time when you

17   told Doug Meiners about your relationship with

18   Mark Waltzer?

19          A     Doug seemed to be in trouble

20   because of the incident.  And Mark was upset

21   that he told me that, you know, I can't go out

22   of school premises with teachers.  And Douglas

23   was panicking and he was -- and at that time I

24   don't know how the topic came up, but I

25   mentioned to Doug that I was going to talk to

132

1                          J. Doe

2     Mark about it.  And he thought it was kind of

3     strange why would I want to talk to Mark about

4     the incident.  And I disclosed to Douglas what

5     was happening with me and Mark.

6          Q    When in your second year of high

7     school was that?  Was that in the fall?  Was

8     that the spring?  Was it the winter?

9          A    I think it was in the spring and

10    that's why we went to feed the ducks.

11         Q    In the spring of what year?

12         A    2001.

13         Q    At the time that happened with

14    Doug Meiners, had you already had your

15    abortion?

16         A    I don't remember that.

17         Q    You don't remember that?

18         A    No.

19         Q    After you had an abortion, did you

20    and Mark Waltzer stop having sexual intercourse

21    for a number of years?

22         A    No, we were still having sex

23    after.

24         Q    When was the first time after you

25    had the abortion that you first started having

133

1                        J. Doe

2    sex with Mark Waltzer?  Like how many weeks or

3    months after the abortion?

4          A    I don't remember that.

5          Q    Was it more than a week?

6          A    I don't remember.

7          Q    Was it more than a month?

8          A    I don't feel comfortable putting a

9    time stamp on that.

10         Q    Was it more than six months?

11         A    I don't think so.

12         Q    So did you feel like after the

13   abortion that Mark terminated his relationship

14   with you?

15         A    Mark terminated the relationship

16   with me?

17         Q    Yes.

18         A    Mark never terminated the

19   relationship with me.

20         Q    So after your abortion, you didn't

21   feel like he abruptly terminated your seemingly

22   romantic relationship?

23         A    It was after.  But I don't

24   remember it.  Like when I say after, I mean,

25   like, that had occurred first.  And then after

134

1                          J. Doe

2    that fact, you know.  But I don't remember,

3    like, if it was a week, two weeks.

4          Q    So Mark did or did not terminate

5    his --

6          A    He didn't terminate anything.

7          Q    Let me back up a little.  When you

8    learned you had become pregnant, again you

9    don't know when that was, right?  You don't

10   know if that was the year 2000 or 2001,

11   correct?

12         A    Correct.

13         Q    Is it possible it was 2002?

14         A    No.

15         Q    So you know it was either in 2000

16   or 2001 you had an abortion, right?

17         A    Yes.

18         Q    Had you told Mark Waltzer that you

19   were pregnant?

20         A    He was the one who went to get the

21   pregnancy test and had me do the pregnancy test

22   at his house.

23         Q    What prompted that?

24         A    I guess I wasn't feeling well.  I

25   didn't even know.

135

1                           J. Doe

2          Q     So the pregnancy test was

3     positive, right?

4          A     Right.

5          Q     Did you have a discussion with him

6     what to do about it?

7          A     He talked about how he already had

8     two kids.  And I had already met them.  And he

9     couldn't have two households.  To me when he

10    was talking about the matter, I felt like I was

11    going to be on my own.  And I was really

12    scared.  I was scared before about how things.

13    This, I was extremely scared.  And for the

14    first time I came to the knowledge of abortion

15    even being an option.

16         Q     Before that you didn't know that

17    abortion was a thing that existed?

18         A     Didn't exist in my household.

19         Q     But had you ever heard that?

20         A     Yeah, I've heard of it like on TV

21    and stuff.  But I wasn't very knowledgeable.

22         Q     And then did you and Mark have a

23    discussion about whether you should have an

24    abortion?

25         A     Yes, we did.

136

1                          J. Doe

2          Q      How did that conversation go?

3          A      He was talking about his kids.

4     His family.  Economically, how that was going

5     to affect him.  He couldn't have two families.

6     I didn't know what he was saying.  Somehow we

7     came to the conclusion, and I felt like I

8     didn't really have many options.  I didn't want

9     my mom to find out; but I thought she should.

10    But I didn't know what to do.  And he made all

11    the arrangements and we went to get it done.

12         Q      Did he talk to you at all about

13    what having a child would mean for your life?

14         A      What?

15         Q      Did he talk to you at all about

16    what having a child would mean for your life as

17    opposed to his life?

18         A      No.  He just talked about the

19    financial aspect of it for him.  That was not

20    something that he could do.

21         Q      Would you say that your sexual

22    relationship with Mr. Waltzer before you were

23    17, would you say it lasted for several months?

24         A      When I first talked to my

25    attorneys and lot of times it felt like it was

137

1                              J. Doe

2    just a couple of months.  The more I talked to

3    -- oh, can you repeat the question?

4              MR. STOLL:  Read it back.

5              (Record read.)

6         A    I think it was longer.

7              MR. STOLL:  I'm not sure it's

8         appropriate for counsel to be whispering

9         to the witness.

10             MR. ASHANTI:  There's no pending

11        question.  You want to know what I said?

12        I said don't reveal anything we said to

13        each other in confidence.  Because she

14        mentioned conversations that we had.

15             MR. STOLL:  Okay.

16        Q    So you're aware that the second

17   amended complaint and the complaint, and the

18   amended complaint all say more than once that

19   your relationship with Mark Waltzer lasted over

20   -- what the complaint calls the repeated

21   statutory rape of you lasted over the course of

22   several months; you're aware of that right?

23        A    Uh-hum.

24        Q    Yes?

25        A    Yes.

138

                        J. Doe

1

2        Q    You've read that in the first

3    amended complaint, second amended complaint and

4    original complaint, right?

5        A    Yes.

6             MR. ASHANTI:  "Several" is a vague

7             term.

8             MR. STOLL:  Can you please not

9             interject your own opinion?

10            MR. ASHANTI:  You are not going to

11            badger my witness.

12            MR. STOLL:  Can you identify for

13            me what I've said that's badgering?

14            Would you do that for me on the record,

15            please, since you are saying I'm

16            badgering the witness?

17            MR. ASHANTI:  All repeated

18            questions about this, yeah.

19            MR. STOLL:  About what?

20            MR. ASHANTI:  Look, it's more than

21            what would be read in the transcript.

22            It's the tone and manner and everything

23            else, okay?

24            MR. STOLL:  Is there anybody else

25            in the room that thinks there was

139

1                         J. Doe

2            something inappropriate about my tone?

3                  MR. ASHANTI:   I'm not going to

4            allow you to get to that point.   You can

5            continue to waste time or ask questions.

6            Go ahead.

7            Q    So you read each complaint, the

8     complaint, the amended complaint and the second

9     amended complaint before they were filed,

10    right?

11           A    Yes.

12           Q    You approved them being filed,

13    correct?

14           A    Yes.

15           Q    And at the time each of those was

16    filed, you believed it was accurate that your

17    sexual relationship with Mark Waltzer had

18    lasted over the course of what the complaints

19    called the repeated statutory rape of you by

20    Mark Waltzer lasted over the course of several

21    months, correct?

22           A    At that moment, yes.

23           Q    And since then you've come to

24    believe that it actually lasted over a longer

25    period of time; is that fair to say?

140

1                              J. Doe

2          A     The two more discoveries with my

3    therapist, I'm able to remember more.

4          Q     So what in therapy did you

5    remember about your relationship that you

6    hadn't remembered by the time the second

7    amended complaint was filed?

8          A     The trip to Atlantic City.  We

9    just did so many different things, you know.

10   The abortion.  The trip.  Restaurants.  We did

11   so many different things, I had a hard time

12   placing a timeline on those specific things.

13         Q     The trip to Atlantic City, did

14   that happen during the summer?

15         A     I'm not 100 percent.  I can't

16   place that.

17         Q     Is it possible the trip to

18   Atlantic City occurred in the summer of 2000?

19         A     It is possible, but I'm not 100

20   percent sure.

21         Q     Is it possible that the abortion

22   took place at the end of the summer of 2000?

23         A     End of the summer you said?

24         Q     Yes.

25         A     I don't recall.

141

1                              J. Doe

2          Q    Is it possible that the abortion

3    took place at the end of the summer of 2001?

4          A    I can't recall that.  I can't

5    place it.

6          Q    So what else came up in therapy

7    for you that made you realize that your sexual

8    relationship with Mark Waltzer before you were

9    17 went on for longer than several months?

10         A    The fact that we went back to

11   school and me having Douglas as a teacher in

12   January of 2001.  And when he was my -- Doug

13   was teacher, that's when the whole thing at

14   school happened.  Like when I told him I was

15   still in a relationship with Mark.  So in

16   January of 2001 we were still in a

17   relationship.

18         Q    In the second amended complaint

19   you sued Douglas Meiners, right?

20         A    Right.

21         Q    So when you filed the second

22   amended complaint, you recall the interactions

23   with Douglas Meiners, right?

24         A    The interactions, but not specific

25   dates.

142

1                           J. Doe

2          Q    Do you have a specific

3     recollection that your sexual interactions with

4     Mark Waltzer occurred during the school year?

5          A    Say that again.

6          Q    Do you have a specific

7     recollection that any of your sexual

8     interactions with Mark Waltzer occurred during

9     a school year while you were a student at

10    Francis Lewis?

11         A    I remember when we -- that

12    Christmas that we went out and my sister and

13    her boyfriend stayed at Mark's.  We had sex

14    that night.  And that if it was Christmas, it

15    had to be December 25th.  And in any calendar

16    that was a school year, that was a school time.

17         Q    Was it Christmas or was it New

18    Year's Eve?

19         A    I don't remember.  Somewhere

20    around either Christmas or New Year's Eve.  It

21    was New Year's Eve.  But we had, I believe,

22    exchanged some gifts for Christmas.  But I

23    think that party we went was like a New Year's

24    Eve party.

25         Q    When you went to this New Year's

143

1                              J. Doe

2    Eve party with Mark Waltzer and your sister,

3    she was no longer a student at Francis Lewis

4    High School, right?

5           A    I do not recall that.

6           Q    Have you seen your sister's

7    affidavit?

8           A    No.

9           Q    So do you recall as we speak

10   whether your sister was still a student at

11   Francis Lewis the time you went out for New

12   Year's Eve with Mark Waltzer and your sister?

13          A    I don't remember.

14          Q    While you were seeing a therapist,

15   her name was Nguyen, N-G-U-Y-E-N, right?

16          A    Yes.

17          Q    Do you still see her?

18          A    No.

19          Q    Why not?

20          A    It's kind of expensive because

21   it's out-of-pocket.

22          Q    Did you tell Ms. Nguyen that you

23   didn't remember having gone out for New Year's

24   Eve with Mark Waltzer and your sister?

25          A    I didn't remember that we went

144

1                          J. Doe

2    out, yes.  I didn't remember what we did or

3    what was the reason we went out that night.

4    But I remember them clearly staying at Mark's

5    house and everything that happened when we came

6    back to the house.

7          Q    When is the first time you

8    remember that?

9          A    I never forgot that.

10         Q    So is it that you used to think

11   that happened during the summer, but then you

12   remembered that it happened on New Year's Eve

13   or something else?

14         A    No, I remember it was at the end

15   of the year and we went out for New Year's Eve,

16   but I don't remember where we went.  The only

17   detail that I do not remember is where we went

18   that night.

19         Q    So that time the complaints were

20   filed, you remember that you had gone out for

21   New Year's Eve with Mark Waltzer and your

22   sister; is that accurate?

23         A    Yes.

24         Q    So when you discussed having an

25   abortion with Mark Waltzer, did he pressure you

145

1                         J. Doe

2      to have an abortion?

3           A    I didn't feel like he was

4      pressuring me.  I felt like what he said kind

5      of had a weight on the matter.  And at that

6      time I felt that he knew better than me.  What

7      it was better to do.

8           Q    Even back then that was probably a

9      hard decision, right?

10          A    I suppose.

11          Q    You were afraid of your mother

12     finding out that you had a sexual relationship

13     with somebody, right?

14          A    It was a feeling.

15          Q    So would you say you played a role

16     in making a decision to have an abortion?

17          A    At that time or now?

18          Q    Would you say at the time you felt

19     you were playing a role in making a decision to

20     have an abortion?

21               MR. ASHANTI:  Objection to the

22          form.

23               Do you understand the question?

24               THE WITNESS:  No, not 100 percent.

25          Q    At the time the decision was made

146

1                              J. Doe

2      that you would have an abortion, did you play a

3      role in that decision-making then?

4           A     I felt like I was making that

5      choice, yes.

6           Q     And as you look back at it from

7      today, do you think that was the right choice

8      for you?

9           A     No.  I don't feel like I made that

10     choice.  I have a daughter the same age and I

11     don't feel that she's in any position to make

12     that choice.

13          Q     But do you feel now that the

14     choice that was made for you to have an

15     abortion back then was the right choice?

16          A     No.  I said no.

17          Q     So when you refer to you having an

18     a daughter, you are saying that if your

19     daughter were in the same circumstance you were

20     in, you would want her to have that child?

21          A     Correct.

22          Q     Where did you get the abortion?

23          A     I can't remember the place.  But I

24     remember that it was somewhere in Forest Hills.

25     Maybe he wants to tell us.

147

1                          J. Doe

2          Q     How did you get there?

3          A     He took me.

4          Q     Did he go in with you?  When you

5     say "he," you mean Mark Waltzer?

6          A     Mark Waltzer.

7          Q     Did he go inside with you?

8          A     He came -- he filled out all the

9     paperwork.  He paid for it and he was there.

10    And I don't remember him being in the room with

11    me.  I remember him waiting in the waiting

12    room.

13         Q     Did you and Mark Waltzer have any

14    discussion about what you would say to people

15    at the clinic about your relationship?

16         A     No.  No discussion.

17         Q     Do you have any recollection of

18    what you said to them at the clinic?

19         A     I don't remember saying anything

20    to them.

21         Q     Did you have to show any ID to get

22    the procedure?

23         A     I don't believe so.  I didn't even

24    have an ID.  Or maybe the fake ID that we

25    produced.  Maybe that one.  I don't know.

148

1                    J. Doe

2              MR. STOLL:  I don't have a fake ID

3         that was produced.  Was there a fake ID?

4              MR. ASHANTI:  The word "produced"

5         can be in discovery or at the time at

6         the clinic.  Producing to the clinic.

7         Q    Is that what you meant?

8         A    Yes.

9         Q    When did you get a fake ID?

10        A    At some point we went to get a

11   fake ID, but I don't remember exactly when.

12        Q    By "we"?

13        A    Mark and I.

14        Q    Do you know where you went to get

15   a fake ID?

16        A    Manhattan, but I don't know where

17   exactly.

18        Q    And you don't know when?

19        A    No.  So I don't know what ID was

20   given at that place.  It could have been that,

21   or I don't know.

22        Q    What was the name on the fake ID

23   you got?

24        A    I don't remember.

25        Q    When is the last time you saw that

149

1                         J. Doe

2    ID?

3         A    Maybe around that time.

4         Q    Were there any complications

5    during the abortion?

6         A    No.

7         Q    As far as you know, the procedure

8    went smoothly?

9         A    As far as I know.

10         Q    Would you say now that Mark

11   Waltzer coerced you into getting an abortion?

12         A    Yes.

13         Q    Of what he did do you think

14   constituted coercing you?

15         A    From right now?  Like the way I

16   look at it right now?

17         Q    Yes, please.

18         A    He didn't allow me to take the

19   matters to my family.  If I would have talked

20   to my mother.  If I would've had a little bit

21   more time.  I felt pressure like I needed to

22   make the decision now.  I'm a child and I did

23   not know.  I'm 15 and I didn't know what to do.

24   And I'm scared.  I needed counsel from my

25   family.  Not from the man that made me pregnant

150

1                           J. Doe

2     to make a choice right there and then.  And

3     given the outlook of, "this is what's going to

4     happen.  Life is not going to be great.  I

5     can't help you."  And I'm thinking, you know,

6     I'm in it all by myself.  What am I going to

7     do?  And feeling that way, I felt like he put a

8     picture of where it was not a good thing for

9     me, and that was my only option.  And I took

10    the option that was presented without giving

11    the opportunity to even think about it or talk

12    to my family about it.  Especially my mother.

13         Q    From the time that you took the

14    pregnancy test, how much time --

15         A    Couple days.

16         Q    So it was a couple days between

17    the time you took the pregnancy test to when

18    you had the abortion?

19         A    I feel like it was about maybe the

20    next day.

21         Q    Did you see your family between

22    when you took the pregnancy test and when you

23    went for the abortion?

24         A    No.

25         Q    So when you said a couple days,

151

                                    J. Doe

1      what did you mean by "a couple days"?

2           A    Felt like -- I mean, I think we

3      went after the pregnancy termination, we went

4      to his house.  I wasn't feeling good.  He gave

5      me some medicine and I rested at his house.

6      And I don't remember, like, if I went home that

7      night or I didn't.  I don't remember.

8           Q    Did he tell you that you couldn't

9      talk to your family or shouldn't talk to your

10     family about the decision before you made the

11     decision to have the abortion?

12          A    I don't recall those specific

13     words.

14          Q    Do you recall anything to that

15     effect?

16          A    I recall it being something that

17     took place very fast.

18          Q    Do you recall Mark Waltzer saying

19     anything to discourage you from talking to your

20     family about the abortion before you had the

21     abortion?

22          A    I don't remember right now.

23          Q    So when you went back to school in

24     the fall of 2000, did you see Mark Waltzer in

152

1                           J. Doe

2     school?

3          A     Yeah, I did.

4          Q     Was there any verbal

5     acknowledgment between you two of your

6     relationship when you were in school?

7          A     Verbal, no, I don't think so.

8          Q     Did your relationship with

9     Mark Waltzer interfere at all with your

10    education in the fall of 2000?

11         A     I think so.

12         Q     In what way?

13         A     It was a lot of things that were

14    happening.  So not just with Mark.  With other

15    teachers.  I felt I was really overwhelmed.

16         Q     Was there anything with Mark that

17    was affecting your education in fall of 2000?

18               MR. ASHANTI:  Objection to form.

19         A     Just something I knew wasn't

20    right.  Especially on my position with my

21    religion with my mom, with my family.  It made

22    me disturbed.  I was starting to have a hard

23    time attending to classes and just being at

24    school.

25         Q     Was there anything Mark did during

153

1                          J. Doe

2    school hours at school or said that affected

3    your education that you are aware of?

4         A    At what point?

5         Q    During fall to spring of 2000,

6    2001.

7         A    Having sex with me kind of

8    disrupted my education.

9         Q    The question's about in school.

10   Was there anything he said to you or did while

11   you were in school at any point that you feel

12   affected your education in a negative way?

13        A    One specific word he said that

14   affected my education?

15        Q    Anything?

16        A    I can't think of it like that

17   right now.

18        Q    When you would see him in school

19   starting in the fall of 2000 and going forward,

20   did you two just carry on as if nothing had

21   happened between you?  Or did you act

22   differently toward each other?

23        A    We were different.

24        Q    In what way?

25        A    I felt more freedom to touch him

154

1                              J. Doe

2    as he did too; but not excessively.  I would

3    touch his back and he would touch me kind of

4    passing on my waist.  Or it was more personal.

5    But we never had any sex or anything like that

6    at school.

7         Q    What about during the 2001, 2002

8    school year, did you see him at all in school

9    from 2001 to 2002?

10        A    Yes, 2001.  I can't recall right

11   now the specific interaction.

12        Q    Is it too hard for you to remember

13   right now because of how you're feeling?

14        A    Yes.

15        Q    Do you want to take a break?  I

16   think we should break for the day.  It's 2:30,

17   and if it's hard for you to answer questions at

18   this point, maybe it's a good time to break

19   since we're going to break soon anyway and

20   reconvene tomorrow.

21             MR. ASHANTI:  There's an agreement

22             between counsel to break for the day

23             right now.

24             THE REPORTER: Ms. Dainow, do you

25             want a copy of the transcript?

155

1                        J. Doe

2              MS. DAINOW: Yes.

3              (Time noted: 2:34 p.m.)

156

1

2            A C K N O W L E D G E M E N T

3

4    STATE OF NEW YORK)

5                      : ss

6    COUNTY OF        )

7

8            I, JANE DOE, hereby certify that I

9    have read the transcript of my testimony taken

10   under oath in my deposition of July 27, 2023;

11   that the transcript is a true, complete and

12   correct record of my testimony; and that the

13   answers on the record as given by me are true

14   and correct.

15

16           _____
                         JANE DOE
17

18

19

20   Signed and subscribed to

21   before me, this _____ day

22   of _____, 2023.

23

24   _____

25   Notary Public, State of New York

157

1

2                          I N D E X

3

4    WITNESS                                        PAGE

5    JANE DOE

6          EXAMINATION BY:

7          MR. STOLL                                4

8

9                      E X H I B I T S

10   DEFENDANT'S        DESCRIPTION                 PAGE

11   Exhibit A         Second amended              61
                       complaint
12
     Exhibit B         Photograph                  118
13
     Exhibit C         Photograph                  118
14
     Exhibit D         Photograph                  118
15
     Exhibit E         Photograph                  118
16

17

18

19

20

21

22

23

24

25

158

1

2                    C E R T I F I C A T E

3

4    STATE OF NEW YORK    )
                          ) ss:
5    COUNTY OF BRONX      )

6

7         I, KAREN VIGGIANO, a Shorthand

8    Reporter and Notary Public within and for

9    the State of New York, do hereby certify:

10        That JANE DOE, the witness whose

11   examination is hereinbefore set forth, was duly

12   sworn by me and that this transcript of such

13   examination is a true record of the testimony

14   given by such witness.

15        I further certify that I am not related

16   to any of the parties to this action by blood

17   or marriage and that I am in no way interested

18   in the outcome of this matter.

19

20   IN WITNESS WHEREOF, I have hereunto set my hand

21   this 21st day of August, 2023.

22

23                    *Karen S. Viggiano*

24        _____

25                    KAREN VIGGIANO

**A**

**a.m** 1:11
**ability** 81:12,16 117:11
**able** 72:9 84:11 90:15 117:9,12,18
  117:19 140:3
**abortion** 130:11,16 132:15,19,25
  133:3,13,20 134:16 135:14,17,24
  140:10,21 141:2 144:25 145:2,16
  145:20 146:2,15,22 149:5,11
  150:18,23 151:12,21,22
**abruptly** 133:21
**academically** 27:24
**accepted** 32:14 33:7 97:18
**accosted** 47:18
**accurate** 95:2 139:16 144:22
**acknowledgment** 152:5
**act** 153:21
**acting** 100:16 101:3
**action** 17:21 61:9,16 158:16
**actions** 68:7
**active** 31:19,22
**activities** 102:24
**actual** 40:24 82:21 128:19
**address** 4:13 7:14 78:21,24 79:11
  79:15 82:6 92:4,8 93:12
**addresses** 92:13,14
**administer** 3:11
**adopted** 9:8,9,10
**adult** 10:12 37:3
**advance** 49:4
**advice** 74:19,21
**affect** 136:5
**affection** 127:19 128:7
**affidavit** 22:7,10,14 26:12 143:7
**affiliations** 32:24
**afraid** 45:22 145:11
**afternoon** 93:3
**age** 28:3,7,12,19,23,24 82:25
  103:13 123:17 124:10,15,17,19
  124:22 125:5 146:10
**age-related** 124:2
**agree** 83:14 113:17
**AGREED** 3:4,14
**agreement** 154:21
**ahead** 27:9,12,20,21,23 28:2 139:6
**alarmed** 95:23 100:23
**album** 120:20,21
**albums** 120:22
**allegations** 19:19
**alleged** 19:15
**allow** 139:4 149:18
**allowed** 50:16,22
**amended** 17:21,22 19:16 46:21
  60:7,12 61:2,8,15,19 82:8 137:17
  137:18 138:3,3 139:8,9 140:7
  141:18,22 157:11
**amount** 65:17 66:6,21 122:5
  130:18

**Andrew** 2:17 4:16
**angry** 84:19 85:2
**answer** 8:25 17:19 24:22 29:12
  44:23 60:22 62:5 63:7 64:18 71:8
  71:11,15 72:5,10,10,14 85:14
  90:25 94:11 95:12 117:10,13,14
  154:17
**answers** 156:13
**anybody** 9:20 10:8 22:2 30:25 31:6
  31:9,12 35:23 38:19,21 92:14
  98:15 99:11,15 105:19 122:15
  138:24
**anybody's** 57:19
**anymore** 14:19 85:13 87:16,17
  123:25
**anyway** 154:19
**apartment** 93:10,19 94:7,19 98:15
  98:18,25 99:3 103:22 111:12
**apologize** 76:2
**app** 15:15
**Apparently** 47:6
**appear** 58:8
**appeared** 58:16
**appears** 12:14
**approach** 65:10,11
**approached** 47:4 65:12
**appropriate** 137:8
**approved** 85:24 139:12
**Approximately** 10:19 53:7
**argument** 82:10 84:10
**arguments** 83:16,18 84:7
**arrangements** 136:11
**ashamed** 112:13
**Ashanti** 2:6 14:22 19:6 22:23 24:21
  29:7 40:6,9 44:20 52:10 53:22
  57:14 58:21 59:4,6,9,14,16 60:16
  60:18 61:10 62:5,17,24 63:5
  64:12,19,20 70:3,8,20 71:10,20
  71:22,24 72:11 75:19,25 95:11
  101:18 102:10,14 106:24 107:4
  113:7,10,13,18 114:3,5 115:6
  121:23 126:13 130:7 137:10
  138:6,10,17,20 139:3 145:21
  148:4 152:18 154:21
**Ashanti's** 70:18
**aside** 70:4,8 72:2
**asked** 37:16 38:17,23 59:10,16
  68:17 74:20 102:11 113:16
  120:12,18 123:13
**asking** 18:20 25:24,25 59:7,11
  68:10 70:10 84:2 92:7,10 109:17
**aspect** 136:19
**assigned** 74:7
**assignment** 53:11
**associate** 116:14
**assume** 92:8,12 126:10
**assumes** 62:18
**assuming** 62:19

**assumption** 62:25 92:13
**Atlantic** 140:8,13,18
**attached** 124:20
**attempt** 48:25
**attempted** 16:14,17
**attend** 31:25
**attended** 31:16
**attending** 58:2 152:23
**attention** 58:19 61:18 64:23 65:3
  65:17 66:13
**attorneys** 1:15 2:4,9,15 3:5 136:25
**audio** 16:8,11,15,18
**August** 125:24 126:3,8,23 158:21
**aunt** 6:5,12,15 9:11 10:10 18:12
  19:5,12 29:25 85:4,12 90:17
**aunt's** 9:23 10:7
**authorized** 3:10
**avoid** 48:23
**aware** 47:23 48:2,13 57:11 58:16
  58:20 137:16,22 153:3
**awkward** 124:3

**B**

**B** 117:22,25 118:12,22,23,23,24
  119:5,10,14,17,25 120:9 121:19
  157:9,12
**baby** 121:24,25
**back** 8:19 17:3 29:10 44:14,16 45:6
  52:21,24 53:4,8 63:10 64:13,15
  65:3 71:5 72:6,7,9 73:14 79:7
  83:17 98:22 108:8,14 113:14
  114:10 122:7,20 126:9 127:17,18
  128:19 131:14 134:7 137:4
  141:10 144:6 145:8 146:6,15
  152:14 154:3
**backpack** 42:19 44:6
**backup** 17:7
**bad** 89:17 109:23 110:2
**badger** 138:11
**badgering** 60:20 138:13,16
**bag** 68:11,17 79:13
**baptized** 116:7,11,19
**based** 114:18,20
**basically** 47:18 85:8,10
**beat** 51:2
**bed** 86:4 102:3
**bedroom** 98:20 99:19,22
**beds** 86:5
**beginning** 38:11
**behalf** 18:2
**believe** 17:24 38:4 39:18 49:9 54:2
  55:18,25 65:2 72:21 73:18 75:20
  76:14 77:3,15 78:2,12 84:21
  85:18,20 96:6 103:15 105:20
  123:18 124:6 125:4 127:7 129:3
  139:24 142:21 147:23
**believed** 139:16
**BELLINA** 2:14

**best** 94:22 114:11 117:10,14 131:6
**better** 45:12 97:2,4 121:22 145:6,7
**big** 31:15 48:19,21 78:15 101:7
**bigger** 46:17,19
**birth** 5:7 10:15,16 12:15 13:19
  27:3,15
**bit** 27:16 69:13 70:25 149:20
**black** 105:5 118:9,13,18,19,24
**block** 50:12 93:25
**blocked** 126:6
**blocks** 93:25 94:2
**blood** 89:17 158:16
**body** 37:8,10 102:8,18,21
**born** 5:9,10
**boy** 99:8,10
**boyfriend** 47:12 90:2 128:2 142:13
**boyfriend's** 47:6
**bra** 51:13
**break** 5:2,3 44:22 45:3 73:10
  105:14 113:23 117:12,20 154:15
  154:16,18,19,22
**bringing** 16:2,5
**Brissa** 8:4,8 9:19 10:9,24 11:3,15
  30:9 88:18
**Brissa's** 8:5,14
**broken** 105:4
**BRONX** 158:5
**Brooklyn** 2:16
**brother** 8:4 9:7,16 11:15 49:23
  50:2,2
**brought** 115:10,12
**bruised** 51:25
**built** 81:23
**bunk** 86:5
**business** 79:7
**busy** 95:16,20
**buy** 106:12
**buzzed** 94:8,23
**buzzer** 94:11,17,23
**bye** 95:10 97:15

---
**C**
---

**C** 2:2 117:22 118:4 156:2 157:13
  158:2,2
**Cacho** 8:18,19 19:23 30:4
**Cadman** 2:16
**calendar** 142:15
**call** 30:25 31:2,3 66:24 87:3,7
  91:14 94:13 127:9,9
**called** 49:25 50:9 66:25 87:2 90:21
  91:3,4,22 139:19
**calling** 49:23 91:17
**calls** 137:20
**camera** 111:13 115:17,18
**car** 36:21 37:7 38:19 39:4,7,12,20
  39:25 41:12 42:3 47:6
**card** 79:7
**care** 95:19

**cared** 128:17
**cares** 72:3
**caress** 102:5,7
**caring** 63:12,14,18,20,23
**carried** 45:23
**carry** 153:20
**case** 18:2,9,14,17,18,19,21,25
  19:11,16,23 20:9,13,16,20,23
  21:15,21,24,25 22:3,7,17,20 23:3
  23:22 24:3 25:7 26:9,12,16 43:6
  43:17 60:8,13 76:14
**casting** 70:4,8 71:25
**casual** 69:13
**catch** 91:10
**catching** 96:15
**categorize** 106:21
**categorized** 106:19
**caused** 84:15
**cell** 40:25 41:4 89:12
**certain** 46:14 73:18,20 101:5
**certainly** 46:19
**certificate** 12:15 13:19
**certification** 3:7
**certify** 156:8 158:9,15
**chair** 42:18
**chance** 43:17
**changed** 46:10
**characterize** 70:22 95:24
**Chavez** 20:6,10
**child** 136:13,16 146:20 149:22
**children** 9:23 80:19,25
**chipping** 46:20
**choice** 146:5,7,10,12,14,15 150:2
**Christmas** 142:12,14,17,20,22
**church** 1:16 2:10 31:2,3,6,23 33:13
  33:14 38:4,4 83:15 116:12
**circumstance** 146:19
**circumstances** 123:4
**City** 1:6 2:9,10 28:4,5 140:8,13,18
**clarification** 75:24
**clarified** 75:21 76:2
**clarify** 102:11 106:25
**class** 57:3 58:3 66:12 68:11,23
  69:18,20 85:17
**classes** 152:23
**classroom** 65:6 67:2,5 68:18,20
  131:9
**clear** 102:15 118:19
**clearly** 144:4
**client** 59:10 60:20 81:6
**clinic** 147:15,18 148:6,6
**close** 7:19 30:24 31:5 79:22 93:12
  93:13,14,15,19
**closest** 20:2
**clothes** 100:5,6,7,8
**club** 25:10,19 26:5
**coerced** 149:11
**coercing** 149:14

**coffee** 96:10
**Columbus** 7:13
**come** 5:11 6:6 9:12 11:24 34:23
  40:14,22 41:10 45:15 50:5,13
  77:4 78:19 96:5 98:7 107:17
  110:4,9 123:15 127:25 139:23
**comfortable** 87:4 133:8
**coming** 47:4,5 78:9,11 94:25 128:3
  131:15
**commented** 37:10
**communicate** 21:2,5,8,11 89:13
**communicating** 15:11
**communication** 15:10 16:21 21:18
  23:2,16
**communications** 14:15,25 15:5,8
  16:25 20:13,19 21:19,20,24,25
  22:6,16
**complaint** 17:21,22,22 19:16 46:21
  60:8,12 61:3,8,15,19 82:8 137:17
  137:17,18,20 138:3,3,4 139:7,8,8
  139:9 140:7 141:18,22 157:11
**complaints** 17:20,25 18:4 139:18
  144:19
**complete** 156:11
**complications** 149:4
**computer** 14:5 17:17
**concern** 28:14
**concerned** 76:23
**concerning** 26:12
**concerns** 101:9,12
**conclusion** 136:7
**condition** 109:14
**confide** 31:9 72:24 73:16 89:20
**confidence** 137:13
**confused** 99:24 100:18 107:12
  110:2
**congregation** 31:15
**connection** 33:4
**consider** 9:15 12:10 30:14 58:23
  76:13
**considered** 16:4 36:22 74:24 76:10
  76:12
**constituted** 68:25 149:14
**contemplating** 16:2
**continue** 112:25 125:9,22 139:5
**conversation** 23:9 25:6 26:2 78:3,8
  80:5,5 81:3 94:24 96:20,23
  105:23 125:5 136:2
**conversations** 35:8 72:19 124:14
  137:14
**convert** 125:21
**cook** 108:20,23,25
**cooked** 108:24
**cool** 86:12
**copies** 16:20 118:13,20
**copy** 17:7 118:24 154:25
**CORPORATION** 2:9
**correct** 5:6,16 6:24,25 7:4 9:5 11:2

12:12 24:19 29:5 30:20 32:18,19
35:18 37:22 41:7,8 53:5,6 58:20
60:8 61:21 64:6 66:20 77:2 80:15
80:19,25 81:13 110:25 111:2,4
113:8 119:3,8 120:14 134:11,12
139:13,21 146:21 156:12,14
**counsel** 2:9 12:16 14:21 15:2 18:8
53:22 71:12 75:19 110:18 115:5
118:14 137:8 149:24 154:22
**counsel's** 53:24
**counselor** 74:5,11 110:14
**count** 70:11
**counts** 70:16
**COUNTY** 156:6 158:5
**couple** 11:7 55:6 82:10,13 83:8
84:12 86:23 104:23 106:2 107:21
125:8 137:2 150:15,16,25 151:2
**course** 107:5 137:21 139:18,20
**COURT** 1:2
**cross** 38:3
**crying** 44:21 96:19
**custodian** 34:24 35:6 36:20 37:7
40:12 45:7 46:2,7,11,25 47:7,11
52:7 54:9 81:11
**cut** 28:7 51:21
**CV** 1:6

---

### D

**D** 4:4 117:22 118:7 156:2 157:2,14
**Dainow** 2:12 70:24 75:23 154:24
155:2
**date** 5:7 10:15,16 17:13 27:3,15
61:5 114:12,14 118:2,5,8 131:5,7
**dates** 126:18 141:25
**daughter** 146:10,18,19
**day** 17:8,11 47:21 49:21 50:18 52:5
52:6,22 66:8,9 67:21 75:5 91:25
91:25 92:23 99:7,15 106:5
117:12,19 121:8 126:16 150:20
154:16,22 156:21 158:21
**days** 17:15 32:2 86:23 121:8
150:15,16,25 151:2
**deal** 48:19,21 78:15
**dean** 55:18
**December** 142:15
**deciding** 112:19
**decision** 145:9,16,19,25 149:22
151:11,12
**decision-making** 146:3
**deeply** 70:14
**defendant** 2:9,15 60:2,14,25 61:3
117:25 118:4,7
**Defendant's** 118:22,22,24 119:5,10
119:13,17,24 120:9 121:19
157:10
**Defendants** 1:8
**Definitely** 13:8
**degree** 46:14

**delete** 15:16,21
**deleted** 15:19,24 16:3,5,7
**delve** 70:14
**Department** 1:6 2:10 28:3
**deposition** 1:14 3:7,9,13 4:17
156:10
**describe** 29:15,20 68:15,16 107:25
109:25
**DESCRIPTION** 157:10
**detail** 72:18 81:6 98:24 144:17
**details** 18:18,25 19:5,11,23 21:15
21:21,25 23:15 25:7 38:6 52:4
82:18,21 84:6 104:20 106:15
117:7 129:25
**devices** 14:5,12,17,18 17:2
**diamonds** 121:17
**Diana** 85:18 86:15,21 108:15
**Diana's** 86:11 93:6 98:4
**die** 60:19
**different** 28:24 45:23 62:3 73:24
140:9,11 153:23
**differently** 64:10 153:22
**digital** 115:17
**dinner** 97:19,21 98:8,13
**diploma** 53:21
**disagree** 100:20
**disappoint** 107:13,16 109:20
**disciplining** 85:5
**disclose** 105:18 122:15 130:22
131:4
**disclosed** 132:4
**discourage** 151:20
**discoveries** 140:2
**discovery** 12:15 148:5
**discuss** 18:14,24 22:9,25 78:10
114:2,6
**discussed** 11:6 18:9 19:4,10,18,20
19:22 20:8,22 26:14 123:11
144:24
**discusses** 46:22
**discussing** 25:5
**discussion** 54:24 112:21 123:16,19
123:21 135:5,23 147:14,16
**discussions** 23:10 29:2 103:12
**disrupted** 153:8
**DISTRICT** 1:2,2
**disturbed** 152:22
**divorce** 121:12 128:25
**divorced** 129:4
**document** 79:8
**documentation** 12:21,24
**Doe** 1:3,14 4:12 5:1 6:1 7:1 8:1 9:1
10:1 11:1 12:1 13:1 14:1 15:1
16:1 17:1 18:1 19:1 20:1 21:1
22:1 23:1 24:1 25:1 26:1 27:1
28:1 29:1 30:1 31:1 32:1 33:1
34:1 35:1 36:1 37:1 38:1 39:1
40:1 41:1 42:1 43:1 44:1 45:1

46:1 47:1 48:1 49:1 50:1 51:1
52:1 53:1 54:1 55:1 56:1 57:1
58:1 59:1 60:1 61:1 62:1 63:1
64:1 65:1 66:1 67:1 68:1 69:1
70:1 71:1 72:1 73:1 74:1 75:1
76:1 77:1 78:1 79:1 80:1 81:1
82:1 83:1 84:1 85:1 86:1 87:1
88:1 89:1 90:1 91:1 92:1 93:1
94:1 95:1 96:1 97:1 98:1 99:1
100:1 101:1 102:1 103:1 104:1
105:1 106:1 107:1 108:1 109:1
110:1 111:1 112:1 113:1 114:1
115:1 116:1 117:1 118:1 119:1
120:1 121:1 122:1 123:1 124:1
125:1 126:1 127:1 128:1 129:1
130:1 131:1 132:1 133:1 134:1
135:1 136:1 137:1 138:1 139:1
140:1 141:1 142:1 143:1 144:1
145:1 146:1 147:1 148:1 149:1
150:1 151:1 152:1 153:1 154:1
155:1 156:8,16 157:5 158:10
**doing** 76:21 95:20 100:16
**DOODY** 2:12 54:23
**doorbell** 105:2
**Doug** 130:25 131:4,17,19,25
132:14 141:12
**Douglas** 1:7 131:22 132:4 141:11
141:19,23
**downstairs** 94:8,10,25 95:5
**drained** 117:8
**drive** 37:21
**driver's** 4:3
**driving** 35:3 39:14
**dropped** 46:25
**drove** 37:19 38:16
**ducks** 132:10
**duly** 4:4 158:11
**duration** 112:25
**dynamic** 46:10

---

### E

**E** 2:2,2 4:4,4 117:23 118:12 156:2
156:2,2 157:2,9,15 158:2,2
**earlier** 17:4,4 46:23 116:6
**early** 92:25
**earned** 76:25
**EASTERN** 1:2
**easy** 76:9
**eat** 97:8 106:10
**Economically** 136:4
**education** 1:6 2:10 28:4 152:10,17
153:3,8,12,14
**Edwin** 99:10
**effect** 3:12 46:19 81:22 151:16
**effective** 56:22
**EISENBERG** 1:7
**either** 63:17 85:21 99:2 105:21
134:15 142:20

**El** 85:21
**electronic** 14:5,12,18,24 15:4,8
  17:2 21:19,24 115:14
**electronically** 15:12
**email** 20:12,18 23:6 120:17
**emails** 14:8,12
**embarrassed** 112:16
**emergency** 90:14
**emotional** 31:13 92:21
**emotionally** 117:8
**emotions** 112:12 117:17
**employee** 75:15
**ended** 50:6,23
**engage** 102:24
**English** 5:25 36:12,16 47:14
**enjoy** 34:20
**enjoying** 106:22 107:11
**enjoyment** 107:17
**enroll** 6:3
**entered** 114:24
**error** 75:20
**Especially** 150:12 152:20
**ESQ** 2:6,7,12,12,17
**essentially** 54:15
**estimate** 66:10,19
**estranged** 89:11,14
**Evangelized** 34:13
**Eve** 25:11,20 26:6 142:18,20,21,24
  143:2,12,24 144:12,15,21
**evening** 92:25
**event** 127:24
**eventually** 121:13
**everybody** 48:2,17 50:8
**everything's** 70:25
**evidence** 62:18
**ex-students** 26:19
**exact** 93:24 122:5
**exactly** 10:22 13:12 27:13 37:23
  39:16 42:8 51:11 52:4 77:10
  109:11 111:15 123:20 129:25
  148:11,17
**examination** 4:9 157:6 158:11,13
**examined** 4:6
**example** 70:5,13 71:25
**examples** 70:9
**excessive** 65:19
**excessively** 154:2
**exchanged** 142:22
**excuse** 90:9 118:23
**Exhibit** 61:4,7 117:25 118:4,7,23
  118:24 119:5,10,13,17,25 120:9
  121:19 157:11,12,13,14,15
**exist** 110:13 135:18
**existed** 135:17
**expensive** 143:20
**experience** 28:25 29:3 45:12
**experts** 17:17
**explain** 59:18,23

**exploration** 99:14
**express** 51:9
**expressed** 28:23 29:4 40:21
**expressing** 95:8
**Expressway** 40:9
**extra** 68:8 76:8,9
**extremely** 135:13

—————————————

**F**

**F** 158:2
**face** 35:6 129:8
**fact** 18:21 115:24 116:21 134:2
  141:10
**facts** 19:15 20:9,20 62:18
**fair** 64:8 85:7 127:13 139:25
**fairly** 36:12 93:13,15
**fake** 147:24 148:2,3,9,11,15,22
**fall** 5:23 6:10,13 126:20 132:7
  151:25 152:10,17 153:5,19
**families** 136:5
**family** 10:8 18:10,11 73:8,23 85:25
  96:18 136:4 149:19,25 150:12,21
  151:10,11,21 152:21
**far** 18:6,7 28:3 42:9,11 66:14 67:20
  76:23 79:22 93:22 99:18 104:4,5
  149:7,9
**fast** 151:18
**father** 8:12,14 9:4
**favor** 76:19,19
**FB** 1:6
**February** 27:4,18 116:11
**fed** 98:4
**feed** 132:10
**feel** 31:14 33:4 45:8,12 46:2 51:6
  65:15 73:8 75:2 76:8 86:7 93:5
  96:24 99:6 100:14,16 101:16
  102:23 103:5 106:16 107:20,24
  108:6,7,14 109:9,13,21,23
  116:25 117:8,9,11,17 127:16,19
  128:7,15 130:2 133:8,12,21
  145:3 146:9,11,13 150:19 153:11
**feeling** 34:9 62:3 66:17 109:18,19
  110:3 111:19 112:10 127:18,20
  128:13,15,19 134:24 145:14
  150:7 151:5 154:13
**feelings** 34:22 112:4
**felt** 28:5 31:9 43:16 45:19 46:20
  69:10,11 81:25 82:25 83:2 86:8
  87:4,11 89:19 95:8 97:2,4 100:20
  104:14,18 107:23 108:10,17
  109:12,25 110:2 111:20,23
  112:10 116:10 127:19 128:13,16
  135:10 136:7,25 145:4,6,18
  146:4 149:21 150:7 151:3 152:15
  153:25
**fight** 45:14 46:23 47:8,21,24,25
  48:10,14,23 50:9 51:24 52:14,19
  82:14,17,22 83:3,5,7,10 90:22

**fighting** 116:9
**fights** 82:19 84:3
**figure** 110:3
**File** 2:13
**filed** 17:20 18:2,5,21 23:21 60:8
  61:8,20 62:10 139:9,12,16 140:7
  141:21 144:20
**files** 13:3
**filing** 3:6
**filled** 147:8
**film** 115:18
**finally** 47:2
**financial** 136:19
**find** 28:10 52:13 60:2 136:9
**finding** 81:21 123:22 145:12
**fine** 70:14 85:10
**first** 4:4 5:14,23 6:22 7:25 8:19
  9:21 11:8 23:12 24:3,6,15 25:4
  25:15 26:2 32:8,11 55:18 56:6,7
  56:11,13,18 57:6,9,12,20,24 58:4
  58:15 59:25 63:13 64:3,9,23 65:4
  65:15,21 66:2,3 67:9,11,16,22
  68:3 69:2 72:20,25 73:15,21 74:2
  74:19,22 75:4,8 76:4,7,24 78:19
  80:24 81:5,20 82:11,13 83:9 84:5
  84:13 87:13 88:6 90:10,19,21,23
  96:23 99:9 103:19 104:2 105:16
  105:25 107:10,21,21 108:8,15,21
  109:22 111:10 112:7 113:4
  114:12 122:4 125:8 130:7,14
  132:24,25 133:25 135:14 136:24
  138:2 144:7
**five** 11:4 12:9,10 25:2
**flirtatious** 69:11
**flirting** 67:10,24 68:4,25
**fluently** 36:12
**flustered** 117:2
**follow** 85:9
**follows** 4:7
**food** 86:9 97:17
**force** 3:11 42:25 44:13
**forced** 33:13 43:11 100:15 116:10
  127:16
**forcing** 102:24 103:5,11 109:10
  111:17,20
**Forest** 146:24
**forgive** 34:11
**forgot** 144:9
**form** 3:15 14:22 19:6 22:23 24:21
  57:14 58:21 62:17 63:6 64:12
  71:10 95:11 101:18 102:10
  106:24 145:22 152:18
**forth** 158:11
**forward** 153:19
**found** 56:15 60:14 115:19 129:16
**four** 9:22 38:14 53:9,17 118:16
**frame** 84:4
**Francis** 26:19,24,25 27:6 54:18

55:2,10,13,17 88:9 130:20,21
142:10 143:3,11
**free** 108:7,14
**freedom** 153:25
**freeway** 39:15
**frequently** 33:22 126:22
**freshman** 54:17 83:8
**friend** 49:13,18 69:10,16,23 78:14
85:17 86:15 87:10,11 123:24,25
124:4,7
**friend's** 122:9,14
**friendly** 35:11,14 59:5 60:3,4,15
61:24 64:2 68:12,13 72:2
**friends** 34:6,7 45:17 49:7 50:11
55:5 70:2 82:24 83:5,6,6,11
84:11 107:14 116:15 123:21,23
**friendship** 65:20 72:21 76:10
**friendships** 33:16,25
**frightened** 41:20
**front** 48:17
**frozen** 130:2
**fun** 111:25
**further** 3:14 94:3 158:15
**fuzzy** 25:14 38:6 114:25 122:6
128:5

**G**

**G** 156:2
**G-U-T-E-R-M-A-N** 6:18
**general** 84:4
**generally** 21:2 28:12
**getting** 53:3,11 69:9,15 98:4
149:11
**gifts** 142:22
**girl** 99:8 121:24
**girlfriend** 105:2,14
**girls** 36:2,5
**give** 43:16 70:11 77:8 78:16 120:23
126:22
**given** 53:16 70:5 115:2,4,24 119:2
148:20 150:3 156:13 158:14
**giving** 70:9 79:14 150:10
**GLICKMAN** 2:14
**go** 10:4 27:6 30:21 31:23 33:13
41:23 44:14,15 50:20 52:21,24
68:10 82:24 83:11,15 84:12
85:16 91:23 92:3,20,23 95:17
96:3 98:12 99:18 106:5,9 108:7
108:14 122:7,9 131:8,13,21
136:2 139:6 147:4,7
**goes** 54:5
**going** 4:17 25:21 32:14 33:12 39:13
41:20 42:24 43:6,19 44:5,11,13
48:9 50:5,13 53:8,16 59:20 60:19
61:6 62:22 70:3,12,15,17 71:2
76:20 83:6 92:17 96:17 99:25
100:10 101:6 105:13 106:18
108:11,12 113:25 121:12 128:20

128:22,25 129:4 131:12,25
135:11 136:4 138:10 139:3 150:3
150:4,6 153:19 154:19
**gold** 121:17
**good** 4:16 27:24 29:21 39:3 56:24
65:24 88:2 90:18 100:20 109:24
109:25 150:8 151:5 154:18
**gossip** 48:8
**gotten** 116:6
**grade** 5:22,24 28:13 29:3,16,17
30:11,12 34:24 36:11 37:3 38:12
38:12 49:8,10,11,12 53:4 54:3,5
54:5,6,7,9,10,12,21 55:24,25
56:3,5,8,8,12,12,18 57:6,9,13,21
57:25 58:5,15 59:25 63:13 64:3,9
64:24 65:3,4,16,22 66:3 67:9,12
67:13,20,22 68:4 69:3 72:20 73:2
73:15,21 74:3,6,8,16,19,23 75:5
75:9 76:4,7,24,25 78:20 80:14,18
80:24 81:5 88:5,6 90:19,23 99:9
**grader** 54:18
**grades** 28:2 46:3
**graduate** 88:9,13,15,18,21
**graduated** 53:19 89:3
**great** 150:4
**grooming** 68:5 69:2
**Guatemala** 85:21
**guess** 13:20 96:15 134:24
**guidance** 31:13 74:5,11
**Guterman** 6:17,23 7:21,22 9:18
19:5,12 29:25 90:18
**gym** 68:19,19 69:19 106:13 131:10
131:10

**H**

**H** 157:9
**H-O-L-L-Y** 38:2
**half** 11:15
**hall** 30:21 31:2,20 68:15,25
**hallway** 65:7 78:2,5
**hallways** 66:5,20 68:10
**hand** 120:22 121:25 158:20
**handed** 118:11
**Handing** 118:12
**happen** 33:22 48:9 81:24 140:14
150:4
**happened** 38:16 40:13 42:16,20
44:3 46:18 49:20 51:10,11,14
54:11 59:19,22,24 77:15 81:23
86:24 90:24 92:9 94:6,9 96:8,14
98:17 104:13 122:22,24 124:3
128:5 131:5,15 132:13 141:14
144:5,11,12 153:21
**happening** 49:25 50:4 90:4 99:20
99:23 100:3 101:10 103:3,4
104:21 114:18,21 132:5 152:14
**happy** 95:23,25 121:13
**hard** 76:8 140:11 145:9 152:22

154:12,17
**Harding** 39:14,17 40:4,8,12
**hating** 128:15
**Hawaii** 4:3 10:5 13:20 115:12
126:14,23
**hazy** 104:22
**head** 94:16,18
**health** 74:14
**hear** 4:22 48:4 71:16,19
**heard** 48:15,17 135:19,20
**heart** 7:15
**heated** 70:25
**held** 1:16,18 54:24
**help** 17:16 49:3,5,6 92:19,21 150:5
**hereinbefore** 158:11
**hereunto** 158:20
**high** 26:19,24,25 27:6 28:11,18,25
45:13 46:3,9 54:14,18 55:8 81:11
81:20 82:11,14 83:9 84:5,13
87:14 88:10,15,18,21 89:3 90:7
93:20,22 130:20,21 132:6 143:4
**hill** 60:18
**Hills** 146:24
**hired** 23:14,22 24:3,6 25:17 26:4
**Hispanic** 85:20
**hit** 51:12,19
**holding** 42:18 44:5
**Holly** 38:2
**home** 10:2,3,9,13 13:3 29:15,20
30:16 36:16 42:9 52:16 53:12
72:25 73:5 74:2 78:21,24 84:15
84:18 87:23 88:4 89:8 92:11
122:8 123:3,5 125:7 151:7
**Horace** 39:14,17 40:4,8,12
**hotel** 40:15,18 42:17 52:8,11
**hour** 97:7
**hours** 73:2 105:17 153:2
**house** 10:6 25:13,23 40:20 84:22
84:24 85:24 87:17,25 91:21,23
92:3,10,18,24 97:18 98:19
119:18 122:9,14,20 128:3 134:22
144:5,6 151:5,6
**household** 7:25 9:20 135:18
**households** 135:9
**hungry** 97:24
**husband** 20:4

**I**

**I-E** 6:21
**ID** 147:21,24,24 148:2,3,9,11,15,19
148:22 149:2
**idea** 28:15 39:3 44:8 59:3 90:5,12
99:22 124:6
**identification** 61:4 118:2,5,8
**identify** 138:12
**immediate** 81:22
**immediately** 50:6 105:24
**impaired** 46:7

**impending** 47:25 48:14
**inappropriate** 36:23,24 37:4 74:25
 98:10 139:2
**inappropriately** 101:3
**incident** 34:24 35:2,5 36:19 45:7
 45:25 46:6,11,22 54:8 131:20
 132:4
**including** 21:18 45:14 67:19
**Index** 1:5
**Indiana** 7:13
**indicate** 99:3
**information** 54:2 85:19
**injuries** 51:23
**inside** 39:20 147:7
**intention** 92:17,20
**interact** 57:24 58:6
**interaction** 68:21 69:5 81:10
 101:17 114:12 154:11
**interactions** 57:3 58:8,9,13 68:2,9
 68:14,15,24 69:6,7,14,23,24 72:3
 141:22,24 142:3,8
**intercom** 94:24
**intercourse** 98:21 99:14 101:15
 104:10 113:4 125:14 132:20
**interested** 43:3 99:4 158:17
**interfere** 152:9
**interject** 138:9
**intervene** 53:15
**intimate** 37:4 46:12 47:11 99:5
 102:17,21 110:5,10
**intimates** 102:8
**invite** 97:19
**invited** 97:21 98:7
**inviting** 41:17
**involve** 35:2
**involved** 45:13 78:3 85:4
**Israel** 20:5,9 25:12
**issue** 32:5,9 53:23
**issues** 87:8 116:17

**J**

**J** 2:6,12 4:4 5:1 6:1 7:1 8:1 9:1 10:1
 11:1 12:1 13:1 14:1 15:1 16:1
 17:1 18:1 19:1 20:1 21:1 22:1
 23:1 24:1 25:1 26:1 27:1 28:1
 29:1 30:1 31:1 32:1 33:1 34:1
 35:1 36:1 37:1 38:1 39:1 40:1
 41:1 42:1 43:1 44:1 45:1 46:1
 47:1 48:1 49:1 50:1 51:1 52:1
 53:1 54:1 55:1 56:1 57:1 58:1
 59:1 60:1 61:1 62:1 63:1 64:1
 65:1 66:1 67:1 68:1 69:1 70:1
 71:1 72:1 73:1 74:1 75:1 76:1
 77:1 78:1 79:1 80:1 81:1 82:1
 83:1 84:1 85:1 86:1 87:1 88:1
 89:1 90:1 91:1 92:1 93:1 94:1
 95:1 96:1 97:1 98:1 99:1 100:1
 101:1 102:1 103:1 104:1 105:1

 106:1 107:1 108:1 109:1 110:1
 111:1 112:1 113:1 114:1 115:1
 116:1 117:1 118:1 119:1 120:1
 121:1 122:1 123:1 124:1 125:1
 126:1 127:1 128:1 129:1 130:1
 131:1 132:1 133:1 134:1 135:1
 136:1 137:1 138:1 139:1 140:1
 141:1 142:1 143:1 144:1 145:1
 146:1 147:1 148:1 149:1 150:1
 151:1 152:1 153:1 154:1 155:1
**JACQUELYN** 2:12
**Jane** 1:3,14 4:12 156:8,16 157:5
 158:10
**January** 27:17 129:18 141:12,16
**Jehovah** 30:19 32:12,20 33:8,19
 34:2,12 116:7,20
**JOHN** 1:7 2:12
**judgement** 58:10
**July** 1:10 112:25 113:5 125:13
 156:10
**jumped** 50:11 51:10 53:3
**June** 113:6,22
**junior** 54:14 55:8 81:11

**K**

**K** 156:2
**Karen** 1:18 158:7,24
**Karl** 2:6 115:13
**keep** 34:6 45:20 53:10 120:4
**key** 41:23,24 42:2,4,14
**kick** 51:15
**kids** 48:15 80:3 135:8 136:3
**kind** 12:21 35:14 38:4 39:19 45:16
 45:19 48:8,16 62:3 65:20 69:4,7
 69:10 79:4 83:14,17,18 93:12
 96:12,16 106:12 108:17 111:25
 114:25 116:8,15 122:6 126:5,11
 130:2 132:2 143:20 145:4 153:7
 154:3
**Kingdom** 30:21 31:2,20
**kiss** 98:22 99:8,9 102:3
**kissed** 98:20,23 99:21 101:21,24
**knew** 18:6 23:19 24:9,10 28:3
 40:20 45:20 48:14,17 55:8 80:15
 80:18,24 81:6,8 89:23 145:6
 152:19
**know** 4:20,24 7:15 8:16,23 10:16
 13:2 16:23 18:7,23 23:24 27:22
 28:5,7,9,19,22 30:11 32:15 34:12
 34:12 35:6 36:24 37:2 38:9 39:8
 39:10,15 42:8,11 43:16,19 47:13
 50:9,10 51:7,8 52:3 58:11,19
 60:6,16,17,22,23 64:8,21 69:9,10
 69:12,15 71:21 72:16 73:6 78:12
 79:10,15,18,21,24 80:3,7,9,10,12
 80:13,16,18,23 81:2 82:2,4,5,7
 85:23 88:12,14,17,20 89:2,15,15
 89:24 90:13 91:9,15 92:7 93:2,24

 94:3,4 96:14,17 99:20,25 100:19
 100:24 101:16,23 104:22 105:6
 106:18 108:6,18,23 110:12 111:6
 111:8,9 115:19 116:12,14,14
 117:20 119:9,12,19 121:8 122:24
 123:9,10,20 124:18 125:15,17,20
 128:12 131:21,24 134:2,9,10,15
 134:25 135:16 136:6,10 137:11
 140:9 147:25 148:14,16,18,19,21
 149:7,9,23,23 150:5
**knowing** 101:9
**knowledge** 135:14
**knowledgeable** 135:21
**known** 47:24 94:21

**L**

**L** 156:2
**LA** 40:5,8
**Labor** 126:16
**lasted** 130:4 136:23 137:19,21
 139:18,20,24
**laugh** 107:18 112:3,5
**laughing** 125:18
**Laughter** 112:3
**Laura** 7:7,8
**LAW** 2:4
**lawsuit** 16:2,5
**lawyers** 22:2,20,21 23:3,10,13,14
 23:23 24:3,6,9,16 25:6,16,18
 26:3,4
**lead** 99:21
**learned** 129:13 134:8
**leave** 42:6 49:17 84:15,18 91:2,6
 97:13 105:22 108:7
**leaving** 91:10 123:4
**left** 10:2,4,8 85:11 89:8 123:3
**Let's** 45:3
**letters** 13:22
**level** 45:23
**Lewis** 26:19,24,25 27:6 54:18 55:2
 55:10,13,17 88:10 130:20,21
 142:10 143:3,11
**license** 4:3
**life** 29:16,20 37:17 45:8,24 46:18
 72:25 73:5,7 74:2 81:7 90:4
 107:14 123:7 136:13,16,17 150:4
**liked** 106:13
**limited** 71:12
**little** 25:14 27:16 38:6 69:13 70:25
 73:8 96:15 104:22 108:17 121:24
 134:7 149:20
**live** 6:9,12 7:12,16,18 9:20 10:9,12
 84:21,22 85:8,10 123:5,6
**lived** 10:4 32:21 79:16,19,21 86:3
**lives** 7:13
**living** 7:2,20,24 85:12 87:23
**long** 5:3 13:5 45:15 80:10 86:21
 91:22 93:17 97:5 105:22 126:14

130:4,5,16
**longer** 137:6 139:24 141:9 143:3
**look** 15:22 61:10,13 67:4 128:19
138:20 146:6 149:16
**looked** 93:11 112:10 120:20
**looking** 74:24 111:13
**lot** 39:17 44:7 45:16 50:7 64:23
65:2 67:5 68:20 73:3,23 83:16,20
85:19 92:8,12 107:13,14 117:7
123:8 129:25 136:25 152:13
**lots** 82:24
**loud** 48:18
**love** 128:11
**loved** 121:14

_____

**M**

**M** 156:2
**mail** 53:21
**maintaining** 33:25
**making** 59:13,21 124:13 145:16,19
146:4
**male** 124:7
**males** 10:12
**man** 149:25
**Manhattan** 148:16
**manner** 138:22
**Maria** 6:20
**Marie** 6:17,20,21,23 7:21,22 9:11
9:18 10:3 18:12 90:18
**mark** 1:7 2:15,19 13:23 14:2,6,9,13
14:18,25 15:5,8,11,17,20,25 16:6
16:9,12,15,18,22,25 17:18 24:12
24:19 25:9,11,12,19 26:6,21
55:16 56:10,14,19 57:20,24 58:4
58:16 59:2 60:24 67:8 72:19
73:25 74:18,23 75:3 79:14 86:25
90:22 91:20 92:10,18 93:9 94:7
96:24 99:16,19 105:16 106:2
107:10,22 108:9,16,20 110:6
111:11 112:6,25 113:5 114:13
116:21 117:22 119:2 120:23
122:4,8,17,21 123:17 125:9,10
125:14,23 126:25 129:10,20
130:6,15,23 131:14,18,20 132:2
132:3,5,20 133:2,13,15,18 134:4
134:18 135:22 137:19 139:17,20
141:8,15 142:4,8 143:2,12,24
144:21,25 147:5,6,13 148:13
149:10 151:19,25 152:9,14,16,25
**Mark's** 25:23 142:13 144:4
**marked** 61:3,7 117:25 118:4,7
**marriage** 46:16,20 158:17
**married** 80:8,9,15 121:9 128:24
**marry** 128:21,22,23 129:5,10
**marrying** 129:7
**mask** 112:4
**Maspeth** 2:5 4:14
**materials** 34:14

**matter** 135:10 145:5 158:18
**matters** 149:19
**mean** 22:24 23:24 29:19 31:8 52:20
56:4 57:15 59:4,5 60:5,6 65:6,9
67:11 73:8 77:19 89:16 92:8
93:13 100:24 101:20 105:21
133:24 136:13,16 147:5 151:2,3
**means** 71:22
**meant** 47:13 59:19 65:3 129:3
148:7
**media** 14:17 21:12
**medicine** 151:6
**meet** 55:16 56:14 75:7 97:13,14
127:8,14
**Meiners** 1:7 130:25 131:4,8,17
132:14 141:19,23
**member** 50:25
**members** 18:10,11 48:14
**memorize** 60:9
**memory** 24:13
**men** 45:24 81:16
**mental** 74:14
**mentioned** 22:13 23:18 48:16
78:12 86:19 104:25 105:4 131:25
137:14
**mentioning** 73:6
**message** 91:2,6,10
**messages** 13:25 14:6 15:16,20,25
16:6 17:12,18 20:15
**met** 8:15 55:17 135:8
**Mexican** 12:15
**Mexico** 5:10 9:13 11:10,24 12:2,25
32:21,24 33:5 88:24,25 89:5
**MICHAEL** 1:7 2:7
**middle** 28:11,18 31:6,17,21 33:11
33:17 34:2,7,20 38:13 46:3,8
49:8 53:4,20 55:8 81:12
**Miguel** 11:12,23,25 12:3 88:21
**Miguel's** 11:13
**mileage** 93:24
**mind** 107:17
**minors** 75:25
**minute** 105:21 113:16,18
**minutes** 96:7
**mischaracterization** 29:8 53:24
**miserable** 128:14
**misrepresent** 124:22
**misrepresentation** 124:17,21
**mode** 15:10
**model** 79:5
**models** 107:14
**mom** 32:16 45:18 73:17 82:23 83:4
83:5,7,10 84:4 85:7,23 86:3,11
86:17 87:9 90:23 96:14,17 101:7
101:9,13 116:8,13,17 120:8,10
120:12,21 122:12,19,25 123:6
136:9 152:21
**mom's** 108:8,10 122:11

**moment** 33:10 67:24 72:22 89:25
90:4 95:17,21 103:7 106:20
109:12 139:22
**month** 13:15 24:2 27:17 133:7
**months** 9:22,23,25 10:8 13:15 24:5
25:17 26:3 38:14 53:9,17 81:25
133:3,10 136:23 137:2,22 139:21
141:9
**Mormon** 33:3
**Mormonism** 33:5
**morning** 4:16 104:13,16,20
**motel** 39:19 40:17 52:12
**mother** 6:3,6,9 7:3,20 8:11,13 9:3,7
9:10,19 10:3,10 12:19 13:2,7,11
13:13 18:12 19:2,19,21 21:15,21
29:22 30:12 31:16,19 33:18 34:5
34:11,16 46:8 53:14 82:15 84:10
145:11 149:20 150:12
**mother's** 7:5 32:4,10 122:7 125:8
**move** 5:17 60:21 72:12
**moved** 6:23 7:21 9:20 32:8,11,13
87:15,18,25
**MS13** 36:3,6
**MUSA-OBREGON** 2:4,7
**Mustang** 35:3

_____

**N**

**N** 2:2 4:4 156:2,2 157:2
**N-G-U-Y-E-N** 143:15
**name** 4:11,16 6:16 7:5,10 8:5,18
11:9,13,21 49:15 85:18,20 99:10
124:8 143:15 148:22
**names** 11:11
**natural** 8:22
**nature** 23:8 78:7
**near** 7:18
**nearby** 38:5
**necessarily** 129:9
**need** 4:22 5:2 59:23 61:11 95:8
109:19 117:12
**needed** 23:18 24:8 45:19 51:7
76:18 78:13 87:10 93:6 149:21
149:24
**needs** 23:20
**negative** 58:13 153:12
**neighborhood** 79:18
**nervous** 39:2,6,9 95:22 116:25
**never** 8:15 22:13 28:14,16 51:6
53:4 58:25 69:11 76:12 82:4
89:18 91:10,10 110:11 121:14
123:13 133:18 144:9 154:5
**New** 1:2,6,17,17,20 2:5,9,10,11,11
2:16 4:6,14 10:4 13:20 25:10,19
26:6 28:4 32:8,11 142:17,20,21
142:23,25 143:11,23 144:12,15
144:21 156:4,25 158:4,9
**Nguyen** 143:15,22
**nice** 59:5 60:2,4,14 61:24 64:2

82:25 86:14 97:15
**night** 103:23 104:2,8,11,23 105:9
105:25 142:14 144:3,18 151:8
**normal** 50:18
**Notary** 1:19 4:5 156:25 158:8
**notebook** 79:6
**noted** 155:3
**Notice** 1:17
**number** 24:25 77:5,9,17,21,25 78:4
78:13,16 79:12,15 82:3 126:23
132:21

## O

**O** 4:4 11:19 156:2
**O-L-E-A** 8:7
**oath** 3:11 4:6 156:10
**object** 19:6 63:3
**objecting** 63:2,5
**Objection** 14:22 22:23 24:21 29:7
52:10 57:14 58:21 62:17 64:12
71:10 95:11 101:18 102:10
106:24 145:21 152:18
**objections** 3:15 59:8,12,13,21
62:23 70:7
**objects** 51:19
**observations** 56:19
**observe** 57:23 63:14,16,17,20,22
63:25 64:5,22 74:23
**observed** 61:24 63:18
**observing** 64:7
**Obviously** 38:5
**occasion** 25:13
**occasions** 24:12,19,24
**occurred** 36:20 37:24 39:11 52:18
53:25 54:8 116:24 133:25 140:18
142:4,8
**offered** 37:21 97:17
**office** 12:20,22 49:24
**officer** 3:10,13
**oh** 49:13 137:3
**okay** 4:21 5:5 59:13,15,20 68:22
70:17 71:4 73:10 86:8 108:3
113:12,20 117:16,20,21 124:20
137:15 138:23
**old** 54:20 124:11,25
**older** 10:13,17,19,22,24 11:3 12:3
12:5,6,8 28:21 29:4 50:3
**Olea** 8:7 9:6,19 11:14,22,23 30:7
**once** 10:7 62:14 66:8,8 104:11
109:6 125:16 127:2 129:4 137:18
**one's** 70:20
**opinion** 57:19 62:19,21 138:9
**opportunity** 150:11
**opposed** 52:12 136:17
**option** 135:15 150:9,10
**options** 136:8
**order** 13:4
**original** 138:4

**out-of-pocket** 143:21
**outcome** 45:21 158:18
**outlook** 150:3
**outside** 37:14 47:3 75:4,8,14
**overnight** 104:15,19
**overwhelmed** 73:8 122:25 152:15
**overwhelming** 52:3

## P

**P** 2:2,2
**p.m** 155:3
**PAGE** 157:4,10
**paid** 66:13 147:9
**painful** 15:22 103:19
**panicking** 131:23
**paper** 79:3,4,6
**paperwork** 147:9
**paragraph** 60:13 61:19,20 62:16
82:9
**paralyzed** 108:18
**parent** 30:18 123:2
**parents** 8:9
**park** 75:14,16 131:8,12,13,13,14
**parked** 40:12,15
**parking** 39:18
**part** 18:17 27:14,18 35:14 46:19
83:13 102:8 112:2 116:9,13
**participate** 112:18
**particular** 119:23
**parties** 1:16 3:6 158:16
**partners** 129:19,19
**parts** 37:4,8 102:17,21
**party** 142:23,24 143:2
**pass** 34:13 53:15,19 76:20
**passing** 35:17 55:18 154:4
**pay** 64:22 66:12 91:3,4
**paying** 58:2,18 65:16
**PC** 2:4
**pending** 5:4 137:10
**people** 12:9 31:18 33:19,25 34:7
43:17 45:11 47:24 48:4,5,5,7,20
50:8 55:7 81:13 83:13 92:9
147:14
**peppers** 106:13
**percent** 56:22 90:3 103:4 128:18
129:15,24 130:3 140:15,20
145:24
**performance** 56:20,21
**period** 19:7 83:19,24 111:15
115:23 120:5,13 130:16 139:25
**permit** 33:18
**persist** 33:24
**person** 30:17 51:6 75:15
**personal** 37:17 81:7 154:4
**personality** 112:2
**personally** 127:25
**phone** 14:4,11 17:3,6 21:4 23:5,7
41:2,4 50:3,3 77:5,9,17,21,25

78:4 79:12,15 82:3 89:12 91:3,4
120:17
**photo** 116:20 118:25 119:16,24
**photograph** 117:24 118:3,6 157:12
157:13,14,15
**photos** 112:22 118:16
**physical** 43:10,12 115:9 126:5
**physically** 24:11,18
**pick** 25:12 50:13 127:22 128:3
**picked** 36:20 127:11,21,24
**picking** 35:3
**picture** 115:3,4,8,9,15,23 119:6,13
119:20 120:9 121:22,23 150:8
**pictures** 110:5,8,8,10,15,17,21,22
110:24,25 111:3,6,6,8,12,15,18
112:6,8,14 115:20,20 118:10,10
118:14,20 120:2,3,4,7,12,19,20
**pinkie** 121:20
**pinpoint** 130:18 131:6
**place** 93:6 98:12 104:2 107:20
127:10,11 140:16,22 141:3,5
146:23 148:20 151:18
**places** 25:21 106:10
**placing** 140:12
**Plaintiff** 1:4,14 2:4
**plans** 75:7,10 97:14
**play** 146:2
**played** 145:15
**playing** 145:19
**Plaza** 2:16
**please** 4:19 16:16 63:8 71:6 73:11
113:14 138:8,15 149:17
**point** 43:20 56:7 82:19,19 100:9
101:6,8 117:16 121:7,9 130:12
139:4 148:10 153:4,11 154:18
**pose** 110:7 112:19
**posed** 110:4 117:13
**position** 146:11 152:20
**positive** 29:24 30:3,6 57:2 58:9
65:22 135:3
**possible** 134:13 140:17,19,21 141:2
**practicing** 32:20
**Preach** 34:15,16
**pregnancy** 129:16 134:21,21 135:2
150:14,17,22 151:4
**pregnant** 129:14,23 134:8,19
149:25
**premises** 50:17,22 131:22
**present** 2:19 24:11,18
**presented** 4:2 150:10
**pressing** 95:9
**pressure** 144:25 149:21
**pressuring** 145:4
**presume** 101:22
**pretend** 122:22,24
**pretty** 42:11 85:15 126:22
**previous** 17:7,11,13
**prior** 30:11 35:5 36:19 37:6 74:15

75:5 79:14 99:7,15 103:13,14
114:23 115:25 116:22 126:19
**probably** 25:3 51:16 83:21 102:14
109:16 145:8
**problems** 86:16 98:3
**procedure** 147:22 149:7
**process** 100:13
**produced** 115:6 118:14 120:2
147:25 148:3,4
**Producing** 148:6
**productive** 58:9
**professional** 74:15
**promise** 121:6,10,16
**promised** 43:5
**prompted** 134:23
**provide** 12:16
**provided** 12:22 14:20,24 31:12
54:3
**provides** 12:20,24
**provoke** 48:25
**Public** 1:19 4:5 156:25 158:8
**punch** 51:17
**punches** 52:2
**pursuant** 1:17
**pushing** 100:21 101:13
**put** 23:25 79:13 150:7
**putting** 133:8

---
**Q**
---

**Queens** 39:16
**question** 4:19 5:4 8:24 16:16 19:9
24:20 44:23 57:16 59:10,17 62:6
62:25 63:6,7,9 64:16,19 69:17
71:6,8,11,18 72:5,7,8,9,15 85:14
102:2 107:3,7 113:3,7,9,10,17
124:16,18 137:3,11 145:23
**question's** 153:9
**questions** 102:12 117:10,13,15
123:8 138:18 139:5 154:17

---
**R**
---

**R** 2:2 158:2
**R-O-M-A-N** 7:9
**Raised** 9:10
**raising** 85:5
**rang** 94:17 104:25
**rape** 137:21 139:19
**Rarely** 21:7
**reach** 87:5 90:15 91:13
**reached** 26:18 86:25
**read** 29:10 61:12,20 63:10,11
64:15,17 71:5,7 72:6,7,8 113:13
113:21 137:4,5 138:2,21 139:7
156:9
**realize** 101:6 141:7
**realized** 93:11
**really** 45:14 81:12 89:12 91:25
101:6 107:12 108:12 116:25

135:11 136:8 152:15
**reason** 50:24 51:5 92:5 119:23
144:3
**recall** 13:12 23:16 25:8,18,21,24,25
26:5 31:22 33:15 34:9 39:11
40:23 56:16,17 58:14 66:6 72:22
74:21 77:13 78:23 82:18,21 84:9
85:3 87:20,22 88:3 94:23 95:7,9
100:4 101:8,23 104:4,5 108:2
109:17 111:10,14 114:11 116:2
116:23 117:5,18,19 122:18
124:14 127:22 130:17 140:25
141:4,22 143:5,9 151:13,15,17
151:19 154:10
**recalled** 109:19
**receive** 13:10
**received** 12:14 53:21
**receiving** 13:7
**Recess** 45:5 73:13 114:9
**recognize** 40:17,19 61:7,14 118:13
**recollection** 24:17 66:17 77:17,23
79:9 94:22 142:3,7 147:17
**reconcile** 122:19
**reconvene** 154:20
**record** 4:11,13 8:24 29:13 44:20
45:4,6 54:23,25 59:22 63:11
64:17 70:18 71:3,7 73:12,14
113:15,21 114:8,10 137:5 138:14
156:12,13 158:13
**recordings** 16:8,11,15,18
**records** 13:19 14:20,23 116:12
**recover** 17:17
**refer** 146:17
**referred** 46:23 120:24
**referring** 14:23 69:8 114:22 118:18
118:21
**reflect** 44:21 70:18
**refresh** 24:13
**refused** 44:10
**regarding** 53:23
**regularly** 30:22 31:25
**related** 21:21 158:15
**relating** 21:15
**relations** 126:5
**relationship** 29:21,25 30:4,7 32:5
32:10 43:10,12,14,15 46:8 47:11
73:17 81:19 87:12 90:18 103:17
104:15,19 105:18 106:17,20
107:5,11 112:24 116:24 122:17
123:23 124:5 125:10,23 130:6,22
131:4,17 133:13,15,19,22 136:22
137:19 139:17 140:5 141:8,15,17
145:12 147:15 152:6,8
**relationships** 30:25 31:5 46:13
**relatively** 110:5,10
**relevant** 83:22
**relief** 96:25
**religion** 32:4,10,14 33:2 83:14

101:13 152:21
**religious** 30:17 32:23
**remember** 25:22,22 38:2,9 39:9,13
39:18 40:23 41:18 49:12,15,23
51:13,20 67:3,6 73:6,22,23 74:4
77:10,11,20 80:4,6 81:3,8,9
85:15,18 86:10,18 88:4 89:9
91:15 94:12,25 95:6,13,14 96:16
96:21,22 98:24 100:12,21 101:4
101:25 102:4 103:10 104:9,12,19
104:22 105:5,7,9,11,23 106:11
106:14,14 107:19 108:5 109:2,5
109:11 111:14,17,19 112:8,9,10
112:11 114:16 116:4,18 117:2,3
117:7 119:22 121:3,7,15,17
124:8,12 125:3,21 126:4,17,18
127:3,12,23,24 128:2,4,14 131:8
132:16,17 133:4,6,24 134:2
140:3,5 142:11,19 143:13,23,25
144:2,4,8,14,16,17,20 146:23,24
147:10,11,19 148:11,24 151:7,8
151:23 154:12
**remembered** 26:20 117:4 140:6
144:12
**repeat** 4:23 16:16 44:24 137:3
**repeated** 137:20 138:17 139:19
**rephrase** 4:20 72:12
**Reporter** 1:19 29:14 154:24 158:8
**representation** 124:9
**reputation** 57:11,15
**requested** 12:20
**resent** 33:9 34:5,21 86:11
**reserved** 3:15
**resist** 102:20
**resisted** 33:12
**respective** 1:16 3:5
**respond** 43:22,24
**response** 71:18
**rest** 125:13 126:24
**Restaurants** 140:10
**rested** 151:6
**restored** 17:6
**restoring** 17:10,13,14
**result** 52:18 53:8 76:9
**retrospect** 68:2
**returned** 125:7 130:19
**returning** 126:19
**reveal** 137:12
**revealed** 121:9
**review** 60:10
**reviewed** 17:25 18:4 26:11 60:7
61:15 62:9,14
**RFK** 40:6
**ride** 38:17,24
**right** 7:22 10:22 13:20,21 15:5
18:20,22 25:25 27:14 28:2 36:3,6
39:22 41:5 43:25 45:21 52:8
54:15,18 58:24 62:10 67:14,15

69:20 72:8 73:9 82:11,16 84:13
84:16,17 85:12 87:23 88:7,8
89:23 91:12 92:22 93:20 98:5
101:10,21 106:19 108:11 110:18
110:22 113:5 117:2,7,10 119:7
121:21 124:21 125:19 127:15
128:8 129:11 130:23,25 134:9,16
135:3,4 137:22 138:4 139:10
141:19,20,23 143:4,15 145:9,13
146:7,15 149:15,16 150:2 151:23
152:20 153:17 154:10,13,23
**ring** 115:2,3,9,21,24 116:21 118:17
118:22 119:2 120:24 121:5,6,11
121:16,17,20 129:2,3
**RML** 1:6
**roads** 39:17
**robbed** 45:12
**role** 107:14 145:15,19 146:3
**Roman** 7:9
**romantic** 99:8 133:22
**roof** 85:9,11
**room** 40:14,22 41:10,11,21,24,25
42:17 52:8 76:15 138:25 147:10
147:12
**row** 56:4 67:14
**rule** 114:5,6
**rules** 84:22 85:9

**S**

**S** 2:2,7 157:9
**safe** 83:2
**safety** 42:13
**Salvador** 85:21
**sat** 42:18 44:10,12
**save** 16:20
**saved** 17:7
**saw** 35:17 47:3 74:9,12,15 75:13,16
120:19 126:25 127:3,6 131:15
148:25
**saying** 8:23 43:23 48:18 62:6 63:4
68:16 70:10 105:7,9 118:25
119:6 125:3 136:6 138:15 146:18
147:19 151:19
**says** 62:8
**scared** 39:20,21 40:11 42:13 43:25
44:2 45:11,18 50:25 102:25
103:2 135:12,12,13 149:24
**scene** 52:13
**school** 6:4 26:20,24,25 27:7,22
28:11,11,18,19,20 29:2 31:7,17
31:21 33:11,17 34:3,8,20 35:17
35:19 36:10 37:14,20,21 38:4,15
38:18,24 39:13,23 40:2 43:2
44:14,15,17 45:13,15,18 46:3,4,8
46:9 47:2,2,4,4,9,21,24 48:9,24
49:8,17,21,22 50:6,12,12,14,14
50:17,18,19,22 52:21,24 53:5,7
53:16,20 54:4,5,15,18 55:8 67:21

68:3 73:2 75:4,5,8,14,15 77:7
79:8,22,25 81:12,20 82:11,14
83:10 84:5,13 85:22 87:6,14
88:10,16,19,22 89:3 90:7 93:20
93:22 103:25 104:6 114:24,25
116:15 119:20 126:9,10,12,14,19
126:23 130:20,21 131:22 132:7
141:11,14 142:4,9,16,16 143:4
151:24 152:2,6,24 153:2,2,9,11
153:18 154:6,8,8
**scribbled** 79:8
**sealing** 3:6
**Sean** 8:4 9:6,15,19 10:10,13,15
30:7 50:13,15 52:13 55:13 88:15
**search** 16:24
**searched** 14:4,11,14
**second** 17:22 19:16 46:21 56:12
60:7,12 61:2,8,15,19 67:19 82:8
130:20 132:6 137:16 138:3 139:8
140:6 141:18,21 157:11
**secret** 111:8
**secretly** 111:4,5
**see** 37:13 50:8 58:5 68:19 69:19
73:7 75:3 83:11 84:11 95:23 96:2
108:11 122:2 126:7,11 143:17
150:21 151:25 153:18 154:8
**seeing** 47:7 97:15 126:21 143:14
**seek** 17:16
**seemingly** 133:21
**seen** 13:6,8 17:23 26:8 110:12
111:5 143:6
**self** 109:21
**semester** 66:3
**sense** 100:10
**sent** 127:25
**September** 126:15
**seriously** 116:16
**set** 158:11,20
**seven** 94:4
**sex** 99:25 100:10 103:20 105:17
106:2 107:4,10,21 108:9,16,21
109:6,10,14,22 112:7 122:4
126:3 127:5,17 130:14 132:22
133:2 142:13 153:7 154:5
**sexual** 98:21 99:14 101:17 103:16
114:12 116:23 122:16 125:9,13
125:22 129:19 130:5,22 132:20
136:21 139:17 141:7 142:3,7
145:12
**shame** 45:14
**shares** 9:3
**shirt** 51:12
**short** 99:13
**Shorthand** 1:18 158:7
**shortly** 23:21,22,25 89:8
**shouting** 70:19,20,23
**show** 61:6 108:25 110:14 127:10
147:21

**shown** 121:25
**shows** 109:3 118:25
**sibling** 11:17
**siblings** 11:5 12:10,10 18:13,15,23
**signed** 3:9,12 156:20
**silly** 82:20 83:17
**similar** 123:4
**single** 122:25
**sister** 7:16,18 8:3,3,8 19:25 25:12
26:6 50:10,10 55:10 87:15,16,18
123:3 142:12 143:2,10,12,24
144:22
**sister's** 143:6
**sisters** 36:3,6 87:13
**sit** 66:16 80:13,17,21
**situation** 35:15 124:2
**six** 10:20 12:11 13:15 24:5 26:3
94:4 133:10
**sleep** 103:22
**smiling** 111:13
**smoothly** 149:8
**social** 14:16 21:12 55:20,22 56:10
56:20 58:4
**somebody** 89:19 91:12 124:7
145:13
**somebody's** 50:25
**son's** 9:23 10:7
**soon** 91:25 98:19 154:19
**sophomore** 90:10
**sorry** 8:22 27:14 50:20 93:14
104:17 107:2
**sort** 14:16 23:2 31:12 34:13 53:12
73:4 99:14
**sound** 69:22 72:2
**Spanish** 35:13,16,24 36:8,9,10,17
36:18 47:14,16 49:16,18
**spare** 86:4
**speak** 5:25 23:19 24:9 35:16,23
36:8,10,14,16 66:4 143:9
**speaking** 24:16 25:16 36:12 37:3
59:7,12,13,21 62:23 70:7
**specific** 18:16 19:13 24:25 72:23
77:16 84:10,25 131:7 140:12
141:24 142:2,6 151:13 153:13
154:11
**specifically** 67:7 76:6 77:20 81:15
111:7 119:9 124:12 125:4 126:18
**specifics** 73:22
**spend** 128:17
**spoke** 23:12 24:15 25:4,15 35:13
47:15 51:3 66:19 91:19
**spoken** 37:7
**spring** 132:8,9,11 153:5
**ss** 156:5 158:4
**staff** 48:14 50:25
**stamp** 133:9
**stand** 83:20,21,23 84:7
**stands** 105:12

**Starbucks** 95:17 96:3,9,24 97:5,10 97:14,22 99:2,15
**start** 5:22 32:7
**started** 54:20 55:3,11,14 127:19 130:21 132:25
**starting** 128:7 131:11 152:22 153:19
**starts** 126:14,23
**State** 1:20 4:5,11,13 156:4,25 158:4,9
**statement** 22:16 26:8,15 113:8,11
**States** 1:2 5:12,15,18 6:4,7 8:2
**statutory** 137:21 139:19
**stay** 50:19,22 86:2,6,21 93:6 97:5
**stayed** 104:2 105:20 106:3 111:11 122:4 142:13
**staying** 25:23 93:16 109:14 144:4
**stick** 94:16
**STIPULATED** 3:4,14
**STIPULATIONS** 3:2
**Stoll** 2:14,17 4:10,17 19:8 29:12 45:3 59:6,11,15,20 60:24 62:20 63:3,10 64:15,18 70:6,17,22 71:4 71:21 102:13,16 113:9,15,20,24 114:4 117:22 118:9 122:2 130:9 137:4,7,15 138:8,12,19,24 148:2 157:7
**stop** 59:13,21 60:19 132:20
**stopped** 53:16
**stopping** 95:10
**store** 106:11,12
**stories** 96:11,12
**story** 43:2,9
**straight** 43:8 97:22
**strange** 107:23 132:3
**street** 1:16 2:5,10 4:14 38:2,3 95:18
**strict** 30:12,14,18
**struck** 98:9
**stuck** 105:6
**student** 29:2 47:3 58:6 142:9 143:3 143:10
**students** 26:19,23 28:12,20 29:3 46:22 57:12,19,23 58:7,17 63:15 63:23 64:2,11 66:13,25 76:4 82:3 82:6,25
**studies** 55:20,22 56:11,20 58:4
**stuff** 49:25 73:7 135:21
**stuffed** 106:12
**subject** 84:2
**subjects** 73:24
**subscribed** 156:20
**success** 17:5 46:16
**successful** 17:10,14
**sued** 141:19
**suggested** 37:13 69:23
**suggestive** 36:22
**summer** 5:20 67:19 78:9,11 122:16

123:16 126:25 127:6 128:8,21 129:10,14,17 140:14,18,22,23 141:3 144:11
**summertime** 114:16 119:21
**Sunday** 31:23 32:2
**support** 23:19 31:13
**suppose** 145:10
**supposed** 108:19
**sure** 4:20,23 9:2 25:3 43:8,21 56:2 74:7 86:19 90:3 91:24 101:14,24 102:13,16 103:4 119:11 127:20 128:18 129:8,15,24 130:3 137:7 140:20
**surprised** 38:23,25 95:22
**sworn** 3:10,12 4:4 158:12

---

**T**

**T** 156:2 157:9 158:2,2
**T-A-N-I-A** 11:20
**table** 5:4
**take** 5:13 14:18 45:3 46:19 52:16 61:11 95:18 100:5,6,7 110:7,8,9 110:21,21,24 111:3,18 113:23 116:16 124:3 149:18 154:15
**taken** 1:15 3:13 52:7 111:16 112:14 115:17 119:6,10,17 156:9
**talk** 22:19,21 23:9,20 42:21 45:18 65:5,10,12 66:18 73:3,10 76:3 86:15 87:5,8 91:16 92:19,20 95:8 103:25 104:6 107:15 131:25 132:3 136:12,15 150:11 151:10 151:10
**talked** 58:7 73:23 86:18 96:10,13 96:14 103:15 110:17 123:25 135:7 136:18,24 137:2 149:19
**talking** 19:7 23:13 26:3 44:8 45:22 48:3,5,6,7,16 49:24 59:3 64:13 68:10 96:16,25 104:3,21 106:25 107:6 111:7 112:9 135:10 136:3 151:20
**Tania** 11:18,23,25 12:6 89:2
**teacher** 43:3,3,11,11,14,14 55:19 55:21,23 56:7,11,15,20,23,25 57:5,8 58:17,24 69:5 76:11 80:11 114:23 115:25 116:22 130:23 131:10,11 141:11,13
**teachers** 48:17 49:4 68:13 83:2 131:22 152:15
**tech** 17:17
**tell** 37:23 43:9 46:24 47:10 66:14 70:15 71:17,24 73:4,20,25 81:4,5 105:17 121:10 122:12 124:11,19,25 128:20,21 143:22 146:25 151:9
**ten** 66:9
**term** 58:22 138:7
**terminate** 134:4,6
**terminated** 133:13,15,18,21

**termination** 151:4
**test** 134:21,21 135:2 150:14,17,22
**testified** 4:6 52:11
**testimony** 29:9 70:16 114:2,3,7 156:9,12 158:13
**text** 13:25 14:6 20:15,18 21:6 23:5 91:12 120:17
**Thank** 130:9
**therapist** 140:3 143:14
**therapy** 140:4 141:6
**thing** 40:6 65:22 84:25 116:3 135:17 141:13 150:8
**things** 23:19 24:13 44:7 45:20 46:18 73:4,19,20 81:23 103:6 104:23,24 117:18 130:3 135:12 140:9,11,12 152:13
**think** 25:17 26:10 37:25 38:3 39:3 39:5 46:12,15,17 49:13 51:3,25 52:11 53:22 56:22 57:2 58:18 59:23 62:2 65:18,19 66:15 69:15 69:25 71:14 72:4 74:20 76:15 77:6,14 78:15,18,22 82:23 85:23 89:10 91:7,18 94:20 98:11 100:2 100:3,19 104:3,8 107:16 111:24 116:7,8 121:6,21 122:5,23,25 126:15 128:10,12,16 129:6,22,25 132:9 133:11 137:6 142:23 144:10 146:7 149:13 150:11 151:3 152:7,11 153:16 154:16
**thinking** 100:2,4,13 101:4 103:10 108:5 129:6 150:5
**thinks** 64:14 138:25
**thought** 28:16 39:5 58:25 59:2 64:14 67:10 69:12 75:20 76:2 95:25 99:19 128:6 132:2 136:9
**threatening** 41:15,16 51:2
**three** 17:20 23:11 38:14 53:9,17 93:25 119:25
**throw** 84:19
**tight** 44:6
**time** 3:16 5:2,3,14 7:3,6,25 8:6 13:5 15:7,19,24 16:5 17:4 19:7 23:12 24:10,15 25:4,7,15,18 26:4 30:15 34:23 36:11 37:6,19 38:8 39:12 39:16 40:25 42:10 45:15 54:4 56:6,7,11,12,13 61:11 64:20 65:5 65:10,12,21,23 66:2,21 68:8,11 68:19 72:13 75:13 77:4,21 78:19 78:22 83:19 84:4 85:13 87:21 88:4 89:8,25 91:19 92:23 93:5 97:9 98:9 100:14 101:5 102:23 103:19 104:11 105:3,22 106:22 110:4,9 111:15,23,24 112:2,13 113:4 114:19,21 115:23 120:5,13 122:6,8 123:7,15,25 126:10,14 127:6,24 128:17 129:13 130:7,8 130:14,15,16,18 131:9,16,23 132:13,24 133:9 135:14 139:5,15

139:25 140:6,11 142:16 143:11
144:7,19 145:6,17,18,25 148:5
148:25 149:3,21 150:13,14,17
152:23 154:18 155:3
**timeline** 23:25 116:18 140:12
**times** 13:9 17:4 23:9,11 33:12 66:7
66:9 109:8 125:12,18 126:2,20
136:25
**today** 4:18 66:16 80:14,17,21,22
146:7
**told** 24:8 32:13 41:14 42:25 44:4
44:15 47:5 50:2,4,4 77:12 82:4
97:24 105:13 123:22 124:4,5
131:17,21 134:18 141:14
**tomorrow** 154:20
**tone** 138:22 139:2
**tongue** 44:7
**topic** 131:24
**touch** 26:23 89:7 90:6 102:7,17
153:25 154:3,3
**touching** 102:20
**traditional** 101:17,20
**transcript** 138:21 154:25 156:9,11
158:12
**trapped** 107:20,24
**traumatic** 44:19,25
**travels** 120:21
**treat** 48:21
**treated** 64:11
**treating** 64:10
**trial** 3:16
**Triboro** 40:7
**tried** 17:3,9 50:21 131:3
**trip** 140:8,10,13,17
**trouble** 101:7 108:12,13 131:19
**true** 18:5 156:11,13 158:13
**trust** 45:11,24 81:13,16
**trusted** 81:18
**try** 45:17 48:23 50:19 91:17
**trying** 17:17 34:6 69:12 77:14
117:14 130:22
**Tuesday** 32:3
**Turning** 61:18
**TV** 135:20
**twice** 55:25 56:4,9 125:16
**two** 9:23 10:21,22,23 27:9,13,16,17
27:18 56:4 67:13,16 74:15 93:25
97:7 102:11 105:21 107:9 108:8
108:21 109:4,7,22 111:11 112:6
122:3,21 134:3 135:8,9 136:5
140:2 152:5 153:20

---

**U**

**U.S** 5:23 6:23 8:20 9:13,21 11:9,24
11:25 32:18 33:9
**Uh-hum** 40:16 54:13 62:11 89:6
91:5 106:8 137:23
**unable** 72:10,14

**uncomfortable** 111:21,24 112:3,11
128:13
**underlying** 18:25 19:5,11,14 20:9
20:20
**understand** 4:19 19:9 24:10,22
57:16 59:17 60:5 69:17 101:19
101:25 107:3,7 113:3 118:18
131:12 145:23
**understanding** 24:17 57:18 62:15
**understood** 36:13
**United** 1:2 5:11,15,17 6:4,6 8:2
**unproductive** 58:12
**unsuccessful** 17:12
**unusual** 65:17
**upset** 84:24 131:20
**upstairs** 94:19
**use** 15:11 58:22 62:20 71:25
**usual** 49:22

---

**V**

**vague** 138:6
**value** 129:8
**varied** 127:13
**verbal** 152:4,7
**version** 115:14
**vibe** 95:24
**view** 68:2,4,25
**Viggiano** 1:18 158:7,24
**visited** 25:11
**voicemail** 91:13
**voluntarily** 100:17

---

**W**

**W** 156:2
**waist** 154:4
**wait** 42:3 50:14,16,21 95:17 96:3
**waiting** 147:11,11
**waived** 3:8
**walk** 42:6 50:17 93:17,18
**walked** 49:22 98:19,20 105:22
**walking** 37:25 38:21 50:7
**Waltzer** 1:7 2:15,19 13:23 14:2,6,9
14:13,18,25 15:5,8,11,17,20,25
16:6,9,12,15,18,22,25 17:18 25:9
26:21 55:16 56:10,14 57:20,24
58:4,16 60:2,14,25 61:4,7,24
63:14 64:10,22 66:4,24 67:4,8
68:3 69:2 72:19,24 73:16,25
74:18,23 75:3,9,14 76:5,8,24
77:5 78:20 79:14 80:15 81:19
82:2 90:22 91:20 92:10 96:24
99:16,19 105:16 106:2 107:10,22
108:9,16,20 109:23 110:6 112:6
112:25 114:13 116:21 117:25
118:4,7,12,23 119:2 120:23
122:4,17 123:17 124:10,15
125:10,14,23 126:21,25 129:10
129:20 130:6,15,23 131:18

132:20 133:2 134:18 136:22
137:19 139:17,20 141:8 142:4,8
143:2,12,24 144:21,25 147:5,6
147:13 149:11 151:19,25 152:9
**Waltzer's** 56:19 81:6 92:18 93:9
94:7 111:11 122:8,21 125:9
**want** 43:4,10,15 44:14,22 45:17
60:19 61:13 70:13 71:17,17 72:6
72:6,8,11,16 73:10 82:23 83:12
85:8 100:19 101:23 107:13,15
110:8,20,25 123:24 129:9 132:3
136:8 137:11 146:20 154:15,25
**wanted** 32:16 33:17 34:7 38:17,24
40:14,22 41:10 42:21 43:13,16
44:15 47:8,20 50:8 83:11,14 87:8
108:15 110:7,21,24 111:22 116:8
116:13,15 123:6 128:17 131:8,13
**wanting** 84:11,12
**wants** 146:25
**warm** 57:8 58:17,22,24 59:2 60:3,6
60:15 61:25 62:3,15
**wasn't** 17:14 40:20 43:6,21 44:5,11
45:21 58:2 64:7 76:18,19,21
85:12 87:22 88:3 89:22 99:24
103:3 123:5 127:20 129:7,8
134:24 135:21 151:5 152:19
**waste** 139:5
**wasting** 72:13
**watch** 109:3
**way** 30:13 31:14 34:10 37:11,20
42:12 45:10 51:4 53:15 57:4,20
63:17 64:5 65:24 66:18 67:18
69:13 74:24 75:2 81:24,25 98:10
99:3,4,5 109:18 123:5 149:15
150:7 152:12 153:12,24 158:17
**we'll** 44:14 117:20
**we're** 72:12 154:19
**wear** 112:19
**wearing** 115:3,8,24 118:17,21
119:2 121:20
**week** 13:14 32:2 66:8 105:21
125:12,16,16,18,19 126:2,20
127:2 133:5 134:3
**weeks** 82:10,13 83:8 84:6,12 106:3
107:9,21 108:8,15,21 109:4,7,22
111:11 112:7 122:3,21 125:8
133:2 134:3
**weight** 145:5
**welcomed** 86:7 93:6
**welcoming** 57:5,7
**went** 25:10 26:24,25 30:15 41:11
42:2,4,14,16 47:2 53:4 54:4,6
66:18 68:19 76:8 85:24 91:21
92:10 98:25 106:6,6,7,10,11,13
106:14 122:11,20 128:16 130:18
131:11 132:10 134:20 136:11
141:9,10 142:12,23,25 143:11,25
144:3,15,16,17 148:10,14 149:8

150:23 151:4,4,7,24
**weren't** 17:11 98:3
**West** 2:16
**whacky** 111:25
**WhatsApp** 14:16 15:13,20,25
　16:21 17:18 21:9
**whatsoever** 20:23 21:20 22:12
**WHEREOF** 158:20
**whispering** 137:8
**white** 118:10,13,20,24
**whites** 118:19
**wife** 9:23 10:7 121:13 128:25 129:4
**willing** 123:5
**willingly** 99:18
**window** 94:13,17,18
**winter** 132:8
**wishes** 33:24
**withdrew** 45:16,19
**witness** 4:2 30:19 32:12,21 33:8
　44:21 71:14 113:12,23 116:7,20
　137:9 138:11,16 145:24 157:4
　158:10,14,20
**witness's** 29:8
**witnessed** 24:14
**Witnesses** 33:20 34:2,13
**woman** 105:5
**word** 19:13 22:13 34:12 59:2,18
　60:5 62:2,15,20 107:16 148:4
　153:13
**wording** 72:23
**words** 40:24 48:20 121:16 125:20
　151:14
**work** 53:11
**worked** 89:23
**working** 53:11
**workplace** 25:11
**world** 92:15
**worried** 101:2
**worrisome** 98:10
**would've** 149:20
**wouldn't** 90:15 102:6 109:25
**write** 22:17 79:2
**writing** 20:23 22:6 77:17 78:23
**written** 21:14,17,18,20,23 22:5
　26:8,14 77:15
**wrong** 45:20 123:14
**wrote** 77:11,21,24 78:4

---
　　　　　　　X
---
**x** 1:3,9 157:2,9

---
　　　　　　　Y
---
**Yasmin** 8:3 9:3,19 10:10,21 19:23
　19:25 20:13,16,19,24 21:3 22:6
　22:10,16,19 23:2,10,16 24:16
　25:5,8,16,19 26:2,9,12,15,15
　27:13 30:4 87:15,18 88:5 89:7
　90:6 123:3

**Yasmin's** 8:18 20:4 27:3 127:25
**yeah** 29:23 30:2 38:25 40:10 48:15
　56:24 73:18 86:3,5,8 87:10 93:4
　93:8,21 96:6 97:20 101:11 104:4
　106:6 113:19 125:25 135:20
　138:18 152:3
**year** 27:12,20,21,23,25 38:8,15
　52:25 54:17 56:18 57:6,9,12,20
　57:24 58:5,15 59:25 63:13 64:3,9
　64:24 65:4,16,21 66:3 67:9,11,16
　67:19,22 68:3 69:3 72:20 73:2,15
　73:21 74:2,19,22 75:4,8 76:4,7
　76:24 77:7 78:20 80:24 81:5,20
　82:11,13 83:9,9 84:5,13 87:14
　88:6 90:7,10,19,23 114:17,24,24
　115:25 116:2,6,22 119:6 130:19
　130:20 132:6,11 134:10 142:4,9
　142:16 144:15 154:8
**Year's** 25:10,20 26:6 142:18,20,21
　142:23,25 143:12,23 144:12,15
　144:21
**years** 10:20,21,22,23 11:4 13:16,18
　27:9,14,16,17,18 33:12 56:4
　67:13,17 74:16 132:21
**yesterday** 12:16 115:7,13 117:3,5
　118:11
**York** 1:2,6,17,17,20 2:5,9,10,11,11
　2:16 4:6,15 10:4 13:20 28:4 32:8
　32:11 156:4,25 158:4,9
**young** 108:24 123:24
**younger** 12:4,7 131:10
**youngest** 12:11

---
　　　　　　　Z
---
**zone** 83:2

---
　　　　　　　0
---

---
　　　　　　　1
---
**1** 1:7
**1:06** 114:8
**1:20** 114:10
**10** 54:18
**10:00** 1:11
**10:52** 45:4
**100** 1:16 2:10 31:18 56:2 90:3
　103:4 128:18 129:15,24 130:3
　140:15,19 145:24
**10007** 1:17 2:11
**10th** 54:21 55:24,25 56:3,5,8,8,11
　56:12,18 57:6,9,12,21,25 58:5,15
　59:25 63:13 64:3,9,24 65:3,4,16
　65:22 66:3 67:9,12,13,20,22 68:4
　69:3 72:20 73:2,15,21 74:3,6,16
　74:19,22 75:5,9 76:4,7,24 78:20
　80:14,18,24 81:5 88:6 90:19,23
**11:00** 45:6
**11:48** 73:12

**11201** 2:16
**11378** 2:5 4:15
**118** 157:12,13,14,15
**11th** 88:5
**12:01** 73:14
**14** 54:22
**15** 149:23
**15-minute** 93:18
**16** 25:17
**17** 136:23 141:9
**1983** 27:4,19
**1985** 5:8 27:18
**1995** 5:13,18,20,23 6:10,13
**1999** 114:25

---
　　　　　　　2
---
**2** 1:7 27:4
**2:30** 154:16
**2:34** 155:3
**20** 13:16,18 125:18,19
**2000** 113:2,5 114:19 116:2,11,24
　119:7,10 122:16 123:16 125:24
　126:3,8,20,25 127:6 128:8,10,21
　129:10,14,16,17 134:10,15
　140:18,22 151:25 152:10,17
　153:5,19
**2001** 114:19 129:16,18,23 132:12
　134:10,16 141:3,12,16 153:6
　154:7,9,10
**2002** 134:13 154:7,9
**2020** 15:9,12
**2021022733** 2:13
**2023** 1:10 156:10,22 158:21
**20th** 116:11
**21** 1:6
**21st** 158:21
**237** 35:20,21,22,23 36:2,5 38:5
**24** 105:17
**25th** 142:15
**27** 1:10 156:10

---
　　　　　　　3
---
**3** 93:2
**30** 96:7
**300** 2:16
**3rd** 126:23

---
　　　　　　　4
---
**4** 93:2 157:7
**4332** 1:6
**49** 60:13 61:19

---
　　　　　　　5
---
**52** 82:9
**55-21** 2:5 4:14

---
　　　　　　　6
---
**61** 157:11

159

```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x
JANE DOE,

                    Plaintiff,

          - against -                    Index No.
                                         21 CV 4332
NEW YORK CITY DEPARTMENT OF EDUCATION,   (FB)(RML)
MARK WALTZER, DOUGLAS MEINERS, MICHAEL
EISENBERG and JOHN DOES #1 through #2,

                    Defendants.
-------------------------------------x

                    July 28, 2023
                    9:30 a.m.
```

CONTINUED DEPOSITION of JANE DOE, the

Plaintiff herein, taken by the attorneys for

their respective parties, held at 100 Church

Street, New York, New York 10007, pursuant to

Notice, and held before Karen Viggiano, a

Shorthand Reporter and Notary Public within and

for the State of New York.

160

1

2    A P P E A R A N C E S :

3

4    MUSA-OBREGON LAW PC
     Attorneys for Plaintiff
5            55-21 69th Street
             Maspeth, New York 11378
6
     BY:    KARL J. ASHANTI, ESQ.
7

8

9    CORPORATION COUNSEL CITY OF NEW YORK
     Attorneys for Defendant
10   New York City Department of Education
             100 Church Street
11           New York, New York 10007

12   BY:    JACQUELYN DAINOW, ESQ.
            JOHN J. DOODY, ESQ. (Via phone)
13          SHLOMIT AROUBAS, ESQ.
            File# 2021-022733
14

15   STOLL GLICKMAN & BELLINA
     Attorneys for Defendant
16   Mark Waltzer
             300 Cadman Plaza West
17           Brooklyn, New York 11201

18   BY:    ANDREW STOLL, ESQ.

19
     ALSO PRESENT: MARK WALTZER
20

21

22

23

24

25

161

1

2              (Thereupon a photograph was marked

3         as Defendant's Exhibit F for

4         identification, as of this date.)

5              (Thereupon, a photograph was

6         marked as Defendant's Exhibit G for

7         identification, as of this date.)

8    J A N E    D O E, having been first duly sworn

9    by a Notary Public within and for the State of

10   New York, was examined and testified under oath

11   as follows:

12             MR. STOLL: Good morning.  I had a

13        quick discussion with plaintiff's

14        counsel.  I asked to extend the amount

15        of time that both defendants would have

16        to conduct these depositions based on

17        what I perceive to be long pauses

18        between the question and each answer

19        often minutes long pauses.

20             Counsel is not consenting to an

21        extension of the time for the parties to

22        depose the witness at this time.  So we

23        won't be able to do that while the

24        witness is here in person today and

25        we'll take it up if necessary in the

162

1                          J. Doe

2           future.

3                  Anything anybody want to add?

4                  MR. ASHANTI:  By counsel, ten

5           hours is more than enough time.  Because

6           it's not ten hours in realtime, it's ten

7           hours of deposition testimony; excluding

8           all breaks and that's our position.

9                  MS. DAINOW: The position of

10          Corporation Counsel is we agree with

11          counsel for Mr. Waltzer there has been a

12          lag time between most of the questions

13          thereby impacting our ability to go

14          through the questioning quickly.  And

15          our concern is that we won't have enough

16          time to go through everything that we've

17          prepared within ten hours that we're

18          allotted.  So if necessary we'll bring

19          this up with the court.

20                 MR. STOLL:  I certainly have a lot

21          of things I won't have an opportunity to

22          ask in the next hour before I turn it

23          over to Ms. Dainow.

24                 (Whereupon, a brief pause was

25          taken for technology issues.)

163

1                          J. Doe

2                  MR. STOLL: So it's 9:37, it's

3          seven minutes that we're been trying --

4          I guess, Corp. Counsel's been trying to

5          connect to their remote counsel.

6    EXAMINATION BY

7    MR. STOLL:

8          Q    All right, good morning.

9          A    Good morning.

10         Q    I just want to go through your

11   timeline in high school again to make sure it's

12   clear.  You started at Francis Lewis High

13   School in the fall of 1999, correct?

14         A    Correct.

15         Q    Mark Waltzer was your teacher that

16   first semester in 1999, correct?

17         A    There were a couple of semesters.

18   I'm not 100 percent sure which of the semesters

19   was he my teacher.

20         Q    When you said there were a couple

21   semesters, do you mean there were a couple

22   semesters when you had him as your teacher or

23   you mean --

24         A    A couple semesters that were part

25   of the school curriculum.  So we usually

164

1                          J. Doe

2    changed teachers every semester.  I'm not sure

3    which semester he was my teacher.

4         Q    So you don't know whether he was

5    your teacher in the fall of 1999, or the spring

6    which was the spring of 1999-2000 school

7    you're?

8         A    Correct.

9         Q    He might have been your teacher in

10   the fall?  He might have been your teacher in

11   the spring, right?

12        A    Right.

13        Q    And did you pass that 10th grade

14   that first year at Francis Lewis High School?

15        A    What do you mean?

16        Q    I think you said yesterday that

17   you were in 10th grade two years in a row,

18   right?

19        A    Right.

20        Q    Is that because you had to repeat

21   some of the classes because you didn't pass

22   them?

23        A    Right.

24        Q    So for the 2000 and 2001 school

25   year, you were back at Francis Lewis High

165

1                        J. Doe

2    School, correct?

3           A    Yes.

4           Q    Was Mark Waltzer your teacher

5    either the semester in the 2000-2001 school

6    year?

7           A    I don't remember.

8           Q    And then the 2001-2002 school

9    year, you attended Francis Lewis High School at

10   least for the fall semester, correct?

11          A    Correct.

12          Q    Was Mark Waltzer your teacher

13   during the 2001 fall school semester?

14          A    No.

15          Q    Did you see Mark Waltzer in the

16   2000-2001 school year?

17          A    Yes.

18          Q    Did you see Mark Waltzer in

19   school in the 2001-2002 school year?

20          A    Yes.

21          Q    Did you complete the fall into

22   winter semester of the 2001 to 2002 school

23   year?

24          A    I believe so, yes.

25          Q    How often would you see Mark

166

1                          J. Doe

2    Waltzer in school during that 2001 to 2002

3    school year?

4          A     I don't remember specifically how

5    often.

6          Q     Do you remember that you did see

7    him during that semester?

8          A     Yes.

9          Q     Was his presence at school during

10   the 2001-2002 school year difficult on you in

11   any way?

12         A     Yes.

13         Q     In what way was that difficult?

14         A     So we're talking about ending of

15   2001 to 2002?

16         Q     That's right.

17         A     Many things had happened at this

18   point.  So I was already having a hard time

19   with myself with the things that happened and

20   how I was feeling.  I was having a hard time,

21   you know, being there and going through school

22   and seeing not just him; but the other teachers

23   that had a part in making my school year

24   difficult.

25         Q     Do you think it would have been

167

1                          J. Doe

2     less difficult, or you would have been able to

3     tolerate it more if Mark Waltzer had not been

4     around in the fall semester of 2001 to 2002?

5          A     I think that what happened it

6     already did.  So whether he was there or not, I

7     mean it still had occurred.  So it was

8     something I was carrying with me as it was.

9          Q     By the 2001-2002 school year, had

10    your sexual relationship with Mark Waltzer

11    ended?

12              MR. ASHANTI:  Objection to form.

13         High school all time?

14              You can answer if you understand.

15              MR. STOLL:  I'll rephrase.

16         Q     During the 2001-2002 school year,

17    at that point as far as you were concerned, had

18    your sexual relationship with Mark ended?

19         A     I'm not 100 percent sure.

20         Q     So it's possible as you sit here

21    today that you were continuing to have sexual

22    intercourse with Mark Waltzer during the 2001

23    to 2002 school year?

24         A     My recollection of that specific

25    time and a lot of different events are still a

168

1                           J. Doe

2    little hazy.  So I can't say for certain that I

3    remember whether that took place or not.

4         Q    So as you sit here today, can you

5    tell me when you recall you stopped having

6    sexual intercourse with Mark Waltzer for a

7    period of four months or more after the first

8    time you first had sexual intercourse with him?

9              MR. ASHANTI:  Objection to form.

10        Q    Do you understand the question?

11        A    Somewhat.  I'm not sure if I

12   understand it correctly.

13        Q    I'll rephrase it.

14             What is the first period of time

15   for three months or longer that you went

16   without having sexual intercourse with

17   Mark Waltzer after the first time you had

18   sexual intercourse with him?

19        A    I don't remember.  I have a lot of

20   suppressed memories from that time and all the

21   traumatic events; so I can't remember.

22        Q    Yesterday I was asking questions

23   of any markers that you recall that help you

24   place the first time that you had sexual

25   intercourse with Mark Waltzer in 2000.

169

1                            J. Doe

2          A     Correct.

3          Q     We've had a break overnight.  Do

4    you have any recollection now of any additional

5    markers that enable you to remember that that

6    first sexual interaction with Mark Waltzer was

7    in the beginning of the summer of 2000?

8          A     Well, one other thing that I

9    remember is that when 9/11 happened, I was in

10   high school.  So that was September 11, 2001,

11   and the relationship had already started before

12   that.  Including the abortion.

13         Q     Are there any other markers that

14   you recall now that help you remember that the

15   first time you had sexual intercourse with

16   Mark Waltzer was in the beginning of the summer

17   of 2000?

18         A     Besides what I mentioned

19   yesterday?

20         Q     Yes, other than what you mentioned

21   yesterday, or what you just told me here today.

22         A     Not that I recall at this moment.

23         Q     By the way, by the time 9/11

24   occurred, you had already had an abortion and

25   had sexual intercourse with Mark Waltzer before

170

1                          J. Doe

2    9/11?

3          A    Because I remember where I was and

4    how I was feeling at that time.

5          Q    And where were you and how were

6    you feeling?

7          A    I was in-classroom.

8          Q    Okay.

9          A    It was early in the morning; so I

10   was in-classroom when everything happened.  And

11   at that time, I do remember already having

12   feelings and thinking that a lot of things were

13   very difficult in my life because of everything

14   that had happened.

15         Q    Did you see Mark Waltzer on that

16   day, on 9/11?

17         A    I don't remember.  I don't

18   remember that.

19         Q    Showing you what's marked

20   Defendant's Exhibit F that was marked today, so

21   that's already marked Defendant's Exhibit F

22   today.  Do you recognize that picture you

23   provided that to your counsel, right?

24         A    Uh-hum.

25         Q    Yes?

171

1                         J. Doe

2          A     Yes.

3          Q     There's a hand in that picture

4    with a ring on the hand.  Is that the picture

5    you referred as a promise ring from Mark

6    Waltzer?

7          A     Yes.

8          Q     Who is that child in that picture?

9          A     My niece.

10         Q     How old is she about in that

11   picture?

12         A     She's about two and a half.

13         Q     What's her name?

14         A     Iracema, I-R-A-C-E-M-A.

15         Q     Who's daughter is she?

16         A     My sister Brissa.

17         Q     She's Brissa's daughter, okay.

18               What is Iracema's date of birth,

19   do you know?

20         A     December 7, 1997.

21         Q     Your relationship with Mark

22   Waltzer was not something that you shared with

23   your mother or your aunt any time before, say,

24   2010, is it?

25         A     It's not something I talked about,

172

1                              J. Doe

2    no.

3           Q     Is it something you wrote to them

4    about before 2010?

5           A     No.  It is something that my mom

6    became aware of around that time.

7           Q     In around what time?

8           A     The time that everything was

9    happening.

10          Q     How did your mom become aware of

11   your relationship with Mark Waltzer?

12          A     I'm not sure.

13          Q     How did you become aware that your

14   mother was aware of your relationship with

15   Mark Waltzer?

16          A     She confronted me about it at a

17   point and I dismissed her.

18          Q     When did she confront you about

19   it?

20          A     Back when I was in 11th grade.

21          Q     Did you admit to your mom that you

22   had a relationship with Mark Waltzer when she

23   confronted you with it?

24          A     I walked away and I didn't want to

25   talk to her about it.

173

1                           J. Doe

2          Q     Did she confront you specifically

3     about being in a relationship with Mark

4     Waltzer?

5          A     Yes.

6          Q     Did she mention his name?

7          A     I don't believe so.

8          Q     Did she say a teacher or adult?

9          A     A teacher, yes.

10         Q     Did you want her to know that it

11    was true that you were seeing an adult teacher?

12         A     If I wanted her to know?

13         Q     Yes.

14         A     Now or then?

15         Q     Then.

16         A     No.

17         Q     The ring that you're wearing in

18    Exhibit F in front of you, was that a ring that

19    you understood people around you would

20    understand to be a promise ring?

21         A     No.

22         Q     Showing you Defendant's Exhibit G.

23    What is that a picture of?  What is Defendant's

24    Exhibit G a picture of?

25         A     That's when I was 17.

174

1                          J. Doe

2          Q     Who is in that picture with you?

3          A     My friend.  Or one of my friends.

4          Q     What's her name?

5          A     Her name is Daisy.

6          Q     Do you know where and when that

7     picture was taken?

8          A     I'm not 100 percent sure when it

9     was taken.  But when I was 17, I was dating

10    someone, and I believe that's at his house.

11    And it was just me and my friend.  We were over

12    his house.

13         Q     Defendant's Exhibit E is a

14    picture, I believe, you provided.  Is that a

15    photo of you?

16         A     Yes.

17         Q     Where and when was that taken?

18         A     That was when I was 15.  That's

19    the summer of 2000.

20         Q     How do you know that?

21         A     I remember the outfit and I

22    remember that's the day that I wanted to wear

23    this specific outfit.  I was really excited

24    about how that skirt that I had bought.  And I

25    actually remember the occasion.

175

1                          J. Doe

2          Q     What was the occasion?

3          A     Of me coming home.

4          Q     Was there a controversy at home

5     because you were wearing that skirt?

6          A     No, there was no controversy at

7     home.  I think in this picture Douglas Meiners

8     had taken me home.

9          Q     And did Douglas Meiners take that

10    picture?

11         A     I don't remember.

12         Q     Did you have a sexual relationship

13    with Douglas Meiners?

14         A     I did not.

15         Q     Defendant's Exhibit D, that's

16    another photograph you provided.  Where and

17    when was that picture taken?

18         A     That was in summer of 2000 as

19    well.

20         Q     The summer of 2000 did you say?

21         A     Yes.

22         Q     Who took that picture?

23         A     My sister.

24         Q     How do you recall that

25    specifically?

176

1                        J. Doe

2          A     How do I recall?  Because we went

3     to the park for a photo shoot the same day that

4     this and the other picture that we were on the

5     couch, it was all same day.

6          Q     The same day as the picture of

7     your niece wearing a construction hat?

8          A     Right, yes.  And the other one

9     that you have.

10         Q     Defendant's Exhibit C, when and

11    where was that picture taken?

12         A     Here I was 18.

13         Q     Where and when was that picture

14    taken?

15         A     That was the shooting pool place

16    on Northern Boulevard.

17         Q     Who took the picture?

18         A     Some friends that were there with

19    me.

20         Q     How do you recall that?

21         A      I recall this because the friends,

22    I saw them recently in the last three years.

23    And that friend's actually the one who sent

24    this picture to me.

25         Q     Who is that friend?

177

1                         J. Doe

2          A     Rafael O.

3          Q     How do you spell last name?

4          A     Just the letter O.

5          Q     Do you have his phone number?

6          A     I don't have it on hand.

7          Q     Are you in touch with him?

8          A     No.

9          Q     When did he send you that picture?

10         A     A couple of years ago he sent it

11   to me to my email.  We bumped into him Upstate

12   New York.

13         Q     You bumped into him in Upstate New

14   York.  And after you bumped into him he sent

15   you that picture?

16         A     Yeah, he actually wanted my

17   daughter to see it.  He was like, "Oh, I

18   remember your mom.  I have a picture when we

19   went shooting pool.

20         Q     And then he emailed you the

21   picture?

22         A     Correct.

23         Q     Do you have that email address

24   somewhere?

25         A     I'm not sure.  I don't know if I

178

1                        J. Doe

2    -- I didn't keep in touch with him.

3        Q    When is the last time you spoke to

4    him or had any communications with him?

5        A    That time we saw him Upstate New

6    York.

7        Q    After that he emailed you, right?

8        A    He emailed it that same day, yes.

9        Q    Did you respond to that email?

10       A    No.  I was grateful for the

11   picture.  That was it.

12       Q    Did you respond and tell him you

13   were grateful for the picture?

14       A    No, I did not.

15       Q    You received that email and you

16   didn't respond whatsoever?

17       A    Right.

18       Q    Why didn't you respond?  Even say

19   thank you if you were grateful?

20       A    Do I have to?

21       Q    I'm asking you.

22       A    I don't have to.  I didn't feel

23   like I had to.

24            MR. ASHANTI:  Objection.  I direct

25            the witness not to answer.  This is a

179

1                          J. Doe

2          ridiculous line of questioning.  You're

3          asking her why she didn't do something

4          that she said she didn't do that's not

5          relevant to this in any way, shape or

6          form.

7                  MR. STOLL:  You're directing your

8          witness not to answer this question?

9                  MR. ASHANTI:  I am.

10                 MR. STOLL:  Is it covered by

11         privilege?

12                 MR. ASHANTI:  I'm directing the

13         witness not to answer.  You're harassing

14         her on this point as of her level of

15         gratitude.  It's harassment.

16                 MR. STOLL:  Are you directing her

17         not to answer?

18                 MR. ASHANTI:  It's harassment.

19         I'm clear --

20                 MR. STOLL:  Can I make my record?

21                 MR. ASHANTI:  You asked me a

22         question.

23                 MR. STOLL:  You have not answered

24         my question.

25                 MR. ASHANTI:  I did.  I am

180

1                            J. Doe

2          directing her not to answer.

3                    MR. STOLL:  Are you directing her

4          not to answer based on privilege?

5                    MR. ASHANTI:  Write to the court.

6          You'll see my reasons.

7          Q    Are you going to answer that last

8     question?

9                    MR. STOLL:  Can I have the last

10         question record back?

11                   (Record read.)

12         Q    Are you going to answer that last

13    question?

14                   MR. ASHANTI:  I'm directing the

15         witness not to answer.  There's nothing

16         beyond that.

17                   MR. STOLL:  There is.

18         Q    Are you going to answer?

19                   MR. ASHANTI:  She's not going to

20         answer beyond that.  I'm directing the

21         witness not to answer.  It's done.

22         Moving on.

23         Q    Do you want to answer that last

24    question?

25         A    I think I already did.

181

1                           J. Doe

2          Q    When people do you favors, do you

3     typically thank them?

4               MR. ASHANTI:  I direct the witness

5          not to answer that.  Harassment.

6               MR. STOLL:  Are you going to

7          direct her not to answer any questions

8          now about gratitude?

9               MR. ASHANTI:  Any harassment.

10              MR. STOLL:  Can you stop cutting

11         me off?  Are you going to direct the

12         witness not to answer any questions

13         about how she expresses gratitude going

14         forward?

15              MR. ASHANTI:  Depends on the

16         situation.  But right now you're

17         harassing on this point.  You're

18         drilling down to something that's

19         completely irrelevant to this lawsuit.

20              MR. STOLL:  Drilling down is what

21         happens in depositions.

22              MR. ASHANTI:  On irrelevant

23         points, no, that's incorrect.

24              MR. STOLL:  Okay.

25         Q    Is there something that you think

182

```
 1                        J. Doe
 2   is relevant about the photograph of you playing
 3   pool that's in front of you?
 4              MR. ASHANTI:  You asked for it in
 5         discovery.  We produced it, by counsel.
 6         Q    Do you think the document in front
 7   of you is representative of you at a certain
 8   age at a certain time?
 9         A    It is.
10         Q    Did you graduate high school?
11         A    No.
12         Q    Why not?
13         A    The entire situation that was
14   happening with the different teachers, and not
15   just Mark, was just very difficult.  I was
16   having a really hard time being at school with
17   all these people that were making my life very
18   difficult.  So I just wasn't feeling great
19   anymore.  I wasn't feeling like I wanted to be
20   there for the right reasons.  So I was just
21   starting to spiral emotionally.
22         Q    Did you attend school at all the
23   second semester of 2001-2002 school year?
24         A    2001 to 2002?
25         Q    Yes.
```

183

1                        J. Doe

2          A     I believe so.

3          Q     How many days did you go in the

4   second semester of the 2001-2002 school year?

5          A     I can't recall that.

6          Q     What did you do when you pulled

7   out of Francis Lewis High School?

8          A     I started working.

9          Q     Where did you start working?

10         A     I worked in Manhattan.

11         Q     Where?

12         A     I worked at a company called

13  Pazzo, P-A-Z-Z-O.  The owner's name was Rubin.

14  And I did secretarial work.

15         Q     Had you had any employment prior

16  to that job?

17         A     I did work part time at a

18  restaurant at some point when I was maybe 17.

19  Yeah, somewhere around that time.

20         Q     In high school did you have any

21  boyfriend's during your high school years?

22         A     No.

23         Q     No?

24               MR. ASHANTI:  Objection to form.

25         A     At what point?  Where in high

184

1                          J. Doe

2     school?

3          Q    From the time you started high

4     school until the time you left high school, did

5     you have any boyfriend's?

6               MR. ASHANTI:  Besides Waltzer?

7               MR. STOLL:  Those are your words.

8          Not mine, counsel.

9               MR. ASHANTI:  I'm asking you.

10              MR. STOLL: I'm not referring to

11         Mark Waltzer.

12         Q    Did you have any boyfriends in

13    high school?

14         A    I was 17, I dated someone but he

15    was not in high school.

16         Q    How old was he?

17         A    I'm not 100 percent sure.  I don't

18    remember.

19         Q    Approximately how old was he?

20         A    Mid 20s.

21         Q    What was his name?

22         A    Luis DeCastro.

23         Q    Are you in touch with Luis

24    DeCastro?

25         A    No.

185

1                          J. Doe

2          Q     When is the last time you spoke to

3      him?

4          A     By the time I got married.

5          Q     Did you have an intimate

6      relationship with Luis DeCastro?

7          A     No.

8          Q     How long did your relationship

9      with Luis DeCastro last?

10         A     About six months.

11         Q     When you were 17, did you have

12     that relationship with Luis DeCastro, was it in

13     the summer, fall, spring?

14         A     I don't remember.

15         Q     Was it during over Christmas,

16     New Year's?

17         A     I don't recall.

18         Q     Do you recall whether you spent

19     any holidays with him, experienced any

20     birthdays with him, anything like that?

21         A     We didn't really do that.  When I

22     did those things prior with Mark, it was

23     something that was frowned upon and something I

24     knew I wasn't supposed to be doing.  But in a

25     normal setting, that wouldn't be something I

186

1                          J. Doe

2    was supposed to be doing due to my religion.

3          Q    Celebrating birthdays and

4    holidays?

5          A    Correct.

6          Q    Did there come a time that you

7    broke up with Luis DeCastro or he broke up with

8    you?

9          A    I believe so.

10         Q    How did that end?  Was that

11   upsetting for you?  Did it affect you in any

12   way?

13         A    No.  We didn't have an intimate

14   relationship.  It wasn't like I was emotionally

15   attached to him, no.

16         Q    Were you sad or upset when you

17   broke up with Luis DeCastro?

18         A    I don't remember being upset, no.

19         Q    So after you left high school, you

20   started working in an office job.  How long did

21   that office job last?

22         A    About a year.

23         Q    Did you have any boyfriend's

24   during that year that you approximately had the

25   office job?

187

1                          J. Doe

2          A     No, I didn't.

3          Q     Did something change after you

4    left that job?  Did you go to a new job?

5          A     I believe I moved to Indiana and I

6    spent some time with my sister at that time.

7          Q     Was there something upsetting that

8    happened that caused you to leave that job and

9    move to Indiana with your sister?

10         A     I just wanted to spend more time

11   with my sister.

12         Q     What was going on within your

13   personal life at that time before you went to

14   move in with your sister?

15         A     I believe that everything that had

16   happened had such an impact on me, that I was

17   having a hard time coping with a lot of things.

18   With everything in life itself.

19         Q     Did you have any sexual

20   interactions with anybody in the year before

21   you moved to Indiana?

22         A     No, I did not.

23         Q     How is your sort of emotional

24   difficulty manifesting to you in the year

25   before you moved to Indiana?

188

1                           J. Doe

2           A     I don't understand your question.

3           Q     Were you sad?  Were you anxious?

4     Were you cutting yourself?  Did you have any

5     eating disorder?  Anything that you considered

6     now to be manifestations of the difficulties

7     you had had?

8           A     I withdrew.  I think that I

9     changed a lot.  I became a different person.  I

10    used to be happier and trusting and I used to

11    believe everything.  Naive you could say.  At

12    this point, I started to see life different.

13    People different.  I wasn't feeling very happy.

14    I wasn't feeling very trusting.  I was starting

15    to have a change on who I was.

16          Q     Which sister did you move in with

17    in Indiana?

18          A     Brissa.

19          Q     How long did you stay with Brissa

20    for in Indiana?

21          A     I don't recall.

22          Q     Was it more than five years?

23          A     No, it wasn't.

24          Q     Was it more than three years?

25          A     No.

189

1                    J. Doe

2         Q     Was it more than a year?

3         A     Maybe max.  Maybe less.  Probably

4    less.

5         Q     You think it was more than six

6    months?

7         A     If six months tops, but I don't

8    think it was more, no.

9         Q     So where did you go after you left

10   Brissa's home?

11        A     I believe I went to Hawaii.

12        Q     What brought you to Hawaii?  What

13   made you decide to go to Hawaii?

14        A     I had a really good friend when I

15   was, I believe, 13.  We weren't very much in

16   touch.  But her and her family had moved to

17   Hawaii and she invited me to come to Hawaii.

18   So I accepted the invitation.  It was a good

19   time for me.

20        Q     Who was that friend?

21        A     Suema, S-U-E-M-A, Wong.

22        Q     Where did you see Suema Wong from?

23        A     Upstate New York.

24        Q     Did you know people in Upstate New

25   York?

190

1                          J. Doe

2          A    My aunt was living in Upstate New

3     York at some point.

4          Q    Which aunt?

5          A    Marie.

6          Q    So what year did you move to

7     Hawaii?

8          A    I didn't move to Hawaii.  I mean,

9     what year did I move or that I visited?

10         Q    So you went to Hawaii after about

11    six months in Indiana.  Did you go there just

12    to visit?

13         A    Correct.

14         Q    And then what happened?

15         A    Then I moved back.  I came back.

16         Q    Back to where?

17         A    Indiana.

18         Q    And how long did you stay in

19    Indiana for?

20         A    I don't remember exact time.

21         Q    Did there come a time you moved to

22    Hawaii permanently?

23         A    Yes.

24         Q    Approximately, when?

25         A    When?

191

1                          J. Doe

2          Q     Yes.

3          A     In 2005.

4          Q     When did you meet your husband?

5          A     I met him in the beginning of

6    2004.

7          Q     Where did you meet him?

8          A     I met him in Hawaii.

9          Q     What were the circumstances of you

10   meeting him?

11         A     He was a friend of my friend.

12         Q     Was he a friend of Suema Wong?

13         A     Yes.

14         Q     And you said in the beginning in

15   2004?

16         A     Right.

17         Q     After you left high school, when

18   was the next time you had communication with

19   Mark Waltzer?

20         A     Throughout the years I think we

21   communicated through WhatsApp; but I don't

22   remember how many times or when specifically

23   that was.

24         Q     So would you just say on an

25   occasional basis you were in WhatsApp

192

J. Doe

1    communication with Mark Waltzer when you left

2    high school?

3    A    I believe when I was -- does he

4    have something to say?

5

6    Q    Go ahead.  You can answer the

7    question?

8    A    Can you repeat that question?

9    MR. STOLL:  Can we have a read

10    back, please?

11    (Record read.)

12    A    I remember seeing him -- I think

13    when I was 18, I saw him once in the city and I

14    think I was already working.  And I saw him

15    once.  We met up.  And when I stayed with my

16    friend in Upstate New York, I had a

17    conversation with him over the phone.  And I

18    remember that time he offered to pay for

19    college, but it's something I didn't -- I

20    thought it was funny because I didn't even

21    finish high school.  I don't even know if he

22    knew that.  I don't think that I wanted to be a

23    burden.  I just kind of wanted to disappear at

24    that moment.  And I remember talking to him

25    down the line.  And a few years later when I

193

1                                    J. Doe

2      was in Hawaii, several times throughout the

3      year, like we never spoke very often, but it

4      was almost like catching up kind of event.

5      That's all I remember.

6             Q     When you were 18, did you have

7      WhatsApp communications with Mark Waltzer?

8             A     I don't think so.  I don't think I

9      had WhatsApp at that time.

10            Q     When did you first start having

11     WhatsApp communication with Mark Waltzer?

12            A     Maybe later.  Much later.  Like I

13     don't remember exactly.

14            Q     When you met up with Mark Waltzer

15     in the city when you were about 18, did you

16     have sexual intercourse then?

17            A     No.

18            Q     Was it painful for you to

19     communicate with Mark Waltzer after you

20     graduated high school?

21            A     No, I didn't see it that way.  I

22     did not see it that way at that time.  I took a

23     lot of things for what they were and I didn't

24     understand all the things that were happening

25     or happened.  I couldn't see it that way.

194

1                          J. Doe

2          Q     Now there came a time when you

3    were living in Hawaii that you ended up it

4    seeing Mark Waltzer again in New York City,

5    right?

6          A     What?

7          Q     Did there come a time that you saw

8    Mark Waltzer again in New York City after you

9    were living in Hawaii?

10         A     Yes.

11         Q     When was the first time you saw

12   Mark Waltzer in New York after you moved to

13   Hawaii?

14         A     I'm having a hard time remembering

15   the date right now.  But, I believe, it was --

16   I think it was 2014.

17         Q     What were the circumstances under

18   which you saw Mark Waltzer in New York City

19   after you were in Hawaii around 2014?

20         A     My husband and I had problems

21   since the beginning.  I guess since I got

22   married more as an escape than anything else.

23   At that time we were going through proceedings

24   to divorce, but we were just not in a good

25   place.  And New York was always in my heart,

195

1                         J. Doe

2      and I wanted to be here.  But everything that

3      happened kind of pushed me in a different

4      direction.

5                    So when I came to New York, Mark

6      was one of those people that it was kind of

7      like kept pulling me back to that time where

8      everything was different and so a reminder of

9      what it was before I left.  I used to see him

10     different.

11          Q    So is it fair to say that at the

12     time you were going through close to your

13     divorce with your husband, at that time you

14     viewed your time with Mark Waltzer in a more

15     favorable light than you do now and so you were

16     attracted to the idea of touching base with him

17     again; is that a fair paraphrasing?

18          A    No, it isn't.

19          Q    So before you went back to New

20     York from Hawaii in what you think is about

21     2014, did you reach out to Mark Waltzer?

22          A    We talked a few times over the

23     phone, yes.

24          Q    Did you also speak or communicate

25     over WhatsApp then?

196

1                           J. Doe

2          A     Yes, we did.

3          Q     Did you tell him you were coming

4     to New York?

5          A     Yes, I did.

6          Q     Did you ask him for money for

7     airfare or frequent flyer miles?

8          A     If I asked him for airfare?

9          Q     Yes.

10         A     I don't remember.  I don't think

11    so.

12         Q     Did you ask him for frequent flyer

13    miles?

14         A     I don't remember that.

15         Q     Did you ask him to assist you in

16    any way from getting to New York from Hawaii?

17         A     No, I don't remember that.

18         Q     Did he assist you in any way from

19    getting from Hawaii to New York?

20         A     At that time when I went in 2014?

21         Q     Yes.

22         A     No, he did not.

23         Q     How about 2017?

24         A     2017?

25         Q     Yeah.

197

1                          J. Doe

2         A     What's happening in 2017?   2017

3    sounds very random.  I don't remember if I was

4    in New York in 2017.

5               MR. ASHANTI:  There's no question

6         pending.

7               THE WITNESS:  Oh, okay.

8         Q     Did you ask Mark Waltzer in 2017,

9    if he had any American miles he could donate to

10   you to come to New York in support of your

11   family?

12        A     I don't remember that.

13        Q     So it's your testimony prior to

14   2014, you were in phone communication and

15   WhatsApp communication with Mark Waltzer,

16   right?

17        A     Once in a while, yes.

18        Q     You found those communications to

19   be satisfying; is that correct?

20        A     I wouldn't describe it as

21   satisfying, no.

22        Q     Did you engage in those

23   conversations and communications willingly?

24        A     I wasn't under duress, no.

25        Q     Did you engage in those

198

1                            J. Doe

2    communications with Mark Waltzer out of sense

3    of social duty of some sort?

4         A    I don't understand the meaning

5    behind that question.

6         Q    Did you want to speak to Mark

7    Waltzer when you spoke with him and

8    communicated with him in the years between,

9    say, 2012 and 2017?

10        A    I don't remember the feelings that

11   drove me to have communications with Mark at

12   that time.

13        Q    When you spoke with Mark during

14   that time period, did it feel like a burden to

15   you?

16        A    I do not recall the feelings of

17   after communication or during.

18        Q    Do you know why you spoke with

19   Mark Waltzer between 2012, 2017, why you

20   remained in communication with him?

21        A    My thoughts right now on why?

22        Q    Yes.

23        A    I believe that the experience,

24   everything was so traumatic.  I kept going back

25   to it because I never defined it or never

199

1                          J. Doe

2    explored how I felt about everything.  And I

3    think I suppressed all my feelings.  And, you

4    know, he was a big key of why I felt the way

5    that I did until I figured out what was

6    happening.  He was a link that I couldn't lose.

7          Q    So from 2012 to 2017, at that time

8    in your mind you were consciously thinking of

9    talking to him as a way of trying to work

10   through trauma?  Or would you say that was more

11   a subconscious thing?

12         A    More a subconscious thing.

13         Q    So consciously what were you

14   thinking or feeling at the time about why you

15   were communicating with Mark Waltzer?

16         A    I don't think I had a lot of

17   thought behind it.

18         Q    Did you want to see Mark Waltzer

19   again when you went back to New York from

20   Hawaii in 2014 or so?

21         A    I believe that I always wanted to

22   have a conversation with him about everything

23   that happened and I just didn't know how to

24   bring that about.  I was always hoping that I

25   was able to sit down with him and have a

200

1                          J. Doe

2    conversation.  When everything happened, I was

3    so young.  I was only a child so I didn't know

4    how to formulate the words and didn't know how

5    to feel about everything.  And it got to a

6    point where I wanted to do that, but it was a

7    lot more painful than I realized.

8          Q    When you came to New York in 2014

9    or so, was there something in particular that

10   brought you here?

11         A    No, nothing particular.

12         Q    Did you see Mark Waltzer then?

13         A    I believe so.

14         Q    Did you go out with him?

15         A    I believe so.

16         Q    Did you come to the city with your

17   daughter in 2014?

18         A    Yes.

19         Q    Did you stay at Mark Waltzer's

20   apartment in 2014 when you saw him in the city?

21         A    Yes.

22         Q    Did you have sexual relationship

23   with Mark Waltzer or sexual intercourse with

24   Mark Waltzer in 2014?

25         A    Yes.

201

1                          J. Doe

2          Q     And did you at the time find that

3     that time enjoyable?

4          A     No.

5          Q     Did you find it upsetting?

6          A     Somewhat.

7          Q     Did you stay in touch with

8     Mark Waltzer after that time you stayed with

9     him in 2014 or so?

10         A     No.

11         Q     How many nights did you stay with

12    Mark Waltzer in 2014 or so when you came to New

13    York?

14         A     Either one or two.  I'm not 100

15    percent sure.

16         Q     Did anybody else join you and

17    Mark Waltzer and your daughter at any point

18    while you were seeing him in 2014 or so?

19         A     Yes, my friend Matthew Lee dropped

20    me off and joined us for dinner.  And I believe

21    that Mark had a couple of friends that were

22    there that were over.

23         Q     Where did you know Matthew Lee

24    from?

25         A     He was an older friend from

202

1                        J. Doe

2     church.

3          Q     Did he have any connection with

4     the school or work at the school?

5          A     No, not at all.

6          Q     Then did there come another time

7     that you saw Mark Waltzer in Hawaii?

8          A     Yes.

9          Q     How did that come about?

10         A     I received a WhatsApp text from

11    mark in 2020, that he was in Hawaii.  It was

12    pretty shocking because at this time things

13    were different.

14         Q     How were things differently?

15         A     I had already been divorced and

16    been out of the relationship that I was in for

17    a really long time trying to escape New York.

18    And I started therapy and I started to look

19    into the source of everything in my life.  So

20    when he came to Hawaii, I was in a different

21    place.

22         Q     So when did you first start

23    therapy?

24         A     I believe in -- I can't remember

25    exactly the date.

203

1                         J. Doe

2          Q     Approximately, what year?

3          A     I can't remember right now.

4          Q     But you started therapy prior to

5    when you saw Mark Waltzer in Hawaii in 2020; is

6    that correct?

7          A     Well, I had already started -- I

8    started talking to my doctor about a lot of

9    things that I was feeling and she recommended

10   me to start talking to somebody.  But I can't

11   quite remember like if I already had started

12   talking to somebody.  But I was aware of a lot

13   of my feelings, yes.

14         Q     So when you testified a moment ago

15   that you started therapy before you saw

16   Mark Waltzer in 2020, that might have been an

17   error and you hadn't actually started therapy

18   yet; is that correct?

19         A     Maybe.

20         Q     But you believe before you saw

21   Mark Waltzer in 2020, you believe you had

22   started talking about some emotional issues

23   with your doctor, correct?

24         A     Correct.

25         Q     What doctor was that?

204

1                          J. Doe

2          A     What's her name?

3          Q     Yes.

4          A     I don't remember her name right

5    now.

6          Q     Was she your primary care doctor

7    at the time?

8          A     No.

9          Q     Was she a doctor for something

10   else?

11         A     Yes, she was my OB/G.

12         Q     Did you see your OB/G ever for the

13   specific purpose of just talking to her about

14   emotional issues, or was it always secondary to

15   some other treatment you had?

16         A     I don't understand the question.

17         Q     Did you ever see your OB/G for the

18   specific purpose of talking about emotional

19   issues regarding Mark Waltzer?  Did you ever

20   see your OB/GYN for sole purposes of talking to

21   her about emotional issues?

22         A     No.  But my emotional issues was

23   related to her specialty, yes.

24         Q     What was her specialty?

25         A     She's an OB/GYN.

205

1                          J. Doe

2          Q     So what way were your emotional

3    issues her specialty?

4          A     They were tied to my sexuality.

5          Q     Did you discuss issues of your

6    sexuality with your OB/GYN?

7          A     Correct.

8          Q     Did you ever go to her solely for

9    the purpose of talking about sexual issues?

10         A     Among others.

11         Q     What's her name?

12         A     I do not recall from a few minutes

13   ago since you asked.

14         Q     Do you still have the same OB/GYN?

15         A     Correct.

16         Q     What was it like when you saw

17   Mark Waltzer in Hawaii?

18         A     It was difficult.  We didn't spend

19   that much time.  We probably talked about 10 to

20   15 minutes.  I don't know.  It wasn't long.  I

21   realized I wasn't scared anymore.  I was scared

22   for a really long time.  But I realized I

23   wasn't a child anymore.  I wasn't that person

24   who I once was.  I felt stronger.

25         Q     At the time you saw Mark Waltzer

206

1                        J. Doe

2    in Hawaii in 2000, had you been considering

3    bringing a lawsuit against him?

4              MR. ASHANTI:  Objection.  I think

5         you said 2000.

6              MR. STOLL:  I'm sorry, in 2020.

7         Thank you.

8         A    I didn't look at Mark for purposes

9    of having a lawsuit.  I had to explore all my

10   feelings.  And I didn't even know it was a

11   possibility.  So I guess the answer is no.

12        Q    When did you start exploring the

13   possibility of bringing a lawsuit against

14   Mark Waltzer?

15        A    After the visit.

16        Q    After he visited you in Hawaii?

17        A    Right.

18        Q    What did you do to explore that

19   possibility?

20        A    I contacted a couple of law firms.

21        Q    Did you contact New York law

22   firms?

23        A    Yes.

24        Q    Have you applied for any sort of

25   loan or lawsuit funding based on this case?

207

1                    J. Doe

2        A    What?  What do you mean?

3        Q    Have you gotten any advance

4   funding or money from any sort of loan company?

5        A    No.

6             MR. ASHANTI:  As a loan against

7        the lawsuit.

8             THE WITNESS:  No.

9             MR. STOLL: I have lots of

10       questions for you about damages and

11       about who you disclosed your

12       relationship with Mark Waltzer to and

13       when and where.  But my deposition time

14       is split between me and co-counsel.  So

15       I'm going to turn it over to her now.

16       And if we need to take it up with the

17       court down the line.

18             It was nice meeting you.

19             THE WITNESS:  Nice meeting you

20       too.

21             MS. DAINOW: Off the record.

22             (Off the record at 10:42.)

23             (On the record at 11:00.)

24             (Recess.)

25   EXAMINATION BY MS. DAINOW:

208

                              J. Doe

1

2          Q     Good morning.   My name is

3    Jacqueline Dainow, and I work at the Office of

4    Corporation Counsel and I represent the New

5    York City Department of Education in this

6    matter.

7                Today, I'm going to be asking you

8    a series of questions for the claims you

9    brought against DOE and defendants in this

10   matter.

11               Before we begin, I just want to go

12   over a couple ground rules that my co-counsel

13   had said yesterday just as a quick refresher.

14               I would just ask that you please

15   give verbal responses to all of my questions so

16   the court reporter can take it down.

17               If you don't understand any

18   question, let me know.   I will rephrase it for

19   you until you can understand.

20               If you need to take a break at any

21   time, let me know.   The only thing I ask is

22   that if there's a question pending, you respond

23   to that question before taking a break.

24               Do you understand all the

25   instructions before you today?

209

1                           J. Doe

2          A     Yes, I do.

3          Q     Other than conversations with your

4    attorney, have you spoken to anyone regarding

5    your testimony today or yesterday?

6          A     No.

7          Q     What other names do you regularly

8    use, if any?

9          A     Regularly?

10         Q     Yes.

11         A     As of when?

12         Q     As of ever.

13         A     My maiden name L.C.

14         Q     Any other names?

15         A     No.

16         Q     Can you tell me your Social

17   Security number?

18               MS DAINOW: And only the last four

19         digits for the record.

20         A     7195.

21         Q     Other than L.C. and L.N., are

22   there any other names?  For example, nicknames

23   that you've ever been called?

24         A     Yes, my sister say when I was

25   younger used to call me "La La."

210

1                          J. Doe

2          Q     Is that the only nickname?

3          A     Yeah, that I recall.

4          Q     Can you state your current address

5    for the record?

6          A     XXXXXXXXXXXXXXXXXXXXXXXXXXXXX.

7          Q     Who do you currently live with?

8          A     My daughter.

9          Q     And how old is your daughter right

10   now?

11         A     She is 16.

12         Q     And who is your daughter's father?

13         A     His name?

14         Q     Yes.

15         A     Akihiro, A-K-I-H-I-R-O.

16         Q     Where does he currently live?

17         A     Ewa Beach, Hawaii.

18         Q     Can you tell me where you lived

19   from 1998 to 2002, from the time you were in

20   middle school and the time you were in high

21   school?

22         A     Flushing, 4580 157th Street.

23         Q     Is that in Flushing?

24         A     Flushing, 11355.

25         Q     And how long did you live there?

211

1                           J. Doe

2    What years?

3           A    Since 1995 all the way to 2003,

4    2004.  I don't remember.

5           Q    I know we kind covered this

6    yesterday, but we only covered certain years of

7    when you lived there.  So I'll just ask the

8    broad question.  Who, if anyone, lived with you

9    during that time frame from 1995 to 2003 at

10   that address?

11          A    My aunt lived there for some time.

12   Not through the whole time.  But later on it

13   was just my mother, my sister Brissa, my sister

14   Yasmin, my brother Sean, and for a very brief

15   period for about six months in 1995, my aunt's

16   daughter-in-law and her two grandkids were

17   there for about six months.

18          Q    At what point did your aunt stop

19   living there?

20          A    I don't remember.

21          Q    Was it more than five years after

22   you started living there?

23          A    Less.

24          Q    More than three?

25          A    Maybe three or less.

212

1                       J. Doe

2          Q    Do you recall her living there

3     when were you in high school?

4          A    No.

5          Q    Have you ever filed a Notice of

6     Claim against the City of New York or

7     Department of Education?

8          A    Besides this?

9          Q    Correct.

10         A    No.

11         Q    Have you ever brought a lawsuit

12    against the City of New York or Department of

13    Education apart from this?

14         A    No.

15         Q    Have you ever been a party to a

16    lawsuit before?

17         A    No.

18         Q    Have you ever been sued?

19         A    No.

20         Q    Have you ever given sworn

21    testimony before?

22         A    No.

23         Q    Have you ever been convicted of a

24    crime?

25         A    No.

213

1                           J. Doe

2          Q     Are there presently any judgments

3    or liens against you or your property by the

4    City of New York for any reason not mentioned

5    during this deposition?

6          A     No.

7          Q     Are you currently married?

8          A     No.

9          Q     When did you get divorced?

10         A     November of 2018.

11         Q     Did you get divorced from Akihiro?

12         A     Correct.

13         Q     That's the father of your

14   daughter?

15         A     Yes.

16         Q     What's your daughter's name?

17         A     E.

18         Q     And does she have the same last

19   name N?

20         A     Yes.

21         Q     Have you been married other than

22   to Akihiro?

23         A     No.

24         Q     Are you currently in any kind of

25   relationship right now?

214

1                          J. Doe

2          A     No.

3          Q     Can you tell me what happened to

4    your relationship?  Why did it end with

5    Akihiro?

6          A     I think I married him for the

7    wrong reasons.  I married him because I was

8    running away from everything that had happened

9    in New York and through the whole time it was

10   very difficult and he endured a lot.  But a

11   person can only do so much.  I think I was too

12   unhappy because I never felt like I was

13   deserving of much love from anyone.  And I

14   pushed him away many times.  And I acted out.

15   And like the confusion I had in my head.  So at

16   the end it wasn't something that we could fix

17   because I didn't understand what was it that I

18   needed to fix.

19         Q     How long were you married to him

20   for?

21         A     Fourteen years.

22         Q     What age did you get married to

23   him?

24         A     We got married in 2004; so I was

25   19.

215

1                          J. Doe

2          Q     How did you meet him?

3          A     I met him in Hawaii.

4          Q     Did any of the alleged events in

5    this lawsuit impact your relationship with your

6    husband?

7          A     Yes.

8          Q     Any of those alleged events, were

9    they part or the full reason as to why you

10   ended up getting divorced?

11         A     Yes.

12         Q     Can you be more specific as to

13   what exactly caused your divorce with respect

14   to the alleged events in this lawsuit?

15         A     I don't understand your question.

16         Q     Can you tell more about what

17   specifically caused your divorce with respect

18   to your experiences when you were in middle

19   school and high school?

20         A     Other experiences changed me as a

21   person and led me to behave the way that I did

22   toward my husband.  Not trusting him as a man.

23   Not being able to allow him to love me and

24   therefore, seeking instant gratification with

25   other men instead of being happy.  I couldn't

216

1                          J. Doe

2      allow anybody to make me happy because I didn't

3      feel like I was deserving to be loved to begin

4      with.

5          Q    Those feeling you just described,

6      were they a result of your alleged relationship

7      with Mr. Waltzer?

8          A    I think it was combined.  I think

9      everything that happened starting from middle

10     school with Mark, with Douglas, with Aaron,

11     with Eisenberg, I think everything together.

12     Especially the abortion which was major in my

13     life that carried a huge weight.  All of it

14     together played a part how I felt about myself.

15         Q    I will go into that in a little

16     bit.  I want to continue asking about other

17     things first.  With respect to your daughter,

18     do you have sole custody?

19         A    Sole physical custody.

20         Q    Did you always want to have

21     children?

22         A    No.

23         Q    Did you ever want to have

24     children?

25         A    No.

217

1                        J. Doe

2        Q    Did you plan to have your

3   daughter?

4        A    No.

5        Q    After you found out you were

6   pregnant, did having an abortion ever cross

7   your mind?

8        A    No.

9        Q    Was it ever considered at any

10  point?

11       A    No.

12       Q    When was the first time you had

13  sex?

14       A    Mark.

15            MR. ASHANTI:  In her life.

16            MS. DAINOW:  Yes, in her life.

17       A    With Mark.

18       Q    How old were you?

19       A    Fifteen.

20       Q    When you first found out you were

21  pregnant, how exactly were you feeling at that

22  time?  The question, meaning, how did you find

23  out you were pregnant?

24       A    Which pregnancy?

25       Q    Your first pregnancy.

218

1                        J. Doe

2        A    I wasn't feeling well and Mark

3   went to the store to get a pregnancy test.

4        Q    When you said, "I wasn't feeling

5   well," can you describe what that means?

6        A    I don't remember.  I just remember

7   not feeling well and he was the one who figured

8   out that it was probably pregnancy.

9        Q    Did you have a conversation before

10  he decided to go get a pregnancy test?

11       A    I don't know what you mean by a

12  conversation?  We did talk.

13       Q    So you said you weren't feeling

14  well and then he went to get a pregnancy test.

15  I'm just curious what, if any, conversation you

16  had with him that you think leads him to

17  believe that you were pregnant and needed to

18  have a test?

19       A    I was in front of him; so he could

20  see me.

21       Q    How did you look at that time?

22  The question meaning, you say how he saw you.

23  What does that mean?

24       A    I probably looked not well.

25       Q    Meaning were you flushed, were you

219

1                            J. Doe

2    coughing, were you lying on the floor,

3    something else?

4              A    I don't recall.

5              Q    Did you feel nauseous, do you

6    recall?

7              A    I don't recall.

8              Q    Did you feel light-headed?

9              A    Not that I remember.

10             Q    Did you feel physically ill?

11             A    Maybe my stomach hurt.  I don't

12   know.

13             Q    You took the pregnancy test that

14   day?

15             A    Correct.

16             Q    Did you ever go to the doctor to

17   confirm you were, in fact, pregnant after

18   taking the test?

19             A    No.

20             Q    You never saw any practitioner?

21             A    No.

22             Q    Did you only take that one

23   pregnancy test?

24             A    Yes.

25             Q    How long after you had sex with

220

1                          J. Doe

2    Mr. Waltzer did you start not feeling well?

3         A    I'm not sure.  I don't recall.

4         Q    When was the last time you had sex

5    with Mr. Waltzer prior to the date that you

6    took the pregnancy?

7         A    I don't remember that.

8         Q    Would you say a few days, a few

9    weeks, a few months, something else?

10        A    Maybe the day before.

11        Q    You previously testified you had

12   an abortion; is that correct?

13        A    Correct.

14        Q    And this wasn't entirely clear.

15   Now you've had, you know, some time to rest

16   maybe you recall it better.  Do you recall when

17   you had the abortion?

18        A    I do not recall.

19        Q    Do you recall it potentially being

20   summer of 2000?

21        A    I don't recall that.

22        Q    Was it potentially in the summer

23   of 1999?

24        A    No, it wasn't.

25        Q    Was it potentially in the summer

221

1                          J. Doe

2    of 2001, or at any time in 2001?

3          A    I am not sure.

4          Q    Do you recall approximately how

5    old you were at the time you had an abortion?

6          A    Between 15 and 16.

7          Q    When you went to get the abortion,

8    what time of day was it?

9          A    Morning time.

10         Q    What was the weather like that

11   day?

12         A    I don't remember that.

13         Q    Do you recall what you were

14   wearing that day?

15         A    No.

16         Q    Where did you get the abortion?

17         A    At a clinic.

18         Q    Do you recall the name of the

19   clinic?

20         A    I do not.

21         Q    Do you recall where the clinic was

22   located?

23         A    I have a faint memory about Forest

24   Hills, but I'm not 100 percent sure.

25         Q    Do you recall any markers, stores

222

1                              J. Doe

2     or businesses around that area that might give

3     you some indication of where you were located?

4          A    Yes.  I remember seeing all the

5     stores and I forgot the name of the street, but

6     it's in Forest Hills.  There used to be like

7     Banana Republic and different kinds of stores.

8     I always kind of liked that neighborhood.  I

9     remember seeing them.  But I don't remember the

10    specific location, no.

11         Q    How did you get there?

12         A    Mark drove me.

13         Q    Do you remember what kind of car

14    it was?

15         A    I think he had a Camry.

16         Q    Do you know the year of the car?

17         A    No.

18         Q    Do you know the color of the car?

19         A    Silver.

20         Q    When you got to the office, was

21    the office, if you recall, part of a building

22    with other stores in it?

23         A    No.  The front of the building it

24    was -- no, it wasn't part of other stores, no.

25         Q    So it was essentially a

223

1                          J. Doe

2    stand-alone office building?

3          A    Correct.

4          Q    What floor was the office you went

5    to, to have the abortion?  What floor was it

6    on?

7          A    I believe it was on the main

8    floor.

9          Q    So you just walked into get to

10   that floor?

11         A    I think so.

12         Q    Do you recall walking in and going

13   to a certain direction to get to the location?

14         A    I don't remember.

15         Q    And do you recall how big the

16   medical practice was?

17              MR. ASHANTI:  Objection to form.

18         You can answer.

19         A    I don't think it was that big.

20         Q    Do you recall how many doctors, if

21   you know, were at the practice?

22         A    No, I don't know that.

23         Q    When you went inside, did you see

24   was it a small office, a big office, something

25   else?

224

1                        J. Doe

2          A      It was kind of small.

3          Q      What did the waiting room look

4    like?

5          A      There's lot of chairs.  Kind of

6    like older chairs, I believe.  The arms, I

7    believe, was wood, you know.  It was wood with

8    just regular cushion chairs.  There was a

9    receptionist.  There was probably around 20

10   chairs there.  I believe the waiting room was

11   on the left and the receptionist was on the

12   right when you walked in.  And then there were

13   some doors.  And then you walked in and, I

14   believe, I was directed to the last room.  And

15   the last room I was with three people.  They

16   were wearing -- I don't remember if it was

17   white with like salmon or pink.  But I remember

18   it was some kind of color like that.  I believe

19   there was one doctor with two nurses.  And if

20   I'm not mistaken -- it's really faint.  It

21   feels like a long time ago and it is; but I

22   believe that the doctor was Asian.

23         Q      Before I ask you about that.  You

24   said there was a receptionist at the desk.  Was

25   there only one or more than one?

225

1                          J. Doe

2          A     I believe there was only one that

3     I remember.

4          Q     Did the receptionist you saw

5     there, do you recall if that person was wearing

6     a name tag?

7          A     No, I don't remember.

8          Q     Did you ever speak with the

9     receptionist?

10         A     No, I did not.

11         Q     When you got there, can you

12    describe prior to going to the exam room what

13    happened?

14         A     Mark was there and he was the one

15    who did all the talking and he the was one who

16    did all the paperwork.  And that's it.

17         Q     The only time you say you are

18    saying you spoke with someone was when you went

19    into the exam room?

20         A     I don't even remember talking to

21    them.  Maybe a brief conversation.

22         Q     Was this a walk-in appointment or

23    was an appointment previously made?

24         A     Maybe I can ask him.  I don't

25    remember.

226

1                          J. Doe

2          Q    I'm just going to ask what you

3     recall.

4          A    Oh, okay.  I don't know.

5          Q    Did you ever personally make a

6     phone call or write an email in order to make

7     this appointment?

8          A    I didn't know that was even a

9     possibility at that time.

10         Q    So just for the record, you also

11    never went in person to make the appointment

12    for a later date?

13         A    Never.

14         Q    When you were sitting in the room,

15    you said that Mr. Waltzer filled out all the

16    paperwork, right?

17         A    Correct.

18         Q    Were you sitting next to him when

19    he filled out the paperwork?

20         A    No.

21         Q    How far away were you sitting from

22    him?

23         A    Maybe 5, 7 feet.

24         Q    If you were to glance over would

25    you be able to see what he was writing?

227

1                          J. Doe

2         A    No.

3         Q    Did he ever ask you any questions

4   in order to help him fill out paperwork?

5         A    No.

6         Q    Are you aware of what name he

7   wrote down on the paperwork?

8         A    I am not.

9         Q    Were you ever asked at any point

10  to show identification in order to be seen?

11        A    I was not.

12             MR. ASHANTI:  One second.

13             MS. DAINOW:  Mr. Ashanti, I don't

14        think it's appropriate for you to have a

15        conversation with your client.

16             MR. ASHANTI:  Attorney/client

17        privilege.  Continue.

18        Q    I saw you had a conversation with

19  your counsel.

20             MR. ASHANTI:  No conversation.  I

21        told her something.

22        Q    Do you want to change your

23  testimony at all based on your conversation

24  with your counsel?

25        A    I do not.

228

1                         J. Doe

2          Q    When you sat in the waiting room

3     and Mr. Waltzer filled out the paperwork, did

4     you see any kind of identification card or

5     insurance card that was used in order for you

6     to be able to have the appointment?

7          A    I did not see anything.

8          Q    Were you ever asked for an

9     insurance card?

10          A    No, I wasn't.

11          Q    Yesterday you had testified that

12     you had or may have had a fake ID; do you

13     recall that?

14          A    I do.

15          Q    Do you recall having the ID with

16     you at that time?

17          A    I don't remember.

18               What it meant yesterday about that

19     is that I remember at one point having that

20     fake ID and maybe that was the ID that was used

21     or not.  I am not 100 percent sure.  But in my

22     head that is an option that's what could have

23     happened.

24          Q    The fake ID you just described,

25     where did you get it?

229

1                          J. Doe

2          A    Manhattan.

3          Q    Who did you get it from?

4          A    I don't remember.

5          Q    How long had you had it before

6    that date?

7          A    I don't remember.

8          Q    Do you still have it today?

9          A    No, I don't.

10          Q    Have you ever use that ID before

11    prior to that date?

12          A    No.

13          Q    Have you ever looked at that ID

14    before prior to that date?

15          A    No.

16          Q    So when were you given it, you

17    were handed it and you never looked at it

18    again?

19               MR. ASHANTI:  Objection.  Assumes

20          facts not in evidence.

21               MS. DAINOW:  Do you want me

22          rephrase?

23               MR. ASHANTI:  That would be

24          helpful.

25          Q    When you first had the ID, when

230

1                              J. Doe

2    you first received the ID from wherever you got

3    it up until the point of the date of

4    appointment, how many times, if at all, had you

5    actually looked at it?

6            A    I don't even know if it was used

7    at the date of the appointment.

8            Q    That's not the question though.

9    How many times had you looked at the ID?

10           A    I don't remember.

11           Q    When you first got the ID, did you

12   know what name was on the ID?

13           A    No, I don't remember.

14           Q    Do you know what address was on

15   the ID?

16           A    No, I don't.

17           Q    Date of birth?

18           A    No, I don't remember.

19           Q    Have you ever used that ID at any

20   point after the date of the abortion?

21           A    I'm not sure if I used it at the

22   abortion.  So my answer is probably no.

23           Q    Have you ever used that ID ever in

24   your life?

25           A    I believe that ID was used when we

231

1                           J. Doe

2    went out with Mark to the club.

3           Q    Do you recall what club you went

4    to?

5           A    No.

6           Q    Do you recall if it was a 21 and

7    over club?

8           A    It was.

9           Q    How old were you at that point?

10          A    Not 21.

11          Q    So when you went to the front of

12   the line to get into the club, do you recall

13   there being a bouncer or some kind of security?

14          A    Yes.

15          Q    Did you have to show ID in order

16   to get in?

17          A    I believe so.

18          Q    Did that person, to your

19   recollection, ever ask you any questions about

20   your ID before letting you into the club?

21          A    I don't recall.

22          Q    Did that person ever question your

23   ID before going into the club?

24          A    No.

25          Q    Did you and your friend and family

232

1                          J. Doe

2      ever discuss anything about your ID before

3      going into that club?

4           A    No.

5           Q    Why did you get the fake ID?

6           A    I guess I was too young.

7           Q    When you went to the club, did you

8      have to provide any information in order to get

9      in?

10          A    No.

11          Q    When you got the ID, do you recall

12     anything about that circumstance, that

13     situation?

14          A    Such as?

15          Q    Did you have to provide any

16     information in order to get that ID in the

17     first place?

18          A    No.

19          Q    Do you recall who gave you the ID?

20          A    No.

21          Q    With respect to the abortion

22     appointment, do you know what name the

23     appointment was under?

24          A    I do not know.

25          Q    You were eventually called into

233

1                          J. Doe

2    see a doctor, right?

3          A    Correct.

4          Q    To get the procedure done, right?

5          A    Correct.

6          Q    And what name was called out into

7    the waiting room in order to get you to come

8    back into the exam room?

9          A    There was no name called out.

10   Mark said it was time for me to go in.

11         Q    To your knowledge, how did mark

12   know it was time for you to go in?

13         A    You can ask him.  He's right

14   there.

15         Q    Right, but I'm asking you if you

16   know?

17         A    I don't know of his knowledge of

18   how he heard.

19         Q    I'm asking if you observed anyone

20   signify to him that they were ready for you to

21   go in or if you heard anything.

22         A    Okay.  No, I did not.

23         Q    So the only reason that you knew

24   it was your time to go into the exam room was

25   because Mark told you?

234

1                          J. Doe

2          A     Right.

3          Q     Did he accompany you into the exam

4    room?

5          A     No, did he not.

6          Q     In terms of getting the abortion,

7    I know we touched on this yesterday, but as I

8    said, you've had more time and maybe you recall

9    more information.  At that point you were

10   getting the abortion, did you want to get the

11   abortion?

12         A     I don't recall the feelings.

13         Q     At that point, did you feel like

14   anyone influenced you to get the abortion?

15         A     Yes.

16         Q     Who was that?

17         A     Mark Waltzer.

18         Q     Did anyone else influence you to

19   get an abortion?

20         A     No.

21         Q     Did you ever tell him prior to

22   getting the abortion that you didn't want to

23   have an abortion?

24         A     I don't believe so.

25         Q     Did you ever indicate to him in

235

1                           J. Doe

2    any way prior to getting the abortion that you

3    did not want to have an abortion?

4          A    I don't think so.

5          Q    After you went into the exam room,

6    can you tell me what happened?

7          A    I was put to sleep.  And then I

8    woke up and he was waiting for me.  And he took

9    me to his house.  I believe we picked up some

10   medicine or he had medicine.  I don't remember.

11   I believe we picked up medicine and he gave me

12   some medicine to take and I slept.

13         Q    Do you recall what pharmacy you

14   went to, to pick up the medicine?

15         A    No, I don't remember if that even

16   happened.

17         Q    Well, if you took the medicine, do

18   you recall what medicine you took?

19         A    No, I do not.

20         Q    When you were in the exam room,

21   you said that there was an Asian doctor; is

22   that correct?

23         A    I believe so.  It is a vague

24   memory.

25         Q    Is that the only doctor who was in

236

1                              J. Doe

2     the room with you?

3          A     There were two more people in

4     there.

5          Q     So all three people were in there

6     when you had the procedure done?

7          A     Correct.

8          Q     And do you know who the other two

9     people were?

10         A     No, I do not.

11         Q     Do you know if they were doctors

12    or nurses or something else?

13         A     In my recollection, I believe they

14    were nurses.

15         Q     Did any of them have any name tags

16    or indications of their names on their

17    uniforms?

18         A     Not that I recall.

19         Q     Can you give me any further

20    description of the Asian doctor?

21         A     No, I don't remember.

22         Q     Do you recall if he was tall,

23    short, overweight, underweight, of what?

24         A     He looked standard to me.  There

25    was nothing significant.  He didn't seem too

237

1                          J. Doe

2    skinny or too big that I remember.  He looked

3    normal.

4          Q    Do you recall if he had glasses?

5          A    I don't think so.  I don't

6    remember glasses.

7          Q    Do you recall if he had a full

8    head of hair.

9          A    I don't remember that.

10         Q    Do you recall if he had any

11   tattoos?

12         A    I didn't see any.

13         Q    The other two people, were they

14   women or men?

15         A    I believe they were women.

16         Q    Can you describe them to the best

17   of your ability?

18         A    I do not know.

19         Q    Can you give age ranges for any of

20   these people?

21         A    I cannot.

22         Q    At any point after the procedure

23   while you were still in the room, did Mark

24   Waltzer come into check on you?

25         A    I think I was under general

238

1                        J. Doe

2    anesthesia; so I wouldn't know if he did or

3    not.

4        Q    Did you have to sign a waiver in

5    order to be anesthetized?

6        A    I don't remember that.

7        Q    Do you recall any conversations

8    with either the doctor, the two who you

9    believed to be nurses or any other medical

10   professionals after or before the procedure?

11       A    I don't remember that.

12       Q    Do you know if Mr. Waltzer spoke

13   with any of your medical professionals

14   regarding the procedure and how you were doing

15   afterwards?

16       A    I don't know that.  I don't

17   remember.

18       Q    Do you recall having any

19   conversations with Mr. Waltzer after the fact

20   about him having any conversations with your

21   medical professionals with respect to the

22   procedure?

23            MR. ASHANTI:  Objection to form.

24       You can answer if you understand.

25       A    One point he described a couple

239

                              J. Doe
1
2      things which made me believe he had a
3      conversation with him.
4            Q     Can you explain what he described
5      and at what point he did that?
6            A     At one point almost at the ending
7      of our relationship he mentioned to me that our
8      baby had already little toes and little hands
9      and that kind of make it -- like I believe -- I
10     don't remember all the wording, but he did
11     mention that.  I do not know how he would have
12     known that.
13           Q     At what point did he tell you
14     that?
15           A     Almost at the end of our
16     relationship which I don't remember exactly
17     when that was.
18           Q     Do you recall the year?
19           A     No, I do not.
20           Q     Do you recall what season it was?
21           A     No.
22           Q     Do you recall if it was cold
23     outside at that point?  Warm?
24           A     No, because I've always liked the
25     cold.  So to me the cold never felt like a

240

1                         J. Doe

2    crazy season that I remember.  To me it's

3    usual.

4         Q    Do you know approximately how far

5    along you were at the time you got the

6    abortion?

7         A    Well, if the baby had already

8    hands and toes as described by someone in the

9    room.

10              MR. ASHANTI:  Meaning Mark

11         Waltzer?

12              THE WITNESS:  Mark Waltzer.

13         A    Then I wasn't as early as I

14    thought.

15         Q    How long did you think you were at

16    the time of abortion?

17         A    I have no idea.

18         Q    Do you recall ever getting a

19    sonogram?

20         A    No.

21         Q    Do you recall ever Mark Waltzer

22    talking to you about a sonogram?

23         A    No.

24         Q    Did you ever ask him how he knew

25    that per your testimony your baby had fingers

241

1                        J. Doe

2    and toes?

3        A    I don't.  I didn't want to even

4    hear it.

5        Q    How were you feeling after the

6    abortion?

7            MR. ASHANTI:  Objection to form.

8        When?  Today?  Back then?

9            MS. DAINOW:  I can clarify.

10        Q    After you got the abortion you

11    said you went to Mark Waltzer's place; is that

12    correct?

13        A    Uh-hum.

14        Q    Were there any complications with

15    the abortion to your knowledge?

16        A    Not to my knowledge.  I don't

17    know.

18        Q    Directly after the abortion for

19    the next 24 to 48 hours how were you feeling?

20        A    In pain.  Physical pain.

21        Q    Did you communicate that to

22    Mr. Waltzer?

23        A    Yes, and that's why he gave me

24    medicine.

25        Q    If you don't know the name of the

242

1                          J. Doe

2    medicine, do you know what kind of medicine it

3    was?

4          A    Some kind of painkiller.

5          Q    At any point since you entered the

6    facility to get the procedure to the point

7    where you left the facility, did you ever speak

8    with the receptionist?

9          A    No.

10         Q    Did you ever call afterwards and

11   speak with anyone at that office?

12         A    No.

13         Q    Other than physical feelings of

14   pain and whatnot, how did you feel emotionally

15   after the abortion?

16         A    At what point?

17         Q    Right after through the next 24 to

18   48 hours.

19         A    Kind of felt a little numb.  I

20   wasn't -- I don't remember thinking much.  I

21   was just -- I don't remember thinking any

22   things, no.

23         Q    Did you feel a sense of relief

24   after getting abortion?

25         A    No, not at all.

243

                           J. Doe

1

2          Q      Did you feel anger, sadness,

3    something else?

4                 MR. ASHANTI:  Same 24, 48 hour

5          period?

6                 MS. DAINOW:  Yes.

7          A      I do not recall.

8          Q      Do you recall if whatever feeling

9    you had essentially right after the abortion

10   changed at all at any point?

11         A      I don't know what you mean.

12         Q      At any point did you look back and

13   reflect upon the time that you had an abortion,

14   and did you have different feelings about it at

15   that point from the time that you originally

16   had the abortion?  Do you want me to rephrase?

17         A      A little bit.  Yes.

18         Q      So the first question is, do you

19   recall any other feelings you had within the

20   first 48 hours of having the abortion other

21   than what you testified to already?

22         A      By don't recall.  No, I don't

23   recall how I felt.

24         Q      You don't recall how you felt at

25   all?

244

1                          J. Doe

2          A    I don't recall, like, my emotional

3    state.  No, I don't remember that.

4          Q    Before you left the facility, were

5    you ever given any follow-up instructions?

6          A    I do not know.

7          Q    Were you ever given any discharge

8    paperwork?

9          A    If it was it was given to Mark.

10         Q    The forms that were filled out in

11   order for you to get the abortion and also any

12   discharge paperwork that there might have been,

13   do you know whether or not Mr. Waltzer has

14   copies?  Did he take any with him, to your

15   knowledge, when you went back to his apartment?

16         A    I do not remember that.

17         Q    Do you have any copies of those?

18         A    I do not.

19         Q    Were you ever asked to make any

20   follow-up appointments?

21         A    No.

22         Q    Did you ever go back to that

23   clinic or facility for any reason at any point

24   after that abortion?

25         A    Never.

245

1                           J. Doe

2          Q     In terms of payment, do you know

3    how abortion was the paid for?

4          A     I do not know.

5          Q     Did you ever pay for it?

6          A     No.

7          Q     Were you ever asked anything about

8    insurance in order for it to be paid?

9          A     No.

10         Q     Are you aware of whether or not

11   Mr. Waltzer paid for it?

12         A     He did.

13         Q     How do you know that?

14         A     Someone had to.

15         Q     Do you know if this was paid

16   out-of-pocket?

17         A     I do not know.

18         Q     Did you ever see Mr. Waltzer pay

19   for this appointment?

20         A     I did not.

21         Q     Did you ever see him pull out a

22   credit card to pay for this?

23         A     I did not see.

24         Q     Did he ever have conversations

25   with you after the fact about payment for this

246

1                           J. Doe

2    procedure?

3          A     No, did he not.

4          Q     Did he ever ask you for any type

5    of reimbursement for payment for this

6    procedure?

7          A     No, did he not.

8          Q     Did you ever offer to reimburse

9    for this procedure?

10         A     No, I did not.

11         Q     Did he ever tell you what the cost

12   of this procedure was?

13         A     No, he did not.

14         Q     Do you have any bills for that

15   appointment?

16         A     No, I do not.

17         Q     Do you have any receipts from that

18   appointment?

19         A     No, I do not.

20         Q     Are you aware if Mr. Waltzer has

21   any bills or procedures for this appointment?

22         A     I'm not aware, but I'm very much

23   interested.

24         Q     Were you in the care of a

25   physician or OB/GYN at that point in time when

247

                              J. Doe

1

2    you got the abortion?

3          A     I was under the care of a

4    pediatrician.

5          Q     What's the name of pediatrician?

6          A     I was in a clinic in Corona.  I

7    don't have information right now.  But I do

8    have that record.

9          Q     Up until what point did you see

10   the pediatrician?  Until what age were you?

11         A     I think to the end of 17.

12         Q     Did you see this pediatrician at

13   any time after you got the abortion?

14         A     Not that I remember.

15         Q     How often would you go see the

16   pediatrician?

17         A     Once a year.

18         Q     At the time you got the abortion,

19   you testified you were about 15, 16; is that

20   correct?

21         A     Uh-hum.

22         Q     You stopped seeing the

23   pediatrician at some point when you were 17?

24         A     I don't remember when was the last

25   time I saw the pediatrician; but nevertheless,

248

1                        J. Doe

2    I still had them active on my record.

3         Q     You never had an annual

4    appointment or any other type of appointment

5    anytime from the time you got the abortion up

6    until you stopped seeing him or her?

7         A     Don't think so.

8         Q     What was the name of your

9    pediatrician?

10        A     I don't have a name at the moment.

11        Q     Was it male or female?

12        A     I don't remember that.

13        Q     Do you remember the name of the

14   clinic or practice?

15        A     Not offhand, no.  But I do have

16   those records.

17             MS. DAINOW: So we're going leave a

18             space in the records.  If you could at

19             some point fill in the name of the

20             clinic.  We'll also make a demand for

21             those records.

22   INSERT: _____

23        Q     Last thing about this.  Did you

24   ever have any conversations with Mr. Waltzer

25   about what name he used in order to either make

249

1                              J. Doe

2    the appointment or in the forms that were

3    submitted for you to get the appointments?

4         A    No, I never had a conversation

5    about this.

6         Q    At any point, did you become aware

7    of what name was used at that appointment to

8    get you the appointment?

9         A    No.

10        Q    And do you know what name was used

11   to fill out the paperwork?

12        A    No, I do not know.

13        Q    Is there any evidence this

14   abortion occurred?

15             MR. ASHANTI:  Objection.  She's

16             testified as to it.  That's evidence.

17             MS. DAINOW: Is there any evidence

18             other than her testimony today that this

19             abortion occurred?

20        A    I do not know.  There could be.

21        Q    Well, other than the forms of

22   documentation that we went through in this line

23   of questioning, is there anything else that you

24   think could potentially show proof that you had

25   this abortion?

250

1                          J. Doe

2          A    If he paid with a credit card,

3    there might be a charge.  I do not know.

4    Depending on how payment was made.

5          Q    You said after you got the

6    abortion you went to Mr. Waltzer's apartment,

7    right?

8          A    Correct.

9          Q    How long did you stay there?

10         A    I'm not sure.

11         Q    Was it more than a day?

12         A    I'm not sure how long I stayed

13   there.  It's kind of cloudy.

14         Q    Was anyone else at his apartment

15   at the time that you stayed there?

16         A    No.

17         Q    Who, if anyone, knew about your

18   abortion at that time other than Mr. Waltzer?

19              MR. ASHANTI:  Objection to form.

20         How long after?

21         Q    Who, if anyone, from the time that

22   you decided to get an abortion through the end

23   of your high school experience knew that you

24   had an abortion other than Mr. Waltzer?

25         A    I believe just him.

251

1                          J. Doe

2          Q     Are you aware of whether or not he

3    told anyone that you had an abortion?

4          A     I'm not aware.

5          Q     How did having the abortion affect

6    specifically your physical, mental, and

7    emotional health other than what you've already

8    testified to?

9          A     Overall?

10         Q     Overall.

11         A     Greatly.  I did not want to have

12   anymore kids.  Having my daughter was a

13   complete surprise.  I was actually under the

14   patch when I became pregnant.  I did not want

15   to have anymore kids.  Having my daughter was

16   very difficult because I had a hard time even

17   connecting with her.  And I didn't feel like I

18   deserved to be a mom.  I had a lot of negative

19   feelings about myself just in general.  Because

20   I regretted and I felt really hurt about what

21   happened.  I felt like it was something that I

22   wouldn't have done if I had more time.  If I

23   would have consulted my family.  If I would --

24   I wanted to do things differently.  I felt I --

25   when I looked at the mirror, I saw ugliness.  I

252

J. Doe

1

2    felt unhappy.  And throughout my life it has

3    haunted me and it has inhibit my ability to

4    feel like.

5              MR. ASHANTI:  Note for the record,

6         the plaintiff had to pause because she's

7         crying.

8         A    Still feels heavy in my life.  I

9    don't think it's something I want to do ever

10   again.  Have anymore children.  I can't figure

11   out whether that alone has the impact of

12   everything how I feel.  But I think it has a

13   big impact of, you know, me not wanting to be

14   in a relationship.  Me not wanting to have a

15   bigger family.  And it feels extremely painful.

16   I don't think there's one day that I forgot.  I

17   don't know what else to say right now.

18        Q    Do you regret having the abortion

19   you did?

20        A    I surely do.

21        Q    At what point did you come to

22   regret it?

23        A    Soon after.

24        Q    Can you tell me why?

25        A    Because it felt like it was

253

                                            J. Doe

 1

 2    something wrong.

 3          Q    Did you have an OB/GYN around the

 4    time that you had your abortion?

 5          A    Not that I remember.

 6          Q    When was the first time you saw an

 7    OB/GYN?

 8          A    I believe after I moved to Hawaii.

 9          Q    How old were you at that point?

10               MR. ASHANTI:  At the point she

11          went to Hawaii and the OB?

12               MS. DAINOW: Both.

13          A    Twenty.

14          Q    And at the point of obtaining the

15    OB/GYN once you had moved to Hawaii?

16          A    About 20, 21.

17          Q    So around 20, 21 is the first time

18    you ever saw an OB/GYN?

19          A    Uh-hum.

20          Q    Never saw one in New York?

21          A    No, not that I recall.

22          Q    Do you regret having your

23    daughter?

24          A    No, I do not.

25          Q    Who is the OB/GYN that you saw

254

1                        J. Doe

2    when you first went to Hawaii when you were

3    around 20, 21?

4            A    Her name?

5            Q    Yes.

6            A    Emma Avila.

7            Q    And where is Emma Avila located?

8            A    I don't have her address.

9            Q    Do you know if she's part of a

10   practice?

11           A    What do you mean?

12           Q    Does she work in a place with a

13   lot of other OB/GYNs or doctors?

14           A    No, she's private doctor.

15           Q    She's a solo practitioner?

16           A    Correct.

17           Q    Do you know where in Hawaii she

18   is?

19           A    She has different practices.  I'm

20   not sure where her practice is located anymore.

21           Q    How many times did you see her?

22           A    I saw her for several years.

23           Q    Up until how old?

24           A    I don't remember.

25           Q    Why did you stop seeing her?

255

1                          J. Doe

2          A     Because I changed insurance.

3          Q     After Emma Avila, who, if anyone,

4    was the next OB/GYN that you saw?

5          A     I changed my insurance to Kaiser

6    Permanente.  So now I have to go in within

7    network.  So my OB/GYN was what was assigned at

8    Kaiser.

9          Q     Do you recall who that person was?

10         A     I don't remember her name.

11         Q     How long did you see that person

12   for?

13         A     Several years now.

14         Q     At what point did you stop seeing

15   this person?

16         A     I haven't seen her in a couple of

17   years.  Two years maybe.

18         Q     Do you have to ever get annual

19   appointments for PAP smears or something else?

20         A     I usually do.  But I haven't done

21   anything yet, no.

22         Q     So if you were to make an

23   appointment today for an OB/GYN, would it be

24   that same person at Kaiser?

25         A     Yes.

256

1                              J. Doe

2          Q    At Kaiser did you only see one

3    OB/GYN throughout those several years?

4          A    Yes.

5          Q    Again you don't know the name?

6          A    I don't have the name as of right

7    now, no.

8          Q    Did you ever tell any of your

9    OB/GYNs that you had an abortion?

10         A    No.

11         Q    Why not?

12         A    I never want to even acknowledge

13   it to myself.

14         Q    Did they ever ask?

15         A    No.  Maybe on questionnaires.

16         Q    So on the questionnaires that you

17   had to fill out in order to see these people,

18   where there was a question, "Did you ever have

19   an abortion," what did you write as an answer?

20         A    I'm sure I wrote "No."

21         Q    Did anyone ever accompany you to

22   any of these appointments?  Any of your OB/GYN

23   appointments?

24         A    When I was pregnant, my husband

25   did come a couple times.

257

1                          J. Doe

2          Q    Your OB/GYN for when you were

3     pregnant with your now daughter, is that the

4     same OB/GYN from Kaiser?

5          A    No.

6          Q    Who is the OB/GYN?

7          A    Emma Avila.

8          Q    Yesterday you had testified that

9     you had English as a second language

10    instruction when you were in school; is that

11    right?

12         A    I don't remember this.

13              MR. ASHANTI:  By counsel, the

14              testimony was that she didn't speak

15              English when she got here.  She did not

16              say about ESL.

17              MS. DAINOW:  I'm not trying to

18              mischaracterize.

19              MR. ASHANTI:  I'm helping you out.

20              MS. DAINOW:  I appreciate.  I will

21              lay a foundation.

22         Q    Before I delve in this, I want to

23    ask you a few more questions about the

24    pregnancy and birth of your now daughter.  Do

25    you recall where you gave birth to her?

258

```
 1                    J. Doe

 2        A    Queens Hospital.

 3        Q    And do you recall when?

 4        A    She was born XX-XX-2006.

 5        Q    And do you recall who delivered

 6   her?

 7        A    Emma Avila.

 8        Q    Well, you had previously testified

 9   that Emma Avila's your OB/GYN in Hawaii; is

10   that right?

11        A    Correct.

12        Q    So you had your daughter in

13   Hawaii?

14        A    Yes.

15        Q    In 2006?

16        A    Yes.

17             MS. DAINOW: I'm going to make a

18        request for production of those records.

19        I'll follow up in writing as well.

20             MR. ASHANTI:  Which records?

21             MS. DAINOW:  The records of Queens

22        Hospital when she had her daughter.

23             MR. ASHANTI:  Okay.  We should

24        have a conversation about that

25        concerning relevance.
```

259

1                    J. Doe

2              MS. DAINOW:  I want records from

3         all OB/GYNs.

4              MR. ASHANTI:  Why?

5              MS. DAINOW:  Because she testified

6         that she did not write in any forms she

7         had an abortion.  I would like to see

8         those records and any conversation with

9         doctors.

10             MR. ASHANTI:  I get it.  She

11        believes that she would have said no.

12        She didn't specifically recall.

13             MS. DAINOW:  Right.  I would like

14        to know any records of conversations

15        with doctors or any forms filled out

16        identifying the abortion.

17             MR. ASHANTI:  Please follow up in

18        writing.

19             MS. DAINOW:  I think it's part of

20        the demand I already made, but I'm happy

21        to follow up again.

22        Q    At any point when you visited New

23   York after you were already living in Hawaii,

24   did you ever have an OB/GYN appointment in New

25   York?

260

1                          J. Doe

2          A     No.

3          Q     Did you ever have a primary care

4    physician?  Not a pediatrician.  A primary care

5    physician when you were an adult?

6          A     At what point?

7          Q     At any point in your life.

8          A     Yes.

9          Q     Who was the first primary care

10   physician you had?

11         A     Dr. Alquero, A-L-Q-U-E-R-O.

12         Q     Do you know the first name?

13         A     I don't remember right now.

14         Q     Do you know where person's

15   located?

16         A     Waipahu.

17         Q     How old were you, approximately?

18         A     Twenty.  His first name is Edward.

19         Q     Was this the first time you saw a

20   doctor after the time you stopped seeing your

21   pediatrician?

22         A     Correct.

23         Q     At any time did you have to fill

24   out intake paperwork in order to be seen by

25   this doctor?

261

1                          J. Doe

2          A     I'm sure.

3          Q     Do you recall there being a

4    question as to past surgical history?

5          A     Probably, yes.

6          Q     Do you recall ever writing on

7    those forms you had an abortion?

8          A     No.  Something I left in New York

9    and I didn't think I wanted to carry with me.

10         Q     For the record, at any point in

11   any appointments with Dr. Alquero, did you ever

12   tell him you had an abortion?

13         A     No, I don't think so.

14         Q     How many other primary care

15   physicians have you had since Dr. Alquero?

16         A     I believe -- I can't pinpoint the

17   number because Kaiser allows you to see

18   whichever doctor I'm assigned to.  I believe I

19   do have one primary physician, but...

20         Q     Other than Dr. Alquero and one or

21   more primary care physicians at Kaiser, do you

22   have any other primary care physicians?

23         A     No.

24         Q     Do you recall who at Kaiser you

25   saw for primary care physician?

262

1                           J. Doe

2          A     I don't remember their names now.

3    I'm not a sickly person so I don't go to

4    doctors very often.

5          Q     Was it more than one person?

6          A     That I've seen?

7          Q     At Kaiser?

8          A     Yes.

9          Q     Was it more than two?

10         A     Yes.

11         Q     Was it more than five?

12         A     Probably.

13         Q     Do you recall approximately how

14   many people?

15         A     I just see whoever is available,

16   you know, if I'm not feeling well.

17         Q     Do you remember the name of any of

18   those people?

19         A     Not at the moment.

20         Q     I just want to circle back to the

21   fake ID we talked about.  Was that a photo ID,

22   to your knowledge?

23         A     I believe so.

24         Q     Do you recall who was on photo?

25         A     Me.

263

1                      J. Doe

2        Q    Your photo was on the fake ID?

3        A    Yes.

4        Q    It wasn't someone else who looked

5   like you?

6        A    I don't think so.  I think in a

7   bodega in Manhattan.  They were easy to get.  I

8   don't remember.

9        Q    You mentioned you just got it at a

10  bodega in Manhattan, right?

11       A    Uh-hum.

12       Q    Who told you to go to that bodega

13  to get a fake ID?

14       A    Can I point the person out?

15       Q    You can say it.

16            MR. ASHANTI:  Name.

17       A    Mark Waltzer.

18       Q    So he told you the exact location

19  of the bodega in order to get the ID?

20       A    No, we went there.

21       Q    Do you recall where that bodega

22  was located in Manhattan?

23       A    No.

24       Q    You don't recall the cross street?

25       A    No.

264

1                         J. Doe

2          Q    A store around there?

3          A    No.

4          Q    Do you recall the general area of

5    Manhattan?  For example, was it Times Square?

6    Was it Union Square?  Was it Harlem?

7          A    No, I don't remember.

8          Q    Had you been to that bodega

9    before?

10         A    No.

11         Q    When you went to the bodega, who

12   did you speak with to get the ID; do you

13   recall?

14         A    I don't recall.

15         Q    Do you recall if it seemed to you

16   that Mr. Waltzer had known this person who

17   worked at the bodega?

18         A    I don't know.  I don't recall

19   that.

20         Q    Do you recall Mr. Waltzer knowing

21   this person by name?

22         A    No, I don't think so.  I don't

23   remember that.

24         Q    Do you recall the form of payment

25   that was used to get the ID?

265

1                          J. Doe

2         A    No.

3         Q    Did you pay for the ID?

4         A    I did not.

5         Q    I just want to shift gears to

6    schooling.

7         A    Okay.

8         Q    Did you take any English as a

9    second language classes when you were in

10   elementary school?

11        A    I did.

12        Q    Did you take any English as a

13   second language class when you were in middle

14   school?

15        A    Not that I recall.

16        Q    Did you take ESL classes in high

17   school?

18        A    No.

19        Q    Did you take ESL classes every

20   single year in elementary school?

21             MR. ASHANTI:  That she was in the

22        United States?

23             MS. DAINOW:  Yes.

24        A    I was in elementary for one year;

25   so that was it.

266

1                         J. Doe

2          Q     Did you take classes throughout

3    that year?

4          A     ESL?

5          Q     Yes.

6          A     I believe so.

7          Q     By the end of that year, how would

8    you say your English was?

9          A     I say was maybe -- what kind of

10   rating are we talking about?

11         Q     So for example, were you able to

12   understand English being spoken to you?

13         A     Minimum.

14         Q     Were you able to write in English?

15         A     Not very much, no.

16         Q     Were you able to read in English?

17         A     Not proficient.

18         Q     If that's the case, why didn't you

19   take ESL classes in middle school?

20         A     I am not part of the Board of

21   Education.  I do not make those choices.

22         Q     Did you ever to take ESL classes

23   or have one set up for you in middle school or

24   high school?

25         A     I didn't know I had to ask.  No

267

J. Doe

1    one told me what my options were.

2        Q    Did you ever have trouble

3    understanding your teachers or classmates in

4    middle school or high school because of the

5    language barrier?

6        A    In middle school, yes.  In high

7    school, no.

8        Q    So by the time you were in high

9    school, would it be fair to say that you

10   understood English fairly well?

11       A    I would say fair would be a little

12   bit overage.  I would say average.

13       Q    Average understanding of English?

14       A    Correct.

15       Q    At that point were you able to

16   read and write English better than you were in

17   elementary school?

18       A    Yes.

19       Q    How much better would you say?

20       A    I would say maybe 70 percent more.

21       Q    In middle school how did the

22   language barrier affect your schoolwork?

23       A    I just had to work harder.

24       Q    Did you ever ask for extra help?

268

1                         J. Doe

2          A    I did not.

3          Q    Did you ever tell your teachers

4    that you did not understand what was going on?

5          A    Even if I didn't understand, I

6    still performed.

7          Q    So are you saying that you never

8    told any teacher that you didn't understand

9    what was happening in class or in the

10   assignments you were given?

11         A    I still did the assignments.

12         Q    But you never told anyone?

13         A    I don't remember having a

14   conversation about it, no.

15              MR. ASHANTI:  To clarify, are you

16         saying her individually, or like her

17         family, her mom?

18              MS. DAINOW:  First her, but then

19         I'm going to ask about her mom.

20         Q    So your testimony you just put on

21   the record just to clarify, you personally

22   never told any teachers that you were

23   struggling in school because of language

24   barrier; is that right?

25         A    I wouldn't say I was struggling.

269

1                          J. Doe

2          Q     How would you say it then?

3          A     I said I had to just work harder

4     to understand; but I did finish and completed

5     all my work.

6          Q     Are you aware of whether or not

7     your parent ever notified any school personnel

8     that you were having trouble or some issues

9     understanding because of the language barrier?

10         A     Well, you're trying to make it

11    seem like there was a problem.

12         Q     No, I'm not.  I'm just asking

13    because you had testified prior that you didn't

14    fully understand English and there was only a

15    percentage of how much you could read and write

16    English.  I'm just trying to establish if your

17    parent ever called the teachers to alert them

18    to that.

19         A     But I never felt it was a problem.

20    So I don't think my mom felt it was problem

21    either.

22         Q     Did you ever talk about it with

23    your mom?

24         A     No, I did not.

25         Q     Did she ever bring that up with

270

                              J. Doe

1

2    you?

3          A    No, she did not.

4          Q    Did she ever look over your

5    homework at all?

6          A    I don't remember that.

7          Q    Did you ever ask for help with

8    homework from your parents?

9          A    No, I did not.

10              MR. ASHANTI:  Single mom.

11         Q    Where's your dad?

12         A    He was in Mexico.

13         Q    Was he in Mexico during the time

14   you were in middle school and high school?

15         A    He's never been to the U.S.

16   before.

17         Q    Are you in touch with him?

18         A    It's hard to be.

19         Q    Why is that?

20         A    Because he died.

21         Q    If I'm sorry to hear that.

22              What year did he die, do you know?

23         A    2019.

24         Q    Were you in touch with him prior

25   to that?

271

1                          J. Doe

2          A     Couple years prior, yes.

3          Q     At any point did you discuss any

4    of the events that are the subject of this

5    lawsuit with him?

6          A     No, I did not.

7          Q     Is there a reason?

8          A     Why I did not disclose?

9          Q     Yes.

10         A     Well, it's kind of hard to not

11   being in touch with your father for really long

12   time and be like, "hey, Dad, by the way, let me

13   tell you what happened."  No, it's too

14   difficult.

15         Q     You had mentioned your brother

16   Sean, right?

17         A     Yes.

18         Q     His last name is Olea or Guterman?

19         A     Guterman.

20         Q     What's the direct relationship

21   with him and your Aunt Marie?

22         A     My aunt adopted him.

23         Q     You went to IS 237 for middle

24   school, right?

25         A     Correct.

272

1                         J. Doe

2          Q    How many years was the school?

3     From what grade to what grade?

4          A    7th to 9th.

5          Q    Did you attend for all three

6     years?

7               MR. ASHANTI:  Aside from what she

8          testified yesterday?

9               MS. DAINOW:  Yes, there's a reason

10         I'm asking.  The questions don't apply

11         to the testimony already given.  This is

12         just setting up the question.

13         A    I believe so, but I don't have a

14    full recollection.

15         Q    Do you recall ever transferring to

16    another school during that time?

17         A    I believe I went to 185 first when

18    I first went to 10th grade.

19         Q    And how many years or how much

20    time did you spend at that school?

21         A    I don't remember.

22         Q    What point, if at all, did you

23    transfer back to IS 237?

24         A    I believe either 7th or 8th grade.

25         Q    Do you know why you were at

273

1                          J. Doe

2    JHS 185Q for a period of time during middle

3    school?

4           A     Because they had a bilingual

5    program.

6           Q     So within that program what kind

7    of instruction would you receive?

8           A     The teachers spoke only Spanish in

9    the classroom.

10          Q     Was that easier for you to

11   understand?

12          A     Yes, it was.  But I had already

13   been in the States for a year; so then I didn't

14   quite qualify either for non-bilingual,

15   bilingual.  So I was transferred back to 237

16   which was my district.

17          Q     You said yesterday that you

18   received a diploma from IS 237; is that right?

19          A     Correct.

20          Q     You received it in the mail?

21          A     Yes.

22          Q     You started high school at Francis

23   Lewis, right?

24          A     Correct.

25          Q     In 10th grade?

274

1                          J. Doe

2          A     Yes.

3          Q     Can you tell me what was going on

4     in your life around the time you were in high

5     school?  Specifically what was going on with

6     your family, your friends, if you had any

7     relationships that you hadn't already testified

8     about, any illnesses from you or among your

9     family?

10         A     When exactly?

11         Q     From the period of time you were

12    in high school.

13         A     Entire time I was in high school?

14         Q     Yes, from 9th to beginning of 12th

15    grade was there any traumatic event that

16    occurred?  Any big change in your life?

17         A     I was in middle school in 9th

18    grade.  Not in high school.

19         Q     Excuse me.  My apologies.  From

20    10th grade to beginning of 12th grade, did any

21    major event happen in your life?

22         A     Yes, something happened in 9th

23    grade that was very traumatic.

24         Q     Are you referring to the fight

25    that you described yesterday?

275

1                    J. Doe

2        A    Correct.  That affected me in

3    10th grade.

4        Q    So other than what you experienced

5    in school, I'm asking more so what you

6    experienced outside of school and your

7    relationship with your family.  Did you have a

8    falling out with anyone in your family, with

9    friends, anything of that nature?

10       A    We didn't have lot of friends

11   because we were new here in the States.  We

12   knew lots of people because we started going to

13   the congregation; but we didn't know anybody

14   like there truly.  You know, we were new.  We

15   were kind of just, you know, trying to adjust

16   to the new people around us.  I probably can

17   say I had a fall out with my dad when we moved

18   here in 1995.  It was different times.  We

19   didn't really have much communication.  It was

20   too expensive at that time.  You needed calling

21   cards.  It's not like today.  We didn't have

22   internet.  We didn't have cell phones.  We

23   didn't have what we have today.  So we lost

24   touch with a lot of family members.  And it was

25   just us here.  So we didn't have many

276

J. Doe

1

2    resources.  So I don't remember anyone in my

3    family being sick, or my mom being sick, or

4    anybody, you know.  I don't remember traumatic

5    moments other than what I stated.

6        Q    Did your falling out with your dad

7    affect your schoolwork at all?

8        A    No, because we weren't living with

9    my dad in Mexico and my grades were good.  As I

10   do have records.

11       Q    So you never received a diploma

12   from Francis Lewis; is that correct?

13       A    I did not.

14       Q    Do you know an approximation of

15   when you left school Francis Lewis?

16       A    I think that the last time I was

17   in Francis Lewis was maybe at the end of 2001.

18   Maybe at the beginning of 2002 even.  I don't

19   remember going in 2002.  But I believe I was

20   discharged in 2002, the beginning.

21       Q    If you believe you were discharged

22   in the beginning 2002, do you recall going to

23   any classes in fall semester of 2002?

24       A    No, I never went to classes at

25   that time.  No, I was not on premises.

277

1                          J. Doe

2          Q    So what, if anything, would make

3    you believe that you might have left school in

4    beginning of 2002?

5          A    School records.

6          Q    So you said your grades were good.

7    Do you recall what your grades were like in

8    2002, since you said you have record?

9               MR. ASHANTI:  No.  She was talking

10         Mexico at the time.

11              THE WITNESS:  I did.

12              MS. DAINOW:  Can you read back the

13         question?

14              (Record read.)

15         Q    When you said your grades were

16   good, were you referring to when you were in

17   Mexico?

18         A    Yes, 5th grade.

19         Q    How were your grades in high

20   school?

21         A    Not very well.

22         Q    Were there any classes that you

23   did well in?

24         A    I don't remember.

25         Q    Do you recall if you did well in

278

                            J. Doe

1
2    certain semesters versus others?

3         A    I don't remember.

4         Q    Were all the classes that you

5    attended, they were taught in English, right?

6         A    Correct.

7         Q    Did you ever take any summer

8    school?

9         A    No.

10        Q    Were you ever asked or directed to

11   take summer school?

12        A    No.

13        Q    Did you ever want to take summer

14   school?

15        A    No.

16        Q    Just to be clear, were there any

17   subjects or classes that you recall that you

18   scored well in high school?

19        A    English.

20        Q    Do you recall what score you

21   received?

22        A    I remember I had an A at one

23   point.  I guess I picked up the language pretty

24   well.

25        Q    Did you ever speak to your

279

1                          J. Doe

2    guidance counselor about your grades?

3          A    I don't remember.  No, I don't

4    think so.  Francis Lewis had too many students

5    for guidance counselor to take everyone.

6          Q    For classes you said you didn't do

7    as well in, what would you attribute that to?

8          A    Not attending them.

9          Q    Why didn't you attend them?

10         A    I started to have -- I didn't want

11   to see some of the teachers.  I did not want to

12   be in premises.  I started acting out early.

13         Q    So when you said you didn't want

14   to see lots of teachers, who specifically are

15   you referring to?

16         A    I didn't want to see Douglas.  I

17   did not want to see Aaron.  I did not want to

18   see lots of teachers that were in school.  So

19   lots of times I just didn't even want to come

20   to school anymore.

21         Q    Who is Aaron?

22         A    He was a Spanish teacher.

23         Q    Was he your Spanish teacher?

24         A    I don't remember if he was my

25   Spanish teacher or not.

280

1                              J. Doe

2          Q     Do you recall ever taking Spanish?

3          A     Yes, I think I did.

4          Q     What year did you take Spanish?

5          A     I don't remember.

6          Q     What happened, if anything, with

7     Aaron that made you not want to attend class?

8          A     He was a stalker in my

9     perspective.

10         Q     Can you describe what you mean by

11    that?

12         A     He was following me at school.  He

13    would take the same bus as me.  He started

14    calling my house.  He wanted to come to my

15    religious meetings even though he was Jewish

16    and he was wearing the Yamaka.  But he wanted

17    to know more about me.  He actually told me

18    that he wanted to be my boyfriend while we were

19    in high school, when we in Francis Lewis.  And

20    he was just everywhere.  He was like everywhere

21    in school.  I used to bump into him everywhere.

22         Q     You said that he called your

23    house.  At any of those times that he called

24    your house, did your parent pick up?

25         A     I don't know.

281

1                      J. Doe

2        Q    Were you there when he called your

3   house?

4        A    Several times I was.  Several

5   times I picked up the call.

6        Q    What was the conversation that

7   transpired?

8        A    I don't remember many.  But I

9   remember having that one conversation that he

10  wanted to come to my meeting.  I was like

11  "You're crazy.  Stop calling my house."  I

12  don't remember what else happened.

13       Q    Did he ever leave any messages on

14  your machine at home?

15       A    I don't think so.  My mom never

16  said anything.

17       Q    You said he called your house

18  multiple times.  So are you only aware of the

19  calls that he made because you were there to

20  receive them?

21       A    Yes.

22       Q    Did anyone who lived in your

23  household ever say that he had called for you?

24       A    No.  No one ever said anything.

25  So I don't know.

282

1                          J. Doe

2          Q    You said he took the bus with you?

3          A    Yes.

4          Q    Was that a school bus, public bus

5    or something else?

6          A    Public bus, Q17.

7          Q    Did he ever sit next to you and

8    try to talk to you on the bus?

9          A    Yes.

10         Q    What type of conversations were

11   they?

12         A    I don't remember.

13         Q    At what point did he ask to be

14   your boyfriend?

15         A    During school time in premises.

16         Q    Where exactly?

17         A    One time it was at the office.  I

18   was actually volunteering for extra credits and

19   I don't remember like exactly where again.

20         Q    Were there people around when he

21   asked you, other students, teachers?

22         A    I don't remember that.  I'm sure

23   there was.  It's a school day.

24         Q    Was it in a classroom, in the

25   hallway?

283

1                            J. Doe

2          A     It was in the office.

3          Q     What office?

4          A     One time.  The main office.

5          Q     Did you see other people around?

6          A     I don't remember.  I don't think

7    they were listening.  You know, I think when

8    things like this happen, people are not paying

9    attention.

10         Q     During the school days, would he

11   ever reach out and try to speak with you?

12         A     Yes.

13         Q     Would he ever touch you?

14         A     He never touched me.  I never

15   allowed him to touch me.  I was pretty

16   disgusted by him actually.

17         Q     Did he ever try to touch you?

18         A     I don't remember.

19         Q     Did he ever, you know, touch your

20   shoulder, touch your waist in passing, touch

21   your hand?

22         A     That may be.  I remember him

23   coming to one of my classrooms and asking to

24   take me out one time.

25         Q     Who did he ask?

284

1                              J. Doe

2         A     The teacher.

3         Q     What happened?

4         A     I went out in the hallway and he

5    just wanted to talk.  And I just -- like I was

6    freaked out.  And I was just, like, I don't

7    know what's going on; but I don't feel

8    comfortable about this.

9         Q     What was the conversation?

10        A     What I'm just telling you.

11        Q     What did he say to you?

12        A     He just wanted to spend time.

13        Q     What class did he interrupt?

14        A     I believe it was -- I don't

15   remember what class.

16        Q     Do you recall who your teacher

17   was?

18        A     No.

19        Q     Do you recall that your teacher

20   agreed to let you go outside and speak with

21   him?

22        A     Yes.

23        Q     How long were you outside in the

24   hall with him?

25        A     Like five minutes.

285

1                            J. Doe

2        Q    Was anyone else around?

3        A    No, it was like during class.

4        Q    Did he ever make sexual advances

5    towards you?

6              MR. ASHANTI:  Physical or verbal?

7              MS. DAINOW:  Either.

8        A    What's the question again?

9        Q    Did he ever make any physical

10   sexual advances towards you?

11       A    I don't know what consists of

12   that.

13       Q    Did he ever try to touch you

14   inappropriately, or try to force himself upon

15   you, or try to have sex with you?

16       A    Physically, I don't think so.  I

17   don't remember that.  I don't know if I'm just

18   blocking.  I don't know.

19       Q    Did he ever make any unwanted

20   verbal sexual advances toward you?

21       A    The only thing he said was that he

22   was in love with me.  That's all he ever said.

23   That kind of bothered me.

24       Q    Do you recall what school year it

25   was when he said those?

286

1                          J. Doe

2          A     I don't remember.

3          Q     Do you recall if it was your first

4    year at the high school?

5          A     I don't remember that.

6          Q     Second, third?

7          A     I don't remember that.

8          Q     Yesterday you said that you were

9    familiar with the second amended complaint in

10   this action; is that correct?

11         A     I said I read it, but I didn't say

12   I was familiar.  Like I didn't memorize it or

13   anything like that.

14         Q     Are you aware that there are

15   certain teachers who are listed as John Doe in

16   the complaint?

17         A     Yes.

18         Q     While you sit here today, are you

19   able to identify either of the John Does as

20   Aaron?

21         A     Yes.

22         Q     Do you need to see the complaint

23   which John Doe do you believe him to be?

24         A     I'm not sure.

25               MR. ASHANTI:  Is or 1 or 2, is

287

1                      J. Doe

2          that what you mean?  John Doe 1 or John

3          Doe 2?

4                MS. DAINOW: Yes.

5                MR. ASHANTI: Or the allegations do

6          you mean?

7                MS. DAINOW:  Both.  She's saying

8          another DOE teacher named Aaron did X,

9          Y, Z.  I'm trying to establish who, if

10         anyone, it is in the complaint.

11               MR. ASHANTI:  I think we used the

12         name Aaron in the complaint.

13               MS. DAINOW:  I don't think you

14         did.

15               MR. ASHANTI:  That's why it's John

16         Doe.  What she's been testifying to maps

17         on to one of the John Does.  Even me I

18         don't know if it's 1 or 2.  But the

19         allegations in the complaint match up

20         with her testimony.  You could show her

21         the complaint so she could do that.  But

22         she's not going to memorize what's 1 or

23         2.  I don't even know who's 1 or 2

24         sitting here.

25         Q    Would you say that Aaron harassed

288

1                          J. Doe

2    you?

3           A    Yes.

4           Q    Other than what you've testified

5    to, can you describe what, if any, other

6    instances of harassment he subjected you to?

7           A    I can't recall further.

8           Q    You said you didn't know if he was

9    your teacher, right?

10          A    Yes, I don't remember if he was

11   ever my teacher or he was just a teacher.

12          Q    How did you meet him?

13          A    In school.  I think that when I

14   wanted to have extra credits in the office by

15   volunteering at the office, he was there all

16   the time.  So I don't know if that's where I

17   met him, or I just met him in passing because

18   just being in school.

19          Q    You have no recollection of the

20   time frame of when this occurred?

21          A    I do not.

22          Q    Do you know if this person treated

23   any other female students the way you're

24   describing he treated you?

25          A    I do not know.

289

1                          J. Doe

2          Q      Did you ever see him treat any

3    other female student the way he treated you?

4          A      No, I did not see anything.

5          Q      Did you ever hear from other

6    students, or anyone for that matter, he treated

7    any other female students the way he treated

8    you?

9          A      I did not hear anything.

10         Q      Other than what you've already

11   testified to, are there any other things he

12   said or he did when you were in high school to

13   you?

14         A      I do not recall.

15         Q      Did you ever keep in touch with

16   him?

17         A      No.

18         Q      Did you ever ask him for his

19   contact information?

20         A      No.

21         Q      Did he ever reach out and try to

22   keep in touch with you?

23         A      No.

24         Q      When's the last time you saw him?

25         A      I don't remember, but it had to be

290

1                              J. Doe

2    somewhere by the time I left school.

3          Q    Did he ever tell you why he was,

4    for lack of better words, pursuing you?

5          A    No, he did not.

6          Q    Did you ever have an understanding

7    of why he was pursuing you?

8          A    No, I was trying to like ignore

9    him.

10         Q    I want to go quickly back to your

11   schooling.  Have you ever held on to any report

12   cards?

13         A    I'm not sure.

14         Q    Have you ever received any awards

15   or honors or certificates from middle or high

16   school?

17         A    Middle.

18         Q    From middle school or high school?

19         A    I don't remember.

20         Q    For the record, why did you drop

21   out of Francis Lewis?

22         A    Everything happening in school was

23   too much for me and I just couldn't deal with

24   everything that was happening at that time.

25         Q    Did you ever pursue a GED?

291

1                    J. Doe

2        A    I did.

3        Q    At what point did you pursue a

4   GED?

5        A    2010.

6             MR. ASHANTI:  Were you finished

7        with your answer as to why you dropped

8        out?

9             THE WITNESS:  I'm not sure.

10            MS. DAINOW:  Did I inadvertently

11       cut her off?

12            MR. ASHANTI:  You may have.

13       Q    My apology.  Did you have more to

14   answer?

15            MR. ASHANTI:  Read that back and

16       decide if you do or not.

17            (Record read.)

18            MR. ASHANTI: You jumped in

19       quickly.

20       A    When did I drop out of high

21   school?  I didn't feel that I couldn't respect

22   my teachers any longer.  Douglas betrayed my

23   trust.  I felt like perhaps Mark betrayed my

24   trust.  Aaron was insufferable.  And it just

25   got to the point where I did not want to be on

292

1                           J. Doe

2    premises and I didn't see another options.  I

3    didn't think that anybody really cared.  I

4    didn't think it was a safe environment for me.

5          Q    Did you ever report to any DOE

6    personnel any of the things that happened with

7    Aaron?

8          A    I don't recall.

9          Q    Do you recall reporting to a

10   family member?

11         A    No, I don't recall doing that.

12         Q    Do you recall ever telling any of

13   your friends about everything you testified to

14   about Aaron, or anything you testified to about

15   Aaron?

16         A    I didn't have any friends to tell,

17   no.

18         Q    Did you ever tell your guidance

19   counselor about what Aaron had did or said to

20   you during the time that you were in high

21   school?

22         A    I don't even ever remember, like,

23   meeting with my guidance counselor.  I knew who

24   they were, but I don't think I ever met with

25   them.

293

1                          J. Doe

2          Q    So you didn't tell any teacher or

3    principal or authority figure?

4          A    I don't think so.  I don't think I

5    respected the authority figure.

6          Q    At any point when you were at

7    Francis Lewis, were you advised that you

8    weren't going to graduate?

9          A    No, I did not.

10         Q    And you did, in fact, get your

11   GED?

12         A    I did get a high school diploma,

13   yes.

14         Q    High school diploma from where?

15         A    Farrington High School in Hawaii.

16         Q    What's your highest level of

17   education?

18              MS. DAINOW:  I'd like to make a

19         record counsel for plaintiff is having a

20         side conversation with his client after

21         I've already asked him not to have

22         conversations with his client during

23         this deposition.

24              MR. ASHANTI: There was no question

25         pending.

294

1                          J. Doe

2         Q    What's your highest level of

3    education?

4         A    High school.

5         Q    And did complete high school?

6         A    In 2010.

7         Q    GED?

8         A    In Hawaii it's different.  They

9    make you complete all the hours.  And I did get

10   a high school diploma.  Not a GED.

11        Q    What was the name of the school

12   you got the diploma?

13        A    Farrington High School.

14             MR. ASHANTI:  We disclosed that.

15        Q    Have you ever attended any trade

16   school or obtained any certificates?

17        A    No.

18        Q    Have you ever tried to pursue any

19   higher education other than taking classes at a

20   community college or anything like that?

21        A    No.

22        Q    Do you have plans for further

23   education?

24        A    Maybe.  Yes.

25        Q    What are your plans?

295

1                        J. Doe

2          A    After my daughter finishes school,

3    then I'll start to think about a little bit.

4    Something that requires time.

5          Q    Are you presently employed?

6          A    Yes.

7          Q    What do you do?

8          A    I have a company that does

9    maintenance in buildings.

10         Q    You own the company?

11         A    Yes.

12         Q    And how many employees do you

13   have?

14         A    I don't have any employees right

15   now.  I hire contractors.

16         Q    What would you say is your income

17   from that job annually?

18         A    Right now or what point?

19         Q    Well, first how long have you had

20   the company?

21         A    For about 14 years.

22         Q    So what's your income from that

23   company now on an annual basis?

24         A    After the pandemic everything

25   changed because it is based on tourism.  So

296

1                        J. Doe

2    right now I would say about 80.

3         Q    $80,000 a year?

4         A    Yes.

5         Q    Before the pandemic what would you

6    say the annual salary was?

7         A    I don't have those numbers on hand

8    right now.

9         Q    Can you give an approximation?

10        A    A little bit over 100.

11        Q    How many jobs approximately, did

12   you have between the jobs that you described

13   around the time you were in high school as a

14   teenager up until the time you started this

15   company?

16        A    Maybe like six, eight.

17        Q    Were you ever fired from any job?

18        A    Never.

19        Q    What was the shortest amount of

20   time that you spent in any of those jobs?

21        A    I worked at retail for a few

22   months.

23        Q    What's the name of your company?

24        A    NHB.

25             MR. ASHANTI:  Initial the name.

297

1                          J. Doe

2          Q     Are you the owner of that company?

3          A     Yes.

4          Q     Are there any co-owners?

5          A     Not that I know.

6          Q     Did you have any investors in

7    order to have this company?

8          A     No.

9          Q     How did it come to be that you

10   started this company?

11         A     I had a friend that was moving to

12   the mainland and she passed it on to me.

13         Q     So your name is now on the

14   paperwork?

15         A     Yes.

16         Q     Other than what you've already

17   testified to, how, if at all, did COVID affect

18   your work for the company?

19         A     Well, during COVID we kind of

20   stopped, you know.  Everybody stopped working.

21   And tourism stopped coming to Hawaii.  So we

22   all took a break.

23         Q     Do you have a physical office for

24   your company?

25         A     No, I don't.

298

1                          J. Doe

2          Q     Is it an online business?

3          A     No.  We're already established; so

4    we have already clients.

5          Q     So it's word of mouth?

6          A     Yes.  But for a long time I was

7    working directly with a property manager and we

8    -- I was doing all his units.  He had 100 units

9    on two buildings.  So we were not picking up

10   anything else.

11         Q     Do you have any other source of

12   income?

13         A     Child support.

14         Q     So your ex-husband pays child

15   support?

16         A     Yes, he does.

17         Q     How often does he pay child

18   support?

19         A     Twice a month.

20         Q     And how much in child support does

21   he pay?

22         A     Each of those times twice a month.

23   500.

24         Q     So he pays $1,000 a month?

25         A     Yes.

299

1                          J. Doe

2          Q    How long has he been paying child

3    support for?

4          A    For five years.

5          Q    Have you ever received welfare,

6    Social Security income benefits?

7          A    No.

8          Q    Have you ever received Social

9    Security Disability benefits?

10         A    No.

11         Q    Is your company your primary means

12   of support?

13         A    Yes.

14         Q    Do you have any other side jobs or

15   investments or anything else other than your

16   company?

17         A    No.

18         Q    Are you making a claim for lost

19   earnings in this lawsuit?

20         A    I do not know.

21              MR. ASHANTI:  By counsel, no.

22         Q    When you were a student at IS 237,

23   your aunt was living with you at that point,

24   correct, at least partially?

25         A    I don't remember exactly the

300

1                          J. Doe

2    living situation.

3          Q     Yesterday you had described an

4    incident where there is a janitor at IS 237; is

5    that right?

6          A     Correct.

7          Q     Other than that specific incident,

8    have you ever spent any time with him outside

9    of school?

10         A     No.

11         Q     Have you ever been in his car

12   before other than the time you previously

13   described?

14         A     No.

15         Q     Have you ever been in his car

16   after the time you previously described?

17         A     No.

18         Q     So had you had any interaction or

19   contact with this janitor prior to the day in

20   question?

21         A     In what way or form?

22         Q     Any form.  Communications in

23   school, outside of school, text messages,

24   email, phone calls?

25         A     In school I saw him.

301

1                          J. Doe

2          Q     What were the nature of those

3    interactions?

4          A     Just normal.  Like he would just

5    say hi.  Just passing kind of.  I didn't think

6    anything like extravagant or anything extra.

7          Q     Would you classify any of those

8    interactions on school grounds inappropriate?

9          A     I do not know.

10         Q     Did you observe this person

11   interacting with any other students at the

12   school?

13         A     Yes.

14         Q     Were those interactions similar to

15   interactions he had with you?

16         A     Yes.

17         Q     Would you say those interactions

18   were just talking as you said?  Would it be

19   casual interactions?

20         A     From my perspective then or now?

21         Q     Then.

22         A     Then it seemed normal to me.  I

23   didn't think much of it.

24         Q     Could you tell me the nature of

25   any of those conversations you had with him?

302

1                          J. Doe

2          A    I don't remember.

3          Q    Did you ever feel uncomfortable in

4    any of those conversations you had with him

5    during school?

6          A    No, I don't remember feeling that

7    way, no.

8          Q    In the conversations or

9    interactions you observed him having with other

10   students, did you hear what was occurring in

11   those conversations?

12         A    No, I did not.

13         Q    Did you see the students that he

14   was interacting with?

15         A    Yes.

16         Q    Did you know the students?

17         A    I probably knew who they were.

18   They were my piers, yes.

19         Q    Were they both male and female?

20         A    Mostly females.

21         Q    But there were males?

22         A    I believe so.

23         Q    How many students would you say,

24   if you recall?

25         A    That I recall?  I remember maybe

303

1                          J. Doe

2     four.

3          Q     The only time you ever saw him

4     outside of school was the day that he drove up

5     to you in his car; is that right?

6          A     Right.

7          Q     I'm not sure this was clear on the

8     record yesterday; so I'll try and narrow it

9     down today.  Do you know approximately how far

10    you were from your home at the time he drove up

11    to you and asked you if you wanted a ride to

12    school?

13         A     Maybe I was -- from school or from

14    my home?

15         Q     No, this is in the beginning of,

16    for lack of a better word, story.  When you

17    left your home you were walking to school, were

18    you not?

19         A     Uh-hum.

20         Q     How far from your home to the

21    point where he drove up besides you were you?

22         A     I don't remember.

23         Q     Would it be a five-minute walk,

24    ten-minute walk, an hour walk, something else?

25         A     How long it took me to get to

304

1                          J. Doe

2      school?

3             Q     No, how long it took you to the

4      point where you were at when he drove up to

5      meet you.

6             A     I don't know.  I don't remember.

7             Q     Did you recognize any houses

8      around you where he picked you up?

9             A     I believe so.  Maybe like a

10     ten-minute walk from my house.

11            Q     I want to quickly ask you one

12     question and then go back to this with respect

13     to your fake ID.  Did you want to get a fake

14     ID?

15            A     I don't think so.

16            Q     Did you ever think about getting

17     one?

18            A     No.

19            Q     How did it come up that you ended

20     up getting one?

21            A     I believe -- how did it come

22     about?

23            Q     Yes.  Did you wake up one day and

24     say, "hey, I want a fake ID"?  Did someone

25     influence you to get one?  Did your friends

305

1                          J. Doe

2    talk about having one and maybe wanted to go

3    get one, something else?

4         A    No, I believe that I was too

5    young.  And, I believe, Mark thought that I

6    couldn't get into places of alcohol.  So then I

7    needed a fake ID.

8         Q    Were you okay with getting one?

9         A    I suppose so.  Because I did.  I

10   don't remember how I felt at that moment.

11        Q    Did you ever show it to any of

12   your friends?

13        A    I don't think so.

14        Q    Did you ever show it to any of

15   your family?

16        A    No, I don't even know if I took it

17   with me.  I don't remember.

18        Q    Going back to your experience at

19   IS 237.  This janitor, do you know his name by

20   any chance?

21             MR. ASHANTI:  You're supposed to

22        provide his name.

23        A    I do not know his name.

24        Q    Do you recall what he looked like?

25        A    He was Puerto Rican.  To my

306

J. Doe

1
2    recollection, he was Puerto Rican.  He was

3    tall.  But at the same time I was so young that

4    everybody seemed tall.  Maybe he is not as tall

5    as I remember.  I don't know.  He kind of like

6    had a Puerto Rican look.  I remember him having

7    a black jacket with a black shirt.  Maybe not

8    jacket.  It was more like a long shirt that he

9    wears all the time.  He kind of wears a T-shirt

10   and a long shirt like all the time.  He was

11   wearing jeans.  Black jeans.  I don't know why

12   I remember that; but I do.

13        Q    Do you recall approximately how

14   old he was at that point?

15        A    No, I don't.  But he was no older

16   than 30.  I don't remember.  I don't know.

17        Q    Do you recall if he spoke with an

18   accent?

19        A    I wouldn't have been able to tell.

20        Q    Why not?

21        A    Because myself having an accent.

22   So I can't really define a lot of people with

23   Hispanic accents.  Sounds normal to me.

24        Q    When he approached you in the car,

25   do you recall what exactly he said to you?

307

J. Doe

1

2      A    He asked he me if I wanted a ride

3   to school.

4      Q    Do you recall there being anyone

5   outside in the vicinity of where you were?  For

6   example, was there anyone outside of their

7   house, apartment, or watering their lawn, or

8   mowing their lawn, or walking with groceries,

9   anything like that?

10      A    No, I don't remember that.

11      Q    So you willingly got in his car?

12      A    I believe so.  Yeah.

13      Q    Do you recall approximately how

14   long it felt to you to get from where he picked

15   you up to the place that he took you?  Five

16   minutes, ten-minute ride, hour ride?

17      A    Maybe like 15-minute ride.  It

18   wasn't that long.  I don't think we went that

19   far.

20      Q    Do you know where he took you?

21      A    No.

22      Q    Do you know if it was a hotel?

23      A    I don't think it was a hotel.

24      Q    What do you think it was?

25      A    I think it was a motel.

308

                              J. Doe

1

2        Q     Did you recognize the motel?

3        A     No.

4        Q     Have you ever been there before?

5        A     No, never.

6        Q     Was there a name of the motel

7    outside of the motel that you recall?

8        A     I don't remember.

9        Q     How far from school do you think

10   the motel was?

11       A     I'm not sure.

12       Q     So after you got to the motel, if

13   you can just briefly describe your experience

14   of what happened?

15       A     So we went inside and there were

16   two beds in there.  So he got a room that had

17   two beds.  And so I sat on a chair and I was

18   holding to my backpack.  I was holding it kind

19   of tight.  I was kind of scared.  I didn't know

20   what we were doing there.  And first he wanted

21   to talk story.  He actually sat on the bed and

22   he wanted, yeah, I guess talk story.  And he

23   told me that story that I went over yesterday.

24   Do you want to hear it again?

25       Q     No, but continue.  I'll ask

309

1                         J. Doe

2    questions about it.

3         A    Okay.  So then I just listened and

4    I remembered telling him I'm not going to do

5    anything.  I don't know why we're here.  I

6    don't remember all the details.  But I remember

7    him telling me that he wasn't going to force

8    me, but, you know, even if we didn't have sex,

9    he could do a lot of things with his tongue

10   which I was really confused.  I had no idea

11   what he was talking about.  And I never let go

12   of my backpack.  I held to it in front of me

13   the whole time.  And he just waited a while.  I

14   felt it was a long time, but I don't think it

15   was because we didn't get to school like, you

16   know, like long.  So I don't think it was a

17   very long event because I just didn't budge on

18   the matter.  So he say "You want me to take you

19   back?"  I say, "Yes, please."  And so we left

20   and we went back to school.

21        Q    When you went to school, do you

22   know what time it was?

23        A    No.

24        Q    Do you recall if school had

25   already started?

310

1                    J. Doe

2          A    I don't remember.

3          Q    Do you recall if you were late to

4    school because of it?

5          A    I don't remember.

6          Q    Do you recall if any teachers

7    asked where you had been and why you were late?

8          A    No, I don't remember that.

9          Q    Your recollection is that he

10   already had a key; is that right?

11         A    No, he went to get a key.

12         Q    Did you ever go with him?

13         A    No.

14         Q    Were you ever uncomfortable at any

15   point while you were in the car with him up

16   until the point you got to the motel?

17         A    Yes.  When I noticed that we were

18   not going to school, because we were not that

19   far away.

20         Q    So he told you he was going to get

21   a key?

22         A    Right.

23         Q    Is that yes?

24         A    I don't understand.

25         Q    He told you when you were in the

311

1                          J. Doe

2    car after you had parked that he was going to

3    go get a key; is that right?

4          A    He didn't say.  He said just

5    "wait."  He didn't say "I'm going to get a

6    key."

7          Q    Did you look around and see that

8    there was essentially a front office to the

9    motel?

10          A    I didn't look.

11          Q    At any point did you think to go

12    inside the motel and alert an adult that you

13    were feeling uncomfortable?

14          A    No, I didn't think I -- I was

15    scared because I had already done something

16    stupid.

17          Q    Which was?

18          A    Getting in his car.

19          Q    And at that point you didn't have

20    a cell phone with you, right?

21          A    No, I did not.

22          Q    When he went to get the key, did

23    you see that he had left a cell phone in his

24    car?

25          A    No, I didn't see anything like

312

1                          J. Doe

2    that.

3          Q    After he came back with the key at

4    that point, did you go into the room with him?

5          A    Yes.

6          Q    At any point, did he force himself

7    upon you?

8          A    No.

9          Q    At any point, did he make you feel

10   like you had to engage in sexual relations with

11   him?

12         A    I don't understand the question.

13         Q    At any point, did you feel forced

14   or under duress or in any way that you had to

15   engage in any kind of sexual intercourse with

16   him?

17         A    I felt very much under duress.

18   But I said no.

19         Q    When you said you felt under

20   duress, was he forcing himself upon you?

21         A    No.

22         Q    What do you mean when you felt you

23   were under duress?

24              MR. ASHANTI:  When you say force

25         yourself, you mean physically?

313

1                          J. Doe

2              MS. DAINOW:  Physically.

3              MR. ASHANTI: Okay.

4         A    I felt that's what he wanted.  He

5    expressed that; so I felt emotionally heavy.

6    It was a difficult moment.  But he didn't

7    physically like push himself on me, no.

8         Q    Did he tell you that he wanted to

9    engage in any kind of sexual activity with you?

10        A    Yes.

11        Q    Did he ever act on that?

12        A    No, we didn't have sex.  No.

13        Q    You never pushed him away or

14   anything like that, right?

15        A    No.

16        Q    What grade were you in at that

17   time?

18        A    9th grade.

19        Q    In terms of what he said, can you

20   briefly describe what he said to you when you

21   were in the motel room?

22        A    Everything?

23        Q    Yes.

24        A    So he told me a story about when

25   he was younger and he liked one of his teacher

314

1                           J. Doe

2    he was interested in.  The teacher rejected him

3    and he kind of said that he promised himself

4    that if he was in that same situation, you

5    know, like he was the one that someone else had

6    an interest in him like a student, that he

7    wasn't going to reject them.  At that time I

8    had no idea what he was talking about.  Like

9    what the meaning of that had.  But I guess he

10   was trying to tell me that if I wanted to do

11   so; then he wasn't going to reject it.  But I

12   didn't understand.  And he did mention that he

13   could do a lot of things with his tongue.  And

14   I had no idea what that meant either.  I don't

15   remember what anything else that he said.  But

16   those were the two main things that kind of

17   stood out to me.

18        Q    Did you ever report this to any

19   DOE teacher?

20        A    I don't remember.

21        Q    Did you ever report this to any

22   DOE personnel?  For example, a principal, a

23   guidance counselor, anyone that worked at your

24   school?

25        A    I don't remember.

315

1                          J. Doe

2          Q     Do you ever recall reporting this

3      to any of your family?

4          A     I don't think so.

5          Q     Do you ever recall telling any of

6      your friends?

7          A     No, I don't think so.

8          Q     Do you have an understanding of

9      why he chose you?

10         A     I do not know.

11               MR. ASHANTI:  Objection.  Move on.

12               MS. DAINOW:  I am moving on.

13         Q     Are you aware of whether or not he

14     had any interactions with any other students?

15               MR. ASHANTI:  Objection to form.

16               Interaction is so vague.

17         Q     Are you aware of whether he had

18     any interactions, meaning any conversations

19     with any students on or off school grounds?

20               MR. ASHANTI:  She's already

21               testified.

22         Q     Do you recall ever seeing him

23     interact with any other students when in

24     school?

25         A     Yes.

316

J. Doe

2        Q    Were those students male or

3    female?

4        A    Both.  We did go over this a few

5    minutes ago.

6             MR. ASHANTI:  We did.

7             MS. DAINOW:  Apologies.  Lots of

8        testimony to go through.

9        Q    After you got in the car with him,

10   he drove you back to school?

11       A    Yes.

12       Q    Did he say anything to you before

13   you left his car?

14       A    Not that I recall.  I don't

15   remember.

16       Q    Did you speak to him at any point

17   after that day or that instance?

18       A    After that day and that whole

19   incident of the fight, I never came back to

20   school.  I went straight to high school.

21       Q    Did he ever try to contact you

22   after that point?

23       A    No, he did not.

24       Q    Did you ever try to contact him?

25       A    No.

317

1                           J. Doe

2          Q     When you were in the motel room

3    with him, do you recall seeing windows in the

4    room?

5          A     Yeah.

6          Q     Were there blinds covering the

7    windows?

8          A     Yes.

9          Q     So you couldn't see outside?

10         A     No.

11         Q     Did you ever see the key that he

12   used?

13         A     I don't remember.

14         Q     Is the answer no, or "I don't

15   remember"?

16         A     I don't remember.

17         Q     The fight that you described that

18   occurred after this happened, did you have any

19   personal knowledge that any DOE teacher or

20   personnel was notified that this fight was

21   going to occur?

22         A     Say that again.

23         Q     I'll rephrase.

24               Did you personally hear any

25   student tell any teacher that this fight was

318

1                           J. Doe

2      going to happen?

3              A      Yes.

4              Q      Who did you hear this from?

5              A      In the hallways everybody was

6      talking about it and everybody was talking

7      about it out loud.  And some teachers were

8      there.  Teachers were in hallway.  Everybody

9      was talking about it.

10             Q      So to be clear, did you personally

11     hear a student tell a teacher?

12             A      Yes.

13             Q      So do you recall who that teacher

14     was?

15             A      I don't remember.

16             Q      Do you recall what that teacher

17     said?

18             A      No, I don't remember.

19             Q      So it wasn't just that students

20     were having conversations openly in the

21     hallway.  It was that teachers were having

22     conversations about this fight with the

23     students?

24             A      Yes.

25             Q      Was it more than one teacher?

319

J. Doe

1

2      A    I remember two teachers.  And

3  actually right now, I remember one of the

4  teachers was a Spanish teacher.  He was like

5  young.  He was like, I don't know, no more than

6  25.

7      Q    The other teacher?

8      A    I don't remember the other one.

9      Q    Do you recall if the teacher was

10  male or female?

11      A    The teacher I'm saying he was a

12  male.

13      Q    Spanish teacher?

14      A    Yeah.

15      Q    The other teacher?

16      A    I don't remember.

17      Q    In those conversations that you

18  heard students talk to teachers about, what was

19  the sum and substance of the conversation?

20  Meaning, did they say where and when the fight

21  was going to happen?

22      A    They told them it was after

23  school.  There was going to be a fight.  The

24  student wanted to fight me after school.  But I

25  don't remember like -- I don't think everybody

320

1                          J. Doe

2    knew exactly where or what was going to take

3    place.

4         Q    Did you ever tell any DOE teacher

5    or employee that you were going to be fought

6    that day after school?

7         A    I don't remember doing that.

8         Q    Did any teacher, DOE employee

9    approach you about the fight?

10        A    No one did.

11        Q    When the fight took place, who was

12   present?

13        A    The entire school.

14        Q    When you say the entire school, do

15   you mean students and teachers?

16        A    There were teachers there because

17   it was after school and lots of teachers were

18   out.  But I don't remember.  I think students

19   were larger number.

20        Q    So did the teachers actually

21   attend the fight, or were they passing by, or

22   were they far away in the vicinity, or

23   something else?

24        A    I don't remember.

25        Q    How did the fight end?

321

1                      J. Doe

2         A    My brother got there and took me

3    out.

4         Q    So he intervened and interjected

5    himself into the fight; is that correct?

6         A    Right.   Yes.

7         Q    At that point did you see any

8    authority figures around you?

9         A    I did not.

10        Q    Do you recall if your brother

11   alerted any authority figures around you at

12   that time about the fight and that you needed

13   help?

14        A    I do not believe so.

15        Q    Did he talk to any authority

16   figure, to your knowledge, about the fight?

17        A    I do not know.

18        Q    Did you require any medical

19   attention as a result of the fight?

20        A    I did not go to the hospital or

21   anything like that, no.

22        Q    Did any of the students who were

23   involved in the fight, to your knowledge,

24   require medical attention?

25        A    I don't think so.

322

1                           J. Doe

2          Q     Yesterday you had testified that

3    as a result of the fight you were bruised; is

4    that your testimony?

5          A     Yes.

6          Q     Do you recall any other physical

7    injuries that were visible?

8          A     I do not remember.

9          Q     So your brother took you and where

10   did you go?

11         A     We went home.

12         Q     Was your mom at home?

13         A     I don't remember that.

14         Q     Was your aunt at home?

15         A     I don't remember that.

16         Q     How many days do you recall being

17   bruised for, approximately?

18         A     I don't remember that.

19         Q     At any point did your parents

20   notice the bruises?

21         A     Yes.

22         Q     What happened?  Did they speak

23   with you about them?

24         A     Yes.  My mom found out immediately

25   the same day and she went to the school the

323

1                           J. Doe

2    very next day.

3           Q     What happened when she went to the

4    school?

5           A     They didn't want to talk to her.

6           Q     Who's "they"?

7           A     The school itself.  I don't know

8    who she spoke to; but she didn't get results.

9           Q     Did she ever tell you who she went

10   to speak with?

11          A     She mentioned she went to the

12   office.

13          Q     What office?

14          A     School office, IS 237.

15          Q     You mean the main office, the

16   principal's office, the teacher's office,

17   something else?

18          A     I do not know what office she

19   went.

20          Q     And she told you they didn't want

21   to talk to her; is that right?

22          A     They didn't give her any response.

23   They didn't want to make any comments.  They

24   detached themselves from the situation.

25          Q     Are you aware of whether or not

324

1                    J. Doe

2   your mom ever formally submitted in writing

3   something to the effect of that you were in a

4   fight?

5        A    She did not.

6        Q    Do you recall if there was any

7   correspondence from your mother after having

8   not been able to get in touch with teachers in

9   person?

10       A    I don't believe she did so.

11       Q    Did she do anything after that

12  point?  Or essentially did she drop it and move

13  on?

14       A    I believe she essentially dropped

15  it and moved on due to her lack of

16  understanding of the laws or the procedures in

17  the United States and her lack of English.

18       Q    Did your aunt pursue this in any

19  manner either?

20       A    I don't think my aunt was living

21  with us at this point.  And I really don't

22  remember her take on this.

23       Q    The student who fought you, you

24  briefly testified she claimed that you were in

25  sum and substance with her boyfriend; is that

325

1                            J. Doe

2     right?

3          A     Yes, I testified to that.

4          Q     Had you ever seen her with this

5     person, the janitor prior to that date?

6          A     Never.

7          Q     Had you ever seen her ever in your

8     life with the janitor?

9          A     No, I never did.

10         Q     Had you ever heard conversations

11    in school or rumors she and this janitor were

12    in some sort of relationship?

13         A     No.

14         Q     Are you aware if any teachers had

15    been notified of any kind of relationship

16    between this classmate and the janitor?

17         A     I have no knowledge of this.

18         Q     To your knowledge, did anyone

19    record the fight on a video camera?  I don't

20    even know if phones had the capacity at that

21    point, I'll put it out there, on a phone.  Did

22    anyone take pictures?

23         A     I do not know.  But there was a

24    lot of witnesses.  More than 100.

25         Q     Did your brother ever directly

326

1                       J. Doe

2      tell your mom, your aunt or anyone in your

3      family about what had happened?

4           A    I do not know.

5           Q    So after that fight is that the

6      point when you never went back to school?

7           A    Yes.

8           Q    You never went back a single day?

9           A    No.

10          Q    But you still received a diploma

11     you said?

12          A    Yes, by mail.

13          Q    You never had to receive any class

14     work in order to receive the diploma?

15          A    No.

16          Q    At any point when you were in

17     middle school, did you tell any DOE employee or

18     personnel about what had happened with either

19     Aaron or this janitor?

20          A    I don't remember.

21          Q    You attended Francis Lewis

22     starting in 1999, right?

23          A    Correct.

24          Q    You were in 10th grade?

25          A    Yes, I was.

327

1                        J. Doe

2         Q    Were you ever late to class as a

3    result of your experiences with any teachers at

4    the high school?

5         A    Yes.

6         Q    How many times would you say you

7    were late to class because of your experiences

8    with any teachers in high school?

9         A    Many times.

10        Q    Were you ever absent from class as

11   a result of these experiences that you had with

12   these teachers?

13        A    Yes.

14        Q    Were you absent often?

15        A    Yes.

16        Q    Were you ever absent from school?

17        A    No, not many.  No, not much.

18        Q    When were you in middle school,

19   were you late from school frequently?

20        A    No.

21        Q    Did you ever speak to anyone about

22   your missing classes or your lateness to

23   classes?

24        A    No.

25        Q    Did anyone ever advise your parent

328

1                          J. Doe

2      that you were missing school or that you were

3      late to school?

4            A     I don't recall that.

5            Q     Yesterday you had testified that

6      Mr. Waltzer was a dean; is that right?

7            A     Correct.

8            Q     How did you know that?

9            A     He was in the hallway all the time

10     and he had said he was a dean.

11           Q     He told you specifically he was a

12     dean?

13           A     Uh-hum.

14           Q     How many deans were in the school

15     at that time?

16           A     I have no idea.

17           Q     Do you know the hierarchy at the

18     school?  For example, there's a principal,

19     right?

20           A     Correct.

21           Q     Are you said there's a dean.  Do

22     you know of any other figures of authority at

23     that school or their tiles?

24           A     Not really.

25           Q     As a dean as you say Mr. Waltzer

329

                              J. Doe

1

2    was, do you know what his responsibilities or

3    duties were in that position?

4         A    No, I do not.

5         Q    Do you know what his duties and

6    responsibilities were at the school, in

7    general?

8         A    No, I do not know.

9         Q    So he was your teacher for one

10   semester, right?

11        A    I believe so.

12        Q    As your teacher, what were his

13   duties?

14        A    To teach me.

15        Q    Right.  Was there anything else,

16   to your knowledge, he was responsible for as an

17   employee of the DOE?

18        A    To provide for education and to

19   protect my welfare.

20        Q    Did you ever have a conversation

21   with any of your classmates about Mr. Waltzer's

22   title at that school or position?

23        A    I don't remember so.

24        Q    Did any DOE personnel or teachers

25   ever specifically tell you Mr. Waltzer was a

330

1                        J. Doe

2     dean?

3          A     No.

4          Q     So your understanding that he was

5     a dean was based on him always being in the

6     hallway?

7                MR. ASHANTI:  She testified that

8          he told her.

9                MS. DAINOW:  That's the next

10         follow-up question.

11         Q     Is it your understanding based on

12    him always being in the hallway and also that

13    he told you that he was a dean?

14         A     Right.

15         Q     Since you had time to think about

16    this now.  You referred to your friend Diana as

17    someone you stayed with at one point, right?

18         A     Correct.

19         Q     Do you recall her last name?

20         A     I do not.

21         Q     Have you ever kept in touch with

22    her since that time?

23         A     No.

24         Q     Did you ever tell her about

25    anytime you spent with Mr. Waltzer?

331

1                    J. Doe

2         A    I did not.

3         Q    Did her parents ever become aware

4    you had spent time with Mr. Waltzer?

5         A    I do not think so.

6         Q    Not even when you were staying

7    with them?

8         A    No.

9         Q    When is the first time you started

10   taking birth control, if at all?

11        A    In 2005, when I moved to Hawaii.

12        Q    Why did you decide to go on birth

13   control at that point?

14        A    Because I was married and I didn't

15   want to have -- I didn't want to become

16   pregnant.

17        Q    During the time that you had

18   sexual relations with Mr. Waltzer, during every

19   sexual encounter do you recall if he wore a

20   condom?

21        A    No, he did not.

22        Q    Did he wear a condom in any of

23   those sexual experiences?

24        A    No.

25        Q    At any point, did you think that

332

1                    J. Doe

2    you should be on birth control?

3         A    I didn't know what that was.

4         Q    At any point, did Mr. Waltzer

5    discuss with you the possibility of being on

6    birth control?

7         A    No.

8         Q    Were you aware that birth control

9    existed at that point in time?

10        A    No.

11        Q    Were you aware that he was not

12   going to be using condoms when you were about

13   to engage in sexual interaction with him?

14        A    I didn't know what the condom was.

15        Q    Did you ever have conversations

16   about that with him?

17        A    No.

18        Q    So no form of contraceptive that

19   was used when you were in high school?

20        A    No.

21        Q    After the abortion you had

22   testified that you stayed at Mr. Waltzer's

23   house for a course of two weeks, right?

24        A    After the abortion?

25        Q    Right.

333

1                              J. Doe

2            A      I don't think I said that.

3            Q      I'm not trying to mischaracterize

4      your testimony.  After your abortion, you went

5      to Mr. Waltzer's house though.

6            A      Right.

7            Q      To rest and recover from the

8      procedure.

9            A      Yes.

10           Q      How long did you stay there?

11           A      I wasn't sure if I went home that

12     day or the following day.  I probably stated

13     that several times already, yes.

14           Q      And so when was the next time

15     after you went home, when was the next time you

16     had contact with Mr. Waltzer?

17           A      I do not remember.

18           Q      Do you recall if it was a year

19     later?

20           A      I don't think it was that far, no.

21           Q      Do you recall if it was six months

22     later?

23           A      Much sooner than that.

24           Q      Do you recall if it was when you

25     started back in school in the fall?

334

1                    J. Doe

2        A     I do not remember exactly when.

3        Q     After the time you had the

4    abortion, what's the next after the time you

5    had the abortion is the next time you had sex

6    with him?

7        A     I do not remember that.

8        Q     Do you recall ever having sex with

9    him again while you were in high school after

10   the abortion?

11       A     Can you rephrase that?

12       Q     Sure.

13             Do you recall any better now

14   around what time you got the abortion?  Month

15   and year?

16       A     No, I don't.

17       Q     After you had the abortion, do you

18   recall having sex with Mr. Waltzer at any point

19   thereafter during the time that you were in

20   high school?

21       A     Yes, I do.

22       Q     Can you tell me when that was?

23       A     I think that was New Year's, but I

24   can't remember exactly the year.

25       Q     Might it be 2001?

335

1                          J. Doe

2          A    Might have been, yes.   Most

3      likely.

4          Q    On New Year's Eve when you spent

5      time with Mr. Waltzer, you had said your sister

6      was also present?

7          A    Yes.

8          Q    Your sister's boyfriend?

9          A    Yes.

10         Q    Were any of Mr. Waltzer's friends

11     present?

12         A    No.

13         Q    Are you aware of whether Mr.

14     Waltzer ever told anyone about your

15     relationship with him?

16         A    Yes, he had told a friend.   I

17     don't know his friend.   That's what he said to

18     me, that he told a friend and his friend wasn't

19     not very happy that he was with someone very

20     young.   So his friend didn't want to continue

21     the friendship anymore.

22         Q    Do you know approximately what

23     year that happened?

24         A    I do not know.

25         Q    Do you know what season?   Was it

336

                              J. Doe

1

2    cold out?  Was it warm out?

3          A    I don't remember.

4          Q    Do you know what year in school

5    you were?

6          A    No, I don't remember.

7          Q    Do you know if this friend that

8    you just described was a teacher?

9          A    I do not know that.  No, I don't

10   know.

11         Q    Do you know how Mr. Waltzer knew

12   this person?

13         A    No.

14         Q    Did you ever personally meet his

15   friends?

16         A    I met a few people, but I don't

17   think that was one of his friends that didn't

18   want to be friends with him anymore.

19         Q    You said you met a few people.

20   Can you describe who those people are in

21   relation to Mr. Waltzer?

22         A    I don't remember them very well.

23   I think I met a couple.  I don't remember.

24         Q    Do you know whether or not any of

25   those were teachers?

337

J. Doe

1

2      A     I don't think so.  I'm not sure.

3      Q     Did any of these people, the

4   people you just described as well as the friend

5   who he had told, do you know if he had told any

6   of them your age?

7      A     I do not know.

8      Q     At that point in time was he aware

9   of your age?

10     A     I believe so.

11     Q     Do you recall telling him around

12   that time or prior to?

13     A     I believe we had a conversation

14   about my age.

15     Q     Other than what you previously

16   testified to yesterday that one store and some

17   restaurants.  Where else, if at all, did he

18   take you when you two were together during

19   those school years?

20     A     We went to Atlantic City.  We went

21   to restaurants in Staten Island; but I don't

22   remember the names of the restaurants.  I

23   cannot recall.  I mean, I don't recall

24   everything.

25     Q     So all the places you went with

338

1                              J. Doe

2     him when you were out, did you happen to

3     recognize any of the people around you as

4     classmates or teachers or authority figures at

5     your school?

6          A     No, I don't remember that.

7          Q     To your knowledge, did Mr. Waltzer

8     recognize any of the people around you when you

9     went out to be anyone who worked at the school?

10         A     I don't have a recollection of

11    that.

12         Q     During any of the instances that

13    you were out and about with Mr. Waltzer, at any

14    of those times did he try to rush you to leave

15    one of those locations, or try to shield

16    himself or you, or try to hide while you were

17    in public?

18         A     I don't remember that, no.

19         Q     Can you briefly tell me about

20    Atlantic City?  For starters, when was that

21    trip?

22         A     I am having a hard time

23    pinpointing specific dates and stuff like that.

24    I'm not sure of the date.

25         Q     Do you happen to know what year in

                                                                    339

         1                        J. Doe

         2    school you were?

         3         A     No.

         4         Q     Do you remember what year it was?

         5         A     No.

         6         Q     What month?

         7         A     Had to be a hot month.  I was

         8    wearing a strapless tank top.  I remember

         9    thinking I didn't have a bra and I was really

        10    self conscious because that was not a usual

        11    thing.  So it had to be warm.

        12         Q     Was it just you two going to

        13    Atlantic City?

        14         A     Yes.

        15         Q     How did you get there?

        16         A     He drove.

        17         Q     And do you recall where you

        18    stayed?

        19         A     I think we tried the Holiday Inn,

        20    but I think they were fully booked.  And then

        21    we went to another place.  It was on the

        22    boardwalk, I believe.  I think it was -- it had

        23    like green letters.  I don't remember the name

        24    exactly; but I don't have a whole recollection

        25    of the place.

340

1                              J. Doe

2          Q     Do you recall if there were any

3    other hotels or places nearby?

4          A     Yeah, there are plenty.

5          Q     Do you recall how old you were

6    when this trip happened?

7          A     No.

8          Q     Were you in school at that point?

9          A     Yes.

10         Q     What was the occasion for the

11   trip?

12         A     A spontaneous kind of trip.

13         Q     So there was no specific reason as

14   to why you went?

15         A     As of like we went to do something

16   specific or see something?  What do you mean?

17         Q     Was it pre-planned?  Did you go

18   because you wanted to see a show, or you were

19   going to meet up with other people there?

20         A     No, none of those things.

21         Q     So you just went on a whim?

22         A     Yes.

23         Q     What did you do when you were in

24   Atlantic City?

25         A     We had sex.  We ate at a

341

1                           J. Doe

2     restaurant, or a place.  And we went to the

3     casino.  And I believe he played the roulette.

4     Walked on the boardwalk.  And that's all I

5     remember.

6           Q     Do you recall how the hotel was

7     paid for?

8           A     I believe he paid with his credit

9     card.

10          Q     Did you see his credit card?

11          A     I have a vague memory of it.

12          Q     Did he pay in person or, to your

13    knowledge, was it prepaid online?

14          A     In person.

15          Q     When he paid, were you with him at

16    the front desk to pay?

17          A     Yes.

18          Q     Do you recall what type of credit

19    card it was?

20          A     I'm not 100 percent sure, but I

21    have a vague recollection of being an AMEX.

22          Q     Do you recall what color the card

23    was?

24          A     I think it was -- it had the blue,

25    like, square, I believe.  But I'm not sure.

342

1                          J. Doe

2         Q    You mentioned you went to the

3    casino.

4         A    Yes.

5         Q    Did you gamble?

6         A    I believe so.

7         Q    Did you drink?

8         A    I believe so.

9         Q    You were underage at this point,

10   right?

11        A    Yes.

12        Q    So how did you get those drinks?

13   How were you able to gamble?

14             MR. ASHANTI:  Have you ever been

15        to a casino?

16             MS. DAINOW:  I have.  But I'm

17        asking your client.

18        A    I don't know.  I don't recall ever

19   thinking anything of it.

20        Q    Did you have a fake ID at that

21   point?

22        A    I don't remember having a fake ID,

23   no.

24        Q    Do you recall ever using a fake ID

25   when you were in Atlantic City?

343

1                          J. Doe

2          A     No.

3          Q     Do you recall ever being asked

4    your age when you were in Atlantic City?

5          A     No.

6          Q     Did you ever go to any nightclubs

7    while in Atlantic City?

8          A     No.

9          Q     Go to any bars?

10         A     Like at night?

11         Q     At any point during the day.

12         A     No, I don't remember.

13         Q     Or at night, same answer?

14         A     Same answer.

15         Q     During your relationship with

16   Mr. Waltzer, at any point did you ever meet his

17   daughters?

18         A     Yes.

19         Q     At what point was that?

20         A     I don't remember, but it was kind

21   of early in the relationship.

22         Q     When you say early in the

23   relationship, were you still in high school at

24   that point?

25         A     Yes.

344

1                          J. Doe

2          Q     Do you recall approximately how

3    old his children were at that point?

4          A     They were very little.

5          Q     Do you recall how Mr. Waltzer

6    introduced you to his children?

7          A     I have a vague memory.

8          Q     What is that memory?

9          A     I remember being in the living

10   room and the girls were over at his apartment.

11         Q     Do you recall the time frame of

12   this?

13         A     No.

14         Q     So you don't recall how he

15   actually introduced you to them?

16         A     No.

17         Q     As a friend, girlfriend or

18   otherwise?

19         A     It's very cloudy.

20         Q     When you met him, did you stay

21   over at his apartment during that time?

22         A     When?

23         Q     The time you met his daughters

24   that day or the night before, did you stay over

25   at his apartment?

345

1                              J. Doe

2          A     I don't know.

3          Q     Do you recall in and around that

4    time if you had sex with him?

5          A     I do not recall.

6          Q     Other than the instance you

7    described previously where you visited New York

8    with your daughter and stayed with Mr. Waltzer,

9    did Mr. Waltzer meet your daughter on any other

10   occasion?

11         A     No.  I believe that's the first

12   time.

13         Q     Is that the only time?

14         A     Yes.

15         Q     Other than the incident you

16   described wherein you met his daughters, was

17   there any other period of time when you saw his

18   daughters again?

19         A     In 2014, when I went to his

20   apartment.

21         Q     So the first time was sometime in

22   high school.  The second was 2014?

23         A     Yes.

24         Q     The first time did you spend any

25   time with his daughters?

346

                              J. Doe

1

2       A    I don't recall what happened.

3  Like I just remember meeting them, but I don't

4  remember spending time with them.

5       Q    And the second time?

6       A    We did.  We went to the city.

7       Q    At any point, did you have a meal

8  together with his daughters in his apartment?

9       A    I don't remember if we did or not.

10      Q    The instance when you came to New

11  York with your daughter and stayed with him,

12  what year was that again?

13      A    I believe it's 2014.

14      Q    Did you have sex with him during

15  that visit?

16      A    Yes.

17      Q    Where was your daughter at that

18  point?

19      A    In the other bedroom.

20      Q    Are you aware of whether or not

21  she knew what was going on?

22      A    No, she did not.

23      Q    How do you know?

24      A    She was sleeping and she was far

25  away in a different room.

347

1                           J. Doe

2          Q    Just as a catchall.  To your

3    knowledge, did Aaron ever tell any DOE teachers

4    or personnel about his interactions with you?

5          A    I do not know that.

6          Q    Did Mr. Waltzer at any point?

7          A    I do not know that.

8               MS. DAINOW: It's 1:44.  Before I

9          go on to the next line of questioning,

10         we should take a break.

11              (Off the record at 1:44.)

12              (Recess.)

13              (On the record at 2:46.)

14         Q    Did you ever tell any DOE teacher

15    what had happened between you and Waltzer?

16         A    I don't think so.

17         Q    Did you ever tell any DOE teacher?

18         A    Oh wait, I'm sorry.

19         Q    Do you need to correct your

20    answer?

21         A    I think so.

22              MS. DAINOW:  Can you read back the

23         question?

24              (Record read.)

25              MR. ASHANTI:  If there's anything

348

1                    J. Doe

2          else you need to correct?

3          A    I understood the question wrong.

4    Yes, I did tell the teacher, but that was

5    Douglas.

6          Q    Are you referring to Douglas

7    Meiners?

8          A    Yes.

9          Q    When did you tell Douglas Meiners

10   about your relationship with Mr. Waltzer?

11         A    When?

12         Q    Yes.

13         A    What do you mean by "when"?

14         Q    What year was it?

15         A    I believe it was in 2001.

16         Q    Do you recall what semester it

17   was?

18         A    No, I don't.

19         Q    Was it during the school year?

20         A    Yes.

21         Q    Do you recall what month it might

22   have been in?

23         A    No.

24         Q    Can you tell me was Mr. Meiners

25   your teacher at any point?

349

1                    J. Doe

2          A    Yes.

3          Q    What kind of teacher was he?

4          A    My gym teacher.

5          Q    When was he your gym teacher?

6          A    He was my gym teacher in January

7    of 2001.

8          Q    At the time you reported your

9    relationship with Mr. Waltzer to Mr. Meiners

10   was he your teacher at this point?

11         A    Yes.

12         Q    Did he teach any of the subjects

13   that you know of?

14         A    I do not know.

15         Q    Are you aware whether he coached

16   any sports or supervised any clubs?

17         A    He did fencing.

18         Q    Anything else?

19         A    I don't know.

20         Q    Were you on the fencing team?

21         A    At some point I was, against my

22   will.

23         Q    What do you mean against your

24   will?

25         A    He transferred me into fencing.

350

1                         J. Doe

2          Q     He transferred you into fencing?

3          A     Uh-hum.

4          Q     What does that mean?

5          A     He had requested me to be

6    transferred into fencing.

7          Q     Transferred from where?

8          A     From another gym class that I had.

9          Q     So was fencing a substitute for

10   gym class or was it a sport he coached?

11         A     Yes.  You could take fencing as

12   your elective.

13         Q     In lieu of gym?

14         A     Instead of gym.

15         Q     So at any point did you ever want

16   to take fencing on your own will?

17         A     No, I actually specifically told

18   Mr. Meiners that I did not want to be in

19   fencing.

20         Q     Is it your testimony that he

21   transferred you into fencing?

22         A     Yes, he told me he did so.

23   Because I looked at my schedule and I was very

24   shocked at all of a sudden I was in fencing.

25         Q     So at no point did you ask to be

351

1                              J. Doe

2    in his class?

3           A     Pardon?

4           Q     At no point did you ask to be in

5    his fencing class?

6           A     No.

7           Q     How long were you in that class

8    with him for?

9           A     Not very long.  I transferred out.

10          Q     How long were you in the class

11   until you transferred out?

12          A     I don't remember.

13          Q     Was it a month?

14          A     I don't remember.

15          Q     Was it more than three months?

16          A     I don't think so.

17          Q     Was it approximately two months?

18          A     Maybe less.

19          Q     At any point did he tell you why

20   he transferred you into his class without you

21   knowing?

22          A     He wanted to spend more time with

23   me.

24          Q     Did he say anything else when he

25   mentioned that?

352

1                       J. Doe

2          A     I don't recall.

3          Q     Prior to him transferring you into

4    his fencing class, what kind of interactions,

5    if any, did you have with him?

6          A     Many.  We used to play chess

7    together and very frequently.  He was already

8    my teacher prior.  Regular gym class.  I can't

9    remember anything else.

10         Q     So he taught gym and also he

11   taught fencing?

12         A     Correct.

13         Q     When did he play chess with him?

14         A     During my free break time in

15   school.

16         Q     Where did you play chess?

17         A     At the teachers' lounge.

18         Q     Were any other students allowed in

19   the teachers' lounge, to your knowledge?

20         A     No.

21         Q     Did you ever see any other

22   students in the teachers' lounge?

23         A     I don't recall seeing any other

24   students.

25         Q     Did you ever see any other

353

1                        J. Doe

2    teachers in the teachers' lounge when you were

3    there?

4         A    Yes.

5         Q    How many?

6         A    Many teachers.

7         Q    Did any of those teachers tell you

8    you shouldn't be in the teachers' lounge?

9         A    No.

10        Q    How often would you be in the

11   teachers' lounge?

12        A    Sometimes we had games for like

13   the entire week.  But we always played in his

14   office and usually Eisenberg was there too.

15   Mike Eisenberg.

16        Q    Are you referring to Michael

17   Eisenberg?

18        A    Yes.

19        Q    He was in the office with you

20   while you were playing chess with Douglas

21   Meiners?

22        A    Yes.

23        Q    How often did that occur?

24        A    Quite often.

25        Q    Was it just the three of you in a

354

1                              J. Doe

2    room together?

3          A     Yes.

4          Q     At any point did either of them

5    say anything inappropriate to you?

6          A     While playing chess or at any

7    point in time?

8          Q     We're going to start with while

9    playing chess?

10         A     While playing chess?

11         Q     Yes.

12         A     I don't believe so.  I don't

13   remember that, no.

14         Q     At any point in time?

15         A     Yes.

16         Q     Can you explain?

17         A     I remember one time I didn't give

18   much meaning to it; but he always wanted my to

19   sit by him and not do any gym because he said

20   that he liked my legs.  I didn't think it was

21   relevant at that time, but it's obviously

22   relevant now.  At one point he tried to kiss me

23   and I did not allow that to happen.  And I

24   tried to avoid him after that incident.

25         Q     When you say "he" and "him," are

355

                                J. Doe
1
2   you referring to Douglas Meiners?

3        A    Douglas Meiners.

4        Q    At what point did he try to kiss

5   you, where were you?

6        A    At gym.

7        Q    In gym class?

8        A    After gym he asked me to stay

9   after class.

10       Q    Were there any other students

11  around?

12       A    No.

13       Q    Were there any other teachers

14  around?

15       A    No.

16       Q    When he tried to kiss you, what

17  did you do?

18       A    Well, so he said to stay after

19  class; so I stayed.  And he wanted to talk and

20  I wasn't sure what he wanted to talk about.

21  And I believe that was -- I thought he wanted

22  to talk about why he had put me on the fencing

23  class because I did not wanted to be in

24  fencing.  I was very specific, I don't want to

25  be in fencing.  So I thought he wanted to talk

356

1                               J. Doe

2      about that.  But then he pinned me on the wall.

3      He put one arm on the wall and he got very

4      close and he reached to kiss me.  And I just

5      like bent my knees and ran out of the room.

6              Q     Did you say he hit you on the

7      wall?

8              A     He pinned me.  He didn't hit me.

9      He put me against the wall.

10              MR. ASHANTI:  She said pinned.

11              Q     So you are saying he put his hands

12      on you?

13              A     Not on me.  On the wall.

14              Q     So at no point did he ever touch

15      you?

16              A     No.

17              Q     Do you recall what year that was?

18              A     I believe that was 2001.

19              Q     Was that before or after you

20      reported your relationship with Mr. Waltzer to

21      him?

22              A     After.

23              Q     How long after would you say?

24              A     Maybe -- I'm not sure.

25              Q     Was it months would you say?

357

1                    J. Doe

2          A    Not months.

3          Q    Weeks?

4          A    Maybe weeks.

5          Q    What other interactions did you

6    have with him other than when you reported your

7    relationship with Mr. Waltzer and the incident

8    in the gym that you just described?

9          A    Given he was my teacher, I would

10   see him pretty often.  Besides what I stated

11   about us playing chess, we used to spend time

12   just talking; but I don't remember the context

13   of our conversations.

14         Q    Do you remember how long the

15   conversations typically were?

16         A    Five, ten minutes.

17         Q    Do you recall if they had to do

18   with school or family or something else?

19         A    I don't recall.

20         Q    At any point in the time that you

21   knew him, did he ever put his hands on you?

22         A    I don't recall.

23         Q    Other than what you've already

24   testified to, what else, if anything, did he

25   say that you felt was inappropriate from the

358

1                         J. Doe

2    time that you met him until the present?

3         A    Another behavior I felt was

4    inappropriate from him?

5         Q    Anything he said to you.

6         A    Anything that he said to me?

7         Q    Correct.

8              MR. ASHANTI:  So inappropriate

9         words?

10             MS. DAINOW:  Correct.

11        A    We had a conversation years later.

12   Maybe, say, in the last ten years somewhere.

13   Maybe ten years ago we had a conversation and I

14   believe he apologized for some stuff that had

15   happened.  And he told me that at that time he

16   had developed feelings for me and that he was

17   having a hard time being -- he didn't want his

18   wife anymore and they were having a difficult

19   time and he didn't want his wife anymore

20   because he felt like he was in love with me.

21   That's what he said.

22        Q    The conversation that you're

23   describing, did it occur in person on the phone

24   or something else?

25        A    On the phone.

359

1                              J. Doe

2          Q    Where were you at that time?

3          A    Honolulu.

4          Q    Do you know where he was located

5      at the time?

6          A    Somewhere in the mainland.

7          Q    Do you recall if he was still a

8      teacher at Francis Lewis at that point?

9          A    No, he wasn't.

10         Q    How do you know?

11         A    He told me so.  He was somewhere

12     in North Carolina.  I don't know somewhere.

13         Q    Did you call him or did he call

14     you?

15         A    I called him.

16         Q    How did you have his number?

17         A    I don't think he changed his

18     number from before.

19         Q    How did you originally have his

20     number?

21         A    I believe he gave it to me while

22     we were at school.

23         Q    At what point in school did he

24     give it to you?

25         A    I do not remember.

360

1                          J. Doe

2              Oh, another inappropriate behavior

3    when he took me home.  Or he took me out of

4    school.  I forgot.

5         Q    So are those two separate things

6    where he took you home and took you out of

7    school, or is it the same?

8         A    Two different occasions.

9         Q    I'll get to those in a second.  I

10   want to circle back.

11             How did you originally get his

12   number?

13        A    He gave it to me.

14        Q    On school grounds?

15        A    Yes.

16        Q    Was anyone else around?

17        A    Probably.  Michael Eisenberg, he

18   was around.

19        Q    Was it in a classroom, in the

20   hallway or something else?

21        A    In the office.

22        Q    What office?

23        A    Their office.

24        Q    Did they share an office?

25        A    They shared an office together,

361

1                        J. Doe

2    yes.

3         Q    Did anyone else share the office

4    with them?

5         A    I do not know.  I don't think so;

6    but I don't know.

7         Q    Did you ask for his number?

8         A    No, I didn't even have a cell

9    phone.  So to me it was just like a number.

10        Q    So he just voluntary gave it to

11   you?

12        A    Yes.

13        Q    Did he tell you to do anything

14   when he gave you the number?

15        A    He invited me to his house to go

16   to the sauna which I did not even know what a

17   sauna was at that time.  So he told me if I

18   changed my mind to give him a call.

19        Q    What prompted his invitation?

20   What was happening at that time?  What was your

21   conversation like?

22        A    I don't remember, but his

23   conversation was very casual.  He didn't seem

24   like he was never -- it didn't feel to me like

25   there was meaning to it.  But I didn't

362

1                           J. Doe

2    understand what was happening.

3                    MR. ASHANTI:  Different between

4           then and now?

5                    THE WITNESS:  Yeah.

6         Q    So you said that you didn't have a

7    cell phone at that time.

8         A    Uh-hum.

9         Q    Do you recall approximately what

10   time that was?  How old were you?

11        A    I didn't have a cell phone.

12        Q    You had testified he gave you his

13   number and you didn't even have a cell phone at

14   this time, right?

15        A    Correct.

16        Q    So at what time are you describing

17   you didn't have a cell phone?

18        A    I never had a cell phone until

19   many years later.  So I'm not sure.

20        Q    Did he give you his address as

21   well or just his phone number?

22        A    I never got his address.  Just a

23   phone number.

24        Q    Did he write down his number for

25   you or something else?

363

1                          J. Doe

2          A     I do not remember.

3          Q     Did you write it down?

4          A     I don't remember.

5          Q     At that point you said Michael

6    Eisenberg was present, correct?

7          A     Yes.

8          Q     Did he also give you his number?

9          A     No, he did not.

10         Q     Did you ask for it?

11         A     No, I did not.

12         Q     Did he say anything when Douglas

13   Meiners gave you his number?

14         A     No, he did not.

15         Q     Did you say that you would call

16   Douglas Meiners?

17         A     No, I did not say that.

18         Q     So I'm going to circle back to you

19   had previously said that Douglas Meiners had

20   inappropriate behavior toward you; is that

21   right?

22         A     Correct.

23         Q     So are the only instances that you

24   recall when he took you home and when he took

25   you out of school other than what you've

364

                              J. Doe

1

2    already testified to?

3         A     Say that again.

4         Q     Other than what you've already

5    told me today, are the only other instances of

6    what you believe to be his inappropriate

7    behavior the time when he took you home and

8    also the separate time when he took you out of

9    school?

10        A     Like if I believed that there was

11   any other inappropriate behavior?

12        Q     Right.

13        A     Now that I look back or that I

14   thought at that moment?

15        Q     No.  If you're thinking about it

16   now, do you recall any instances other than

17   what we've talked about today where you believe

18   that he acted inappropriately?

19        A     Yes.

20        Q     Can you describe them?

21        A     I was the only student that was

22   advised to wear a short tank top for his gym

23   class.

24        Q     You are saying --

25        A     Instead of my uniform.

365

1                         J. Doe

2          Q     Were uniforms mandatory for

3    students in gym?

4          A     Yes.

5          Q     So all of your peers wore them?

6          A     Yes.

7          Q     Who advised you not to wear a

8    uniform?

9          A     Douglas.

10         Q     And when did that occur?

11         A     During the time that he was my

12   teacher.

13         Q     Did you automatically comply, or

14   did you try to wear a uniform and something

15   happened, or something else?

16         A     I did what I was told.

17         Q     Did any of your peers question why

18   you were wearing a tank top and not a uniform?

19         A     A short tank top?

20         Q     Correct.

21         A     No.

22         Q     Did you ask him why he wanted you

23   to wear that?

24         A     No.

25         Q     Did it ever concern you at the

366

```
 1                    J. Doe

 2    time?

 3         A    No.

 4         Q    Why not?

 5         A    I didn't think.  I was young and

 6    stupid.

 7         Q    When you say short tank top, are

 8    you saying low cut or showing your mid drift or

 9    something else?

10         A    It was up to here.

11         Q    So right underneath your chest?

12         A    Correct.

13         Q    In terms of the bottom half of

14    your uniform, did you still wear that?

15         A    Yes.

16         Q    How long were you in his gym class

17    before being transferred to his fencing class?

18         A    I finished the gym class, but I

19    guess he wasn't going to be my teacher anymore.

20    So because I was on a different gym class,

21    different semester, then he transferred me to

22    his fencing class because that was the class he

23    was going to be teaching.

24         Q    Can you describe for me when

25    Mr. Meiners took you home?
```

367

1                          J. Doe

2          A     When?

3          Q     When did he take you home?

4          A     I don't remember exactly, but I

5    believe -- I'm not sure.

6          Q     Was it your first year of high

7    school?

8          A     Probably.

9          Q     Could it have been your second

10   year of high school?

11         A     Could be.

12         Q     And how did this happen?  Can you

13   explain the events surrounding it?

14         A     Yes.  So I had worn a skirt that

15   day.  And right after school, I was walking

16   toward the bus and he drove up and he parked.

17   He came out of the car and he said that he

18   didn't want me to walk to the bus, or like be

19   with like the students.  Because then the boys

20   were probably going to be looking at me, so he

21   wanted to take me home.

22         Q     And did you go with him?

23         A     Yes.

24         Q     Where did he take you?

25         A     To my house.

368

1                          J. Doe

2          Q    What happened during the car ride?

3          A    I don't remember.  Nothing

4    happened.

5          Q    Any conversations?

6          A    We probably had conversations, but

7    I don't remember any physical interaction.

8          Q    Do you recall the sum and

9    substance of the conversation?

10         A    I do not.

11         Q    Do you recall how it made you

12   feel?

13         A    I think I was very nervous to be

14   in his car by myself.

15         Q    Why did you agree to go in his

16   car?

17         A    Because he told me to do so.

18         Q    Were any students around when it

19   happened?

20         A    Probably because it was right

21   after the ending of school day.

22         Q    Were any teachers around?

23         A    I don't know.  I didn't look

24   around to see.

25         Q    So you didn't look to see if there

369

1                           J. Doe

2      were any teachers?

3           A     No.

4           Q     Did you see any in your peripheral

5      vision?

6           A     I don't remember.

7           Q     How far was the bus stop where he

8      picked you up from the actual entrance to the

9      school?

10          A     At that time I got out from the

11     side of the school or the back of the school.

12     So it was around the corner.

13          Q     Had you gone out that entrance

14     before?

15          A     Yes.

16          Q     When you gone out that entrance in

17     the past, had you ever seen teachers around

18     that area?

19          A     A lot of students went out through

20     that door as well.  It wasn't unusual to see

21     faculty and students.  It wasn't like an

22     isolated place, no.

23          Q     But when you did get in his car,

24     did you not see any teachers around?

25          A     I do not remember.  I do not

370

1                          J. Doe

2    recall if I did or did not.

3         Q    You said there were likely

4    students around though, right?

5         A    Likely students, yes.

6         Q    Do you recall seeing any students?

7         A    I don't remember specifically.

8    But I have a memory of other people walking

9    around.  But I don't remember.  I don't know

10   who they were.

11        Q    Do you recall seeing any DOE

12   personnel at all?

13        A    I do not recall that.

14        Q    Do you recall seeing any parents

15   or parental figures around?

16        A    I do not remember that.

17        Q    So your testimony is that he took

18   you from the bus stop and gave you a ride home?

19        A    It wasn't from the bus stop.  It

20   was from the sidewalk next to the school.

21        Q    Is that the only time you ever

22   went in his car?

23        A    No.

24        Q    When was the other time?  How many

25   other times were there?

371

1                           J. Doe

2          A     One more time.

3          Q     What was the other time?

4          A     When he came to my classroom and

5     took me out of class to go to the park.

6          Q     So you are saying he came to your

7     classroom.  What class were you in at that

8     time?

9          A     I don't remember.

10         Q     Do you recall who your teacher was

11    at the time?

12         A     No.

13         Q     Do you recall any conversation

14    between Mr. Meiners and the teacher for him to

15    be able to take you out of that class?

16         A     No.  But it seemed like it was

17    kind of normal for people to do that.

18         Q     What exactly happened?  Did he

19    knock on the door and call for you and you came

20    outside or something else?

21         A     No, he went inside and asked

22    permission.  He said I had something to do.

23    And I was kind of puzzled especially because

24    this time he was not alone.  Then I was more

25    puzzled.  And then he said we're going to go to

372

1                           J. Doe

2      the park.  And I was extremely puzzled because

3      I had no idea why I had to go to the park

4      during class.

5           Q     When he said you were going to go

6      to the park, were you still in the classroom

7      when he asked to take you out, or were you

8      outside of the classroom with the door closing,

9      or something else?

10          A     I was outside of the classroom.

11          Q     Was door the closed?

12          A     I don't remember that.

13          Q     Do you recall if the teacher whose

14     class you were in heard Mr. Meiners say he was

15     going to take you to the park?

16          A     I don't remember that.  But the

17     other teacher that was there with us heard it.

18          Q     Who was this other teacher?

19          A     I don't know his name.  I believe

20     it's Mr. Powell; but I'm not 100 percent sure.

21          Q     Do you know what subject Mr.

22     Powell taught or whoever this teacher was?

23          A     Gym.

24          Q     Have you ever been in this

25     person's class?

373

1                          J. Doe

2          A    No.  He was a new teacher.

3          Q    Have you ever seen him before up

4    until that day?

5          A    Yes.

6          Q    Did you ever have any interactions

7    with this person?

8          A    Never.

9          Q    So can you walk me through this,

10   Mr. Meiners and this other teacher took you to

11   the park.  Did they drive you there or

12   something else?

13         A    They drove me there.

14         Q    Who was driving the car?

15         A    Douglas.

16         Q    And where was this other teacher?

17         A    In the back seat.

18         Q    So were you in the front seat?

19         A    Yes.

20         Q    Do you remember what kind of car

21   it was?

22         A    It was a black car.

23         Q    Do you know what type?

24         A    Like an SUV.

25         Q    How far is the park from your

374

```
 1                      J. Doe

 2   school?

 3        A    I do not know.

 4        Q    Was it a short ride?

 5        A    Yeah, like ten minutes.

 6        Q    So you went off school grounds?

 7        A    Yes.

 8        Q    So there was no part of the school

 9   property where in there was a park area?

10        A    You mean like where we went it was

11   part of the school property?

12        Q    Correct.

13        A    No, it wasn't.

14        Q    So you went off school grounds.

15   Do you know what park he took you to?

16        A    No, not sure.

17        Q    What happened when you got to the

18   park?

19        A    He wanted to go sit by the water

20   and feed the ducks.  And he -- the other

21   teacher just was like walking around.  And we

22   sat on a bench and he wanted to play chess.

23        Q    "He," being Mr. Meiners?

24        A    Douglas, yes.

25        Q    Was there a chess board around?
```

375

1                       J. Doe

2          A     Yeah, he had it.

3          Q     So how long was your excursion to

4    the park?

5          A     Maybe, I don't know, 30 minutes.

6          Q     So did you end up playing chess

7    with Mr. Meiners?

8          A     No, I don't think we did.  I think

9    it was more like -- I was just really

10   flustered.  I didn't understand what was

11   happening.  I didn't know why we were at the

12   park.  I still don't know why we went to the

13   park.

14         Q     Did you ever tell him you didn't

15   want to go to the park?

16         A     No, I did not.

17         Q     Why not?

18         A     Because that was not my character

19   to say what I thought or how I felt.

20         Q     At any point when you were at the

21   park, did you tell Mr. Meiners or this other

22   teacher you wanted to leave?

23         A     No.

24         Q     When were you at the park, if you

25   didn't play chess, what did you do?

376

1                        J. Doe

2         A    I sat on the bench and at some

3    point we fed the ducks and we just talked, but

4    I do not remember what about.

5         Q    Do you recall if it was about

6    school?

7         A    I do not remember that.

8         Q    Do you recall if it was about your

9    family?

10        A    It could have been.

11        Q    Do you recall if it was about

12   Mr. Waltzer?

13        A    It could have been.

14        Q    Did you at any point report your

15   relationship with Mr. Waltzer to Douglas

16   Meiners?

17        A    Yes.

18        Q    At what point did you do that?

19        A    After we came back and a couple

20   days later that when we came back from that

21   incident, Mark saw us coming in.

22        Q    Can you describe what happened?

23        A    I think they had to talk about the

24   incident.  And I believe that -- I remember

25   that Mark had told me that I can't do that.

377

1                          J. Doe

2    And if anybody else would have seen it they

3    would have lost their job so it was that

4    serious.

5          Q    Can't do that, meaning what?

6          A    Go out with teachers out of school

7    premises.

8          Q    Did Mr. Waltzer in your presence

9    tell that to Douglas Meiners?

10         A    Not in my presence, no.

11         Q    Did Mr. Waltzer in your presence

12   tell that to the other teacher?

13         A    No, he did not.

14         Q    Did Mr. Waltzer ever tell you

15   after the fact that he had spoken to Meiners

16   and/or the other teacher about what you just

17   described?

18         A    No, he did not say that.

19         Q    So how do you know this

20   information?

21         A    Because Douglas told me.

22         Q    So what exactly did Douglas tell

23   you?

24         A    I'm a bit lost.

25         Q    You are saying that Mr. Waltzer

378

1                          J. Doe

2    said essentially it was inappropriate for a

3    teacher to take you off school grounds to the

4    park.

5         A    He said that directly to me.

6         Q    Were any of the other teachers

7    around?

8         A    No.

9         Q    Were you aware if Mr. Waltzer ever

10   had that conversation with those teachers?

11        A    If I was aware of what?

12        Q    If Mr. Waltzer ever had that

13   conversation, meaning it being inappropriate to

14   take you off school grounds with those two

15   teachers?

16        A    I believe so.  Because Douglas

17   told me that they had a conversation.  He

18   actually came at a different day.  Maybe the

19   day after.  And he took me out of another class

20   and he was panicking it looked like.  And he

21   was very anxious about consequences of taking

22   me out of school.

23        Q    You are saying Mr. Meiners said

24   this?

25        A    Yes.

379

1                          J. Doe

2          Q     He took you out of another class?

3          A     Yes.

4          Q     What class was that?

5          A     I don't remember.

6          Q     Do you recall who the teacher was?

7          A     No.

8          Q     And do you recall how long after

9     you had gotten in the car with him to go to the

10    park that Mr. Meiners took you out of this next

11    class?

12         A     I believe it is one or two days

13    later.

14         Q     What happened when he took you out

15    of class?

16         A     He just wanted to talk to me about

17    Mark.

18         Q     Can you tell me the conversation

19    as best as you can recall it?

20         A     He was saying that, you know, he

21    was in big trouble.  He was going to get into

22    big trouble that we went off premises.  And I

23    was didn't understand what was going on.  And I

24    believe it was at that point that we talked

25    about my relationship with Mark.

380

1                        J. Doe

2          Q     How did that come up?

3          A     I don't remember.  I don't

4    remember exactly what prompted.

5          Q     What exactly did you tell him with

6    respect to your relationship with Mr. Waltzer?

7          A     I don't remember exactly my words.

8          Q     What's the sub and substance of

9    what you said?

10         A     That Mark and I were together and

11   I was going to talk to him about it.  About him

12   not saying anything about going out of premises

13   or something.

14         Q     I'm confused.  So the only thing

15   you told Mr. Meiners with respect to Mr.

16   Waltzer was that you were with Mr. Waltzer and

17   wanted to talk to Mr. Meiners about it?

18         A     I don't understand what you are

19   saying.

20         Q     With respect to your relationship

21   with Mr. Waltzer, what was the full scope of

22   what you told Mr. Meiners?

23         A     At first I had mentioned to him

24   that I was going to talk to Mark and he was

25   wondering why, you know, I would even talk to

381

1                          J. Doe

2      Mark.  And I believe it came out that Mark and

3      I were together and he kind of -- he had more

4      questions about that.  So then I explained to

5      him what was happening.  Everything that was

6      happening with Mark.

7                  MR. ASHANTI:  He was going to talk

8            to Mark because Mark had scolded him to

9            help Meiners.  Were you talking to Mark?

10                 MS. DAINOW: Are you correcting her

11           testimony?

12                 MR. ASHANTI:  For what reason were

13           you talking to Mark?  For what reason

14           were you telling Meiners that you would

15           talk to Waltzer in order to do what?

16     Q     Do you understand the question

17     that your counsel asked you?

18                 MR. ASHANTI:  What would be the

19           reason you would talk to Waltzer on

20           behalf of Meiners?

21                 MS. DAINOW:  That's not the

22           question.

23     Q     The question is what is the sum

24     and substance of the conversation had you with

25     Doug Meiners about Mr. Waltzer?

382

1                        J. Doe

2              MR. ASHANTI:  She mentioned that

3         in the answers.  That's the reason I

4         brought it up.

5         Q    Do you understand your counsel's

6    question?

7              MR. ASHANTI:  You are not

8         articulating the reason.

9              THE WITNESS:  Okay.

10        Q    Do you need the question to be

11   read back to you?

12        A    Please.

13             MS. DAINOW:  Can you read back

14        Carl Ashanti's question?

15             (Record read.)

16        Q    Do you understand the question?

17   If you understand the last question your

18   counsel asked why, would you talk to Mr.

19   Waltzer about --

20        A    Because we were in a relationship.

21   And I didn't want Douglas to get in trouble.

22   And I didn't want anybody to get in trouble.

23        Q    What, if anything, did Mr. Waltzer

24   do in response to your saying that?

25        A    What did he do?

383

1                          J. Doe

2              MR. ASHANTI:  She was talking to

3          Meiners.  This is a conversation she's

4          having with Meiners.

5              MS. AROUBAS:  You're trying to fix

6          her testimony.

7              MR. ASHANTI:  No, I am not.

8          Meiners took her out of class.  Then

9          they had a conversation.  She is

10         describing that conversation she said,

11         right?  That's on the record, right?

12             MS. DAINOW:  Right.  But then your

13         question asked about what she talked to

14         about Waltzer to Meiners.

15         A    I was talking to Meiners.

16         Q    So there was no conversation with

17    Mr. Waltzer about anything you did or said with

18    Mr. Meiners?

19         A    I don't remember the conversation

20    that I had with Mark about Meiners.

21         Q    To your knowledge, did Mr. Waltzer

22    ever report that Mr. Meiners took you off

23    school grounds?

24         A    To my knowledge, no, he did not.

25         Q    To your knowledge, did Mr. Waltzer

384

1                           J. Doe

2    ever report that this other gym teacher took

3    you off school grounds?

4          A    Not to my knowledge, no.

5          Q    In terms of your conversation with

6    Mr. Meiners since we haven't really gotten this

7    on the record yet.  Can you tell me everything

8    you recall about what you told Mr. Meiners

9    about your relationship with Mr. Waltzer?

10          A    So all of this is the conversation

11   I had with Meiners.  I told Meiners that Mark

12   and I were together.  And then he had a lot of

13   questions regarding the matter.  He wanted to

14   know how long was it going on and what was

15   happening.  And I remember we had a

16   conversation about everything that was

17   happening with Mark just because I did feel at

18   that time that to me Douglas was like the

19   closest friend that I even had in high school.

20          Q    So you felt Douglas was a closer

21   friend to you than Mark Waltzer?

22          A    Yes.

23          Q    Why?

24          A    Because we would play chess

25   together and we had, you know, extracurricular

385

1                              J. Doe

2     activities like that that we used to spend a

3     lot of time.

4          Q    Did you ever tell Douglas Meiners

5     that you had sexual relations with Mr. Waltzer?

6          A    Yes, I did.

7          Q    What, if anything, did Mr. Meiners

8     say or do when you told him about your

9     relationship with Mr. Waltzer?

10         A    He was surprised.

11         Q    Anything else?

12         A    He changed.

13         Q    How so?

14         A    After that that's when the

15    incident of him trying to kiss me happened.

16         Q    And again how far after?

17         A    I do not know.

18         Q    When he tried to kiss you, was

19    that the only time he did that?

20         A    Yes.

21         Q    At any point, did he make any

22    other sexual advances toward you while you were

23    in high school?

24         A    I don't recall that.

25         Q    Are you aware of whether or not

386

1                          J. Doe

2     Mr. Meiners ever reported what you said to him

3     about Mr. Waltzer?

4          A     To my knowledge, no, did he not.

5          Q     Did you ask him not to?

6          A     I did not.

7          Q     Did you ask him to report it?

8          A     I did not.

9          Q     How many semesters did you have

10    him as a teacher?

11         A     I do not remember.

12         Q     When you told Doug Meiners about

13    your relationship with Mr. Waltzer, was anyone

14    else present for that conversation?

15         A     I don't think so.

16         Q     That conversation, that happened

17    on school grounds?

18         A     Yes it did.

19         Q     Where on school grounds did it

20    happen?

21         A     Hallway.

22         Q     Were classes going on at that

23    point?

24         A     Yes.

25         Q     Was there anyone in the hallway,

387

1                          J. Doe

2    to your knowledge, at that point?

3          A    I do not know.

4          Q    Do you recall people passing you

5    by during that conversation?

6          A    I do not remember.

7          Q    Do you recall if there were

8    classrooms around you?

9          A    Yes, there were classrooms around

10   me.

11         Q    Do you recall if any of those

12   classroom doors were open during that

13   conversation?

14         A    I do not remember that.

15         Q    After that conversation what did

16   you do?

17         A    I went back to class.

18         Q    After the situation in the gym

19   where you are describing that Meiners tried to

20   kiss you, did you ever -- if I asked you this

21   forgive me -- did you ever report that to any

22   DOE teacher?

23         A    I told that to Mike Eisenberg.

24         Q    That's the only person you told?

25         A    Yes.

388

1                          J. Doe

2          Q     Just to clarify, you didn't tell

3     any other authority figure at your school?

4          A     I felt every teacher was an

5     authority figure.

6          Q     So my question is, did you tell

7     anyone who wasn't a teacher who worked at that

8     school other than Mr. Eisenberg?  For example,

9     did you tell the principal, did you tell a

10    guidance counselor?

11         A     No, I did not.

12         Q     A sub?

13         A     A sub?

14         Q     A substitute teacher?

15         A     No, I did not.

16         Q     Had you normally confided in

17    Mr. Meiners prior to the date you told him

18    about your relationship with Mr. Waltzer?

19         A     I don't know if the word "confide"

20    is the right word.

21         Q     What word would you use?

22         A     I trusted him.

23         Q     How did it come to be that you

24    trusted him?

25         A     He was kind and he was always just

389

1                           J. Doe

2    -- he didn't seem -- like before this to me it

3    didn't seem like, you know, he was -- he never

4    touched me.  He never tried to do anything

5    inappropriate at the time.  His behaviors were

6    kind of like -- sometimes I didn't understand

7    and it was kind of weird.  But I think spending

8    a lot of time with him during not just class.

9    Because even while class was going on, he still

10   had me sit by him at all times in front.  Even

11   when everybody was like running around doing

12   stuff, I still had to be sitting or be by him

13   at all times.  So it almost like felt like a

14   level of trust that I had with him.  I believed

15   that he had my best interest at that moment.

16           Q    When you said you sat with him,

17   are you referring to during the classes you had

18   with him?

19           A    During the class, yes.

20           Q    Did he ask you to sit with him?

21           A    Yes.

22           Q    Did any other students ever say

23   anything as to why you were sitting with him

24   and they had to run around and participate in

25   gym?

390

1                    J. Doe

2        A    No one said anything to me.

3        Q    Did you ever observe Mr. Meiners

4   having any interactions with any other

5   students?

6        A    Yes, he had many interactions with

7   all the students.

8        Q    Did you ever observe him to have

9   interactions with students outside of class?

10       A    I don't recall.

11       Q    Did you ever observe him to have

12  interactions with any students in the hallways

13  or in an office or in another room in the

14  school?

15       A    I do not recall.

16       Q    When you said you observed him to

17  have relationships with many students, were you

18  referring to students in his class?

19       A    Correct.

20       Q    During class time?

21       A    Yes.

22       Q    When he spoke with those students

23  that you saw, did he speak with both male and

24  female students?

25       A    Yes.

391

1                             J. Doe

2           Q     To your knowledge, did he treat

3     any other students the way he treated you?

4           A     No.

5           Q     To your knowledge, did he talk to

6     any of the other students in the same way that

7     he talked to you?

8           A     No.

9           Q     Did you ever see him with another

10    student?

11          A     No.

12          Q     Other than in your class with him

13    wherein he was teaching the students, did you

14    ever see him in a situation where he was

15    interacting with another student?

16          A     No.

17          Q     Did you ever see him interact with

18    any students off school grounds?

19          A     No.

20          Q     Did you ever hear that he had

21    interacted with any students off school

22    grounds?

23          A     No.

24          Q     Did you ever follow up with

25    Douglas Meiners about your conversation about

392

1                              J. Doe

2      your relationship with Mr. Waltzer?

3            A     Yes, in 2010.  I believe it was

4      2010, but it could have been earlier than that.

5            Q     Is 2010 when had you that phone

6      call with him or something else?

7            A     That same time, yes.

8            Q     To clarify, that phone call was

9      when you were living in Hawaii?

10           A     Correct.

11           Q     What exactly did you say about

12     your relationship with Mr. Waltzer during that

13     phone call?

14           A     He just had a couple of questions.

15     He wanted to know if Mark and I were still

16     together.  And I said no that was, you know

17     done for a while.  And he just wanted to know

18     -- what did he say?  I don't remember all the

19     details of the conversation.  But I remember we

20     talked about it briefly.

21           Q     You called him?

22           A     I called, yes.

23           Q     Was it a pleasant conversation?

24           A     It was a pleasant conversation.

25           Q     Did you enjoy speaking with him?

393

1                           J. Doe

2         A    I wouldn't say I enjoyed it like

3    it was an event to be enjoyed.  Like any other

4    conversation with anyone else.

5         Q    Why did you call him?

6         A    I don't remember the background

7    reason of why I made that call.

8         Q    Did he talk to you about his wife

9    on the phone?

10        A    About his wife?

11        Q    Yes.

12        A    Other than how he felt about his

13   wife at that time?

14        Q    No, how he felt about his wife at

15   that time or something else?

16        A    Yeah, at that time he did mention

17   how he felt about his wife.

18        Q    What did he say?

19        A    That he got to the point where he

20   didn't want to touch her anymore.

21        Q    Did he say anything else?

22        A    About his wife?

23        Q    About anything.

24        A    Other than what I stated before?

25        Q    Yes, other than what you've

394

1                                  J. Doe

2    already testified to.

3          A     That he was doing well.  He was

4    still teaching fencing privately, I guess.  I

5    don't remember anything else.

6          Q     Was the other teacher aware of

7    your conversation with Mr. Meiners about your

8    relationship with Mr. Waltzer?

9          A     What other teacher?

10         Q     The other teacher who you said was

11   in the car with you and Mr. Meiners when you

12   went to the park?

13         A     I do not recall that.

14         Q     Do you recall if he ever knew

15   about your relationship with Mr. Waltzer?

16         A     I do not recall that.

17         Q     Did you ever tell him?

18         A     No, I did not.

19         Q     Was he present for the

20   conversation you had with Douglas Meiners about

21   your relationship with Mr. Waltzer?

22         A     No, he was not.

23         Q     Were you married at the time that

24   you made the call to Mr. Meiners in 2010?

25         A     Yes.

395

1                          J. Doe

2          Q     Did you tell him about your

3    husband?

4          A     I'm sure we touched on the

5    subject.

6          Q     What did you say?

7          A     I don't remember.

8          Q     Do you recall if what you said was

9    positive or negative?

10         A     I don't remember.

11         Q     Other than the instances you've

12   already testified to with respect to Mr.

13   Meiners, are there any other interactions

14   verbal or physical that you recall ever

15   happening between you and Mr. Meiners?

16         A     I can't seem to recall right now.

17         Q     Is it possible that there were

18   more instances you haven't described?

19         A     It is possible, yes.

20         Q     Is it possible there aren't more

21   instances that you haven't described?

22         A     I think we had a lot of

23   interaction.

24         Q     But you can't recall any specific?

25         A     I can't recall specifics.

396

1                          J. Doe

2          Q    You said that you had spoken with

3    Mr. Eisenberg.  How did you know Mr. Eisenberg?

4          A    He was sharing the room with

5    Douglas.  He was sharing the office.

6          Q    Did you ever speak to him outside

7    the presence of Mr. Meiners?

8          A    Yes.

9          Q    On what occasions?

10         A    Just passing in the hallways

11   sometimes briefly.  More specifically was the

12   one time that I went to look for Douglas

13   because of the incident that he tried to kiss

14   me and I was -- after, you know, I was able to

15   like think about it, I was a little bit upset

16   about his behavior because it was not what I

17   thought about him at all.  And I went to his

18   office to try to talk to him and ask him why

19   did he do that.  And he wasn't there.  But Mike

20   was there by himself and he asked me to come in

21   and to sit down because he wanted to talk to

22   me.

23         Q    So you had originally wanted to

24   speak with Meiners about why he tried to kiss

25   you?

397

1                       J. Doe

2          A    Right.

3          Q    But you didn't find Meiners.

4    Instead you found Eisenberg?

5          A    Correct.

6          Q    Did you have a conversation with

7    Mr. Meiners about why he tried to kiss you at

8    any point?

9          A    Yes.  When I had that conversation

10   in 2010, and I believe that now that I

11   remember, that it is the reason why I talked to

12   -- I called Douglas because he was always a

13   pending conversation and I guess at that time,

14   you know, I was too young and kind of so many

15   things were happening.  So then I kind of

16   forgot about it.  Got to the point in my life

17   where I wanted to start straightening out the

18   things that happened, and that's why I called

19   Douglas.

20         Q    Did you call any other DOE teacher

21   around that time or at any point after you had

22   left high school?

23         A    No, I didn't have like a way to

24   contact anybody else.  I probably would have if

25   I did.

398

1                          J. Doe

2          Q    Did you ever call Eisenberg at any

3    time after you left school?

4          A    I didn't have a way to contact

5    him, no.  I did not.

6          Q    So when you went to try to tell

7    Mr. Meiners in their office about talking to

8    him about the kiss and you found Mr. Eisenberg,

9    what did you tell him?

10         A    So I told Eisenberg that I was

11   looking for Douglas because I wanted to talk to

12   him about something.  And he was like, "come

13   in, I want to talk to you about something."

14   And so I went inside and I sat in Douglas's

15   chair and he was like "what's wrong"?  I didn't

16   want to tell him what was wrong, but he already

17   knew what happened.

18         Q    How did he know?

19         A    Douglas had told him.

20         Q    How do you know that Douglas told

21   him?

22         A    Because Mike told me.  Michael

23   told me that Douglas had told him that he was

24   his really good friend.  That he actually was,

25   I guess, his best man or something at his

399

1                          J. Doe

2    wedding.  And then he pulled out a picture of

3    Douglas's wife and he referred to him as

4    "bastard."  He was like, "look at this bastard.

5    Look at his wife."  And he said that Douglas

6    had like an amazing wife, but she was very

7    successful and that probably was something that

8    intimidated him.  And he started talking about

9    Douglas in that way.  And he said that, you

10   know, that -- because I said I don't know

11   what's wrong, why would he behave like that.  I

12   thought we were friends.  And all of a sudden

13   he changed and he said, "well, you do not know?

14   You really don't know?"  I said, "no, I do not

15   know."  And then he said Douglas is in love

16   with you, but he can never do anything about it

17   because he's married.  And then he say, "but

18   I'm not and I would marry you on the spot.  All

19   you have to say is yes and I'll marry you."

20   And I was very confused and I left.

21        Q    When Eisenberg was describing

22   Meiners and the fact he has a wife and you

23   referred to the conversation him saying that

24   Meiners was a bastard, was he saying that in

25   gest or was he saying that angrily or something

400

1                          J. Doe

2    else?

3          A    I don't remember.

4          Q    Was it a pleasant conversation or

5    was it heated or something else?

6          A    Something else.

7          Q    Could you describe it in any way?

8          A    I think he was trying to make a

9    point of Douglas's intentions.  And I believe

10   that he was a little angered about what was

11   happening.  Because he kind of was friends with

12   both of them.  Not just Douglas.  He seemed

13   like he was close to both of them to be in

14   their wedding.  He said he was in their

15   wedding.  And he just took the opportunity to

16   make a move.

17         Q    You are saying that after he said,

18   "well, I would marry you in a second," you left

19   the room?

20         A    I don't remember anything else

21   from this.  But I remember that it was an

22   uncomfortable moment.  And I didn't know what

23   to say at that point and I left.  I don't

24   remember what words were exchanged after that.

25         Q    Did he ever make any physical

401

```
 1                    J. Doe
 2    sexual advances at you?
 3         A     No, did he not.
 4         Q     At any point in time?
 5         A     Not that I remember.  But I told
 6    him that Douglas had put me in a fencing class,
 7    in his fencing class and I didn't want to be
 8    there.  And he told me that not to worry
 9    because I could get transferred to his class
10    instead.  And I did.  And he said, "you don't
11    have to come to my class ever.  You will pass.
12    I cannot pass you with 100, but I'll give you
13    85, you don't have to come to my class."
14         Q     When was that conversation?
15         A     At that same time that we were at
16    the office.  He wanted to kind of make up for
17    the stuff that was happening with Douglas.
18         Q     In any of your other interactions
19    with Mr. Eisenberg, did he ever say anything to
20    you that was flirting or inappropriate or some
21    kind of sexual advance?
22              MR. ASHANTI:  So marriage proposal
23         doesn't qualify?
24         Q     Any other interactions with
25    Mr. Eisenberg wherein he said anything to you
```

402

```
 1                      J. Doe
 2   was inappropriate, flirting or a sexual
 3   advance?
 4        A    Eisenberg was just weird and he
 5   was like that with many students.  He was a
 6   flirt and he was always chasing the students
 7   that I knew about him.  I saw him.  I heard
 8   him.  He was that kind of person.  An a lot of
 9   people knew that.  A lot of students knew that.
10        Q    How old was he at that time, if
11   you know?
12        A    He did not reveal that to me, no.
13        Q    Could you approximate an age?
14        A    Forty maybe.
15        Q    When you said you know and you
16   saw, can you describe for me a specific
17   scenario where you saw Mr. Eisenberg treating
18   other students the way he was treating you?
19        A    I saw him touching students
20   shoulders.  You know, he would always like to
21   be really close to students.  Put his arms next
22   to them.  I already knew he was that kind of
23   teacher.
24        Q    In instances that you're
25   describing wherein he stood close to students
```

403

1                          J. Doe

2    or maybe touched their shoulders or arms, was

3    that female student?

4            A    Female students.

5            Q    Was it ever a male student?

6            A    I don't recall that.

7            Q    You said you heard instances like

8    this.  Can you describe what you mean?

9            A    Students would talk about

10   Eisenberg.

11           Q    What would they say?

12           A    That he was inappropriate with

13   them.

14           Q    Would these students be female or

15   male?

16           A    Female.

17           Q    Any males?

18           A    Never.  I never heard that.

19           Q    Would they describe what they

20   meant by inappropriate?

21           A    I don't remember.  I just remember

22   thinking that his behavior was inappropriate.

23   But I don't remember specifics.

24           Q    Did you ever hear him saying

25   anything inappropriate to any other female

404

1                          J. Doe

2    student?

3          A     I don't remember right now.

4          Q     At any point, did you become aware

5    that Mr. Meiners was leaving the school to move

6    away?

7          A     I don't remember that.

8          Q     Do you recall ever a certain point

9    where you just didn't see him at school

10   anymore?

11         A     I guess so.

12         Q     Did it ever come to your attention

13   that he had left the school?

14         A     No.

15         Q     Did you ever give Mr. Meiners

16   anything in the form of a gift or notes, or a

17   picture, or anything else at any point when you

18   were a student at that school?

19         A     No.

20               MS. DAINOW:  Again I'll note for

21         the record counsel is having a

22         conversation with his client again

23         during this deposition.

24         Q     I notice you had another

25   conversation with your counsel.

405

1                          J. Doe

2              MR. ASHANTI:  No conversation.  I

3         instructed my client on something.

4         Q    Is there anything you want to

5    change from your testimony based on your

6    conversation with your counsel?

7         A    I don't remember what my answer

8    was and what was question?

9         Q    At no point did you give him a

10   picture or a note or a letter?

11        A    Not that I remember.  I could

12   have.

13        Q    So now are you changing your

14   testimony based on your conversation with your

15   counsel?

16        A    No, I'm answering your question.

17   You just asked me a question.

18             MR. ASHANTI:  You asked her a

19        question.  Again, you asked a question.

20        She didn't say, "I want to change

21        anything."  You asked her the question

22        again.

23             MS. DAINOW:  Right.  Her testimony

24        now changed after you just had a

25        conversation with her.

406

1                          J. Doe

2              MR. ASHANTI:  No, it did not.

3         Q    Do you recall ever giving him your

4    phone number?

5         A    I didn't have a phone number to

6    give.  No.

7         Q    A landline phone number?

8         A    No.

9         Q    And at any point did he give you

10   anything, meaning a letter, a picture, notes,

11   anything along those lines?

12        A    Not that I remember.

13        Q    Other than the phone call that you

14   described in 2010, since your at high school,

15   have you had any other contact with him?

16        A    No.  And 2010, is just a ballpark.

17   I'm not 100 percent sure when that phone call

18   was made.

19        Q    Did you ever report to anyone

20   Mr. Eisenberg's advances towards you?

21        A    At this point, I wasn't going to

22   talk to one more person about anything.

23        Q    So just to be clear for the

24   record, did Mr. Eisenberg ever touch you in any

25   way?

407

1                            J. Doe

2                    MR. ASHANTI:  Objection.  Asked

3            answer answered.  You can answer the

4            last time.  She asked you that.  You can

5            answer the last time.

6            Q    You can answer again.

7            A    Not that I remember.

8            Q    So at no point did you tell any

9    teacher or principal or guidance counselor, or

10   anyone else about your experiences with Mr.

11   Eisenberg?

12           A    No, I did not.

13           Q    Other than gym, do you know if he

14   taught any other classes?

15           A    I don't know that.

16           Q    After that incident wherein he

17   said something about a marriage proposal, did

18   you speak with him after?

19           A    I believe so, yes.

20           Q    How long after that incident did

21   you speak with him?

22           A    I believe soon after.  Because I

23   was transferring into his class.  I rarely

24   went.  I went only a few times.  But I don't

25   remember that I took his words very seriously.

408

J. Doe

1

2          Q     So were you in his class for the

3    entire semester?

4          A     I don't remember.  I think I was.

5    But I don't think I went there more than twice.

6          Q     Did you have conversations with

7    him while you were in his class?

8          A     I don't remember that.  I might

9    have.

10         Q     After you stopped being in his

11   class, did you have any interactions with him?

12         A     I don't think so.

13         Q     To your knowledge, was Mr. Waltzer

14   ever disciplined by anyone at the school after

15   you had told Mr. Meiners about your

16   relationship with him?

17         A     No.

18         Q     Did you say that Mr. Eisenberg

19   knew about your relationship with Mr. Waltzer?

20         A     I did not.

21         Q     Did he?

22         A     I don't know.

23         Q     Your to knowledge, was Mr. Meiners

24   ever disciplined by anyone at the school for

25   any of his actions or words which you deem to

409

1                        J. Doe

2    be inappropriate?

3         A    I don't think he was.

4         Q    To your knowledge, was Mr.

5    Eisenberg ever disciplined by anyone at the

6    school?

7         A    I don't think he was.

8         Q    During the 2000 to 2001 school

9    year, did any other teacher subject you to

10   behavior that you found to be inappropriate?

11        A    As soon as I could, I left that

12   toxic environment.

13        Q    So to be clear --

14             MR. ASHANTI:  2000, 2001 school

15        year?

16             MS. DAINOW:  Correct.

17             MR. ASHANTI:  2000 to 2001 school

18        year.

19        A    2000 to 2001.  What was the

20   question?

21        Q    Let me make this broader.  Other

22   than teachers who you testified about already,

23   was there any other teacher or DOE personnel or

24   employee who subjected you to any words or

25   actions that you deemed inappropriate?

410

1                      J. Doe

2         A     Not that I recall right now.

3         Q     Were there any other teachers

4    other than those who you've testified about

5    today you feel sexually harassed you?

6         A     No.

7         Q     What about engaged in sexual

8    misconduct toward you?

9         A     Not that I recall right now.

10        Q     Did you see any school

11   psychologists, or did you ever see any school

12   psychologists when were you in high school?

13        A     No.

14        Q     Did you ever see any school

15   psychologists in middle school?

16        A     No.

17        Q     Did you ever see any social

18   workers in high school or middle school?

19        A     No.

20        Q     Did you ever see any mental health

21   professionals in middle school or high school?

22        A     No.

23        Q     Did you ever see any mental health

24   professionals after high school for a period of

25   ten years following high school?

411

1                          J. Doe

2          A    No.

3          Q    When was the first time you saw a

4    mental health professional?

5          A    I believe it was maybe 2020.

6          Q    Why did you seek out their

7    treatment?

8          A    After I got divorced, I started to

9    intake everything that had happened in my life,

10   and I felt like I needed some help.

11         Q    When you say everything happening

12   in your life, can you describe what that means?

13         A    Starting from middle school all

14   the way until then.

15         Q    Why did you wait so long to start

16   seeing a mental health professional about what

17   happened to you during middle school and high

18   school?

19         A    Because it wasn't something that I

20   even admitted to myself.  It's something that I

21   suppressed for a very long time.  I became

22   really busy in life just so I wouldn't have to

23   think about anything.  It's not something that

24   was fresh for me.  It wasn't something that I

25   wanted to look at.  I believed if I didn't

412

1                          J. Doe

2    think about it, then I didn't have to face

3    anything.  And if I made it seem like I forgot

4    and didn't care, it wasn't real, then it didn't

5    hurt.  And that was my mechanism in order to be

6    able to have a normal life.  But I didn't

7    realize it wasn't a normal life.  I was just

8    suppressing everything.  And I didn't know how

9    to open the gates to that that led to just

10   manifesting other behavior.  But I didn't feel

11   the need to express any of these things to

12   anybody.  I didn't know how to.

13          Q    Who was the mental health

14   professional you first saw in 2020?

15          A    Jay Valdez.

16          Q    How long did you treat with him?

17          A    Still are.

18          Q    Did he ever diagnose with you any

19   mental health disorders?

20          A    I do not know if diagnosed.  He

21   hasn't said anything like that, no.

22          Q    Did he ever prescribe you any

23   medication?

24          A    No.

25          Q    How many other mental health

413

1                          J. Doe

2    professionals, if, any have you seen?

3                    MR. ASHANTI:   In her entire life?

4                    MS. DAINOW:   Yes.

5         A    I saw a trauma psychologist.   I

6    believe she's on record.   I don't remember her

7    name.

8         Q    Where did you see her?

9         A    In Hawaii.

10        Q    When did you see her?

11        A    Maybe the end of 2020, towards

12   2021.

13        Q    How long did you treat with her?

14        A    Just a few months.

15        Q    At any time in your sessions, did

16   you mention your experiences in middle school

17   and high school?

18        A    Yes.

19        Q    Are there any other mental health

20   professionals you treated with in your life?

21        A    I don't understand question.

22        Q    Other than Jay Valdez and the

23   trauma psychologist -- actually, do you know

24   the name of the trauma psychologist did you

25   say?

414

1                            J. Doe

2          A     I don't have the name.  But I

3     think she's on the record already.

4          Q     Do you know the practice this

5     person's work out?

6          A     Their own practice.

7          Q     Other than these two people, have

8     you ever sought treatment with any mental

9     health professional?

10         A     Treatment?

11         Q     Guidance counseling, treatment.

12    Treatment would mean you have a session with

13    someone, a consultation with someone and speak

14    about your emotional issues, your emotions?

15              MR. ASHANTI:  By counsel, I

16         believe she testified yesterday it was a

17         Thanh Nguyen.

18         Q     Do you recall treating with the

19    person your counsel said on the record?  Do you

20    recall treating with Thanh Nguyen?

21         A     Yes.

22         Q     When did you start treating with

23    this person?

24         A     Somewhere in 2021.

25         Q     How long did you treat with this

415

1                          J. Doe

2    person for?

3           A      Not too long.  Maybe couple

4    months.

5           Q      So you are still not treating with

6    this person?

7           A      No.

8           Q      Other than these three

9    individuals, is there anyone else who you saw

10   treated with, any psychologist, psychiatrist,

11   social workers, mental health professionals,

12   anyone?

13          A      Yes.

14          Q      Who?

15          A      I don't have their information.

16          Q      How many people?

17          A      A couple more.

18          Q      Were they in Hawaii?

19          A      No.

20          Q      Are they in New York?

21          A      Yes, somewhere.

22          Q      I'm sorry?

23          A      Yes.

24          Q      Where in New York are they?

25          A      One in Queens and the other one

416

1                          J. Doe

2    not in New York.   In Connecticut.

3            Q    You don't know their names?

4            A    No.

5            Q    Do you know what practice they are

6    part of?

7            A    No.

8            Q    Do you know when you saw them?

9            A    One I saw maybe about a year ago.

10           Q    And the other?

11           A    Maybe two months ago.

12           Q    Do you remember which one you saw

13   two months ago, the one in Connecticut or the

14   one in Queens.

15           A    Connecticut.

16           Q    So are you currently treating with

17   either of these two people?

18           A    No.

19           Q    So the person you saw two months

20   ago, it was just a stand-alone appointment?

21           A    Correct.

22           Q    Do you have any upcoming

23   appointment with any mental health

24   professionals?

25           A    No, I do not.

417

1                          J. Doe

2          Q    Who referred you to each of these

3    mental health professionals you just testified

4    about?

5          A    Who referred me?

6          Q    Correct.  Who referred to you

7    Jay Valdez?

8          A    Kaiser.

9          Q    Anyone in Kaiser specifically?

10         A    My OB/G.

11         Q    Who referred you to the trauma

12   psychologist?

13         A    I don't understand.

14         Q    Did you find the name of the

15   trauma psychologist on your own?  Or did

16   someone recommend that you treat with this

17   person, or something else?

18         A    I asked my attorneys to see if

19   they could help me to find someone local for

20   me.  And they assisted me to find someone that

21   was local so I can talk to.

22         Q    Which attorney?

23         A    I believe it was Karl.

24         Q    The other two people you

25   mentioned, the one who's located in Queens and

418

                              J. Doe

1
2      the one located in Connecticut who, if, anyone
3      referred to you see them?
4           A     Who referred me?
5           Q     Yes.
6           A     I believe Michael.
7           Q     Michael who?
8           A     Michael Musa-Obregon.
9           Q     Did that person refer you to see
10     the person in Queens or both?
11          A     Both.
12          Q     Without disclosing any
13     conversation between you and your counsel, do
14     you have an understanding why your attorney
15     referred you to see not only the trauma
16     psychologist, but also the two other
17     practitioners you mentioned?
18          A     If I have knowledge why?
19          Q     If you have any understanding why
20     you were referred to them again without
21     disclosing being any conversations you had with
22     your attorney?
23          A     To help me through my trauma.
24          Q     When you say "your trauma," what
25     are you referring to?

419

1                          J. Doe

2          A    The traumatic event that happened

3    with all of the teachers even starting with

4    middle school.

5          Q    During any of these sessions with

6    any of these people, did you ever talk about

7    your family life?

8          A    Do I have to talk about the

9    sessions with that I talked with the doctors?

10         Q    You mean here?

11         A    Yes.

12         Q    Yes.  You put your mental health

13   at issue; so I'm permitted to ask you questions

14   about it?

15         A    Okay, what was the question again?

16         Q    The question was:  At any point

17   during your sessions with any of these people,

18   did you discuss your home life, your family

19   life?

20         A    Yes.

21         Q    Did you discuss your relationship

22   with your mother?

23         A    Yes.

24         Q    Did you discuss your relationships

25   with your siblings?

420

1                    J. Doe

2        A    Yes.

3        Q    What about with your father?

4        A    Yes.

5        Q    During your marriage, did you and

6   your husband have marriage counseling?

7        A    No.

8        Q    Was that ever a topic of

9   conversation?

10       A    Well, I would like to change my

11  answer.

12       Q    Sure.

13       A    We did have counseling.

14       Q    Did you have counseling?

15       A    From the church.  Yes, from

16  church.

17       Q    Who counseled you?

18       A    Elders from the church.

19       Q    Were they licensed mental health

20  professionals?

21       A    No.

22       Q    Who were they?

23       A    I just said.

24       Q    My question specifically is were

25  they parishioners?

421

1                          J. Doe

2          A    I did say elders from the church.

3          Q    If you can describe to me your

4    definition of elder from a church?

5          A    They are the highest position to

6    shepherd the flock.

7          Q    Thank you.

8               Do you remember the names of any

9    of these elders?

10         A    I don't have their names right

11   now.

12         Q    When you say the church, are you

13   referring to a church in Hawaii, New York or

14   somewhere else?

15         A    Hawaii.

16         Q    Do you recall which church it was?

17         A    Jehovah Witnesses.

18              MR. ASHANTI:  It was disclosed.

19         Q    So that's a separate and different

20   church from Waipaho English Church, correct?

21         A    Both Jehovah Witness, yes.

22         Q    Were the elders who counseled you

23   and your husband part of the Waipahu English

24   Church?

25         A    Sometimes.  One time it was.

422

1                         J. Doe

2    Depending on where you live, it's where you

3    would go to church or go to Kingdom Hall.

4         Q    Do you recall a church elder by

5    the name of George Clemente?

6         A    Yes, I do.

7         Q    Do you recall what conversation

8    you had with him?

9         A    I believe that when we first moved

10   to Hawaii, my husband and I, we sat down and

11   talked to him about the abortion that had

12   occurred.

13        Q    What did you say about that?

14        A    I don't remember the full scope of

15   the conversation.  But I wanted to talk about

16   me having an abortion when I was younger.  Just

17   the fact it occurred.

18        Q    Did you tell him when the abortion

19   occurred?

20        A    I don't remember if I did.

21        Q    Did you talk to him about any

22   other DOE teacher?

23        A    I did not.

24        Q    Was there another church you had

25   mentioned you were counseled by elders?

423

1                         J. Doe

2          A     I don't know what you're referring

3     to.

4          Q     You said there was Jehovah

5     Witnesses church or churches.  Was there more

6     than one church is what I'm getting at?

7          A     Yes.  Location.

8          Q     Location.  Did you attend both of

9     those churches?

10         A     In different locations, yes.

11         Q     Were you counseled by elders from

12    both churches?

13         A     You mean about my marriage, right?

14         Q     Correct.

15         A     Like marriage counseling, yes.

16         Q     Do you recall telling any other

17    church elders other than the one I just named

18    about your abortion?

19         A     No.

20         Q     Or about your relationship with

21    Mr. Waltzer?

22         A     No.

23         Q     Do you know what Child Victims Act

24    is?

25         A     Now I do.

424

1                       J. Doe

2          Q     When did you learn about it?

3          A     In 2020.

4          Q     What do you believe it to be?

5          A     A protection for children that

6     were abused.

7          Q     How did you come to learn about

8     the CVA?

9          A     Online.

10         Q     Did you on your own volition look

11    it up?  Did someone tell you "Hey, you know,

12    you should know about this," or something else?

13         A     No, I looked it up on my own.

14         Q     What prompted you to look it up?

15         A     Mark coming to Hawaii.

16         Q     Do you recall when you looked it

17    up?

18         A     I do not recall.

19         Q     How long after Mr. Waltzer went to

20    Hawaii did you look it up?

21         A     I do not recall.

22         Q     Did you know that the CVA extended

23    the statue of limitations of sexual misconduct?

24         A     I found that out at that time.

25         Q     That was during the time you

425

                            J. Doe

1

2    looked this up on your own?

3         A    Right.

4         Q    Did you ever file an

5    administrative complaint against any of the

6    defendants in this case?

7         A    I did not.

8         Q    So to your recollection, you never

9    had a hearing with respect to any

10   administrative matter?

11        A    No.

12        Q    Regarding defendants in this case?

13        A    No.

14        Q    Were you ever denied any school

15   facilities upon returning to Francis Lewis in

16   the fall of 2000?

17             MR. ASHANTI:  Physically denied?

18             MS. DAINOW:  As opposed to?

19             MR. ASHANTI:  "Hey, don't come

20        back."  There's different ways to deny

21        someone.

22             MS. DAINOW:  I'll use it in broad

23        sense.

24        Q    Were you ever verbally denied

25   school facilities upon returning to Francis

426

1                           J. Doe

2    Lewis in the fall of 2000?  That's when you

3    started 10th grade, fall of 2000?

4          A    When I started 10th grade?

5          Q    Correct?

6          A    1999.

7          Q    Okay, thank you.  My mistake.

8               Were you verbally denied any

9    school facilities at Francis Lewis High School

10   in the fall of 1999?

11         A    No.

12         Q    Were you ever physically denied

13   any school facilities upon returning to Francis

14   Lewis in 1999, in the fall of 1999?

15         A    I don't know what you mean by that

16   question.

17         Q    Were you ever denied access to any

18   school facilities or any school programs when

19   you were at Francis Lewis High School?

20         A    Not that I recall.

21              MR. ASHANTI:  I need to object

22         because there's legal terminology being

23         used.  She's a lay person.

24              MS. DAINOW:  What terminology?

25              MR. ASHANTI:  "Denied."

427

1                    J. Doe

2              MS. DAINOW:  Is that a legal term?

3              MR. ASHANTI:  That's a human

4         rights claim, okay, she doesn't know

5         that.  So I'm not going to let her

6         attach legal significance to something

7         that she's looking at literally and is

8         unaware there could be constructive

9         denial in a legal sense.  So you're

10        trying to trick her.

11             MS. DAINOW:  No, I am not.

12             MR. ASHANTI:  You are.  You're

13        trying to treat it literally, when it's

14        not just literally.  In the legal sense

15        it's also constructively as you know.

16        She probably doesn't even know what that

17        term means.  So therefore, I'm not going

18        to allow this line of questioning where

19        you're going to say, "Oh, no, look what

20        you said."  When she's thinking only

21        literally, you're thinking legally

22        constructively.

23             MS. DAINOW:  Don't tell me what

24        I'm thinking.  She already testified on

25        the record that she reviewed the

428

1                    J. Doe

2       complaint and the allegations in the

3       complaints were true.

4            MR. ASHANTI:  She's not a lawyer.

5       I'm a lawyer.  So you're asking her

6       legal questions.  I'm not going to allow

7       her to answer legal questions.  She's

8       not a lawyer.

9            MS. DAINOW:  I'll rephrase to the

10      best of my ability, but I'm not stopping

11      this line of questioning.

12           MR. ASHANTI:  That's fine.  We can

13      call the judge.  But she's not speaking

14      on legal terms when she's not a lawyer.

15           MS. DAINOW:  Let the record

16      reflect that I object with Mr. Ashanti's

17      opinion this is a legal opinion.  These

18      are literal questions about school

19      facilities.  And any layperson can

20      testify as to whether or not they were

21      denied entrance to any building, access

22      to any facilities, access to any program

23      or anything of the like.

24           Q    At any point when you were at

25   Francis Lewis High School, do you recall any

429

1                          J. Doe

2      DOE personnel telling you that you could not

3      enter the building?

4              A     I do not remember.

5              Q     At any point when you were at

6      Francis Lewis High School, do you recall any

7      DOE personnel telling you that you were denied

8      access to any classroom?

9              A     I don't remember.

10             Q     At any point when you were at

11     Francis Lewis High School, do you recall any

12     DOE personnel telling you that you were denied

13     the ability to participate in any sports clubs

14     or school activity?

15                   MR. ASHANTI:   In the literal sense

16             you can answer only.

17             A     I do not recall.

18             Q     At any point, at Francis Lewis

19     High School, do you recall ever physically

20     being denied access to any of the things I just

21     asked you about?  For example, do you ever

22     recall that your locker was locked by someone

23     by the school and you weren't granted access to

24     it?

25             A     I do not remember.

430

1                          J. Doe

2          Q    Do you recall if you ever received

3    a letter, email, or any kind of notice in which

4    anyone from the school at Francis Lewis said

5    you could not use any of the school facilities

6    programs or anything of the like while you were

7    at Francis Lewis?

8               MR. ASHANTI:  In a literal

9          nonlegal sense you can answer.

10         A    I do not recall.

11         Q    Do you recall ever being denied

12   any educational opportunity when you were at

13   Francis Lewis High School?

14              MR. ASHANTI:  In a literal

15         nonlegal sense did someone say that to

16         you?

17         A    Someone said that I could not?

18              MR. ASHANTI:  Get an education

19         here.  In a literal nonlegal sense you

20         can answer the question only.

21              MS. DAINOW:  By counsel, I would

22         like to note Mr. Ashanti quoted this is

23         ridiculous despite the fact he made

24         clear in the allegations in the second

25         amended complaint which his client

431

1                          J. Doe

2          already testified on the record multiple

3          times that she had reviewed and all the

4          allegations are true.  I'm entitled to

5          ask this line of questions.

6                 MR. ASHANTI:  She is a fact

7          witness.  She's not an attorney.

8                 MS. DAINOW:  I'm not asking her to

9          answer in legal sense.  I'm asking her

10         questions any layperson would be able to

11         answer.

12                MR. ASHANTI:  That's what I'm

13         saying.  I'm allowing her to answer in a

14         literal nonlegal sense.

15                MS. DAINOW:  Great.

16         Q    Do you need the question read back

17    to you?

18         A    Yes.

19                MS. DAINOW:  Can you please read

20         back the question?

21                (Record read.)

22         A    Can you explain what you mean by

23    that?

24         Q    Sure.

25                Were you ever denied ability to go

432

1                    J. Doe

2   to class?

3              MR. ASHANTI: In a literal nonlegal

4         sense did someone say, "don't come to

5         this classroom," or physically block

6         you?

7   A     No.

8              MR. ASHANTI:  Besides getting

9         pulled out of class multiple times.

10             MS. DAINOW:  Counsel's now

11        testifying.

12             MR. ASHANTI:  No, I'm saying

13        except for that.  Unless you're

14        including that?  Because then she'd be

15        repeating her testimony.

16             MS. DAINOW:  It would be a broad

17        question.  If she said that, then it

18        would be repeating.  I'm not asking her

19        questions already been asked.

20             MR. ASHANTI: That's fine.

21   Q     Do you need the question read back

22   to you?

23        A    Is that what you're asking?  Like

24   if because of the things that happened became

25   an inability almost like blocking my ability to

433

1                    J. Doe

2    go too close, or was someone literally at the

3    door?

4              MR. ASHANTI:  That's what

5              happened.  In a legal sense that's what

6              happened.  But that's not what she's

7              asking you now.  She's asking you -- see

8              that's what I'm preventing her from

9              asking you because you are not a lawyer,

10             but you pinpointed exactly what

11             happened.  That's exactly what happened.

12             MS. DAINOW:  Again counsel's

13             testifying what happened and what didn't

14             happen.  These are the allegations I'm

15             asking.

16             MR. ASHANTI:  Well, no, I'm not

17             speaking factually.  I'm speaking only

18             in a legal sense, right, because I'm a

19             lawyer.  She's speaking in a literal

20             factual sense.  So that's the only way

21             you can answer the question in a legal

22             factual sense.  Someone's physically

23             blocking you from entering class or

24             something like that.

25         Q    Right.  The question is were you

434

1                           J. Doe

2     denied any educational opportunity, were you

3     ever prevented or prohibited from attending

4     class?

5           A     Physically did someone block the

6     door, no.

7           Q     What about verbally?  Did someone

8     tell you you couldn't go to class?

9           A     When I was taken out of class, it

10    felt like I couldn't go to class.

11          Q     Did you return to class after you

12    were taken out of class?

13          A     Sometimes and sometimes I didn't

14    because whatever the event was took too long.

15          Q     You previously testified that

16    there was instance where Mr. Meiners took you

17    out of class, correct?

18          A     Right.

19          Q     Did you go back to class after you

20    came back to school?

21          A     A different class.  Because when

22    we went to the park, that took a little longer

23    than the class.

24          Q     So class had ended at that point?

25          A     Correct.

435

1                         J. Doe

2          Q     You went to your next class?

3          A     Correct.  Late.

4          Q     The other time did you testify

5    that there was another time you were pulled out

6    of class?

7          A     Yes.

8          Q     And after that interaction, did

9    you return to class?

10         A     Yes, but I missed class and I was

11   kind of lost after that.  And when Aaron took

12   me out of class, I was also missing class.

13         Q     Are you describing two different

14   instances?

15         A     Yes.

16         Q     So when Aaron took you out of

17   class after you finished talking to him or

18   however the interaction happened as you

19   testified, did you return to class?

20         A     Yes.

21         Q     Same class?

22         A     I believe so.

23         Q     Were you ever prevented from being

24   part of any other educational opportunities?

25   For example, a school club or a school sport,

436

1                               J. Doe

2    or anything academically related?

3            A      Yes.

4            Q      Can you explain what you mean?

5            A      I had to discontinue my extra

6    credit program or whatever that was at the

7    office because I did not want to be with Aaron

8    in the same room.  Also, I could have been in a

9    different class getting different credit.  But

10   instead of, I was doing fencing.  Those are two

11   instances.

12           Q      When you said extra credit

13   program, can you explain what that is?

14           A      I wanted to have extra credit.  So

15   that's why I even volunteered for the office.

16   But that was taken away.

17           Q      Is that the end of your testimony?

18           A      I feel a little lost right now.

19           Q      Are you indicating that you need a

20   break?

21           A      I believe so.

22                  MS. DAINOW:  Is every one okay

23           with a break?  How long would you like

24           to take a break for?

25                  THE WITNESS: Ten minutes.

437

1                    J. Doe

2          MS. DAINOW:  Well, say, 4:19 to

3      4:25.

4              (Off the record at 4:19.)

5              (Recess.)

6              (On the record at 4:30.)

7      Q    So the extra credit program, what

8  did that entail you went to the office and did

9  what?

10         A    Whatever was needed.

11         Q    Meaning office managerial work?

12         A    No, whenever they want me to do.

13  I don't remember specifically.

14         Q    Can you give one example?

15         A    I don't remember.

16         Q    Were you the only one who was part

17  of that program?

18         A    No.

19         Q    Other students were?

20         A    Yes.

21         Q    You said it was taken away from,

22  what do you mean?

23         A    Aaron was in the office the time.

24  Because Aaron was in the office at all times, I

25  felt like it was taken away because I didn't --

438

J. Doe

1                               J. Doe

2   I had to like stop doing that going to the

3   office to avoid him.

4        Q   You said you could have been in a

5   different class other than fencing.  Did you

6   ever try to be transferred to another class?

7        A   I don't remember.

8        Q   Did you ever tell anyone you want

9   to be transferred to another class?

10        A   I believe I was at another class

11   and that I got pulled out from.

12        Q   I don't know what you mean.

13        A   I was in one class and Douglas put

14   me into fencing.

15            And then I went to Eisenberg's

16   class.  And I didn't really go to his class.

17   So in that sense I was fine where I was to

18   begin with.  I had to bounce around too.  I did

19   not ever end up going to class.  So I was

20   prevented from going.

21        Q   Did you want to go to Eisenberg's

22   class?

23        A   No.

24        Q   At any point, did you want to

25   switch out of his class and go somewhere else?

439

                              J. Doe

1

2        A    No, because I just didn't go.

3        Q    Did you want to go to a different

4   class though?

5        A    Yes.

6        Q    What other class did you want to

7   go to?

8        A    Just standard class that did not

9   involve any of the teachers that I already

10  previously mentioned.

11       Q    Were there any other extra credit

12  opportunity other than the program you were

13  part of?

14       A    Say that again.

15       Q    Were there any extra credit

16  opportunity at Francis Lewis other than the

17  program you were part of?

18       A    I don't remember.

19       Q    Did you ever try to seek out extra

20  credit opportunity after leaving program?

21       A    I don't remember.

22       Q    Were there other opportunities

23  that were offered to you?

24       A    No.

25       Q    Whether there ever opportunities

440

1                              J. Doe

2    that were available?

3          A    I don't recall.

4          Q    Were you ever denied access to any

5    of the school resources?  For example, school

6    library or water fountain or any kind of office

7    or locker or anything of the like?

8                MR. ASHANTI:  In a literal

9          nonlegal sense you can answer.

10         A    My locker got broke into once.  I

11   was prevented from using it.  That was actually

12   kind of a usual occurrence in Francis Lewis

13   where they would steal all the lockers.

14         Q    When you said your locker was

15   broken into, are you referring to it being

16   broken into by students?

17         A    I don't know.  I didn't see who

18   did it.

19         Q    Was anything taken from your

20   locker?

21         A    Everything that was in there.

22         Q    This happened more than once?

23         A    Just once.

24         Q    When did it happen?

25         A    During school year.

441

1                          J. Doe

2          Q     Do you know what school year?

3          A     No.

4          Q     And do you recall anyone else's

5     locker being broken into?

6          A     Yes.

7          Q     So fairly common thing?

8          A     Seems like it.

9          Q     Do you know who broke into those

10    people's lockers?

11         A     I do not know.

12         Q     I don't know how I phrased this

13    before, but I want to ask the same questions

14    with respect to your middle school experience

15    because we talked about your high school.  So

16    were you ever denied any opportunity to obtain

17    an education when you were in middle school?

18              MR. ASHANTI:  You may answer in a

19         literal nonlegal sense.

20         A     Yes, I feel that I was.

21         Q     Can you describe that?

22         A     It was after the fight.  It was

23    really like I didn't feel like I could come

24    back to school.

25         Q     Did anyone ever tell you you can't

442

1                          J. Doe

2    come back to school?

3         A    With those words you cannot come

4    back to school?

5         Q    Correct.

6         A    No.  No one said you can either.

7         Q    Did anyone ever prevent you,

8    physically prevent you from coming back to

9    school?

10        A    No one stood outside of my door if

11   that's what you mean.

12        Q    Were you ever prevented the

13   opportunity to engage in any student activities

14   at either of those schools?

15             MR. ASHANTI:  You may answer in a

16        literal nonlegal sense.

17        A    I feel like I was prevented from

18   taking advantage of my gym class.

19        Q    The gym class taught by whom?

20        A    Douglas.  He literally had me

21   sitting by him and not being able to

22   participate.

23        Q    Were you ever in gym class taught

24   by anyone other than Meiners or Eisenberg?

25             MR. ASHANTI:  Were you finished

443

1                        J. Doe

2          with your answer describing how he had

3          you sitting.

4                 MS. DAINOW:  There was a pause.  I

5          thought it was the end of testimony.

6          Q    If not, please continue.  Do you

7     need the question read back?

8          A    Sure.

9               (Record read.)

10                MR. ASHANTI:  Can you describe

11         that, please?

12         Q    If you haven't already done so in

13    the answer you gave.

14         A    I'm sorry, I'm just really, really

15    tired.

16                MR. ASHANTI:  Meiners gym class

17         sitting outside.

18                MS. DAINOW:  Let the record

19         reflect it's been taken at least a

20         minute now for the witness to answer the

21         question.

22         Q    If you already described it

23    before, you don't have to repeat it.  Your

24    counsel wants to know if your answer was

25    finished?  I thought it had finish if your

444

1                          J. Doe

2    testimony is not finish then please let me

3    know?

4         A    You're going so fast it's hard to

5    finish.

6         Q    Do you need the question read back

7    or are you able to answer?

8         A    It does feel that you go faster

9    than what I answer even.  If I'm not done,

10   you're going to the next, next, next.

11        Q    Is there anything you want to add

12   to any of the questions I've asked?

13        A    Can you ask the question again?

14        Q    The last one?

15        A    Yes.

16             MS. DAINOW:  Repeat it, please.

17             (Record read.)

18             MS. DAINOW:  It was not my

19        understanding I interrupted her.  There

20        was a long pause so I thought the

21        testimony concluded.  That's why I asked

22        the next question.

23             MR. ASHANTI:  At that moment in

24        time there was no pause.

25             MS. DAINOW:  Well, agree to

445

1                          J. Doe

2         disagree.

3         Q     Continue with your testimony.

4              MR. ASHANTI:  I'm telling you

5         that's the reason I said why you

6         finished.

7              MS. DAINOW:  Now we're cutting in

8         to the time.

9         A     The question was if I felt that my

10    education was...

11             MR. ASHANTI:  No, you were

12        describing Douglas Meiners.

13             THE WITNESS:  Yes.

14             MR. ASHANTI:  Him taking out of

15        your regular gym class, you said

16        something about sitting somewhere.  So

17        that's what you need to describe.

18        Sitting where and doing what while you

19        should have been doing what else?

20        A     I felt like I should have been

21    participating like everybody else.  But he

22    wanted me to be by his side.  So I felt like I

23    was prevented from participating in the normal

24    setting as everyone else.

25        Q     Is that the end of your testimony?

446

1                          J. Doe

2          A    Yes.

3          Q    Do you ever recall taking a gym

4    class with anyone other than two teachers that

5    you mentioned?

6          A    I do not recall at this moment.

7          Q    Do you think that's a possibility?

8          A    Yes, I do.

9          Q    Do you recall ever enjoying gym

10   class?

11         A    Yes.

12         Q    When do you recall enjoying gym

13   class?

14         A    When it wasn't subject to teachers

15   being too friendly.

16         Q    Have you ever taken any special

17   education classes?

18         A    I don't know what that means.

19         Q    Do you know what the term "special

20   education" means?

21         A    Special ed?

22         Q    Yes.

23         A    No, I never did.

24         Q    Do you know what it means?

25         A    Yes.

447

1                          J. Doe

2        Q    Do you believe that you were ever

3   denied any opportunity to any classes or

4   teachers or resources regarding special

5   education at either of the schools that you

6   attended?

7              MR. ASHANTI:  In a literal

8         nonlegal sense you may answer.

9        A    I don't know if I needed it or

10  not.  I don't think that I wasn't aware of what

11  was provided for me.  I never knew what was

12  available for me.

13       Q    At any point were you ever told

14  that you needed to be in a special education

15  class?

16       A    No, no one said that.

17       Q    Did you ever feel you needed to be

18  in a special education class?

19       A    Special education when I was in

20  school, was for people with disabilities.  And

21  I didn't feel like I had disability.

22       Q    How did what you experienced at

23  both middle school and high school other than

24  what you testified about, how did it affect

25  your education, if at all?

448

1                          J. Doe

2          A     It affected me greatly.  I don't

3      think I was able to learn.  I wasn't able to

4      participate properly as normal student.  I

5      wasn't able to study.

6          Q     Is that the end of your testimony?

7          A     No, it's not.

8          Q     Can you please continue?

9          A     I feel like I wasn't able to have

10     the same opportunities that everyone else did.

11     I felt harassed in many different ways.  And I

12     felt that I wasn't given the right

13     circumstances either because of many of the

14     school faculty.

15         Q     Were you ever discriminated

16     against by any of the DOE teachers or employees

17     based on your gender?

18             MR. ASHANTI:  In a little nonlegal

19         sense you can answer.

20         A     I believe so.  If the male

21     teachers were attracted to females.  Being

22     female, I felt like a discrimination as in

23     terms of 2023.

24         Q     What are those terms you're

25     referring?

449

1                          J. Doe

2          A     That females are discriminated

3     when they're being classified as sexual

4     objects.

5          Q     Did you ever feel you were

6     discriminated against due to your gender

7     identity at any of these schools?

8                MR. ASHANTI: In a literal nonlegal

9          sense.

10         A     I believe so by being a female, I

11    was sexually harassed.

12         Q     Do you believe that you were

13    denied an education at any of these schools

14    because you are a woman or female?

15               MR. ASHANTI:  In a literal

16         nonlegal sense you can answer.

17         A     Yes.

18         Q     During the experience that you

19    described with Eisenberg and Meiners and Aaron,

20    and also the janitor, what else was going on in

21    your life at that time, any major events or

22    chances?

23         A     Such as?

24         Q     Problems with your family,

25    friends, if you were in any kind of

450

1                          J. Doe

2    relationship, if you had a boyfriend that you

3    haven't told us about and you broke up with him

4    or vice versa, if there were any illnesses in

5    your family, or was there anything major going

6    on in your life during any of the instances

7    that you described with the DOE teachers?

8            A    No.

9            Q    Your relationship with your mother

10   was solid through all of those experience?

11           A    I wouldn't say solid.  But does

12   everyone not have issues with their parents?

13           Q    Well, I'm asking you.  Did you

14   have certain fights that you recall from that

15   time with your mother and family?

16           A    The only thing that I recall was

17   the argument I had with my mom when the first

18   time that I left and the incident with Mark

19   Waltzer.  But I don't remember many occasions

20   that we were fighting.  I don't remember this.

21           Q    Were there any occasion where you

22   had any falling outs with any of your friends?

23           A    No.

24           Q    Were there any individuals male or

25   female who you were romantically involved with

451

                              J. Doe

1

2    that you haven't already testified when you

3    were in middle school or in high school?

4         A    No.

5         Q    Were there any illnesses in your

6    family or with you or your friends during

7    middle school or high school, severe illnesses?

8         A    No, not that I remember.

9         Q    So other than the one fight you

10   testified about with your mother, you didn't

11   have any other fights with her during your

12   middle school or high school years?

13             MR. ASHANTI:  Other than what

14        she's testified to?

15             MS. DAINOW: Right, other than what

16        she testified to.

17        A    I don't remember at this moment.

18        Q    Other than what you testified to,

19   is there anything else, any -- based on what

20   you've testified now, does it jog your memory

21   as to any life events or change or something

22   different, not the norm that was going on

23   during the time you had any interactions that

24   you described with DOE teachers?

25        A    Out of the norm?

452

                          J. Doe

1

2          Q    I'm sorry, are you asking or

3     saying?

4          A    Did you say out of the norm?

5          Q    I'm trying to pinpoint examples

6     for you because it might be a hard question to

7     answer.

8          A    It is.  Because I didn't

9     understand what -- I didn't have a normal time.

10    So I don't know what does that mean.

11         Q    Did anything in your life that's

12    remarkable or that you remember happening

13    happen during the time that you were in middle

14    school or high school?

15              MR. ASHANTI:  Other than what you

16         testified to already.

17         A    I do not recall at this moment.

18         Q    I'm trying to pinpoint down a time

19    frame, so please bear with me.  Your sexual

20    relationship with Mr. Waltzer, do you recall

21    being in that relationship in the year of 1999?

22         A    No.

23         Q    Do you recall being in a sexual

24    relationship with Mr. Waltzer in the year of

25    2000?

453

1                              J. Doe

2          A     Yes.

3          Q     Do you recall being in a sexual

4    relationship with Mr. Waltzer in the year 2001?

5          A     Yes.

6          Q     Do you recall being in a sexual

7    relationship with Mr. Waltzer in 2002?

8          A     I do not recall.

9          Q     Do you recall how many months

10   after you had the abortion the first time you

11   had sex with him again was?

12               MR. ASHANTI:  Objection.  Asked

13          and answered.

14               MS. DAINOW:  I'm trying to

15          pinpoint this specific time frame.  I

16          might have asked that in a broader sense

17          before.

18         A     No, I do not remember.

19         Q     Do you remember how many weeks it

20   was between the time you had the abortion and

21   when you had sex with Mr. Waltzer again?

22         A     No.

23         Q     Do you remember what years it was?

24         A     No.

25         Q     Days?

454

1                          J. Doe

2          A     I don't remember.

3          Q     You testified about the nightclub

4    that you went to.  Do you happen to recall what

5    year it was?

6          A     No.

7          Q     Could it have been 2001?

8          A     Yes.

9          Q     You previously testified about

10   someone named Christopher Power; is that

11   correct?

12         A     Yes.

13         Q     Who is Christopher Power?

14         A     I believe that was the teacher

15   that was with Douglas Meiners when we went out

16   to the park; but I'm not 100 percent sure.

17         Q     Well, if for whatever reason he

18   wasn't a teacher, how do you know the name

19   Christopher Power?

20         A     I do not recall.

21         Q     Did you ever speak with this

22   person prior to that day?

23         A     No.

24         Q     Did you ever speak to this person

25   after that day?

455

1                          J. Doe

2          A    No.

3          Q    When you were at the park, did you

4    have a separate conversation with this person?

5          A    I probably did.  But I don't

6    remember.

7          Q    Did you have any kind of

8    interaction with him in a written or electronic

9    format at any point in time?

10         A    No.

11         Q    Who is Brunilda Sosa?

12         A    She's a friend.

13         Q    From where?

14         A    From church.

15         Q    What church?

16         A    Jehovah Witnesses.

17         Q    In Hawaii?

18         A    In Queens.

19         Q    When did you meet her?

20         A    I do not recall exactly when we

21   met.

22         Q    Do you recall maybe the year?

23         A    Maybe it was 2003.

24         Q    Do you still keep in touch with

25   her today?

456

1                           J. Doe

2          A      From time to time.

3          Q      Did you ever disclose to her any

4    of the experiences you had with any of the DOE

5    teachers?

6          A      Yes.

7          Q      What exactly did you tell her?

8          A      I told her what happened with

9    Mark.

10         Q      Is there anything you want to add?

11         A      Is there more to the question?

12         Q      Yes.  So the follow up would be

13   did you ever tell her anything about any other

14   DOE teacher?

15         A      I do not recall at this moment.

16         Q      You testified previously that

17   Mr. Waltzer gave you a promise ring.

18         A      Correct.

19         Q      Do you still have it?

20         A      I do not.

21         Q      When did you last have it?

22         A      Not too long after he gave it to

23   me.

24         Q      What happened to it?

25         A      My brother asked me why did I have

457

1                           J. Doe

2    that ring.  And I didn't know what to say.  And

3    I told him I found it and I gave it to him.

4         Q    You testified previously that you

5    flew to Hawaii for a visit and then also to

6    move there, right?

7         A    Yes.

8         Q    Who paid for your flights both

9    times?

10        A    My friend's family.  My friend

11   Suema Wong's family.  Her parents.

12        Q    Her parents paid for your flight

13   to and from Hawaii?

14        A    Correct.

15        Q    That was only for the flight to

16   visit her, correct?

17        A    Yes.

18        Q    So when you eventually moved to

19   Hawaii, did anyone help pay for your flight?

20        A    My husband.

21        Q    That's the only person?

22        A    Yes.

23        Q    I just want to circle back to your

24   medical and psychiatric history.  Were you ever

25   hospitalized in 2001?

458

1                           J. Doe

2          A      2001?

3          Q      Uh-hum.

4          A      Hospitalized?

5          Q      Correct.

6          MR. ASHANTI:   Overnight?

7          Q      If you ever visited a hospital,

8    were admitted to a hospital, stayed at a

9    hospital.

10         A      Not that I recall.

11         Q      Do you recall a Flushing Hospital?

12         A      Yes.

13         Q      Do you recall ever going to

14   Flushing Hospital?

15         A      Yes.

16         Q      Do you recall what you went there

17   for?

18         A      In 2001?

19         Q      I'm just saying in general, since

20   you don't recall it being 2001, so I'm just

21   asking what you recall from when you went to

22   Flushing Hospital.

23         A      I remember in 1995, I got really,

24   really sick.  Maybe 1996, I got very sick.  I

25   got the flu.  I don't know.  I had a really

459

1                              J. Doe

2    high fever and I was in Flushing Hospital.

3          Q    Did you ever have to fill out any

4    paperwork in order to treat there?

5          A    I don't remember.

6               MR. ASHANTI:  She was 11 in 1996.

7          Q    Did your parent accompany you to

8    the hospital?

9          A    I don't remember who took me.

10         Q    You don't recall any further

11   hospital visits after 1996?

12         A    Like stay over visits?

13         Q    Any kind of visit or admission.

14         A    I could have been sick at some

15   point and went to the hospital.  It is a

16   hospital after all.

17         Q    Do you ever recall seeking

18   treatment with a cardiologist?

19         A    Yes, for heart murmur.

20         Q    Do you recall when that was?

21         A    It was around that time.

22         Q    What time?

23         A    2000, 2001, somewhere around

24   there.

25         Q    Do you recall who you treated

460

1                         J. Doe

2    with?

3          A     No, I do not.

4          Q     Do you recall the facility?

5          A     I believe it was Flushing

6    Hospital.

7          Q     Did anyone accompany you to that

8    appointment?

9          A     I don't remember.

10         Q     Did you ever disclose to that

11   doctor or anyone at Flushing Hospital anytime

12   you went there that you had an abortion?

13         A     No.

14         Q     Did you ever write it in any

15   paperwork?

16         A     Not that I remember.

17         Q     In who else, if anyone, at Kaiser

18   did you treat with?

19         A     I don't understand.

20         Q     Kaiser has various doctors there,

21   right?

22         A     Uh-hum.

23         Q     Who other than who you testified

24   to, did you treat with, if anyone?

25         A     I don't know what you're talking

461

1                        J. Doe

2    about.

3         Q    Did you ever treat with anyone at

4    Kaiser for anything other than what you

5    previously testified about?

6         A    Yes.

7         Q    Can you explain?

8         A    I had a podiatrist.  I broke my

9    foot at one point in my life, and I had

10   surgery.  I stayed at the hospital.  I been in

11   the hospital many times.  And I've seen many

12   doctors; but I do not have the information.

13        Q    Do you know who Nadine Estaban is?

14        A    Yes.

15        Q    Who is that?

16        A    She's a friend.

17        Q    From where?

18        A    From Hawaii.

19        Q    Did you meet her in Hawaii?

20        A    Yes, I did.

21        Q    Did you ever tell her about your

22   experiences with DOE teachers?

23        A    Yes, at some point.

24        Q    What is the extent of your

25   conversation with her?

462

1                          J. Doe

2          A    Pretty much everything that

3    happened in New York.

4          Q    Did you ever recall treating at

5    Kaiser for a car accident?

6          A    Probably.  Normal occurrences,

7    yes?

8          Q    What do you mean by "normal

9    occurrences"?

10         A    Like...

11              MR. ASHANTI:  Car accident are

12         common.

13         A    Everyone has a car accident.

14   Usually does get treated at a hospital, yes.

15         Q    You're referring to normal

16   occurrence in general, not for you?

17         A    Right.

18         Q    Would it refresh your recollection

19   if I told you that you were involved in a motor

20   vehicle accident in October of 2012?

21         A    2012?

22         Q    Correct.

23         A    Okay.

24         Q    Does that refresh your

25   recollection?

463

1                                J. Doe

2          A     Not very much, but...

3          Q     Well, do you recall ever being in

4    a car accident at some point in 2000s?

5          A     I don't believe it was a car

6    accident.  My car got hit very lightly and I

7    believe that I went to see a doctor just as

8    precautions.  But I don't believe that it was a

9    major car accident that marked a huge event in

10   my life.

11         Q     Did you have any back pain as a

12   result of the accident?

13         A     I probably did if it says it right

14   there.

15         Q     It doesn't say anything anywhere.

16   I'm just asking you.

17         A     I don't remember.

18         Q     Did you ever have any back pain

19   issues prior to that accident?

20         A     I do not remember.

21         Q     Have you ever been diagnosed with

22   any mental health issues at all?

23                MR. ASHANTI:  Unrelated to this.

24                MS. DAINOW:  Unrelated to this

25           accident.  I'm just skipping around.

464

1                          J. Doe

2              MR. ASHANTI:  Unrelated to this

3         litigation?

4              MS. DAINOW:  Well, she said she

5         first started seeing a mental health

6         professional, period, in 2020.  So it's

7         not restricted to this litigation.  It's

8         in general, because she started seeing a

9         mental health professional afterwards.

10             MR. ASHANTI:  I'm saying someone

11        can say in treating for the events for

12        which this lawsuit was brought.

13             MS. DAINOW:  Sure.  We can narrow

14        it.

15             MR. ASHANTI:  That qualifies as

16        mental health issues.  I'm just trying

17        to say are you accepting that?  Meaning

18        that's an exception you're leaving that

19        to the side.  Other than that?

20             MS. DAINOW:  No my question is

21        broader.

22        Q    Have you been diagnosed by any

23   mental health professional that you've ever

24   seen with any mental health issue or disorder?

25        A    I don't know how to answer that.

465

1                        J. Doe

2          Q     Do you recall being told that you

3    had any mental health issue?  For example,

4    anxiety, depression, bipolar disorder, multiple

5    personality disorder?  I'm just naming things

6    off the cuff.  Have you ever been told by any

7    mental health professional that you --

8                MR. ASHANTI:  PTSD.

9                MS. DAINOW:  Correct, PTSD.  Thank

10         you.  That's another example.

11         A     Yes.

12         Q     What were you told and by whom?

13         A     PTSD, anxiety, all by the doctor

14   in Connecticut.  And I can't recall at this

15   moment due to length of this meeting and being

16   extremely exhausted where I can't think

17   anymore.

18         Q     We're only going to be meeting

19   eight more minutes.  Bear with me.

20               Do you recall being prescribed any

21   medication for anything by any mental health

22   professionals?

23         A     I do not recall at this moment.

24         Q     What, if anything, do you recall

25   about the PTSD diagnosis?

466

1                           J. Doe

2          A     I don't remember right now.

3          Q     How did you pay for your

4    appointments with your mental health

5    professionals?

6          A     I'm not sure.

7          Q     Were they covered by insurance?

8          A     I didn't have to provide

9    insurance; so I'm not sure if that's what

10   payment was made.

11         Q     Do you know if you have any

12   out-of-pocket expenses from any medical or

13   mental health appointments as a result of the

14   alleged events in this lawsuit?

15         A     With Dr. Jay, it's under my

16   insurance.  The doctor I'm seeing currently in

17   Hawaii, it's being billed to my insurance.

18         Q     Do you have any actual

19   out-of-pocket expenses?

20         A     Yes.  The other doctor,

21   Dr. Nguyen, it was completely out-of-pocket and

22   something I paid for due to feeling the need to

23   speak to a specialist.

24         Q     Do you have any bills, receipts,

25   invoices?

467

1                          J. Doe

2          A     Not at this moment.

3          Q     Would you be able to procure them

4     at a later time?

5          A     I can try.

6          Q     The appointments were covered by

7     insurance.  Do you recall ever paying a co-pay?

8          A     No.

9          Q     To your knowledge, the only

10    appointments that were not covered by insurance

11    were what you just testified to.  I think Dr.

12    Valdez; am I correct?  Did I miss that up?

13         A     What was the question.

14         Q     Dr. Nguyen, was that a mental

15    health professional or practitioner, period,

16    where you had out-of-pocket expenses?

17         A     To my knowledge, yes.

18         Q     Did you ever seek out any medical

19    treatment -- forget psychiatric treatment for a

20    second -- did you ever seek out medical

21    treatment as of the alleged events in this

22    lawsuit?

23                MR. ASHANTI:  Besides the

24         abortion?

25                MS. DAINOW:  Correct.

468

1                           J. Doe

2          A    I didn't know I needed to.

3          Q    Did you ever file report with the

4    NYPD against Mr. Waltzer?

5          A    No, I did not.

6          Q    To your knowledge, did Mr. Waltzer

7    ever face any criminal charges?

8          A    Not that I know of.

9          Q    Do you know if he was ever

10   convicted of any crime?

11         A    I do not know.

12         Q    Same question for Mr. Meiners.

13   Did you ever file a report with NYPD against

14   Mr. Meiners?

15         A    No.

16         Q    What about Mr. Eisenberg?

17         A    No.

18         Q    Are you aware if whether

19   Mr. Meiners ever faced criminal charges?

20         A    I do not know.

21         Q    What about Mr. Eisenberg?

22         A    Do not know.

23         Q    Are you aware if either of them

24   were ever convicted of a crime?

25         A    I do not know.

469

1                         J. Doe

2          Q    What about the teacher, the

3     janitor, and Aaron, did you ever file a report

4     with NYPD against them?

5          A    No.

6          Q    Are you aware if they ever faced

7     criminal charges?

8          A    No.

9          Q    Are you aware if they were ever

10    convicted of any crimes?

11         A    I'm not aware.

12         Q    To your knowledge, were there any

13    governmental investigations into the incidents

14    that your discussing with the DOE teachers?

15         A    I do not know.

16         Q    Are you aware if there was any

17    school investigation, DOE investigation?

18         A    I don't know.

19         Q    Are you aware of any person that

20    was subjected to similar treatment by any of

21    the teachers other than what you testified to

22    today?

23         A    I do not know.

24         Q    Have you ever had thought of

25    self-harm as a result of the alleged events in

470

1                          J. Doe

2    this lawsuit?

3          A     Yes.

4          Q     When?

5          A     I cannot be more specific at this

6    moment.

7          Q     Was it within the last ten years?

8          A     I'm maxed out in where I am right

9    now.

10         Q     Was it soon after the events or

11   much later on in life?

12         A     I believe that my judgment right

13   now on my answers are not going to be very

14   clear and I will not give you an accurate

15   answer.

16              MS. DAINOW: So we can either take

17         a few-minute break for me to finish my

18         four minutes or we can power through.

19              Go off the record?

20              MR. ASHANTI:  Let's take a

21         three-minute break.

22              MS. DAINOW:  Why don't we take a

23         ten-minute break and I'll have four

24         minutes when I come back.

25              MR. ASHANTI:  Sure.

471

1                    J. Doe

2              (Off the record at 5:07.)

3              (Recess.)

4              (On the record at 5:12.)

5              MS. DAINOW: I want to make a

6        record.  At the end of this deposition,

7        I'm going to confer with my co-counsel

8        Mr. Stoll, and as far as I am aware, he

9        also feels the same way I do.  We would

10       like to apply to the court for more time

11       especially in light of the fact there

12       have been long pauses between answers.

13             MR. ASHANTI:  Ten hours is ten

14       hours.

15             MS. DAINOW:  Can I finish my

16       record?

17             MR. ASHANTI:  Sure.

18             MS. DAINOW:  Long pauses between

19       answers and in light of the fact that

20       the witness clearly testified that she

21       can't answer questions anymore and

22       hasn't been even the full ten hours yet.

23             MR. ASHANTI:  That's not fair.

24       We're like literally -- it's past 5:00.

25       We've been here before 9 a.m., like

472

1                          J. Doe

2          8:50.  Of course someone's going to get

3          tired over the course of that.  And you

4          already represented before that I

5          believe that you had 4 minutes left.

6               MS. DAINOW:  I did.

7               MR. ASHANTI:  Right.  We're 9

8          hours and 56 minutes in.  She's like

9          saying, "I'm checked out."  That's not

10         like someone who's not cooperating or

11         whatever.

12              MS. DAINOW:  I didn't say she

13         wasn't cooperating.  I'm saying she has

14         difficulty answering the question.

15              MR. ASHANTI:  I'm making my

16         record.

17         Q    Mr. Stoll was here, my co-counsel.

18    You previously talked about his exhibit.  I

19    don't have it in front of me.  He took it with

20    him; but it's Exhibit E.  You claim you were 15

21    years old.  It was the summer of 2000, you

22    stated in the picture.  Mr. Meiners had taken

23    you home.  Do you recall the picture I'm

24    referring to?

25         A    Yes.

473

1                          J. Doe

2              MR. ASHANTI:  With the skirt.

3         A    Yes.

4         Q    Did he take that picture?

5         A    I don't remember.

6              MS. DAINOW: This is Defendant's

7         Exhibit E that I'm now showing the

8         witness.

9         Q    Did Mr. Meiners have anything to

10   do with this picture?

11        A    I do not recall.

12        Q    You don't recall who took it?

13        A    No.

14        Q    You don't recall if he was in the

15   photo?

16        A    No, I don't recall.

17             MR. ASHANTI:  If he's there in the

18        photo.

19        Q    Not in the photo.  If he was there

20   during the time the photo was taken?

21        A    I do not recall that.

22        Q    And you previously testified that

23   you had thoughts of self-harm?

24        A    Yes.

25        Q    Do you recall if it was soon after

474

1                          J. Doe

2    the events that you allege in the lawsuit or if

3    it was closer to the present?

4          A    Before.

5          Q    Before when?

6          A    Ask the question again, please.

7          Q    At what point did you have thought

8    of self-harm?

9          A    A few times in my life earlier.

10   Not too long after I moved to Hawaii years in

11   between that.  And I believe like last time was

12   somewhere in the last five years.

13         Q    Was that a result of the

14   experience you had with the DOE teachers?

15         A    Yes.

16         Q    Did you ever attempt self-harm?

17         A    No.

18         Q    Are you claiming economic damages?

19         A    I do not know what I'm claiming.

20         Q    So just to make a record, are you

21   claiming non-economic damages?

22         A    I'm not sure what you're talking

23   about.

24         Q    Are you claiming financial

25   damages?

475

1                          J. Doe

2          A    I have no idea what you are

3    saying.

4          Q    Has your sleep been affected by

5    any of the events alleged in the lawsuit?

6          A    Yes.

7          Q    How so?

8          A    When I'm actively looking or

9    thinking about the facts, I have a hard time

10   sleeping.

11         Q    Have you acquired any debt as a

12   result of the injuries or treatment?

13         A    I'm not sure how to answer that.

14         Q    Have you acquired any debt as a

15   result of the alleged injuries you're claiming

16   against DOE or treatment you received at any of

17   the doctors and appointments that you talked

18   about?

19         A    I have used some of my money for

20   it, yes.  I have used a lot of my money to

21   travel back and forth from Hawaii to New York,

22   yes.

23              MS. DAINOW:  I think that's it.

24         Those are all the questions I have for

25         you.  Again I will be speaking with Mr.

476

1                          J. Doe

2          Stoll.  We'll be applying to the court

3          for much more time.

4               Thank you very much for your

5          cooperation.

6               THE REPORTER: Ms. Dainow, you are

7          ordering, correct?

8               MS. DAINOW: Yes.

9               (Time noted: 5:16 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

477

1

2              A C K N O W L E D G E M E N T

3

4    STATE OF NEW YORK)

5                        : ss

6    COUNTY OF        )

7

8              I, JANE DOE, hereby certify that I

9    have read the transcript of my testimony taken

10   under oath in my deposition of July 28, 2023;

11   that the transcript is a true, complete and

12   correct record of my testimony; and that the

13   answers on the record as given by me are true

14   and correct.

15

16         _____

                    JANE DOE
17

18

19

20   Signed and subscribed to

21   before me, this _____ day

22   of _____, 2023.

23

24   _____

25   Notary Public, State of New York

478

1

2                          I N D E X

3

4   WITNESS                                    PAGE

5   JANE DOE

6        EXAMINATION BY:

7        MR. STOLL                             163
         MS. DAINOW                            208
8

9                      E X H I B I T S

10

    DEFENDANT'S      DESCRIPTION               PAGE
11
    Exhibit F       Photograph                 161
12
    Exhibit G       Photograph                 161
13

14

15

    DOCUMENTS AND/OR INFORMATION REQUESTED
16
    DESCRIPTION                                PAGE
17
    Name of clinic and authorization for       248
18  clinic records

19  Authorization for Queens Hospital          258
    records for birth of daughter
20
    Records for all OB/GYNs                    259
21

22

23

24

25

479

1

2                    C E R T I F I C A T E

3

4    STATE OF NEW YORK    )
                          ) ss:
5    COUNTY OF BRONX      )

6

7         I, KAREN VIGGIANO, a Shorthand

8    Reporter and Notary Public within and for

9    the State of New York, do hereby certify:

10        That JANE DOE, the witness whose

11   examination is hereinbefore set forth, was duly

12   sworn by me and that this transcript of such

13   examination is a true record of the testimony

14   given by such witness.

15        I further certify that I am not related

16   to any of the parties to this action by blood

17   or marriage and that I am in no way interested

18   in the outcome of this matter.

19

20   IN WITNESS WHEREOF, I have hereunto set my hand

21   this 21st day of August, 2023.

22

23              *Karen S. Viggiano*

24        _____
                    KAREN VIGGIANO
25

**A**

**A-K-I-H-I-R-O** 210:15
**A-L-Q-U-E-R-O** 260:11
**a.m** 159:11 471:25
**Aaron** 216:10 279:17,21 280:7
286:20 287:8,12,25 291:24 292:7
292:14,15,19 326:19 347:3
435:11,16 436:7 437:23,24
449:19 469:3
**ability** 162:13 237:17 252:3 428:10
429:13 431:25 432:25
**able** 161:23 167:2 199:25 215:23
226:25 228:6 266:11,14,16
267:16 286:19 306:19 324:8
342:13 371:15 396:14 412:6
431:10 442:21 444:7 448:3,3,5,9
467:3
**abortion** 169:12,24 216:12 217:6
220:12,17 221:5,7,16 223:5
230:20,22 232:21 234:6,10,11,14
234:19,22,23 235:2,3 240:6,16
241:6,10,15,18 242:15,24 243:9
243:13,16,20 244:11,24 245:3
247:2,13,18 248:5 249:14,19,25
250:6,18,22,24 251:3,5 252:18
253:4 256:9,19 259:7,16 261:7
261:12 332:21,24 333:4 334:4,5
334:10,14,17 422:11,16,18
423:18 453:10,20 460:12 467:24
**absent** 327:10,14,16
**abused** 424:6
**academically** 436:2
**accent** 306:18,21
**accents** 306:23
**accepted** 189:18
**accepting** 464:17
**access** 426:17 428:21,22 429:8,20
429:23 440:4
**accident** 462:5,11,13,20 463:4,6,9
463:12,19,25
**accompany** 234:3 256:21 459:7
460:7
**accurate** 470:14
**acknowledge** 256:12
**acquired** 475:11,14
**act** 313:11 423:23
**acted** 214:14 364:18
**acting** 279:12
**action** 286:10 479:16
**actions** 408:25 409:25
**active** 248:2
**actively** 475:8
**activities** 385:2 442:13
**activity** 313:9 429:14
**actual** 369:8 466:18
**add** 162:3 444:11 456:10
**additional** 169:4
**address** 177:23 210:4 211:10

230:14 254:8 362:20,22
**adjust** 275:15
**administrative** 425:5,10
**admission** 459:13
**admit** 172:21
**admitted** 411:20 458:8
**adopted** 271:22
**adult** 173:8,11 260:5 311:12
**advance** 207:3 401:21 402:3
**advances** 285:4,10,20 385:22 401:2
406:20
**advantage** 442:18
**advise** 327:25
**advised** 293:7 364:22 365:7
**affect** 186:11 251:5 267:23 276:7
297:17 447:24
**age** 182:8 214:22 237:19 247:10
337:6,9,14 343:4 402:13
**ago** 177:10 203:14 205:13 224:21
316:5 358:13 416:9,11,13,20
**agree** 162:10 368:15 444:25
**agreed** 284:20
**ahead** 192:6
**airfare** 196:7,8
**Akihiro** 210:15 213:11,22 214:5
**alcohol** 305:6
**alert** 269:17 311:12
**alerted** 321:11
**allegations** 287:5,19 428:2 430:24
431:4 433:14
**allege** 474:2
**alleged** 215:4,8,14 216:6 466:14
467:21 469:25 475:5,15
**allotted** 162:18
**allow** 215:23 216:2 354:23 427:18
428:6
**allowed** 283:15 352:18
**allowing** 431:13
**allows** 261:17
**Alquero** 260:11 261:11,15,20
**amazing** 399:6
**amended** 286:9 430:25
**American** 197:9
**AMEX** 341:21
**amount** 161:14 296:19
**and/or** 377:16 478:15
**ANDREW** 160:18
**anesthesia** 238:2
**anesthetized** 238:5
**anger** 243:2
**angered** 400:10
**angrily** 399:25
**annual** 248:3 255:18 295:23 296:6
**annually** 295:17
**answer** 161:18 167:14 178:25
179:8,13,17 180:2,4,7,12,15,18
180:20,21,23 181:5,7,12 192:6
206:11 223:18 230:22 238:24

256:19 291:7,14 317:14 343:13
343:14 347:20 405:7 407:3,3,5,6
420:11 428:7 429:16 430:9,20
431:9,11,13 433:21 440:9 441:18
442:15 443:2,13,20,24 444:7,9
447:8 448:19 449:16 452:7
464:25 470:15 471:21 475:13
**answered** 179:23 407:3 453:13
**answering** 405:16 472:14
**answers** 382:3 470:13 471:12,19
477:13
**anxiety** 465:4,13
**anxious** 188:3 378:21
**anybody** 162:3 187:20 201:16
216:2 275:13 276:4 292:3 377:2
382:22 397:24 412:12
**anymore** 182:19 205:21,23 251:12
251:15 252:10 254:20 279:20
335:21 336:18 358:18,19 366:19
393:20 404:10 465:17 471:21
**anytime** 248:5 330:25 460:11
**apart** 212:13
**apartment** 200:20 244:15 250:6,14
307:7 344:10,21,25 345:20 346:8
**apologies** 274:19 316:7
**apologized** 358:14
**apology** 291:13
**applied** 206:24
**apply** 272:10 471:10
**applying** 476:2
**appointment** 225:22,23 226:7,11
228:6 230:4,7 232:22,23 245:19
246:15,18,21 248:4,4 249:2,7,8
255:23 259:24 416:20,23 460:8
**appointments** 244:20 249:3 255:19
256:22,23 261:11 466:4,13 467:6
467:10 475:17
**appreciate** 257:20
**approach** 320:9
**approached** 306:24
**appropriate** 227:14
**approximate** 402:13
**approximately** 184:19 186:24
190:24 203:2 221:4 240:4 260:17
262:13 296:11 303:9 306:13
307:13 322:17 335:22 344:2
351:17 362:9
**approximation** 276:14 296:9
**area** 222:2 264:4 369:18 374:9
**argument** 450:17
**arm** 356:3
**arms** 224:6 402:21 403:2
**AROUBAS** 160:13 383:5
**articulating** 382:8
**Ashanti** 160:6 162:4 167:12 168:9
178:24 179:9,12,18,21,25 180:5
180:14,19 181:4,9,15,22 182:4
183:24 184:6,9 197:5 206:4

207:6 217:15 223:17 227:12,13
227:16,20 229:19,23 238:23
240:10 241:7 243:4 249:15
250:19 252:5 253:10 257:13,19
258:20,23 259:4,10,17 263:16
265:21 268:15 270:10 272:7
277:9 285:6 286:25 287:5,11,15
291:6,12,15,18 293:24 294:14
296:25 299:21 305:21 312:24
313:3 315:11,15,20 316:6 330:7
342:14 347:25 356:10 358:8
362:3 381:7,12,18 382:2,7 383:2
383:7 401:22 405:2,18 406:2
407:2 409:14,17 413:3 414:15
421:18 425:17,19 426:21,25
427:3,12 428:4,12 429:15 430:8
430:14,18,22 431:6,12 432:3,8
432:12,20 433:4,16 440:8 441:18
442:15,25 443:10,16 444:23
445:4,11,14 447:7 448:18 449:8
449:15 451:13 452:15 453:12
458:6 459:6 462:11 463:23 464:2
464:10,15 465:8 467:23 470:20
470:25 471:13,17,23 472:7,15
473:2,17
**Ashanti's** 382:14 428:16
**Asian** 224:22 235:21 236:20
**Aside** 272:7
**asked** 161:14 179:21 182:4 196:8
205:13 227:9 228:8 244:19 245:7
278:10 282:21 293:21 303:11
307:2 310:7 343:3 355:8 371:21
372:7 381:17 382:18 383:13
387:20 396:20 405:17,18,19,21
407:2,4 417:18 429:21 432:19
444:12,21 453:12,16 456:25
**asking** 168:22 178:21 179:3 184:9
208:7 216:16 233:15,19 269:12
272:10 275:5 283:23 342:17
428:5 431:8,9 432:18,23 433:7,7
433:9,15 450:13 452:2 458:21
463:16
**assigned** 255:7 261:18
**assignments** 268:10,11
**assist** 196:15,18
**assisted** 417:20
**Assumes** 229:19
**ate** 340:25
**Atlantic** 337:20 338:20 339:13
340:24 342:25 343:4,7
**attach** 427:6
**attached** 186:15
**attempt** 474:16
**attend** 182:22 272:5 279:9 280:7
320:21 423:8
**attended** 165:9 278:5 294:15
326:21 447:6
**attending** 279:8 434:3

**attention** 283:9 321:19,24 404:12
**attorney** 209:4 417:22 418:14,22
431:7
**Attorney/client** 227:16
**attorneys** 159:15 160:4,9,15
417:18
**attracted** 195:16 448:21
**attribute** 279:7
**August** 479:21
**aunt** 171:23 190:2,4 211:11,18
271:21,22 299:23 322:14 324:18
324:20 326:2
**aunt's** 211:15
**authority** 293:3,5 321:8,11,15
328:22 338:4 388:3,5
**authorization** 478:17,19
**automatically** 365:13
**available** 262:15 440:2 447:12
**average** 267:13,14
**Avila** 254:6,7 255:3 257:7 258:7
**Avila's** 258:9
**avoid** 354:24 438:3
**awards** 290:14
**aware** 172:6,10,13,14 203:12 227:6
245:10 246:20,22 249:6 251:2,4
269:6 281:18 286:14 315:13,17
323:25 325:14 331:3 332:8,11
335:13 337:8 346:20 349:15
378:9,11 385:25 394:6 404:4
447:10 468:18,23 469:6,9,11,16
469:19 471:8

---

**B**

**B** 478:9
**baby** 239:8 240:7,25
**back** 164:25 172:20 180:10 190:15
190:15,16 192:10 195:7,19
198:24 199:19 233:8 241:8
243:12 244:15,22 262:20 272:23
273:15 277:12 290:10 291:15
304:12 305:18 309:19,20 312:3
316:10,19 326:6,8 333:25 347:22
360:10 363:18 364:13 369:11
373:17 376:19,20 382:11,13
387:17 425:20 431:16,20 432:21
434:19,20 441:24 442:2,4,8
443:7 444:6 457:23 463:11,18
470:24 475:21
**background** 393:6
**backpack** 308:18 309:12
**ballpark** 406:16
**Banana** 222:7
**barrier** 267:6,23 268:24 269:9
**bars** 343:9
**base** 195:16
**based** 161:16 180:4 206:25 227:23
295:25 330:5,11 405:5,14 448:17
451:19

**basis** 191:25 295:23
**bastard** 399:4,4,24
**Beach** 210:17
**bear** 452:19 465:19
**bed** 308:21
**bedroom** 346:19
**beds** 308:16,17
**beginning** 169:7,16 191:5,14
194:21 274:14,20 276:18,20,22
277:4 303:15
**behalf** 381:20
**behave** 215:21 399:11
**behavior** 358:3 360:2 363:20 364:7
364:11 396:16 403:22 409:10
412:10
**behaviors** 389:5
**believe** 165:24 173:7 174:10,14
183:2 186:9 187:5,15 188:11
189:11,15 192:4 194:15 198:23
199:21 200:13,15 201:20 202:24
203:20,21 218:17 223:7 224:6,7
224:10,14,18,22 225:2 230:25
231:17 234:24 235:9,11,23
236:13 237:15 239:2,9 250:25
253:8 261:16,18 262:23 266:6
272:13,17,24 276:19,21 277:3
284:14 286:23 302:22 304:9,21
305:4,5 307:12 321:14 324:10,14
329:11 337:10,13 339:22 341:3,8
341:25 342:6,8 345:11 346:13
348:15 354:12 355:21 356:18
358:14 359:21 364:6,17 367:5
372:19 376:24 378:16 379:12,24
381:2 392:3 397:10 400:9 407:19
407:22 411:5 413:6 414:16
417:23 418:6 422:9 424:4 435:22
436:21 438:10 447:2 448:20
449:10,12 454:14 460:5 463:5,7
463:8 470:12 472:5 474:11
**believed** 238:9 364:10 389:14
411:25
**believes** 259:11
**BELLINA** 160:15
**bench** 374:22 376:2
**benefits** 299:6,9
**bent** 356:5
**best** 237:16 379:19 389:15 398:25
428:10
**betrayed** 291:22,23
**better** 220:16 267:17,20 290:4
303:16 334:13
**beyond** 180:16,20
**big** 199:4 223:15,19,24 237:2
252:13 274:16 379:21,22
**bigger** 252:15
**bilingual** 273:4,15
**billed** 466:17
**bills** 246:14,21 466:24

**bipolar** 465:4
**birth** 171:18 230:17 257:24,25
  331:10,12 332:2,6,8 478:19
**birthdays** 185:20 186:3
**bit** 216:16 243:17 267:13 295:3
  296:10 377:24 396:15
**black** 306:7,7,11 373:22
**blinds** 317:6
**block** 432:5 434:5
**blocking** 285:18 432:25 433:23
**blood** 479:16
**blue** 341:24
**board** 266:20 374:25
**boardwalk** 339:22 341:4
**bodega** 263:7,10,12,19,21 264:8,11
  264:17
**booked** 339:20
**born** 258:4
**bothered** 285:23
**bottom** 366:13
**bought** 174:24
**Boulevard** 176:16
**bounce** 438:18
**bouncer** 231:13
**boyfriend** 280:18 282:14 324:25
  335:8 450:2
**boyfriend's** 183:21 184:5 186:23
**boyfriends** 184:12
**boys** 367:19
**bra** 339:9
**break** 169:3 208:20,23 297:22
  347:10 352:14 436:20,23,24
  470:17,21,23
**breaks** 162:8
**brief** 162:24 211:14 225:21
**briefly** 308:13 313:20 324:24
  338:19 392:20 396:11
**bring** 162:18 199:24 269:25
**bringing** 206:3,13
**Brissa** 171:16 188:18,19 211:13
**Brissa's** 171:17 189:10
**broad** 211:8 425:22 432:16
**broader** 409:21 453:16 464:21
**broke** 186:7,7,17 440:10 441:9
  450:3 461:8
**broken** 440:15,16 441:5
**BRONX** 479:5
**Brooklyn** 160:17
**brother** 211:14 271:15 321:2,10
  322:9 325:25 456:25
**brought** 189:12 200:10 208:9
  212:11 382:4 464:12
**bruised** 322:3,17
**bruises** 322:20
**Brunilda** 455:11
**budge** 309:17
**building** 222:21,23 223:2 428:21
  429:3

**buildings** 295:9 298:9
**bump** 280:21
**bumped** 177:11,13,14
**burden** 192:23 198:14
**bus** 280:13 282:2,4,4,6,8 367:16,18
  369:7 370:18,19
**business** 298:2
**businesses** 222:2
**busy** 411:22

---

### C

**C** 160:2 176:10 477:2 479:2,2
**Cadman** 160:16
**call** 209:25 226:6 242:10 281:5
  359:13,13 361:18 363:15 371:19
  392:6,8,13 393:5,7 394:24
  397:20 398:2 406:13,17 428:13
**called** 183:12 209:23 232:25 233:6
  233:9 269:17 280:22,23 281:2,17
  281:23 359:15 392:21,22 397:12
  397:18
**calling** 275:20 280:14 281:11
**calls** 281:19 300:24
**camera** 325:19
**Camry** 222:15
**capacity** 325:20
**car** 222:13,16,18 300:11,15 303:5
  306:24 307:11 310:15 311:2,18
  311:24 316:9,13 367:17 368:2,14
  368:16 369:23 370:22 373:14,20
  373:22 379:9 394:11 462:5,11,13
  463:4,5,6,9
**card** 228:4,5,9 245:22 250:2 341:9
  341:10,19,22
**cardiologist** 459:18
**cards** 275:21 290:12
**care** 204:6 246:24 247:3 260:3,4,9
  261:14,21,22,25 412:4
**cared** 292:3
**Carl** 382:14
**Carolina** 359:12
**carried** 216:13
**carry** 261:9
**carrying** 167:8
**case** 206:25 266:18 425:6,12
**casino** 341:3 342:3,15
**casual** 301:19 361:23
**catchall** 347:2
**catching** 193:4
**caused** 187:8 215:13,17
**Celebrating** 186:3
**cell** 275:22 311:20,23 361:8 362:7
  362:11,13,17,18
**certain** 168:2 182:7,8 211:6 223:13
  278:2 286:15 404:8 450:14
**certainly** 162:20
**certificates** 290:15 294:16
**certify** 477:8 479:9,15

**chair** 308:17 398:15
**chairs** 224:5,6,8,10
**chance** 305:20
**chances** 449:22
**change** 187:3 188:15 227:22
  274:16 405:5,20 420:10 451:21
**changed** 164:2 188:9 215:20
  243:10 255:2,5 295:25 359:17
  361:18 385:12 399:13 405:24
**changing** 405:13
**character** 375:18
**charge** 250:3
**charges** 468:7,19 469:7
**chasing** 402:6
**check** 237:24
**checked** 472:9
**chess** 352:6,13,16 353:20 354:6,9
  354:10 357:11 374:22,25 375:6
  375:25 384:24
**chest** 366:11
**child** 171:8 200:3 205:23 298:13,14
  298:17,20 299:2 423:23
**children** 216:21,24 252:10 344:3,6
  424:5
**choices** 266:21
**chose** 315:9
**Christmas** 185:15
**Christopher** 454:10,13,19
**church** 159:16 160:10 202:2
  420:15,16,18 421:2,4,12,13,16
  421:20,20,24 422:3,4,24 423:5,6
  423:17 455:14,15
**churches** 423:5,9,12
**circle** 262:20 360:10 363:18 457:23
**circumstance** 232:12
**circumstances** 191:9 194:17
  448:13
**city** 159:6 160:9,10 192:13 193:15
  194:4,8,18 200:16,20 208:5
  212:6,12 213:4 337:20 338:20
  339:13 340:24 342:25 343:4,7
  346:6
**claim** 212:6 299:18 427:4 472:20
**claimed** 324:24
**claiming** 474:18,19,21,24 475:15
**claims** 208:8
**clarify** 241:9 268:15,21 388:2
  392:8
**class** 265:13 268:9 280:7 284:13,15
  285:3 326:13 327:2,7,10 350:8
  350:10 351:2,5,7,10,20 352:4,8
  355:7,9,19,23 364:23 366:16,17
  366:18,20,22,22 371:5,7,15
  372:4,14,25 378:19 379:2,4,11
  379:15 383:8 387:17 389:8,9,19
  390:9,18,20 391:12 401:6,7,9,11
  401:13 407:23 408:2,7,11 432:2
  432:9 433:23 434:4,8,9,10,11,12

**common** 441:7 462:12
**communicate** 193:19 195:24
  241:21
**communicated** 191:21 198:8
**communicating** 199:15
**communication** 191:18 192:2
  193:11 197:14,15 198:17,20
  275:19
**communications** 178:4 193:7
  197:18,23 198:2,11 300:22
**community** 294:20
**company** 183:12 207:4 295:8,10,20
  295:23 296:15,23 297:2,7,10,18
  297:24 299:11,16
**complaint** 286:9,16,22 287:10,12
  287:19,21 425:5 428:2 430:25
**complaints** 428:3
**complete** 165:21 251:13 294:5,9
  477:11
**completed** 269:4
**completely** 181:19 466:21
**complications** 241:14
**comply** 365:13
**concern** 162:15 365:25
**concerned** 167:17
**concerning** 258:25
**concluded** 444:21
**condom** 331:20,22 332:14
**condoms** 332:12
**conduct** 161:16
**confer** 471:7
**confide** 388:19
**confided** 388:16
**confirm** 219:17
**confront** 172:18 173:2
**confronted** 172:16,23
**confused** 309:10 380:14 399:20
**confusion** 214:15
**congregation** 275:13
**connect** 163:5
**Connecticut** 416:2,13,15 418:2
  465:14
**connecting** 251:17
**connection** 202:3
**conscious** 339:10
**consciously** 199:8,13
**consenting** 161:20
**consequences** 378:21
**considered** 188:5 217:9
**considering** 206:2
**consists** 285:11
**construction** 176:7
**constructive** 427:8
**constructively** 427:15,22
**consultation** 414:13
**consulted** 251:23
**contact** 206:21 289:19 300:19
  316:21,24 333:16 397:24 398:4

  406:15
**contacted** 206:20
**context** 357:12
**continue** 216:16 227:17 308:25
  335:20 443:6 445:3 448:8
**CONTINUED** 159:14
**continuing** 167:21
**contraceptive** 332:18
**contractors** 295:15
**control** 331:10,13 332:2,6,8
**controversy** 175:4,6
**conversation** 192:17 199:22 200:2
  218:9,12,15 225:21 227:15,18,20
  227:23 239:3 249:4 258:24 259:8
  268:14 281:6,9 284:9 293:20
  319:19 329:20 337:13 358:11,13
  358:22 361:21,23 368:9 371:13
  378:10,13,17 379:18 381:24
  383:3,9,10,16,19 384:5,10,16
  386:14,16 387:5,13,15 391:25
  392:19,23,24 393:4 394:7,20
  397:6,9,13 399:23 400:4 401:14
  404:22,25 405:2,6,14,25 418:13
  420:9 422:7,15 455:4 461:25
**conversations** 197:23 209:3 238:7
  238:19,20 245:24 248:24 259:14
  282:10 293:22 301:25 302:4,8,11
  315:18 318:20,22 319:17 325:10
  332:15 357:13,15 368:5,6 408:6
  418:21
**convicted** 212:23 468:10,24 469:10
**cooperating** 472:10,13
**cooperation** 476:5
**copies** 244:14,17
**coping** 187:17
**corner** 369:12
**Corona** 247:6
**Corp** 163:4
**Corporation** 160:9 162:10 208:4
**correct** 163:13,14,16 164:8 165:2
  165:10,11 169:2 177:22 186:5
  190:13 197:19 203:6,18,23,24
  205:7,15 212:9 213:12 219:15
  220:12,13 223:3 226:17 233:3,5
  235:22 236:7 241:12 247:20
  250:8 254:16 258:11 260:22
  267:15 271:25 273:19,24 275:2
  276:12 278:6 286:10 299:24
  300:6 321:5 326:23 328:7,20
  330:18 347:19 348:2 352:12
  358:7,10 362:15 363:6,22 365:20
  366:12 374:12 390:19 392:10
  397:5 409:16 416:21 417:6
  421:20 423:14 426:5 434:17,25
  435:3 442:5 454:11 456:18
  457:14,16 458:5 462:22 465:9
  467:12,25 476:7 477:12,14
**correcting** 381:10

---

**classes** 164:21 265:9,16,19 266:2
  266:19,22 276:23,24 277:22
  278:4,17 279:6 294:19 327:22,23
  386:22 389:17 407:14 446:17
  447:3
**classified** 449:3
**classify** 301:7
**classmate** 325:16
**classmates** 267:4 329:21 338:4
**classroom** 273:9 282:24 360:19
  371:4,7 372:6,8,10 387:12 429:8
  432:5
**classrooms** 283:23 387:8,9
**clear** 163:12 179:19 220:14 278:16
  303:7 318:10 406:23 409:13
  430:24 470:14
**clearly** 471:20
**Clemente** 422:5
**client** 227:15 293:20,22 342:17
  404:22 405:3 430:25
**clients** 298:4
**clinic** 221:17,19,21 244:23 247:6
  248:14,20 478:17,18
**close** 195:12 356:4 400:13 402:21
  402:25 433:2
**closed** 372:11
**closer** 384:20 474:3
**closest** 384:19
**closing** 372:8
**cloudy** 250:13 344:19
**club** 231:2,3,7,12,20,23 232:3,7
  435:25
**clubs** 349:16 429:13
**co-counsel** 207:14 208:12 471:7
  472:17
**co-owners** 297:4
**co-pay** 467:7
**coached** 349:15 350:10
**cold** 239:22,25,25 336:2
**college** 192:19 294:20
**color** 222:18 224:18 341:22
**combined** 216:8
**come** 186:6 189:17 190:21 194:7
  197:10 200:16 202:6,9 233:7
  237:24 252:21 256:25 279:19
  280:14 281:10 297:9 304:19,21
  380:2 388:23 396:20 398:12
  401:11,13 404:12 424:7 425:19
  432:4 441:23 442:2,3 470:24
**comfortable** 284:8
**coming** 175:3 196:3 283:23 297:21
  376:21 424:15 442:8
**comments** 323:23

---

**434**:17,19,21,23,24 435:2,6,9,10
  435:12,12,17,19,21 436:9 438:5
  438:6,9,10,13,16,16,19,22,25
  439:4,6,8 442:18,19,23 443:16
  445:15 446:4,10,13 447:15,18

correctly 168:12
correspondence 324:7
cost 246:11
couch 176:5
coughing 219:2
counsel 160:9 161:14,20 162:4,10
  162:11 163:5 170:23 182:5 184:8
  208:4 227:19,24 257:13 293:19
  299:21 381:17 382:18 404:21,25
  405:6,15 414:15,19 418:13
  430:21 443:24
counsel's 163:4 382:5 432:10
  433:12
counseled 420:17 421:22 422:25
  423:11
counseling 414:11 420:6,13,14
  423:15
counselor 279:2,5 292:19,23
  314:23 388:10 407:9
COUNTY 477:6 479:5
couple 163:17,20,21,24 177:10
  201:21 206:20 208:12 238:25
  255:16 256:25 271:2 336:23
  376:19 392:14 415:3,17
course 332:23 472:2,3
court 159:2 162:19 180:5 207:17
  208:16 471:10 476:2
covered 179:10 211:5,6 466:7
  467:6,10
covering 317:6
COVID 297:17,19
crazy 240:2 281:11
credit 245:22 250:2 341:8,10,18
  436:6,9,12,14 437:7 439:11,15
  439:20
credits 282:18 288:14
crime 212:24 468:10,24
crimes 469:10
criminal 468:7,19 469:7
cross 217:6 263:24
crying 252:7
cuff 465:6
curious 218:15
current 210:4
currently 210:7,16 213:7,24
  416:16 466:16
curriculum 163:25
cushion 224:8
custody 216:18,19
cut 291:11 366:8
cutting 181:10 188:4 445:7
CV 159:6
CVA 424:8,22

**D**

D 161:8 175:15 477:2 478:2
dad 270:11 271:12 275:17 276:6,9
Dainow 160:12 162:9,23 207:21,25

208:3 209:18 217:16 227:13
229:21 241:9 243:6 248:17
249:17 253:12 257:17,20 258:17
258:21 259:2,5,13,19 265:23
268:18 272:9 277:12 285:7 287:4
287:7,13 291:10 293:18 313:2
315:12 316:7 330:9 342:16 347:8
347:22 358:10 381:10,21 382:13
383:12 404:20 405:23 409:16
413:4 425:18,22 426:24 427:2,11
427:23 428:9,15 430:21 431:8,15
431:19 432:10,16 433:12 436:22
437:2 443:4,18 444:16,18,25
445:7 451:15 453:14 463:24
464:4,13,20 465:9 467:25 470:16
470:22 471:5,15,18 472:6,12
473:6 475:23 476:6,8 478:7
Daisy 174:5
damages 207:10 474:18,21,25
date 161:4,7 171:18 194:15 202:25
  220:5 226:12 229:6,11,14 230:3
  230:7,17,20 325:5 338:24 388:17
dated 184:14
dates 338:23
dating 174:9
daughter 171:15,17 177:17 200:17
  201:17 210:8,9 213:14 216:17
  217:3 251:12,15 253:23 257:3,24
  258:12,22 295:2 345:8,9 346:11
  346:17 478:19
daughter's 210:12 213:16
daughter-in-law 211:16
daughters 343:17 344:23 345:16
  345:18,25 346:8
day 170:16 174:22 176:3,5,6 178:8
  219:14 220:10 221:8,11,14
  250:11 252:16 282:23 300:19
  303:4 304:23 316:17,18 320:6
  322:25 323:2 326:8 333:12,12
  343:11 344:24 367:15 368:21
  373:4 378:18,19 454:22,25
  477:21 479:21
days 183:3 220:8 283:10 322:16
  376:20 379:12 453:25
deal 290:23
dean 328:6,10,12,21,25 330:2,5,13
deans 328:14
debt 475:11,14
DeCastro 184:22,24 185:6,9,12
  186:7,17
December 171:20
decide 189:13 291:16 331:12
decided 218:10 250:22
deem 408:25
deemed 409:25
Defendant 160:9,15
Defendant's 161:3,6 170:20,21
  173:22,23 174:13 175:15 176:10

473:6 478:10
defendants 159:8 161:15 208:9
  425:6,12
define 306:22
defined 198:25
definition 421:4
delivered 258:5
delve 257:22
demand 248:20 259:20
denial 427:9
denied 425:14,17,24 426:8,12,17
  426:25 428:21 429:7,12,20
  430:11 431:25 434:2 440:4
  441:16 447:3 449:13
deny 425:20
Department 159:6 160:10 208:5
  212:7,12
Depending 250:4 422:2
Depends 181:15
depose 161:22
deposition 159:14 162:7 207:13
  213:5 293:23 404:23 471:6
  477:10
depositions 161:16 181:21
depression 465:4
describe 197:20 218:5 225:12
  237:16 280:10 288:5 308:13
  313:20 336:20 364:20 366:24
  376:22 400:7 402:16 403:8,19
  411:12 421:3 441:21 443:10
  445:17
described 216:5 228:24 238:25
  239:4 240:8 274:25 296:12 300:3
  300:13,16 317:17 336:8 337:4
  345:7,16 357:8 377:17 395:18,21
  406:14 443:22 449:19 450:7
  451:24
describing 288:24 358:23 362:16
  383:10 387:19 399:21 402:25
  435:13 443:2 445:12
description 236:20 478:10,16
deserved 251:18
deserving 214:13 216:3
desk 224:24 341:16
despite 430:23
detached 323:24
details 309:6 392:19
developed 358:16
diagnose 412:18
diagnosed 412:20 463:21 464:22
diagnosis 465:25
Diana 330:16
die 270:22
died 270:20
different 167:25 182:14 188:9,12
  188:13 195:3,8,10 202:13,20
  222:7 243:14 254:19 275:18
  294:8 346:25 360:8 362:3 366:20

366:21 378:18 421:19 423:10
  425:20 434:21 435:13 436:9,9
  438:5 439:3 448:11 451:22
**differently** 202:14 251:24
**difficult** 166:10,13,24 167:2 170:13
  182:15,18 205:18 214:10 251:16
  271:14 313:6 358:18
**difficulties** 188:6
**difficulty** 187:24 472:14
**digits** 209:19
**dinner** 201:20
**diploma** 273:18 276:11 293:12,14
  294:10,12 326:10,14
**direct** 178:24 181:4,7,11 271:20
**directed** 224:14 278:10
**directing** 179:7,12,16 180:2,3,14
  180:20
**direction** 195:4 223:13
**directly** 241:18 298:7 325:25 378:5
**disabilities** 447:20
**disability** 299:9 447:21
**disagree** 445:2
**disappear** 192:23
**discharge** 244:7,12
**discharged** 276:20,21
**disciplined** 408:14,24 409:5
**disclose** 271:8 456:3 460:10
**disclosed** 207:11 294:14 421:18
**disclosing** 418:12,21
**discontinue** 436:5
**discovery** 182:5
**discriminated** 448:15 449:2,6
**discrimination** 448:22
**discuss** 205:5 232:2 271:3 332:5
  419:18,21,24
**discussing** 469:14
**discussion** 161:13
**disgusted** 283:16
**dismissed** 172:17
**disorder** 188:5 464:24 465:4,5
**disorders** 412:19
**district** 159:2,2 273:16
**divorce** 194:24 195:13 215:13,17
**divorced** 202:15 213:9,11 215:10
  411:8
**doctor** 203:8,23,25 204:6,9 219:16
  224:19,22 233:2 235:21,25
  236:20 238:8 254:14 260:20,25
  261:18 460:11 463:7 465:13
  466:16,20
**doctors** 223:20 236:11 254:13
  259:9,15 262:4 419:9 460:20
  461:12 475:17
**document** 182:6
**documentation** 249:22
**DOCUMENTS** 478:15
**Doe** 159:3,14 162:1 163:1 164:1
  165:1 166:1 167:1 168:1 169:1

170:1 171:1 172:1 173:1 174:1
  175:1 176:1 177:1 178:1 179:1
  180:1 181:1 182:1 183:1 184:1
  185:1 186:1 187:1 188:1 189:1
  190:1 191:1 192:1 193:1 194:1
  195:1 196:1 197:1 198:1 199:1
  200:1 201:1 202:1 203:1 204:1
  205:1 206:1 207:1 208:1,9 209:1
  210:1 211:1 212:1 213:1 214:1
  215:1 216:1 217:1 218:1 219:1
  220:1 221:1 222:1 223:1 224:1
  225:1 226:1 227:1 228:1 229:1
  230:1 231:1 232:1 233:1 234:1
  235:1 236:1 237:1 238:1 239:1
  240:1 241:1 242:1 243:1 244:1
  245:1 246:1 247:1 248:1 249:1
  250:1 251:1 252:1 253:1 254:1
  255:1 256:1 257:1 258:1 259:1
  260:1 261:1 262:1 263:1 264:1
  265:1 266:1 267:1 268:1 269:1
  270:1 271:1 272:1 273:1 274:1
  275:1 276:1 277:1 278:1 279:1
  280:1 281:1 282:1 283:1 284:1
  285:1 286:1,15,23 287:1,2,3,8,16
  288:1 289:1 290:1 291:1 292:1,5
  293:1 294:1 295:1 296:1 297:1
  298:1 299:1 300:1 301:1 302:1
  303:1 304:1 305:1 306:1 307:1
  308:1 309:1 310:1 311:1 312:1
  313:1 314:1,19,22 315:1 316:1
  317:1,19 318:1 319:1 320:1,4,8
  321:1 322:1 323:1 324:1 325:1
  326:1,17 327:1 328:1 329:1,17
  329:24 330:1 331:1 332:1 333:1
  334:1 335:1 336:1 337:1 338:1
  339:1 340:1 341:1 342:1 343:1
  344:1 345:1 346:1 347:1,3,14,17
  348:1 349:1 350:1 351:1 352:1
  353:1 354:1 355:1 356:1 357:1
  358:1 359:1 360:1 361:1 362:1
  363:1 364:1 365:1 366:1 367:1
  368:1 369:1 370:1,11 371:1
  372:1 373:1 374:1 375:1 376:1
  377:1 378:1 379:1 380:1 381:1
  382:1 383:1 384:1 385:1 386:1
  387:1,22 388:1 389:1 390:1
  391:1 392:1 393:1 394:1 395:1
  396:1 397:1,20 398:1 399:1
  400:1 401:1 402:1 403:1 404:1
  405:1 406:1 407:1 408:1 409:1
  409:23 410:1 411:1 412:1 413:1
  414:1 415:1 416:1 417:1 418:1
  419:1 420:1 421:1 422:1,22
  423:1 424:1 425:1 426:1 427:1
  428:1 429:1,2,7,12 430:1 431:1
  432:1 433:1 434:1 435:1 436:1
  437:1 438:1 439:1 440:1 441:1
  442:1 443:1 444:1 445:1 446:1

447:1 448:1,16 449:1 450:1,7
  451:1,24 452:1 453:1 454:1
  455:1 456:1,4,14 457:1 458:1
  459:1 460:1 461:1,22 462:1
  463:1 464:1 465:1 466:1 467:1
  468:1 469:1,14,17 470:1 471:1
  472:1 473:1 474:1,14 475:1,16
  476:1 477:8,16 478:5 479:10
**doing** 185:24 186:2 238:14 292:11
  298:8 308:20 320:7 389:11 394:3
  436:10 438:2 445:18,19
**donate** 197:9
**DOODY** 160:12
**door** 369:20 371:19 372:8,11 433:3
  434:6 442:10
**doors** 224:13 387:12
**Doug** 381:25 386:12
**Douglas** 159:7 175:7,9,13 216:10
  279:16 291:22 348:5,6,9 353:20
  355:2,3 363:12,16,19 365:9
  373:15 374:24 376:15 377:9,21
  377:22 378:16 382:21 384:18,20
  385:4 391:25 394:20 396:5,12
  397:12,19 398:11,19,20,23 399:5
  399:9,15 400:12 401:6,17 438:13
  442:20 445:12 454:15
**Douglas's** 398:14 399:3 400:9
**Dr** 260:11 261:11,15,20 466:15,21
  467:11,14
**drift** 366:8
**drilling** 181:18,20
**drink** 342:7
**drinks** 342:12
**drive** 373:11
**driving** 373:14
**drop** 290:20 291:20 324:12
**dropped** 201:19 291:7 324:14
**drove** 198:11 222:12 303:4,10,21
  304:4 316:10 339:16 367:16
  373:13
**ducks** 374:20 376:3
**due** 186:2 324:15 449:6 465:15
  466:22
**duly** 161:8 479:11
**duress** 197:24 312:14,17,20,23
**duties** 329:3,5,13
**duty** 198:3

                    **E**

**E** 160:2,2 161:8,8 174:13 213:17
  472:20 473:7 477:2,2,2 478:2,9
  479:2,2
**earlier** 392:4 474:9
**early** 170:9 240:13 279:12 343:21
  343:22
**earnings** 299:19
**easier** 273:10
**EASTERN** 159:2

easy 263:7
eating 188:5
economic 474:18
ed 446:21
education 159:6 160:10 208:5
  212:7,13 266:21 293:17 294:3,19
  294:23 329:18 430:18 441:17
  445:10 446:17,20 447:5,14,18,19
  447:25 449:13
educational 430:12 434:2 435:24
Edward 260:18
effect 324:3
eight 296:16 465:19
Eisenberg 159:7 216:11 353:14,15
  353:17 360:17 363:6 387:23
  388:8 396:3,3 397:4 398:2,8,10
  399:21 401:19,25 402:4,17
  403:10 406:24 407:11 408:18
  409:5 442:24 449:19 468:16,21
Eisenberg's 406:20 438:15,21
either 165:5 201:14 238:8 248:25
  269:21 272:24 273:14 285:7
  286:19 314:14 324:19 326:18
  354:4 416:17 442:14,14 447:5
  448:13 468:23 470:16
elder 421:4 422:4
elders 420:18 421:2,9,22 422:25
  423:11,17
elective 350:12
electronic 455:8
elementary 265:10,20,24 267:18
else's 441:4
email 177:11,23 178:9,15 226:6
  300:24 430:3
emailed 177:20 178:7,8
Emma 254:6,7 255:3 257:7 258:7,9
emotional 187:23 203:22 204:14
  204:18,21,22 205:2 244:2 251:7
  414:14
emotionally 182:21 186:14 242:14
  313:5
emotions 414:14
employed 295:5
employee 320:5,8 326:17 329:17
  409:24
employees 295:12,14 448:16
employment 183:15
enable 169:5
encounter 331:19
ended 167:11,18 194:3 215:10
  304:19 434:24
endured 214:10
engage 197:22,25 312:10,15 313:9
  332:13 442:13
engaged 410:7
English 257:9,15 265:8,12 266:8
  266:12,14,16 267:11,14,17
  269:14,16 278:5,19 324:17

421:20,23
enjoy 392:25
enjoyable 201:3
enjoyed 393:2,3
enjoying 446:9,12
entail 437:8
enter 429:3
entered 242:5
entering 433:23
entire 182:13 274:13 320:13,14
  353:13 408:3 413:3
entirely 220:14
entitled 431:4
entrance 369:8,13,16 428:21
environment 292:4 409:12
error 203:17
escape 194:22 202:17
ESL 257:16 265:16,19 266:4,19,22
especially 216:12 371:23 471:11
ESQ 160:6,12,12,13,18
essentially 222:25 243:9 311:8
  324:12,14 378:2
Estaban 461:13
establish 269:16 287:9
established 298:3
Eve 335:4
event 193:4 274:15,21 309:17
  393:3 419:2 434:14 463:9
events 167:25 168:21 215:4,8,14
  271:4 367:13 449:21 451:21
  464:11 466:14 467:21 469:25
  470:10 474:2 475:5
eventually 232:25 457:18
everybody 297:20 306:4 318:5,6,8
  319:25 389:11 445:21
evidence 229:20 249:13,16,17
Ewa 210:17
ex-husband 298:14
exact 190:20 263:18
exactly 193:13 202:25 215:13
  217:21 239:16 274:10 282:16,19
  299:25 306:25 320:2 334:2,24
  339:24 367:4 371:18 377:22
  380:4,5,7 392:11 433:10,11
  455:20 456:7
exam 225:12,19 233:8,24 234:3
  235:5,20
examination 163:6 207:25 478:6
  479:11,13
examined 161:10
example 209:22 264:5 266:11
  307:6 314:22 328:18 388:8
  429:21 435:25 437:14 440:5
  465:3,10
examples 452:5
exception 464:18
exchanged 400:24
excited 174:23

excluding 162:7
excursion 375:3
Excuse 274:19
exhausted 465:16
exhibit 161:3,6 170:20,21 173:18
  173:22,24 174:13 175:15 176:10
  472:18,20 473:7 478:11,12
existed 332:9
expenses 466:12,19 467:16
expensive 275:20
experience 198:23 250:23 305:18
  308:13 441:14 449:18 450:10
  474:14
experienced 185:19 275:4,6 447:22
experiences 215:18,20 327:3,7,11
  331:23 407:10 413:16 456:4
  461:22
explain 239:4 354:16 367:13
  431:22 436:4,13 461:7
explained 381:4
explore 206:9,18
explored 199:2
exploring 206:12
express 412:11
expressed 313:5
expresses 181:13
extend 161:14
extended 424:22
extension 161:21
extent 461:24
extra 267:25 282:18 288:14 301:6
  436:5,12,14 437:7 439:11,15,19
extracurricular 384:25
extravagant 301:6
extremely 252:15 372:2 465:16

─────────  F  ─────────

F 161:3 170:20,21 173:18 478:11
  479:2
face 412:2 468:7
faced 468:19 469:6
facilities 425:15,25 426:9,13,18
  428:19,22 430:5
facility 242:6,7 244:4,23 460:4
fact 219:17 238:19 245:25 293:10
  377:15 399:22 422:17 430:23
  431:6 471:11,19
facts 229:20 475:9
factual 433:20,22
factually 433:17
faculty 369:21 448:14
faint 221:23 224:20
fair 195:11,17 267:10,12 471:23
fairly 267:11 441:7
fake 228:12,20,24 232:5 262:21
  263:2,13 304:13,13,24 305:7
  342:20,22,24
fall 163:13 164:5,10 165:10,13,21

167:4 185:13 275:17 276:23
333:25 425:16 426:2,3,10,14
**falling** 275:8 276:6 450:22
**familiar** 286:9,12
**family** 189:16 197:11 231:25
251:23 252:15 268:17 274:6,9
275:7,8,24 276:3 292:10 305:15
315:3 326:3 357:18 376:9 419:7
419:18 449:24 450:5,15 451:6
457:10,11
**far** 167:17 226:21 240:4 303:9,20
307:19 308:9 310:19 320:22
333:20 346:24 369:7 373:25
385:16 471:8
**Farrington** 293:15 294:13
**fast** 444:4
**faster** 444:8
**father** 210:12 213:13 271:11 420:3
**favorable** 195:15
**favors** 181:2
**FB** 159:6
**fed** 376:3
**feed** 374:20
**feel** 178:22 198:14 200:5 216:3
219:5,8,10 234:13 242:14,23
243:2 251:17 252:4,12 284:7
291:21 302:3 312:9,13 361:24
368:12 384:17 410:5 412:10
436:18 441:20,23 442:17 444:8
447:17,21 448:9 449:5
**feeling** 166:20 170:4,6 182:18,19
188:13,14 199:14 203:9 216:5
217:21 218:2,4,7,13 220:2 241:5
241:19 243:8 262:16 302:6
311:13 466:22
**feelings** 170:12 198:10,16 199:3
203:13 206:10 234:12 242:13
243:14,19 251:19 358:16
**feels** 224:21 252:8,15 471:9
**feet** 226:23
**felt** 199:2,4 205:24 214:12 216:14
239:25 242:19 243:23,24 251:20
251:21,24 252:2,25 269:19,20
291:23 305:10 307:14 309:14
312:17,19,22 313:4,5 357:25
358:3,20 375:19 384:20 388:4
389:13 393:12,14,17 411:10
434:10 437:25 445:9,20,22
448:11,12,22
**female** 248:11 288:23 289:3,7
302:19 316:3 319:10 390:24
403:3,4,14,16,25 448:22 449:10
449:14 450:25
**females** 302:20 448:21 449:2
**fencing** 349:17,20,25 350:2,6,9,11
350:16,19,21,24 351:5 352:4,11
355:22,24,25 366:17,22 394:4
401:6,7 436:10 438:5,14

**fever** 459:2
**few-minute** 470:17
**Fifteen** 217:19
**fight** 274:24 316:19 317:17,20,25
318:22 319:20,23,24 320:9,11,21
320:25 321:5,12,16,19,23 322:3
324:4 325:19 326:5 441:22 451:9
**fighting** 450:20
**fights** 450:14 451:11
**figure** 252:10 293:3,5 321:16 388:3
388:5
**figured** 199:5 218:7
**figures** 321:8,11 328:22 338:4
370:15
**file** 160:13 425:4 468:3,13 469:3
**filed** 212:5
**fill** 227:4 248:19 249:11 256:17
260:23 459:3
**filled** 226:15,19 228:3 244:10
259:15
**financial** 474:24
**find** 201:2,5 217:22 397:3 417:14
417:19,20
**fine** 428:12 432:20 438:17
**fingers** 240:25
**finish** 192:21 269:4 443:25 444:2,5
470:17 471:15
**finished** 291:6 366:18 435:17
442:25 443:25 445:6
**finishes** 295:2
**fired** 296:17
**firms** 206:20,22
**first** 161:8 163:16 164:14 168:7,8
168:14,17,24 169:6,15 193:10
194:11 202:22 216:17 217:12,20
217:25 229:25 230:2,11 232:17
243:18,20 253:6,17 254:2 260:9
260:12,18,19 268:18 272:17,18
286:3 295:19 308:20 331:9
345:11,21,24 367:6 380:23 411:3
412:14 422:9 450:17 453:10
464:5
**five** 188:22 211:21 262:11 284:25
299:4 307:15 357:16 474:12
**five-minute** 303:23
**fix** 214:16,18 383:5
**flew** 457:5
**flight** 457:12,15,19
**flights** 457:8
**flirt** 402:6
**flirting** 401:20 402:2
**flock** 421:6
**floor** 219:2 223:4,5,8,10
**flu** 458:25
**flushed** 218:25
**Flushing** 210:22,23,24 458:11,14
458:22 459:2 460:5,11
**flustered** 375:10

**flyer** 196:7,12
**follow** 258:19 259:17,21 391:24
456:12
**follow-up** 244:5,20 330:10
**following** 280:12 333:12 410:25
**follows** 161:11
**foot** 461:9
**force** 285:14 309:7 312:6,24
**forced** 312:13
**forcing** 312:20
**Forest** 221:23 222:6
**forget** 467:19
**forgive** 387:21
**forgot** 222:5 252:16 360:4 397:16
412:3
**form** 167:12 168:9 179:6 183:24
223:17 238:23 241:7 250:19
264:24 300:21,22 315:15 332:18
404:16
**formally** 324:2
**format** 455:9
**forms** 244:10 249:2,21 259:6,15
261:7
**formulate** 200:4
**forth** 475:21 479:11
**Forty** 402:14
**forward** 181:14
**fought** 320:5 324:23
**found** 197:18 217:5,20 322:24
397:4 398:8 409:10 424:24 457:3
**foundation** 257:21
**fountain** 440:6
**four** 168:7 209:18 303:2 470:18,23
**Fourteen** 214:21
**frame** 211:9 288:20 344:11 452:19
453:15
**Francis** 163:12 164:14,25 165:9
183:7 273:22 276:12,15,17 279:4
280:19 290:21 293:7 326:21
359:8 425:15,25 426:9,13,19
428:25 429:6,11,18 430:4,7,13
439:16 440:12
**freaked** 284:6
**free** 352:14
**frequent** 196:7,12
**frequently** 327:19 352:7
**fresh** 411:24
**friend** 174:3,11 176:25 189:14,20
191:11,11,12 192:16 201:19,25
231:25 297:11 330:16 335:16,17
335:18,18,20 336:7 337:4 344:17
384:19,21 398:24 455:12 457:10
461:16
**friend's** 176:23 457:10
**friendly** 446:15
**friends** 174:3 176:18,21 201:21
274:6 275:9,10 292:13,16 304:25
305:12 315:6 335:10 336:15,17

336:18 399:12 400:11 449:25
  450:22 451:6
**friendship** 335:21
**front** 173:18 182:3,6 218:19
  222:23 231:11 309:12 311:8
  341:16 373:18 389:10 472:19
**frowned** 185:23
**full** 215:9 237:7 272:14 380:21
  422:14 471:22
**fully** 269:14 339:20
**funding** 206:25 207:4
**funny** 192:20
**further** 236:19 288:7 294:22
  459:10 479:15
**future** 162:2

---
**G**

**G** 161:6 173:22,24 477:2 478:12
**gamble** 342:5,13
**games** 353:12
**gates** 412:9
**gears** 265:5
**GED** 290:25 291:4 293:11 294:7
  294:10
**gender** 448:17 449:6
**general** 237:25 251:19 264:4 329:7
  458:19 462:16 464:8
**George** 422:5
**gest** 399:25
**getting** 196:16,19 215:10 234:6,10
  234:22 235:2 240:18 242:24
  304:16,20 305:8 311:18 423:6
  432:8 436:9
**gift** 404:16
**girlfriend** 344:17
**girls** 344:10
**give** 208:15 222:2 236:19 237:19
  296:9 323:22 354:17 359:24
  361:18 362:20 363:8 401:12
  404:15 405:9 406:6,9 437:14
  470:14
**given** 212:20 229:16 244:5,7,9
  268:10 272:11 357:9 448:12
  477:13 479:14
**giving** 406:3
**glance** 226:24
**glasses** 237:4,6
**GLICKMAN** 160:15
**go** 162:13,16 163:10 183:3 187:4
  189:9,13 190:11 192:6 200:14
  205:8 208:11 216:15 218:10
  219:16 233:10,12,21,24 244:22
  247:15 255:6 262:3 263:12
  284:20 290:10 304:12 305:2
  309:11 310:12 311:3,11 312:4
  316:4,8 321:20 322:10 331:2
  340:17 343:6,9 347:9 361:15
  367:22 368:15 371:5,25 372:3,5

374:19 375:15 377:6 379:9 423:3
  422:3 431:25 433:2 434:8,10,19
  438:16,21,25 439:2,3,7 444:8
  470:19
**going** 166:21 180:7,12,18,19 181:6
  181:11,13 187:12 194:23 195:12
  198:24 207:15 208:7 223:12
  225:12 226:2 231:23 232:3
  248:17 258:17 268:4,19 274:3,5
  275:12 276:19,22 284:7 287:22
  293:8 305:18 309:4,7 310:18,20
  311:2,5 314:7,11 317:21 318:2
  319:21,23 320:2,5 332:12 339:12
  340:19 346:21 354:8 363:18
  366:19,23 367:20 371:25 372:5
  372:15 379:21,23 380:11,12,24
  381:7 384:14 386:22 389:9
  406:21 427:5,17,19 428:6 438:2
  438:19,20 444:4,10 449:20 450:5
  451:22 458:13 465:18 470:13
  471:7 472:2
**good** 161:12 163:8,9 189:14,18
  194:24 208:2 276:9 277:6,16
  398:24
**gotten** 207:3 379:9 384:6
**governmental** 469:13
**grade** 164:13,17 172:20 272:3,3,18
  272:24 273:25 274:15,18,20,20
  274:23 275:3 277:18 313:16,18
  326:24 426:3,4
**grades** 276:9 277:6,7,15,19 279:2
**graduate** 161:10 293:8
**graduated** 193:20
**grandkids** 211:16
**granted** 429:23
**grateful** 178:10,13,19
**gratification** 215:24
**gratitude** 179:15 181:8,13
**great** 182:18 431:15
**greatly** 251:11 448:2
**green** 339:23
**groceries** 307:8
**ground** 208:12
**grounds** 301:8 315:19 360:14
  374:6,14 378:3,14 383:23 384:3
  386:17,19 391:18,22
**guess** 163:4 194:21 206:11 232:6
  278:23 308:22 314:9 366:19
  394:4 397:13 398:25 404:11
**guidance** 279:2,5 292:18,23 314:23
  388:10 407:9 414:11
**Guterman** 271:18,19
**gym** 349:4,5,6 350:8,10,13,14
  352:8,10 354:19 355:6,7,8 357:8
  364:22 365:3 366:16,18,20
  372:23 384:2 387:18 389:25
  407:13 442:18,19,23 443:16
  445:15 446:3,9,12

---
**H**

**H** 478:9
**hair** 237:8
**half** 171:12 366:13
**hall** 284:24 422:3
**hallway** 282:25 284:4 318:8,21
  328:9 330:6,12 360:20 386:21,25
**hallways** 318:5 390:12 396:10
**hand** 171:3,4 177:6 283:21 296:7
  479:20
**handed** 229:17
**hands** 239:8 240:8 356:11 357:21
**happen** 274:21 283:8 318:2 319:21
  338:2,25 354:23 367:12 386:20
  433:14 440:24 452:13 454:4
**happened** 166:17,19 167:5 169:9
  170:10,14 187:8,16 190:14
  193:25 195:3 199:23 200:2 214:3
  214:8 216:9 225:13 228:23 235:6
  235:16 251:21 271:13 274:22
  280:6 281:12 284:3 292:6 308:14
  317:18 322:22 323:3 326:3,18
  335:23 340:6 346:2 347:15
  358:15 365:15 368:2,4,19 371:18
  374:17 376:22 379:14 385:15
  386:16 397:18 398:17 411:9,17
  419:2 432:24 433:5,6,11,11,13
  435:18 440:22 456:8,24 462:3
**happening** 172:9 182:14 193:24
  197:2 199:6 268:9 290:22,24
  361:20 362:2 375:11 381:5,6
  384:15,17 395:15 397:15 400:11
  401:17 411:11 452:12
**happens** 181:21
**happier** 188:10
**happy** 188:13 215:25 216:2 259:20
  335:19
**harassed** 287:25 410:5 448:11
  449:11
**harassing** 179:13 181:17
**harassment** 179:15,18 181:5,9
  288:6
**hard** 166:18,20 182:16 187:17
  194:14 251:16 270:18 271:10
  338:22 358:17 444:4 452:6 475:9
**harder** 267:24 269:3
**Harlem** 264:6
**hat** 176:7
**haunted** 252:3
**Hawaii** 189:11,12,13,17,17 190:7,8
  190:10,22 191:8 193:2 194:3,9
  194:13,19 195:20 196:16,19
  199:20 202:7,11,20 203:5 205:17
  206:2,16 210:17 215:3 253:8,11
  253:15 254:2,17 258:9,13 259:23
  293:15 294:8 297:21 331:11
  392:9 413:9 415:18 421:13,15
  422:10 424:15,20 455:17 457:5

457:13,19 461:18,19 466:17
474:10 475:21
**hazy** 168:2
**head** 214:15 228:22 237:8
**health** 251:7 410:20,23 411:4,16
412:13,19,25 413:19 414:9
415:11 416:23 417:3 419:12
420:19 463:22 464:5,9,16,23,24
465:3,7,21 466:4,13 467:15
**hear** 241:4 270:21 289:5,9 302:10
308:24 317:24 318:4,11 391:20
403:24
**heard** 233:18,21 319:18 325:10
372:14,17 402:7 403:7,18
**hearing** 425:9
**heart** 194:25 459:19
**heated** 400:5
**heavy** 252:8 313:5
**held** 159:16,18 290:11 309:12
**help** 168:23 169:14 227:4 267:25
270:7 321:13 381:9 411:10
417:19 418:23 457:19
**helpful** 229:24
**helping** 257:19
**hereinbefore** 479:11
**hereunto** 479:20
**hey** 271:12 304:24 424:11 425:19
**hi** 301:5
**hide** 338:16
**hierarchy** 328:17
**high** 163:11,12 164:14,25 165:9
167:13 169:10 182:10 183:7,20
183:21,25 184:3,4,13,15 186:19
191:17 192:3,21 193:20 210:20
212:3 215:19 250:23 265:16
266:24 267:5,7,9 270:14 273:22
274:4,12,13,18 277:2 278:18
280:19 286:4 289:12 290:15,18
291:20 292:20 293:12,14,15
294:4,5,10,13 296:13 316:20
327:4,8 332:19 334:9,20 343:23
345:22 367:6,10 384:19 385:23
397:22 406:14 410:12,18,21,24
410:25 411:17 413:17 426:9,19
428:25 429:6,11,19 430:13
441:15 447:23 451:3,7,12 452:14
459:2
**higher** 294:19
**highest** 293:16 294:2 421:5
**Hills** 221:24 222:6
**hire** 295:15
**Hispanic** 306:23
**history** 261:4 457:24
**hit** 356:6,8 463:6
**holding** 308:18,18
**Holiday** 339:19
**holidays** 185:19 186:4
**home** 175:3,4,7,8 189:10 281:14

303:10,14,17,20 322:11,12,14
333:11,15 360:3,6 363:24 364:7
366:25 367:3,21 370:18 419:18
472:23
**homework** 270:5,8
**Honolulu** 359:3
**honors** 290:15
**hoping** 199:24
**hospital** 258:2,22 321:20 458:7,8,9
458:11,14,22 459:2,8,11,15,16
460:6,11 461:10,11 462:14
478:19
**hospitalized** 457:25 458:4
**hot** 339:7
**hotel** 307:22,23 341:6
**hotels** 340:3
**hour** 162:22 243:4 303:24 307:16
**hours** 162:5,6,7,17 241:19 242:18
243:20 294:9 471:13,14,22 472:8
**house** 174:10,12 235:9 280:14,23
280:24 281:3,11,17 304:10 307:7
332:23 333:5 361:15 367:25
**household** 281:23
**houses** 304:7
**huge** 216:13 463:9
**human** 427:3
**hurt** 191:11 251:20 412:5
**husband** 191:4 194:20 195:13
215:6,22 256:24 395:3 420:6
421:23 422:10 457:20

---

## I

**I-R-A-C-E-M-A** 171:14
**ID** 228:12,15,20,20,24 229:10,13
229:25 230:2,9,11,12,15,19,23
230:25 231:15,20,23 232:2,5,11
232:16,19 262:21,21 263:2,13,19
264:12,25 265:3 304:13,14,24
305:7 342:20,22,24
**idea** 195:16 240:17 309:10 314:8
314:14 328:16 372:3 475:2
**identification** 161:4,7 227:10 228:4
**identify** 286:19
**identifying** 259:16
**identity** 449:7
**ignore** 290:8
**ill** 219:10
**illnesses** 274:8 450:4 451:5,7
**immediately** 322:24
**impact** 187:16 215:5 252:11,13
**impacting** 162:13
**in-classroom** 170:7,10
**inability** 432:25
**inadvertently** 291:10
**inappropriate** 301:8 354:5 357:25
358:4,8 360:2 363:20 364:6,11
378:2,13 389:5 401:20 402:2
403:12,20,22,25 409:2,10,25

**inappropriately** 285:14 364:18
**incident** 300:4,7 316:19 345:15
354:24 357:7 376:21,24 385:15
396:13 407:16,20 450:18
**incidents** 469:13
**including** 169:12 432:14
**income** 295:16,22 298:12 299:6
**incorrect** 181:23
**Index** 159:5
**Indiana** 187:5,9,21,25 188:17,20
190:11,17,19
**indicate** 234:25
**indicating** 436:19
**indication** 222:3
**indications** 236:16
**individually** 268:16
**individuals** 415:9 450:24
**influence** 234:18 304:25
**influenced** 234:14
**information** 232:8,16 234:9 247:7
289:19 377:20 415:15 461:12
478:15
**inhibit** 252:3
**Initial** 296:25
**injuries** 322:7 475:12,15
**Inn** 339:19
**INSERT** 248:22
**inside** 223:23 308:15 311:12
371:21 398:14
**instance** 316:17 345:6 346:10
434:16
**instances** 288:6 338:12 363:23
364:5,16 395:11,18,21 402:24
403:7 435:14 436:11 450:6
**instant** 215:24
**instructed** 405:3
**instruction** 257:10 273:7
**instructions** 208:25 244:5
**insufferable** 291:24
**insurance** 228:5,9 245:8 255:2,5
466:7,9,16,17 467:7,10
**intake** 260:24 411:9
**intentions** 400:9
**interact** 315:23 391:17
**interacted** 391:21
**interacting** 301:11 302:14 391:15
**interaction** 169:6 300:18 315:16
332:13 368:7 395:23 435:8,18
455:8
**interactions** 187:20 301:3,8,14,15
301:17,19 302:9 315:14,18 347:4
352:4 357:5 373:6 390:4,6,9,12
395:13 401:18,24 408:11 451:23
**intercourse** 167:22 168:6,8,16,18
168:25 169:15,25 193:16 200:23
312:15
**interest** 314:6 389:15
**interested** 246:23 314:2 479:17

**interjected** 321:4
**internet** 275:22
**interrupt** 284:13
**interrupted** 444:19
**intervened** 321:4
**intimate** 185:5 186:13
**intimidated** 399:8
**introduced** 344:6,15
**investigation** 469:17,17
**investigations** 469:13
**investments** 299:15
**investors** 297:6
**invitation** 189:18 361:19
**invited** 189:17 361:15
**invoices** 466:25
**involve** 439:9
**involved** 321:23 450:25 462:19
**Iracema** 171:14
**Iracema's** 171:18
**irrelevant** 181:19,22
**Island** 337:21
**isolated** 369:22
**issue** 419:13 464:24 465:3
**issues** 162:25 203:22 204:14,19,21
 204:22 205:3,5,9 269:8 414:14
 450:12 463:19,22 464:16

**J**

**J** 160:6,12 161:8 162:1 163:1 164:1
 165:1 166:1 167:1 168:1 169:1
 170:1 171:1 172:1 173:1 174:1
 175:1 176:1 177:1 178:1 179:1
 180:1 181:1 182:1 183:1 184:1
 185:1 186:1 187:1 188:1 189:1
 190:1 191:1 192:1 193:1 194:1
 195:1 196:1 197:1 198:1 199:1
 200:1 201:1 202:1 203:1 204:1
 205:1 206:1 207:1 208:1 209:1
 210:1 211:1 212:1 213:1 214:1
 215:1 216:1 217:1 218:1 219:1
 220:1 221:1 222:1 223:1 224:1
 225:1 226:1 227:1 228:1 229:1
 230:1 231:1 232:1 233:1 234:1
 235:1 236:1 237:1 238:1 239:1
 240:1 241:1 242:1 243:1 244:1
 245:1 246:1 247:1 248:1 249:1
 250:1 251:1 252:1 253:1 254:1
 255:1 256:1 257:1 258:1 259:1
 260:1 261:1 262:1 263:1 264:1
 265:1 266:1 267:1 268:1 269:1
 270:1 271:1 272:1 273:1 274:1
 275:1 276:1 277:1 278:1 279:1
 280:1 281:1 282:1 283:1 284:1
 285:1 286:1 287:1 288:1 289:1
 290:1 291:1 292:1 293:1 294:1
 295:1 296:1 297:1 298:1 299:1
 300:1 301:1 302:1 303:1 304:1
 305:1 306:1 307:1 308:1 309:1

 310:1 311:1 312:1 313:1 314:1
 315:1 316:1 317:1 318:1 319:1
 320:1 321:1 322:1 323:1 324:1
 325:1 326:1 327:1 328:1 329:1
 330:1 331:1 332:1 333:1 334:1
 335:1 336:1 337:1 338:1 339:1
 340:1 341:1 342:1 343:1 344:1
 345:1 346:1 347:1 348:1 349:1
 350:1 351:1 352:1 353:1 354:1
 355:1 356:1 357:1 358:1 359:1
 360:1 361:1 362:1 363:1 364:1
 365:1 366:1 367:1 368:1 369:1
 370:1 371:1 372:1 373:1 374:1
 375:1 376:1 377:1 378:1 379:1
 380:1 381:1 382:1 383:1 384:1
 385:1 386:1 387:1 388:1 389:1
 390:1 391:1 392:1 393:1 394:1
 395:1 396:1 397:1 398:1 399:1
 400:1 401:1 402:1 403:1 404:1
 405:1 406:1 407:1 408:1 409:1
 410:1 411:1 412:1 413:1 414:1
 415:1 416:1 417:1 418:1 419:1
 420:1 421:1 422:1 423:1 424:1
 425:1 426:1 427:1 428:1 429:1
 430:1 431:1 432:1 433:1 434:1
 435:1 436:1 437:1 438:1 439:1
 440:1 441:1 442:1 443:1 444:1
 445:1 446:1 447:1 448:1 449:1
 450:1 451:1 452:1 453:1 454:1
 455:1 456:1 457:1 458:1 459:1
 460:1 461:1 462:1 463:1 464:1
 465:1 466:1 467:1 468:1 469:1
 470:1 471:1 472:1 473:1 474:1
 475:1 476:1
**jacket** 306:7,8
**Jacqueline** 208:3
**JACQUELYN** 160:12
**JANE** 159:3,14 477:8,16 478:5
 479:10
**janitor** 300:4,19 305:19 325:5,8,11
 325:16 326:19 449:20 469:3
**January** 349:6
**Jay** 412:15 413:22 417:7 466:15
**jeans** 306:11,11
**Jehovah** 421:17,21 423:4 455:16
**Jewish** 280:15
**JHS** 273:2
**job** 183:16 186:20,21,25 187:4,4,8
 295:17 296:17 377:3
**jobs** 296:11,12,20 299:14
**jog** 451:20
**John** 159:7 160:12 286:15,19,23
 287:2,2,15,17
**join** 201:16
**joined** 201:20
**judge** 428:13
**judgment** 470:12
**judgments** 213:2

**July** 159:10 477:10
**jumped** 291:18

**K**

**K** 477:2
**Kaiser** 255:5,8,24 256:2 257:4
 261:17,21,24 262:7 417:8,9
 460:17,20 461:4 462:5
**Karen** 159:18 479:7,24
**Karl** 160:6 417:23
**keep** 178:2 289:15,22 455:24
**kept** 195:7 198:24 330:21
**key** 199:4 310:10,11,21 311:3,6,22
 312:3 317:11
**kids** 251:12,15
**kind** 192:23 193:4 195:3,6 211:5
 213:24 222:8,13 224:2,5,18
 228:4 231:13 239:9 242:2,4,19
 250:13 266:9 271:10 273:6
 275:15 285:23 297:19 301:5
 306:5,9 308:18,19 312:15 313:9
 314:3,16 325:15 340:12 343:20
 349:3 352:4 371:17,23 373:20
 381:3 388:25 389:6,7 397:14,15
 400:11 401:16,21 402:8,22 430:3
 435:11 440:6,12 449:25 455:7
 459:13
**kinds** 222:7
**Kingdom** 422:3
**kiss** 354:22 355:4,16 356:4 385:15
 385:18 387:20 396:13,24 397:7
 398:8
**knees** 356:5
**knew** 185:24 192:22 233:23 240:24
 250:17,23 275:12 292:23 302:17
 320:2 336:11 346:21 357:21
 394:14 398:17 402:7,9,9,22
 408:19 447:11
**knock** 371:19
**know** 164:4 166:21 171:19 173:10
 173:12 174:6,20 177:25 189:24
 192:21 198:18 199:4,23 200:3,4
 201:23 205:20 206:10 208:18,21
 211:5 218:11 219:12 220:15
 222:16,18 223:21,22 224:7 226:4
 226:8 230:6,12,14 232:22,24
 233:12,16,17 234:7 236:8,11
 237:18 238:2,12,16 239:11 240:4
 241:17,25 242:2 243:11 244:6,13
 245:2,4,13,15,17 249:10,12,20
 250:3 252:13,17 254:9,17 256:5
 259:14 260:12,14 262:16 264:18
 266:25 270:22 272:25 275:13,14
 275:15 276:4,14 280:17,25
 281:25 283:7,19 284:7 285:11,17
 285:18 287:18,23 288:8,16,22,25
 297:5,20 299:20 301:9 302:16
 303:9 304:6 305:16,19,23 306:5

306:11,16 307:20,22 308:19
309:5,8,16,22 314:5 315:10
319:5 321:17 323:7,18 325:20,23
326:4 328:8,17,22 329:2,5,8
332:3,14 335:17,22,24,25 336:4
336:7,9,10,11,24 337:5,7 338:25
342:18 345:2 346:23 347:5,7
349:13,14,19 359:4,10,12 361:5
361:6,16 368:23 370:9 372:19,21
373:23 374:3,15 375:5,11,12
377:19 379:20 380:25 384:14,25
385:17 387:3 388:19 389:3
392:15,16,17 396:3,14 397:14
398:18,20 399:10,10,13,14,15
400:22 402:11,15,20 407:13,15
408:22 412:8,12,20 413:23 414:4
416:3,5,8 423:2,23 424:11,12,22
426:15 427:4,15,16 438:12
440:17 441:2,9,11,12 443:24
444:3 446:18,19,24 447:9 452:10
454:18 457:2 458:25 460:25
461:13 464:25 466:11 468:2,8,9
468:11,20,22,25 469:15,18,23
474:19
**knowing** 264:20 351:21
**knowledge** 233:11,17 241:15,16
244:15 262:22 317:19 321:16,23
325:17,18 329:16 338:7 341:13
347:3 352:19 383:21,24,25 384:4
386:4 387:2 391:2,5 408:13,23
409:4 418:18 467:9,17 468:6
469:12
**known** 239:12 264:16

---

**L**

**L** 477:2
**L.C** 209:13,21
**L.N** 209:21
**La** 209:25,25
**lack** 290:4 303:16 324:15,17
**lag** 162:12
**landline** 406:7
**language** 257:9 265:9,13 267:6,23
268:23 269:9 278:23
**larger** 320:19
**late** 310:3,7 327:2,7,19 328:3 435:3
**lateness** 327:22
**law** 160:4 206:20,21
**lawn** 307:7,8
**laws** 324:16
**lawsuit** 181:19 206:3,9,13,25 207:7
212:11,16 215:5,14 271:5 299:19
464:12 466:14 467:22 470:2
474:2 475:5
**lawyer** 428:4,5,8,14 433:9,19
**lay** 257:21 426:13
**layperson** 428:19 431:10
**leads** 218:16

**learn** 424:2,7 448:3
**leave** 187:8 248:17 281:13 338:14
375:22
**leaving** 404:5 439:20 464:18
**led** 215:21 412:9
**Lee** 201:19,23
**left** 184:4 186:19 187:4 189:9
191:17 192:2 195:9 224:11 242:7
244:4 261:8 276:15 277:3 290:2
303:17 309:19 311:23 316:13
397:22 398:3 399:20 400:18,23
404:13 409:11 450:18 472:5
**legal** 426:22 427:2,6,9,14 428:6,7
428:14,17 431:9 433:5,18,21
**legally** 427:21
**legs** 354:20
**length** 465:15
**Let's** 470:20
**letter** 177:4 405:10 406:10 430:3
**letters** 339:23
**letting** 231:20
**level** 179:14 293:16 294:2 389:14
**Lewis** 163:12 164:14,25 165:9
183:7 273:23 276:12,15,17 279:4
280:19 290:21 293:7 326:21
359:8 425:15 426:2,9,14,19
428:25 429:6,11,18 430:4,7,13
439:16 440:12
**library** 440:6
**licensed** 420:19
**liens** 213:3
**lieu** 350:13
**life** 170:13 182:17 187:13,18
188:12 202:19 216:13 217:15,16
230:24 252:2,8 260:7 274:4,16
274:21 325:8 397:16 411:9,12,22
412:6,7 413:3,20 419:7,18,19
449:21 450:6 451:21 452:11
461:9 463:10 470:11 474:9
**light** 195:15 471:11,19
**light-headed** 219:8
**lightly** 463:6
**liked** 222:8 239:24 313:25 354:20
**limitations** 424:23
**line** 179:2 192:25 207:17 231:12
249:22 347:9 427:18 428:11
431:5
**lines** 406:11
**link** 199:6
**listed** 286:15
**listened** 309:3
**listening** 283:7
**literal** 428:18 429:15 430:8,14,19
431:14 432:3 433:19 440:8
441:19 442:16 447:7 449:8,15
**literally** 427:7,13,14,21 433:2
442:20 471:24
**litigation** 464:3,7

**little** 168:2 216:15 239:8,8 242:19
243:17 267:12 295:3 296:10
344:4 396:15 400:10 434:22
436:18 448:18
**live** 210:7,16,25 422:2
**lived** 210:18 211:7,8,11 281:22
**living** 190:2 194:3,9 211:19,22
212:2 259:23 276:8 299:23 300:2
324:20 344:9 392:9
**loan** 206:25 207:4,6
**local** 417:19,21
**located** 221:22 222:3 254:7,20
260:15 263:22 359:4 417:25
418:2
**location** 222:10 223:13 263:18
423:7,8
**locations** 338:15 423:10
**locked** 429:22
**locker** 429:22 440:7,10,14,20 441:5
**lockers** 440:13 441:10
**long** 161:17,19 185:8 186:20
188:19 190:18 202:17 205:20,22
210:25 214:19 219:25 224:21
229:5 240:15 250:9,12,20 255:11
271:11 284:23 295:19 298:6
299:2 303:25 304:3 306:8,10
307:14,18 309:14,16,17 333:10
351:7,9,10 356:23 357:14 366:16
375:3 379:8 384:14 407:20
411:15,21 412:16 413:13 414:25
415:3 424:19 434:14 436:23
444:20 456:22 471:12,18 474:10
**longer** 168:15 291:22 434:22
**look** 202:18 206:8 218:21 224:3
243:12 270:4 306:6 311:7,10
364:13 368:23,25 396:12 399:4,5
411:25 424:10,14,20 427:19
**looked** 218:24 229:13,17 230:5,9
236:24 237:2 251:25 263:4
305:24 350:23 378:20 424:13,16
425:2
**looking** 367:20 398:11 427:7 475:8
**lose** 199:6
**lost** 275:23 299:18 377:3,24 435:11
436:18
**lot** 162:20 167:25 168:19 170:12
187:17 188:9 193:23 199:16
200:7 203:8,12 214:10 224:5
251:18 254:13 275:10,24 306:22
309:9 314:13 325:24 369:19
384:12 385:3 389:8 395:22 402:8
402:9 475:20
**lots** 207:9 275:12 279:14,18,19
316:7 320:17
**loud** 318:7
**lounge** 352:17,19,22 353:2,8,11
**love** 214:13 215:23 285:22 358:20
399:15

loved 216:3
low 366:8
Luis 184:22,23 185:6,9,12 186:7,17
lying 219:2

**M**

M 477:2
machine 281:14
maiden 209:13
mail 273:20 326:12
main 223:7 283:4 314:16 323:15
mainland 297:12 359:6
maintenance 295:9
major 216:12 274:21 449:21 450:5
463:9
making 166:23 182:17 299:18
472:15
male 248:11 302:19 316:2 319:10
319:12 390:23 403:5,15 448:20
450:24
males 302:21 403:17
man 215:22 398:25
manager 298:7
managerial 437:11
mandatory 365:2
Manhattan 183:10 229:2 263:7,10
263:22 264:5
manifestations 188:6
manifesting 187:24 412:10
manner 324:19
maps 287:16
Marie 190:5 271:21
mark 159:7 160:16,19 163:15
165:4,12,15,18,25 167:3,10,18
167:22 168:6,17,25 169:6,16,25
170:15 171:5,21 172:11,15,22
173:3 182:1,9 184:11 185:22
191:19 192:2 193:7,11,14,19
194:4,8,12,18 195:5,14,21 197:8
197:15 198:2,6,11,13,19 199:15
199:18 200:12,19,23,24 201:8,12
201:17,21 202:7,11 203:5,16,21
204:19 205:17,25 206:8,14
207:12 216:10 217:14,17 218:2
222:12 225:14 231:2 233:10,11
233:25 234:17 237:23 240:10,12
240:21 241:11 244:9 263:17
291:23 305:5 376:21,25 379:17
379:25 380:10,24 381:2,2,6,8,8,9
381:13 383:20 384:11,17,21
392:15 424:15 450:18 456:9
marked 161:2,6 170:19,20,21
463:9
markers 168:23 169:5,13 221:25
marriage 401:22 407:17 420:5,6
423:13,15 479:17
married 185:4 194:22 213:7,21
214:6,7,19,22,24 331:14 394:23

399:17
marry 399:18,19 400:18
Maspeth 160:5
match 287:19
matter 208:6,10 289:6 309:18
384:13 425:10 479:18
Matthew 201:19,23
max 189:3
maxed 470:8
meal 346:7
mean 163:21,23 164:15 167:7
190:8 207:2 218:11,23 243:11
254:11 280:10 287:2,6 312:22,25
320:15 323:15 337:23 340:16
348:13 349:23 350:4 374:10
403:8 414:12 419:10 423:13
426:15 431:22 436:4 437:22
438:12 442:11 452:10 462:8
meaning 198:4 217:22 218:22,25
240:10 314:9 315:18 319:20
354:18 361:25 377:5 378:13
406:10 437:11 464:17
means 218:5 299:11 411:12 427:17
446:18,20,24
meant 228:18 314:14 403:20
mechanism 412:5
medical 223:16 238:9,13,21 321:18
321:24 457:24 466:12 467:18,20
medication 412:23 465:21
medicine 235:10,10,11,12,14,17,18
241:24 242:2,2
meet 191:4,7 215:2 288:12 304:5
336:14 340:19 343:16 345:9
455:19 461:19
meeting 191:10 207:18,19 281:10
292:23 346:3 465:15,18
meetings 280:15
Meiners 159:7 175:7,9,13 348:7,9
348:24 349:9 350:18 353:21
355:2,3 363:13,16,19 366:25
371:14 372:14 373:10 374:23
375:7,21 376:16 377:9,15 378:23
379:10 380:15,17,22 381:9,14,20
381:25 383:3,4,8,14,15,18,20,22
384:6,8,11,11 385:4,7 386:2,12
387:19 388:17 390:3 391:25
394:7,11,20,24 395:13,15 396:7
396:24 397:3,7 398:7 399:22,24
404:5,15 408:15,23 434:16
442:24 443:16 445:12 449:19
454:15 468:12,14,19 472:22
473:9
member 292:10
members 275:24
memories 168:20
memorize 286:12 287:22
memory 221:23 235:24 341:11
344:7,8 370:8 451:20

men 215:25 237:14
mental 251:6 410:20,23 411:4,16
412:13,19,25 413:19 414:8
415:11 416:23 417:3 419:12
420:19 463:22 464:5,9,16,23,24
465:3,7,21 466:4,13 467:14
mention 173:6 239:11 314:12
393:16 413:16
mentioned 169:18,20 213:4 239:7
263:9 271:15 323:11 342:2
351:25 380:23 382:2 417:25
418:17 422:25 439:10 446:5
messages 281:13 300:23
met 191:5,8 192:15 193:14 215:3
288:17,17 292:24 336:16,19,23
344:20,23 345:16 358:2 455:21
Mexico 270:12,13 276:9 277:10,17
Michael 159:7 353:16 360:17
363:5 398:22 418:6,7,8
mid 184:20 366:8
middle 210:20 215:18 216:9
265:13 266:19,23 267:5,7,22
270:14 271:23 273:2 274:17
290:15,17,18 326:17 327:18
410:15,18,21 411:13,17 413:16
419:4 441:14,17 447:23 451:3,7
451:12 452:13
Mike 353:15 387:23 396:19 398:22
miles 196:7,13 197:9
mind 199:8 217:7 361:18
mine 184:8
Minimum 266:13
minute 443:20
minutes 161:19 163:3 205:12,20
284:25 307:16 316:5 357:16
374:5 375:5 436:25 465:19
470:18,24 472:5,8
mirror 251:25
mischaracterize 257:18 333:3
misconduct 410:8 424:23
missed 435:10
missing 327:22 328:2 435:12
mistake 426:7
mistaken 224:20
mom 172:5,10,21 177:18 251:18
268:17,19 269:20,23 270:10
276:3 281:15 322:12,24 324:2
326:2 450:17
moment 169:22 192:24 203:14
248:10 262:19 305:10 313:6
364:14 389:15 400:22 444:23
446:6 451:17 452:17 456:15
465:15,23 467:2 470:6
moments 276:5
money 196:6 207:4 475:19,20
month 298:19,22,24 334:14 339:6
339:7 348:21 351:13
months 168:7,15 185:10 189:6,7

190:11 211:15,17 220:9 296:22
333:21 351:15,17 356:25 357:2
413:14 415:4 416:11,13,19 453:9
**morning** 161:12 163:8,9 170:9
208:2 221:9
**motel** 307:25 308:2,6,7,10,12
310:16 311:9,12 313:21 317:2
**mother** 171:23 172:14 211:13
324:7 419:22 450:9,15 451:10
**motor** 462:19
**mouth** 298:5
**move** 187:9,14 188:16 190:6,8,9
315:11 324:12 400:16 404:5
457:6
**moved** 187:5,21,25 189:16 190:15
190:21 194:12 253:8,15 275:17
324:15 331:11 422:9 457:18
474:10
**moving** 180:22 297:11 315:12
**mowing** 307:8
**multiple** 281:18 431:2 432:9 465:4
**murmur** 459:19
**Musa-Obregon** 160:4 418:8

### N

**N** 160:2 161:8 213:19 477:2,2
478:2
**Nadine** 461:13
**Naive** 188:11
**name** 171:13 173:6 174:4,5 177:3
183:13 184:21 204:2,4 205:11
208:2 209:13 210:13 213:16,19
221:18 222:5 225:6 227:6 230:12
232:22 233:6,9 236:15 241:25
247:5 248:8,10,13,19,25 249:7
249:10 254:4 255:10 256:5,6
260:12,18 262:17 263:16 264:21
271:18 287:12 294:11 296:23,25
297:13 305:19,22,23 308:6
330:19 339:23 372:19 413:7,24
414:2 417:14 422:5 454:18
478:17
**named** 287:8 423:17 454:10
**names** 209:7,14,22 236:16 262:2
337:22 416:3 421:8,10
**naming** 465:5
**narrow** 303:8 464:13
**nature** 275:9 301:2,24
**nauseous** 219:5
**nearby** 340:3
**necessary** 161:25 162:18
**need** 207:16 208:20 286:22 347:19
348:2 382:10 412:11 426:21
431:16 432:21 436:19 443:7
444:6 445:17 466:22
**needed** 214:18 218:17 275:20
305:7 321:12 411:10 437:10
447:9,14,17 468:2

**negative** 251:18 395:9
**neighborhood** 222:8
**nervous** 368:13
**network** 255:7
**never** 193:3 198:25,25 214:12
219:20 226:11,13 229:17 239:25
244:25 248:3 249:4 253:20
256:12 268:7,12,22 269:19
270:15 276:11,24 281:15 283:14
283:14 296:18 308:5 309:11
313:13 316:19 325:6,9 326:6,8
326:13 361:24 362:18,22 373:8
389:3,4 399:16 403:18,18 425:8
446:23 447:11
**nevertheless** 247:25
**new** 159:2,6,17,17,20 160:5,9,10
160:11,11,17 161:10 177:12,13
178:5 185:16 187:4 189:23,24
190:2 192:16 194:4,8,12,18,25
195:5,19 196:4,16,19 197:4,10
199:19 200:8 201:12 202:17
206:21 208:4 212:6,12 213:4
214:9 253:20 259:22,24 261:8
275:11,14,16 334:23 335:4 345:7
346:10 373:2 415:20,24 416:2
421:13 462:3 475:21 477:4,25
479:4,9
**Nguyen** 414:17,20 466:21 467:14
**NHB** 296:24
**nice** 207:18,19
**nickname** 210:2
**nicknames** 209:22
**niece** 171:9 176:7
**night** 343:10,13 344:24
**nightclub** 454:3
**nightclubs** 343:6
**nights** 201:11
**non-bilingual** 273:14
**non-economic** 474:21
**nonlegal** 430:9,15,19 431:14 432:3
440:9 441:19 442:16 447:8
448:18 449:8,16
**norm** 451:22,25 452:4
**normal** 185:25 237:3 301:4,22
306:23 371:17 412:6,7 445:23
448:4 452:9 462:6,8,15
**normally** 388:16
**North** 359:12
**Northern** 176:16
**Notary** 159:19 161:9 477:25 479:8
**note** 252:5 404:20 405:10 430:22
**noted** 476:9
**notes** 404:16 406:10
**notice** 159:18 212:5 322:20 404:24
430:3
**noticed** 310:17
**notified** 269:7 317:20 325:15
**November** 213:10

**numb** 242:19
**number** 177:5 209:17 261:17
320:19 359:16,18,20 360:12
361:7,9,14 362:13,21,23,24
363:8,13 406:4,5,7
**numbers** 296:7
**nurses** 224:19 236:12,14 238:9
**NYPD** 468:4,13 469:4

### O

**O** 161:8 177:2,4 477:2
**oath** 161:10 477:10
**OB** 253:11
**OB/G** 204:11,12,17 417:10
**OB/GYN** 204:20,25 205:6,14
246:25 253:3,7,15,18,25 255:4,7
255:23 256:3,22 257:2,4,6 258:9
259:24
**OB/GYNs** 254:13 256:9 259:3
478:20
**object** 426:21 428:16
**Objection** 167:12 168:9 178:24
183:24 206:4 223:17 229:19
238:23 241:7 249:15 250:19
315:11,15 407:2 453:12
**objects** 449:4
**observe** 301:10 390:3,8,11
**observed** 233:19 302:9 390:16
**obtain** 441:16
**obtained** 294:16
**obtaining** 253:14
**obviously** 354:21
**occasion** 174:25 175:2 340:10
345:10 450:21
**occasional** 191:25
**occasions** 360:8 396:9 450:19
**occur** 317:21 353:23 358:23 365:10
**occurred** 167:7 169:24 249:14,19
274:16 288:20 317:18 422:12,17
422:19
**occurrence** 440:12 462:16
**occurrences** 462:6,9
**occurring** 302:10
**October** 462:20
**offer** 246:8
**offered** 192:18 439:23
**offhand** 248:15
**office** 186:20,21,25 208:3 222:20
222:21 223:2,4,24,24 242:11
282:17 283:2,3,4 288:14,15
297:23 311:8 323:12,13,14,15,16
323:16,18 353:14,19 360:21,22
360:23,24,25 361:3 390:13 396:5
396:18 398:7 401:16 436:7,15
437:8,11,23,24 438:3 440:6
**Oh** 177:17 197:7 226:4 347:18
360:2 427:19
**okay** 170:8 171:17 181:24 197:7

226:4 233:22 258:23 265:7 305:8
309:3 313:3 382:9 419:15 426:7
427:4 436:22 462:23
**old** 171:10 184:16,19 210:9 217:18
221:5 231:9 253:9 254:23 260:17
306:14 340:5 344:3 362:10
402:10 472:21
**older** 201:25 224:6 306:15
**Olea** 271:18
**once** 192:13,15 197:17 205:24
247:17 253:15 440:10,22,23
**online** 298:2 341:13 424:9
**open** 387:12 412:9
**openly** 318:20
**opinion** 428:17,17
**opportunities** 435:24 439:22,25
448:10
**opportunity** 162:21 400:15 430:12
434:2 439:12,16,20 441:16
442:13 447:3
**opposed** 425:18
**option** 228:22
**options** 267:2 292:2
**order** 226:6 227:4,10 228:5 231:15
232:8,16 233:7 238:5 244:11
245:8 248:25 256:17 260:24
263:19 297:7 326:14 381:15
412:5 459:4
**ordering** 476:7
**originally** 243:15 359:19 360:11
396:23
**out-of-pocket** 245:16 466:12,19,21
467:16
**outcome** 479:18
**outfit** 174:21,23
**outs** 450:22
**outside** 239:23 275:6 284:20,23
300:8,23 303:4 307:5,6 308:7
317:9 371:20 372:8,10 390:9
396:6 442:10 443:17
**overage** 267:13
**Overall** 251:9,10
**overnight** 169:3 458:6
**overweight** 236:23
**owner** 297:2
**owner's** 183:13

**P**

**P** 160:2,2
**P-A-Z-Z-O** 183:13
**p.m** 476:9
**PAGE** 478:4,10,16
**paid** 245:3,8,11,15 250:2 341:7,8
341:15 457:8,12 466:22
**pain** 241:20,20 242:14 463:11,18
**painful** 193:18 200:7 252:15
**painkiller** 242:4
**pandemic** 295:24 296:5

**panicking** 378:20
**PAP** 255:19
**paperwork** 225:16 226:16,19
227:4,7 228:3 244:8,12 249:11
260:24 297:14 459:4 460:15
**paraphrasing** 195:17
**Pardon** 351:3
**parent** 269:7,17 280:24 327:25
459:7
**parental** 370:15
**parents** 278:8 322:19 331:3 370:14
450:12 457:11,12
**parishioners** 420:25
**park** 176:3 371:5 372:2,3,6,15
373:11,25 374:9,15,18 375:4,12
375:13,15,21,24 378:4 379:10
394:12 434:22 454:16 455:3
**parked** 311:2 367:16
**part** 163:24 166:23 183:17 215:9
216:14 222:21,24 254:9 259:19
266:20 374:8,11 416:6 421:23
435:24 437:16 439:13,17
**partially** 299:24
**participate** 389:24 429:13 442:22
448:4
**participating** 445:21,23
**particular** 200:9,11
**parties** 159:16 161:21 479:16
**party** 215:7
**pass** 164:13,21 401:11,12
**passed** 297:12
**passing** 283:20 288:17 301:5
320:21 387:4 396:10
**patch** 251:14
**pause** 162:24 252:6 443:4 444:20
444:24
**pauses** 161:17,19 471:12,18
**pay** 192:18 245:5,18,22 265:3
298:17,21 341:12,16 457:19
466:3
**paying** 283:8 299:2 467:7
**payment** 245:2,25 246:5 250:4
264:24 466:10
**pays** 298:14,24
**Pazzo** 183:13
**PC** 160:4
**pediatrician** 247:4,5,10,12,16,23
247:25 248:9 260:4,21
**peers** 365:5,17
**pending** 197:6 208:22 293:25
397:13
**people** 173:19 181:2 182:17 188:13
189:24 195:6 224:15 236:3,5,9
237:13,20 256:17 262:14,18
275:12,16 282:20 283:5,8 306:22
336:16,19,20 337:3,4 338:3,8
340:19 370:8 371:17 387:4 402:9
414:7 415:16 416:17 417:24

419:6,17 447:20
**people's** 441:10
**perceive** 161:17
**percent** 163:18 167:19 174:8
184:17 201:15 221:24 228:21
267:21 341:20 372:20 406:17
454:16
**percentage** 269:15
**performed** 268:6
**period** 168:7,14 198:14 211:15
243:5 273:2 274:11 345:17
410:24 464:6 467:15
**peripheral** 369:4
**Permanente** 255:6
**permanently** 190:22
**permission** 371:22
**permitted** 419:13
**person** 161:24 188:9 205:23 214:11
215:21 225:5 226:11 231:18,22
255:9,11,15,24 262:3,5 263:14
264:16,21 288:22 301:10 324:9
325:5 336:12 341:12,14 358:23
373:7 387:24 402:8 406:22
414:19,23 415:2,6 416:19 417:17
418:9,10 426:23 454:22,24 455:4
457:21 469:19
**person's** 260:14 372:25 414:5
**personal** 187:13 317:19
**personality** 465:5
**personally** 226:5 268:21 317:24
318:10 336:14
**personnel** 269:7 292:6 314:22
317:20 326:18 329:24 347:4
370:12 409:23 429:2,7,12
**perspective** 280:9 301:20
**pharmacy** 235:13
**phone** 160:12 177:5 192:17 195:23
197:14 226:6 300:24 311:20,23
325:21 358:23,25 361:9 362:7,11
362:13,17,18,21,23 392:5,8,13
393:9 406:4,5,7,13,17
**phones** 275:22 325:20
**photo** 174:15 176:3 262:21,24
263:2 473:15,18,19,20
**photograph** 161:2,5 175:16 182:2
478:11,12
**phrased** 441:12
**physical** 216:19 241:20 242:13
251:6 285:6,9 297:23 322:6
368:7 395:14 400:25
**physically** 219:10 285:16 312:25
313:2,7 425:17 426:12 429:19
432:5 433:22 434:5 442:8
**physician** 246:25 260:4,5,10
261:19,25
**physicians** 261:15,21,22
**pick** 235:14 280:24
**picked** 235:9,11 278:23 281:5

304:8 307:14 369:8
**picking** 298:9
**picture** 170:22 171:3,4,8,11 173:23
     173:24 174:2,7,14 175:7,10,17
     175:22 176:4,6,11,13,17,24
     177:9,15,18,21 178:11,13 399:2
     404:17 405:10 406:10 472:22,23
     473:4,10
**pictures** 325:22
**piers** 302:18
**pink** 224:17
**pinned** 356:2,8,10
**pinpoint** 261:16 452:5,18 453:15
**pinpointed** 433:10
**pinpointing** 338:23
**place** 168:3,24 176:15 194:25
     202:21 232:17 241:11 254:12
     307:15 320:3,11 339:21,25 341:2
     369:22
**places** 305:6 337:25 340:3
**plaintiff** 159:4,15 160:4 252:6
     293:19
**plaintiff's** 161:13
**plan** 217:2
**plans** 294:22,25
**play** 352:6,13,16 374:22 375:25
     384:24
**played** 216:14 341:3 353:13
**playing** 182:2 353:20 354:6,9,10
     357:11 375:6
**Plaza** 160:16
**pleasant** 392:23,24 400:4
**please** 192:10 208:14 259:17
     309:19 382:12 431:19 443:6,11
     444:2,16 448:8 452:19 474:6
**plenty** 340:4
**podiatrist** 461:8
**point** 166:18 167:17 172:17 179:14
     181:17 183:18,25 188:12 190:3
     200:6 201:17 211:18 217:10
     227:9 228:19 230:3,20 231:9
     234:9,13 237:22 238:25 239:5,6
     239:13,23 242:5,6,16 243:10,12
     243:15 244:23 246:25 247:9,23
     248:19 249:6 252:21 253:9,10,14
     255:14 259:22 260:6,7 261:10
     263:14 267:16 271:3 272:22
     278:23 282:13 291:3,25 293:6
     295:18 299:23 303:21 304:4
     306:14 310:15,16 311:11,19
     312:4,6,9,13 316:16,22 321:7
     322:19 324:12,21 325:21 326:6
     326:16 330:17 331:13,25 332:4,9
     334:18 337:8 340:8 342:9,21
     343:11,16,19,24 344:3 346:7,18
     347:6 348:25 349:10,21 350:15
     350:25 351:4,19 354:4,7,14,22
     355:4 356:14 357:20 359:8,23

363:5 375:20 376:3,14,18 379:24
     385:21 386:23 387:2 393:19
     397:8,16,21 400:9,23 401:4
     404:4,8,17 405:9 406:9,21 407:8
     419:16 428:24 429:5,10,18
     434:24 438:24 447:13 455:9
     459:15 461:9,23 463:4 474:7
**points** 181:23
**pool** 176:15 177:19 182:3
**position** 162:8,9 329:3,22 421:5
**positive** 395:9
**possibility** 206:11,13,19 226:9
     332:5 446:7
**possible** 167:20 395:17,19,20
**potentially** 220:19,22,25 249:24
**Powell** 372:20,22
**power** 454:10,13,19 470:18
**practice** 223:16,21 248:14 254:10
     254:20 414:4,6 416:5
**practices** 254:19
**practitioner** 219:20 254:15 467:15
**practitioners** 418:17
**pre-planned** 340:17
**precautions** 463:8
**pregnancy** 217:24,25 218:3,8,10
     218:14 219:13,23 220:6 257:24
**pregnant** 217:6,21,23 218:17
     219:17 251:14 256:24 257:3
     331:16
**premises** 276:25 279:12 282:15
     292:2 377:7 379:22 380:12
**prepaid** 341:13
**prepared** 162:17
**prescribe** 412:22
**prescribed** 465:20
**presence** 166:9 377:8,10,11 396:7
**present** 160:19 320:12 335:6,11
     358:2 363:6 386:14 394:19 474:3
**presently** 213:2 295:5
**pretty** 202:12 278:23 283:15
     357:10 462:2
**prevent** 442:7,8
**prevented** 434:3 435:23 438:20
     440:11 442:12,17 445:23
**preventing** 433:8
**previously** 220:11 225:23 258:8
     300:12,16 337:15 345:7 363:19
     434:15 439:10 454:9 456:16
     457:4 461:5 472:18 473:22
**primary** 204:6 260:3,4,9 261:14,19
     261:21,22,25 299:11
**principal** 293:3 314:22 328:18
     388:9 407:9
**principal's** 323:16
**prior** 183:15 185:22 197:13 203:4
     220:5 225:12 229:11,14 234:21
     235:2 269:13 270:24 271:2
     300:19 325:5 337:12 352:3,8

388:17 454:22 463:19
**private** 254:14
**privately** 394:4
**privilege** 179:11 180:4 227:17
**probably** 189:3 205:19 218:8,24
     224:9 230:22 261:5 262:12
     275:16 302:17 333:12 360:17
     367:8,20 368:6,20 397:24 399:7
     427:16 455:5 462:6 463:13
**problem** 269:11,19,20
**problems** 194:20 449:24
**procedure** 233:4 236:6 237:22
     238:10,14,22 242:6 246:2,6,9,12
     333:8
**procedures** 246:21 324:16
**proceedings** 194:23
**procure** 467:3
**produced** 182:5
**production** 258:18
**professional** 411:4,16 412:14 414:9
     464:6,9,23 465:7 467:15
**professionals** 238:10,13,21 410:21
     410:24 413:2,20 415:11 416:24
     417:3 420:20 465:22 466:5
**proficient** 266:17
**program** 273:5,6 428:22 436:6,13
     437:7,17 439:12,17,20
**programs** 426:18 430:6
**prohibited** 434:3
**promise** 171:5 173:20 456:17
**promised** 314:3
**prompted** 361:19 380:4 424:14
**proof** 249:24
**properly** 448:4
**property** 213:3 298:7 374:9,11
**proposal** 401:22 407:17
**protect** 319:7
**protection** 424:5
**provide** 232:8,15 305:22 329:18
     466:8
**provided** 170:23 174:14 175:16
     447:11
**psychiatric** 457:24 467:19
**psychiatrist** 415:10
**psychologist** 413:5,23,24 415:10
     417:12,15 418:16
**psychologists** 410:11,12,15
**PTSD** 465:8,9,13,25
**public** 159:19 161:9 282:4,6
     338:17 477:25 479:8
**Puerto** 305:25 306:2,6
**pull** 245:21
**pulled** 183:6 399:2 432:9 435:5
     438:11
**pulling** 195:7
**purpose** 204:13,18 205:9
**purposes** 204:20 206:8
**pursuant** 159:17

**pursue** 290:25 291:3 294:18
    324:18
**pursuing** 290:4,7
**push** 313:7
**pushed** 195:3 214:14 313:13
**put** 235:7 268:20 325:21 355:22
    356:3,9,11 357:21 401:6 402:21
    419:12 438:13
**puzzled** 371:23,25 372:2

**Q**

**Q17** 282:6
**qualifies** 464:15
**qualify** 273:14 401:23
**Queens** 258:2,21 415:25 416:14
    417:25 418:10 455:18 478:19
**question** 161:18 168:10 179:8,22
    179:24 180:8,10,13,24 188:2
    192:7,8 197:5 198:5 204:16
    208:18,22,23 211:8 215:15
    217:22 218:22 230:8 231:22
    243:18 256:18 261:4 272:12
    277:13 285:8 293:24 300:20
    304:12 312:12 330:10 347:23
    348:3 365:17 381:16,22,23 382:6
    382:10,14,16,17 383:13 388:6
    405:8,16,17,19,19,21 409:20
    413:21 419:15,16 420:24 426:16
    430:20 431:16,20 432:17,21
    433:21,25 443:7,21 444:6,13,22
    445:9 452:6 456:11 464:20
    467:13 468:12 472:14 474:6
**questioning** 162:14 179:2 249:23
    347:9 427:18 428:11
**questionnaires** 256:15,16
**questions** 162:12 168:22 181:7,12
    207:10 208:8,15 227:3 231:19
    257:23 272:10 309:2 381:4
    384:13 392:14 419:13 428:6,7,18
    431:5,10 432:19 441:13 444:12
    471:21 475:24
**quick** 161:13 208:13
**quickly** 162:14 290:10 291:19
    304:11
**quite** 203:11 273:14 353:24
**quoted** 430:22

**R**

**R** 160:2 479:2
**Rafael** 177:2
**ran** 356:5
**random** 197:3
**ranges** 237:19
**rarely** 407:23
**rating** 266:10
**reach** 195:21 283:11 289:21
**reached** 356:4
**read** 180:11 192:9,11 266:16

**ready** 233:20
**real** 412:4
**realize** 412:7
**realized** 200:7 205:21,22
**really** 174:23 182:16 185:21
    189:14 202:17 205:22 224:20
    251:20 271:11 275:19 292:3
    306:22 309:10 324:21 328:24
    339:9 375:9 384:6 398:24 399:14
    402:21 411:22 438:16 441:23
    443:14,14 458:23,24,25
**realtime** 162:6
**reason** 213:4 215:9 233:23 244:23
    271:7 272:9 340:13 381:12,13,19
    382:3,8 393:7 397:11 445:5
    454:17
**reasons** 180:6 182:20 214:7
**recall** 168:5,23 169:14,22 175:24
    176:2,20,21 183:5 185:17,18
    188:21 198:16 205:12 210:3
    212:2 219:4,6,7 220:3,16,16,18
    220:19,21 221:4,13,18,21,25
    222:21 223:12,15,20 225:5 226:3
    228:13,15 231:3,6,12,21 232:11
    232:19 234:8,12 235:13,18
    236:18,22 237:4,7,10 238:7,18
    239:18,20,22 240:18,21 243:7,8
    243:19,22,23,24 244:2 253:21
    255:9 257:25 258:3,5 259:12
    261:3,6,24 262:13,24 263:21,24
    264:4,13,14,15,18,20,24 265:15
    272:15 276:22 277:7,25 278:17
    278:20 280:2 284:16,19 285:24
    286:3 288:7 289:14 292:8,9,11
    292:12 302:24,25 305:24 306:13
    306:17,25 307:4,13 308:7 309:24
    310:3,6 315:2,5,22 316:14 317:3
    318:13,16 319:9 321:10 322:6,16
    324:6 328:4 330:19 331:19
    333:18,21,24 334:8,13,18 337:11
    337:23,23 339:17 340:2,5 341:6
    341:18,22 342:18,24 343:3 344:2
    344:5,11,14 345:3,5 346:2
    348:16,21 352:2,23 356:17
    357:17,19,22 359:7 362:9 363:24
    364:16 368:8,11 370:2,6,11,13
    370:14 371:10,13 372:13 376:5,8
    376:11 379:6,8,19 384:8 385:24
    387:4,7,11 390:10,15 394:13,14
    394:16 395:8,14,16,24,25 403:6
    404:8 406:3 410:2,9 414:18,20
    421:16 422:4,7 423:16 424:16,18
    424:21 426:20 428:25 429:6,11
    429:17,19,22 430:2,10,11 440:3

**441:4** 446:3,6,9,12 450:14,16
    452:17,20,23 453:3,6,8,9 454:4
    454:20 455:20,22 456:15 458:10
    458:11,13,16,20,21 459:10,17,20
    459:25 460:4 462:4 463:3 465:2
    465:14,20,23,24 467:7 472:23
    473:11,12,14,16,21,25
**receipts** 246:17 466:24
**receive** 273:7 281:20 326:13,14
**received** 178:15 202:10 230:2
    273:18,20 276:11 278:21 290:14
    299:5,8 326:10 430:2 475:16
**receptionist** 224:9,11,24 225:4,9
    242:8
**Recess** 207:24 347:12 437:5 471:3
**recognize** 170:22 304:7 308:2
    338:3,8
**recollection** 167:24 169:4 231:19
    236:13 272:14 288:19 306:2
    310:9 338:10 339:24 341:21
    425:8 462:18,25
**recommend** 417:16
**recommended** 203:9
**record** 179:20 180:10,11 192:11
    207:21,22,23 209:19 210:5
    226:10 247:8 248:2 252:5 261:10
    268:21 277:8,14 290:20 291:17
    293:19 303:8 325:19 347:11,13
    347:24 382:15 383:11 384:7
    404:21 406:24 413:6 414:3,19
    427:25 428:15 431:2,21 437:4,6
    443:9,18 444:17 470:19 471:2,4
    471:6,16 472:16 474:20 477:12
    477:13 479:13
**records** 248:16,18,21 258:18,20,21
    259:2,8,14 276:10 277:5 478:18
    478:19,20
**recover** 333:7
**refer** 418:9
**referred** 171:5 330:16 399:3,23
    417:2,5,6,11 418:3,4,15,20
**referring** 184:10 274:24 277:16
    279:15 348:6 353:16 355:2
    389:17 390:18 418:25 421:13
    423:2 440:15 448:25 462:15
    472:24
**reflect** 243:13 428:16 443:19
**refresh** 462:18,24
**refresher** 208:13
**regarding** 204:19 209:4 238:14
    384:13 425:12 447:4
**regret** 252:18,22 253:22
**regretted** 251:20
**regular** 224:8 352:8 445:15
**regularly** 209:7,9
**reimburse** 246:8
**reimbursement** 246:5
**reject** 314:7,11

**rejected** 314:2
**related** 204:23 436:2 479:15
**relation** 336:21
**relations** 312:10 331:18 385:5
**relationship** 167:10,18 169:11
  171:21 172:11,14,22 173:3
  175:12 185:6,8,12 186:14 200:22
  202:16 207:12 213:25 214:4
  215:5 216:6 239:7,16 252:14
  271:20 275:7 325:12,15 335:15
  343:15,21,23 348:10 349:9
  356:20 357:7 376:15 379:25
  380:6,20 382:20 384:9 385:9
  386:13 388:18 392:2,12 394:8,15
  394:21 408:16,19 419:21 423:20
  450:2,9 452:20,21,24 453:4,7
**relationships** 274:7 390:17 419:24
**relevance** 258:25
**relevant** 179:5 182:2 354:21,22
**relief** 242:23
**religion** 186:2
**religious** 280:15
**remained** 198:20
**remarkable** 452:12
**remember** 165:7 166:4,6 168:3,19
  168:21 169:5,9,14 170:3,11,17
  170:18 174:21,22,25 175:11
  177:18 184:18 185:14 186:18
  190:20 191:22 192:12,18,24
  193:5,13 196:10,14,17 197:3,12
  198:10 202:24 203:3,11 204:4
  211:4,20 218:6,6 219:9 220:7
  221:12 222:4,9,9,13 223:14
  224:16,17 225:3,7,20,25 228:17
  228:19 229:4,7 230:10,13,18
  235:10,15 236:21 237:2,6,9
  238:6,11,17 239:10,16 240:2
  242:20,21 244:3,16 247:14,24
  248:12,13 253:5 254:24 255:10
  257:12 260:13 262:2,17 263:8
  264:7,23 268:13 270:6 272:21
  276:2,4,19 277:24 278:3,22
  279:3,24 280:5 281:8,9,12
  282:12,19,22 283:6,18,22 284:15
  285:17 286:2,5,7 288:10 289:25
  290:19 292:22 299:25 302:2,6,25
  303:22 304:6 305:10,17 306:5,6
  306:12,16 307:10 308:8 309:6,6
  310:2,5,8 314:15,20,25 316:15
  317:13,15,16 318:15,18 319:2,3
  319:8,16,25 320:7,18,24 322:8
  322:13,15,18 324:22 326:20
  329:23 333:17 334:2,7,24 336:3
  336:6,22,23 337:22 338:6,18
  339:4,8,23 341:5 342:22 343:12
  343:20 344:9 346:3,4,9 351:12
  351:14 352:9 354:13,17 357:12
  357:14 359:25 361:22 363:2,4

367:4 368:3,7 369:6,25 370:7,9
370:16 371:9 372:12,16 373:20
376:4,7,24 379:5 380:3,4,7
383:19 384:15 386:11 387:6,14
392:18,19 393:6 394:5 395:7,10
397:11 400:3,20,21,24 401:5
403:21,21,23 404:3,7 405:7,11
406:12 407:7,25 408:4,8 413:6
416:12 421:8 422:14,20 429:4,9
429:25 437:13,15 438:7 439:18
439:21 450:19,20 451:8,17
452:12 453:18,19,23 454:2 455:6
458:23 459:5,9 460:9,16 463:17
463:20 466:2 473:5
**remembered** 309:4
**remembering** 194:14
**reminder** 195:8
**remote** 163:5
**repeat** 164:20 192:8 443:23 444:16
**repeating** 432:15,18
**rephrase** 167:15 168:13 208:18
  229:22 243:16 317:23 334:11
  428:9
**report** 290:11 292:5 314:18,21
  376:14 383:22 384:2 386:7
  387:21 406:19 468:3,13 469:3
**reported** 349:8 356:20 357:6 386:2
**reporter** 159:19 208:16 476:6
  479:8
**reporting** 292:9 315:2
**represent** 208:4
**representative** 182:7
**represented** 472:4
**Republic** 222:7
**request** 258:18
**requested** 350:5 478:15
**require** 321:18,24
**requires** 295:4
**resources** 276:2 440:5 447:4
**respect** 215:13,17 216:17 232:21
  238:21 291:21 304:12 380:6,15
  380:20 395:12 425:9 441:14
**respected** 293:5
**respective** 159:16
**respond** 178:9,12,16,18 208:22
**response** 323:22 382:24
**responses** 208:15
**responsibilities** 329:2,6
**responsible** 329:16
**rest** 220:15 333:7
**restaurant** 183:18 341:2
**restaurants** 337:17,21,22
**restricted** 464:7
**result** 216:6 321:19 322:3 327:3,11
  463:12 466:13 469:25 474:13
  475:12,15
**results** 323:8
**retail** 296:21

**return** 434:11 435:9,19
**returning** 425:15,25 426:13
**reveal** 402:12
**reviewed** 427:25 431:3
**Rican** 305:25 306:2,6
**ride** 303:11 307:2,16,16,17 368:2
  370:18 374:4
**ridiculous** 179:2 430:23
**right** 163:8 164:11,12,18,19,23
  166:16 170:23 176:8 178:7,17
  181:16 182:20 191:16 194:5,15
  197:16 198:21 203:3 204:4
  206:17 210:9 213:25 224:12
  226:16 233:2,4,13,15 234:2
  242:17 243:9 247:7 250:7 252:17
  256:6 257:11 258:10 259:13
  260:13 263:10 268:24 271:16,24
  273:18,23 278:5 288:9 295:14,18
  296:2,8 300:5 303:5,6 310:10,22
  311:3,20 313:14 319:3 321:6
  323:21 325:2 326:22 328:6,19
  329:10,15 330:14,17 332:23,25
  333:6 342:10 362:14 363:21
  364:12 366:11 367:15 368:20
  370:4 383:11,11,12 388:20
  395:16 397:2 404:3 405:23 410:2
  410:9 421:10 423:13 425:3
  433:18,25 434:18 436:18 448:12
  451:15 457:6 460:21 462:17
  463:13 466:2 470:8,12 472:7
**rights** 427:4
**ring** 171:4,5 173:17,18,20 456:17
  457:2
**RML** 159:6
**romantically** 450:25
**room** 224:3,10,14,15 225:12,19
  226:14 228:2 233:7,8,24 234:4
  235:5,20 236:2 237:23 240:9
  308:16 312:4 313:21 317:2,4
  344:10 346:25 354:2 356:5
  390:13 396:4 400:19 436:8
**roulette** 341:3
**row** 164:17
**Rubin** 183:13
**rules** 208:12
**rumors** 325:11
**run** 389:24
**running** 214:8 389:11
**rush** 338:14

**S**

**S** 160:2 478:9
**S-U-E-M-A** 189:21
**sad** 186:16 188:3
**sadness** 243:2
**safe** 292:4
**salary** 296:6
**salmon** 224:17

**sat** 228:2 308:17,21 374:22 376:2 389:16 398:14 422:10
**satisfying** 197:19,21
**sauna** 361:16,17
**saw** 176:22 178:5 192:13,14 194:7 194:11,18 200:20 202:7 203:5,15 203:20 205:16,25 218:22 219:20 225:4 227:18 247:25 251:25 253:6,18,20,25 254:22 255:4 260:19 261:25 289:24 300:25 303:3 345:17 376:21 390:23 402:7,16,17,19 411:3 412:14 413:5 415:9 416:8,9,12,19
**saying** 225:18 268:7,16 287:7 319:11 356:11 364:24 366:8 371:6 377:25 378:23 379:20 380:12,19 382:24 399:23,24,25 400:17 403:24 431:13 432:12 452:3 458:19 464:10 472:9,13 475:3
**says** 463:13
**scared** 205:21,21 308:19 311:15
**scenario** 402:17
**schedule** 350:23
**school** 163:11,13,25 164:6,14,24 165:2,5,8,9,13,16,19,19,22 166:2 166:3,9,10,21,23 167:9,13,16,23 169:10 182:10,16,22,23 183:4,7 183:20,21 184:2,4,4,13,15 186:19 191:17 192:3,21 193:20 202:4,4 210:20,21 212:3 215:19 215:19 216:10 250:23 257:10 265:10,14,17,20 266:19,23,24 267:5,5,7,8,10,18,22 268:23 269:7 270:14,14 271:24 272:2,16 272:20 273:3,22 274:5,12,13,17 274:18 275:5,6 276:15 277:3,5 277:20 278:8,11,14,18 279:18,20 280:12,19,21 282:4,15,23 283:10 285:24 286:4 288:13,18 289:12 290:2,16,18,18,22 291:21 292:21 293:12,14,15 294:4,5,10,11,13 294:16 295:2 296:13 300:9,23,23 300:25 301:8,12 302:5 303:4,12 303:13,17 304:2 307:3 308:9 309:15,20,21,24 310:4,18 314:24 315:19,24 316:10,20,20 319:23 319:24 320:6,13,14,17 322:25 323:4,7,14 325:11 326:6,17 327:4,8,16,18,19 328:2,3,14,18 328:23 329:6,22 332:19 333:25 334:9,20 336:4 337:19 338:5,9 339:2 340:8 343:23 345:22 348:19 352:15 357:18 359:22,23 360:4,7,14 363:25 364:9 367:7 367:10,15 368:21 369:9,11,11 370:20 374:2,6,8,11,14 376:6 377:6 378:3,14,22 383:23 384:3

384:19 385:23 386:17,19 388:3,8 390:14 391:18,21 397:22 398:3 404:5,9,13,18 406:14 408:14,24 409:6,8,14,17 410:10,11,12,14 410:15,18,18,21,21,24,25 411:13 411:17,18 413:16,17 419:4 425:14,25 426:9,9,13,18,18,19 428:18,25 429:6,11,14,19,23 430:4,5,13 434:20 435:25,25 440:5,5,25 441:2,14,15,17,24 442:2,4,9 447:20,23,23 448:14 451:3,3,7,7,12,12 452:14,14 469:17
**schooling** 265:6 290:11
**schools** 442:14 447:5 449:7,13
**schoolwork** 267:23 276:7
**scolded** 381:8
**scope** 380:21 422:14
**score** 278:20
**scored** 278:18
**Sean** 211:14 271:16
**season** 239:20 240:2 335:25
**seat** 373:17,18
**second** 182:23 183:4 227:12 257:9 265:9,13 286:6,9 345:22 346:5 360:9 367:9 400:18 430:24 467:20
**secondary** 204:14
**secretarial** 183:14
**security** 209:17 231:13 299:6,9
**see** 165:15,18,25 166:6 170:15 177:17 180:6 188:12 189:22 193:21,22,25 195:9 199:18 200:12 204:12,17,20 218:20 223:23 226:25 228:4,7 233:2 237:12 245:18,21,23 247:9,12,15 254:21 255:11 256:2,17 259:7 261:17 262:15 279:11,14,16,17 279:18 283:5 286:22 289:2,4 292:2 302:13 311:7,23,25 317:9 317:11 321:7 340:16,18 341:10 352:21,25 357:10 368:24,25 369:4,20,24 391:9,14,17 404:9 410:10,11,14,17,20,23 413:8,10 417:18 418:3,9,15 433:7 440:17 463:7
**seeing** 166:22 173:11 192:12 194:4 201:18 222:4,9 247:22 248:6 254:25 255:14 260:20 315:22 317:3 352:23 370:6,11,14 411:16 464:5,8 466:16
**seek** 411:6 439:19 467:18,20
**seeking** 215:24 459:17
**seen** 227:10 255:16 260:24 262:6 325:4,7 369:17 373:3 377:2 413:2 461:11 464:24
**self** 339:10
**self-harm** 469:25 473:23 474:8,16

**semester** 163:16 164:2,3 165:5,10 165:13,22 166:7 167:4 182:23 183:4 276:23 329:10 348:16 366:21 408:3
**semesters** 163:17,18,21,22,24 278:2 386:9
**send** 177:9
**sense** 198:2 242:23 425:23 427:9 427:14 429:15 430:9,15,19 431:9 431:14 432:4 433:5,18,20,22 438:17 440:9 441:19 442:16 447:8 448:19 449:9,16 453:16
**sent** 176:23 177:10,14
**separate** 360:5 364:8 421:19 455:4
**September** 169:10
**series** 208:8
**serious** 377:4
**seriously** 407:25
**session** 414:12
**sessions** 413:15 419:5,9,17
**set** 266:23 479:11,20
**setting** 185:25 272:12 445:24
**seven** 163:3
**severe** 451:7
**sex** 217:13 219:25 220:4 285:15 309:8 313:12 334:5,8,18 340:25 345:4 346:14 453:11,21
**sexual** 167:10,18,21 168:6,8,16,18 168:24 169:6,15,25 175:12 187:19 193:16 200:22,23 205:9 285:4,10,20 312:10,15 313:9 331:18,19,23 332:13 385:5,22 401:2,21 402:2 410:7 424:23 449:3 452:19,23 453:3,6
**sexuality** 205:4,6
**sexually** 410:5 449:11
**shape** 179:15
**share** 360:24 361:3
**shared** 171:22 360:25
**sharing** 396:4,5
**she'd** 432:14
**shepherd** 421:6
**shield** 338:15
**shift** 265:5
**shirt** 306:7,8,10
**SHLOMIT** 160:13
**shocked** 350:24
**shocking** 202:12
**shoot** 176:3
**shooting** 176:15 177:19
**short** 236:23 364:22 365:19 366:7 374:4
**shortest** 296:19
**Shorthand** 159:19 479:7
**shoulder** 283:20
**shoulders** 402:20 403:2
**show** 227:10 231:15 249:24 287:20 305:11,14 340:18

**showing** 170:19 173:22 366:8
    473:7
**siblings** 419:25
**sick** 276:3,3 458:24,24 459:14
**sickly** 262:3
**side** 293:20 299:14 369:11 445:22
    464:19
**sidewalk** 370:20
**sign** 238:4
**Signed** 477:20
**significance** 427:6
**significant** 236:25
**signify** 233:20
**Silver** 222:19
**similar** 301:14 469:20
**single** 265:20 270:10 326:8
**sister** 171:16 175:23 187:6,9,11,14
    188:16 209:24 211:13,13 335:5
**sister's** 335:8
**sit** 167:20 168:4 199:25 282:7
    286:18 354:19 374:19 389:10,20
    396:21
**sitting** 226:14,18,21 287:24 389:12
    389:23 442:21 443:3,17 445:16
    445:18
**situation** 181:16 182:13 232:13
    300:2 314:4 323:24 387:18
    391:14
**six** 185:10 189:5,7 190:11 211:15
    211:17 296:16 333:21
**skinny** 237:2
**skipping** 463:25
**skirt** 174:24 175:5 367:14 473:2
**sleep** 235:7 475:4
**sleeping** 346:24 475:10
**slept** 235:12
**small** 223:24 224:2
**smears** 255:19
**social** 198:3 209:16 299:6,8 410:17
    415:11
**sole** 204:20 216:18,19
**solely** 205:8
**solid** 450:10,11
**solo** 254:15
**somebody** 203:10,12
**someone's** 433:22 472:2
**Somewhat** 168:11 201:6
**sonogram** 240:19,22
**soon** 252:23 407:22 409:11 470:10
    473:25
**sooner** 333:23
**sorry** 206:6 270:21 347:18 415:22
    443:14 452:2
**sort** 187:23 198:3 206:24 207:4
    325:12
**Sosa** 455:11
**sought** 414:8
**sounds** 197:3 306:23

**source** 202:19 298:11
**space** 448:18
**Spanish** 273:8 279:22,23,25 280:2
    280:4 319:4,13
**speak** 195:24 198:6 225:8 242:7,11
    257:14 264:12 278:25 283:11
    284:20 316:16 322:22 323:10
    327:21 390:23 396:6,24 407:18
    407:21 414:13 454:21,24 466:23
**speaking** 392:25 428:13 433:17,17
    433:19 475:25
**special** 446:16,19,21 447:4,14,18
    447:19
**specialist** 466:23
**specialty** 204:23,24 205:3
**specific** 167:24 174:23 204:13,18
    215:12 222:10 300:7 338:23
    340:13,16 355:24 395:24 402:16
    453:15 470:5
**specifically** 166:4 173:2 175:25
    191:22 215:17 251:6 259:12
    274:5 279:14 328:11 329:25
    350:17 370:7 396:11 417:9
    420:24 437:13
**specifics** 395:25 403:23
**spell** 177:3
**spend** 187:10 205:18 272:20
    284:12 345:24 351:22 357:11
    385:2
**spending** 346:4 389:7
**spent** 185:18 187:6 296:20 300:8
    330:25 331:4 335:4
**spiral** 182:21
**split** 207:14
**spoke** 178:3 185:2 193:3 198:7,13
    198:18 225:18 238:12 273:8
    306:17 323:8 390:22
**spoken** 209:4 266:12 377:15 396:2
**spontaneous** 340:12
**sport** 350:10 435:25
**sports** 349:16 429:13
**spot** 399:18
**spring** 164:5,6,11 185:13
**square** 264:5,6 341:25
**ss** 477:5 479:4
**stalker** 280:8
**stand-alone** 223:2 416:20
**standard** 236:24 439:8
**start** 183:9 193:10 202:22 203:10
    206:12 220:2 295:3 354:8 397:17
    411:15 414:22
**started** 163:12 169:11 183:8 184:3
    186:20 188:12 202:18,18 203:4,7
    203:8,11,15,17,22 211:22 273:22
    275:12 279:10,12 280:13 296:14
    297:10 309:25 331:9 333:25
    399:8 411:8 426:3,4 464:5,8
**starters** 338:20

**starting** 182:21 188:14 216:9
    326:22 411:13 419:3
**state** 159:20 161:9 210:4 244:3
    477:4,25 479:4,9
**stated** 276:5 333:12 357:10 393:24
    472:22
**Staten** 337:21
**States** 159:2 265:22 273:13 275:11
    324:17
**statue** 424:23
**stay** 188:19 190:18 200:19 201:7
    201:11 250:9 333:10 344:20,24
    355:8,18 459:12
**stayed** 192:15 201:8 250:12,15
    330:17 332:22 339:18 345:8
    346:11 355:19 458:8 461:10
**staying** 331:6
**steal** 440:13
**Stoll** 160:15,18 161:12 162:20
    163:2,7 167:15 179:7,10,16,20
    179:23 180:3,9,17 181:6,10,20
    181:24 184:7,10 192:9 206:6
    207:9 471:8 472:17 476:2 478:7
**stomach** 219:11
**stood** 314:17 402:25 442:10
**stop** 181:10 211:18 254:25 255:14
    281:11 369:7 370:18,19 438:2
**stopped** 168:5 247:22 248:6 260:20
    297:20,20,21 408:10
**stopping** 428:10
**store** 218:3 264:2 337:16
**stores** 221:25 222:5,7,22,24
**story** 303:16 308:21,22,23 313:24
**straight** 316:20
**straightening** 397:17
**strapless** 339:8
**street** 159:17 160:5,10 210:22
    222:5 263:24
**stronger** 205:24
**struggling** 268:23,25
**student** 289:3 299:22 314:6 317:25
    318:11 319:24 324:23 364:21
    391:10,15 403:3,5 404:2,18
    442:13 448:4
**students** 279:4 282:21 288:23
    289:6,7 301:11 302:10,13,16,23
    315:14,19,23 316:2 318:19,23
    319:18 320:15,18 321:22 352:18
    352:22,24 355:10 365:3 367:19
    368:18 369:19,21 370:4,5,6
    389:22 390:5,7,9,12,17,18,22,24
    391:3,6,13,18,21 402:5,6,9,18,19
    402:21,25 403:4,9,14 437:19
    440:16
**study** 448:5
**stuff** 338:23 358:14 389:12 401:17
**stupid** 311:16 366:6
**sub** 380:8 388:12,13

**subconscious** 199:11,12
**subject** 271:4 372:21 395:5 409:9
446:14
**subjected** 288:6 409:24 469:20
**subjects** 278:17 349:12
**submitted** 249:3 324:2
**subscribed** 477:20
**substance** 319:19 324:25 368:9
380:8 381:24
**substitute** 350:9 388:14
**successful** 399:7
**sudden** 350:24 399:12
**sued** 212:18
**Suema** 189:21,22 191:12 457:11
**sum** 319:19 324:25 368:8 381:23
**summer** 169:7,16 174:19 175:18
175:20 185:13 220:20,22,25
278:7,11,13 472:21
**supervised** 349:16
**support** 197:10 298:13,15,18,20
299:3,12
**suppose** 305:9
**supposed** 185:24 186:2 305:21
**suppressed** 168:20 199:3 411:21
**suppressing** 412:8
**sure** 163:11,18 164:2 167:19
168:11 172:12 174:8 177:25
184:17 201:15 220:3 221:3,24
228:21 230:21 250:10,12 254:20
256:20 261:2 282:22 286:24
290:13 291:9 303:7 308:11
333:11 334:12 337:2 338:24
341:20,25 355:20 356:24 362:19
367:5 372:20 374:16 395:4
406:17 420:12 431:24 443:8
454:16 464:13 466:6,9 470:25
471:17 474:22 475:13
**surely** 252:20
**surgery** 461:10
**surgical** 261:4
**surprise** 251:13
**surprised** 385:10
**surrounding** 367:13
**SUV** 373:24
**switch** 438:25
**sworn** 161:8 212:20 479:12

————————————————

**T**

**T** 477:2 478:9 479:2,2
**T-shirt** 306:9
**tag** 225:6
**tags** 236:15
**take** 161:25 175:9 207:16 208:16
208:20 219:22 235:12 244:14
265:8,12,16,19 266:2,19,22
278:7,11,13 279:5 280:4,13
283:24 309:18 320:2 324:22
325:22 337:18 347:10 350:11,16

367:3,21,24 371:15 372:7,15
378:3,14 436:24 470:16,20,22
473:4
**taken** 159:15 162:25 174:7,9,17
175:8,17 176:11,14 434:9,12
436:16 437:21,25 440:19 443:19
446:16 472:22 473:20 477:9
**talk** 172:25 218:12 269:22 282:8
284:5 305:2 308:21,22 319:18
321:15 323:5,21 355:19,20,22,25
376:23 379:16 380:11,17,24,25
381:7,15,19 382:18 391:5 393:8
396:18,21 398:11,13 403:9
406:22 417:21 419:6,8 422:15,21
**talked** 171:25 195:22 205:19
262:21 364:17 376:3 379:24
383:13 391:7 392:20 397:11
419:9 422:11 441:15 472:18
475:17
**talking** 166:14 192:24 199:9 203:8
203:10,12,22 204:13,18,20 205:9
225:15,20 240:22 266:10 277:9
301:18 309:11 314:8 318:6,6,9
357:12 381:9,13 383:2,15 398:7
399:8 435:17 460:25 474:22
**tall** 236:22 306:3,4,4
**tank** 339:8 364:22 365:18,19 366:7
**tattoos** 237:11
**taught** 278:5 352:10,11 372:22
407:14 442:19,23
**teach** 329:14 349:12
**teacher** 163:15,19,22 164:3,5,9,10
165:4,12 173:8,9,11 268:8
279:22,23,25 284:2,16,19 287:8
288:9,11,11 293:2 313:25 314:2
314:19 317:19,25 318:11,13,16
318:25 319:4,7,9,11,13,15 320:4
320:8 329:9,12 336:8 347:14,17
348:4,25 349:3,4,5,6,10 352:8
357:9 359:8 365:12 366:19
371:10,14 372:13,17,18,22 373:2
373:10,16 374:21 375:22 377:12
377:16 378:3 379:6 384:2 386:10
387:22 388:4,7,14 394:6,9,10
397:20 402:23 407:9 409:9,23
422:22 454:14,18 456:14 469:2
**teacher's** 323:16
**teachers** 164:2 166:22 182:14
267:4 268:3,22 269:17 273:8
279:11,14,18 282:21 286:15
291:22 310:6 318:7,8,21 319:2,4
319:18 320:15,16,17,20 324:8
325:14 327:3,8,12 329:24 336:25
338:4 347:3 353:2,6,7 355:13
368:22 369:2,17,24 377:6 378:6
378:10,15 409:22 410:3 419:3
439:9 446:4,14 447:4 448:16,21
450:7 451:24 456:5 461:22

469:14,21 474:14
**teachers'** 352:17,19,22 353:2,8,11
**teaching** 366:23 391:13 394:4
**team** 349:20
**technology** 162:25
**teenager** 296:14
**tell** 168:5 178:12 196:3 209:16
210:18 214:3 215:16 234:21
235:6 239:13 246:11 252:24
256:8 261:12 268:3 271:13 274:3
290:3 292:16,18 293:2 301:24
306:19 313:8 314:10 317:25
318:11 320:4 323:9 326:2,17
329:25 330:24 334:22 338:19
347:3,14,17 348:4,9,24 351:19
353:7 361:13 375:14,21 377:9,12
377:14,22 379:18 380:5 384:7
385:4 388:2,6,9,9 394:17 395:2
398:6,9,16 407:8 422:18 424:11
427:23 434:8 438:8 441:25 456:7
456:13 461:21
**telling** 284:10 292:12 309:4,7
315:5 337:11 381:14 423:16
429:2,7,12 445:4
**ten** 162:4,6,6,17 357:16 358:12,13
374:5 410:25 436:25 470:7
471:13,13,22
**ten-minute** 303:24 304:10 307:16
470:23
**term** 427:2,17 446:19
**terminology** 426:22,24
**terms** 234:6 245:2 313:19 366:13
384:5 428:14 448:23,24
**test** 218:3,10,14,18 219:13,18,23
**testified** 161:10 203:14 220:11
228:11 243:21 247:19 249:16
251:8 257:8 258:8 259:5 269:13
272:8 274:7 288:4 289:11 292:13
292:14 297:17 315:21 322:2
324:24 325:3 328:5 330:7 332:22
337:16 357:24 362:12 364:2
394:2 395:12 409:22 410:4
414:16 417:3 427:24 431:2
434:15 435:19 447:24 451:2,10
451:14,16,18,20 452:16 454:3,9
456:16 457:4 460:23 461:5
467:11 469:21 471:20 473:22
**testify** 428:20 435:4
**testifying** 287:16 432:11 433:13
**testimony** 162:7 197:13 209:5
212:21 227:23 240:25 249:18
257:14 268:20 272:11 287:20
316:8 322:4 333:4 350:20 370:17
381:11 383:6 405:5,14,23 432:15
436:17 443:5 444:2,21 445:3,25
448:6 477:9,12 479:13
**text** 202:10 300:23
**Thanh** 414:17,20

**thank** 178:19 181:3 206:7 421:7
  426:7 465:9 476:4
**therapy** 202:18,23 203:4,15,17
**thing** 169:8 199:11,12 208:21
  248:23 285:21 339:11 380:14
  441:7 450:16
**things** 162:21 166:17,19 170:12
  185:22 187:17 193:23,24 202:12
  202:14 203:9 216:17 239:2
  242:22 251:24 283:8 289:11
  292:6 309:9 314:13,16 340:20
  360:5 397:15,18 412:11 429:20
  432:24 465:5
**think** 164:16 166:25 167:5 175:7
  180:25 181:25 182:6 188:8 189:5
  189:8 191:20 192:12,14,22 193:8
  193:8 194:16 195:20 196:10
  199:3,16 206:4 214:6,11 216:8,8
  216:11 218:16 222:15 223:11,19
  227:14 235:4 237:5,25 240:15
  247:11 248:7 249:24 252:9,12,16
  259:19 261:9,13 263:6,6 264:22
  269:20 276:16 279:4 280:3
  281:15 283:6,7 285:16 287:11,13
  288:13 292:3,4,24 293:4,4 295:3
  301:5,23 304:15,16 305:13
  307:18,23,24,25 308:9 309:14,16
  311:11,14 315:4,7 319:25 320:18
  321:25 324:20 330:15 331:5,25
  333:2,20 334:23 336:17,23 337:2
  339:19,20,22 341:24 347:16,21
  351:16 354:20 359:17 361:5
  366:5 368:13 375:8,8 376:23
  386:15 389:7 395:22 396:15
  400:8 408:4,5,12 409:3,7 411:23
  412:2 414:3 446:7 447:10 448:3
  465:16 467:11 475:23
**thinking** 170:12 199:8,14 242:20
  242:21 339:9 342:19 364:15
  403:22 427:20,21,24 475:9
**third** 286:6
**thought** 192:20 199:17 240:14
  305:5 355:21,25 364:14 375:19
  396:17 399:12 443:5,25 444:20
  469:24 474:7
**thoughts** 198:21 473:23
**three** 168:15 176:22 188:24 211:24
  211:25 224:15 236:5 272:5
  351:15 353:25 415:8
**three-minute** 470:21
**tied** 205:4
**tight** 308:19
**tiles** 328:23
**time** 161:15,21,22 162:5,12,16
  166:18,20 167:13,25 168:8,14,17
  168:20,24 169:15,23 170:4,11
  171:23 172:6,7,8 178:3,5 182:8
  182:16 183:17,19 184:3,4 185:2

185:4 186:6 187:6,6,10,13,17
  189:19 190:20,21 191:18 192:18
  193:9,22 194:2,7,11,14,23 195:7
  195:12,13,14 196:20 198:12,14
  199:7,14 201:2,3,8 202:6,12,17
  204:7 205:19,22,25 207:13
  208:21 210:19,20 211:9,11,12
  214:9 217:12,22 218:21 220:4,15
  221:2,5,8,9 224:21 225:17 226:9
  228:16 233:10,12,24 234:8 240:5
  240:16 243:13,15 246:25 247:13
  247:18,25 248:5 250:15,18,21
  251:16,22 253:4,6,17 260:19,20
  260:23 267:9 270:13 271:12
  272:16,20 273:2 274:4,11,13
  275:20 276:16,25 277:10 282:15
  282:17 283:4,24 284:12 288:16
  288:20 289:24 290:2,24 292:20
  295:4 296:13,14,20 298:6 300:8
  300:12,16 303:3,10 306:3,9,10
  309:13,14,22 313:17 314:7
  321:12 328:9,15 330:15,22 331:4
  331:9,17 332:9 333:14,15 334:3
  334:4,5,14,19 335:5 337:8,12
  338:22 344:11,21,23 345:4,12,13
  345:17,21,24,25 346:4,5 349:8
  351:22 352:14 354:7,14,17,21
  357:11,20 358:2,15,17,19 359:2
  359:5 361:17,20 362:7,10,14,16
  364:7,8 365:11 366:2 369:10
  370:21,24 371:2,3,8,11,24
  384:18 385:3,19 389:5,8 390:20
  392:7 393:13,15,16 394:23
  396:12 397:13,21 398:3 401:4,15
  402:10 407:4,5 411:3,21 413:15
  421:25 424:24,25 435:4,5 437:23
  444:24 445:8 449:21 450:15,18
  451:23 452:9,13,18 453:10,15,20
  455:9 456:2,2 459:21,22 467:4
  471:10 473:20 474:11 475:9
  476:3,9
**timeline** 163:11
**times** 191:22 193:2 195:22 214:14
  230:4,9 254:21 256:25 264:5
  275:18 279:19 280:23 281:4,5,18
  298:22 327:6,9 333:13 338:14
  370:25 389:10,13 407:24 431:3
  432:9 437:24 457:9 461:11 474:9
**tired** 443:15 472:3
**title** 329:22
**today** 161:24 167:21 168:4 169:21
  170:20,22 208:7,25 209:5 229:8
  241:8 249:18 255:23 275:21,23
  286:18 303:9 364:5,17 410:5
  455:25 469:22
**toes** 239:8 240:8 241:2
**told** 169:21 227:21 233:25 251:3
  263:12,18 267:2 268:8,12,22

280:17 308:23 310:20,25 313:24
  319:22 323:20 328:11 330:8,13
  335:14,16,18 337:5,5 350:17,22
  358:15 359:11 361:17 364:5
  365:16 368:17 376:25 377:21
  378:17 380:15,22 384:8,11 385:8
  386:12 387:23,24 388:17 398:10
  398:19,20,22,23,24 401:5,8
  408:15 447:13 450:3 456:8 457:3
  462:19 465:2,6,12
**tolerate** 167:3
**tongue** 309:9 314:13
**top** 339:8 364:22 365:18,19 366:7
**topic** 420:8
**tops** 189:7
**touch** 177:7 178:2 184:23 189:16
  201:7 270:17,24 271:11 275:24
  283:13,15,17,19,20,20 285:13
  289:15,22 324:8 330:21 356:14
  393:20 406:24 455:24
**touched** 234:7 283:14 389:4 395:4
  403:2
**touching** 195:16 402:19
**tourism** 295:25 297:21
**toxic** 409:12
**trade** 294:15
**transcript** 477:9,11 479:12
**transfer** 272:23
**transferred** 273:15 349:25 350:2,6
  350:7,21 351:9,11,20 366:17,21
  401:9 438:6,9
**transferring** 272:15 352:3 407:23
**transpired** 281:7
**trauma** 199:10 413:5,23,24 417:11
  417:15 418:15,23,24
**traumatic** 168:21 198:24 274:15
  274:23 276:4 419:2
**travel** 475:21
**treat** 289:2 391:2 412:16 413:13
  414:25 417:16 427:13 459:4
  460:18,24 461:3
**treated** 288:22,24 289:3,6,7 391:3
  413:20 415:10 459:25 462:14
**treating** 402:17,18 414:18,20,22
  415:5 416:16 462:4 464:11
**treatment** 204:15 411:7 414:8,10
  414:11,12 459:18 467:19,21,21
  469:20 475:12,16
**trick** 427:10
**tried** 294:18 339:19 354:22,24
  355:16 385:18 387:19 389:4
  396:13,24 397:7
**trip** 338:21 340:6,11,12
**trouble** 267:3 269:8 379:21,22
  382:21,22
**true** 173:11 428:3 431:4 477:11,13
  479:13
**truly** 275:14

trust 291:23,24 389:14
trusted 388:22,24
trusting 188:10,14 215:22
try 282:8 283:11,17 285:13,14,15
   289:21 303:8 316:21,24 338:14
   338:15,16 355:4 365:14 396:18
   398:6 438:6 439:19 467:5
trying 163:3,4 199:9 202:17 257:17
   269:10,16 275:15 287:9 290:8
   314:10 333:3 383:5 385:15 400:8
   427:10,13 452:5,18 453:14
   464:16
turn 162:22 207:15
Twenty 253:13 260:18
twice 298:19,22 408:5
two 164:17 171:12 201:14 211:16
   224:19 236:3,8 237:13 238:8
   255:17 262:9 298:9 308:16,17
   314:16 319:2 332:23 337:18
   339:12 351:17 360:5,8 378:14
   379:12 414:7 416:11,13,17,19
   417:24 418:16 435:13 436:10
   446:4
type 246:4 248:4 282:10 341:18
   373:23
typically 181:3 357:15

---
U
---

U.S 270:15
ugliness 251:25
Uh-hum 170:24 241:13 247:21
   253:19 263:11 303:19 328:13
   350:3 362:8 458:3 460:22
unaware 427:8
uncomfortable 302:3 310:14
   311:13 400:22
underage 342:9
underneath 366:11
understand 167:14 168:10,12
   173:20 188:2 193:24 198:4
   204:16 208:17,19,24 214:17
   215:15 238:24 266:12 268:4,5,8
   269:4,14 273:11 310:24 312:12
   314:12 362:2 375:10 379:23
   380:18 381:16 382:5,16,17 389:6
   413:21 417:13 452:9 460:19
understanding 267:4,14 269:9
   290:6 315:8 324:16 330:4,11
   418:14,19 444:19
understood 173:19 267:11 348:3
underweight 236:23
unhappy 214:12 252:2
uniform 364:25 365:8,14,18
   366:14
uniforms 236:17 365:2
Union 264:6
United 159:2 265:22 324:17
units 298:8,8

Unrelated 463:23,24 464:2
unusual 369:20
unwanted 285:19
upcoming 416:22
upset 186:16,18 396:15
upsetting 186:11 187:7 201:5
Upstate 177:11,13 178:5 189:23,24
   190:2 192:16
use 209:8 229:10 388:21 425:22
   430:5
usual 240:3 339:10 440:12
usually 163:25 255:20 353:14
   462:14

---
V
---

vague 235:23 315:16 341:11,21
   344:7
Valdez 412:15 413:22 417:7
   467:12
various 460:20
vehicle 462:20
verbal 208:15 285:6,20 395:14
verbally 425:24 426:8 434:7
versa 450:4
versus 278:2
vice 450:4
vicinity 307:5 320:22
Victims 423:23
video 325:19
viewed 195:14
Viggiano 159:18 479:7,24
visible 322:7
vision 369:5
visit 190:12 206:15 346:15 457:5
   457:16 459:13
visited 190:9 206:16 259:22 345:7
   458:7
visits 459:11,12
volition 424:10
voluntary 361:10
volunteered 436:15
volunteering 282:18 288:15

---
W
---

W 477:2
Waipaho 421:20
Waipahu 260:16 421:23
waist 283:20
wait 311:5 347:18 411:15
waited 309:13
waiting 224:3,10 228:2 233:7
   235:8
waiver 238:4
wake 304:23
walk 303:23,24,24 304:10 367:18
   373:9
walk-in 225:22
walked 172:24 223:9 224:12,13

341:4
walking 223:12 303:17 307:8
   367:15 370:8 374:21
wall 356:2,3,7,9,13
Waltzer 159:7 160:16,19 162:11
   163:15 165:4,12,15,18 166:2
   167:3,10,22 168:6,17,25 169:6
   169:16,25 170:15 171:6,22
   172:11,15,22 173:4 184:6,11
   191:19 192:2 193:7,11,14,19
   194:4,8,12,18 195:14,21 197:8
   197:15 198:2,7,19 199:15,18
   200:12,23,24 201:8,12,17 202:7
   203:5,16,21 204:19 205:17,25
   206:14 207:12 216:7 220:2,5
   226:15 228:3 234:17 237:24
   238:12,19 240:11,12,21 241:22
   244:13 245:11,18 246:20 248:24
   250:18,24 263:17 264:16,20
   328:6,25 329:25 330:25 331:4,18
   332:4 333:16 334:18 335:5,14
   336:11,21 338:7,13 343:16 344:5
   345:8,9 347:6,15 348:10 349:9
   356:20 357:7 376:12,15 377:8,11
   377:14,25 378:9,12 380:6,16,16
   380:21 381:15,19,25 382:19,23
   383:14,17,21,25 384:9,21 385:5
   385:9 386:3,13 388:18 392:2,12
   394:8,15,21 408:13,19 423:21
   424:19 450:19 452:20,24 453:4,7
   453:21 456:17 468:4,6
Waltzer's 200:19 241:11 250:6
   329:21 332:22 333:5 335:10
want 162:3 163:10 172:24 173:10
   180:23 198:6 199:18 208:11
   216:16,20,23 227:22 229:21
   234:10,22 235:3 241:3 243:16
   251:11,14 252:9 256:12 257:22
   259:2 262:20 265:5 278:13
   279:10,11,13,16,17,19 280:7
   290:10 291:25 304:11,13,24
   308:24 309:18 323:5,20,23
   331:15,15 335:20 336:18 350:15
   350:18 355:24 358:17,19 360:10
   367:18 375:15 382:21,22 393:20
   398:13,16 401:7 405:4,20 436:7
   437:12 438:8,21,24 439:3,6
   441:13 444:11 456:10 457:23
   471:5
wanted 173:12 174:22 177:16
   182:19 187:10 192:22,23 195:2
   199:21 200:6 251:24 261:9
   280:14,16,18 281:10 284:5,12
   288:14 303:11 305:2 307:2
   308:20,22 313:4,8 314:10 319:24
   340:18 351:22 354:18 359:19,20
   355:21,23,25 365:22 367:21
   374:19,22 375:22 379:16 380:17

384:13 392:15,17 396:21,23
  397:17 398:11 401:16 411:25
  422:15 436:14 445:22
**wanting** 252:13,14
**wants** 443:24
**warm** 239:23 336:2 339:11
**wasn't** 182:18,19 185:24 186:14
  188:13,14,23 197:24 205:20,21
  205:23,23 214:16 218:2,4 220:14
  220:24 222:24 228:10 240:13
  242:20 263:4 307:18 309:7 314:7
  314:11 318:19 333:11 335:18
  355:20 359:9 366:19 369:20,21
  370:19 374:13 388:7 396:19
  406:21 411:19,24 412:4,7 446:14
  447:10 448:3,5,9,12 454:18
  472:13
**water** 374:19 440:6
**watering** 307:7
**way** 166:11,13 169:23 179:5
  186:12 193:21,22,25 196:16,18
  199:4,9 205:2 211:3 215:21
  235:2 271:12 288:23 289:3,7
  300:21 302:7 312:14 391:3,6
  397:23 398:4 399:9 400:7 402:18
  406:25 411:14 433:20 471:9
  479:17
**ways** 425:20 448:11
**we'll** 161:25 162:18 248:20 476:2
**we're** 162:17 163:3 166:14 248:17
  298:3 309:5 354:8 371:25 445:7
  465:18 471:24 472:7
**we've** 162:16 169:3 364:17 471:25
**wear** 174:22 331:22 364:22 365:7
  365:14,23 366:14
**wearing** 173:17 175:5 176:7
  221:14 224:16 225:5 280:16
  306:11 339:8 365:18
**wears** 306:9,9
**weather** 221:10
**wedding** 399:2 400:14,15
**week** 353:13
**weeks** 220:9 332:23 357:3,4 453:19
**weight** 216:13
**weird** 389:7 402:4
**welfare** 299:5 329:19
**went** 168:15 176:2 177:19 187:13
  189:11 190:10 195:19 196:20
  199:19 218:3,14 221:7 223:4,23
  225:18 226:11 231:2,3,11 232:7
  235:5,14 241:11 244:15 249:22
  250:6 253:11 254:2 263:20
  264:11 271:23 272:17,18 276:24
  284:4 307:18 308:15,23 309:20
  309:21 310:11 311:22 316:20
  322:11,25 323:3,9,11,19 326:6,8
  333:4,11,15 337:20,20,25 338:9
  339:21 340:14,15,21 341:2 342:2

345:19 346:6 369:19 370:22
  371:21 374:6,10,14 375:12
  379:22 387:17 394:12 396:12,17
  398:6,14 407:24,24 408:5 424:19
  434:22 435:2 437:8 438:15 454:4
  454:15 458:16,21 459:15 460:12
  463:7
**weren't** 189:15 218:13 276:8 293:8
  429:23
**West** 160:16
**whatnot** 242:14
**WhatsApp** 191:21,25 193:7,9,11
  195:25 197:15 202:10
**whatsoever** 178:16
**When's** 289:24
**WHEREOF** 479:20
**whichever** 261:18
**whim** 340:21
**white** 224:17
**wife** 358:18,19 393:8,10,13,14,17
  393:22 399:3,5,6,22
**willingly** 197:23 307:11
**windows** 317:3,7
**winter** 165:22
**withdrew** 188:8
**witness** 161:22,24 178:25 179:8,13
  180:15,21 181:4,12 197:7 207:8
  207:19 240:12 277:11 291:9
  362:5 382:9 421:21 431:7 436:25
  443:20 445:13 471:20 473:8
  478:4 479:10,14,20
**witnesses** 325:24 421:17 423:5
  455:16
**woke** 235:8
**woman** 449:14
**women** 237:14,15
**wondering** 380:25
**Wong** 189:21,22 191:12
**Wong's** 457:11
**wood** 224:7,7
**word** 298:5 303:16 388:19,20,21
**wording** 239:10
**words** 184:7 200:4 290:4 358:9
  380:7 400:24 407:25 408:25
  409:24 442:3
**wore** 331:19 365:5
**work** 183:14,17 199:9 202:4 208:3
  254:12 267:24 269:3,5 297:18
  326:14 414:5 437:11
**worked** 183:10,12 264:17 296:21
  314:23 338:9 388:7
**workers** 410:18 415:11
**working** 183:8,9 186:20 192:14
  297:20 298:7
**worn** 367:14
**worry** 401:8
**wouldn't** 185:25 197:20 238:2
  251:22 268:25 306:19 393:2

411:22 450:11
**write** 180:5 226:6 256:19 259:6
  266:14 267:17 269:15 362:24
  363:3 460:14
**writing** 226:25 258:19 259:18
  261:6 324:2
**written** 455:8
**wrong** 214:7 253:2 348:3 398:15
  398:16 399:11
**wrote** 172:3 227:7 256:20

**X**

**x** 159:3,9 287:8 478:2,9
**XX-XX-2006** 258:4
**XXXXXXXXXXXXXXXXXXXX...**
  210:6

**Y**

**Y** 287:9
**Yamaka** 280:16
**Yasmin** 211:14
**yeah** 177:16 183:19 196:25 210:3
  307:12 308:22 317:5 319:14
  340:4 362:5 374:5 375:2 393:16
**year** 164:14,25 165:6,9,16,19,23
  166:3,10,23 167:9,16,23 182:23
  183:4 186:22,24 187:20,24 189:2
  190:6,9 193:3 203:2 222:16
  239:18 247:17 265:20,24 266:3,7
  270:22 273:13 280:4 285:24
  286:4 296:3 333:18 334:15,24
  335:23 336:4 338:25 339:4
  346:12 348:14,19 356:17 367:6
  367:10 409:9,15,18 416:9 440:25
  441:2 452:21,24 453:4 454:5
  455:22
**Year's** 185:16 334:23 335:4
**years** 164:17 176:22 177:10 183:21
  188:22,24 191:20 192:25 198:8
  211:2,6,21 214:21 254:22 255:13
  255:17,17 256:3 271:2 272:2,6
  272:19 295:21 299:4 337:19
  358:11,12,13 362:19 410:25
  451:12 453:23 470:7 472:21
  474:10,12
**yesterday** 164:16 168:22 169:19,21
  208:13 209:5 211:6 228:11,18
  234:7 257:8 272:8 273:17 274:25
  286:8 300:3 303:8 308:23 322:2
  328:5 337:16 414:16
**York** 159:2,6,17,17,20 160:5,9,10
  160:11,11,17 161:10 177:12,14
  178:6 189:23,25 190:3 192:16
  194:4,8,12,18,25 195:5,20 196:4
  196:16,19 197:4,10 199:19 200:8
  201:13 202:17 206:21 208:5
  212:6,12 213:4 214:9 253:20
  259:23,25 261:8 345:7 346:11

415:20,24 416:2 421:13 462:3
475:21 477:4,25 479:4,9
**young** 200:3 232:6 305:5 306:3
319:5 335:20 366:5 397:14
**younger** 209:25 313:25 422:16

**Z**

**Z** 287:9

**0**

**1**

**1** 159:7 286:25 287:2,18,22,23
**1,000** 298:24
**1:44** 347:8,11
**10** 205:19
**10:42** 207:22
**100** 159:16 160:10 163:18 167:19
174:8 184:17 201:14 221:24
228:21 296:10 298:8 325:24
341:20 372:20 401:12 406:17
454:16
**10007** 159:17 160:11
**10th** 164:13,17 272:18 273:25
274:20 275:3 326:24 426:3,4
**11** 169:10 459:6
**11:00** 207:23
**11201** 160:17
**11355** 210:24
**11378** 160:5
**11th** 172:20
**12th** 274:14,20
**13** 189:15
**14** 295:21
**15** 174:18 205:20 221:6 247:19
472:20
**15-minute** 307:17
**157th** 210:22
**16** 210:11 221:6 247:19
**161** 478:11,12
**163** 478:7
**17** 173:25 174:9 183:18 184:14
185:11 247:11,23
**18** 176:12 192:13 193:6,15
**185** 272:17
**185Q** 273:2
**19** 214:25
**1995** 211:3,9,15 275:18 458:23
**1996** 458:24 459:6,11
**1997** 171:20
**1998** 210:19
**1999** 163:13,16 164:5 220:23
326:22 426:6,10,14,14 452:21
**1999-2000** 164:6

**2**

**2** 159:7 286:25 287:3,18,23,23
**2:46** 347:13

**20** 224:9 253:16,17 254:3
**2000** 164:24 168:25 169:7,17
174:19 175:18,20 206:2,5 220:20
409:8,14,17,19 425:16 426:2,3
452:25 459:23 472:21
**2000-2001** 165:5,16
**2000s** 463:4
**2001** 164:24 165:13,22 166:2,15
167:4,22 169:10 182:24 221:2,2
276:17 334:25 348:15 349:7
356:18 409:8,14,17,19 453:4
454:7 457:25 458:2,18,20 459:23
**2001-2002** 165:8,19 166:10 167:9
167:16 182:23 183:4
**2002** 165:22 166:2,15 167:4,23
182:24 210:19 276:18,19,20,22
276:23 277:4,8 453:7
**2003** 211:3,9 455:23
**2004** 191:6,15 211:4 214:24
**2005** 191:3 331:11
**2006** 258:15
**2010** 171:24 172:4 291:5 294:6
392:3,4,5 394:24 397:10 406:14
406:16
**2012** 198:9,19 199:7 462:20,21
**2014** 194:16,19 195:21 196:20
197:14 199:20 200:8,17,20,24
201:9,12,18 345:19,22 346:13
**2017** 196:23,24 197:2,4,8 198:9
198:19 199:7
**2018** 213:10
**2019** 270:23
**2020** 202:11 203:5,16,21 206:6
411:5 412:14 413:11 424:3 464:6
**2021** 413:12 414:24
**2021-022733** 160:13
**2023** 159:10 448:23 477:10,22
479:21
**208** 478:7
**20s** 184:20
**21** 159:6 231:6,10 253:16,17 254:3
**21st** 479:21
**237** 271:23 272:23 273:15,18
299:22 300:4 305:19 323:14
**24** 241:19 242:17 243:4
**248** 478:17
**25** 319:6
**258** 478:19
**259** 478:20
**28** 159:10 477:10

**3**

**30** 306:16 375:5
**300** 160:16

**4**

**4** 472:5
**4:19** 437:2,4

**4:25** 437:3
**4:30** 437:6
**4332** 159:6
**4580** 210:22
**48** 241:19 242:18 243:4,20

**5**

**5** 226:23
**5:00** 471:24
**5:07** 471:2
**5:12** 471:4
**5:16** 476:9
**500** 298:23
**55-21** 160:5
**56** 472:8
**5th** 277:18

**6**

**69th** 160:5

**7**

**7** 171:20 226:23
**70** 267:21
**7195** 209:20
**7th** 272:4,24

**8**

**8:50** 472:2
**80** 296:2
**80,000** 296:3
**85** 401:13
**8th** 272:24

**9**

**9** 471:25 472:7
**9/11** 169:9,23 170:2,16
**9:30** 159:11
**9:37** 163:2
**9th** 272:4 274:14,17,22 313:18