1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x
JANE DOE,

                    Plaintiff,
                                1:21-cv-04332
              - against -        (FB)(RML)

NEW YORK CITY DEPARTMENT OF EDUCATION,
MARK WALTZER, DOUGLAS MEINERS, MICHAEL
EISENBERG and JOHN DOES #1 through #2,

                    Defendants.
-------------------------------------x

                    August 24, 2023
                    10:00 a.m.



        DEPOSITION of DOUGLAS MEINERS, a

Non-Party witness herein, taken by the

attorneys for their respective parties, held

via web conference, pursuant to Subpoena, and

held before Karen Viggiano, a Shorthand

Reporter and Notary Public within and for the

State of New York.

2

1

2    A P P E A R A N C E S :

3

4    MUSA-OBREGON LAW PC
     Attorneys for Plaintiff
5           55-21 69th Street, 2nd Floor
            Maspeth, New York 11378
6
     BY:    KARL J. ASHANTI, ESQ.
7

8

9    NEW YORK CITY CORPORATION COUNSEL
     Attorneys for Defendant
10   New York City Department of Education
            100 Church Street
11          New York, New York 10007

12   BY:    JACQUELYN DAINOW, ESQ.
            JOHN J. DOODY, ESQ.
13          File# 2021022733

14

15   STOLL GLICKMAN & BELLINA
     Attorneys for Defendant
16          Mark Waltzer
            300 Cadman Plaza West
17          Brooklyn, New York 11201

18   (NOT PRESENT)

19

20   ALSO PRESENT: MARK WALTZER
                   JANE DOE
21

22

23

24

25

3

1

2                    THE REPORTER:  It is hereby

3          stipulated and agreed by and between

4          counsel for all parties present that

5          this deposition is being conducted

6          remotely by videoconference, and that

7          the court reporter, witness, and all

8          counsel are in separat remote locations

9          and participating via Zoom or any web

10         conference meeting platform under the

11         control of the court reporting agency.

12             It is further stipulated that this

13         videoconference will not be recorded in

14         any manner and that any recording

15         without the express written consent of

16         all parties shall be considered

17         unauthorized, in violation of law and

18         shall not be used for any purpose in

19         this litigation or otherwise.

20             Before I swear in the witness, I

21         will ask each counsel to stipulate on

22         the record that I, the court reporter,

23         may swear in the witness even though I

24         am not physically in the presence of the

25         witness and that there is no objection

4

1

2          to that at this time, nor will there be

3          an objection at a future date.

4               MS. DAINOW: So stipulated.

5               MR. ASHANTI: So stipulated.

6               (Whereupon, the witness presented

7          a state of Michigan driver's license.)

8               MS. DAINOW: Karl, will you be

9          providing me with a copy of the

10         transcript?

11              MR. ASHANTI:  I'm sorry, he's a

12         non-party.

13              MS. DAINOW: Right, but is the

14         answer no?

15              MR. ASHANTI:  No.  He's a

16         non-party.

17              MS. DAINOW: So then we'd like to

18         request a copy of the transcript and

19         also I would like to request that the

20         witness have an opportunity to review

21         the transcript pursuant to federal rules

22         of civil procedure 30 (e)(1.)

23              MR. ASHANTI:  Yes, I'll certainly

24         provide him with a copy.

25              MS. DAINOW: Can you provide him

5

1

2          with a copy through me by counsel?

3               MR. ASHANTI:  Yeah, if you will

4          accept that on his behalf, yes.

5               MS. DAINOW: Yes, then I'm going to

6          cancel my copy.  I will accept Karl's

7          copy on the witness's behalf.

8               MR. ASHANTI:  As long as the

9          witness's okay with that.

10               MS. DAINOW: Mr. Meiners, are you

11          okay with me accepting the transcript on

12          your behalf?

13               THE WITNESS:  Yes.

14               MR. ASHANTI:  Fair enough.

15  D O U G L A S   M E I N E R S, having been

16  first duly sworn by a Notary Public within and

17  for the State of New York, was examined and

18  testified under oath as follows:

19

20  EXAMINATION BY

21  MR. ASHANTI:

22          Q    State your name for the record.

23          A    Douglas Meiners.

24          Q    State your address for the record.

25          A    7076 Cedar Bank Drive, West

6

1                    D. Meiners

2    Bloomfield, Michigan 48324.

3          Q     Good morning, Mr. Meiners.

4          A     Good morning.

5          Q     My name is Karl Ashanti.  I'm

6    counsel for the plaintiff in this action

7    entitled Jane Doe versus the New York City

8    Department of Education, et al.  The plaintiff

9    in this action is listed as a Jane Doe, but her

10   true identity, which will be redacted for

11   purposes of the transcript is L.N., and her

12   maiden name is L.C.  And for purposes of the

13   deposition, I may refer to her as plaintiff.  I

14   may refer to her as L.  I may refer to her

15   either by her current last name N, L.N. or L.C.

16   But if I do any of those purposefully or

17   inadvertently, you will understand that we're

18   referring to a former student of Francis Lewis

19   High School by name of L.C.; is that fair?

20         A     That's fair.

21               MR. ASHANTI:  Miss Reporter, I

22         would ask pursuant to the

23         confidentiality order entered into this

24         and based upon the witness's designation

25         as a Jane Doe as plaintiff, that her

7

                              D. Meiners

1

2          initials be redacted -- that any mention

3          of her name be redacted by through use

4          of initials.

5              THE REPORTER: Okay, got it.

6      Q    So, Mr. Meiners, I would like to

7  go over a few ground rules for the deposition

8  so it can run smoothly as possible.

9              I would first ask that you please

10 keep your voice up so everything that you say

11 can be heard by everyone; and then most

12 importantly the court reporter, so she can, you

13 know, transcribe what you are saying

14 accurately; is that fair?

15     A    Yes.

16     Q    Again, I would also ask you

17 please, you know, give verbal answers to every

18 question.  I know we can see you, but as

19 opposed to head nods or gestures, which, you

20 know, nonverbal responses cannot be transcribed

21 on to the record; is that fair?

22     A    Yes, it is.

23     Q    Okay, great.

24              If I happen to ask you a question

25 that you don't know the answer to, please just

8

1                           D. Meiners

2      state that you don't know.

3              If I happen to ask you a question

4      that you don't remember the answer to, it's

5      perfectly fine to say "I don't remember."

6              I would only ask that if you, you

7      know, give it some thought before you answer

8      with either "I don't know," or "I don't

9      remember"; is that fair?

10         A    Yes.

11         Q    Okay, great.

12             If you happen not to hear any part

13     of a question, I ask that you let me know.

14     I'll be happy to repeat it for you.

15             It's also important that if you

16     happen to not understand any question that I

17     ask you, that you tell me and I will be happy

18     to rephrase it for you; is that fair?

19         A    Absolutely.

20         Q    It's really important that you

21     state if you don't understand a question.

22     Because if you don't say that and you don't

23     understand the question and you give an answer,

24     no one will know that you misunderstood and,

25     you know, the transcript will reflect as if you

9

1                          D. Meiners

2     did understand.  So do you understand that

3     instruction?

4          A    I do.

5          Q    It's also important that we speak

6     one person at a time so, you know, everything

7     can be transcribed clearly and accurately.  So

8     please wait until I finish each one of my

9     questions before you begin your answer and I,

10    in turn, will wait until you finish each one of

11    your answers before I begin my next question;

12    is that fair?

13         A    Yes, it is.

14         Q    Okay, great.

15              Do you understand that you've

16    taken an oath to tell the truth here today

17    during this deposition?

18         A    I do.

19         Q    Do you understand that the oath

20    that you swore to is the same oath and has the

21    same legal effect as an oath by any witness in

22    a courtroom before a judge and jury?

23         A    I understand that.

24         Q    And that your answers are being

25    given today under penalty of perjury for

10

1                        D. Meiners

2    anything that is not truthful; do you

3    understand?

4           A    I understand.

5           Q    After the deposition is concluded,

6    as alluded to earlier by Ms. Dainow, there will

7    be a transcript of your testimony and I will

8    receive that transcript and I, in turn, because

9    you consented to Ms. Dainow accepting it on

10   your behalf, I will provide it to her.  She, in

11   turn, will provide it to you and you'll be able

12   to review the transcript of your testimony.  Do

13   you understand?

14          A    I do.

15          Q    At that point in time you can

16   refer the transcript for any errors that you

17   find.  Anything that you might believe that

18   point in time was transcribed inaccurately or

19   something regarding an answer that you gave

20   that was accurate but that you, you know, in

21   hindsight believe was somehow incomplete or

22   needs some modification.  You will then be

23   asked to sign it and return it with any

24   correction that you make.  Do you understand

25   that?

11

1                        D. Meiners

2          A     I do.

3          Q     However, you should know that if

4    you do make any change to the transcript at

5    that point in time that the corrections that

6    you make, and the fact that you made a change

7    to the transcript is something I could

8    potentially comment on at trial in this action.

9    Do you understand?

10         A     I do.

11         Q     If at any point in time during

12   your testimony you realize that an answer that

13   you've already given is somehow inaccurate or

14   incomplete and you would like to revise an

15   answer, please just let me know and you'll be

16   given that opportunity, okay?

17         A     Okay.

18         Q     If you need to take a break at any

19   point in time, please just let me know.  I

20   certainly want you to be comfortable.  So if

21   you do need a break, just let me know and it

22   will be freely given.

23              I would only ask that if I've

24   already asked you a question, that you answer

25   the question before seeking to take a break,

12

1                        D. Meiners

2    okay?

3         A     Okay.

4         Q     Is English your first language?

5         A     Yes.

6         Q     And do you understand the rules of

7    the deposition as I've explained?

8         A     I believe I do.

9         Q     Okay, great.

10             Is there any reason that you

11   cannot testify truthfully and accurately and

12   completely here today?

13        A     No.

14        Q     Do you have any physical or mental

15   condition that could interfere with your

16   ability to testify here today?

17        A     I don't believe so.  No.

18        Q     Have you taken any medications in

19   the last 24 hours that could interfere with

20   your ability to testify here today?

21        A     No.

22        Q     Have you been prescribed any

23   medication that you take on a daily basis that

24   you failed to take today?

25        A     I've been given prescription

13

1                        D. Meiners

2    medication for a heart murmur.

3              MS. DAINOW:  Actually, before we go

4         into this.  Mr. Meiners could answer yes

5         or no to the question.  It was just a

6         yes or no question.  So I object.

7              MR. ASHANTI:  It is relevant and I

8         would ask you not interrupt the witness.

9         Q    The medication that you've

10   mentioned for your heart murmur, is that a

11   medication that you failed to take today or

12   have you taken it?

13        A    I take it if I have like anxiety.

14        Q    So it's just basically as needed.

15   You don't necessarily have to take it every

16   day; is that fair?

17        A    That's fair.

18        Q    If at any point in time you do

19   need to take a break for that reason or for any

20   other reason, you'll be given that opportunity,

21   okay?

22        A    Okay.

23        Q    Have you consumed any alcohol in

24   the last 24 hours?

25        A    No.

14

                              D. Meiners

1

2        Q    Have you consumed any illegal

3   narcotics in the last 24 hours?

4        A    No.

5        Q    Have you consumed marijuana in the

6   last 24 hours?

7        A    No.

8        Q    The gathering for which we are

9   here today, albeit virtually is called a

10  "deposition."  Have you ever appeared for a

11  deposition before today?

12       A    No.

13       Q    Have you ever testified as a

14  witness in a civil case before today?

15       A    No.

16       Q    Have you ever testified as a

17  witness in a criminal case before today?

18       A    No.

19       Q    Have you ever been a plaintiff in

20  a lawsuit, meaning the person suing another

21  person or people or entity?

22       A    No.

23       Q    Have you ever been a defendant in

24  a lawsuit before today, meaning the person or

25  company being sued by someone else?

15

1                        D. Meiners

2          A    No.

3          Q    Before this deposition began, did

4     you have any discussion with Ms. Jacquelyn

5     Dainow today?

6          A    No.

7               MS. DAINOW: Objection.  You're

8          asking about attorney/client privilege

9          communications.

10              MR. ASHANTI:  He's a non-party.

11              MS. DAINOW: He's my client.

12              MR. ASHANTI:  So you're

13         representing him at this deposition is

14         your claim?

15              MS. DAINOW: Yes, I am.  He's still

16         my client even though.

17              MR. ASHANTI:  That's fine.

18         Q    Without revealing anything ever

19    said to Ms. Dainow or Ms. Dainow said to you,

20    as Ms. Dainow knows, it's very common for

21    attorneys at the law department to ask these

22    kinds of questions without delving into the

23    substance of attorney/client communications;

24    did you have a conversation before today's

25    deposition today with Ms. Dainow?

1                    D. Meiners

2              MS. DAINOW: Objection.  No, we're

3         not going into this line of questioning.

4              MR. ASHANTI:  I'm not asking about

5         what you said.

6         Q    I'm asking if you had a

7    conversation, yes or no?  You can answer.

8              MS. DAINOW: Fine.  You can answer.

9         A    Yes.

10        Q    Was that conversation by

11   telephone?

12             MS. DAINOW: Objection.  We're not

13        going into this line of questioning.

14        I'm blocking all of these questions.

15        This is protected by attorney/client

16        privilege.

17             MR. ASHANTI:  No, it's not.  The

18        fact of the communication is not.  It's

19        the kind of question the law department

20        attorneys ask all the time.  You know

21        this.  So stop, okay?  I've already

22        instructed him not to reveal anything

23        you've ever said to him or anything else

24        ever said to you.

25             MS. DAINOW: Why is it relevant how

17

1                         D. Meiners

2            he communicated with his attorney?

3                 MR. ASHANTI:  I'll skip that

4            question.  But I'm still entitled to

5            know this kind of information.

6                 MS. DAINOW: Ask the next question.

7            We'll see.

8                 MR. ASHANTI:  I want to establish

9            what kind of communication.  If email, I

10           want to establish if other people are on

11           the email.

12           Q    So what kind of communication did

13    you have with Ms. Dainow without revealing

14    anything she said to you or anything you said

15    to her?

16                MS. DAINOW: No.  We're not doing

17           this.  You can ask whether or not he had

18           a communication with anyone else in

19           preparation for his deposition other

20           than his attorney and that's the only

21           question you can ask him.

22                MR. ASHANTI:  No.  I can ask a

23           question if during a meeting with you

24           anyone else was present, or verbally, or

25           by communication by email.  So if you

18

D. Meiners

1       want to call the court now we'll get it

2       out of the way.

3       MS. DAINOW: If you want to ask him

4       if anyone was present?

5       MR. ASHANTI:  That's the whole

6       point.  I'm setting a foundation.  I'm

7       not asking -- I'm directly telling him

8       not to say anything you ever said to him

9       or he's ever said to you.

10      MS. DAINOW: You asked was anyone

11      present for your communication with your

12      attorney.

13      MR. ASHANTI:  I want to know

14      whether it was email or whatever.  So if

15      it was email, I'll ask for the email if

16      somebody else was on it who's not a

17      party of the law department.  So please

18      stop being obstructive.  I'm telling him

19      not to reveal any privileged

20      communication.  I'm directly telling him

21      that, okay?  You know you do this all

22      the time in depositions.  You're being

23      obstructive.

24      MS. DAINOW: Excuse me.  What do I

19

1                          D. Meiners

2           do all the time in depositions?

3                    MR. ASHANTI:  Moving on.

4                    MS. DAINOW: No, we're not.

5                    MR. ASHANTI:  We're moving on.

6                    MS. DAINOW: No, we're going to

7           make a record.  We're not having any --

8                    MR. ASHANTI:  Stop cluttering the

9           record.  You want me to delve more --

10                   MS. DAINOW: Miss Court Reporter --

11                   MR. ASHANTI:  I am moving on,

12          okay?  Let's go off the record.

13                   MS. DAINOW: No, we're not.

14                   MR. ASHANTI:  Off the record.

15                   (Discussion is held off the

16          record.)

17          Q    Mr. Meiners, who is your counsel

18     here today?

19          A    My counsel?

20          Q    Yes.  Attorney.

21          A    Jacquelyn and John.

22          Q    Did you speak with anyone besides

23     Jacquelyn and John in preparation for today's

24     deposition?

25                   MS. DAINOW: Hold on.  I said you

20

1                          D. Meiners

2          can go with a different line of

3          questioning.

4              MR. ASHANTI:  It is a different

5          line of questioning.  I'm not asking

6          about you or John or anyone from the law

7          department.  What do you mean?

8              MS. DAINOW: Okay, what's the

9          question?  Go ahead.

10             MR. ASHANTI:  Read it back.

11             (Record read.)

12      A    I did.

13      Q    Who else?

14      A    Sharon and Caroline.

15             MS. DAINOW: By counsel, Sharon and

16      --

17             MR. ASHANTI:  You're answering for

18      the witness.  I'm going to ask the

19      witness.

20      Q    Who are you referring to when you

21   say Caroline and Sharon, who are they?

22      A    Sharon Sprayray (phonetic) and

23   Caroline, I don't recall her last name.

24      Q    Who does she work for, Caroline?

25      A    I believe they both work for the

21

1                          D. Meiners

2      Department of Education.

3              Q      So anyone besides an attorney or

4      someone from the attorney's office representing

5      the Department of Education?

6              A      No.

7              Q      Have you ever testified in court?

8              A      I have not.

9              Q      Have you ever been subject of an

10     order of protection or restraining order?

11             A      No.

12             Q      Have you ever been convicted of a

13     crime?

14             A      No.

15             Q      So how did you learn about today's

16     deposition?

17             A      Well, I received a package in the

18     mail, I guess, almost two years ago.

19             Q      At that point in time were you a

20     defendant in this lawsuit?

21             A      I was.

22             Q      Is it your understanding that now

23     you're no longer a defendant in this lawsuit?

24             A      I understand that.

25             Q      Did you review any documents in

1                         D. Meiners

2    preparation for today's deposition?

3         A    Repeat that, please.

4         Q    Did you review any documents in

5    preparation for today's deposition?

6         A    I did not.

7         Q    Did you review any videos in

8    preparation for today's deposition?

9         A    I did not.

10        Q    Did you review any photographs in

11   preparation for today's deposition?

12        A    I did not.

13        Q    You gave your address as 7076

14   Cedar Bank Drive; is that fair?

15        A    That's correct.

16        Q    Do you live with anyone at that

17   address?

18        A    My family.

19        Q    Who does your family consist of?

20        A    My wife, my two daughters and my

21   son.

22        Q    What's your wife's name?

23        A    Lisa.

24        Q    That would be Lisa Meiners?

25        A    Correct.  Lisa Meiners.

23

1                    D. Meiners

2        Q    How old are your children?

3        A    My children are 17, 14 and 12.

4        Q    What's the name of the

5    17-year-old?

6        A    M.

7        Q    M.M.?

8        A    Yes.

9        Q    And what's the name of the

10   14-year-old?

11       A    C.

12            MS. DAINOW: Actually, I would just

13       ask that only the initials show up on

14       record for any children who are under

15       the age of 17.

16            MR. ASHANTI:  We can do it for all

17       children.  That's fine with me.

18       Q    The 14-year-old name?

19       A    R.

20       Q    R.M.?

21       A    R.M.

22       Q    And your 12-year-old name?

23       A    R is the 12-year-old boy.

24       Q    I was asking about the

25   14-year-old.

24

1                              D. Meiners

2          A    C is the 14-year-old girl.

3          Q    And R is the 12-year-old son?

4          A    That's correct.

5          Q    And it's C.M.?

6          A    C.M., yeah.

7          Q    Have you ever discussed this

8    lawsuit with your wife, Lisa?

9              MS. DAINOW: Objection.  Spousal

10             privilege.

11             MR. ASHANTI:  I'm just asking.

12             I'm not asking what the subject matter

13             was.  It's not a criminal matter.

14             MS. DAINOW: It doesn't matter.

15             Those communications are protected.

16             I'll allow you to ask him yes or no

17             questions.  Beyond that content if

18             there's a yes to that question, he is

19             not going to be disclosing.

20             MR. ASHANTI:  We'll mark that for

21             a ruling.

22         Q    In terms of the question that was

23    asked was, have you ever discussed this

24    litigation with your wife, Lisa, you can answer

25    it.

25

1                    D. Meiners

2          A    Yes.

3          Q    Have you ever discussed this

4    litigation with any of your three children?

5          A    No.

6               MS. DAINOW: Same objection.

7               MR. ASHANTI:  They are not married

8          to him.

9               MS. DAINOW: Right, but it's

10         family.

11              MR. ASHANTI:  We'll mark that for

12         a ruling.

13         Q    How many times have you discussed

14   the case with your wife, Lisa?

15         A    Maybe three or four times.

16         Q    When was the most recent time?

17         A    Two days ago.

18         Q    Were you aware two days ago that

19   you were no longer a defendant in this lawsuit?

20         A    Yes, I was.

21         Q    Did you view any photographs in

22   preparation for today's deposition?

23         A    Repeat that, please.

24         Q    Did you view any photographs in

25   preparation for today's deposition?

26

1                          D. Meiners

2          A     No.

3          Q     Did anyone read any documents to

4    you in preparation for today's deposition?

5          A     No.

6          Q     Did anyone show you any

7    photographs in preparation for today's

8    deposition?

9          A     No.

10         Q     Other than your wife, Lisa and

11   your children, did you discuss today's

12   deposition with any family members?

13              MS. DAINOW: Objection to form.

14         That's not his testimony.  He testified

15         that he discussed this case not in

16         preparation for his deposition.

17              MR. ASHANTI:  Okay.

18         Q     Did you discuss this lawsuit with

19   any family members besides your wife, Lisa?

20         A     No.

21         Q     Have you ever discussed this

22   deposition with anyone besides a person who's

23   represented you as counsel or your wife, Lisa?

24         A     No.

25              MS. DAINOW: Can I interject for a

27

D. Meiners

2    second, Karl?  Since it seems like all

3    the questions regarding, you know,

4    communications about this lawsuit and in

5    preparation for this deposition have

6    seemingly been answered, do you still

7    want to have the judge rule on whatever?

8        MR. ASHANTI:  Yes, I do.

9        MS. DAINOW: Okay, go ahead.

10    Q    When were you and your wife, Lisa

11 married?

12    A    29 years ago.

13    Q    So 1994?

14    A    I believe that's correct.

15    Q    Is anyone in the room with you as

16 you're testifying right now?

17    A    No.

18    Q    You've been married to your wife,

19 Lisa continuously since then?

20    A    That's correct.

21    Q    Have you ever sent any written

22 communications either handwritten or

23 electronically to anyone regarding this lawsuit

24 besides your attorneys?

25    A    No.

1                        D. Meiners

2           Q     Have you ever created any notes

3    for yourself regarding this lawsuit?

4           A     No.

5           Q     Have you ever sent any text

6    messages regarding this lawsuit?

7           A     No.

8           Q     Have you ever been known by any

9    name besides Douglas Meiners?

10          A     No.

11          Q     Do you ever go by any nicknames?

12          A     DJ.

13          Q     Who calls you DJ?

14          A     My aunt.

15          Q     Anyone else?

16          A     My mother.

17          Q     Does anyone besides family call

18   you DJ?

19          A     No.

20          Q     Do you ever go by Doug?

21          A     Yes.

22          Q     Do you ever put Doug Meiners on

23   any official documents?  Or is it always

24   Douglas?

25          A     Douglas.

29

                              D. Meiners

1

2        Q     Do you have a middle name?

3        A     Joseph.

4        Q     What's your date of birth?

5        A     XX-XX-61.

6              MS. DAINOW: Can we have only the

7        year on the record?

8              MR. ASHANTI:  Okay.

9        Q     What's your Social Security

10   number?  We'll only put the last four on the

11   record.

12       A     I need to look it up.

13       Q     Do you remember the last four?

14       A     8408.

15       Q     So we'll leave a space in the

16   record.  Can you provide that through counsel

17   to me at a later point in time; is that fair?

18       A     Sure.

19   INSERT: _____

20             MS. DAINOW: Just to clarify since

21        we don't want it on the record period,

22        this would be in some form of letter?

23             MR. ASHANTI:  Yes.  I said through

24        counsel.

25             MS. DAINOW: Okay, that's fine.

30

1                         D. Meiners

2          Q    How long have you lived at your

3   current address?

4          A    I believe we've been here -- I

5   think we're going on 20 years now.

6          Q    So what year did you move to your

7   current address?

8          A    2001.

9          Q    You're pretty sure it's 2001?

10         A    Yes.

11         Q    So approximately 22 years?

12         A    22 years.

13         Q    Where did you live immediately

14  before your current address?

15         A    Virginia.

16         Q    What's the address in Virginia?

17         A    So we spent two years in Virginia;

18  so that's why I said 20 years.

19         Q    So you would like to modify your

20  prior answer?

21         A    Correct.

22         Q    So let's backtrack a little bit.

23  When did you move to your current address in

24  Michigan?

25         A    So we moved to Virginia in 2021.

31

                                    D. Meiners

1

2    We spent two years there.

3            Q    You said 2021.  Let's just

4    backtrack.  I'll just ask you the question and

5    we'll clarify.  Just follow along with me?

6            A    Go ahead.

7            Q    When did you move to your current

8    address?

9            A    So we moved here in -- must have

10   been 2023.  What am I saying?

11           Q    You are saying 2023.  You mean

12   2003?

13           A    2003.

14           Q    So you believe it was 2003?

15           A    Approximately, yes.

16           Q    Where did you live immediately

17   before your current address where you moved to

18   in 2003?

19           A    So before we moved to Michigan?

20           Q    Yes.  So you lived at your current

21   address since 2003, correct?

22           A    Correct.

23           Q    Where did you live immediately

24   before that?

25           A    Virginia.

32

1                    D. Meiners

2          Q     Where did you live in Virginia?

3          A     I lived in a town called

4   Midlothian.

5          Q     Can you spell that?

6          A     M-I-D-L-O-T-H-I-A-N.

7          Q     What was your address in

8   Midlothian?

9          A     Craystone Circle, but I don't

10  remember the numbers.

11         Q     It's fine.  If we left a space in

12  the record, would you be able to provide that

13  at a later point in time?

14         A     Sure.

15  INSERT: _____

16         Q     How do you spell Craystone?

17         A     C-R-A-Y-S-T-O-N-E.

18         Q     Craystone Circle was it?

19         A     Correct.

20         Q     Do you remember the ZIP code?

21         A     No.

22               MR. ASHANTI: We'll leave a space

23         in the record.  You can provide that

24         full information later.

25  INSERT: _____

33

                              D. Meiners

1

2          Q    How long did you live at Craystone

3     Circle in Virginia?

4          A    Two years.

5          Q    So you moved to that address in

6     2001?

7          A    That's correct.

8          Q    Where did you live immediately

9     before that?

10         A    Little Neck, Long Island, Queens.

11         Q    So you lived in Little Neck,

12    Queens.  What was your address in Little Neck,

13    Queens?

14         A    I don't remember.  I'd have to

15    look it up.

16         Q    So we'll leave a space in the

17    record.  Can you provide that at a later point

18    in time; is that fair?

19         A    That's fair.

20    INSERT: _____

21         Q    How long did you live at that

22    address, whatever it was in Little Neck,

23    Queens, approximately?

24         A    Well, I rented the house for, I

25    think, two years I want to say.  And then they

34

1                         D. Meiners

2      decided that they wanted to sell and we bought

3      the house.

4           Q    So the sale of the house then did

5      not interrupt your living there; is that fair?

6           A    That's correct.

7           Q    So you lived there continuously

8      despite the sale of the house from the prior

9      owner to you; is that fair?

10          A    Repeat that, please.

11          Q    So you lived in the house

12     continuously despite the sale of the house from

13     the prior owner to you; is that correct?

14          A    That's correct.

15          Q    So approximately how many years

16     did you live continuously in the address in

17     Little Neck, Queens, approximately?

18          A    I believe I was there for four

19     years.

20          Q    So would it be fair to say that

21     you lived there from approximately 1997 to

22     2001?

23          A    I think that's accurate.

24          Q    Do you recall what month in 2001

25     you moved from Queens to Virginia?

35

                              D. Meiners

1

2          A    I believe we were officially in

3     the house in Virginia in July of 2001.

4          Q    So you moved from Queens to

5     Virginia in July of 2001?

6          A    That's correct.

7          Q    Did you attend college?

8          A    I did.

9          Q    Where did you go to college?

10         A    I started off at Nassau Community

11    College, and ultimately I was able to transfer

12    into Hofstra.

13         Q    Did you obtain any sort of degree

14    from Nassau Community College?

15         A    Actually, I never got any kind of

16    -- I didn't get a certificate from them.  I

17    just had to get my grade point average up to be

18    accepted into Hofstra full time.

19         Q    Did you obtain a degree from

20    Hofstra?

21         A    That's correct.

22         Q    Bachelor's degree?

23         A    That's correct.

24         Q    When did you obtain that?

25         A    I believe it was 1994, I want to

36

                                    D. Meiners

2    say.

3           Q       What was your degree in?

4           A       It was a bachelor's of science in

5    education.

6           Q       Did you obtain any higher degree

7    other than your bachelor's such as a master's

8    or a Ph.D.?

9           A       I was on my way to finishing my

10   master's at Adelphi and I was about 6 credits

11   short and I didn't finish it.

12          Q       When did you attend Adelphi?

13          A       I attended Adelphi right after

14   Hofstra.  So started going there part time

15   after I graduated from Hofstra.

16          Q       You started your master's degree

17   at Adelphi in, roughly, 1994?

18          A       I'd have to check my records.  I'm

19   not exactly 100 percent sure that I graduated

20   Hofstra in 1994.  I'm pretty sure I did.

21          Q       Whatever year you did graduate

22   from Hofstra, did you start attending Adelphi

23   that same year?

24          A       As soon as I finished Hofstra, I

25   started working on my master's at Adelphi

37

                              D. Meiners

1

2    pretty much.

3          Q    Is there a particular reason that

4    you did not complete your master's at Adelphi?

5          A    We moved.  I just didn't get it

6    done.

7          Q    You moved from where to where

8    around that time?

9          A    I got involved in teaching full

10   time at Francis Lewis and that was interrupting

11   my ability to go to school.

12         Q    When did you begin teaching at

13   Francis Lewis High School?

14         A    I believe it was the fall of 1997.

15         Q    Do you still teach at Francis

16   Lewis High School?

17         A    Do I still teach there?

18         Q    Yes.

19         A    No.

20         Q    When did you stop teaching at

21   Francis Lewis High School?

22         A    I stopped teaching there in -- my

23   last couple days was June of 2001.

24         Q    Have you ever served in the

25   military?

38

                          D. Meiners

1

2        A     No.

3        Q     Are you currently employed?

4        A     I am not.

5        Q     Would you describe your current

6   employment status as retired or something else?

7        A     I have many jobs here at this

8   house.  I'm retired though.  I look after the

9   children.  I drive them.  I take them to games

10  and parks and activities.  And I help manage

11  the house here.  I've been a stay-at-home dad

12  ever since we moved to Michigan with the

13  children.

14       Q     So you've been a stay-at-home dad

15  since 2003?

16       A     Since our first child was born in

17  -- she's 17 now.  Would that be 2003?

18       Q     No.  So you mentioned that you've

19  been a stay-at-home dad since you moved to

20  Michigan.  And I recall you mentioning that you

21  moved to Michigan in 2003.  But in 2003, you

22  did not have any children; is that correct?

23       A     I don't believe the first baby was

24  born.

25       Q     2003 was 20 years ago.

39

1                            D. Meiners

2          A     So we were here a couple years

3    before the first child, yeah.

4          Q     When did you become a stay-at-home

5    dad in relation to the birth of your first

6    child?

7          A     Well, as soon as she was born,

8    that became my responsibility.

9          Q     So upon the birth of your first

10   child, you became a stay-at-home dad; is that

11   fair to say?

12         A     That's fair to say.

13         Q     Immediately before the birth of

14   your first child, were you employed?

15         A     No.

16         Q     Have you ever been employed in the

17   state of Michigan, meaning a job for which you

18   receive payment?

19         A     No.

20         Q     Were you employed while you lived

21   in Virginia?

22         A     No.  I did submit paperwork to

23   substitute teach at the local schools but I

24   didn't get called.

25         Q     That would be in Virginia?

40

1                          D. Meiners

2          A    Correct.

3          Q    What school district was that

4    with?

5          A    I guess it was Midlothian School

6    District.  The local schools.

7          Q    So you were on some list for which

8    you just never got called to substitute teach,

9    or did you not make whatever list they may

10   have?

11         A    I filled out the paperwork and I

12   never got called.  I don't think -- I don't

13   know I was on any kind of list.  I guess they

14   just didn't need help.

15         Q    So is it your testimony that the

16   last employment you had was as a teacher at

17   Francis Lewis High School?

18         A    That's correct.

19         Q    Have you ever worked for the New

20   York City Department of Education in any other

21   capacity besides as a teacher at Francis Lewis

22   High School?

23         A    We had a very close friend of the

24   family that ran a program called Head Start in

25   New York and I volunteered my time there with

41

                              D. Meiners

1
2    the children prior to working at Francis Lewis.

3          Q    Is that affiliated with the New

4    York City Department of Education?

5          A    Head Start?

6          Q    Yes, whatever program you

7    volunteered for.  Head Start.

8          A    I believe it is.  I believe Head

9    Start is part of the Department of Education.

10         Q    Did you receive payment for that

11   work?

12         A    I'm sorry?

13         Q    Did you receive payment for that

14   work?

15         A    No.  Just a volunteer.

16         Q    So did you ever work at any other

17   high school or any other school period besides

18   Francis Lewis High School on behalf of the

19   Department of Education, New York City

20   Department of Education?

21         A    No.

22         Q    Did you ever work as a teacher in

23   any school district besides the New York City

24   Department of Education?

25         A    Yes.

42

1                          D. Meiners

2          Q     What other school districts did

3     you work?

4          A     I worked at Jericho High School on

5     Long Island.

6          Q     Anywhere else?

7          A     No.

8          Q     Did your employment at Jericho

9     High School overlap with your employment at

10    Francis Lewis High School?

11         A     Yes, it did.

12         Q     When did you start working at

13    Jericho High School?

14         A     Well, I was there for 10 years

15    subbing and coaching.  So I believe I started

16    around 1990, I want to say.

17         Q     Back in 1990, when you first

18    started at Jericho High School, what was your

19    title of employment?

20         A     I was a substitute teacher and the

21    fencing coach.

22         Q     What subject or subjects were you

23    a substitute teacher for at Jericho High School

24    in 1990?

25         A     Physical education.

43

                              D. Meiners

1

2          Q     Did you teach any other classes

3   besides physical education while you were

4   employed by Jericho High School?

5          A     No.

6          Q     When did your employment at

7   Jericho High School end?

8          A     I believe it ended in 2001.  I was

9   able to coach fencing at Jericho and Francis

10  Lewis because the two sports did not conflict

11  with one another; so I was coaching the two

12  teams.

13         Q     You mentioned two sports but what

14  other sports besides fencing did you teach?

15         A     I coached fencing and then the

16  last year I was at Francis Lewis we got

17  together all the teachers and the athletic

18  director said, I need someone to coach golf.

19  My hand went up and I started a golf program.

20  So I coached golf the last year that I was

21  there.

22         Q     Would that be the school year 2000

23  to 2001?

24         A     I believe that would be the dates.

25         Q     Did you ever teach golfing at

44

1                           D. Meiners

2      Jericho High School?

3           A      No.

4           Q      Have you ever worked at any other

5      schools in your entire lifetime besides Jericho

6      High School and Francis Lewis High School?

7           A      Well, I ran a summer camp program

8      at Hofstra University that started in 1987, I

9      want to say.

10          Q      You founded that program?

11          A      The way it went down was the

12     gentleman that ran the camp, Sye Levinger, he

13     called me into the office when I was applying

14     for a position and he said, "I need someone to

15     run the program for children that are

16     non-athletic type.  Is this something you think

17     you can handle."  And I said it was.  And I

18     started the program as an assistant director

19     and ultimately, I became the director of the

20     program and I stayed there until -- I was there

21     with them until the end of -- until we moved in

22     July.

23          Q      July of what year?

24          A      That would be 2001.

25          Q      So you worked as a summer camp

45

                            D. Meiners

1                           D. Meiners

2    first assistant director and then director at

3    Hofstra from 1987 until 2001; is that correct?

4           A    That's correct.

5           Q    Was that a paid position?

6           A    Yes.

7           Q    What years were you assistant

8    director?

9           A    Well, I started off the first

10   maybe two years as assistant and they promoted

11   me to director.  I also taught tennis there.

12   The athletic development program was a six-week

13   program that started in June and ended the

14   first week of August.  They moved me into

15   tennis and I would teach two weeks of tennis.

16          Q    What year was that?

17          A    That was like the last four or

18   five years that I was there.  So I want to say

19   sometime around 1996, 1995, maybe.

20          Q    Your worked for the summer

21   program, summer camp at Hofstra, was that

22   always only during the summer?

23          A    Yes.  I also taught adult

24   education tennis at night.

25          Q    Where?

46

1                          D. Meiners

2          A    At Hofstra.  They had a continuing

3    education program and tennis was a -- beginner

4    tennis was one of the classes that I was asked

5    to teach.

6          Q    When did you teach that adult

7    education tennis program at Hofstra, what year?

8          A    It would be around the last couple

9    of years before we moved.  So, you know, 1998,

10   1999.

11         Q    So from, roughly, 1998 until 2001;

12   is that fair?

13         A    Approximately.

14         Q    Was that a paid position?

15         A    Yes, it was.

16         Q    You mentioned that it was at

17   night.  Was it only at night?

18         A    It was in the early evenings.

19   5:00 or 6:00 at night for one hour.

20         Q    So besides fencing, tennis and

21   golf, did you ever teach any other sports?

22         A    No.  I did one year of baseball at

23   Jericho.  One year of 9th grade baseball.

24         Q    What year was that?

25         A    I'm not really sure.

47

D. Meiners

2    Q    Was that closer to the beginning
3  of your employment at Jericho or closer to the
4  end?

5    A    It was more in the middle.

6    Q    So some time in the 1990s?

7    A    Yes.

8    Q    So your entire time teaching at
9  Francis Lewis High School, you've always taught
10  at Jericho High School; is that correct?

11    A    I taught the fencing program in
12  the wintertime.

13    Q    Where?

14    A    I'm sorry?

15    Q    I was asking you where.  Was that
16  at Jericho?

17    A    At Jericho, correct.  I'm just
18  having trouble remembering if Francis Lewis was
19  winter sport and Jericho was the fall sport or
20  vice versa.

21    Q    So when your employment at Francis
22  Lewis High School and Jericho High School
23  overlapped, is it your testimony, is it correct
24  that you did not teach at both high schools
25  during the same semesters, or were there some

48

                              D. Meiners

1

2    semesters where you taught at both high

3    schools?

4         A     They did not overlap.  One program

5    ended and the other one began.

6         Q     So you alternated semesters in

7    terms of teaching these various sports and

8    physical education between Francis Lewis High

9    School and Jericho High School; is that fair?

10        A     That's correct.

11        Q     Was your employment as a fencing

12   coach at Jericho High School the first

13   employment that you had teaching fencing?

14        A     It was.

15        Q     Where did you learn to fence?

16        A     Well, fencing was offered as an

17   elective at Hofstra as part of the -- all of

18   the different programs that I was involved in

19   for my degree, fencing was one of the electives

20   I was able to take and I excelled at.

21        Q     So for how many years did you

22   study fencing or take fencing prior to becoming

23   a fencing coach at Jericho High School?

24        A     Could you repeat that, please?

25        Q     Sure.

49

                          D. Meiners

1

2                  For how many years did you study

3       fencing before becoming a fencing coach at

4       Jericho High School?

5            A     Actually, it was one semester or

6       one term of fencing at Hofstra and the woman

7       teaching the course said, "Doug, there's an

8       opening at Jericho.  I want you to go down

9       there and get this job.  You can do this."  So

10      I said, "Okay, I'll try."  And so I went down.

11      Fencing coaches are kind of rare at the time.

12      They hired me.  They gave me a shot.  They gave

13      me a try-out and, you know, I struggled the

14      first year as a new coach.  I did not really

15      have the experience that the other coaches had

16      because a lot of other coaches coached in

17      college or went to college for fencing.  So we

18      took a beating the first couple of years until

19      I found this fencing club on Long Island and I

20      joined the club and started taking lessons

21      myself and that's when we started to get it

22      together.

23           Q     When did you start teaching

24      fencing at Francis Lewis High School?

25           A     It was the first year that I came

50

```
 1                    D. Meiners
 2    on board.  We were doing a clean-up under the
 3    -- in the basement of the girls locker room.
 4    We were down there.  All the teachers had
 5    gotten together to do a clean-up down there.
 6    And we discovered all of these old fencing
 7    equipment that they had.  And they had a ton of
 8    it.  So I told my athletic director, I said, "I
 9    can coach fencing."  And I said, "I would love
10    to teach fencing as an elective at the school."
11    And so I took home all that equipment.  I
12    cleaned it up.  I washed all the jackets.  I
13    sanded the foils off by hand.  I got all the
14    equipment ready and we decided to offer it to
15    juniors and seniors as an elective for the
16    kids.
17         Q    Was that during the 1997-1998
18    school year?
19         A    I believe it was.  We got it off
20    very quickly.
21         Q    So by that time had you been
22    coaching fencing for seven years; is that fair?
23         A    At Francis Lewis?
24         Q    No, in general.  You've been a
25    fencing coach for seven years at that point.
```

51

D. Meiners

2    A    That sounds about correct.  Yeah.

3    Q    And it was an elective at Francis

4  Lewis High School?

5    A    It started out as elective and I

6  think -- and then the season went very well and

7  I said -- I found out that they had fencing

8  teams at some of the other schools.  So I said,

9  "Why don't we have a fencing team?  Let's start

10  a team here."  And we did.  I started coaching

11  the team.

12    Q    So did students at Francis Lewis

13  High School if they wanted to be on the fencing

14  team, did they have to try out?

15    A    I took everybody.  Anybody that

16  was willing to be on the team if you showed up

17  for practice, you were on my team.  That didn't

18  guarantee that you were going to get, you know,

19  playing time on the varsity squad.  But I

20  didn't turn anybody away.

21    Q    So aside from the team activities,

22  did you also coach fencing for students who

23  maybe wanted to learn fencing but didn't want

24  to compete?

25    A    Yes.

52

D. Meiners

1       Q    At Francis Lewis High School

3    beside teaching fencing and golf, did you teach

4    any other sports at Francis Lewis High School?

5       A    No.

6       Q    Did you teach general physical

7    education at Francis Lewis High School, like

8    regular gym class?

9       A    Yes, I did.

10      Q    For what years did you just teach

11    regular gym class at Francis Lewis High School?

12      A    Right from the get-go I had, you

13    know, a full schedule.  I was teaching almost

14    every period.  9th and 10 graders basic skills

15    classes, I want to say they were called.  We

16    did calisthenics.  We did running.  And then I

17    had an adaptive PE class.  I worked with, you

18    know, challenged kids one period.  I had two,

19    maybe three health classes.  I forget exactly

20    how many.  But I was working every period of

21    the day pretty much.

22      Q    Did you start teaching general gym

23    classes at Francis Lewis High School in the

24    fall semester of 1997?

25      A    I did.

53

D. Meiners

1

2      Q    Did you continue in that capacity

3  until you left Francis Lewis High School in

4  June of 2001?

5      A    I did.

6      Q    Did you ever teach any academic

7  classes at Francis Lewis High School?

8      A    Besides health?

9      Q    Besides health.

10      A    No.

11      Q    What did you teach in terms of

12  health class?  Like what did that consist of?

13      A    Well, just followed the basic

14  health curriculum.  I followed a guidebook.  I

15  went through that.  It was very challenging for

16  me.  I wasn't comfortable with it at all.  But

17  I got through it.  I followed the curriculum

18  and I can't say specifically what I taught,

19  but...

20      Q    Was it closer to biology or closer

21  to --

22      A    We talked about nutrition.  We

23  talked, you know, diet and exercise.  We had

24  films about, you know, I guess, like safety

25  involved in intimacy as adults, you know.  The

54

1                         D. Meiners

2    human biology, I guess.

3           Q    So things like nutrition and human

4    biology, things of that nature?

5           A    Yes.

6           Q    Was health class elective or

7    mandatory for certain students?

8           A    It was mandatory.

9           Q    For which grades?

10          A    All of the grades.

11          Q    Were you the only health teacher

12   or were there others?

13          A    No, we all had to teach health.

14   All the teachers.

15          Q    Were you the only fencing teacher

16   at Francis Lewis High School during your time

17   there?

18          A    Yes, I was.

19          Q    Were you the only fencing coach of

20   the team during your time there?

21          A    Yes, I was.

22          Q    Besides the team activities, was

23   fencing always an elective or was it ever

24   mandatory for any certain students at Francis

25   Lewis High School?

55

D. Meiners

1

2    A    I believe it was an elective.  I

3    believe you had to have a certain grade point

4    average to get into the class.

5    Q    So it was never required for any

6    student at Francis Lewis High School to take

7    fencing class?

8    A    No.  We offered several different

9    electives.  We offered volleyball, gymnastics,

10   fencing, self-defense.

11   Q    I'm only asking about fencing

12   right now.

13   A    Yeah.

14   Q    Did any students at Francis Lewis

15   High School during your time there have fencing

16   class as a mandatory class?

17   A    I don't believe so.  No, not that

18   I remember.

19   Q    Your wife, Lisa, is she employed?

20   A    Yes.

21   Q    What's her job?

22   A    She works for UPS.

23   Q    What's her title at UPS?

24   A    She's a marketing manager.

25   Q    Is that considered an executive

56

1                        D. Meiners

2    position?

3         A    I don't believe so.

4         Q    Is she the primary breadwinner for

5    your household?

6         A    Yes.

7         Q    Has she been the primary bread

8    winner for your household since you left

9    Francis Lewis High School?

10        A    Yes.

11        Q    For how long has she been employed

12   by UPS?

13             MS. DAINOW: If he knows.

14        A    She's eligible for retirement this

15   year.

16        Q    Can you approximate how many years

17   she's worked there?

18        A    I should know this question.  I

19   want to say 27, 28 years.

20        Q    When you started working at

21   Francis Lewis High School in 1997, was your

22   wife already working at UPS?

23        A    Yes.

24        Q    At that time did she make more

25   money than you?

57

1                           D. Meiners

2              A      Yes.

3              Q      Throughout your time at Francis

4    Lewis High School, did she make more money than

5    you?

6              A      Yes.

7              Q      Are you receiving a pension from

8    the New York City Department of Education or

9    City of New York through the New York City

10   Department of Education?

11             A      I just started getting Social

12   Security.

13             Q      Specifically in terms of a pension

14   as your work for a teacher on behalf of the New

15   York City Department of Education, are you

16   receiving a pension?

17             A      I don't believe so.

18             Q      Have you ever received --

19             A      Just Social Security.

20             Q      Have you ever received a pension

21   from your work as a teacher for the New York

22   City Department of Education?

23             A      No.

24             Q      Have you ever received a pension

25   for your work as a teacher at Jericho High

58

                              D. Meiners

1

2    School?

3           A    No.

4           Q    So the only income that you

5    currently receive, you personally,

6    individually, is the Social Security income

7    that you mentioned?

8           A    That's correct.

9           Q    Do you have a history of drug or

10   alcohol abuse?

11          A    No.

12          Q    Did you ever teach any academic

13   classes at Jericho High School?

14          A    No.

15          Q    While you were a teacher at

16   Jericho High School, were you ever accused of

17   any inappropriate conduct with a student?

18          A    No.

19          Q    Since leaving Jericho High School,

20   have you ever been accused of having any

21   inappropriate conduct with a student of Jericho

22   High School?

23          A    No.

24          Q    Have you ever been accused of

25   having any form of inappropriate conduct with

59

1                          D. Meiners

2     any person who attended any of your summer

3     camps at Hofstra?

4          A    No.

5          Q    Are you aware of allegations in

6     this lawsuit?

7               MS. DAINOW: It's just a yes or no

8          question.

9          A    Yes, I am aware of them.  I don't

10    understand them.

11         Q    Can you describe your

12    understanding, whatever that is, of the

13    allegations in the lawsuits?

14         A    I understand that an inappropriate

15    relationship may have been between the

16    plaintiff and another person.

17         Q    What is that other person's name?

18         A    I believe first name is Mark.

19         Q    Is his last name Waltzer?

20         A    I believe so, yes.

21         Q    Are you and Mark Waltzer friends?

22         A    No.

23         Q    Were you and Mark Waltzer friends

24    while you worked at Francis Lewis High School?

25         A    No.

60

                              D. Meiners

1

2          Q    Were you and Mark Waltzer friendly

3    while you were employed at Francis Lewis High

4    School?

5          A    No.

6          Q    Did you and Mark Waltzer have any

7    acrimony between you while you worked at

8    Francis Lewis High School?

9          A    Acrimony?

10         Q    That's what I said.

11         A    I don't know what that word means.

12         Q    You mentioned you weren't friends

13   with Mark Waltzer while you were employed at

14   Francis Lewis High School.  My question is, did

15   you ever have any sort of arguments or

16   bitterness between you and Mark Waltzer while

17   you were employed at Francis Lewis High School?

18         A    No.

19         Q    How would you describe the nature

20   of your relationship with Mark Waltzer between

21   1997 and 2001 when you worked at Francis Lewis

22   High School?

23         A    Nonexistent.

24         Q    Did you ever see him around

25   school?

61

                              D. Meiners

1

2        A     I thought he was a wrestling

3   coach.  I thought maybe he attended the coaches

4   meetings.  But turns out that's not true.  So I

5   don't really remember seeing him.  I don't

6   recall.

7        Q     Do you recall seeing Mr. Waltzer

8   in the teachers' lounge at any point in time

9   while you attended -- while you were employed

10  by Francis Lewis High School?

11       A     No.

12       Q     As you sit here today, is it your

13  testimony that you never had a conversation

14  with Mark Waltzer while you were employed at

15  Francis Lewis High School?

16       A     Never did.

17       Q     Did you ever communicate with Mark

18  Waltzer while you were a teacher at Francis

19  Lewis High School in any capacity in writing,

20  text, emails?

21       A     No.

22       Q     Do you have a picture in your mind

23  of what Mark Waltzer looks like or looked like

24  back then?

25       A     I'm not sure.  I don't recall

62

1                          D. Meiners
2      really.
3              Q     Have you communicated at all with
4      Mark Waltzer since you left Francis Lewis High
5      School in June 2001?
6              A     No.
7                    MS. DAINOW: Objection to form.
8              That's not what he testified to.  But,
9              yes, he can answer.
10                   MR. ASHANTI:  It's a question.
11                   MS. DAINOW: Can we have it read
12             back?
13                   (Record read.)
14             A     No.
15             Q     Has Mark Waltzer reached out to
16     you at all since you left Francis Lewis High
17     School in June 2001?
18             A     No.
19             Q     Have you ever communicated with
20     Mark Waltzer regarding this lawsuit?
21             A     No.
22             Q     Has anyone reached out to you on
23     behalf of Mark Waltzer regarding this lawsuit?
24             A     No.
25             Q     Have you ever spoken with any

63

                              D. Meiners

1

2    attorney who represents Mark Waltzer?

3         A    No.  Wait.  I'm not sure about

4    that.

5         Q    Earlier you mentioned you had

6    various attorneys with the New York City Law

7    Department.  Do you recall that testimony?

8         A    Yes.

9         Q    So aside from them or anyone else

10   who works for New York City Law Department,

11   have you ever communicated with any person who

12   represented Mark Waltzer?

13        A    No.

14        Q    While you were employed at Francis

15   Lewis High School, did you ever socialize with

16   any teacher outside of school?

17        A    No.

18        Q    So you never went to any social

19   occasions or social functions where another

20   Francis Lewis High School teacher was in

21   attendance?

22        A    My 40th birthday my wife invited a

23   couple of the teachers to my birthday party.  I

24   think it was my 40th or my 50th.  40th.

25        Q    So your 40th birthday would have

64

D. Meiners

1       been in March of 2001, correct?

2       A    Yes.

3       Q    Does that help to refresh your

4   memory as to this occasion that your wife threw

5   this party that your wife threw for you?

6       A    Yes.

7       Q    Did any teachers show up to that

8   party?

9       A    Two.

10      Q    What are their names?

11      A    Lou Volpato.

12      Q    Anyone else?

13      A    Mike Eisenberg.

14      Q    Michael Eisenberg?

15      A    Yes.

16      Q    At the time did you consider

17  Lou Volpato to be a friend?

18      A    I really didn't -- I didn't have

19  any real associations with any of the teachers

20  outside the school.

21      Q    The question is did you consider

22  Lou Volpato to be a friend?

23      A    Yeah, he was a friend.

24      Q    Did you consider Michael Eisenberg

65

1                          D. Meiners

2    to be a friend?

3          A    Sure.

4          Q    Did your wife invite Lou Volpato

5    and Michael Eisenberg to your birthday party?

6          A    She did.

7          Q    Did she invite any other teachers?

8          A    I don't believe so.

9          Q    How was it that your wife knew to

10   invite Lou Volpato and Michael Eisenberg to

11   your party?

12         A    I'm not sure actually.  I must

13   have spoken about them when I was home.

14         Q    Do you recall having a

15   conversation with your wife where she asked you

16   basically "who from Francis Lewis High School

17   should I invite" or something to that effect?

18         A    It was a surprise party.

19         Q    So that party was thrown without

20   your knowledge?

21         A    Correct.

22         Q    And so without specifically

23   telling you who she was inviting, your wife

24   knew to invite Lou Volpato and Michael

25   Eisenberg; is that fair?

66

1                           D. Meiners

2          A     Can you repeat that, please?

3                MR. ASHANTI:  Sure.

4                Can we have it read back.

5                (Record read.)

6          A     That's fair.

7          Q     So is it your testimony that you

8     never spent time socially with Michael

9     Eisenberg outside off school grounds?

10         A     Never.

11         Q     Is it correct you never spent time

12    with Lou Volpato off school grounds?

13         A     Well, Lou Volpato -- I was having

14    trouble with an air conditioning unit at my

15    house and he helped me.  He came to my house

16    and helped me install it.

17         Q     Was that the only time besides

18    your birthday party that you saw Lou Volpato

19    off school grounds?

20         A     I believe we may have invited him

21    over for dinner one night.

22         Q     Did he show up?

23         A     Yeah.  He wanted to teach me about

24    Amway.

25         Q     Was that the only other occasion

67

                            D. Meiners

1    that you remember other than what you've

2    already testified to where you spent time with

3    Lou Volpato off school grounds?

4    A    As far as I can recall, that's the

5    only thing I can remember.

6    Q    Was your birthday party the only

7    time you spent any time with Michael Eisenberg

8    off school grounds?

9    A    The teachers did have a little

10   gathering for me at the end of the school year

11   to say goodbye at one of the teachers' homes.

12   Q    Whose home?

13   A    Whose home was it?  I'm not sure.

14   I don't remember.  I don't recall.  I'm sorry.

15   Q    When was that party?

16   A    It was at the end of the school

17   year in June of 2021.

18   Q    Do you mean June of 2001?

19   A    June of 2001.

20   Q    Which employees of Francis Lewis

21   High School showed up besides the person who

22   lived there?

23   A    I remember Lou Volpato was there.

24   I think Arnie Rosenbaum.  Judy McCleary.  A

68

                          D. Meiners

1
2    man, his name was Tom.  I forgot his last name.

3        Q     Anyone else?

4        A     There may have been a few other

5    teachers and I don't remember their names.

6        Q     If we left a space in the record,

7    would you be able to provide the last name of

8    Tom and the person whose house it was where

9    that party was thrown?

10       A     I don't have any record of Tom's

11   last name.  I don't recall exactly who else was

12   there.

13       Q     So we'll leave a space in the

14   record for Tom's last name and for the name of

15   the person whose home it was.  And would you be

16   willing to see if you could obtain that

17   information?

18       A     I could try.

19       Q     Fair enough.  That's all that's

20   being asked.

21   INSERT: _____

22             MS. DAINOW: Before we continue,

23             Karl, can we take a break at 12, which

24             is now?

25             MR. ASHANTI:  Five-minute break?

69

                              D. Meiners

1

2          Sure.

3                  (Whereupon, a brief recess was

4          taken.)

5          Q    Mr. Meiners, did Mark Waltzer

6   attend your 40 birthday party in March of 2001?

7          A    No.

8          Q    Did Mark Waltzer attend your

9   send-off party at another teacher's home in

10  June of 2001?

11         A    No.

12         Q    After leaving Francis Lewis High

13  School in June of 2001, did you ever have a

14  conversation with L.C. regarding Mark Waltzer?

15         A    No.

16         Q    So since leaving Francis Lewis

17  High School, you've never spoken to the

18  plaintiff regarding Mark Waltzer?

19         A    No.

20         Q    Since leaving Francis Lewis High

21  School in 2001, have you ever spoken to the

22  plaintiff at all?

23         A    I got a phone call in Virginia

24  from her and the phone was a horrible

25  connection.  I couldn't really understand

70

1                              D. Meiners

2    anything.  But it was just -- it was just not a

3    communication.  We didn't stay on the phone

4    very long.  We may have said, you know, "how

5    are you doing, you know, how are you."  But

6    really couldn't talk.  It was very staticky.

7    It was horrible.

8              Q    How long was that conversation?

9              A    Maybe five minutes maybe.

10             Q    Was that by landline or cell

11   phone?

12             A    Landline.

13             Q    What was your landline number at

14   the time.

15             A    I'd have to look it up.

16             Q    You don't recall it right now?

17             A    No.

18             Q    So we'll leave a space in the

19   record and you can provide your landline number

20   at the time that you had the conversation with

21   the plaintiff while you resided in Virginia.

22   Will you make an effort to obtain that

23   information?

24             A    I sure will.

25   INSERT: _____

71

1                    D. Meiners

2        Q    Was that the only conversation

3   that you ever had with the plaintiff since

4   2001?

5        A    That's correct.

6        Q    Have you ever communicated with

7   the plaintiff at all since 2001 besides that

8   conversation that you just mentioned in any

9   written or electronic form?

10       A    No.

11       Q    Has the plaintiff ever called you

12  besides that landline conversation that you

13  mentioned while you were in Virginia since

14  2001?

15       A    No.

16       Q    Have you ever called the plaintiff

17  since 2001?

18       A    No.

19       Q    For that staticky landline

20  conversation that you just mentioned, did you

21  call the plaintiff or did the plaintiff call

22  you?

23       A    She called me.

24       Q    How did she get your number?

25       A    I assumed she looked it up.  Must

72

D. Meiners

1   have been in the Yellow Pages.

2       Q    How did she know you lived in

3   Virginia?

4       A    I told her.

5       Q    When did you tell her?

6       A    Must have been like the last month

7   or so before I left Francis Lewis, she came

8   into the gym and she said, "I hear you're

9   leaving.  Where are you going?"  I said, "We

10  got relocated to Virginia, my wife and I."  And

11  she gave me a picture of herself and that was

12  it.

13      Q    Well, did you give her your

14  telephone number at that time?

15      A    I didn't give her anything.

16      Q    Did you tell her where in Virginia

17  you were moving to?

18      A    No.  All I knew we were going to

19  Virginia.  I probably had the address

20  somewhere, but I didn't have it, you know,

21  memorized.

22      Q    Did you tell her the town in

23  Virginia you were moving to?

24      A    I don't recall.

73

1                        D. Meiners

2          Q     And that conversation was in

3    person?

4          A     It was.

5          Q     And that took place on school

6    grounds at Francis Lewis?

7          A     It did.

8          Q     Inside the school building?

9          A     In the gym.  In the small gym

10   right off where my office -- our office was.

11         Q     And that took place in May or June

12   of 2001?

13         A     I'm assuming it was one of the --

14   you know, the last month that I was there at

15   some point lots of kids, you know, wanted to

16   know where I was going, why I was leaving.

17         Q     Was there some sort announcement

18   about your departure at Francis Lewis High

19   School?

20         A     There was an awards dinner and

21   they acknowledged me at the dinner and gave me

22   a plaque.

23         Q     When was that dinner?

24         A     Had to be sometime in the months

25   of May or June.

74

1                        D. Meiners

2          Q     Is that around the same time you

3     had that conversation with the plaintiff and

4     told her you were moving to Virginia?

5          A     Sometime in that general vicinity.

6          Q     Did any students attend that

7     dinner that was, you know, the award banquet or

8     however you described it?

9          A     Yes, the varsity.  There were

10    varsity team members there, I believe.

11         Q     When you say "varsity team

12    members," what team?

13         A     I think it was like a varsity

14    teams banquet dinner.  So it would be, you

15    know, kids that attended the sport volleyball.

16         Q     Was it the varsity members of all

17    sports?

18         A     I'm not exactly sure.

19         Q     Did it include the varsity members

20    of the fencing team?

21         A     You know, it was a -- I just

22    remember it being a very busy day and I

23    remember there was some kind of -- I'm calling

24    it a dinner.  It was a gathering of teachers

25    and some players and they were making

75

D. Meiners

2  presentations.  I think I arrived later just in

3  time for when they were announcing -- a teacher

4  had gotten up and spoken about me and my

5  accomplishments at Francis Lewis and they

6  awarded me a plaque for my work.  That's about

7  as much as I remember.

8      Q    What time of day was the awards

9  banquet?

10      A    I believe it was an early evening.

11  Late afternoon.

12      Q    So well after school hours?

13      A    I believe so.

14      Q    Did it include the varsity members

15  of the fencing team?

16      A    I don't remember seeing them.

17      Q    Was the plaintiff ever a member of

18  the varsity fencing team?

19      A    No.

20      Q    Did plaintiff ever take a fencing

21  class that you taught?

22      A    I don't recall her being in any of

23  my classes.

24      Q    Despite your full schedule and you

25  taught fencing there for four years, you do not

76

1                          D. Meiners

2    recall the plaintiff ever being in any of your

3    fencing classes; is that your testimony?

4          A    I don't recall her being in any of

5    my classes at all.

6          Q    The conversation you had with the

7    plaintiff regarding moving to Virginia, was

8    that the only conversation you ever had with

9    the plaintiff in your lifetime?

10         A    You know, I would --

11         Q    Yes or no question.

12         A    The answer is -- could you repeat

13    the question again?

14              MR. ASHANTI:  Read it back.

15              (Record read.)

16         A    No.

17         Q    Were there prior conversations

18    with the plaintiff?

19              MS. DAINOW: Objection to form.

20              Prior to what?

21              MR. ASHANTI:  Prior to the

22         conversation he had about moving to

23         Virginia with the plaintiff.

24              MS. DAINOW: Thank you.

25         A    There were moments where we said

77

D. Meiners

1    hello.  I said hello.  If someone said hello to

2    me, I always responded "Hi, hello, how are you

3    doing."  Brief moments like that with, you

4    know, anybody that said hi to me.

5        Q    The question is did you ever have

6    a prior conversation with the plaintiff before

7    the conversation you had with her where you

8    told her you were moving to Virginia, yes or

9    no?

10       A    Yes, there was another

11   conversation.

12       Q    Did you ever have any subsequent

13   conversations?

14            MS. DAINOW: Hold on.  The witness

15            wasn't finishing answering the question.

16            MR. ASHANTI:  It was a yes or no

17            question.

18       Q    Did you ever have any subsequent

19   conversations with the plaintiff, meaning

20   subsequent to the conversation you had in May

21   or June of 2001, where you told her you were

22   moving to Virginia, yes or no?

23       A    Yes.

24       Q    When were those other

78

1                          D. Meiners

2    conversations, the subsequent ones?

3          A    I don't recall exactly when,

4    but...

5          Q    What years?

6          A    I believe it would have been the

7    same year.

8          Q    So is it your testimony that all

9    of the subsequent conversations that you had

10   with the plaintiff after the conversation

11   regarding moving to Virginia took place only in

12   2001; is that your testimony?

13         A    Yes.

14         Q    What months in 2001 were these

15   subsequent conversations?

16         A    I don't recall.

17         Q    How many of them were there?

18         A    Just one really besides saying

19   hello, hi in the hallway.

20         Q    When was that?

21         A    I don't recall.

22         Q    Was that while you were still in

23   New York?

24         A    Yes.

25         Q    Before you moved to Virginia?

79

1                        D. Meiners

2          A     Yes.

3          Q     Was that by cell phone, landline,

4    something else?

5          A     Person to person.

6          Q     Where did that subsequent

7    conversation take place, subsequent to the

8    conversation about moving to Virginia?

9          A     I believe we had gotten into my

10   car and drove down the block to a park to talk.

11         Q     It's your testimony that occasion

12   occurred when?

13         A     I don't recall exactly.

14         Q     Well, if you moved to Virginia in

15   July of 2001, and your conversation with the

16   plaintiff regarding moving to Virginia was in

17   May or June of 2001, does that help refresh

18   your memory as to when you had this occasion to

19   go to a park with her?

20         A     Well, it was prior to the occasion

21   where she gave me a picture.  It was prior to

22   that.

23         Q     So this picture, do you still have

24   it?

25         A     I do.

80

                        D. Meiners

1

2        Q    And do you have it in your home

3   somewhere?

4        A    I do.

5        Q    Have you ever provided it to your

6   counsel, a copy of it to your counsel?

7        A    I sent a copy to them.

8             MR. ASHANTI:  Counsel, is that the

9        photograph you provided today by email?

10            MS. DAINOW: By counsel, yes, that

11       is the same photograph.

12            MR. ASHANTI:  Okay.

13       Q    Your counsel represented that you

14   obtained that photograph from Mark Waltzer.

15            MS. DAINOW: That's not what I

16       represented actually.  That's completely

17       incorrect.

18            MR. ASHANTI:  That is what you

19       said.

20            MS. DAINOW: No, I said your client

21       gave him that photograph.  That is what

22       I said.

23            MR. ASHANTI:  That's not what you

24       said.  Okay, we'll move on.

25            MR. DOODY:  That's what was said,

81

1                    D. Meiners

2          Karl.

3                    MR. ASHANTI:   That's not what was

4          said.

5          Q     So who took the photograph that

6    the plaintiff gave to you?

7          A     I have no idea.

8          Q     Did the plaintiff ever tell you

9    who took the photograph?

10         A     No.

11         Q     Did the plaintiff ever tell you

12   why she was giving you the photograph?

13         A     No.

14         Q     Before she gave you a photograph,

15   did you ask of a photograph of her?

16         A     No.

17         Q     You mentioned that conversation

18   took place in the gym of Francis Lewis High

19   School; is that correct?

20         A     That's correct.

21         Q     Was anyone else around?

22         A     No.

23         Q     What time of day was it?

24         A     End of day.

25         Q     What time of day?

82

                        D. Meiners

1

2          A    Can't say for certain, but I'll

3    say at the end of day after 3:00 maybe.

4          Q    What time was dismissal for

5    Francis Lewis High School at the time?

6          A    I think dismissal was somewhere

7    between 2:30 and 3:00 I want to say.  I'm not

8    100 percent sure.

9          Q    Was your conversation with the

10   plaintiff in the gym where you told her you

11   were moving to Virginia and she gave you a

12   photograph before, after or during dismissal?

13         A    I don't recall exactly the time.

14         Q    Do you believe it was after

15   dismissal?

16         A    I'm sorry, I don't recall the time

17   exactly.  I can't say.

18         Q    Would it have been unusual for you

19   to be alone with a student in gym?

20              MS. DAINOW: Objection to form?

21         Q    At high school?

22              MS. DAINOW: Objection to form.

23         Q    You can answer.

24         A    You know, typically we always had

25   the doors open.

83

                        D. Meiners

1

2       Q    That's not my question.

3            MS. DAINOW: You need to stop

4       cutting off the witness.  It doesn't

5       matter what kind of question you're

6       asking.  He has to answer.

7            MR. ASHANTI:  It does matter with

8       the question.

9            MS. DAINOW: Let him finish the

10      answer.

11           MR. ASHANTI:  It absolutely

12      matters what the question is.

13      Q    So again, would it have been

14 unusual for you to be alone at Francis Lewis

15 High School with a student?

16           MS. DAINOW: Objection.

17      Q    You can answer.

18      A    Well, you know, when I'm teaching,

19 if I'm cleaning up in the gym at the end of a

20 class, a student walks into that gym, I have no

21 way of saying, you know, "you can't come in

22 here you got to leave," you know.  Somebody

23 says they want to say goodbye, hello, you know,

24 I don't think that's unusual.

25           MR. ASHANTI:  So I move to strike

84

D. Meiners

2       the nonresponsive portion of the answer.

3       Q     In your mind would it have been

4   unusual for you to have been alone with a

5   student at Francis Lewis High School in the gym

6   or anywhere else?

7             MS. DAINOW: Objection.

8       Q     Yes or no?  You can answer it.

9       A     I would say no.

10      Q     Besides that occasion where the

11  plaintiff handed you a picture, were you ever

12  alone with her in any area of Francis Lewis

13  High School?

14            MS. DAINOW: Objection to form.

15      Q     You can answer.

16      A     No.

17      Q     When did you give that photograph

18  to your counsel?  When?

19      A     Couple weeks ago.

20      Q     So you held onto a picture of the

21  plaintiff that she gave to you 22 years ago; is

22  that fair?

23      A     Yes.

24      Q     Do you have any other pictures of

25  any other students?

85

                              D. Meiners

1

2          A     I do.

3          Q     How many other students?

4          A     I have a whole portfolio that the

5    fencing team put together for me.  And I have a

6    couple of pictures that other students handed

7    to me.

8          Q     In total how many other pictures

9    would you say you have of students besides the

10   one plaintiff gave you?

11         A     I have the entire fencing team and

12   a couple of other stragglers.  So if I counted

13   them all, maybe 30 pictures.

14              MR. ASHANTI:  Call for the

15         production of all of the photographs

16         that are in the possession of the

17         witness of students.

18              MS. DAINOW: I'll object to that,

19         but go ahead.

20              MR. ASHANTI:  What did you say?

21              MS. DAINOW: I'm going to object to

22         that but you can continue with your

23         questions.  That's what I said.

24              MR. ASHANTI:  Okay.  Well, then

25         we'll have to mark it for a ruling.  But

86

1                              D. Meiners

2              we call for the production.  Please mark

3              that, Miss Reporter.

4          Q    Of those 30 photographs, how many

5     other photographs besides the one that

6     plaintiff gave you are of a student, a single

7     student?

8          A    Single students?

9          Q    Photograph of a student.  Just one

10    student as opposed to two or three or four or

11    five or more?

12         A    Most of the photographs with the

13    fencing team are like group pictures.  And then

14    there's a few stragglers of just me and one

15    student.  And I have one picture of one student

16    just a head shot.  Does that answer your

17    question?

18         Q    No, it doesn't.

19              How many pictures do you have in

20    your possession of a single student and no one

21    else in the photograph?

22         A    Just one.

23         Q    Who is that student?

24         A    I don't know her name.  There's

25    nothing on the back of the picture.

87

```
 1                        D. Meiners

 2          Q    Why was it you held onto the

 3     picture of the plaintiff?

 4          A    I have a box that I keep of every

 5     thank you.  Every little gift of gratitude.  I

 6     kept anything any student ever gave me through

 7     all my teaching years.  Since I started at

 8     Hofstra University, student teaching, anything

 9     the kids gave to me I held on to for

10     sentimental purposes.

11          Q    And you include in that the

12     picture of the plaintiff?

13          A    Yes.

14          Q    So you considered it to be a thank

15     you from the plaintiff?

16               MS. DAINOW: Objection to form.

17          A    I considered it to be --

18          Q    You can answer.

19          A    I considered it to be, you know,

20     "remember me."

21          Q    How would you describe the nature

22     of your relationship with Michael Eisenberg

23     while you were a teacher at Francis Lewis High

24     School?

25          A    Michael Eisenberg was the busiest
```

88

D. Meiners

1    teacher I ever met.  The man was constantly

2    running around recruiting for basketball.  And

3    I would pick up the phone for him whenever the

4    phone rang and talked to people that he was

5    trying to get in touch with to recruit players.

6    His whole -- everything about Michael Eisenberg

7    was about his basketball program and the

8    development of it.

9              MR. ASHANTI:  Move to strike the

10             nonresponsive portion of the answer.

11             MS. DAINOW: He needs to finish his

12             answer.  Let him finish his answer.

13        Q    Were you finished with your

14   answer?

15        A    I just wanted to say, you know, I

16   admired his dedication to how hard he worked at

17   developing the program at Francis Lewis.

18   That's about as much as I can say on him.

19        Q    You didn't answer my question.  My

20   question is how would you describe the nature

21   of your relationship with Michael Eisenberg

22   while you were a teacher at Francis Lewis High

23   School?

24        A    The nature would be he sat -- we

89

                              D. Meiners

1

2    were friends.  I mean, you know...

3         Q    Did you share an office together?

4              MS. DAINOW: You keep cutting off

5         the witness.  Let him finish his answer

6         and then ask the next one.

7         A    Yes, we did.

8         Q    Where was that office?

9         A    It was right off at the end.  We

10   were like on the back end of the school, I want

11   to say, and it was an office with five desks in

12   there and five teachers in there.

13        Q    So who else did you share the

14   office with besides Mr. Eisenberg?

15        A    There was Jerry Finegold.  Manny

16   Solomon.  Arnie Rosenbaum.

17        Q    Artie or Arnie?

18        A    Arnold.  I called him Arnie.

19        Q    Anyone else?

20        A    And me.  That's it.

21        Q    What's Jerry's last name?

22        A    Jerry Finegold.

23        Q    Was this a large office?

24        A    It was a good size office with

25   five desks in it.

90

1                          D. Meiners

2          Q    Did that office have any windows?

3          A    I think we did have a window.  It

4    was all -- you could barely see out of it

5    because it had those metal lines through it.  I

6    think we did have a window.

7          Q    Did the office have a door?

8          A    Yes.

9          Q    Was there a window in the door?

10              MS. DAINOW: Asked and answered.

11         Q    In the door.

12              MS. DAINOW: In the door, okay, I

13              thought you said and the door.

14              Apologize.

15         A    I believe there was a window in

16    the door.  I believe there was.

17         Q    Could you see through that window,

18    or was it like the other window you described

19    where it was obstructed by something?

20         A    To my recollection, you could see

21    through that window.

22         Q    Did it have any blinds on the

23    other side?

24         A    No.

25         Q    Or other coverings?

91

1                    D. Meiners

2          A     We rarely closed that.  We never

3     closed that door.

4          Q     I was asking about --

5                MS. DAINOW: Again, you're cutting

6          him off.  Let him finish the answer.

7          Q     I'm asking you about were there

8     any coverings of the door's window on the

9     outside of the door, on the inside of the door,

10    yes or no?

11         A     No coverings, no.

12         Q     Did you have the ability to cover

13    that window in the door if you so chose?

14         A     I'm sure we could put a piece of

15    paper with tape over that if we wanted to.

16         Q     There was no permanent fixture for

17    that purpose; is that fair?

18         A     That's fair.

19         Q     What, if anything, did Jerry

20    Finegold teach at Francis Lewis High School?

21         A     We were all phys ed teachers and

22    health teachers.  That's all we taught.

23         Q     Did Jerry Finegold teach any

24    academic classes?

25                MS. DAINOW: If he knows.

92

                        D. Meiners

1

2      Q     Everything is if you know.  Every

3  question I ask you is if you know.  So did

4  Jerry Finegold teach any academic classes?

5      A     I don't believe so.  No.

6      Q     Did Manny Solomon teach any

7  academic classes?

8      A     No.

9      Q     Did Arnold Rosenbaum teach any

10 academic classes?

11     A     No.

12     Q     Did Michael Eisenberg teach any

13 academic classes?

14     A     No.

15     Q     Were you friends with Jerry

16 Finegold, Manny Solomon and Arnie Rosenbaum?

17     A     Just, you know, we shared the

18 office.  We were very cordial all of us with

19 one another.

20     Q     Would you say that you were a

21 little bit closer with Michael Eisenberg than

22 the rest?

23     A     No.

24     Q     So you were friendly with all of

25 them; is that fair?

93

1                         D. Meiners

2          A    Yeah.

3          Q    Did Jerry Finegold, Manny Solomon

4    and Arnie Rosenbaum receive invitations from

5    your wife to go to your birthday party?

6               MS. DAINOW:  If he knows.

7          A    No.

8          Q    Did you ever visit Michael

9    Eisenberg's home?

10         A    No.

11         Q    Did he ever invite you over for

12   dinner?

13         A    No.

14         Q    Did you ever invite him over for

15   dinner?

16         A    No.

17         Q    Other than what you've already

18   testified to, any other occasions where you saw

19   Michael Eisenberg off of school grounds?

20         A    One time.

21         Q    Where's that?

22         A    We were driving into the City to

23   get our taxes done and he was walking in the

24   street and I saw him and I just said, "Hey,

25   Mike, how are you."

94

D. Meiners

1    Q    When did that happen?

2    A    I forget.  I don't recall exactly,
3    but we, you know, were going to see someone
4    special in New York to have our taxes done and
5    he just popped up.  I think we were near the
6    Garden for some reason, I want to say.  Madison
7    Square Garden.

8    Q    Was that while you were a teacher
9    at Francis Lewis High School?

10   A    Yes.

11   Q    What time of year was it?

12   A    Must have been tax season.  Must
13   have been around April.

14   Q    Are you aware Michael Eisenberg is
15   now deceased?

16   A    I am.

17   Q    When did he die?

18   A    I have no idea.  But I think
19   Sharon had said he had passed.

20          MS. DAINOW: Objection to any
21          communications between attorney/client
22          privilege.  I move to strike that
23          portion.

24          MR. ASHANTI:  Well, mark that for

95

D. Meiners

1        a ruling because we need his testimony

2        as to that and it's clearly not, you

3        know, prejudicial in any way and it was

4        voluntarily offered.

5        Q     What you mentioned about the

6   conversation you had with Sharon regarding

7   Michael Eisenberg, was that the first time that

8   you ever learned that Michael Eisenberg was

9   deceased?

10       A     Yes.

11       Q     After you learned that, did you

12  reach out to any former faculty or staff of

13  Francis Lewis High School?

14       A     I did not.

15       Q     Are you in touch with any former

16  or current faculty or staff of Francis Lewis

17  High School?

18       A     I am not.

19       Q     Are you on Facebook?

20       A     I am.

21       Q     Are you on any other social media?

22       A     I look at Telegram.

23       Q     Anything else?

24       A     I look at Twitter.

96

1                          D. Meiners

2          Q    So when you say "Telegram," do you

3    mean Instagram?

4          A    There's a Telegram, that website

5    that I look at every now and then.

6          Q    But the name of it is Telegram not

7    Instagram?

8          A    Just Telegram.

9          Q    Any other social media?

10         A    No.

11         Q    Have you ever communicated with

12   any faculty member or staff of Francis Lewis

13   High School via social media since leaving in

14   June of 2001?

15         A    No.

16         Q    Are you Facebook friends with any

17   current or former employee of Francis Lewis

18   High School?

19         A    No.

20         Q    Did you reach out to Michael

21   Eisenberg's family when you learned of his

22   death?

23         A    I did not.

24         Q    To your knowledge, was Michael

25   Eisenberg friendly with Mark Waltzer while you

97

D. Meiners

1    were a teacher at Francis Lewis High School?

2    

3                 MS. DAINOW: Objection to form.

4          Q    You can answer.

5          A    I have no knowledge of that.

6          Q    To your knowledge, did Michael

7    Eisenberg and Mark Waltzer know each other

8    while you were a teacher at Frances Lewis High

9    School?

10         A    I have no knowledge of that.

11         Q    Did the three of you ever

12   socialize outside of school, you, Michael

13   Eisenberg and Mark Waltzer?

14         A    No.

15         Q    Did the three of you ever

16   socialize on school grounds, you, Mark Waltzer

17   and Michael Eisenberg?

18         A    No.

19         Q    Did Mark Waltzer ever express to

20   you a fondness for wine?

21         A    No.

22         Q    Did it appear to you from some

23   other source that Mark Waltzer was

24   knowledgeable about various wines?

25         A    No.

1              D. Meiners

2        Q    When you worked at Francis Lewis

3   High School, was there a teacher whose first

4   name was Aaron?

5        A    Aaron?

6        Q    Aaron.

7        A    I don't recall that name.

8        Q    While you worked at Francis Lewis

9   High School, did you know any of the Spanish

10  teachers?

11       A    Well, there was a para who spoke

12  Spanish in my adaptive PE class.

13       Q    Was she a Spanish teacher?

14       A    I don't think so.  I think she was

15  just a helper.

16       Q    So the question is, did you know

17  any of the Spanish teachers at Francis Lewis

18  High School while you worked there?

19       A    No.

20       Q    Do you know the names of any of

21  the Spanish teachers who taught Spanish there

22  while you worked there?

23       A    I don't know.

24       Q    Are you aware of any teacher at

25  Francis Lewis High School while you worked

99

1                           D. Meiners

2    there who wore a yarmulke?

3          A     A yarmulke?

4          Q     Yes.

5          A     Yarmulka?  I don't recall.

6          Q     So as you sit here today, your

7    testimony is that you don't recall whether or

8    not any of the teachers at Francis Lewis High

9    School wore yarmulkes?

10               MS. DAINOW: Asked and answered.

11         Objection.

12         Q     You can answer.

13         A     That's that little hat Jewish

14   people wear?

15         Q     That's correct.

16         A     No, I don't recall seeing that at

17   the school.

18         Q     So in other words, Jerry Finegold

19   didn't wear a yarmulka?

20         A     No.

21         Q     Manny Solomon didn't wear a

22   yarmulka?

23         A     No.

24         Q     Arnie Rosenbaum didn't wear a

25   yarmulka?

100

1                          D. Meiners

2          A    No.

3          Q    Michael Eisenberg didn't wear a

4    yarmulka?

5          A    No.

6          Q    When did you first meet L.C.?

7          A    I don't recall.

8          Q    Well, how long before you left

9    Francis Lewis High School in June of 2001, did

10   you first meet L.C.?

11         A    I don't really recall.  I don't

12   recall.

13         Q    Was she ever a student in your

14   fencing class?

15         A    No.

16              MS. DAINOW: Objection.  Asked and

17         answered.

18         Q    Was she ever a student in your gym

19   class?

20              MS. DAINOW: Objection.  Same.

21         Q    You can answer.

22         A    I don't recall her being in any of

23   my classes.

24         Q    Were you surprised when she gave

25   you the picture?

101

1                         D. Meiners

2         A    Was I surprised?  I felt humbled

3    by it.  I felt, you know, somebody gives you

4    something, it's very personal you feel like

5    wow, you know, it was touching.  I did not

6    expect anything, you know.

7         Q    So given the fact that you did not

8    expect anything, were you surprised when she

9    gave you that photograph according to you?

10             MS. DAINOW: Objection.

11        Q    You can answer.

12        A    I was somewhat surprised.

13        Q    Did you express your surprise by

14   asking her why she was giving it to you or any

15   other questions?

16        A    Could you repeat that?

17             MR. ASHANTI:  Read it back.

18             (Record read.)

19        A    No.

20        Q    What did you think of L.C.'s

21   physical appearance while you were a teacher at

22   Francis Lewis High School?

23             MS. DAINOW: Objection to form.

24        Q    You can answer.

25        A    The kids -- I look at the kids,

102

1                        D. Meiners

2    they are all beautiful people.  That's all I

3    see, you know.

4        Q    I'm asking about L.C.  What did

5    you think of L.C.'s physical appearance while

6    you were a teacher at Francis Lewis High

7    School?

8            MS. DAINOW: Objection.

9        Q    You can answer.

10       A    She was a very pretty girl.

11       Q    How would you describe her

12   personality at the time?

13       A    Her personality was friendly.  All

14   friendly.

15       Q    Do you know if she was popular

16   amongst her classmates?

17       A    I have no idea about that.

18       Q    Did she appear to have many

19   friends?

20       A    I have no idea about that.

21       Q    Was she talkative in class?

22            MS. DAINOW: Objection.  He

23            testified he doesn't recall if she was

24            in his class.

25       Q    Was she talkative in class?  You

103

1                          D. Meiners

2    can answer.

3                MS. DAINOW: Same objection.

4         Q    You can answer.

5         A    I don't recall her being in my

6    class.

7         Q    While you were a teacher at

8    Francis Lewis High School, were you ever aware

9    of her academic performance there?

10        A    No.

11        Q    Aside from the occasion you

12   mentioned regarding a visit to a park, did you

13   ever run into L.C. outside of school grounds?

14        A    No.

15        Q    While you were employed by Francis

16   Lewis High School, is it your testimony that

17   the only conversations you had with her were of

18   a hi and by type nature?

19               MS. DAINOW: Objection to form.

20               MR. ASHANTI:  His words.

21        Q    You can answer.

22        A    That would be correct.

23        Q    While you were employed by Francis

24   Lewis High School, did you know anything about

25   L.C.'s home life?

104

1                         D. Meiners

2          A    I did not.

3          Q    Did you ever have a conversation

4   with her about her home life?

5          A    No.

6          Q    So for instance, you were unaware

7   if she had any siblings?

8               MS. DAINOW: Objection.  Asked and

9          answered.

10         Q    You can answer.

11         A    I was not aware.

12         Q    Were you aware her sister

13  Yasmine C had also attended Francis Lewis High

14  School?

15         A    I was not aware of that.

16         Q    Had you ever heard the name

17  Yasmine C before today?

18         A    No.

19         Q    So do you recall ever teaching a

20  Yasmine C?

21         A    I don't.

22         Q    Do you recall teaching a Sean

23  Olea?

24         A    I don't.

25         Q    Do you recall teaching a Sean

105

1                     D. Meiners

2    Guterman?

3         A    No.

4         Q    Was there a Bible study group

5    where students could attend at Francis Lewis

6    High School while you were employed there?

7         A    Not to my knowledge.

8         Q    So you never attended a Bible

9    study gathering at Francis Lewis High School?

10            MS. DAINOW: Objection.

11        A    I did not.

12        Q    While you were a teacher at

13   Francis Lewis High School, did you know a

14   student by the name of Brenda Martinez?

15        A    I don't recall that name.

16        Q    Amongst the pictures that you have

17   of students from Francis Lewis High School, is

18   Brenda Martinez' photographs amongst those?

19            MS. DAINOW: Objection.

20        Q    You can answer.

21        A    No.

22        Q    Did you ever tell any female

23   students at Francis Lewis High School you were

24   attracted to them?

25            MS. DAINOW: Objection to form.

106

1                           D. Meiners

2          Q    You can answer.

3          A    No.

4          Q    Did you ever have sex with anyone

5     who was a student at Francis Lewis High School?

6               MS. DAINOW: Objection.

7          Q    You can answer.

8          A    No.

9          Q    Did you ever have sex with anyone

10    who was a student at any school while you were

11    a teacher at Francis Lewis High School?

12              MS. DAINOW: Objection.

13         A    No.

14         Q    Did you ever have sex with any

15    student at Jericho High School?

16              MS. DAINOW: Objection.

17         Q    You can answer.

18         A    No.

19         Q    Since you attained the age of 21

20    have you ever had sex with anyone under the age

21    of 17?

22              MS. DAINOW: Objection.  This line

23         of questioning is badgering.

24              MR. ASHANTI:  No, it's not.

25         Q    You can answer.

107

1                          D. Meiners

2          A      My wife.

3          Q      Anyone besides your wife?

4                 MS. DAINOW: Objection.

5          Q      You can answer.

6          A      No.

7          Q      Did you ever witness Mark Waltzer

8    in the presence of L.C.?

9          A      I don't recall seeing them

10   together.

11         Q      Did you ever learn that Mark had

12   given L.C. his personal telephone number?

13         A      No.

14         Q      At the time that L.C. gave you the

15   photograph according to you, did she ask for

16   your telephone number?

17         A      No.

18         Q      At that time did she give you her

19   telephone number?

20         A      No.

21         Q      Did you have email back then,

22   personal email.

23         A      I think I was just starting to

24   dabble with the emails, but I wasn't very

25   computer savvy.

108

1                        D. Meiners

2          Q    Did you give the plaintiff at the

3    time she gave you the photograph, according to

4    you, your email address?

5          A    No.

6          Q    Did she give you her email

7    address?

8          A    No.

9          Q    Did she ask for any other form of

10   contact information at the time that she gave

11   you the photograph according to you?

12              MS. DAINOW: Objection to form.

13         Q    You can answer.

14         A    No.

15         Q    Are you aware of Michael Eisenberg

16   ever giving his telephone number to L.C.?

17         A    No.

18         Q    Are you aware of any other DOE

19   employee ever giving that person's telephone

20   number to L.C.?

21         A    No.

22         Q    Did you ever learn that Mark

23   Waltzer was having sexual relationship with

24   L.C. while you were a teacher at Francis Lewis

25   High School?

109

1                          D. Meiners

2          A      No.

3                 MS. DAINOW: Objection.

4          Q      Did L.C. ever confide in she was

5    having any kind of romantic relationship with

6    Mark Waltzer?

7          A      I don't recall her saying that.

8          Q      Do you believe it's something you

9    would have remembered a student telling you

10   that they were having a romantic relationship

11   with a teacher?

12                MS. DAINOW: Objection.

13         Q      You can answer.

14         A      I think I would have remembered

15   that.

16         Q      And as you sit here today, you

17   don't recall L.C. ever confiding in you she was

18   having a romantic relationship with Mark

19   Waltzer; is that fair?

20         A      That's fair.

21         Q      During your time as a teacher

22   either at Jericho High School or Francis Lewis

23   High School or anywhere else, did any student

24   ever confide in you that he or she was having a

25   romantic relationship with a teacher?

110

1                          D. Meiners

2          A    No.

3          Q    Did you ever learn that the

4    plaintiff, L.C., was a student of Mark

5    Waltzer's?

6          A    I don't recall her talking about

7    that.

8          Q    Did you ever have a conversation

9    with Mark Waltzer about L.C.?

10         A    No.

11              MS. DAINOW: Objection.

12         Q    Did you ever have a conversation

13   with Michael Eisenberg about L.C.?

14         A    No.

15         Q    Were you ever aware of Mark

16   Waltzer buying L.C. a ring as a present?

17         A    No.

18         Q    If L.C. or any other student at

19   Francis Lewis High School had reported to you

20   having a romantic relationship with a teacher,

21   what, if anything, would you have done with the

22   information?

23              MS. DAINOW: Objection.

24         Q    You can answer.

25         A    Repeat that question, please.

111

```
               D. Meiners
 1
 2             MR. ASHANTI:  Read it back.
 3             (Record read.)
 4        A    If that had been reported to me, I
 5   would have said, "You need to go speak to you,
 6   know, a guidance counselor."  We had social
 7   workers there.  I was in a group during the
 8   lunchtime hour that we worked with children who
 9   were coming from abusive situations with
10   alcoholism at home.  The assistant principal
11   had initiated it.  He wanted to know if there
12   was anybody that would volunteer to come in and
13   help talk with kids.  My hand went up because I
14   had experience with my dad in that type of
15   environment; so I was able to sit down and chat
16   with the kids.  So I would have -- this man was
17   a good person to go talk to if you needed help
18   in any way like that.
19        Q    You're referring to a specific
20   person?
21        A    I'm referring to the assistant
22   principal of the school during the time I was
23   there.
24        Q    What's his name?
25        A    I don't recall his name.
```

112

1                          D. Meiners

2          Q    If we left a space in the record,

3     would you be able to provide that information?

4          A    I don't think so.  I don't have

5     any record of it.

6          Q    Would you make an effort to obtain

7     that information?

8          A    Well, I guess I have to call the

9     school and ask them.

10         Q    Are you willing to make an effort

11    to obtain that information?

12         A    I'll try.

13    INSERT: _____

14         Q    You mentioned something about your

15    dad having experience in this area.  What were

16    you referring to there?

17         A    My father was bipolar and he

18    suffered from alcoholism for a number of years

19    during my adolescent years.

20         Q    So how do you relate that to the

21    group that you had mentioned and the assistant

22    vice principal?

23         A    Well, it's a very difficult thing

24    to go through when you're growing up and you

25    have one parent that's quite challenging and

113

                        D. Meiners

1

2   you feel very isolated and alone and you feel

3   like you're the only one out there that has

4   these problems.  And so my mother attended

5   Al-Anon meetings.  I went to Al-Ateen meetings.

6   When I started to do that, I started to learn

7   that I'm not the only one that's going through

8   these difficult times.  And it helps to talk to

9   other kids and to share your knowledge and your

10  information about how to diffuse some of the

11  situations that come about with a parent who's

12  acting irrational.  So I wanted to help the

13  kids in any way I could.

14       Q    My question earlier, though, if a

15  student, a Francis Lewis High School student

16  reported to you he or she was having a romantic

17  relationship with a teacher, what would you

18  have done with the information?  Not the

19  student.  What would you, if anything?

20            MS. DAINOW: Objection, but you can

21            answer.

22       A    Well, I would have told, you know,

23  my athletic director, perhaps, or one of the

24  social workers at the school, or I would have

25  spoken to that principal.

114

1                          D. Meiners

2          Q      While you were a teacher at

3    Francis Lewis High School, did the school

4    provide any training to you regarding the

5    proper authority or authorities to report that

6    kind of allegation of a student-teacher

7    relationship to?

8                 MS. DAINOW: Objection.

9          Q      You can answer.

10         A      We definitely had teacher training

11   days where, you know, we would all gather in

12   the cafeteria and sit and talk about things

13   that we need to become knowledgeable of.  I

14   don't recall specific training episodes that

15   took place.  I just don't remember them.

16         Q      Well, whatever training --

17         A      I know we had them.

18         Q      Whatever training you did receive,

19   did it include protocol as to reporting

20   instances of relationships between teachers and

21   students?

22                MS. DAINOW: Objection.  I'm

23           putting on the record the witness is not

24           a 30(b)(6) witness.  He can only testify

25           to policies.

115

1                          D. Meiners

2          Q    Everything as to your knowledge.

3     This is your experience I'm asking you about.

4          A    Right.  Could you repeat that,

5     please.

6               MR. ASHANTI:  Read it back.  The

7          objection is noted.  I ask the witness

8          to answer.

9               MS. DAINOW: So again just your

10         understanding, your experience.

11              (Record read.)

12         Q    You can answer.

13         A    I'm sorry, I just don't recall.  I

14    don't have any recollection of exactly the

15    meetings, you know.  I just don't remember what

16    they were about in any detail.

17         Q    Were you ever instructed that if

18    you came to learn that a student and teacher

19    were having a romantic relationship, that you

20    should report such a relationship to the

21    Special Commissioner of Investigation?

22              MS. DAINOW: Objection.  Again,

23         note my objection about a 30(b)(6)

24         witness.  He is not one.

25         Q    You can answer.

116

1                        D. Meiners

2        A    I don't recall that.

3        Q    Were you ever instructed while you

4   were employed at Francis Lewis High School that

5   if you came upon that information of a student

6   having a romantic relationship with a teacher

7   that you should report it to the Office of

8   Special Investigations otherwise known as OSI?

9              MS. DAINOW: Objection.  Same

10            objection.  I want to make sure the

11            witness is clear that all of these

12            answers that you're going to give is

13            based on your understanding of the

14            policies in place.

15             MR. ASHANTI:  Understood.

16       Q    You can answer.

17       A    I don't recall.

18       Q    Did you ever receive instructions

19   that if you came upon information of a student

20   having a romantic relationship with a teacher

21   that you should report that fact to the Office

22   of Equal Opportunity?

23             MS. DAINOW: Objection.

24       Q    Otherwise known as OEO.

25       A    I don't recall that.

117

D. Meiners

1       Q     Did you ever discuss Mark's

2

3    relationship with L.C. directly with Mark?

4           MS. DAINOW: Objection.

5       Q     You can answer.

6       A     No.

7           MR. ASHANTI:  This might be a good

8           time to take a short break.  I'd like to

9           introduce the exhibits.  So at least we

10          could have like Exhibit Number 2 marked

11          from A through X.  And also to mark the

12          picture as Exhibit 3.  It's 1:35.

13          (Recess.)

14          (Thereupon, a Report Card was

15          marked as Meiners Exhibit 1 for

16          identification, as of this date.)

17          (Thereupon, 17 photographs were

18          marked as Meiners Exhibit 2A through 2Q

19          for identification, as of this date.)

20          (Thereupon, a photograph was

21          marked as Meiners Exhibit 3 for

22          identification, as of this date.)

23          MR. ASHANTI:  Can you please show

24          the witness Plaintiff's Exhibit 1?

25      Q     Mr. Meiners, can you take a look

118

                              D. Meiners

1

2    at what's marked Plaintiff's Exhibit 1 for

3    identification?  Do you see that on your

4    screen?

5         A    I do.

6         Q    Please take a look.  Take an

7    opportunity to review the document and after

8    you've done so please let us know.

9         A    I'm good.

10        Q    You see this document at the top

11   of it is marked off "Francis Lewis High

12   School," do you see that?

13        A    Yes.

14        Q    To the left of that it indicates

15   "Report Card"?

16        A    Yes.

17        Q    And right below "Report Card" it

18   indicates the name "CL"?

19        A    Yes.

20        Q    As in many circumstances when the

21   official record, the last name comes first and

22   the first name comes last.  Do you see the date

23   of this document toward the right corner of the

24   document?

25        A    I don't see the year 2003.

119

1                           D. Meiners

2                 MR. ASHANTI: It says "01" by

3           counsel.  Can we agree, Jacquelyn?

4                 MS. DAINOW: Mr. Meiners, do you

5           see the date says January 22, 2001, can

6           you see that?

7                 THE WITNESS:  I do.

8           Q     Below that there is a column to

9     the far left of the document that reads

10    "Class," and underneath that there's a bunch of

11    numbers.  Do you see that column?

12          A     Yes.

13          Q     And do you see right next to a

14    column that says "Code"?

15          A     Yes.

16          Q     Do you see that right next to that

17    there's a column that says "SEC"?

18          A     Yes.

19          Q     Do you see to the right of that a

20    column that indicates the word "Title"?

21          A     Right.

22          Q     To the right of that do you see

23    the column that indicates the word "Teacher"?

24          A     Yes.

25          Q     Have you ever seen a report card

120

                              D. Meiners

1

2      of a student at Francis Lewis High School

3      before today?

4             A    No.

5             Q    On the row that's listed number 9

6      underneath the word "Class," do you see that

7      row?

8             A    Yes.

9             Q    On the fifth column in that row do

10     you see the name "Meiners D"?

11            A    I do.

12            Q    Given that this is L.C.'s report

13     card, does that refresh your memory as to

14     whether or not Miss C was ever a student of

15     yours?

16            A    It doesn't.

17            Q    But your testimony is not that she

18     wasn't a student of yours, it's that you don't

19     remember; is that fair?

20            A    That's correct.

21            Q    In that same row that begins with

22     the number 9 and also has your name, do you see

23     the letters "PAS"?

24            A    Yes.

25            Q    What does that stand for?

121

1                    D. Meiners

2                MS. DAINOW: If he knows.

3        A    I don't know.

4        Q    To the right of that under the

5   column that says "SEC," do you see the number

6   27, do you see that?

7        A    I do.

8        Q    Any idea what that means?

9        A    I don't.

10       Q    To the right of that underneath

11  the column that's underneath the "Title" column

12  in that same row that begins with the number 9,

13  do you see the word "Skills"?

14       A    I do.

15       Q    What does that mean?

16       A    A skills class.

17       Q    What does that mean?  Does that

18  mean anything to you?

19       A    Skills?  I'm not really sure.  It

20  just might mean general calisthenics.  I'm not

21  really sure exactly what skills is.

22       Q    Well, to the right of your name,

23  to the right where it indicates "Meiners D," do

24  you see the letter "S"?

25       A    Yes.

122

1                           D. Meiners

2            Q     That is part of a column with the

3      Roman Numeral I, do you see that?

4            A     Yes.

5            Q     Any idea what the Roman Numeral I

6      means in that context?

7            A     No.

8            Q     Could it refer to the first

9      semester?

10                 MS. DAINOW: Objection.

11           Q     You can answer.

12           A     That makes sense.  First, second,

13     third, yeah.

14           Q     How many semesters were there or

15     marking periods were there at Francis Lewis

16     High School for students while you taught

17     there?

18           A     I believe there were two.

19           Q     And in this report card the column

20     that's marked with three I's, III, do you see

21     that?

22           A     Yes.

23           Q     Underneath that column or

24     underneath that lettering III, it's completely

25     blank, do you see that?

123

1                        D. Meiners

2          A    Yes.

3          Q    So the only two columns amongst I,

4    II and III that have any markings whatsoever,

5    are the one that indicates I and the one that

6    indicates II; is that fair?

7          A    Yes.

8          Q    Underneath one column that is II,

9    in the same row where your name is, do you see

10   the number 75?

11         A    I do.

12         Q    Does that refresh your

13   recollection as to a grade you may have given

14   L.C. while she was in your class at Francis

15   Lewis High School?

16         A    It does reflect the grade.  I just

17   don't recall, you know, her being in my class.

18         Q    Do you see the word "Absence"

19   toward the top right corner of the document?

20         A    Yes.

21         Q    Do you see to the right of that it

22   indicates a 03 under the column I and a 03

23   under the column II?

24         A    I do.

25         Q    You had mentioned earlier that you

124

1                        D. Meiners

2    had an outing to a park with L.C., do you

3    recall that testimony?

4        A    I do.

5        Q    Do you know if any of those marked

6    absences either from the first or second

7    semester of that school year reflected your

8    outing with L.C. to the park, meaning her visit

9    to the park led to her being marked absent?

10            MS. DAINOW: Objection.

11       Q    Do you have any knowledge of that?

12       A    No.

13            MR. ASHANTI:  All right, we can

14           take this down.  Thank you.

15       Q    Are you aware that Mark Waltzer

16    kept in touch with plaintiff after she left

17    Francis Lewis High School?

18       A    No.

19       Q    Other than what you've testified

20    to, did you keep in touch with plaintiff after

21    she left Francis Lewis High School?

22       A    No.

23       Q    Were you aware that Mark Waltzer

24    continued a romantic relationship with the

25    plaintiff after she had left Francis Lewis High

125

```
 1                      D. Meiners
 2  School?
 3            MS. DAINOW: Objection.
 4       Q    You can answer.
 5       A    No.
 6       Q    You're looking down.  Are you
 7  unsure?  Are you sure of your answer?
 8       A    I'm sure of my answer.
 9       Q    Did Michael Eisenberg ever mention
10  L.C. to you?
11       A    No.
12       Q    So he never told you that he found
13  her attractive?
14            MS. DAINOW: Objection.
15       Q    You can answer.
16       A    No.
17       Q    He never told you he's
18  romantically interested in her?
19            MS. DAINOW: Objection.
20       Q    Did he ever tell you he's
21  romantically interested in her?
22            MS. DAINOW: Objection.
23       A    No.
24       Q    As you sit here today, do you
25  believe that Michael Eisenberg was attracted to
```

126

1                          D. Meiners

2    L.C.?

3                   MS. DAINOW:  Objection.  Calls for

4            speculation.

5                   MR. ASHANTI:  It's his opinion.

6                   MS. DAINOW:  I'm still objecting.

7          Q    You can answer.

8          A    No.

9          Q    To your knowledge, did Michael

10   Eisenberg ever show L.C. a picture of your

11   wife?

12                  MS. DAINOW:  Objection to form.

13         Q    You can answer.

14         A    Not to my knowledge.

15         Q    Did you ever have a conversation

16   with L.C. about your wife?

17         A    No.

18         Q    So as far as you know, she would

19   have no reason to know of your wife's

20   employment or financial status?

21                  MS. DAINOW:  Objection.

22         Q    You can answer.

23         A    No.

24         Q    While she was a student at Francis

25   Lewis High School, would she have any reason to

127

1                        D. Meiners

2    know that your wife was the financial

3    breadwinner in your home?

4              MS. DAINOW: Objection.

5         Q    You can answer.

6         A    No.

7         Q    Did Michael Eisenberg ever tell

8    you that he found your wife to be attractive?

9              MS. DAINOW: Objection.

10        Q    You can answer.

11        A    No.

12        Q    Did you and Michael Eisenberg ever

13   have a conversation regarding the fact that

14   your wife was the breadwinner in your home?

15             MS. DAINOW: Objection.

16        Q    You can answer.

17        A    No.

18        Q    Did Michael Eisenberg -- while you

19   were a teacher at Francis Lewis High School,

20   did Michael Eisenberg know that your wife was

21   the breadwinner in your home?

22             MS. DAINOW: Objection.

23        Q    You can answer.

24        A    No.

25        Q    Did Michael Eisenberg have a

128

1                           D. Meiners

2   reputation for flirting with female students at

3   Francis Lewis High School?

4              MS. DAINOW: Objection.

5        Q    You can answer.

6        A    No.

7        Q    Did you have such a reputation?

8              MS. DAINOW: Objection.

9        Q    You can answer.

10       A    No.

11       Q    As far as you know, did Mark

12  Waltzer have a reputation for flirting with

13  female students at Francis Lewis High School?

14             MS. DAINOW: Objection.

15       Q    You can answer.

16       A    No.

17       Q    As far as you know, did Michael

18  Eisenberg ever have sex with a student at

19  Francis Lewis High School?

20             MS. DAINOW: Objection.

21       Q    You can answer.

22       A    No.

23       Q    As far as you know, besides L.C.,

24  did Mark Waltzer ever have sex with a student

25  at Francis Lewis High School?

129

1                    D. Meiners

2              MS. DAINOW: Objection.

3         Q    You can answer.

4         A    No.

5         Q    Aside from Michael Eisenberg and

6    Mark Waltzer, did you ever have a conversation

7    with any employee of the New York City

8    Department of Education about L.C.?

9              MS. DAINOW: Objection.  That's not

10             his testimony.

11        Q    You can answer.

12             MS. DAINOW: If he understands the

13             question based on your

14             mischaracterization of his testimony.

15             MR. ASHANTI:  I didn't say he said

16             anything.  I'm just accepting two people

17             and asking him a question.

18             Please have it read back.  Please

19             provide your answer.

20             (Record read.)

21             MS. DAINOW: He never had any

22             conversation with Mark Waltzer.

23             MR. ASHANTI:  I never said he did.

24             I'm accepting those two people and

25             asking a question.

                                                                    130

                                     D. Meiners

1

2          Q     Please answer the question.

3          A     No.

4          Q     Did you ever have romantic

5    feelings for L.C.?

6                MS. DAINOW: Objection.

7          Q     You can answer.

8          A     No.

9          Q     Did you ever tell anyone that you

10   had romantic feelings for L.C.?

11               MS. DAINOW: Objection.

12         Q     You can answer.

13         A     No.

14         Q     Never?

15         A     No.

16               MS. DAINOW: Objection.

17         Q     Did Mark Waltzer ever tell you

18   that he found L.C. to be attractive?

19               MS. DAINOW: Objection.

20         Q     You can answer.

21         A     No.

22         Q     For gym classes you taught at

23   Francis Lewis High School, did students have to

24   wear any kind of gym uniform?

25         A     Yes, they did.

131

1                    D. Meiners

2          Q     Can you describe that uniform?

3          A     It was a gray T-shirt and purple

4    shorts, I believe.

5          Q     Both male and female students had

6    to wear that kind of uniform?

7          A     That's correct.

8          Q     Did you ever suggest to L.C. that

9    she wear any particular kind of outfit to your

10   gym class?

11               MS. DAINOW: Objection to form.

12         Q     You can answer.

13         A     No.

14         Q     Did you ever suggest she wear a

15   tank top to your gym class?

16               MS. DAINOW: Objection.

17         Q     You can answer.

18         A     No.

19         Q     Did you ever suggest to her she

20   wear any style of clothing that showed off her

21   breasts to your gym class?

22               MS. DAINOW: Objection to form.

23               Over my objection the witness can

24         answer.

25         A     No.

132

                        D. Meiners

1

2       Q    Did you ever suggest to L.C. that

3  she wear clothing that showed off her

4  midsection or stomach to your gym class?

5            MS. DAINOW: Objection.

6            Over my objection the witness can

7       answer.

8       A    No.

9       Q    Did you ever have L.C. transferred

10  out of her normal gym class to attend a fencing

11  class that you taught?

12           MS. DAINOW: Objection.

13      Q    You can answer.

14      A    No.

15      Q    Did L.C. ever express to you

16  whether or not she enjoyed fencing class?

17           MS. DAINOW: Objection.

18      Q    You can answer.

19      A    No, she didn't.

20      Q    Do you have anything else to say?

21      A    I don't recall her being in my

22  fencing class.

23      Q    Well, I wasn't specifying your

24  fencing class.

25           MS. DAINOW: He said he was the

133

1                    D. Meiners

2          only fencing teacher and coach at the

3          school.  So the deduction, he would

4          know.  So your question was

5          inappropriate.  So you can continue.

6               MR. ASHANTI:  It's not

7          inappropriate.  It's specific.

8          Q    Then if you didn't take her out of

9     her normal gym class and transfer into your

10    fencing class, how did she end up in your

11    fencing class?

12               MS. DAINOW: Objection.

13          Q    You can answer.

14          A    She wasn't in my fencing class

15    though.

16          Q    As far as you know, again, just to

17    reiterate.  Fencing was completely optional; is

18    that fair?

19               MS. DAINOW: Objection.

20          A    It was an elective offered to

21    juniors and seniors who had academic grades

22    that would allow them to get into that class.

23          Q    So it was never something that was

24    required of any Francis Lewis High School

25    student to attend; is that fair?

134

1                    D. Meiners

2              MS. DAINOW: Are you asking about

3        fencing class or fencing team?

4              MR. ASHANTI:  Fencing class.

5              MS. DAINOW: Thank you.

6              You can answer.

7        A    Sorry.  Repeat the question,

8   please.

9              MR. ASHANTI:  Read it back.

10             (Record read.)

11       A    Fencing class was not a

12   requirement.  It was an elective that was

13   offered with the addition of volleyball,

14   gymnastics, fencing, tennis, I believe.

15       Q    Was the occasion you mentioned

16   earlier that where you were alone with L.C. in

17   the Francis Lewis High School gymnasium, was

18   that the only time you were ever alone with her

19   in a gym?

20             MS. DAINOW: Objection.

21       Q    You can answer.

22       A    That's correct.

23       Q    Did you try to kiss her on that

24   occasion?

25             MS. DAINOW: Objection.

135

1                        D. Meiners

2        Q    You can answer.

3        A    No.

4        Q    If L.C. had expressed a romantic

5    interest in you, would you have dated her?

6             MS. DAINOW: Objection.

7        Q    You can answer.

8        A    No.

9        Q    Did she ever express a romantic

10   interest in you?

11            MS. DAINOW: Objection.

12       Q    You can answer.

13       A    No.

14       Q    Did you ever work with someone by

15   the name of Christopher Power?

16       A    No.

17       Q    So that name does not ring a bell,

18   Christopher Power as someone who was employed

19   at Francis Lewis High School while you were

20   there?

21       A    No.

22       Q    Did you ever work with someone

23   named Roger S-A-R-M-U-K-S-N-I-S at Francis

24   Lewis High School.

25       A    I'm familiar with Roger.  He was

136

```
 1                        D. Meiners

 2    in my office briefly.  But we never taught

 3    together, no.

 4         Q    Who was he?  Was he a teacher?

 5    Was he janitorial staff?

 6         A    He was a phys ed teacher and the

 7    girls soccer coach.

 8         Q    You provided the discovery

 9    response in this litigation where you describe

10    having left school grounds in the company of

11    L.C. and Roger Sarmuksnis.  Do you recall that?

12              MS. DAINOW: Objection.  Document

13         not in evidence.

14         Q    Do you recall doing that?

15         A    I recall leaving with someone and

16    I thought I had asked him.

17         Q    I'm referring to the discovery

18    response that was provided by your counsel in

19    your name concerning an outing off school

20    grounds with you, L.C. and Roger Sarmuksnis.

21    Do you recall providing information regarding

22    that discovery response?

23              MS. DAINOW: You're asking about a

24         legal document.  You can ask him if he

25         recalls that outing or who that person
```

137

D. Meiners

1    was.  But I'm not going to let you

2    continue to ask about a legal document.

3    

4        MR. ASHANTI:  It's not a legal

5    question though.

6        MS. DAINOW: It's a fact question

7    aside from --

8        MR. ASHANTI:  No, I'm asking about

9    his discovery response, okay.

10   Q    Did you provide any information

11   regarding an outing where you, L.C. and Roger

12   Sarmuksnis left the school grounds of Francis

13   Lewis High School for purposes of discovery in

14   this case, yes or no?

15       MS. DAINOW: Without disclosing any

16   communication between you and your

17   counsel.

18   Q    Yes or no?

19   A    Yes.

20   Q    Was Roger Sarmuksnis while you

21   attended Francis Lewis High School an assistant

22   of yours?

23   A    No.

24       MS. DAINOW: Objection to form.

25   Q    Did you ever supervise him?

138

1                        D. Meiners

2          A    No.

3          Q    While you were a teacher at

4    Francis Lewis High School, were you friends?

5          A    Acquaintances.

6          Q    Did he have an office while you

7    were a teacher at Francis Lewis High School?

8          A    He did have an office.

9          Q    How close was it to your office?

10         A    It was on the other side of the

11   gym.

12         Q    How often would you see Roger

13   Sarmuksnis?

14         A    Maybe once or twice a week I'd run

15   into him.

16         Q    The occasion that you had

17   mentioned regarding an outing to a park with

18   you, Roger Sarmuksnis and L.C., when did that

19   take place?

20         A    I don't recall.

21         Q    Was it during the 2000 to 2001

22   school year?

23              MS. DAINOW: Objection.

24         Q    You can answer.

25         A    I believe it was.

139

1                         D. Meiners

2          Q    Do you recall what month it took

3     place?

4          A    I don't recall.

5               MS. DAINOW: Objection to the

6          question.

7          Q    Do you recall what season it was?

8               MS. DAINOW: Objection.

9          Q    Fall, winter, spring?  Something

10    else?

11         A    I want to say spring.

12         Q    So in other words, the spring of

13    2001?

14         A    Perhaps.  I don't recall exactly.

15         Q    Whose idea was it to leave school

16    grounds?

17              MS. DAINOW: Objection.

18         Q    You can answer.

19         A    I don't recall whose idea it was.

20         Q    So is it fair to say that before

21    L.C. learned of this outing to the park, you

22    and Roger Sarmuksnis decided to go to leave

23    school grounds?

24              MS. DAINOW: Objection.

25         Q    You can answer.

140

1                           D. Meiners

2          A     Repeat that, please.

3                MR. ASHANTI:  I'll rephrase.

4          Q     Is it fair to say that before L.C.

5    learned of this outing to the park, that you

6    and Roger Sarmuksnis had decided that you would

7    leave school grounds with her?

8                MS. DAINOW: Objection.

9          Q     You can answer.

10         A     No.

11         Q     How did the outing to leave school

12   grounds come about?

13         A     I don't recall.

14         Q     So then how is it that you know

15   that L.C. was the last to know?

16               MS. DAINOW: Objection.

17               MR. ASHANTI:  Withdraw the

18         question.

19         Q     How is it that you know that L.C.

20   wasn't the last to know about the outing?

21               MS. DAINOW: Objection.

22         Q     You can answer.

23         A     How do I know...

24         Q     That L.C. was not the last to know

25   about the outing off school grounds?

141

1                         D. Meiners

2                 MS. DAINOW: Again, objection.

3         Q    You can answer.

4         A    I don't know that she knew she was

5    the last to know.

6         Q    As you sit here today, you are not

7    sure whether or not L.C. was last to know about

8    the outing; is that fair?

9                 MS. DAINOW: Objection.

10        Q    You can answer it.

11        A    Yeah, I'm not sure that she was

12   the last to know.

13        Q    Well, I'm asking whether you know

14   whether or not she was the last to know.

15        A    I don't know.

16        Q    So she may have been the last to

17   know; is that fair?

18                 MS. DAINOW: Objection.

19        Q    You can answer.

20        A    No.

21        Q    So it's not possible that she was

22   last to know about --

23                 MS. DAINOW: Objection enough.

24                 MR. ASHANTI:  No, no, no.  It's a

25           very specific question.

142

1                         D. Meiners

2          Q    Is it your testimony that it's not

3      possible that L.C. was last to know?

4                MS. DAINOW: Objection.  Calls for

5           speculation.

6          Q    You can answer.

7                MR. ASHANTI:  Let's have it read

8           back.

9                (Record read.)

10         A    No.

11               MS. DAINOW: That's his answer.

12          Move on to the next line of questioning.

13               MR. ASHANTI:  There's no question

14          pending.  Save the soliloquy.

15         Q    So when you went on this outing,

16     please describe how you did so?

17               MS. DAINOW: Objection to form.

18         Q    Did you start off from your office

19     or were you somewhere else?

20         A    From the office.

21         Q    From the office did you go to the

22     office of Roger Sarmuksnis or did you meet him

23     somewhere else?

24               MS. DAINOW: Objection.

25         Q    You can answer.

143

1                           D. Meiners

2          A    My recollection he was in the

3    office with me.

4          Q    In your office or in his office?

5          A    In my office.

6          Q    From that point did you go to

7    L.C.'s class?

8                MS. DAINOW: Objection.

9          Q    You can answer.

10         A    No.

11         Q    Then how was it that you met up

12   with L.C.?

13         A    I think she came to the office.

14         Q    So it's your testimony that L came

15   to your office where you and Roger Sarmuksnis

16   was and then from there you left school

17   grounds; is that your testimony?

18         A    That's correct.

19         Q    How did L know to leave class to

20   go to your office at that time?

21               MS. DAINOW: Objection.

22         Q    You can answer.

23         A    I don't know.

24         Q    When she showed up at your office

25   to go to this outing, were you surprised to see

144

1                           D. Meiners

2    her?

3                 MS. DAINOW: Objection.

4          Q     You can answer.

5          A     I don't recall.

6          Q     You don't recall if you were

7    surprised?

8                 MS. DAINOW: Objection.  Asked and

9                 answered.

10         Q     You can answer.

11         A     I don't recall.

12         Q     Before she showed up at your

13   office, did you have any prior conversation

14   with L about going on this outing?

15         A     No.

16         Q     Before L showed up at your office

17   to go on this outing to the park, did you have

18   any prior conversation with Roger Sarmuksnis

19   about going to the park?

20         A     No.

21         Q     When L got to your office, what

22   did she say, if anything?

23         A     I don't recall.

24         Q     Why was Roger Sarmuksnis in your

25   office in the first place?

145

1                    D. Meiners

2              MS. DAINOW: Objection.

3        Q    You can answer.

4        A    I believe at the time he was just

5   temporarily using a desk there.

6        Q    So he needed a desk to use; is

7   that fair?

8              MS. DAINOW: Objection.

9        Q    Is that fair?  You can answer.

10       A    He was placed there temporarily

11  until they had room for him somewhere else.

12       Q    What do you mean by that?

13       A    He was only -- when he first came

14  into the school, he was only temporarily

15  assigned to that office and then later he moved

16  to the other side of the gym to a different

17  office.

18       Q    So when did he start at the

19  school?

20             MS. DAINOW: Objection.

21       Q    You can answer.

22       A    I'm not exactly sure.

23       Q    Is it your testimony that he began

24  working at the school in the 2000 to 2001

25  school year?

146

1                         D. Meiners

2              MS. DAINOW: Objection.

3         Q    You can answer.

4         A    I remember he came in like in the

5    middle of the year.  He didn't start off in the

6    beginning of the year like everybody else.

7         Q    Was that the 2000 to 2001 school

8    year?

9              MS. DAINOW: If you remember.

10             MR. ASHANTI:  Don't suggest an

11             answer to the witness, okay?

12             MS. DAINOW: I'm not suggesting

13             anything.

14             MR. ASHANTI:  Yes, you are.  Every

15             question I asked him if he remembers.

16             Don't do that again.

17        Q    So was that the 2000 to 2001

18   school year?

19             MS. DAINOW: You just did it again.

20             You didn't say "if you remember."  He

21             doesn't know.  Ask the question.

22             MR. ASHANTI:  I don't have to ask

23             "if you remember" every question.

24             MS. DAINOW: Well, then preface.

25             MR. ASHANTI:  Stop.  Everything is

147

1                    D. Meiners

2          "if you remember," okay?

3               MS. DAINOW: Move on.

4               MR. ASHANTI:  Can we have the last

5          question read back before this

6          interruption.

7               (Record read.)

8               MR. ASHANTI:  I'll rephrase.

9          Q    You mentioned that you believe

10   Roger Sarmuksnis began his employment at

11   Francis Lewis High School in the middle of a

12   school year, correct?

13         A    Correct.

14         Q    Was that the 2000 to 2001 school

15   year?

16         A    I'm not certain.

17         Q    At the time that you went to this

18   outing, you went on this outing.  Did Roger

19   Sarmuksnis have his own office?

20              MS. DAINOW: Objection.

21         Q    You can answer. Yes or no, did he

22   have his own office?

23         A    No, he was sharing the office with

24   us until he got moved into a different office.

25         Q    So when did that happen?  When did

148

1                          D. Meiners

2    he get his own office?

3              MS. DAINOW: Objection.

4         Q    You can answer.

5         A    I'm not exactly sure.  I don't

6    recall.

7         Q    Was it sometime in the 2000 to

8    2001 school year he got his own office?

9              MS. DAINOW: Objection.

10        Q    You can answer.

11        A    Yes, it was.

12        Q    Sometime after that outing to the

13   park with L and him?

14             MS. DAINOW: Objection.

15        Q    You can answer.

16        A    Yes.

17        Q    Did you have any discussion with L

18   and Roger Sarmuksnis in your office about where

19   would you go off school grounds?

20        A    No.

21        Q    So who decided where to go?

22        A    I just drove down the block.

23        Q    So you decided where to go based

24   on the direction you were driving?

25        A    I did.

149

1                         D. Meiners

2        Q    Did you tell them where you were

3    going?

4        A    No.

5        Q    Would it have been unusual for you

6    to have left school grounds with a student and

7    another teacher while you worked at Francis

8    Lewis High School?

9              MS. DAINOW: Objection.

10       Q    You can answer.

11       A    Yes.

12       Q    Then why did you do it?

13             MS. DAINOW: Objection.

14       Q    You can answer.

15       A    I did what my heart told me to do.

16       Q    So what did your heart tell you to

17   leave school grounds with a student?

18       A    She wanted to talk.

19       Q    How do you know she wanted to

20   talk?

21             MS. DAINOW: You can not yell at

22        the witness?

23             MR. ASHANTI:  I'm not yelling.

24       Q    How do you know she wanted to

25   talk?  You can answer.

150

1                          D. Meiners

2          A    I don't recall exactly, but I just

3    felt like, you know, she wanted to talk.

4          Q    Before you went on the outing with

5    her, did she tell you that she wanted to talk?

6          A    Before we went, yeah.

7          Q    When did she tell you that?

8          A    I'm not sure.

9          Q    That same day or a prior day?

10         A    No, same day.

11         Q    Same day before she went to your

12   office?

13              MS. DAINOW: Objection.

14         A    She didn't tell me before she went

15   to our office.

16         Q    So at the time she went to your

17   office, she had not already told you that she

18   wanted to talk; is that fair?

19         A    That's fair.

20         Q    So she just shows up at your

21   office and says "I would like to talk," and you

22   end up leaving school grounds with another

23   teacher and that student; is that an accurate

24   description of what happened?

25              MS. DAINOW: Objection.

151

1                     D. Meiners

2          Q     You can answer.

3          A     That's my recollection.

4          Q     Did she tell you that she wanted

5     to talk with you and Roger Sarmuksnis?

6          A     No.

7          Q     Why was Roger Sarmuksnis

8     accompanying you?

9                MS. DAINOW: Objection.

10         A     Just to be a second person, you

11    know, in the situation.

12         Q     Whose idea was it for Roger

13    Sarmuksnis to accompany you and L off school

14    grounds?

15               MS. DAINOW: Objection.

16         Q     You can answer.

17         A     It was my idea to ask him to come.

18         Q     Why did you ask him to go?

19         A     Not to be alone.

20         Q     L would be with you, right?

21               MS. DAINOW: Objection.

22         Q     You can answer.

23         A     Yeah.

24         Q     You would not have --

25               MS. DAINOW: He's answering your

152

1                          D. Meiners

2         question.

3                 MR. ASHANTI:  Hold on.  I'm asking

4         a question.

5         Q     Concerning Roger Sarmuksnis, why

6    was it you wanted him to accompany you and L

7    off school grounds?

8         A     So that there were two people

9    present.

10        Q     Why was that important?

11                MS. DAINOW: You're cutting him off

12        again.  Let him finish his answer.

13        Q     Why was it important at the time

14    for there to be two?

15                MS. DAINOW: No.  Did you have an

16        answer?  Did you finish your answer to

17        his last question?

18        Q     Go ahead, be my guest.

19                MS. DAINOW: Mr. Meiners, did you

20        finish your answer?

21        A     It was important not to be alone

22    with a student.  I wanted somebody with me, you

23    know, to observe the situation.

24        Q     Was it also important not to leave

25    school grounds with a student?

153

1                        D. Meiners

2                MS. DAINOW: Objection.

3        Q    You can answer.

4        A    It was a spontaneous decision.

5        Q    Did you have something else to

6    say?  You looked like you were going to say

7    something else.  Were you?

8        A    I was just going to say I just

9    reacted spontaneously without putting too much

10   thought into it.

11       Q    At the time were you aware of

12   whether or not it was against policy of Francis

13   Lewis High School or New York City Department

14   of Education for you to leave school grounds

15   with a student?

16               MS. DAINOW: Objection.  Again, he

17           is not a 30(b)(6) witness.  He can only

18           testify to his understanding.

19               MR. ASHANTI:  That's all I'm

20           asking him to do.

21       Q    You can answer.

22       A    My answer is I did not know.

23       Q    So you thought it was okay to

24   leave school grounds with a student at the

25   time?

154

1                          D. Meiners

2                  MS. DAINOW: Objection.

3          Q     You can answer.

4          A     You know, all I can say is that if

5     it was the end of the day.  School might have

6     been let out.  I'm not sure what time of day it

7     was.  If school had ended, you know.

8          Q     Your testimony earlier was that it

9     was during school hours; is that not accurate?

10         A     I wasn't sure exactly what time of

11    day it was.  I don't think I said it was during

12    school hours.

13                 MS. DAINOW: Note my objection to

14         the prior question.

15         Q     So is it your testimony now that

16    it was after school hours that this outing

17    occurred?

18                 MS. DAINOW: Objection.

19         A     It may have been.  I don't recall

20    the exact time.

21         Q     So your testimony is that L showed

22    up at your office at the school grounds and

23    Roger Sarmuksnis was there, just happened to be

24    in your office.  And at that point in time you

25    spontaneously decided to leave school grounds

155

1                       D. Meiners

2    with her and Roger Sarmuksnis; is that accurate

3    description of your testimony?

4              MS. DAINOW: Objection.

5         Q    Yes or no?

6              MS. DAINOW: Stop yelling at the

7         witness.

8              MR. ASHANTI:  I'm not yelling at

9         the witness.

10        Q    Is that an accurate description of

11   your testimony?

12        A    As far as I can recall, I think

13   that's accurate.

14        Q    So who else, if anyone, was in

15   your office besides Roger Sarmuksnis before L

16   showed up there?

17        A    It was nobody else around.

18        Q    Just you and Roger Sarmuksnis?

19        A    I believe so.

20        Q    What were you doing before she

21   arrived?

22              MS. DAINOW: Objection.

23        A    Before?

24        Q    How long were you and Roger

25   Sarmuksnis alone in your office before L showed

156

1                          D. Meiners

2    up?

3          A    I'm not sure.  We may have been

4    waiting to start our practices in the

5    afternoon.

6          Q    What time did that occur, the

7    start of the practice?

8          A    Right after school we started

9    practice about half an hour.

10         Q    What time of day?

11         A    3:00, 2:30 maybe.

12         Q    So again, how long were you and

13   Roger Sarmuksnis alone in your office before L

14   showed up?

15         A    I don't recall.

16         Q    More than half an hour?

17         A    I don't recall.

18         Q    More than an hour?

19         A    I don't recall.

20         Q    Could it have been more than an

21   hour?

22              MS. DAINOW: Objection.

23         A    No.

24         Q    That you and Roger Sarmuksnis were

25   alone in your office before L appeared?

157

1                          D. Meiners

2          A    No.

3          Q    You said it was important that

4    there be a second teacher present for your

5    outing with L off school grounds.  Why did you

6    find that to be important?

7          A    For safety reasons.

8          Q    Whose safety?

9          A    Everybody's safety.  My safety.

10   Her safety.  His safety.

11         Q    Were you afraid that L was going

12   to assault you?

13              MS. DAINOW: Objection.

14         Q    You can answer.

15         A    I just wanted, you know, like an

16   alibi.

17         Q    You definitely needed an alibi.

18              MS. DAINOW: Objection.  Counsel's

19         testifying and inappropriately so I

20         might add.

21         Q    Was that the only occasion when

22   you ever left school grounds with a student?

23              MS. DAINOW: Objection.

24         Q    You can answer.

25         A    Yes, it was.

158

1                        D. Meiners

2          Q     Do you have a vivid memory of what

3     occurred during that outing?

4               MS. DAINOW: Objection.

5          Characterization.

6          Q     You can answer?

7          A     Could you repeat that?

8          Q     Given the fact that this was the

9     only time you ever left school grounds with a

10    student, do you have a vivid memory of the

11    outing off school grounds?

12              MS. DAINOW: Objection.

13         A     I don't have a recollection of

14    what transpired.

15         Q     So you, L and Roger Sarmuksnis

16    were alone in your office on this occasion

17    before you left school grounds; is that fair?

18         A     She didn't come in the office.

19         Q     Was she just outside the office?

20    Because earlier you testified that she went to

21    the office.

22         A     I believe she came to the office

23    and that's when we decided to leave.

24         Q     So she was at your office; is that

25    correct?

159

1                          D. Meiners

2          A    Yes, but she didn't come in the

3     office.

4          Q    How close to the entranceway of

5     your office did she come?

6               MS. DAINOW: Objection.

7          Q    You can answer.

8          A    Maybe by the door.

9          Q    Was the door open?

10         A    Yes.

11         Q    How long did she remain by the

12    door before you, Roger Sarmuksnis and L left to

13    go off school grounds?

14              MS. DAINOW: Objection.

15         Q    You can answer.

16         A    I don't recall.

17         Q    More than half an hour?

18         A    No.

19         Q    More than ten minutes?

20         A    No.

21         Q    More than five minutes?

22         A    I don't recall exactly how long

23    she was there.  Maybe just minutes.

24         Q    So however long she was there,

25    could you please describe the sum and substance

160

1                          D. Meiners

2    of everything that you, Roger Sarmuksnis and L

3    discussed before you left?

4              MS. DAINOW: Objection.

5         Q    You can answer.

6         A    He wasn't part of any

7    conversation.  He stood off to the side.

8         Q    What was the conversation between

9    you and L?

10             MS. DAINOW: Objection.

11        Q    You can answer.

12        A    I can't remember.  I can't

13   remember what the conversation -- how that

14   conversation went.

15        Q    Do you remember anything about it?

16        A    I don't.

17             MS. DAINOW: Objection.

18        Q    Do you remember L mentioning

19   wanting to leave school grounds?

20             MS. DAINOW: Objection.

21        Q    You can answer.

22        A    I don't recall.

23        Q    So it's your testimony that you

24   did not take L out of class that day?

25        A    I did not.

161

1                          D. Meiners

2          Q    Did you go visit her class at any

3    point in time that day?

4          A    I did not.

5          Q    Did Roger Sarmuksnis visit L's

6    class at any point in time that day?

7              MS. DAINOW: Objection.

8          Q    You can answer.

9          A    No.

10         Q    What is the route you took to

11   leave school grounds from your office when you,

12   L and Roger Sarmuksnis left school grounds?

13             MS. DAINOW: Objection.  What do

14        you mean route?  From the school

15        building to the --

16             MR. ASHANTI:  Nope.  From his

17        office.

18         Q    What is the route you took to

19   leave school grounds from your office with L,

20   and Roger Sarmuksnis?

21             MS. DAINOW: If you understand, you

22        can answer.

23         A    Drove down the block to -- I think

24   I saw some park benches on the side of the

25   road.

162

1                          D. Meiners

2          Q     So if you drove down the block,

3    that means you left in a vehicle; is that fair?

4          A     Yes.

5          Q     It was your vehicle?

6                MS. DAINOW: Objection.

7          A     Yes.

8          Q     Where was your vehicle parked

9    before this outing occurred?

10         A     Right outside on the street behind

11   the school.

12         Q     Was it in a parking lot of the

13   school or something else?

14         A     No.

15         Q     So it was just on the public

16   street near the school?

17         A     Correct.

18         Q     How far away from the entrance of

19   the school was your vehicle parked?

20         A     Two-minute walk.

21         Q     Can you describe in the number of

22   blocks?

23               MS. DAINOW: Objection.

24         Q     You can answer.

25         A     I walk out the back door, my car

163

                              D. Meiners

1
2       was just a minute away.  It was right there on

3       one of the blocks behind the school.

4              Q     During this outing you, L and

5       Roger Sarmuksnis left out the back door of the

6       school; is that fair?

7                    MS. DAINOW: Objection.

8              A     That's fair.

9              Q     Were there any security cameras in

10      that vicinity of the back door either on the

11      outside or the inside?

12             A     Not to my knowledge.

13             Q     Was there any security officer

14      posted at that back door at that time?

15             A     No.

16             Q     What is the route you took from

17      your office to get to the back door?

18                   MS. DAINOW: Objection.

19             Q     You can answer.

20             A     Walked out the door.  We walked up

21      the block and the car was right there.

22             Q     No.  I'm talking before you exited

23      out the back door, right, what is the route

24      that you took from your office to that back

25      door in order to exit the school?

164

1                        D. Meiners

2          A     Where the office was located,

3    there was a back door entrance right there.

4          Q     So how far from your office was

5    this book door that you exited?

6          A     It was just -- you know, as far as

7    I can recall, it was 5 or 10 steps away from

8    where our office was.

9          Q     So it was very convenient then?

10               MS. DAINOW: Objection.

11         Q     You can answer.

12         A     Yeah.

13         Q     Am I correct that you, Roger

14   Sarmuksnis and L exited out the back door and

15   then walked to your vehicle; is that correct?

16         A     That's correct.

17         Q     The three of you walked together?

18         A     Correct.

19         Q     Did anybody see you while you were

20   walking either from your office to the back

21   door or from the back door to your car?

22               MS. DAINOW: That you are aware of.

23         Q     That you are aware of.

24         A     Not that I'm aware.

25         Q     Did you see any students or

165

1                        D. Meiners

2    teachers or other employee of Francis Lewis

3    High School when you walked from your office to

4    the back door and from the back door to your

5    car?

6         A    I don't recall seeing anyone.

7         Q    What were you intending to do at

8    the park?

9         A    Listen.

10        Q    Listen to whom?

11        A    L.

12        Q    Listen to L talk about what topic

13   or topics?

14             MS. DAINOW: Objection.

15        Q    You can answer.

16        A    I don't recall what she said.

17        Q    So at the time that you left

18   school grounds with L and Roger Sarmuksnis, you

19   had no idea what L wanted to talk to you about?

20             MS. DAINOW: Objection.

21        A    That's correct.

22        Q    Did she tell you she wanted to

23   talk about problems at home?

24        A    I don't recall anything that was

25   -- I don't recall anything she said that day.

166

1                        D. Meiners

2          Q     Did she mention she wanted to talk

3    to you about her relationship with Mark

4    Waltzer?

5                MS. DAINOW: Objection.

6          Q     You can answer.

7          A     I don't recall what she said that

8    day.

9          Q     Well, if she had told you that she

10   wanted to talk to you about a relationship with

11   Mark Waltzer, do you believe that's something

12   you would have remembered?

13               MS. DAINOW: Objection.

14         Q     You can answer.

15         A     If she had told me that?

16         Q     Yes.  Do you think that's

17   something you would have remembered?

18               MS. DAINOW: Objection.

19         A     I'm sorry, I don't recall what she

20   said to me that day.

21         Q     That's not the question, sir.  The

22   question is, if she had told you that she

23   wanted to talk to you about a relationship with

24   Mark Waltzer as a teacher at Francis Lewis High

25   School would you have remembered that?

167

1                          D. Meiners

2                  MS. DAINOW: Objection.

3          Q     Yes or no?

4          A     I think I would have remembered

5    that.

6          Q     How long did it take to walk from

7    the back door of the school to your car?

8          A     Just a couple minutes.

9          Q     All three of you got into your

10   vehicle; is that correct?

11         A     That's correct.

12         Q     And you drove the vehicle from

13   that point; is that correct?

14         A     I drove.

15         Q     Who sat where?  For instance, was

16   anybody seated in the front passenger seat to

17   your right?

18         A     I believe it was Roger who sat

19   next to me.

20         Q     Did L sit in the back seat?

21         A     Yup.

22         Q     How long did it take to get to

23   where you went?

24         A     Minutes.

25         Q     More than 10 minutes?

168

                              D. Meiners

1

2          A      Less than 5.

3          Q      How far away from the school did

4    you stop?

5          A      Five minutes down the street I

6    think I saw some benches to sit on.

7          Q      How far away were those benches

8    from the school?

9                 MS. DAINOW: Objection.

10         A      Maybe five minutes down the block.

11         Q      I'm talking distance.  How far

12   away were those benches to the school?

13         A      Maybe one block down the street.

14         Q      So how long were you driving?

15         A      Just minutes.

16         Q      So why didn't you walk if it was

17   one block down the street?

18         A      I really didn't know where I was

19   going to go.  I was just looking for someplace

20   that would be conducive to a conversation.

21         Q      What is the address of where you

22   stopped the vehicle?

23         A      I have no idea.

24         Q      What are the closest cross

25   streets?

169

1                          D. Meiners

2          A     Again, I have no idea.

3          Q     What street did you drive down?

4          A     I don't recall the names of the

5     streets.  I think they all had numbers.

6          Q     What number did you stop at?

7          A     I don't remember the numbers of

8     the streets.

9          Q     These benches, was that within a

10    park or something else?

11         A     To my recollection, it was some

12    kind of park.

13         Q     Was there any kind of body of

14    water nearby?

15         A     No.

16         Q     There was no duck pond nearby?

17         A     Not that I recall.  I just saw

18    some benches.

19         Q     Were the benches part of a park or

20    playground?

21         A     It appeared to be some kind of

22    park.

23         Q     What's the name of the park?

24         A     I don't know.  I don't recall.

25         Q     So this park, would you say that

170

1                           D. Meiners

2    it was less than a 5-minute drive from the

3    school?

4                MS. DAINOW: Objection.

5         Q    You can answer.

6         A    Yeah.  I said we only drove a few

7    minutes down the block.  I didn't go very far.

8    I saw a place to talk.  We parked and we

9    talked.  And that was that.

10        Q    What parks are you aware of that

11   are near Francis Lewis High School?

12        A    I'm not from that area.  I'm not

13   aware of any parks actually.

14        Q    Was there any playground at that

15   park?

16        A    I don't recall seeing a

17   playground.

18        Q    Can you describe the park?

19        A    All I remember is some green

20   benches.  That's all I remember.

21        Q    Do you remember trees in the park?

22        A    I'm sure there were some trees.

23        Q    Were there any statues in the

24   park?

25        A    I don't remember seeing a statue.

171

1                         D. Meiners

2          Q    Do you remember anything else

3    about this park other than what you've already

4    testified?

5          A    No.

6          Q    What did you do when you got

7    there?

8          A    We got out of the car and we

9    talked for a little bit.  And then I don't

10   recall.  I don't really remember if she came

11   back to the school, or if she walked home, or

12   if I drove back, you know, Roger and I drove

13   back.

14         Q    My question is what did you do at

15   the park?

16         A    Just talked.

17              MS. DAINOW: Karl, before you

18         continue, I'd like to take a five-minute

19         break.

20              MR. ASHANTI:  I will ask you not

21         to discuss this testimony with the

22         witness.  We'll take a five-minute

23         break.  It's 2:50.  Thank you.

24              (Whereupon, a brief recess was

25         taken.)

172

                           D. Meiners

1

2          Q    How long did you remain at the

3    park, Mr. Meiners?

4          A    Just a few minutes.

5          Q    How long were you gone with L from

6    school grounds?

7          A    Not more than 10 minutes.

8          Q    So your testimony is that it was

9    not more than 10 minutes from the point you

10   left school grounds until the time you

11   returned?

12         A    Ten, 15 minutes.

13              Can I clarify something that was

14   asked earlier?

15         Q    Go ahead.

16         A    Well, you know, there are other

17   occasions when I met with kids at the school.

18   Like sometimes some of the kids wanted to come

19   to the fencing club.  We had a fencing club

20   that I ran at an elementary school in Mineola.

21   I picked them up and bring them back and drop

22   them off.

23              Also, when I was coaching the golf

24   team, we met on Saturday.  The kids came and

25   met me at the school and we drove to Jones

173

D. Meiners

2    Beach Pitch and Putt Golf Course to play pitch

3    and putt.

4              There were also times we had to

5    transport our equipment to various schools we

6    were competing against with fencing.  Some of

7    the kids came with me to help carry equipment

8    and bring equipment back in my car.  Most of

9    the kids used public transportation.  There

10   were other times kids were with me in the car.

11        Q    Your testimony about those

12   occasions, did they always involve Francis

13   Lewis High School students or did they also

14   involve students from other schools whose

15   children were not Francis Lewis High School

16   students?

17        A    I did that with my Jericho

18   fencers, too.  If they needed a ride to the

19   club, I pick them up and drop them off.

20        Q    On any of those occasions that you

21   just mentioned, did any of those occasions

22   involve you leaving school grounds with a

23   student?

24             MS. DAINOW: Objection.

25        Q    You can answer.

174

1           D. Meiners

2           MS. DAINOW: Okay, I'm just going

3      to say, I will say from now on that he

4      can answer after I object.  I'm his

5      counsel.

6           MR. ASHANTI:  You are not going to

7      tell me what to say or not to say.

8           MS. DAINOW: Well, he can listen to

9      me then.  I object.

10          Over my objection you can answer.

11          MR. ASHANTI:  I'm not telling you

12     what to say.  So don't tell me what to

13     say.

14          Read back the question.

15          (Record read.)

16     Q    Yes or no, sir?

17     A    Yes, we left the school grounds to

18  go to competitions.  And does that answer your

19  question?

20     Q    On those occasions when you left

21  school grounds with a student other than this

22  park outing with L and Roger Sarmuksnis, did

23  another teacher ever accompany you?

24     A    No.

25     Q    So on those other occasions you

175

D. Meiners

1    didn't feel it was necessary for a teacher to

2    accompany you; is that fair?

3    MS. DAINOW: Objection.

4    Q    You can answer.

5    A    That's fair.

6    Q    So back to the park.  Did you

7    bring a foldable chessboard with you for that

8    outing?

9    MS. DAINOW: Objection.

10   You can answer.

11   Q    You can answer.

12   A    No.

13   Q    Did you bring any kind of chess

14   board with you to that outing in the park?

15   A    No.

16   Q    Did you play chess with L at that

17   outing?

18   A    No.

19   Q    Prior to that occasion, had you

20   ever played chess with L?

21   A    No.

22   MS. DAINOW: Please note my

23   objection to that question.

24   Q    As you sit here today, have you

25

176

1                          D. Meiners

2    ever in your life played chess with L?

3          A    No.

4          Q    Were there ever occasions where

5    you were present with L.C. in the teachers'

6    lounge?

7          A    No.

8          Q    Never?

9              MS. DAINOW: Objection.

10         A    No.

11         Q    What's your answer?

12         A    No.

13         Q    At the time did you know how to

14   play chess?

15             MS. DAINOW: At what time?

16         Q    While you were a teacher at

17   Francis Lewis High School.

18         A    I do know how to play chess.

19         Q    Did you know how to play chess at

20   that time while you were a teacher at Francis

21   Lewis High School?

22         A    I did.

23         Q    How often would you play chess

24   back then?

25             MS. DAINOW: Objection.

177

                        D. Meiners

1

2        Q     You can answer.

3        A     I remember playing chess one time

4   in the hallway with a young man that he was a

5   chess master.

6        Q     In the hallway?

7        A     He always had a chess board with

8   him I remember.

9        Q     The question is you had this game

10  in the hallway?

11       A     We sat down in the hallway and

12  played one day.

13       Q     Was there a table set up in the

14  hallway?

15       A     May have been on a Saturday when

16  the kids would come.  When I had my Saturday

17  practices, we come down early and we play

18  basketball for about half hour and warm up

19  before we started fencing.  And I think he was

20  one of those kids that showed up to play ball.

21  I remember him having a chess set and I wanted

22  to play.  I heard he was an incredible chess

23  player.  He wound up beating me in seconds.

24  And that's the only time I remember playing

25  chess.

178

1                          D. Meiners

2          Q     The question is, was there a table

3    in the hallway at the time that you played

4    chess with this chess master?

5          A     He was carrying the chess set.

6          Q     The question is, was there a table

7    in the hallway at the time you played chess

8    with this chess master?

9          A     No table.  We sat on the floor and

10   played.

11         Q     Why didn't you go into a classroom

12   to play?

13         A     Why?

14         Q     Yeah, why.

15         A     I don't know why we did that.  We

16   just sat down in the hallway and played?

17         Q     On the floor?

18         A     Yes.

19         Q     Was there a chess club while you

20   were a teacher at Francis Lewis High School?

21         A     I'm not aware of one.

22         Q     Was that the only time in your

23   life you played chess with a student from

24   Francis Lewis High School?

25         A     To my recollection.

179

1                          D. Meiners

2          Q    Did you ever talk to L about

3   chess?

4               MS. DAINOW: Objection.

5          Q    You can answer.

6          A    I don't recall ever talking to her

7   about chess.

8          Q    So back at the park.  What exactly

9   was discussed between you and L?

10         A    I don't recall what was discussed

11  that day.  Sorry.

12         Q    Did L have any conversation with

13  Roger Sarmuksnis at the park?

14              MS. DAINOW: Objection.

15              You can answer.

16         A    No.

17         Q    So where was Roger Sarmuksnis at

18  the time you had the conversation with L at the

19  park?

20              MS. DAINOW: Objection.

21              You can answer.

22         A    He was standing on another bench a

23  little bit off away.

24         Q    How far away?

25         A    How far away?  Maybe 20 yards, 10

                                                                180

1                        D. Meiners

2   yards away.

3         Q    Did it appear to you he could hear

4   your conversation with L?

5              MS. DAINOW: Objection.

6         Q    You can answer.

7         A    It did not occur to me.

8         Q    Well, thinking back now, did you

9   believe that he would have been close enough to

10  hear the conversation between you and L?

11             MS. DAINOW: Objection.

12             You can answer.

13        A    I don't believe he heard any of

14  it.

15        Q    So he was standing on a bench; is

16  that right?

17        A    I think I remember him standing up

18  on a bench.

19        Q    Do you know why he was standing on

20  a bench?

21        A    I think he was working on his

22  balance.

23        Q    Did he have like one leg in the

24  air, something like that?

25        A    I'm not really sure.  I don't

181

1                          D. Meiners

2    recall.

3         Q    Do you recall him having any

4    conversation with L while you were at the park?

5              MS. DAINOW: Objection.

6              You can answer.

7         A    No.

8         Q    At the park did you give L any

9    kind of advice?

10             MS. DAINOW: Objection.

11             You can answer.

12        A    I hope I did.

13        Q    Well, I'm not asking what you hope

14   you did.  I'm asking if you did.  Did you give

15   L any advice at the park?

16             MS. DAINOW: Objection.

17        A    I don't recall what I said, but --

18   I don't recall what I said to her.

19        Q    When you left the park, did you

20   leave at the same time that L left?

21        A    Yeah, we all left.

22        Q    You all left together?

23        A    Pretty much together.

24        Q    Did you all get back in your car?

25        A    I don't recall if she got back in

182

1                        D. Meiners

2    the car.  She may have walked home.

3        Q    Well, how do you know where she

4    would have walked if she walked away?

5        A    I don't recall us coming back to

6    the school all together.

7        Q    So you think you dropped her off

8    at home?

9             MS. DAINOW: Objection.

10       A    No.

11       Q    If the three of you went back to

12   your vehicle, where was it that you went at

13   that point?

14            MS. DAINOW: Objection.

15            You can answer.

16       A    Roger and I got back in the car

17   and we went back to the school.  I don't recall

18   if she came back with us.

19       Q    So when you were driving to the

20   park, right, on your way to the park, was there

21   any conversation in the vehicle?

22       A    No.

23       Q    So no one said anything to anyone

24   else while you were driving with you, Roger and

25   L in the car?

183

1                          D. Meiners

2              MS. DAINOW: Objection.  Asked and

3         answered.

4              You can answer again.

5         Q    Is that your testimony?

6              MS. DAINOW: Excuse me.  Before you

7         answer, let me finish my objection on

8         the record and then he can answer your

9         question.  You keep cutting me off and I

10        don't appreciate it.

11             Mr. Meiners, you can answer over

12        my objection.

13        A    I don't recall talking in the car

14   on the way there.

15        Q    Did you ever extend an invitation

16   for L to go to your house?

17             MS. DAINOW: Objection.

18             You can answer.

19        A    No.

20        Q    You lived in Little Neck at the

21   time; is that correct?

22             MS. DAINOW: At what time?

23        Q    At the time of this park outing,

24   you lived in Little Neck, Queens; is that

25   correct?

                                                            184

                              D. Meiners

1

2        A    That's correct.

3        Q    Did your house in Little Neck have

4   a sauna?

5        A    It did.

6        Q    Did you ever invite plaintiff to

7   use the sauna at your house?

8             MS. DAINOW: Objection.

9             You can answer.

10       A    No.

11       Q    Then how did she know you had one?

12            MS. DAINOW: Objection.  There's no

13       testimony.

14       Q    You can answer.

15            MS. DAINOW: Again, let me finish

16       my objection on the record.

17            Mr. Meiners, over my objection you

18       can answer.

19       A    I have no idea.

20       Q    Before you left on this outing

21   with L and Roger Sarmuksnis, did you ask the

22   principal for permission to leave school

23   grounds with her?

24            MS. DAINOW: Objection to form.

25            You can answer.

185

                              D. Meiners

1

2          A    No.

3          Q    Did you believe that it was

4    necessary for you to obtain permission to leave

5    school grounds with L?

6               MS. DAINOW: Objection.

7          Q    You can answer.

8          A    I didn't consider that.

9          Q    Did Roger ever say anything about

10   that before you left on the outing about

11   whether or not the two of you needed permission

12   to leave school grounds with L?

13              MS. DAINOW: Objection.

14              You can answer.

15         A    He did not.

16         Q    When you returned to the school,

17   did Mark Waltzer see you?

18              MS. DAINOW: Objection.

19              You can answer.

20         A    Not to my knowledge.

21         Q    Did you ever tell Roger Sarmuksnis

22   the reason why you wanted to leave school

23   grounds with L?

24              MS. DAINOW: Objection.

25              You can answer.

186

1                    D. Meiners

2        A    I think I just said to him she

3   needed to talk and I needed somebody to come

4   with me.

5        Q    What, if anything, did he say in

6   response?

7        A    I don't remember what he said.

8        Q    But whatever he said, he agreed to

9   go with you?

10            MS. DAINOW: Objection.

11            You can answer.

12       A    Yeah.

13       Q    Did you have to threaten him in

14  any way for him to go with you?

15            MS. DAINOW: Objection.

16            You can answer.

17       A    No.

18       Q    After that outing after that day

19  or any subsequent day, did you ever have a

20  conversation with Mark Waltzer about the

21  outing?

22            MS. DAINOW: Objection.  He never

23       had any conversation with Mark Waltzer.

24            MR. ASHANTI:  Well, it's a very

25       specific question.

187

1                          D. Meiners

2          Q    Did you have a conversation with

3    Mark Waltzer after the outing about the outing,

4    yes or no?

5               MS. DAINOW: Note my objection.

6               You can answer.

7          A    No.

8          Q    As a result of you leaving school

9    grounds with L without permission, did you ever

10   receive any form of discipline from the New

11   York City Department of Education?

12              MS. DAINOW: Objection.

13              Over my objection you can answer.

14         A    No.

15         Q    As you sit here today, who as an

16   employee or former employee of the New York

17   City Department of Education, is aware that you

18   went on this outing?

19              MS. DAINOW: Objection.

20              You can answer.

21         A    No one.

22         Q    So as far as you know, the only

23   current or former members of the New York City

24   Department of Education who are currently aware

25   of this outing are you and Roger Sarmuksnis?

188

1                    D. Meiners

2             MS. DAINOW: Objection.

3             You can answer.

4        A     Correct.

5        Q     Regarding any of the training you

6    ever received and as an employee of Department

7    of Education, did any training involve training

8    regarding sexual assault or sexual harassment?

9             MS. DAINOW: I'm going to object.

10            Again, this witness is not a 30(b)(6)

11            witness.  He can only testify to his

12            understanding of whatever policies

13            plaintiff's counsel asking.

14            So over my objection your

15            understanding in response to his

16            question, you can answer.

17            MR. ASHANTI:  It's a factual

18            question.  We'll have it read back

19            please.  Your objection is noted.

20            (Record read.)

21       A     I don't recall.

22       Q     Did any employee of the New York

23   City Department of Education ever express to

24   you a romantic interest in L.C.?

25            MS. DAINOW: Objection.

189

1                    D. Meiners

2              You can answer.

3        A    No.

4        Q    Did you ever learn plaintiff

5    became pregnant from her sexual relationship

6    with Mark Waltzer?

7        A    I did not.

8        Q    Did you ever learn plaintiff had

9    an abortion as a result of her relationship

10   with Mark Waltzer?

11       A    I did not.

12       Q    Just to clarify, you've never

13   posted anything on any social media website

14   regarding this case; is that correct?

15       A    No.

16       Q    Is that correct?

17       A    Oh.  Yes, that's correct.  I never

18   posted anything.

19       Q    Have you ever taken a photograph

20   with L.C.?

21       A    No.

22       Q    Did Mark Waltzer ever show you a

23   photograph of L?

24              MS. DAINOW: Objection.

25              You can answer.

190

1                         D. Meiners

2          A     No.

3                MR. ASHANTI:  If you could please

4          pull up Exhibit 2A.  Let's move to 2B.

5          Q     Have you ever seen this photograph

6   before?

7          A     No.

8          Q     Do you know who took the

9   photograph?

10               MS. DAINOW: Objection.

11               MR. ASHANTI:  Just because he's

12         never seen it doesn't mean he doesn't

13         know who took it.

14               MS. DAINOW: I understand that.

15               Mr. Meiners, wait for me to finish

16         my objection.  I'll instruct you on what

17         you can answer or not.  Thank you.

18         Q     Do you know who took this

19   photograph which has been marked for

20   identification as Plaintiff's 2B?

21               MS. DAINOW: Objection.

22               You can answer.

23         A     No.

24               MR. ASHANTI:  Can we go to 2C?

25         Q     Have you ever seen this photograph

191

1                        D. Meiners

2   before?

3        A    No.

4        Q    Do you know who took it?

5             MS. DAINOW: Objection.

6             You can answer.

7        A    No.

8        Q    Does the setting of the photograph

9   look familiar to you?

10            MS. DAINOW: Objection.

11            You can answer.

12       A    No.

13            MR. ASHANTI:  Can we move to 2D?

14       Q    Have you ever seen this photograph

15  before, Plaintiff's Exhibit 2D?

16       A    No.

17            MR. ASHANTI:  Move to Plaintiff's

18       2E.

19       Q    Have you ever seen this photograph

20  before?

21       A    No.

22       Q    Do you know who took this

23  photograph, Plaintiff's 2E?

24            MS. DAINOW: Objection.

25            You can answer.

192

1                          D. Meiners

2          A    No.

3          Q    Does the setting of the photograph

4   look familiar to you?

5               MS. DAINOW: Objection.

6               You can answer.

7          A    No.

8          Q    Do you recognize the person who

9   was photographed depicted in the picture?

10         A    I'm not sure.

11         Q    So that's L.C.

12         A    Oh, okay.

13         Q    And do you recognize the setting

14  of the photograph?

15              MS. DAINOW: Objection.  Asked and

16         answered.

17              You can answer.

18         A    No, I don't.

19              MR. ASHANTI:  Move on to the next

20         one.

21         Q    This is Plaintiff's 2F.  Have you

22  ever seen this photograph before?

23         A    No.

24         Q    Do you recognize the setting of

25  the photograph?

193

1                    D. Meiners

2             MS. DAINOW: Objection.

3             You can answer.

4      A    No.

5      Q    Do you know who took the

6  photograph?

7             MS. DAINOW: Objection.

8             You can answer.

9      A    No.

10             MR. ASHANTI: Let's go to the next

11        one.

12      Q    Looking at Plaintiff's 2G, have

13  you ever seen this photograph before?

14      A    No.

15      Q    Do you know who took this

16  photograph?

17             MS. DAINOW: Objection.

18             You can answer.

19      A    No.

20      Q    Do you recognize the setting of

21  the photograph?

22             MS. DAINOW: Objection.

23             You can answer.

24      A    No.

25             MR. ASHANTI:  Next one.  2H.  Can

194

1                        D. Meiners

2          we rotate that?

3          Q     Do you recognize this photograph

4     after it's been rotated?

5          A     No.

6          Q     Do you know who took the

7     photograph?

8                MS. DAINOW: Objection.

9                You can answer.

10         A     No.

11         Q     Do you recognize the setting?

12               MS. DAINOW: Objection.

13               You can answer.

14         A     No.

15         Q     Do you see that L.C.'s hand is up

16    in that photograph, her right hand?

17         A     I do.

18         Q     And that her right hand is

19    covering her face?

20         A     I do.

21         Q     And that her panties are showing?

22         A     I do.

23               MR. ASHANTI:  Move to 2I.

24         Q     Plaintiff's 2I, have you ever seen

25    this photograph before?

195

1                    D. Meiners

2         A    No.

3         Q    L.C. is lying on a bed in the

4    photograph; is that fair?

5              MS. DAINOW: Objection.

6              Only answer if you know.

7         Q    Well, appears to be a bed she's

8    lying on; is that fair?

9              MS. DAINOW: Objection.  We haven't

10             established that it is still her in the

11             photograph.

12             So over my objection you can

13             answer.

14        Q    Does she appear to be laying in a

15   bed in the photograph?

16        A    Seems to be.

17        Q    But you don't know who took the

18   photograph?

19             MS. DAINOW: Objection.

20             You can answer.

21        A    No.

22        Q    Do you recognize the setting of

23   the photograph?

24             MS. DAINOW: Objection.

25             You can answer.

196

1                     D. Meiners

2        A    I do not.

3        Q    So you don't know whose bedroom

4    that is?

5             MS. DAINOW: Objection.

6             You can answer.

7        A    I don't.

8             MR. ASHANTI:  Next one, please.

9        Q    2J, do you recognize this

10   photograph?

11       A    No.

12       Q    Have you ever seen it before?

13       A    No.

14       Q    Do you know who took it?

15            MS. DAINOW: Objection.

16            You can answer.

17       A    No.

18       Q    Do you recognize the setting of

19   the photograph?

20            MS. DAINOW: Objection.

21            You can answer.

22       A    No.

23            MR. ASHANTI:  Move to the next

24       one, please.  2K.

25       Q    This is Plaintiff's 2K.  Have you

197

1                           D. Meiners

2    ever seen this photograph before?

3        A    No.

4        Q    Do you know who took it?

5             MS. DAINOW: Objection.

6             You can answer.

7        A    I'm sorry, repeat that question.

8        Q    Do you know who took the

9    photograph?

10            MS. DAINOW: Again, objection.

11            You can answer.

12       A    No, I don't.

13       Q    You seem to be looking down.  Are

14   you looking down at your phone?

15       A    I'm looking down at a crucifix.

16       Q    Have you exchanged any text

17   messages during this deposition?

18            MS. DAINOW: Objection.

19       Q    You can answer.

20       A    No.

21       Q    We had a break a few minutes ago.

22   Did you speak with anyone during that break?

23            MS. DAINOW: Objection.

24            Did you speak to anyone other than

25            your counsel during that break?

198

1                          D. Meiners

2          Q    Did you speak with anyone during

3   that break?  I'm not asking what was said.  Did

4   you speak with anyone during that break?

5          A    My wife rubbed my back for a

6   minute.

7          Q    Besides your wife, did you speak

8   with anyone during the last break?

9               MS. DAINOW: Still note my

10              objection but you can answer.

11         A    No, I did not.

12         Q    Did you communicate with anyone

13  via email or any other electronic means during

14  that last break?

15              MS. DAINOW: Objection.

16              You can answer.

17         A    I did not.

18         Q    Do you recognize the setting of

19  this photograph, Plaintiff's 2K?

20              MS. DAINOW: Objection.

21              You can answer.

22         A    I do not.

23              MR. ASHANTI:  Can we move to the

24              next one, please?

25         Q    This is Plaintiff's 2L.  Have you

199

1                        D. Meiners

2    ever seen this photograph before?

3         A    I have not.

4         Q    Do you recognize the man that's

5    depicted in the photograph?

6         A    I assume that's Mr. Waltzer.

7              MR. ASHANTI:  By counsel, it is

8         Mark Waltzer.

9         Q    In that photograph he appears to

10   be hugging L.C.; is that fair?

11             MS. DAINOW: Objection, but you can

12        answer.

13        A    Yes, that's fair.

14        Q    Do you know who took the

15   photograph?

16             MS. DAINOW: Objection.

17             You can answer.

18        A    I do not.

19        Q    Do you know where it was taken?

20             MS. DAINOW: Objection.

21             You can answer.

22        A    I do not.

23             MR. ASHANTI:  Move to the next

24        one, please.

25        Q    Looking at Plaintiff's Exhibit 2M,

200

1                        D. Meiners

2    have you ever seen this photograph before?

3         A    I have not.

4         Q    Do you know who took the

5    photograph?

6              MS. DAINOW: Objection.

7              You can answer.

8         A    I do not.

9         Q    In the photograph L.C. appears to

10   be covering her breasts with her left arm; is

11   that fair?

12             MS. DAINOW: Objection.

13             You can answer.

14        A    That's fair.

15        Q    She appears to be lying on a bed

16   in underwear; is that fair?

17             MS. DAINOW: Objection.

18             You can answer.

19        A    That's fair.

20        Q    Do you recognize the setting of

21   where the photograph was taken?

22             MS. DAINOW: Objection.

23             You can answer.

24        A    I do not.

25             MR. ASHANTI:  Can we go to the

201

1                          D. Meiners

2          next one, please?

3          Q    2N, this is another photograph of

4    where L.C. appears to be covering her breasts,

5    her bare breasts with her left arm; is that

6    fair?

7                    MS. DAINOW: Objection.

8                    You can answer.

9          A    That's correct.

10         Q    While wearing underwear and lying

11   on a bed; is that fair?

12                   MS. DAINOW: Objection.

13                   You can answer.

14         A    It's fair.

15         Q    Have you ever seen the photograph

16   before?

17         A    I have not.

18         Q    Do you know who took the

19   photograph?

20                   MS. DAINOW: Objection.

21                   You can answer.

22         A    I do not.

23         Q    Do you recognize the setting?

24                   MS. DAINOW: Objection.

25                   You can answer.

202

1                          D. Meiners

2          A    I do not.

3               MR. ASHANTI:  Can we go to the

4          next one, please?

5          Q    This is Plaintiff's 2 O, have you

6    ever seen this photograph before?

7          A    I have not.

8          Q    Do you know who took the

9    photograph?

10              MS. DAINOW: Objection.

11              You can answer.

12         A    I do not.

13         Q    Do you recognize the setting of

14   the photograph?

15              MS. DAINOW: Objection.

16              You can answer.

17         A    I do not.

18         Q    In the photograph Mark Waltzer

19   appears to be laying on the floor naked; is

20   that fair?

21              MS. DAINOW: Objection.

22              You can answer.

23         A    That's fair.

24         Q    Did you ever discuss any

25   photographs that Mark Waltzer took of L.C. or

203

1                        D. Meiners

2    himself with Mark Waltzer?

3              MS. DAINOW: Objection.

4              You can answer.

5         A    No.

6         Q    Do you have any idea why Mark

7    Waltzer would have taken this particular

8    photograph?

9              MS. DAINOW: Objection.

10             You can answer.

11        A    No idea.

12        Q    Or provided it in discovery?

13             MS. DAINOW: Objection.

14             You can answer.

15        A    I have no idea.

16        Q    Does that refresh your

17   recollection as to whether or not at the time

18   that you were a teacher at Francis Lewis High

19   School you were aware of a sexual relationship

20   between Mark Waltzer and L.C.?

21             MS. DAINOW: Objection.  Wait.

22        Does this particular picture refresh his

23        recollection whether or not he was aware

24        of a relationship?

25             MR. ASHANTI:  Yes.

204

1            D. Meiners

2            MS. DAINOW: Objection.

3            You can answer.

4        A    It does not.

5        Q    Do the collection of pictures that

6   you see thus far refresh your recollection as

7   to whether or not you knew at the time that you

8   worked at Francis Lewis High School there was a

9   sexual relationship between Mark Waltzer and

10  L.C.?

11           MS. DAINOW: Objection.

12           You can answer.

13       A    They do not.

14           MR. ASHANTI:  Go to the next one,

15       please.

16       Q    This is Plaintiff's Exhibit 2P.

17  Have you ever seen this photograph before?

18       A    No, I have not.

19       Q    Do you recognize the setting of

20  the photograph?

21           MS. DAINOW: Objection.

22           You can answer.

23       A    No, I do not.

24       Q    Do you know who took the

25  photograph?

205

1                        D. Meiners

2              MS. DAINOW: Objection.

3              You can answer.

4         A     No, I do not.

5         Q     In the background in the

6    photograph, L.C. appears to be shielding her

7    breasts from view with her two arms; is that

8    fair?

9              MS. DAINOW: Objection.  From you,

10        no.

11             MR. ASHANTI:  From view.

12             MS. DAINOW: Thank you for

13        clarifying.

14             Over my objection you can answer.

15        Q     Is that a fair characterization?

16             MS. DAINOW: Objection.

17             You can answer.

18        A     I'm sorry, I need you to repeat

19    that question again.

20        Q     In the photograph L.C. is depicted

21    shielding her breasts with her arms from view;

22    is that a fair characterization?

23             MS. DAINOW: Objection.

24             You can answer.

25        A     Yes, it is.

206

1                        D. Meiners

2          Q      While wearing underwear?

3          MS. DAINOW: Objection.

4          You can answer.

5          A      Yes, that's the case.

6          Q      And there's a photograph, some

7    sort of picture behind her in the photograph

8    that's been marked as Plaintiffs 2P.  Do you

9    see that?

10         A      I see the picture behind her.  I

11   do.

12         Q      And there appears to be an adult

13   male and two female children in the photograph.

14   Do you see that?

15         A      I can make that out, yes.

16         Q      Have you ever seen that picture

17   before?

18         A      I have not.

19         MR. ASHANTI:  Move to the next

20         one.

21         Q      Toward the bottom of your screen

22   do you see what's been marked as Plaintiffs 2Q.

23   It's also been marked in discovery by counsel

24   as Waltzer 24.  Do you see that lettering,

25   Mr. Meiners?

207

1                          D. Meiners

2          A    I do see that.

3          Q    So that's the photograph I'm

4    referring to.  In that photograph Mark Waltzer

5    is hugging a bare-breasted L.C., do you see

6    that?

7          A    I do.

8          Q    Have you ever seen that photograph

9    before?

10         A    I have not.

11         Q    Do you know who took the

12   photograph?

13              MS. DAINOW: Objection.

14              You can answer.

15         A    I do not.

16         Q    Do you recognize the setting of

17   the photograph?

18              MS. DAINOW: Objection.

19              You can answer.

20         A    I do not.

21              MR. ASHANTI:  Can we go to C?

22         Scroll from C to the end slowly.

23         Q    As we scroll, I would just ask you

24   to look at the appearance of L.C. in these

25   photographs for anywhere where she's depicted,

208

1                           D. Meiners

2    okay?

3          A    Okay.

4          Q    In these collections of pictures,

5    does the appearance of L.C. appear to be

6    similar to how she looked while she was a

7    student at Francis Lewis High School and you

8    were a teacher there?

9               MS. DAINOW: If you recall, you can

10         answer.

11         A    Her appearance does it look

12   similar?

13         Q    Yes, to how she looked then when

14   you were a teacher at Francis Lewis High

15   School?

16         A    To some degree yeah, I'd say it

17   does.

18         Q    Going to Plaintiff's 2E, L.C.

19   appears to be lying on a bed; is that fair?

20         A    That's fair.

21         Q    And her underwear is showing; is

22   that fair?

23         A    That's fair.

24         Q    Do you know of any reason why Mark

25   Waltzer would have this photograph in his

209

1                          D. Meiners

2    possession?

3              MS. DAINOW: Objection.

4              You can answer.

5        A    I have no idea.

6        Q    Are you aware of any reason why

7    Mark Waltzer would have any of these

8    photographs that you have seen here today that

9    depict L.C. in his possession?

10             MS. DAINOW: Objection.

11             You can answer.

12       A    I have no idea.

13       Q    Having viewed all these

14   photographs, is there any doubt in your mind

15   that Mark Waltzer and L.C. did, in fact, have a

16   sexual relationship while she was a student at

17   Francis Lewis High School?

18             MS. DAINOW: Objection.

19             You can answer.

20       A    Is there any doubt in my mind?

21       Q    Yes.

22             MR. ASHANTI:  Withdraw the

23        question.

24       Q    These collections of photographs,

25   do you have an opinion after having viewed them

210

1                         D. Meiners

2    as to whether or not there was a sexual

3    relationship between Mark Waltzer and L.C.?

4              MS. DAINOW: Objection.

5              You can answer.

6         Q    You can answer.

7         A    It appears to be a relationship

8    there of intimacy.

9         Q    During the course of our

10   deposition, was there any answer that you gave

11   that you'd like to revise at this point?

12        A    I can't think of anything.

13        Q    I would like to now show you

14   what's been marked as Plaintiff's Exhibit 3.

15   Do you see that photograph?

16        A    I do.

17        Q    Is this the photograph you claim

18   that L.C. gave to you close to the end of your

19   run as a teacher at Francis Lewis High School?

20        A    It is.

21        Q    And L.C. is depicted in the

22   photograph; is that correct?

23        A    Yes, it is.

24        Q    Her appearance in this photograph

25   is quite similar to the other photographs

211

1                    D. Meiners

2    you've seen of her in Plaintiff's Exhibit 2; is

3    that fair?

4            MS. DAINOW: Objection.  Calls for

5        expert testimony to compare them.

6            MR. ASHANTI:  I'm asking his

7        opinion.

8            MS. DAINOW: All right.  Well, over

9        my objection you can answer.

10   A    This picture does not -- this is a

11   classy picture of a very pretty girl.  It's

12   done with, you know, dignity.  Those other

13   pictures, they have a whole different demeanor.

14   Q    Would you describe those other

15   pictures from Plaintiff's Exhibit 2A that you

16   reviewed earlier as classy?

17           MS. DAINOW: Objection.

18           You can answer.

19   A    They are very provocative.

20   Q    Would you describe them as classy?

21           MS. DAINOW: Objection.

22           You can answer.

23   A    No, I would not.

24   Q    Looking at this photograph,

25   Plaintiff's Exhibit 3, would you describe

212

1                          D. Meiners

2    L.C.'s pose to be a sexy pose?

3                  MS. DAINOW: Objection.

4                  You can answer.

5         A    Sexy you said?

6         Q    Yes.

7         A    It's a beautiful picture.  Is it

8    sexy?  I guess you could say, yeah, to some

9    degree.

10        Q    She appears to be wearing some

11   sort of nightgown or neglig ; is that fair?

12                 MS. DAINOW: Objection.  That's not

13        what the picture depicts.

14                 But over my objection, Mr.

15        Meiners, you can answer.

16        A    To me it looks like an evening

17   gown at some sort of elaborative affair of some

18   type perhaps.  At a restaurant.  I don't know.

19        Q    Did she tell you at the time she

20   gave you the photograph the setting of the

21   photograph?

22        A    She didn't tell me anything.

23        Q    Did you think at the time that she

24   gave you this photograph that she was coming on

25   to you by giving it to you?

213

1                          D. Meiners

2                 MS. DAINOW: Objection.

3                 You can answer.

4        A    I did not think that, no.

5        Q    When she called you at your home

6    in Virginia without you giving her the phone

7    number, did you think at that time that the

8    fact that she had called you without you giving

9    her your phone number signified that she was

10   interested in you romantically?

11                MS. DAINOW: Objection.

12                You can answer.

13       A    I did not think that at all.  I

14   just thought it was a friendly "hello, how are

15   you" call.

16       Q    What about now?  Looking back in

17   hindsight and thinking about the fact that she

18   didn't have your phone number but called you at

19   your home in Virginia even though you were no

20   longer a teacher at Francis Lewis High School,

21   and before you left Francis Lewis High School

22   she gave you this photograph, looking back do

23   you believe that by those two gestures she was

24   coming on to you?

25                MS. DAINOW: Objection.

214

1                      D. Meiners

2              You can answer.

3      A    I really didn't think about that.

4      Q    I'm asking you to think about it

5  now.

6      A    You're asking me to think about it

7  now?

8      Q    Yes.  What is your opinion of

9  those two facts when taken together.  The fact

10  she gave you this photograph that you described

11  as a sexy photograph before you left Francis

12  Lewis High School and then subsequently after

13  you had left the state without giving you her

14  phone number she called you at your home?

15              MS. DAINOW: Objection.

16              Mischaracterization of his testimony.

17      Q    Do you believe that based upon

18  those two gestures when taken together per your

19  testimony that she was coming on to you?

20              MS. DAINOW: Objection.

21              You can answer.

22      A    I didn't believe she was, no.

23      Q    Do you believe that now is the

24  question.

25              MS. DAINOW: Again, note my

215

                        D. Meiners
1
2        objection.
3                You can answer.
4        A    No, I don't believe that.
5                MR. ASHANTI:  Just give me a
6        minute or two.  I might be done.
7                You can take down the photograph.
8        Q    Earlier you testified about the
9    physical setting of the park where you took L
10   when you left school grounds with her and Roger
11   Sarmuksnis.  Do you remember that testimony?
12       A    I do.
13       Q    Was there a large body of water at
14   that park?
15               MS. DAINOW: Objection.  Asked and
16       answered.
17               You can answer.
18       A    I don't recall seeing any water at
19   that location.
20       Q    So I believe I had asked you
21   earlier about whether there was a pond.  Do you
22   recall seeing any ducks during that outing to
23   the park?
24               MS. DAINOW: Objection.  Asked and
25       answered.

216

1                          D. Meiners

2              You can answer.

3              MR. ASHANTI:  I did not ask him if

4         he saw any ducks.

5         Q    You can answer.

6         A    I did not see any ducks.

7         Q    I asked you if there was a pond

8    there.  Do you believe there was a lake there?

9         A    I do not recall seeing any water

10   whatsoever.

11        Q    Any body of water?

12        A    Not any water at all.

13        Q    Is there anything about this case

14   that I haven't asked you that you believe is

15   important?

16             MS. DAINOW: Objection.

17             You can answer.

18        A    I think you covered everything.

19        Q    Is there anything that we have not

20   discussed that you would like to mention?

21             MS. DAINOW: Objection.

22             You can answer.

23        A    There's nothing that we've

24   discussed that I would like to add on to.

25             MR. ASHANTI:  I would just

217

1                          D. Meiners

2              reiterate my call for the production of

3              the documents, particularly the

4              photographs that are in your possession

5              of students that you held onto.  And

6              also the blanks, I would remind you to

7              please perform diligent searches to fill

8              in all of those blanks that we

9              mentioned; is that fair?

10                     THE WITNESS: That's fair.

11                     MR. ASHANTI:  No further

12             questions.

13                     MS. DAINOW: By counsel, with

14             respect to the photographs that he has

15             demanded, I again note my objection but

16             I will say send a formal demand in

17             writing, I will respond accordingly.

18                     And now I actually have a couple

19             of questions for Mr. Meiners before we

20             end today.

21     EXAMINATION BY

22     MS. DAINOW:

23             Q    Mr. Meiners, what is the age

24     difference between you and your wife?

25             A    My wife is -- I'm 63 and she's

218

1                          D. Meiners

2    eight years younger than me.

3           Q     When did you first start dating?

4           A     We met in 1987 at Nassau Community

5    College.

6           Q     How old were you in 1987?

7           A     I think I was in my 20s.  Early

8    20s.  Twenty-two, 23.

9           Q     Are you positive that it was, in

10   fact, Roger Sarmuksnis who accompanied you and

11   L to the park that day?

12          A     I'm not positive.

13          Q     Could it have possibly been

14   another teacher?

15          A     I'm really not -- I'm not really

16   sure.  I'm just not positive that it was him.

17          Q     It could have been anyone else

18   other than even a teacher?

19          A     Somebody else.

20                MS. DAINOW: As of right now those

21          are the only questions I would have.  I

22          would ask for a one-minute break to

23          review my notes and we'll pick back up

24          in one minute thank you.

25                (Brief pause.)

219

1                          D. Meiners

2                  MS. DAINOW: Those are all the

3          questions.  I have nothing further.

4          Thank you for your time.

5                  MR. ASHANTI:  I have one.

6  CONTINUED EXAMINATION BY

7  MR. ASHANTI:

8          Q    Your birthday is it 00-00-1961; is

9  that correct?

10         A    That's correct.

11         Q    You're right now, in fact, 62

12 years of age and not 63; is that correct?

13         A    Thank you.  That is correct.

14                 MR. ASHANTI:  No further

15         questions.

16                 (Time noted: 3:51 p.m.)

17

18

19

20

21

22

23

24

25

220

1

2            A C K N O W L E D G E M E N T

3

4    STATE OF NEW YORK)

5                         : ss

6    COUNTY OF        )

7

8            I, MARK MEINERS, hereby certify

9    that I have read the transcript of my testimony

10   taken under oath in my deposition of August 24,

11   2023; that the transcript is a true, complete

12   and correct record of my testimony; and that

13   the answers on the record as given by me are

14   true and correct.

15

16           _____

                        MARK MEINERS
17

18

19

20   Signed and subscribed to

21   before me, this _____ day

22   of _____, 2023.

23

24   _____

25   Notary Public, State of New York

221

1

2                          I N D E X

3

4    WITNESS                                   PAGE

5    MARK MEINERS

6          EXAMINATION BY:

7          MR. ASHANTI                         5, 219
           MS. DAINOW                          217
8

9                      E X H I B I T S

10   MEINERS           DESCRIPTION             PAGE

11   Exhibit 1         Report card            117

12   Exhibit 2A-2Q     17 photographs         117

13   Exhibit 3         Photograph             117

14

15

16   DOCUMENTS AND/OR INFORMATION REQUESTED

17   DESCRIPTION                               PAGE

18   Provide Social Security number           29

19   Provide house number on Craystone        32
     Circle
20
     Provide ZIP code for Craystone Circle    32
21
     Provide address of home in Little Neck   33
22
     Provide Tom's last name and the name     68
23   of the homeowner where party was held

24

25   (Continued on next page.)

222

I N D E X    (cont.d)

REQUEST                                              PAGE

Provide landline number at the time                  70
the conversation was had with the
plaintiff while Mr. Meiners resided in
Virginia

Production of all photographs in the                 85
possession of Mr. Meiners of students

Provide name of assistant principal                  112
at Francis Lewis High School during
the time Mr. Meiners was employed at
the school

QUESTIONS MARKED FOR A RULING

PAGE    /    LINE

| PAGE | LINE |
|------|------|
| 24   | 20   |
| 25   | 11   |
| 85   | 24   |
| 94   | 25   |

223

1

2                    C E R T I F I C A T E

3

4    STATE OF NEW YORK    )
                          ) ss:
5    COUNTY OF BRONX      )

6

7         I, KAREN VIGGIANO, a Shorthand

8    Reporter and Notary Public within and for

9    the State of New York, do hereby certify:

10        That MARK MEINERS, the witness whose

11   examination is hereinbefore set forth, was duly

12   sworn by me and that this transcript of such

13   examination is a true record of the testimony

14   given by such witness.

15        I further certify that I am not related

16   to any of the parties to this action by blood

17   or marriage and that I am in no way interested

18   in the outcome of this matter.

19

20   IN WITNESS WHEREOF, I have hereunto set my hand

21   this 7th day of September, 2023.

22

23            _Karen S. Viggiano_

24        _____

25                KAREN VIGGIANO

**A**

**a.m** 1:11
**Aaron** 98:4,5,6
**ability** 12:16,20 37:11 91:12
**able** 10:11 32:12 35:11 43:9 48:20
  68:7 111:15 112:3
**abortion** 189:9
**Absence** 123:18
**absences** 124:6
**absent** 124:9
**absolutely** 8:19 83:11
**abuse** 58:10
**abusive** 111:9
**academic** 53:6 58:12 91:24 92:4,7
  92:10,13 103:9 133:21
**accept** 5:4,6
**accepted** 35:18
**accepting** 5:11 10:9 129:16,24
**accompanied** 218:10
**accompany** 151:13 152:6 174:23
  175:3
**accompanying** 151:8
**accomplishments** 75:5
**accurate** 10:20 34:23 150:23 154:9
  155:2,10,13
**accurately** 7:14 9:7 12:11
**accused** 58:16,20,24
**acknowledged** 73:21
**Acquaintances** 138:5
**acrimony** 60:7,9
**acting** 113:12
**action** 6:6,9 11:8 223:16
**activities** 38:10 51:21 54:22
**adaptive** 52:17 98:12
**add** 157:20 216:24
**addition** 134:13
**address** 5:24 22:13,17 30:3,7,14,16
  30:23 31:8,17,21 32:7 33:5,12,22
  34:16 72:20 108:4,7 168:21
  221:21
**Adelphi** 36:10,12,13,17,22,25 37:4
**admired** 88:17
**adolescent** 112:19
**adult** 45:23 46:6 206:12
**adults** 53:25
**advice** 181:9,15
**affair** 212:17
**affiliated** 41:3
**afraid** 157:11
**afternoon** 75:11 156:5
**age** 23:15 106:19,20 217:23 219:12
**agency** 3:11
**ago** 21:18 25:17,18 27:12 38:25
  84:19,21 197:21
**agree** 119:3
**agreed** 3:3 186:8
**ahead** 20:9 27:9 31:6 85:19 152:18
  172:15

**air** 66:14 180:24
**al** 6:8
**Al-Anon** 113:5
**Al-Ateen** 113:5
**albeit** 14:9
**alcohol** 13:23 58:10
**alcoholism** 111:10 112:18
**alibi** 157:16,17
**allegation** 114:6
**allegations** 59:5,13
**allow** 24:16 133:22
**alluded** 10:6
**alternated** 48:6
**Amway** 66:24
**AND/OR** 221:16
**announcement** 73:17
**announcing** 75:3
**answer** 4:14 7:25 8:4,7,23 9:9
  10:19 11:12,15,24 13:4 16:7,8
  24:24 30:20 62:9 76:12 82:23
  83:6,10,17 84:2,8,15 86:16 87:18
  88:11,13,15,20 89:5 91:6 97:4
  99:12 100:21 101:11,24 102:9
  103:2,4,21 104:10 105:20 106:2
  106:7,17,25 107:5 108:13 109:13
  110:24 113:21 114:9 115:8,12,25
  116:16 117:5 122:11 125:4,7,8
  125:15 126:7,13,22 127:5,10,16
  127:23 128:5,9,15,21 129:3,11
  129:19 130:2,7,12,20 131:12,17
  131:24 132:7,13,18 133:13 134:6
  134:21 135:2,7,12 138:24 139:18
  139:25 140:9,22 141:3,10,19
  142:6,11,25 143:9,22 144:4,10
  145:3,9,21 146:3,11 147:21
  148:4,10,15 149:10,14,25 151:2
  151:16,22 152:12,16,16,20 153:3
  153:21,22 154:3 157:14,24 158:6
  159:7,15 160:5,11,21 161:8,22
  162:24 163:19 164:11 165:15
  166:6,14 170:5 173:25 174:4,10
  174:18 175:5,11,12 176:11 177:2
  179:5,15,21 180:6,12 181:6,11
  182:15 183:4,7,8,11,18 184:9,14
  184:18,25 185:7,14,19,25 186:11
  186:16 187:6,13,20 188:3,16
  189:2,25 190:17,22 191:6,11,25
  192:6,17 193:3,8,18,23 194:9,13
  195:6,13,20,25 196:6,16,21
  197:6,11,19 198:10,16,21 199:12
  199:17,21 200:7,13,18,23 201:8
  201:13,21,25 202:11,16,22 203:4
  203:10,14 204:3,12,22 205:3,14
  205:17,24 206:4 207:14,19
  208:10 209:4,11,19 210:5,6,10
  211:9,18,22 212:4,15 213:3,12
  214:2,21 215:3,17 216:2,5,17,22
**answered** 27:6 90:10 99:10 100:17

  104:9 144:9 183:3 192:16 215:16
  215:25
**answering** 20:17 77:16 151:25
**answers** 7:17 9:11,24 116:12
  220:13
**anxiety** 13:13
**anybody** 51:15,20 77:5 111:12
  164:19 167:16
**Apologize** 90:14
**appear** 97:22 102:18 180:3 195:14
  208:5
**appearance** 101:21 102:5 207:24
  208:5,11 210:24
**appeared** 14:10 156:25 169:21
**appears** 195:7 199:9 200:9,15
  201:4 202:19 205:6 206:12
  208:19 210:7 212:10
**applying** 44:13
**appreciate** 183:10
**approximate** 56:16
**approximately** 14:11 31:15 33:23
  34:15,17,21 46:13
**April** 94:14
**area** 84:12 112:15 170:12
**arguments** 60:15
**arm** 200:10 201:5
**arms** 205:7,21
**Arnie** 67:25 89:16,17,18 92:16
  93:4 99:24
**Arnold** 89:18 92:9
**arrived** 75:2 155:21
**Artie** 89:17
**Ashanti** 2:6 4:5,11,15,23 5:3,8,14
  5:21 6:5,21 13:7 15:10,12,17
  16:4,17 17:3,8,22 18:6,14 19:3,5
  19:8,11,14 20:4,10,17 23:16
  24:11,20 25:7,11 26:17 27:8 29:8
  29:23 32:22 62:10 66:3 68:25
  76:14,21 77:17 80:8,12,18,23
  81:3 83:7,11,25 85:14,20,24
  88:10 94:25 101:17 103:20
  106:24 111:2 115:6 116:15 117:7
  117:23 119:2 124:13 126:5
  129:15,23 133:6 134:4,9 137:4,8
  140:3,17 141:24 142:7,13 146:10
  146:14,22,25 147:4,8 149:23
  152:3 153:19 155:8 161:16
  171:20 174:6,11 186:24 188:17
  190:3,11,24 191:13,17 192:19
  193:10,25 194:23 196:8,23
  198:23 199:7,23 200:25 202:3
  203:25 204:14 205:11 206:19
  207:21 209:22 211:6 215:5 216:3
  216:25 217:11 219:5,7,14 221:7
**aside** 51:21 63:9 103:11 129:5
  137:7
**asked** 10:23 11:24 18:11 24:23
  46:4 65:15 68:20 90:10 99:10

100:16 104:8 136:16 144:8
146:15 172:14 183:2 192:15
215:15,20,24 216:7,14
**asking** 15:8 16:4,6 18:8 20:5 23:24
24:11,12 47:15 55:11 83:6 91:4,7
101:14 102:4 115:3 129:17,25
134:2 136:23 137:8 141:13 152:3
153:20 181:13,14 188:13 198:3
211:6 214:4,6
**assault** 157:12 188:8
**assigned** 145:15
**assistant** 44:18 45:2,7,10 111:10,21
112:21 137:21 222:9
**associations** 64:20
**assume** 199:6
**assumed** 71:25
**assuming** 73:13
**athletic** 43:17 45:12 50:8 113:23
**attained** 106:19
**attend** 35:7 36:12 69:6,8 74:6
105:5 132:10 133:25
**attendance** 63:21
**attended** 36:13 59:2 61:3,9 74:15
104:13 105:8 113:4 137:21
**attending** 36:22
**attorney** 17:2,20 18:13 19:20 21:3
63:2
**attorney's** 21:4
**attorney/client** 15:8,23 16:15
94:22
**attorneys** 1:16 2:4,9,15 15:21
16:20 27:24 63:6
**attracted** 105:24 125:25
**attractive** 125:13 127:8 130:18
**August** 1:10 45:14 220:10
**aunt** 28:14
**authorities** 114:5
**authority** 114:5
**average** 35:17 55:4
**award** 74:7
**awarded** 75:6
**awards** 73:20 75:8
**aware** 25:18 59:5,9 94:15 98:24
103:8 104:11,12,15 108:15,18
110:15 124:15,23 153:11 164:22
164:23,24 170:10,13 178:21
187:17,24 203:19,23 209:6

---
**B**
---

**B** 221:9
**baby** 38:23
**bachelor's** 35:22 36:4,7
**back** 20:10 42:17 61:24 62:12 66:4
76:14 86:25 89:10 101:17 107:21
111:2 115:6 129:18 134:9 142:8
147:5 162:25 163:5,10,14,17,23
163:24 164:3,14,20,21 165:4,4
167:7,20 171:11,12,13 172:21

173:8 174:14 175:7 176:24 179:8
180:8 181:24,25 182:5,11,16,17
182:18 188:18 198:5 213:16,22
218:23
**background** 205:5
**backtrack** 30:22 31:4
**badgering** 106:23
**balance** 180:22
**ball** 177:20
**Bank** 5:25 22:14
**banquet** 74:7,14 75:9
**bare** 201:5
**bare-breasted** 207:5
**barely** 90:4
**baseball** 46:22,23
**based** 6:24 116:13 129:13 148:23
214:17
**basement** 50:3
**basic** 52:14 53:13
**basically** 13:14 65:16
**basis** 12:23
**basketball** 88:3,8 177:18
**Beach** 173:2
**beating** 49:18 177:23
**beautiful** 102:2 212:7
**becoming** 48:22 49:3
**bed** 195:3,7,15 200:15 201:11
208:19
**bedroom** 196:3
**began** 15:3 48:5 145:23 147:10
**beginner** 46:3
**beginning** 47:2 146:6
**begins** 120:21 121:12
**behalf** 5:4,7,12 10:10 41:18 57:14
62:23
**believe** 10:17,21 12:8,17 20:25
27:14 30:4 31:14 34:18 35:2,25
37:14 38:23 41:8,8 42:15 43:8,24
50:19 55:2,3,17 56:3 57:17 59:18
59:20 65:8 66:20 74:10 75:10,13
78:6 79:9 82:14 90:15,16 92:5
109:8 122:18 125:25 131:4
134:14 138:25 145:4 147:9
155:19 158:22 166:11 167:18
180:9,13 185:3 213:23 214:17,22
214:23 215:4,20 216:8,14
**bell** 135:17
**BELLINA** 2:15
**bench** 179:22 180:15,18,20
**benches** 161:24 168:6,7,12 169:9
169:18,19 170:20
**Beyond** 24:17
**Bible** 105:4,8
**biology** 53:20 54:2,4
**bipolar** 112:17
**birth** 29:4 39:5,9,13
**birthday** 63:22,23,25 65:5 66:18
67:7 69:6 93:5 219:8

**bit** 30:22 92:21 171:9 179:23
**bitterness** 60:16
**blank** 122:25
**blanks** 217:6,8
**blinds** 90:22
**block** 79:10 148:22 161:23 162:2
163:21 168:10,13,17 170:7
**blocking** 16:14
**blocks** 162:22 163:3
**blood** 223:16
**Bloomfield** 6:2
**board** 50:2 175:15 177:7
**body** 169:13 215:13 216:11
**book** 164:5
**born** 38:16,24 39:7
**bottom** 206:21
**bought** 34:2
**box** 87:4
**boy** 23:23
**bread** 56:7
**breadwinner** 56:4 127:3,14,21
**break** 11:18,21,25 13:19 68:23,25
117:8 171:19,23 197:21,22,25
198:3,4,8,14 218:22
**breasts** 131:21 200:10 201:4,5
205:7,21
**Brenda** 105:14,18
**brief** 69:3 77:4 171:24 218:25
**briefly** 136:2
**bring** 172:21 173:8 175:8,14
**BRONX** 223:5
**Brooklyn** 2:17
**building** 73:8 161:15
**bunch** 119:10
**busiest** 87:25
**busy** 74:22
**buying** 110:16

---
**C**
---

**C** 2:2 23:11 24:2 104:13,17,20
120:14 207:21,22 220:2 223:2,2
**C-R-A-Y-S-T-O-N-E** 32:17
**C.M** 24:5,6
**Cadman** 2:16
**cafeteria** 114:12
**calisthenics** 52:16 121:20
**call** 18:2 28:17 69:23 71:21,21
85:14 86:2 112:8 213:15 217:2
**called** 14:9 32:3 39:24 40:8,12,24
44:13 52:15 71:11,16,23 89:18
213:5,8,18 214:14
**calling** 74:23
**calls** 28:13 126:3 142:4 211:4
**cameras** 163:9
**camp** 44:7,12,25 45:21
**camps** 59:3
**cancel** 5:6
**capacity** 40:21 53:2 61:19

**car** 79:10 162:25 163:21 164:21
165:5 167:7 171:8 173:8,10
181:24 182:2,16,25 183:13
**card** 117:14 118:15,17 119:25
120:13 122:19 221:11
**Caroline** 20:14,21,23,24
**carry** 173:7
**carrying** 178:5
**case** 14:14,17 25:14 26:15 137:14
189:14 206:5 216:13
**Cedar** 5:25 22:14
**cell** 70:10 79:3
**certain** 54:7,24 55:3 82:2 147:16
**certainly** 4:23 11:20
**certificate** 35:16
**certify** 220:8 223:9,15
**challenged** 52:18
**challenging** 53:15 112:25
**change** 11:4,6
**characterization** 158:5 205:15,22
**chat** 111:15
**check** 36:18
**chess** 175:14,17,21 176:2,14,18,19
176:23 177:3,5,7,21,22,25 178:4
178:4,5,7,8,19,23 179:3,7
**chessboard** 175:8
**child** 38:16 39:3,6,10,14
**children** 23:2,3,14,17 25:4 26:11
38:9,13,22 41:2 44:15 111:8
173:15 206:13
**chose** 91:13
**Christopher** 135:15,18
**Church** 2:10
**Circle** 32:9,18 33:3 221:19,20
**circumstances** 118:20
**City** 1:6 2:9,10 6:7 40:20 41:4,19
41:23 57:8,9,9,15,22 63:6,10
93:22 129:7 153:13 187:11,17,23
188:23
**civil** 4:22 14:14
**CL** 118:18
**claim** 15:14 210:17
**clarify** 29:20 31:5 172:13 189:12
**clarifying** 205:13
**class** 52:8,11,17 53:12 54:6 55:4,7
55:16,16 75:21 83:20 98:12
100:14,19 102:21,24,25 103:6
119:10 120:6 121:16 123:14,17
131:10,15,21 132:4,10,11,16,22
132:24 133:9,10,11,14,22 134:3
134:4,11 143:7,19 160:24 161:2
161:6
**classes** 43:2 46:4 52:15,19,23 53:7
58:13 75:23 76:3,5 91:24 92:4,7
92:10,13 100:23 130:22
**classmates** 102:16
**classroom** 178:11
**classy** 211:11,16,20

**clean-up** 50:2,5
**cleaned** 50:12
**cleaning** 83:19
**clear** 116:11
**clearly** 9:7 95:3
**client** 15:11,16 80:20
**close** 40:23 138:9 159:4 180:9
210:18
**closed** 91:2,3
**closer** 47:2,3 53:20,20 92:21
**closest** 168:24
**clothing** 131:20 132:3
**club** 49:19,20 172:19,19 173:19
178:19
**cluttering** 19:8
**coach** 42:21 43:9,18 48:12,23 49:3
49:14 50:9,25 51:22 54:19 61:3
133:2 136:7
**coached** 43:15,20 49:16
**coaches** 49:11,15,16 61:3
**coaching** 42:15 43:11 50:22 51:10
172:23
**code** 32:20 119:14 221:20
**collection** 204:5
**collections** 208:4 209:24
**college** 35:7,9,11,14 49:17,17 218:5
**column** 119:8,11,14,17,20,23 120:9
121:5,11,11 122:2,19,23 123:8
123:22,23
**columns** 123:3
**come** 83:21 111:12 113:11 140:12
151:17 158:18 159:2,5 172:18
177:16,17 186:3
**comes** 118:21,22
**comfortable** 11:20 53:16
**coming** 111:9 182:5 212:24 213:24
214:19
**comment** 11:8
**Commissioner** 115:21
**common** 15:20
**communicate** 61:17 198:12
**communicated** 17:2 62:3,19 63:11
71:6 96:11
**communication** 16:18 17:9,12,18
17:25 18:12,21 70:3 137:16
**communications** 15:9,23 24:15
27:4,22 94:22
**Community** 35:10,14 218:4
**company** 14:25 136:10
**compare** 211:5
**compete** 51:24
**competing** 173:6
**competitions** 174:18
**complete** 37:4 220:11
**completely** 12:12 80:16 122:24
133:17
**computer** 107:25
**concerning** 136:19 152:5

**concluded** 10:5
**condition** 12:15
**conditioning** 66:14
**conducive** 168:20
**conduct** 58:17,21,25
**conducted** 3:5
**conference** 1:17 3:10
**confide** 109:4,24
**confidentiality** 6:23
**confiding** 109:17
**conflict** 43:10
**connection** 69:25
**consent** 3:15
**consented** 10:9
**consider** 64:17,22,25 185:8
**considered** 3:16 55:25 87:14,17,19
**consist** 22:19 53:12
**constantly** 88:2
**consumed** 13:23 14:2,5
**cont.d** 222:2
**contact** 108:10
**content** 24:17
**context** 122:6
**continue** 53:2 68:22 85:22 133:5
137:3 171:18
**continued** 124:24 219:6 221:25
**continuing** 46:2
**continuously** 27:19 34:7,12,16
**control** 3:11
**convenient** 164:9
**conversation** 15:24 16:7,10 61:13
65:15 69:14 70:8,20 71:2,8,12,20
73:2 74:3 76:6,8,22 77:7,8,12,21
78:10 79:7,8,15 81:17 82:9 95:7
104:3 110:8,12 126:15 127:13
129:6,22 144:13,18 160:7,8,13
160:14 168:20 179:12,18 180:4
180:10 181:4 182:21 186:20,23
187:2 222:5
**conversations** 76:17 77:14,20 78:2
78:9,15 103:17
**convicted** 21:12
**copy** 4:9,18,24 5:2,6,7 80:6,7
**cordial** 92:18
**corner** 118:23 123:19
**CORPORATION** 2:9
**correct** 22:15,25 24:4 27:14,20
30:21 31:21,22 32:19 33:7 34:6
34:13,14 35:6,21,23 38:22 40:2
40:18 45:3,4 47:10,17,23 48:10
51:2 58:8 64:2 65:21 66:11 71:5
81:19,20 99:15 103:22 120:20
131:7 134:22 143:18 147:12,13
158:25 162:17 164:13,15,16,18
165:21 167:10,11,13 183:21,25
184:2 188:4 189:14,16,17 201:9
210:22 219:9,10,12,13 220:12,14
**correction** 10:24

**corrections** 11:5
**counsel** 2:9 3:4,8,21 5:2 6:6 19:17
19:19 20:15 26:23 29:16,24 80:6
80:6,8,10,13 84:18 119:3 136:18
137:17 174:5 188:13 197:25
199:7 206:23 217:13
**Counsel's** 157:18
**counselor** 111:6
**counted** 85:12
**COUNTY** 220:6 223:5
**couple** 37:23 39:2 46:8 49:18 63:23
84:19 85:6,12 167:8 217:18
**course** 49:7 173:2 210:9
**court** 1:2 3:7,11,22 7:12 18:2 19:10
21:7
**courtroom** 9:22
**cover** 91:12
**covered** 216:18
**covering** 194:19 200:10 201:4
**coverings** 90:25 91:8,11
**Craystone** 32:9,16,18 33:2 221:19
221:20
**created** 28:2
**credits** 36:10
**crime** 21:13
**criminal** 14:17 24:13
**cross** 168:24
**crucifix** 197:15
**current** 6:15 30:3,7,14,23 31:7,17
31:20 38:5 95:17 96:17 187:23
**currently** 38:3 58:5 187:24
**curriculum** 53:14,17
**cutting** 83:4 89:4 91:5 152:11
183:9

**D**

**D** 5:15 6:1 7:1 8:1 9:1 10:1 11:1
12:1 13:1 14:1 15:1 16:1 17:1
18:1 19:1 20:1 21:1 22:1 23:1
24:1 25:1 26:1 27:1 28:1 29:1
30:1 31:1 32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1 94:1 95:1
96:1 97:1 98:1 99:1 100:1 101:1
102:1 103:1 104:1 105:1 106:1
107:1 108:1 109:1 110:1 111:1
112:1 113:1 114:1 115:1 116:1
117:1 118:1 119:1 120:1,10
121:1,23 122:1 123:1 124:1
125:1 126:1 127:1 128:1 129:1

130:1 131:1 132:1 133:1 134:1
135:1 136:1 137:1 138:1 139:1
140:1 141:1 142:1 143:1 144:1
145:1 146:1 147:1 148:1 149:1
150:1 151:1 152:1 153:1 154:1
155:1 156:1 157:1 158:1 159:1
160:1 161:1 162:1 163:1 164:1
165:1 166:1 167:1 168:1 169:1
170:1 171:1 172:1 173:1 174:1
175:1 176:1 177:1 178:1 179:1
180:1 181:1 182:1 183:1 184:1
185:1 186:1 187:1 188:1 189:1
190:1 191:1 192:1 193:1 194:1
195:1 196:1 197:1 198:1 199:1
200:1 201:1 202:1 203:1 204:1
205:1 206:1 207:1 208:1 209:1
210:1 211:1 212:1 213:1 214:1
215:1 216:1 217:1 218:1 219:1
220:2 221:2 222:2
**dabble** 107:24
**dad** 38:11,14,19 39:5,10 111:14
112:15
**daily** 12:23
**Dainow** 2:12 4:4,8,13,17,25 5:5,10
10:6,9 13:3 15:5,7,11,15,19,19
15:20,25 16:2,8,12,25 17:6,13,16
18:4,11,25 19:4,6,10,13,25 20:8
20:15 23:12 24:9,14 25:6,9 26:13
26:25 27:9 29:6,20,25 56:13 59:7
62:7,11 68:22 76:19,24 77:15
80:10,15,20 82:20,22 83:3,9,16
84:7,14 85:18,21 87:16 88:12
89:4 90:10,12 91:5,25 93:6 94:21
97:3 99:10 100:16,20 101:10,23
102:8,22 103:3,19 104:8 105:10
105:19,25 106:6,12,16,22 107:4
108:12 109:3,12 110:11,23
113:20 114:8,22 115:9,22 116:9
116:23 117:4 119:4 121:2 122:10
124:10 125:3,14,19,22 126:3,6
126:12,21 127:4,9,15,22 128:4,8
128:14,20 129:2,9,12,21 130:6
130:11,16,19 131:11,16,22 132:5
132:12,17,25 133:12,19 134:2,5
134:20,25 135:6,11 136:12,23
137:6,15,24 138:23 139:5,8,17
139:24 140:8,16,21 141:2,9,18
141:23 142:4,11,17,24 143:8,21
144:3,8 145:2,8,20 146:2,9,12,19
146:24 147:3,20 148:3,9,14
149:9,13,21 150:13,25 151:9,15
151:21,25 152:11,15,19 153:2,16
154:2,13,18 155:4,6,22 156:22
157:13,18,23 158:4,12 159:6,14
160:4,10,17,20 161:7,13,21
162:6,23 163:7,18 164:10,22
165:14,20 166:5,13,18 167:2
168:9 170:4 171:17 173:24 174:2

174:8 175:4,10,23 176:9,15,25
179:4,14,20 180:5,11 181:5,10
181:16 182:9,14 183:2,6,17,22
184:8,12,15,24 185:6,13,18,24
186:10,15,22 187:5,12,19 188:2
188:9,25 189:24 190:10,14,21
191:5,10,24 192:5,15 193:2,7,17
193:22 194:8,12 195:5,9,19,24
196:5,15,20 197:5,10,18,23
198:9,15,20 199:11,16,20 200:6
200:12,17,22 201:7,12,20,24
202:10,15,21 203:3,9,13,21
204:2,11,21 205:2,9,12,16,23
206:3 207:13,18 208:9 209:3,10
209:18 210:4 211:4,8,17,21
212:3,12 213:2,11,25 214:15,20
214:25 215:15,24 216:16,21
217:13,22 218:20 219:2 221:7
**date** 4:3 29:4 117:16,19,22 118:22
119:5
**dated** 135:5
**dates** 43:24
**dating** 218:3
**daughters** 22:20
**day** 13:16 52:21 74:22 75:8 81:23
81:24,25 82:3 150:9,9,10,11
154:5,6,11 156:10 160:24 161:3
161:6 165:25 166:8,20 177:12
179:11 186:18,19 218:11 220:21
223:21
**days** 25:17,18 37:23 114:11
**death** 96:22
**deceased** 94:16 95:10
**decided** 34:2 50:14 139:22 140:6
148:21,23 154:25 158:23
**decision** 153:4
**dedication** 88:17
**deduction** 133:3
**defendant** 2:9,15 14:23 21:20,23
25:19
**Defendants** 1:8
**definitely** 114:10 157:17
**degree** 35:13,19,22 36:3,6,16 48:19
208:16 212:9
**delve** 19:9
**delving** 15:22
**demand** 217:16
**demanded** 217:15
**demeanor** 211:13
**department** 1:6 2:10 6:8 15:21
16:19 18:18 20:7 21:2,5 40:20
41:4,9,19,20,24 57:8,10,15,22
63:7,10 129:8 153:13 187:11,17
187:24 188:6,23
**departure** 73:18
**depict** 209:9
**depicted** 192:9 199:5 205:20
207:25 210:21

**depicts** 212:13
**deposition** 1:14 3:5 6:13 7:7 9:17
    10:5 12:7 14:10,11 15:3,13,25
    17:19 19:24 21:16 22:2,5,8,11
    25:22,25 26:4,8,12,16,22 27:5
    197:17 210:10 220:10
**depositions** 18:23 19:2
**describe** 38:5 59:11 60:19 87:21
    88:21 102:11 131:2 136:9 142:16
    159:25 162:21 170:18 211:14,20
    211:25
**described** 74:8 90:18 214:10
**description** 150:24 155:3,10
    221:10,17
**designation** 6:24
**desk** 145:5,6
**desks** 89:11,25
**despite** 34:8,12 75:24
**detail** 115:16
**developing** 88:18
**development** 45:12 88:9
**die** 94:18
**diet** 53:23
**difference** 217:24
**different** 20:2,4 48:18 55:8 145:16
    147:24 211:13
**difficult** 112:23 113:8
**diffuse** 113:10
**dignity** 211:12
**diligent** 217:7
**dinner** 66:21 73:20,21,23 74:7,14
    74:24 93:12,15
**direction** 148:24
**directly** 18:8,21 117:3
**director** 43:18 44:18,19 45:2,2,8
    45:11 50:8 113:23
**discipline** 187:10
**disclosing** 24:19 137:15
**discovered** 50:6
**discovery** 136:8,17,22 137:9,13
    203:12 206:23
**discuss** 26:11,18 117:2 171:21
    202:24
**discussed** 24:7,23 25:3,13 26:15,21
    160:3 179:9,10 216:20,24
**discussion** 15:4 19:15 148:17
**dismissal** 82:4,6,12,15
**distance** 168:11
**district** 1:2,2 40:3,6 41:23
**districts** 42:2
**DJ** 28:12,13,18
**document** 118:7,10,23,24 119:9
    123:19 136:12,24 137:3
**documents** 21:25 22:4 26:3 28:23
    217:3 221:16
**Doe** 1:3 2:20 6:7,9,25 108:18
**doing** 17:16 50:2 70:5 77:4 136:14
    155:20

**DOODY** 2:12 80:25
**door** 90:7,9,11,12,13,16 91:3,9,9
    91:13 159:8,9,12 162:25 163:5
    163:10,14,17,20,23,25 164:3,5
    164:14,21,21 165:4,4 167:7
**door's** 91:8
**doors** 82:25
**doubt** 209:14,20
**Doug** 28:20,22 49:7
**Douglas** 1:7,14 5:23 28:9,24,25
**drive** 5:25 22:14 38:9 169:3 170:2
**driver's** 4:7
**driving** 93:22 148:24 168:14
    182:19,24
**drop** 172:21 173:19
**dropped** 182:7
**drove** 79:10 148:22 161:23 162:2
    167:12,14 170:6 171:12,12
    172:25
**drug** 58:9
**duck** 169:16
**ducks** 215:22 216:4,6
**duly** 5:16 223:11

**E**

**e** 2:2,2 4:22 5:15,15 220:2,2,2
    221:2,9 222:2 223:2,2
**earlier** 10:6 63:5 113:14 123:25
    134:16 154:8 158:20 172:14
    211:16 215:8,21
**early** 46:18 75:10 177:17 218:7
**EASTERN** 1:2
**ed** 91:21 136:6
**education** 1:6 2:10 6:8 21:2,5 36:5
    40:20 41:4,9,19,20,24 42:25 43:3
    45:24 46:3,7 48:8 52:7 57:8,10
    57:15,22 129:8 153:14 187:11,17
    187:24 188:7,23
**effect** 9:21 65:17
**effort** 70:22 112:6,10
**eight** 218:2
**Eisenberg** 1:7 64:14,15,25 65:5,10
    65:25 66:9 67:8 87:22,25 88:7,22
    89:14 92:12,21 93:19 94:15 95:8
    95:9 96:25 97:7,13,17 100:3
    108:15 110:13 125:9,25 126:10
    127:7,12,18,20,25 128:18 129:5
**Eisenberg's** 93:9 96:21
**either** 6:15 8:8 27:22 109:22 124:6
    163:10 164:20
**elaborative** 212:17
**elective** 48:17 50:10,15 51:3,5 54:6
    54:23 55:2 133:20 134:12
**electives** 48:19 55:9
**electronic** 71:9 198:13
**electronically** 27:23
**elementary** 172:20
**eligible** 56:14

**email** 17:9,11,25 18:15,16,16 80:9
    107:21,22 108:4,6 198:13
**emails** 61:20 107:24
**employed** 38:3 39:14,16,20 43:4
    55:19 56:11 60:3,13,17 61:9,14
    63:14 103:15,23 105:6 116:4
    135:18 222:10
**employee** 96:17 108:19 129:7
    165:2 187:16,16 188:6,22
**employees** 67:21
**employment** 38:6 40:16 42:8,9,19
    43:6 47:3,21 48:11,13 126:20
    147:10
**ended** 43:8 45:13 48:5 154:7
**English** 12:4
**enjoyed** 132:16
**entered** 6:23
**entire** 44:5 47:8 85:11
**entitled** 6:7 17:4
**entity** 14:21
**entrance** 162:18 164:3
**entranceway** 159:4
**environment** 111:15
**episodes** 114:14
**Equal** 116:22
**equipment** 50:7,11,14 173:5,7,8
**errors** 10:16
**ESQ** 2:6,12,12
**establish** 17:8,10
**established** 195:10
**et** 6:8
**evening** 75:10 212:16
**evenings** 46:18
**everybody** 51:15 146:6
**Everybody's** 157:9
**evidence** 136:13
**exact** 154:20
**exactly** 36:19 52:19 68:11 74:18
    78:3 79:13 82:13,17 94:3 115:14
    121:21 139:14 145:22 148:5
    150:2 154:10 159:22 179:8
**examination** 5:20 217:21 219:6
    221:6 223:11,13
**examined** 5:17
**excelled** 48:20
**exchanged** 197:16
**Excuse** 18:25 183:6
**executive** 55:25
**exercise** 53:23
**Exhibit** 117:10,12,15,18,21,24
    118:2 190:4 191:15 199:25
    204:16 210:14 211:2,15,25
    221:11,12,13
**exhibits** 117:9
**exit** 163:25
**exited** 163:22 164:5,14
**expect** 101:6,8
**experience** 49:15 111:14 112:15

115:3,10
**expert** 211:5
**explained** 12:7
**express** 3:15 97:19 101:13 132:15
    135:9 188:23
**expressed** 135:4
**extend** 183:15

### F

**F** 223:2
**face** 194:19
**Facebook** 95:20 96:16
**fact** 11:6 16:18 101:7 116:21
    127:13 137:6 158:8 209:15 213:8
    213:17 214:9 218:10 219:11
**facts** 214:9
**factual** 188:17
**faculty** 95:13,17 96:12
**failed** 12:24 13:11
**fair** 5:14 6:19,20 7:14,21 8:9,18
    9:12 13:16,17 22:14 29:17 33:18
    33:19 34:5,9,20 39:11,12 46:12
    48:9 50:22 65:25 66:6 68:19
    84:22 91:17,18 92:25 109:19,20
    120:19 123:6 133:18,25 139:20
    140:4 141:8,17 145:7,9 150:18
    150:19 158:17 162:3 163:6,8
    175:3,6 195:4,8 199:10,13
    200:11,14,16,19 201:6,11,14
    202:20,23 205:8,15,22 208:19,20
    208:22,23 211:3 212:11 217:9,10
**fall** 37:14 47:19 52:24 139:9
**familiar** 135:25 191:9 192:4
**family** 22:18,19 25:10 26:12,19
    28:17 40:24 96:21
**far** 67:5 119:9 126:18 128:11,17,23
    133:16 155:12 162:18 164:4,6
    168:3,7,11 170:7 179:24,25
    187:22 204:6
**father** 112:17
**FB** 1:5
**federal** 4:21
**feel** 101:4 113:2,2 175:2
**feelings** 130:5,10
**felt** 101:2,3 150:3
**female** 105:22 128:2,13 131:5
    206:13
**fence** 48:15
**fencers** 173:18
**fencing** 42:21 43:9,14,15 46:20
    47:11 48:11,13,16,19,22,22,23
    49:3,3,6,11,17,19,24 50:6,9,10
    50:22,25 51:7,9,13,22,23 52:3
    54:15,19,23 55:7,10,11,15 74:20
    75:15,18,20,25 76:3 85:5,11
    86:13 100:14 132:10,16,22,24
    133:2,10,11,14,17 134:3,3,4,11
    134:14 172:19,19 173:6 177:19

**fifth** 120:9
**File** 2:13
**fill** 217:7
**filled** 40:11
**films** 53:24
**financial** 126:20 127:2
**find** 10:17 157:6
**fine** 8:5 15:17 16:8 23:17 29:25
    32:11
**Finegold** 89:15,22 91:20,23 92:4
    92:16 93:3 99:18
**finish** 9:8,10 36:11 83:9 88:12,13
    89:5 91:6 152:12,16,20 183:7
    184:15 190:15
**finished** 36:24 88:14
**finishing** 36:9 77:16
**first** 5:16 7:9 12:4 38:16,23 39:3,5
    39:9,14 42:17 45:2,9,14 48:12
    49:14,18,25 59:18 95:8 98:3
    100:6,10 118:21,22 122:8,12
    124:6 144:25 145:13 218:3
**five** 45:18 70:9 86:11 89:11,12,25
    159:21 168:5,10
**five-minute** 68:25 171:18,22
**fixture** 91:16
**flirting** 128:2,12
**floor** 2:5 178:9,17 202:19
**foils** 50:13
**foldable** 175:8
**follow** 31:5
**followed** 53:13,14,17
**follows** 5:18
**fondness** 97:20
**forget** 52:19 94:3
**forgot** 68:2
**form** 26:13 29:22 58:25 62:7 71:9
    76:19 82:20,22 84:14 87:16 97:3
    101:23 103:19 105:25 108:9,12
    126:12 131:11,22 137:24 142:17
    184:24 187:10
**formal** 217:16
**former** 6:18 95:13,16 96:17 187:16
    187:23
**forth** 223:11
**found** 49:19 51:7 125:12 127:8
    130:18
**foundation** 18:7
**founded** 44:10
**four** 25:15 29:10,13 34:18 45:17
    75:25 86:10
**Frances** 97:8
**Francis** 6:18 37:10,13,15,21 40:17
    40:21 41:2,18 42:10 43:9,16 44:6
    47:9,18,21 48:8 49:24 50:23 51:3
    51:12 52:2,4,7,11,23 53:3,7
    54:16,24 55:6,14 56:9,21 57:3
    59:24 60:3,8,14,17,21 61:10,15
    61:18 62:4,16 63:14,20 65:16

67:21 69:12,16,20 72:8 73:6,18
    75:5 81:18 82:5 83:14 84:5,12
    87:23 88:18,23 91:20 94:10
    95:14,17 96:12,17 97:2 98:2,8,17
    98:25 99:8 100:9 101:22 102:6
    103:8,15,23 104:13 105:5,9,13
    105:17,23 106:5,11 108:24
    109:22 110:19 113:15 114:3
    116:4 118:11 120:2 122:15
    123:14 124:17,21,25 126:24
    127:19 128:3,13,19,25 130:23
    133:24 134:17 135:19,23 137:12
    137:21 138:4,7 147:11 149:7
    153:12 165:2 166:24 170:11
    173:12,15 176:17,20 178:20,24
    203:18 204:8 208:7,14 209:17
    210:19 213:20,21 214:11 222:9
**freely** 11:22
**friend** 40:23 64:18,23,24 65:2
**friendly** 60:2 92:24 96:25 102:13
    102:14 213:14
**friends** 59:21,23 60:12 89:2 92:15
    96:16 102:19 138:4
**front** 167:16
**full** 32:24 35:18 37:9 52:13 75:24
**functions** 63:19
**further** 3:12 217:11 219:3,14
    223:15
**future** 4:3

### G

**G** 5:15 220:2
**game** 177:9
**games** 38:9
**Garden** 94:7,8
**gather** 114:11
**gathering** 14:8 67:11 74:24 105:9
**general** 50:24 52:6,22 74:5 121:20
**gentleman** 44:12
**gestures** 7:19 213:23 214:18
**get-go** 52:12
**getting** 57:11
**gift** 87:5
**girl** 24:2 102:10 211:11
**girls** 50:3 136:7
**give** 7:17 8:7,23 72:14,16 84:17
    107:18 108:2,6 116:12 181:8,14
    215:5
**given** 9:25 11:13,16,22 12:25 13:20
    101:7 107:12 120:12 123:13
    158:8 220:13 223:14
**gives** 101:3
**giving** 81:12 101:14 108:16,19
    212:25 213:6,8 214:13
**GLICKMAN** 2:15
**go** 7:7 13:3 19:12 20:2,9 27:9 28:11
    28:20 31:6 35:9 37:11 49:8 79:19
    85:19 93:5 111:5,17 112:24

139:22 142:21 143:6,20,25
144:17 148:19,21,23 151:18
152:18 159:13 161:2 168:19
170:7 172:15 174:18 178:11
183:16 186:9,14 190:24 193:10
200:25 202:3 204:14 207:21
**going** 5:5 16:3,13 19:6 20:18 24:19
30:5 36:14 51:18 72:10,19 73:16
85:21 94:4 113:7 116:12 137:2
144:14,19 149:3 153:6,8 157:11
168:19 174:2,6 188:9 208:18
**golf** 43:18,19,20 46:21 52:3 172:23
173:2
**golfing** 43:25
**good** 6:3,4 89:24 111:17 117:7
118:9
**goodbye** 67:12 83:23
**gotten** 50:5 75:4 79:9
**gown** 212:17
**grade** 35:17 46:23 55:3 123:13,16
**graders** 52:14
**grades** 54:9,10 133:21
**graduate** 36:21
**graduated** 36:15,19
**gratitude** 87:5
**gray** 131:3
**great** 7:23 8:11 9:14 12:9
**green** 170:19
**ground** 7:7
**grounds** 66:9,12,19 67:4,9 73:6
93:19 97:16 103:13 136:10,20
137:12 139:16,23 140:7,12,25
143:17 148:19 149:6,17 150:22
151:14 152:7,25 153:14,24
154:22,25 157:5,22 158:9,11,17
159:13 160:19 161:11,12,19
165:18 172:6,10 173:22 174:17
174:21 184:23 185:5,12,23 187:9
215:10
**group** 86:13 105:4 111:7 112:21
**growing** 112:24
**guarantee** 51:18
**guess** 21:18 40:5,13 53:24 54:2
112:8 212:8
**guest** 152:18
**guidance** 111:6
**guidebook** 53:14
**Guterman** 105:2
**gym** 52:8,11,22 72:9 73:9,9 81:18
82:10,19 83:19,20 84:5 100:18
130:22,24 131:10,15,21 132:4,10
133:9 134:19 138:11 145:16
**gymnasium** 134:17
**gymnastics** 55:9 134:14

---

**H**

**H** 221:9
**half** 156:9,16 159:17 177:18

---

**hallway** 78:19 177:4,6,10,11,14
178:3,7,16
**hand** 43:19 50:13 111:13 194:15
194:16,18 223:20
**handed** 84:11 85:6
**handle** 44:17
**handwritten** 27:22
**happen** 7:24 8:3,12,16 94:2 147:25
**happened** 150:24 154:23
**happy** 8:14,17
**harassment** 188:8
**hard** 88:17
**hat** 99:13
**head** 7:19 40:24 41:5,7,8 86:16
**health** 52:19 53:8,9,12,14 54:6,11
54:13 91:22
**hear** 8:12 72:9 180:3,10
**heard** 7:11 104:16 177:22 180:13
**heart** 13:2,10 149:15,16
**held** 1:16,18 19:15 84:20 87:2,9
217:5 221:23
**hello** 77:2,2,2,3 78:19 83:23 213:14
**help** 38:10 40:14 64:4 79:17 111:13
111:17 113:12 173:7
**helped** 66:15,16
**helper** 98:15
**helps** 113:8
**hereinbefore** 223:11
**hereunto** 223:20
**Hey** 93:24
**hi** 77:3,5 78:19 103:18
**high** 6:19 37:13,16,21 40:17,22
41:17,18 42:4,9,10,13,18,23 43:4
43:7 44:2,6,6 47:9,10,22,22,24
48:2,8,9,12,23 49:4,24 51:4,13
52:2,4,7,11,23 53:3,7 54:16,25
55:6,15 56:9,21 57:4,25 58:13,16
58:19,22 59:24 60:3,8,14,17,22
61:10,15,19 62:4,16 63:15,20
65:16 67:22 69:12,17,20 73:18
81:18 82:5,21 83:15 84:5,13
87:23 88:23 91:20 94:10 95:14
95:18 96:13,18 97:2,8 98:3,9,18
98:25 99:8 100:9 101:22 102:6
103:8,16,24 104:13 105:6,9,13
105:17,23 106:5,11,15 108:25
109:22,23 110:19 113:15 114:3
116:4 118:11 120:2 122:16
123:15 124:17,21,25 126:25
127:19 128:3,13,19,25 130:23
133:24 134:17 135:19,24 137:13
137:21 138:4,7 147:11 149:8
153:13 165:3 166:24 170:11
173:13,15 176:17,21 178:20,24
203:18 204:8 208:7,14 209:17
210:19 213:20,21 214:12 222:9
**higher** 36:6
**hindsight** 10:21 213:17

---

**hired** 49:12
**history** 58:9
**Hofstra** 35:12,18,20 36:14,15,20
36:22,24 44:8 45:3,21 46:2,7
48:17 49:6 59:3 87:8
**Hold** 19:25 77:15 152:3
**home** 50:11 65:13 67:13,14 68:15
69:9 80:2 93:9 103:25 104:4
111:10 127:3,14,21 165:23
171:11 182:2,8 213:5,19 214:14
221:21
**homeowner** 221:23
**homes** 67:12
**hope** 181:12,13
**horrible** 69:24 70:7
**hour** 46:19 111:8 156:9,16,18,21
159:17 177:18
**hours** 12:19 13:24 14:3,6 75:12
154:9,12,16
**house** 33:24 34:3,4,8,11,12 35:3
38:8,11 66:15,15 68:8 183:16
184:3,7 221:19
**household** 56:5,8
**hugging** 199:10 207:5
**human** 54:2,3
**humbled** 101:2

---

**I**

**I's** 122:20
**idea** 81:7 94:19 102:17,20 121:8
122:5 139:15,19 151:12,17
165:19 168:23 169:2 184:19
203:6,11,15 209:5,12
**identification** 117:16,19,22 118:3
190:20
**identity** 6:10
**II** 123:4,6,8,23
**III** 122:20,24 123:4
**illegal** 14:2
**immediately** 30:13 31:16,23 33:8
39:13
**important** 8:15,20 9:5 152:10,13
152:21,24 157:3,6 216:15
**importantly** 7:12
**inaccurate** 11:13
**inaccurately** 10:18
**inadvertently** 6:17
**inappropriate** 58:17,21,25 59:14
133:5,7
**inappropriately** 157:19
**include** 74:19 75:14 87:11 114:19
**income** 58:4,6
**incomplete** 10:21 11:14
**incorrect** 80:17
**incredible** 177:22
**indicates** 118:14,18 119:20,23
121:23 123:5,6,22
**individually** 58:6

**information** 17:5 32:24 68:17 70:23 108:10 110:22 112:3,7,11 113:10,18 116:5,19 136:21 137:10 221:16
**initials** 7:2,4 23:13
**initiated** 111:11
**INSERT** 29:19 32:15,25 33:20 68:21 70:25 112:13
**inside** 73:8 91:9 163:11
**Instagram** 96:3,7
**install** 66:16
**instance** 104:6 167:15
**instances** 114:20
**instruct** 190:16
**instructed** 16:22 115:17 116:3
**instruction** 9:3
**instructions** 116:18
**intending** 165:7
**interest** 135:5,10 188:24
**interested** 125:18,21 213:10 223:17
**interfere** 12:15,19
**interject** 26:25
**interrupt** 13:8 34:5
**interrupting** 37:10
**interruption** 147:6
**intimacy** 53:25 210:8
**introduce** 117:9
**Investigation** 115:21
**Investigations** 116:8
**invitation** 183:15
**invitations** 93:4
**invite** 65:4,7,10,17,24 93:11,14 184:6
**invited** 63:22 66:20
**inviting** 65:23
**involve** 173:12,14,22 188:7
**involved** 37:9 48:18 53:25
**irrational** 113:12
**Island** 33:10 42:5 49:19
**isolated** 113:2

**J**

**J** 2:6,12
**jackets** 50:12
**Jacquelyn** 2:12 15:4 19:21,23 119:3
**Jane** 1:3 2:20 6:7,9,25
**janitorial** 136:5
**January** 119:5
**Jericho** 42:4,8,13,18,23 43:4,7,9 44:2,5 46:23 47:3,10,16,17,19,22 48:9,12,23 49:4,8 57:25 58:13,16 58:19,21 106:15 109:22 173:17
**Jerry** 89:15,22 91:19,23 92:4,15 93:3 99:18
**Jerry's** 89:21
**Jewish** 99:13

**job** 39:17 49:9 55:21
**jobs** 38:7
**John** 1:7 2:12 19:21,23 20:6
**joined** 49:20
**Jones** 172:25
**Joseph** 29:3
**judge** 9:22 27:7
**Judy** 67:25
**July** 35:3,5 44:22,23 79:15
**June** 37:23 45:13 53:4 62:5,17 67:18,19,20 69:10,13 73:11,25 77:22 79:17 96:14 100:9
**juniors** 50:15 133:21
**jury** 9:22

**K**

**K** 220:2
**Karen** 1:18 223:7,24
**Karl** 2:6 4:8 6:5 27:2 68:23 81:2 171:17
**Karl's** 5:6
**keep** 7:10 87:4 89:4 124:20 183:9
**kept** 87:6 124:16
**kids** 50:16 52:18 73:15 74:15 87:9 101:25,25 111:13,16 113:9,13 172:17,18,24 173:7,9,10 177:16 177:20
**kind** 16:19 17:5,9,12 35:15 40:13 49:11 74:23 83:5 109:5 114:6 130:24 131:6,9 169:12,13,21 175:14 181:9
**kinds** 15:22
**kiss** 134:23
**knew** 65:9,24 72:19 141:4 204:7
**know** 7:13,17,18,20,25 8:2,7,8,13 8:24,25 9:6 10:20 11:3,15,19,21 16:20 17:5 18:14,22 27:3 40:13 46:9 49:13 51:18 52:13,18 53:23 53:24,25 56:18 60:11 70:4,5 72:3 72:21 73:14,15,16 74:7,15,21 76:10 77:5 82:24 83:18,21,22,23 86:24 87:19 88:16 89:2 92:2,3,17 94:4 95:4 97:7 98:9,16,20,23 101:3,5,6 102:3,15 103:24 105:13 111:6,11 113:22 114:11 114:17 115:15 118:8 121:3 123:17 124:5 126:18,19 127:2,20 128:11,17,23 133:4,16 140:14,15 140:19,20,23,24 141:4,5,7,12,13 141:14,15,17,22 142:3 143:19,23 146:21 149:19,24 150:3 151:11 152:23 153:22 154:4,7 157:15 164:6 168:18 169:24 171:12 172:16 176:13,18,19 178:15 180:19 182:3 184:11 187:22 190:8,13,18 191:4,22 193:5,15 194:6 195:6,17 196:3,14 197:4,8 199:14,19 200:4 201:18 202:8

204:24 207:11 208:24 211:12 212:18
**knowledge** 65:20 96:24 97:5,6,10 105:7 113:9 115:2 124:11 126:9 126:14 163:12 185:20
**knowledgeable** 97:24 114:13
**known** 28:8 116:8,24
**knows** 15:20 56:13 91:25 93:6 121:2

**L**

**L** 5:15 6:14 143:14,19 144:14,16 144:21 148:13,17 151:13,20 152:6 154:21 155:15,25 156:13 156:25 157:5,11 158:15 159:12 160:2,9,18,24 161:12,19 163:4 164:14 165:11,12,18,19 167:20 172:5 174:22 175:17,21 176:2 179:2,9,12,18 180:4,10 181:4,8 181:15,20 182:25 183:16 184:21 185:5,12,23 187:9 189:23 215:9 218:11 220:2
**L's** 161:5
**L.C** 6:12,15,19 69:14 100:6,10 102:4 103:13 107:8,12,14 108:16 108:20,24 109:4,17 110:4,9,13 110:16,18 117:3 123:14 124:2,8 125:10 126:2,10,16 128:23 129:8 130:5,10,18 131:8 132:2,9,15 134:16 135:4 136:11,20 137:11 138:18 139:21 140:4,15,19,24 141:7 142:3 143:12 176:5 188:24 189:20 192:11 195:3 199:10 200:9 201:4 202:25 203:20 204:10 205:6,20 207:5,24 208:5 208:18 209:9,15 210:3,18,21
**L.C.'s** 101:20 102:5 103:25 120:12 143:7 194:15 212:2
**L.N** 6:11,15
**lake** 216:8
**landline** 70:10,12,13,19 71:12,19 79:3 222:5
**language** 12:4
**large** 89:23 215:13
**Late** 75:11
**law** 2:4 3:17 15:21 16:19 18:18 20:6 63:6,10
**lawsuit** 14:20,24 21:20,23 24:8 25:19 26:18 27:4,23 28:3,6 59:6 62:20,23
**lawsuits** 59:13
**laying** 195:14 202:19
**learn** 21:15 48:15 51:23 107:11 108:22 110:3 113:6 115:18 189:4 189:8
**learned** 95:9,12 96:21 139:21 140:5
**leave** 29:15 32:22 33:16 68:13

70:18 83:22 139:15,22 140:7,11
143:19 149:17 152:24 153:14,24
154:25 158:23 160:19 161:11,19
181:20 184:22 185:4,12,22
**leaving** 58:19 69:12,16,20 72:10
73:16 96:13 136:15 150:22
173:22 187:8
**led** 124:9
**left** 32:11 53:3 56:8 62:4,16 68:6
72:8 100:8 112:2 118:14 119:9
124:16,21,25 136:10 137:12
143:16 149:6 157:22 158:9,17
159:12 160:3 161:12 162:3 163:5
165:17 172:10 174:17,20 181:19
181:20,21,22 184:20 185:10
200:10 201:5 213:21 214:11,13
215:10
**leg** 180:23
**legal** 9:21 136:24 137:3,4
**lessons** 49:20
**let's** 19:12 30:22 31:3 51:9 142:7
190:4 193:10
**letter** 29:22 121:24
**lettering** 122:24 206:24
**letters** 120:23
**Levinger** 44:12
**Lewis** 6:18 37:10,13,16,21 40:17
40:21 41:2,18 42:10 43:10,16
44:6 47:9,18,22 48:8 49:24 50:23
51:4,12 52:2,4,7,11,23 53:3,7
54:16,25 55:6,14 56:9,21 57:4
59:24 60:3,8,14,17,21 61:10,15
61:19 62:4,16 63:15,20 65:16
67:21 69:12,16,20 72:8 73:6,18
75:5 81:18 82:5 83:14 84:5,12
87:23 88:18,23 91:20 94:10
95:14,17 96:12,17 97:2,8 98:2,8
98:17,25 99:8 100:9 101:22
102:6 103:8,16,24 104:13 105:5
105:9,13,17,23 106:5,11 108:24
109:22 110:19 113:15 114:3
116:4 118:11 120:2 122:15
123:15 124:17,21,25 126:25
127:19 128:3,13,19,25 130:23
133:24 134:17 135:19,24 137:13
137:21 138:4,7 147:11 149:8
153:13 165:2 166:24 170:11
173:13,15 176:17,21 178:20,24
203:18 204:8 208:7,14 209:17
210:19 213:20,21 214:12 222:9
**license** 4:7
**life** 103:25 104:4 176:2 178:23
**lifetime** 44:5 76:9
**line** 16:3,13 20:2,5 106:22 142:12
222:17
**lines** 90:5
**Lisa** 22:23,24,25 24:8,24 25:14
26:10,19,23 27:10,19 55:19

**list** 40:7,9,13
**listed** 6:9 120:5
**listen** 165:9,10,12 174:8
**litigation** 3:19 24:24 25:4 136:9
**little** 30:22 33:1,15,11,12,22 34:17
67:10 87:5 92:21 99:13 171:9
179:23 183:20,24 184:3 221:21
**live** 22:16 30:13 31:16,23 32:2 33:2
33:8,21 34:16
**lived** 30:2 31:20 32:3 33:11 34:7,11
34:21 39:20 67:23 72:3 183:20
183:24
**living** 34:5
**local** 39:23 40:6
**located** 164:2
**location** 215:19
**locations** 3:8
**locker** 50:3
**long** 5:8 30:2 33:2,10,21 42:5 49:19
56:11 70:4,8 100:8 155:24
156:12 159:11,22,24 167:6,22
168:14 172:2,5
**longer** 21:23 25:19 213:20
**look** 29:12 33:15 38:8 70:15 95:23
95:25 96:5 101:25 117:25 118:6
191:9 192:4 207:24 208:11
**looked** 61:23 71:25 153:6 208:6,13
**looking** 125:6 168:19 193:12
197:13,14,15 199:25 211:24
213:16,22
**looks** 61:23 212:16
**lot** 49:16 162:12
**lots** 73:15
**Lou** 64:12,18,23 65:4,10,24 66:12
66:13,18 67:4,24
**lounge** 61:8 176:6
**love** 50:9
**lunchtime** 111:8
**lying** 195:3,8 200:15 201:10 208:19

---

**M**

**M** 5:15 23:6 220:2
**M-I-D-L-O-T-H-I-A-N** 32:6
**M.M** 23:7
**Madison** 94:7
**maiden** 6:12
**mail** 21:18
**making** 74:25
**male** 131:5 206:13
**man** 68:2 88:2 111:16 177:4 199:4
**manage** 38:10
**manager** 55:24
**mandatory** 54:7,8,24 55:16
**manner** 3:14
**Manny** 89:15 92:6,16 93:3 99:21
**March** 64:2 69:6
**marijuana** 14:5
**mark** 1:7 2:16,20 24:20 25:11

59:18,21,23 60:2,6,13,16,20
61:14,17,23 62:4,15,20,23 63:2
63:12 69:5,8,14,18 80:14 85:25
86:2 94:25 96:25 97:7,13,16,19
97:23 107:7,11 108:22 109:6,18
110:4,9,15 117:3,11 124:15,23
128:11,24 129:6,22 130:17 166:3
166:11,24 185:17 186:20,23
187:3 189:6,10,22 199:8 202:18
202:25 203:2,6,20 204:9 207:4
208:24 209:7,15 210:3 220:8,16
221:5 223:10
**Mark's** 117:2
**marked** 117:10,15,18,21 118:2,11
122:20 124:5,9 190:19 206:8,22
206:23 210:14 222:16
**marketing** 55:24
**marking** 122:15
**markings** 123:4
**marriage** 223:17
**married** 25:7 27:11,18
**Martinez** 105:14
**Martinez'** 105:18
**Maspeth** 2:5
**master** 177:5 178:4,8
**master's** 36:7,10,16,25 37:4
**matter** 24:12,13,14 83:5,7 223:18
**matters** 83:12
**McCleary** 67:25
**mean** 20:7 31:11 67:19 89:2 96:3
121:15,17,18,20 145:12 161:14
190:12
**meaning** 14:20,24 39:17 77:20
124:8
**means** 60:11 121:8 122:6 162:3
198:13
**media** 95:22 96:9,13 189:13
**medication** 12:23 13:2,9,11
**medications** 12:18
**meet** 100:6,10 142:22
**meeting** 3:10 17:23
**meetings** 61:4 113:5,5 115:15
**Meiners** 1:7,14 5:10,23 6:1,3 7:1,6
8:1 9:1 10:1 11:1 12:1 13:1,4
14:1 15:1 16:1 17:1 18:1 19:1,17
20:1 21:1 22:1,24,25 23:1 24:1
25:1 26:1 27:1 28:1,9,22 29:1
30:1 31:1 32:1 33:1 34:1 35:1
36:1 37:1 38:1 39:1 40:1 41:1
42:1 43:1 44:1 45:1 46:1 47:1
48:1 49:1 50:1 51:1 52:1 53:1
54:1 55:1 56:1 57:1 58:1 59:1
60:1 61:1 62:1 63:1 64:1 65:1
66:1 67:1 68:1 69:1,5 70:1 71:1
72:1 73:1 74:1 75:1 76:1 77:1
78:1 79:1 80:1 81:1 82:1 83:1
84:1 85:1 86:1 87:1 88:1 89:1
90:1 91:1 92:1 93:1 94:1 95:1

96:1 97:1 98:1 99:1 100:1 101:1
102:1 103:1 104:1 105:1 106:1
107:1 108:1 109:1 110:1 111:1
112:1 113:1 114:1 115:1 116:1
117:1,15,18,21,25 118:1 119:1,4
120:1,10 121:1,23 122:1 123:1
124:1 125:1 126:1 127:1 128:1
129:1 130:1 131:1 132:1 133:1
134:1 135:1 136:1 137:1 138:1
139:1 140:1 141:1 142:1 143:1
144:1 145:1 146:1 147:1 148:1
149:1 150:1 151:1 152:1,19
153:1 154:1 155:1 156:1 157:1
158:1 159:1 160:1 161:1 162:1
163:1 164:1 165:1 166:1 167:1
168:1 169:1 170:1 171:1 172:1,3
173:1 174:1 175:1 176:1 177:1
178:1 179:1 180:1 181:1 182:1
183:1,11 184:1,17 185:1 186:1
187:1 188:1 189:1 190:1,15
191:1 192:1 193:1 194:1 195:1
196:1 197:1 198:1 199:1 200:1
201:1 202:1 203:1 204:1 205:1
206:1,25 207:1 208:1 209:1
210:1 211:1 212:1,15 213:1
214:1 215:1 216:1 217:1,19,23
218:1 219:1 220:8,16 221:5,10
222:6,8,10 223:10
**member** 75:17 96:12
**members** 26:12,19 74:10,12,16,19
75:14 187:23
**memorized** 72:22
**memory** 64:5 79:18 120:13 158:2
158:10
**mental** 12:14
**mention** 7:2 125:9 166:2 216:20
**mentioned** 13:10 38:18 43:13
46:16 58:7 60:12 63:5 71:8,13,20
81:17 95:6 103:12 112:14,21
123:25 134:15 138:17 147:9
173:21 217:9
**mentioning** 38:20 160:18
**messages** 28:6 197:17
**met** 88:2 143:11 172:17,24,25
218:4
**metal** 90:5
**Michael** 1:7 64:15,25 65:5,10,24
66:8 67:8 87:22,25 88:7,22 92:12
92:21 93:8,19 94:15 95:8,9 96:20
96:24 97:6,12,17 100:3 108:15
110:13 125:9,25 126:9 127:7,12
127:18,20,25 128:17 129:5
**Michigan** 4:7 6:2 30:24 31:19
38:12,20,21 39:17
**middle** 29:2 47:5 146:5 147:11
**Midlothian** 32:4,8 40:5
**midsection** 132:4
**Mike** 64:14 93:25

**military** 37:25
**mind** 61:22 84:3 209:14,20
**Mineola** 172:20
**minute** 163:2 198:6 215:6 218:24
**minutes** 70:9 159:19,21,23 167:8
167:24,25 168:5,10,15 170:7
172:4,7,9,12 197:21
**mischaracterization** 129:14 214:16
**misunderstood** 8:24
**modification** 10:22
**modify** 30:19
**moments** 76:25 77:4
**money** 56:25 57:4
**month** 34:24 72:7 73:14 139:2
**months** 73:24 78:14
**morning** 6:3,4
**mother** 28:16 113:4
**move** 30:6,23 31:7 80:24 83:25
88:10 94:23 142:12 147:3 190:4
191:13,17 192:19 194:23 196:23
198:23 199:23 206:19
**moved** 30:25 31:9,17,19 33:5 34:25
35:4 37:5,7 38:12,19,21 44:21
45:14 46:9 78:25 79:14 145:15
147:24
**moving** 19:3,5,11 72:18,24 74:4
76:7,22 77:9,23 78:11 79:8,16
82:11
**murmur** 13:2,10
**MUSA-OBREGON** 2:4

---

## N

**N** 2:2 5:15 6:15 220:2,2 221:2
222:2
**naked** 202:19
**name** 5:22 6:5,12,15,19 7:3 20:23
22:22 23:4,9,18,22 28:9 29:2
59:17,18,19 68:2,2,7,11,14,14
86:24 89:21 96:6 98:4,7 104:16
105:14,15 111:24,25 118:18,21
118:22 120:10,22 121:22 123:9
135:15,17 136:19 169:23 221:22
221:22 222:9
**named** 135:23
**names** 64:11 68:5 98:20 169:4
**narcotics** 14:3
**Nassau** 35:10,14 218:4
**nature** 54:4 60:19 87:21 88:21,25
103:18
**near** 94:6 162:16 170:11
**nearby** 169:14,16
**necessarily** 13:15
**necessary** 175:2 185:4
**Neck** 33:10,11,12,22 34:17 183:20
183:24 184:3 221:21
**need** 11:18,21 13:19 29:12 40:14
43:18 44:14 83:3 95:2 111:5
114:13 205:18

**needed** 13:14 111:17 145:6 157:17
173:18 185:11 186:3,3
**needs** 10:22 88:12
**neglig** 212:11
**never** 35:15 40:8,12 55:5 61:13,16
63:18 66:8,10,11 69:17 91:2
105:8 125:12,17 129:21,23
130:14 133:23 136:2 176:8
186:22 189:12,17 190:12
**new** 1:2,6,20 2:5,9,10,11,11,17
5:17 6:7 40:19,25 41:3,19,23
49:14 57:8,9,9,14,21 63:6,10
78:23 94:5 129:7 153:13 187:10
187:16,23 188:22 220:4,25 223:4
223:9
**nicknames** 28:11
**night** 45:24 46:17,17,19 66:21
**nightgown** 212:11
**nods** 7:19
**non-athletic** 44:16
**non-party** 1:15 4:12,16 15:10
**Nonexistent** 60:23
**nonresponsive** 84:2 88:11
**nonverbal** 7:20
**Nope** 161:16
**normal** 132:10 133:9
**Notary** 1:19 5:16 220:25 223:8
**note** 115:23 154:13 175:23 187:5
198:9 214:25 217:15
**noted** 115:7 188:19 219:16
**notes** 28:2 218:23
**number** 29:10 70:13,19 71:24
72:15 107:12,16,19 108:16,20
112:18 117:10 120:5,22 121:5,12
123:10 162:21 169:6 213:7,9,18
214:14 221:18,19 222:5
**numbers** 32:10 119:11 169:5,7
**Numeral** 122:3,5
**nutrition** 53:22 54:3

---

## O

**O** 5:15 202:5 220:2
**oath** 5:18 9:16,19,20,21 220:10
**object** 13:6 85:18,21 174:4,9 188:9
**objecting** 126:6
**objection** 3:25 4:3 15:7 16:2,12
24:9 25:6 26:13 62:7 76:19 82:20
82:22 83:16 84:7,14 87:16 94:21
97:3 99:11 100:16,20 101:10,23
102:8,22 103:3,19 104:8 105:10
105:19,25 106:6,12,16,22 107:4
108:12 109:3,12 110:11,23
113:20 114:8,22 115:7,22,23
116:9,10,23 117:4 122:10 124:10
125:3,14,19,22 126:3,12,21
127:4,9,15,22 128:4,8,14,20
129:2,9 130:6,11,16,19 131:11
131:16,22,23 132:5,6,12,17

133:12,19 134:20,25 135:6,11
136:12 137:24 138:23 139:5,8,17
139:24 140:8,16,21 141:2,9,18
141:23 142:4,17,24 143:8,21
144:3,8 145:2,8,20 146:2 147:20
148:3,9,14 149:9,13 150:13,25
151:9,15,21 153:2,16 154:2,13
154:18 155:4,22 156:22 157:13
157:18,23 158:4,12 159:6,14
160:4,10,17,20 161:7,13 162:6
162:23 163:7,18 164:10 165:14
165:20 166:5,13,18 167:2 168:9
170:4 173:24 174:10 175:4,10,24
176:9,25 179:4,14,20 180:5,11
181:5,10,16 182:9,14 183:2,7,12
183:17 184:8,12,16,17,24 185:6
185:13,18,24 186:10,15,22 187:5
187:12,13,19 188:2,14,19,25
189:24 190:10,16,21 191:5,10,24
192:5,15 193:2,7,17,22 194:8,12
195:5,9,12,19,24 196:5,15,20
197:5,10,18,23 198:10,15,20
199:11,16,20 200:6,12,17,22
201:7,12,20,24 202:10,15,21
203:3,9,13,21 204:2,11,21 205:2
205:9,14,16,23 206:3 207:13,18
209:3,10,18 210:4 211:4,9,17,21
212:3,12,14 213:2,11,25 214:15
214:20 215:2,15,24 216:16,21
217:15
**observe** 152:23
**obstructed** 90:19
**obstructive** 18:19,24
**obtain** 35:13,19,24 36:6 68:16
70:22 112:6,11 185:4
**obtained** 80:14
**occasion** 64:5 66:25 79:11,18,20
84:10 103:11 134:15,24 138:16
157:21 158:16 175:20
**occasions** 63:19 93:18 172:17
173:12,20,21 174:20,25 176:4
**occur** 156:6 180:7
**occurred** 79:12 154:17 158:3 162:9
**OEO** 116:24
**offer** 50:14
**offered** 48:16 55:8,9 95:5 133:20
134:13
**office** 21:4 44:13 73:10,10 89:3,8
89:11,14,23,24 90:2,7 92:18
116:7,21 136:2 138:6,8,9 142:18
142:20,21,22 143:3,4,4,5,13,15
143:20,24 144:13,16,21,25
145:15,17 147:19,22,23,24 148:2
148:8,18 150:12,15,17,21 154:22
154:24 155:15,25 156:13,25
158:16,18,19,21,22,24 159:3,5
161:11,17,19 163:17,24 164:2,4
164:8,20 165:3

**officer** 163:13
**official** 28:23 118:21
**officially** 35:2
**Oh** 189:17 192:12
**okay** 5:9,11 7:5,23 8:11 9:14 11:16
11:17 12:2,3,9 13:21,22 16:21
18:22 19:12 20:8 26:17 27:9 29:8
29:25 49:10 80:12,24 85:24
90:12 137:9 146:11 147:2 153:23
174:2 192:12 208:2,3
**old** 23:2 50:6 218:6
**Olea** 104:23
**once** 138:14
**one-minute** 218:22
**ones** 78:2
**open** 82:25 159:9
**opening** 49:8
**opinion** 126:5 209:25 211:7 214:8
**opportunity** 4:20 11:16 13:20
116:22 118:7
**opposed** 7:19 86:10
**optional** 133:17
**order** 6:23 21:10,10 163:25
**OSI** 116:8
**outcome** 223:18
**outfit** 131:9
**outing** 124:2,8 136:19,25 137:11
138:17 139:21 140:5,11,20,25
141:8 142:15 143:25 144:14,17
147:18,18 148:12 150:4 154:16
157:5 158:3,11 162:9 163:4
174:22 175:9,15,18 183:23
184:20 185:10 186:18,21 187:3,3
187:18,25 215:22
**outside** 63:16 64:21 66:9 91:9
97:12 103:13 158:19 162:10
163:11
**overlap** 42:9 48:4
**overlapped** 47:23
**owner** 34:9,13

**P**

**P** 2:2,2
**p.m** 219:16
**package** 21:17
**page** 221:4,10,17,25 222:3,17
**Pages** 72:2
**paid** 45:5 46:14
**panties** 194:21
**paper** 91:15
**paperwork** 39:22 40:11
**para** 98:11
**parent** 112:25 113:11
**park** 79:10,19 103:12 124:2,8,9
138:17 139:21 140:5 144:17,19
148:13 161:24 165:8 169:10,12
169:19,22,23,25 170:15,18,21,24
171:3,15 172:3 174:22 175:7,15

**parked** 162:8,19 170:8
**parking** 162:12
**parks** 38:10 170:10,13
**part** 8:12 36:14 41:9 48:17 122:2
160:6 169:19
**participating** 3:9
**particular** 37:3 131:9 203:7,22
**particularly** 217:3
**parties** 1:16 3:4,16 223:16
**party** 18:18 63:23 64:6,9 65:5,11
65:18,19 66:18 67:7,16 68:9 69:6
69:9 93:5 221:23
**PAS** 120:23
**passed** 94:20
**passenger** 167:16
**pause** 218:25
**payment** 39:18 41:10,13
**PC** 2:4
**PE** 52:17 98:12
**penalty** 9:25
**pending** 142:14
**pension** 57:7,13,16,20,24
**people** 14:21 17:10 88:5 99:14
102:2 129:16,24 152:8
**percent** 36:19 82:8
**perfectly** 8:5
**perform** 217:7
**performance** 103:9
**period** 29:21 41:17 52:14,18,20
**periods** 122:15
**perjury** 9:25
**permanent** 91:16
**permission** 184:22 185:4,11 187:9
**person** 9:6 14:20,21,24 26:22 59:2
59:16 63:11 67:22 68:8,15 73:3
79:5,5 111:17,20 136:25 151:10
192:8
**person's** 59:17 108:19
**personal** 101:4 107:12,22
**personality** 102:12,13
**personally** 58:5
**Ph.D** 36:8
**phone** 69:23,24 70:3,11 79:3 88:4,5
197:14 213:6,9,18 214:14
**phonetic** 20:22
**photograph** 80:9,11,14,21 81:5,9
81:12,14,15 82:12 84:17 86:9,21
101:9 107:15 108:3,11 117:20
189:19,23 190:5,9,19,25 191:8
191:14,19,23 192:3,14,22,25
193:6,13,16,21 194:3,7,16,25
195:4,11,15,18,23 196:10,19
197:2,9 198:19 199:2,5,9,15
200:2,5,9,21 201:3,15,19 202:6,9
202:14,18 203:8 204:17,20,25

205:6,20 206:6,7,13 207:3,4,8,12
207:17 208:25 210:15,17,22,24
211:24 212:20,21,24 213:22
214:10,11 215:7 221:13
**photographed** 192:9
**photographs** 22:10 25:21,24 26:7
85:15 86:4,5,12 105:18 117:17
202:25 207:25 209:8,14,24
210:25 217:4,14 221:12 222:7
**phys** 91:21 136:6
**physical** 12:14 42:25 43:3 48:8
52:6 101:21 102:5 215:9
**physically** 3:24
**pick** 88:4 173:19 218:23
**picked** 172:21
**picture** 61:22 72:12 79:21,23 84:11
84:20 86:15,25 87:3,12 100:25
117:12 126:10 192:9 203:22
206:7,10,16 211:10,11 212:7,13
**pictures** 84:24 85:6,8,13 86:13,19
105:16 204:5 208:4 211:13,15
**piece** 91:14
**pitch** 173:2,2
**place** 73:5,11 78:11 79:7 81:18
114:15 116:14 138:19 139:3
144:25 170:8
**placed** 145:10
**plaintiff** 1:4 2:4 6:6,8,13,25 14:19
59:16 69:18,22 70:21 71:3,7,11
71:16,21,21 74:3 75:17,20 76:2,7
76:9,18,23 77:7,20 78:10 79:16
81:6,8,11 82:10 84:11,21 85:10
86:6 87:3,12,15 108:2 110:4
124:16,20,25 184:6 189:4,8
222:6
**plaintiff's** 117:24 118:2 188:13
190:20 191:15,17,23 192:21
193:12 194:24 196:25 198:19,25
199:25 202:5 204:16 208:18
210:14 211:2,15,25
**Plaintiffs** 206:8,22
**plaque** 73:22 75:6
**platform** 3:10
**play** 173:2 175:17 176:14,18,19,23
177:17,20,22 178:12
**played** 175:21 176:2 177:12 178:3
178:7,10,16,23
**player** 177:23
**players** 74:25 88:6
**playground** 169:20 170:14,17
**playing** 51:19 177:3,24
**Plaza** 2:16
**please** 7:9,17,25 9:8 11:15,19 18:18
22:3 25:23 34:10 48:24 66:2 86:2
110:25 115:5 117:23 118:6,8
129:18,18 130:2 134:8 140:2
142:16 159:25 175:23 188:19
190:3 196:8,24 198:24 199:24

201:2 202:4 204:15 217:7
**point** 10:15,18 11:5,11,19 13:18
18:7 21:19 29:17 32:13 33:17
35:17 50:25 55:3 61:8 73:15
143:6 154:24 161:3,6 167:13
172:9 182:13 210:11
**policies** 114:25 116:14 188:12
**policy** 153:12
**pond** 169:16 215:21 216:7
**popped** 94:6
**popular** 102:15
**portfolio** 85:4
**portion** 84:2 88:11 94:24
**pose** 212:2,2
**position** 44:14 45:5 46:14 56:2
**positive** 218:9,12,16
**possession** 85:16 86:20 209:2,9
217:4 222:8
**possible** 7:8 141:21 142:3
**possibly** 218:13
**posted** 163:14 189:13,18
**potentially** 11:8
**Power** 135:15,18
**practice** 51:17 156:7,9
**practices** 156:4 177:17
**preface** 146:24
**pregnant** 189:5
**prejudicial** 95:4
**preparation** 17:19 19:23 22:2,5,8
22:11 25:22,25 26:4,7,16 27:5
**prescribed** 12:22
**prescription** 12:25
**presence** 3:24 107:8
**present** 2:18,20 3:4 17:24 18:5,12
110:16 152:9 157:4 176:5
**presentations** 75:2
**presented** 4:6
**pretty** 30:9 36:20 37:2 52:21
102:10 181:23 211:11
**primary** 56:4,7
**principal** 111:10,22 112:22 113:25
184:22 222:9
**prior** 30:20 34:8,13 41:2 48:22
76:17,20,21 77:7 79:20,21
144:13,18 150:9 154:14 175:20
**privilege** 15:8 16:16 24:10 94:23
**privileged** 18:20
**probably** 72:20
**problems** 113:4 165:23
**procedure** 4:22
**production** 85:15 86:2 217:2 222:7
**program** 40:24 41:6 43:19 44:7,10
44:15,18,20 45:12,13,21 46:3,7
47:11 48:4 88:8,18
**programs** 48:18
**promoted** 45:10
**proper** 114:5
**protected** 16:15 24:15

**protection** 21:10
**protocol** 114:19
**provide** 4:24,25 10:10,11 29:16
32:12,23 33:17 68:7 70:19 112:3
114:4 129:19 137:10 221:18,19
221:20,21,22 222:5,9
**provided** 80:5,9 136:8,18 203:12
**providing** 4:9 136:21
**provocative** 211:19
**public** 1:19 5:16 162:15 173:9
220:25 223:8
**pull** 190:4
**purple** 131:3
**purpose** 3:18 91:17
**purposefully** 6:16
**purposes** 6:11,12 87:10 137:13
**pursuant** 1:17 4:21 6:22
**put** 28:22 29:10 85:5 91:14
**putt** 173:2,3
**putting** 114:23 153:9

---

### Q

**Queens** 33:10,12,13,23 34:17,25
35:4 183:24
**question** 7:18,24 8:3,13,16,21,23
9:11 11:24,25 13:5,6 16:19 17:4
17:6,21,23 20:9 24:18,22 31:4
56:18 59:8 60:14 62:10 64:22
76:11,13 77:6,16,18 83:2,5,8,12
86:17 88:20,21 92:3 98:16
110:25 113:14 129:13,17,25
130:2 133:4 134:7 137:5,6 139:6
140:18 141:25 142:13 146:15,21
146:23 147:5 152:2,4,17 154:14
166:21,22 171:14 174:14,19
175:24 177:9 178:2,6 183:9
186:25 188:16,18 197:7 205:19
209:23 214:24
**questioning** 16:3,13 20:3,5 106:23
142:12
**questions** 9:9 15:22 16:14 24:17
27:3 85:23 101:15 217:12,19
218:21 219:3,15 222:16
**quickly** 50:20
**quite** 112:25 210:25

---

### R

**R** 2:2 5:15 23:19,23 24:3 223:2
**R.M** 23:20,21
**ran** 40:24 44:7,12 172:20
**rang** 88:5
**rare** 49:11
**rarely** 91:2
**reach** 95:13 96:20
**reached** 62:15,22
**reacted** 153:9
**read** 20:10,11 26:3 62:11,13 66:4,5
76:14,15 101:17,18 111:2,3

115:6,11 129:18,20 134:9,10
142:7,9 147:5,7 174:14,15
188:18,20 220:9
**reads** 119:9
**ready** 50:14
**real** 64:20
**realize** 11:12
**really** 8:20 46:25 49:14 61:5 62:2
64:19 69:25 70:6 78:18 100:11
121:19,21 168:18 171:10 180:25
214:3 218:15,15
**reason** 12:10 13:19,20 37:3 94:7
126:19,25 185:22 208:24 209:6
**reasons** 157:7
**recall** 20:23 34:24 38:20 61:6,7,25
63:7 65:14 67:5,15 68:11 70:16
72:25 75:22 76:2,4 78:3,16,21
79:13 82:13,16 94:3 98:7 99:5,7
99:16 100:7,11,12,22 102:23
103:5 104:19,22,25 105:15 107:9
109:7,17 110:6 111:25 114:14
115:13 116:2,17,25 123:17 124:3
132:21 136:11,14,15,21 138:20
139:2,4,7,14,19 140:13 144:5,6
144:11,23 148:6 150:2 154:19
155:12 156:15,17,19 159:16,22
160:22 164:7 165:6,16,24,25
166:7,19 169:4,17,24 170:16
171:10 179:6,10 181:2,3,17,18
181:25 182:5,17 183:13 188:21
208:9 215:18,22 216:9
**recalls** 136:25
**receive** 10:8 39:18 41:10,13 58:5
93:4 114:18 116:18 187:10
**received** 21:17 57:18,20,24 188:6
**receiving** 57:7,16
**recess** 69:3 117:13 171:24
**recognize** 192:8,13,24 193:20
194:3,11 195:22 196:9,18 198:18
199:4 200:20 201:23 202:13
204:19 207:16
**recollection** 90:20 115:14 123:13
143:2 151:3 158:13 169:11
178:25 203:17,23 204:6
**record** 3:22 5:22,24 7:21 19:7,9,12
19:14,16 20:11 23:14 29:7,11,16
29:21 32:12,23 33:17 62:13 66:5
68:6,10,14 70:19 76:15 101:18
111:3 112:2,5 114:23 115:11
118:21 129:20 134:10 142:9
147:7 174:15 183:8 184:16
188:20 220:12,13 223:13
**recorded** 3:13
**recording** 3:14
**records** 36:18
**recruit** 88:6
**recruiting** 88:3
**redacted** 6:10 7:2,3

**refer** 6:13,14,14 10:16 122:8
**referring** 6:18 20:20 111:19,21
112:16 136:17 207:4
**reflect** 8:25 123:16
**reflected** 124:7
**refresh** 64:4 79:17 120:13 123:12
203:16,22 204:6
**regarding** 10:19 27:3,23 28:3,6
62:20,23 69:14,18 76:7 78:11
79:16 95:7 103:12 114:4 127:13
136:21 137:11 138:17 188:5,8
189:14
**regular** 52:8,11
**reiterate** 133:17 217:2
**relate** 112:20
**related** 223:15
**relation** 39:5
**relationship** 59:15 60:20 87:22
88:22 108:23 109:5,10,18,25
110:20 113:17 114:7 115:19,20
116:6,20 117:3 124:24 166:3,10
166:23 189:5,9 203:19,24 204:9
209:16 210:3,7
**relationships** 114:20
**relevant** 13:7 16:25
**relocated** 72:11
**remain** 159:11 172:2
**remember** 8:4,5,9 29:13 32:10,20
33:14 55:18 61:5 67:2,6,15,24
68:5 74:22,23 75:7,16 87:20
114:15 115:15 120:19 146:4,9,20
146:23 147:2 160:12,13,15,18
169:7 170:19,20,21,25 171:2,10
177:3,8,21,24 180:17 186:7
215:11
**remembered** 109:9,14 166:12,17
166:25 167:4
**remembering** 47:18
**remembers** 146:15
**remind** 217:6
**remote** 3:8
**remotely** 3:6
**rented** 33:24
**repeat** 8:14 22:3 25:23 34:10 48:24
66:2 76:12 101:16 110:25 115:4
134:7 140:2 158:7 197:7 205:18
**rephrase** 8:18 140:3 147:8
**report** 114:5 115:20 116:7,21
117:14 118:15,17 119:25 120:12
122:19 221:11
**reported** 110:19 111:4 113:16
**reporter** 1:19 3:2,7,22 6:21 7:5,12
19:10 86:3 223:8
**reporting** 3:11 114:19
**represented** 26:23 63:12 80:13,16
**representing** 15:13 21:4
**represents** 63:2
**reputation** 128:2,7,12

**request** 4:18,19 222:3
**REQUESTED** 221:16
**required** 55:5 133:24
**requirement** 134:12
**resided** 70:21 222:6
**respect** 217:14
**respective** 1:16
**respond** 217:17
**responded** 77:3
**response** 136:9,18,22 137:9 186:6
188:15
**responses** 7:20
**responsibility** 39:8
**rest** 92:22
**restaurant** 212:18
**restraining** 211:10
**result** 187:8 189:9
**retired** 38:6,8
**retirement** 56:14
**return** 10:23
**returned** 172:11 185:16
**reveal** 16:22 18:20
**revealing** 15:18 17:13
**review** 4:20 10:12 21:25 22:4,7,10
118:7 218:23
**reviewed** 211:16
**revise** 11:14 210:11
**ride** 173:18
**right** 4:13 25:9 27:16 36:13 52:12
55:12 70:16 73:10 89:9 115:4
118:17,23 119:13,16,19,21,22
121:4,10,22,23 123:19,21 124:13
151:20 156:8 162:10 163:2,21,23
164:3 167:17 180:16 182:20
194:16,18 211:8 218:20 219:11
**ring** 110:16 135:17
**RML** 1:5
**road** 161:25
**Roger** 135:23,25 136:11,20 137:11
137:20 138:12,18 139:22 140:6
142:22 143:15 144:18,24 147:10
147:18 148:18 151:5,7,12 152:5
154:23 155:2,15,18,24 156:13,24
158:15 159:12 160:2 161:5,12,20
163:5 164:13 165:18 167:18
171:12 174:22 179:13,17 182:16
182:24 184:21 185:9,21 187:25
215:10 218:10
**Roman** 122:3,5
**romantic** 109:5,10,18,25 110:20
113:16 115:19 116:6,20 124:24
130:4,10 135:4,9 188:24
**romantically** 125:18,21 213:10
**room** 27:15 50:3 145:11
**Rosenbaum** 67:25 89:16 92:9,16
93:4 99:24
**rotate** 194:2
**rotated** 194:4

**roughly** 36:17 46:11
**route** 161:10,14,18 163:16,23
**row** 120:5,7,9,21 121:12 123:9
**rubbed** 198:5
**rule** 27:7
**rules** 4:21 7:7 12:6
**ruling** 24:21 25:12 85:25 95:2
  222:16
**run** 7:8 44:15 103:13 138:14
  210:19
**running** 52:16 88:3

---

**S**

**S** 2:2 5:15,15 121:24 221:9
**S-A-R-M-U-K-S-N-I-S** 135:23
**safety** 53:24 157:7,8,9,9,10,10
**sale** 34:4,8,12
**sanded** 50:13
**Sarmuksnis** 136:11,20 137:12,20
  138:13,18 139:22 140:6 142:22
  143:15 144:18,24 147:10,19
  148:18 151:5,7,13 152:5 154:23
  155:2,15,18,25 156:13,24 158:15
  159:12 160:2 161:5,12,20 163:5
  164:14 165:18 174:22 179:13,17
  184:21 185:21 187:25 215:11
  218:10
**sat** 88:25 167:15,18 177:11 178:9
  178:16
**Saturday** 172:24 177:15,16
**sauna** 184:4,7
**Save** 142:14
**savvy** 107:25
**saw** 66:18 93:18,24 161:24 168:6
  169:17 170:8 216:4
**saying** 7:13 31:10,11 78:18 83:21
  109:7
**says** 83:23 119:2,5,14,17 121:5
  150:21
**schedule** 52:13 75:24
**school** 6:19 37:11,13,16,21 40:3,5
  40:17,22 41:17,17,18,23 42:2,4,9
  42:10,13,18,23 43:4,7,22 44:2,6
  44:6 47:9,10,22,22 48:9,9,12,23
  49:4,24 50:10,18 51:4,13 52:2,4
  52:7,11,23 53:3,7 54:16,25 55:6
  55:15 56:9,21 57:4 58:2,13,16,19
  58:22 59:24 60:4,8,14,17,22,25
  61:10,15,19 62:5,17 63:15,16,20
  64:21 65:16 66:9,12,19 67:4,9,11
  67:17,22 69:13,17,21 73:5,8,19
  75:12 81:19 82:5,21 83:15 84:5
  84:13 87:24 88:24 89:10 91:20
  93:19 94:10 95:14,18 96:13,18
  97:2,9,12,16 98:3,9,18,25 99:9
  99:17 100:9 101:22 102:7 103:8
  103:13,16,24 104:14 105:6,9,13
  105:17,23 106:5,10,11,15 108:25

109:22,23 110:19 111:22 112:9
  113:15,24 114:3,3 116:4 118:12
  120:2 122:16 123:15 124:7,17,21
  125:2 126:25 127:19 128:3,13,19
  128:25 130:23 133:3,24 134:17
  135:19,24 136:10,19 137:12,13
  137:21 138:4,7,22 139:15,23
  140:7,11,25 143:16 145:14,19,24
  145:25 146:7,18 147:11,12,14
  148:8,19 149:6,8,17 150:22
  151:13 152:7,25 153:13,14,24
  154:5,7,9,12,16,22,25 156:8
  157:5,22 158:9,11,17 159:13
  160:19 161:11,12,14,19 162:11
  162:13,16,19 163:3,6,25 165:3
  165:18 166:25 167:7 168:3,8,12
  170:3,11 171:11 172:6,10,17,20
  172:25 173:13,15,22 174:17,21
  176:17,21 178:20,24 182:6,17
  184:22 185:5,12,16,22 187:8
  203:19 204:8 208:7,15 209:17
  210:19 213:20,21 214:12 215:10
  222:9,10
**schools** 39:23 40:6 44:5 47:24 48:3
  51:8 173:5,14
**science** 36:4
**screen** 118:4 206:21
**scroll** 207:22,23
**Sean** 104:22,25
**searches** 217:7
**season** 51:6 94:13 139:7
**seat** 167:16,20
**seated** 167:16
**SEC** 119:17 121:5
**second** 27:2 122:12 124:6 151:10
  157:4
**seconds** 177:23
**security** 29:9 57:12,19 58:6 163:9
  163:13 221:18
**see** 7:18 17:7 60:24 68:16 90:4,17
  90:20 94:4 102:3 118:3,10,12,22
  118:25 119:5,6,11,13,16,19,22
  120:6,10,22 121:5,6,13,24 122:3
  122:20,25 123:9,18,21 138:12
  143:25 164:19,25 185:17 194:15
  204:6 206:9,10,14,22,24 207:2,5
  210:15 216:6
**seeing** 61:5,7 75:16 99:16 107:9
  165:6 170:16,25 215:18,22 216:9
**seeking** 11:25
**seemingly** 27:6
**seen** 119:25 190:5,12,25 191:14,19
  192:22 193:13 194:24 196:12
  197:2 199:2 200:2 201:15 202:6
  204:17 206:16 207:8 209:8 211:2
**self-defense** 55:10
**sell** 34:2
**semester** 49:5 52:24 122:9 124:7

**semesters** 47:25 48:2,6 122:14
  207:16
**send** 217:16
**send-off** 69:9
**seniors** 50:15 133:21
**sense** 122:12
**sent** 27:21 28:5 80:7
**sentimental** 87:10
**separat** 3:8
**September** 223:21
**served** 37:24
**set** 177:13,21 178:5 223:11,20
**setting** 18:7 191:8 192:3,13,24
  193:20 194:11 195:22 196:18
  198:18 200:20 201:23 202:13
  204:19 207:16 212:20 215:9
**seven** 50:22,25
**sex** 106:4,9,14,20 128:18,24
**sexual** 108:23 188:8,8 189:5
  203:19 204:9 209:16 210:2
**sexy** 212:2,5,8 214:11
**share** 89:3,13 113:9
**shared** 92:17
**sharing** 147:23
**Sharon** 20:14,15,21,22 94:20 95:7
**shielding** 205:6,21
**short** 36:11 117:8
**Shorthand** 1:18 223:7
**shorts** 131:4
**shot** 49:12 86:16
**show** 23:13 26:6 64:8 66:22 117:23
  126:10 189:22 210:13
**showed** 51:16 67:22 131:20 132:3
  143:24 144:12,16 154:21 155:16
  155:25 156:14 177:20
**showing** 194:21 208:21
**shows** 150:20
**siblings** 104:7
**side** 90:23 138:10 145:16 160:7
  161:24
**sign** 10:23
**Signed** 220:20
**signified** 213:9
**similar** 208:6,12 210:25
**single** 86:6,8,20
**sir** 166:21 174:16
**sister** 104:12
**sit** 61:12 99:6 109:16 111:15
  114:12 125:24 141:6 167:20
  168:6 175:25 187:15
**situation** 151:11 152:23
**situations** 111:9 113:11
**six-week** 45:12
**size** 89:24
**skills** 52:14 121:13,16,19,21
**skip** 17:3
**slowly** 124:22
**small** 73:9
**smoothly** 7:8

soccer 136:7
social 29:9 57:11,19 58:6 63:18,19
  95:22 96:9,13 111:6 113:24
  189:13 221:18
socialize 63:15 97:12,16
socially 66:8
soliloquy 142:14
Solomon 89:16 92:6,16 93:3 99:21
somebody 18:17 83:22 101:3
  152:22 186:3 218:19
someplace 168:19
somewhat 101:12
son 22:21 24:3
soon 36:24 39:7
sorry 4:11 41:12 47:14 67:15 82:16
  115:13 134:7 166:19 179:11
  197:7 205:18
sort 35:13 60:15 73:17 206:7
  212:11,17
sounds 51:2
source 97:23
space 29:15 32:11,22 33:16 68:6,13
  70:18 112:2
Spanish 98:9,12,13,17,21,21
speak 9:5 19:22 111:5 197:22,24
  198:2,4,7
special 94:5 115:21 116:8
specific 111:19 114:14 133:7
  141:25 186:25
specifically 53:18 57:13 65:22
specifying 132:23
speculation 126:4 142:5
spell 32:5,16
spent 30:17 31:2 66:8,11 67:3,8
spoke 98:11
spoken 62:25 65:13 69:17,21 75:4
  113:25
spontaneous 153:4
spontaneously 153:9 154:25
sport 47:19,19 74:15
sports 43:10,13,14 46:21 48:7 52:4
  74:17
Spousal 24:9
Sprayray 20:22
spring 139:9,11,12
squad 51:19
Square 94:8
ss 220:5 223:4
staff 95:13,17 96:12 136:5
stand 120:25
standing 179:22 180:15,17,19
start 36:22 40:24 41:5,7,9 42:12
  49:23 51:9 52:22 142:18 145:18
  146:5 156:4,7 218:3
started 35:10 36:14,16,25 42:15,18
  43:19 44:8,18 45:9,13 49:20,21
  51:5,10 56:20 57:11 87:7 113:6,6
  156:8 177:19

starting 107:23
state 1:20 4:7 5:17,22,24 8:2,21
  39:17 214:13 220:4,25 223:4,9
STATES 1:2
staticky 70:6 71:19
statue 170:25
statues 170:23
status 38:6 126:20
stay 70:3
stay-at-home 38:11,14,19 39:4,10
stayed 44:20
steps 164:7
stipulate 3:21
stipulated 3:3,12 4:4,5
STOLL 2:15
stomach 132:4
stood 160:7
stop 16:21 18:19 19:8 37:20 83:3
  146:25 155:6 168:4 169:6
stopped 37:22 168:22
stragglers 85:12 86:14
street 2:5,10 93:24 162:10,16 168:5
  168:13,17 169:3
streets 168:25 169:5,8
strike 83:25 88:10 94:23
struggled 49:13
student 6:18 55:6 58:17,21 82:19
  83:15,20 84:5 86:6,7,9,10,15,15
  86:20,23 87:6,8 100:13,18
  105:14 106:5,10,15 109:9,23
  110:4,18 113:15,15,19 115:18
  116:5,19 120:2,14,18 126:24
  128:18,24 133:25 149:6,17
  150:23 152:22,25 153:15,24
  157:22 158:10 173:23 174:21
  178:23 208:7 209:16
student-teacher 114:6
students 51:12,22 54:7,24 55:14
  74:6 84:25 85:3,6,9,17 86:8
  105:5,17,23 114:21 122:16 128:2
  128:13 130:23 131:5 164:25
  173:13,14,16 217:5 222:8
study 48:22 49:2 105:4,9
style 131:20
subbing 42:15
subject 21:9 24:12 42:22
subjects 42:22
submit 39:22
Subpoena 1:17
subscribed 220:20
subsequent 77:13,19,21 78:2,9,15
  79:6,7 186:19
subsequently 214:12
substance 15:23 159:25
substitute 39:23 40:8 42:20,23
sued 14:25
suffered 112:18
suggest 131:8,14,19 132:2 146:10

suggesting 146:12
suing 14:20
sum 159:25
summer 44:7,25 45:20,21,22 59:2
supervise 137:25
sure 29:18 30:9 32:14 36:19,20
  46:25 48:25 61:25 63:3 65:3,12
  66:3 67:14 69:2 70:24 74:18 82:8
  91:14 116:10 121:19,21 125:7,8
  141:7,11 145:22 148:5 150:8
  154:6,10 156:3 170:22 180:25
  192:10 218:16
surprise 65:18 101:13
surprised 100:24 101:2,8,12
  143:25 144:7
swear 3:20,23
swore 9:20
sworn 5:16 223:12
Sye 44:12

---

**T**

T 220:2 221:9 223:2,2
T-shirt 131:3
table 177:13 178:2,6,9
take 11:18,25 12:23,24 13:11,13,15
  13:19 38:9 48:20,22 55:6 68:23
  75:20 79:7 117:8,25 118:6,6
  124:14 133:8 138:19 160:24
  167:6,22 171:18,22 215:7
taken 1:15 9:16 12:18 13:12 69:4
  171:25 189:19 199:19 200:21
  203:7 214:9,18 220:10
talk 70:6 79:10 111:13,17 113:8
  114:12 149:18,20,25 150:3,5,18
  150:21 151:5 165:12,19,23 166:2
  166:10,23 170:8 179:2 186:3
talkative 102:21,25
talked 53:22,23 88:5 170:9 171:9
  171:16
talking 110:6 163:22 168:11 179:6
  183:13
tank 131:15
tape 91:15
taught 45:11,23 47:9,11 48:2 53:18
  75:21,25 91:22 98:21 122:16
  130:22 132:11 136:2
tax 94:13
taxes 93:23 94:5
teach 37:15,17 39:23 40:8 43:2,14
  43:25 45:15 46:5,6,21 47:24
  50:10 52:3,6,10 53:6,11 54:13
  58:12 66:23 91:20,23 92:4,6,9,12
teacher 40:16,21 41:22 42:20,23
  54:11,15 57:14,21,25 58:15
  61:18 63:16,20 75:3 87:23 88:2
  88:23 94:9 97:2,8 98:3,13,24
  101:21 102:6 103:7 105:12
  106:11 108:24 109:11,21,25

110:20 113:17 114:2,10 115:18
116:6,20 119:23 127:19 133:2
136:4,6 138:3,7 149:7 150:23
157:4 166:24 174:23 175:2
176:16,20 178:20 203:18 208:8
208:14 210:19 213:20 218:14,18
**teacher's** 69:9
**teachers** 43:17 50:4 54:14 63:23
64:8,20 65:7 67:10 68:5 74:24
89:12 91:21,22 98:10,17,21 99:8
114:20 165:2
**teachers'** 61:8 67:12 176:5
**teaching** 37:9,12,20,22 47:8 48:7
48:13 49:7,23 52:3,13,22 83:18
87:7,8 104:19,22,25
**team** 51:9,10,11,14,16,17,21 54:20
54:22 74:10,11,12,20 75:15,18
85:5,11 86:13 134:3 172:24
**teams** 43:12 51:8 74:14
**Telegram** 95:23 96:2,4,6,8
**telephone** 16:11 72:15 107:12,16
107:19 108:16,19
**tell** 8:17 9:16 72:6,17,23 81:8,11
105:22 125:20 127:7 130:9,17
149:2,16 150:5,7,14 151:4
165:22 174:7,12 185:21 212:19
212:22
**telling** 18:8,19,21 65:23 109:9
174:11
**temporarily** 145:5,10,14
**ten** 159:19 172:12
**tennis** 45:11,15,15,24 46:3,4,7,20
134:14
**term** 49:6
**terms** 24:22 48:7 53:11 57:13
**testified** 5:18 14:13,16 21:7 26:14
62:8 67:3 93:18 102:23 124:19
158:20 171:4 215:8
**testify** 12:11,16,20 114:24 153:18
188:11
**testifying** 27:16 157:19
**testimony** 10:7,12 11:12 26:14
40:15 47:23 61:13 63:7 66:7 76:3
78:8,12 79:11 95:2 99:7 103:16
120:17 124:3 129:10,14 142:2
143:14,17 145:23 154:8,15,21
155:3,11 160:23 171:21 172:8
173:11 183:5 184:13 211:5
214:16,19 215:11 220:9,12
223:13
**text** 28:5 61:20 197:16
**thank** 76:24 87:5,14 124:14 134:5
171:23 190:17 205:12 218:24
219:4,13
**thing** 67:6 112:23
**things** 54:3,4 114:12
**think** 30:5 33:25 34:23 40:12 44:16
51:6 63:24 67:25 74:13 75:2 82:6

83:24 90:3,6 94:6,19 98:14,14
101:20 102:5 107:23 109:14
112:4 143:13 154:11 155:12
161:23 166:16 167:4 168:6 169:5
177:19 180:17,21 182:7 186:2
210:12 212:23 213:4,7,13 214:3
214:4,6 216:18 218:7
**thinking** 180:8 213:17
**third** 122:13
**thought** 8:7 61:2,3 90:13 136:16
153:10,23 213:14
**threaten** 186:13
**three** 25:4,15 52:19 86:10 97:11,15
122:20 164:17 167:9 182:11
**threw** 64:5,6
**thrown** 65:19 68:9
**time** 4:2 9:6 10:15,18 11:5,11,19
13:18 16:20 18:23 19:2 21:19
25:16 29:17 32:13 33:18 35:18
36:14 37:8,10 40:25 47:6,8 49:11
50:21 51:19 54:16,20 55:15
56:24 57:3 61:8 64:17 66:8,11,17
67:3,8,8 70:14,20 72:15 74:2
75:3,8 81:23,25 82:4,5,13,16
93:20 94:12 95:8 102:12 107:14
107:18 108:3,10 109:21 111:22
117:8 134:18 143:20 145:4
147:17 150:16 152:13 153:11,25
154:6,10,20,24 156:6,10 158:9
161:3,6 163:14 165:17 172:10
176:13,15,20 177:3,24 178:3,7
178:22 179:18 181:20 183:21,22
183:23 203:17 204:7 212:19,23
213:7 219:4,16 222:5,10
**times** 25:13,15 113:8 173:4,10
**title** 42:19 55:23 119:20 121:11
**today** 9:16,25 12:12,16,20,24 13:11
14:9,11,14,17,24 15:5,25 19:18
61:12 80:9 99:6 104:17 109:16
120:3 125:24 141:6 175:25
187:15 209:8 217:20
**today's** 15:24 19:23 21:15 22:2,5,8
22:11 25:22,25 26:4,7,11
**told** 50:8 72:5 74:4 77:9,22 82:10
113:22 125:12,17 149:15 150:17
166:9,15,22
**Tom** 68:2,8
**Tom's** 68:10,14 221:22
**ton** 50:7
**top** 118:10 123:19 131:15
**topic** 165:12
**topics** 165:13
**total** 85:8
**touch** 88:6 95:16 124:16,20
**touching** 101:5
**town** 32:3 72:23
**training** 114:4,10,14,16,18 188:5,7
188:7

**transcribe** 7:13
**transcribed** 7:20 9:7 10:18
**transcript** 4:10,18,21 5:11 6:11
8:25 10:7,8,12,16 11:4,7 220:9
220:11 223:12
**transfer** 35:11 133:9
**transferred** 132:9
**transpired** 158:14
**transport** 173:5
**transportation** 173:9
**trees** 170:21,22
**trial** 11:8
**trouble** 47:18 66:14
**true** 6:10 61:4 220:11,14 223:13
**truth** 9:16
**truthful** 10:2
**truthfully** 12:11
**try** 49:10 51:14 68:18 112:12
134:23
**try-out** 49:13
**trying** 88:6
**turn** 9:10 10:8,11 51:20
**turns** 61:4
**Twenty-two** 218:8
**twice** 138:14
**Twitter** 95:25
**two** 21:18 22:20 25:17,18 30:17
31:2 33:4,25 43:10,11,13 45:10
45:15 52:18 64:10 86:10 122:18
123:3 129:16,24 152:8,14 185:11
205:7 206:13 213:23 214:9,18
215:6
**Two-minute** 162:20
**type** 44:16 103:18 111:14 212:18
**typically** 82:24

---

**U**

**U** 5:15
**ultimately** 35:11 44:19
**unauthorized** 3:17
**unaware** 104:6
**underneath** 119:10 120:6 121:10
121:11 122:23,24 123:8
**understand** 6:17 8:16,21,23 9:2,2
9:15,19,23 10:3,4,13,24 11:9
12:6 21:24 59:10,14 69:25
161:21 190:14
**understanding** 21:22 59:12 115:10
116:13 153:18 188:12,15
**understands** 129:12
**Understood** 116:15
**underwear** 200:16 201:10 206:2
208:21
**uniform** 130:24 131:2,6
**unit** 66:14
**UNITED** 1:2
**University** 44:8 87:8
**unsure** 125:7

**unusual** 82:18 83:14,24 84:4 149:5
**UPS** 55:22,23 56:12,22
**use** 7:3 145:6 184:7

**V**

**various** 48:7 63:6 97:24 173:5
**varsity** 51:19 74:9,10,11,13,16,19
    75:14,18
**vehicle** 162:3,5,8,19 164:15 167:10
    167:12 168:22 182:12,21
**verbal** 7:17
**verbally** 17:24
**versa** 47:20
**versus** 6:7
**vice** 47:20 112:22
**vicinity** 74:5 163:10
**videoconference** 3:6,13
**videos** 22:7
**view** 25:21,24 205:7,11,21
**viewed** 209:13,25
**Viggiano** 1:18 223:7,24
**violation** 3:17
**Virginia** 30:15,16,17,25 31:25 32:2
    33:3 34:25 35:3,5 39:21,25 69:23
    70:21 71:13 72:4,11,17,20,24
    74:4 76:7,23 77:9,23 78:11,25
    79:8,14,16 82:11 213:6,19 222:6
**virtually** 14:9
**visit** 93:8 103:12 124:8 161:2,5
**vivid** 158:2,10
**voice** 7:10
**volleyball** 55:9 74:15 134:13
**Volpato** 64:12,18,23 65:4,10,24
    66:12,13,18 67:4,24
**voluntarily** 95:5
**volunteer** 41:15 111:12
**volunteered** 40:25 41:7

**W**

**W** 220:2
**wait** 9:8,10 63:3 190:15 203:21
**waiting** 156:4
**walk** 162:20,25 167:6 168:16
**walked** 163:20,20 164:15,17 165:3
    171:11 182:2,4,4
**walking** 93:23 164:20
**walks** 83:20
**Waltzer** 1:7 2:16,20 59:19,21,23
    60:2,6,13,16,20 61:7,14,18,23
    62:4,15,20,23 63:2,12 69:5,8,14
    69:18 80:14 96:25 97:7,13,16,19
    97:23 107:7 108:23 109:6,19
    110:9,16 124:15,23 128:12,24
    129:6,22 130:17 166:4,11,24
    185:17 186:20,23 187:3 189:6,10
    189:22 199:6,8 202:18,25 203:2
    203:7,20 204:9 206:24 207:4
    208:25 209:7,15 210:3

**Waltzer's** 110:5
**want** 11:20 17:8,10 18:2,4,14 19:9
    27:7 29:21 33:25 35:25 42:16
    44:9 45:18 49:8 51:23 52:15
    56:19 82:7 83:23 89:10 94:7
    116:10 139:11
**wanted** 34:2 51:13,23 66:23 73:15
    88:16 91:15 111:11 113:12
    149:18,19,24 150:3,5,18 151:4
    152:6,22 157:15 165:19,22 166:2
    166:10,23 172:18 177:21 185:22
**wanting** 160:19
**warm** 177:18
**washed** 50:12
**wasn't** 53:16 77:16 107:24 120:18
    132:23 133:14 140:20 154:10
    160:6
**water** 169:14 215:13,18 216:9,11
    216:12
**way** 18:3 36:9 44:11 83:21 95:4
    111:18 113:13 182:20 183:14
    186:14 223:17
**we'll** 17:7 18:2 24:20 25:11 29:10
    29:15 31:5 32:22 33:16 68:13
    70:18 80:24 85:25 171:22 188:18
    218:23
**we're** 6:17 16:2,12 17:16 19:4,5,6,7
    19:13 30:5
**we've** 30:4 216:23
**wear** 99:14,19,21,24 100:3 130:24
    131:6,9,14,20 132:3
**wearing** 201:10 206:2 212:10
**web** 1:17 3:9
**website** 96:4 189:13
**week** 45:14 138:14
**weeks** 45:15 84:19
**went** 43:19 44:11 49:10,17 51:6
    53:15 63:18 111:13 113:5 142:15
    147:17,18 150:4,6,11,14,16
    158:20 160:14 167:23 182:11,12
    182:17 187:18
**weren't** 60:12
**West** 2:16 5:25
**whatsoever** 123:4 216:10
**WHEREOF** 223:20
**wife** 22:20 24:8,24 25:14 26:10,19
    26:23 27:10,18 55:19 56:22
    63:22 64:5,6 65:4,9,15,23 72:11
    93:5 107:2,3 126:11,16 127:2,8
    127:14,20 198:5,7 217:24,25
**wife's** 22:22 126:19
**willing** 51:16 68:16 112:10
**window** 90:3,6,9,15,17,18,21 91:8
    91:13
**windows** 90:2
**wine** 97:20
**wines** 97:24
**winner** 56:8

**winter** 47:19 139:9
**wintertime** 47:12
**Withdraw** 140:17 209:22
**witness** 1:15 3:7,20,23,25 4:6,20
    5:13 9:21 13:8 14:14,17 20:18,19
    77:15 83:4 85:17 89:5 107:7
    114:23,24 115:7,24 116:11
    117:24 119:7 131:23 132:6
    146:11 149:22 153:17 155:7,9
    171:22 188:10,11 217:10 221:4
    223:10,14,20
**witness's** 5:7,9 6:24
**woman** 49:6
**word** 60:11 119:20,23 120:6
    121:13 123:18
**words** 99:18 103:20 139:12
**wore** 99:2,9
**work** 20:24,25 41:11,14,16,22 42:3
    57:14,21,25 75:6 135:14,22
**worked** 40:19 42:4 44:4,25 45:20
    52:17 56:17 59:24 60:7,21 88:17
    98:2,8,18,22,25 111:8 149:7
    204:8
**workers** 111:7 113:24
**working** 36:25 41:2 42:12 52:20
    56:20,22 145:24 180:21
**works** 55:22 63:10
**wound** 177:23
**wow** 101:5
**wrestling** 61:2
**writing** 61:19 217:17
**written** 3:15 27:21 71:9

**X**

**x** 1:3,9 117:11 221:2,9 222:2
**XX-XX-61** 29:5

**Y**

**yards** 179:25 180:2
**yarmulka** 99:5,19,22,25 100:4
**yarmulke** 99:2,3
**yarmulkes** 99:9
**Yasmine** 104:13,17,20
**yeah** 5:3 24:6 39:3 51:2 55:13
    64:24 66:23 93:2 122:13 141:11
    150:6 151:23 164:12 170:6
    178:14 181:21 186:12 208:16
    212:8
**year** 29:7 30:6 36:21,23 43:16,20
    43:22 44:23 45:16 46:7,22,23,24
    49:14,25 50:18 56:15 67:11,18
    78:7 94:12 118:25 124:7 138:22
    145:25 146:5,6,8,18 147:12,15
    148:8
**years** 21:18 27:12 30:5,11,12,17,18
    31:2 33:4,25 34:15,19 38:25 39:2
    42:14 45:7,10,18 46:9 48:21 49:2
    49:18 50:22,25 52:10 56:16,19

75:25 78:5 84:21 87:7 112:18,19
218:2 219:12
**yell** 149:21
**yelling** 149:23 155:6,8
**Yellow** 72:2
**York** 1:2,6,20 2:5,9,10,11,11,17
5:17 6:7 40:20,25 41:4,19,23
57:8,9,9,15,21 63:6,10 78:23
94:5 129:7 153:13 187:11,16,23
188:22 220:4,25 223:4,9
**young** 177:4
**younger** 218:2
**Yup** 167:21

---

**Z**

---

**ZIP** 32:20 221:20
**Zoom** 3:9

---

**0**

---

**00-00-1961** 219:8
**01** 119:2
**03** 123:22,22

---

**1**

---

**1** 1:7 4:22 117:15,24 118:2 221:11
**1:21-cv-04332** 1:5
**1:35** 117:12
**10** 42:14 52:14 164:7 167:25 172:7
172:9 179:25
**10:00** 1:11
**100** 2:10 36:19 82:8
**10007** 2:11
**11** 222:19
**112** 222:9
**11201** 2:17
**11378** 2:5
**117** 221:11,12,13
**12** 23:3 68:23
**12-year-old** 23:22,23 24:3
**14** 23:3
**14-year-old** 23:10,18,25 24:2
**15** 172:12
**17** 23:3,15 38:17 106:21 117:17
221:12
**17-year-old** 23:5
**1987** 44:8 45:3 218:4,6
**1990** 42:16,17,24
**1990s** 47:6
**1994** 27:13 35:25 36:17,20
**1995** 45:19
**1996** 45:19
**1997** 34:21 37:14 52:24 56:21
60:21
**1997-1998** 50:17
**1998** 46:9,11
**1999** 46:10

---

**2**

---

**2** 1:7 117:10 202:5 211:2
**2:30** 82:7 156:11
**2:50** 171:23
**20** 30:5,18 38:25 179:25 222:18
**2000** 43:22 138:21 145:24 146:7,17
147:14 148:7
**2001** 30:8,9 33:6 34:22,24 35:3,5
37:23 43:8,23 44:24 45:3 46:11
53:4 60:21 62:5,17 64:2 67:19,20
69:6,10,13,21 71:4,7,14,17 73:12
77:22 78:12,14 79:15,17 96:14
100:9 119:5 138:21 139:13
145:24 146:7,17 147:14 148:8
**2003** 31:12,13,14,18,21 38:15,17
38:21,21,25 118:25
**2021** 30:25 31:3 67:18
**2021022733** 2:13
**2023** 1:10 31:10,11 220:11,22
223:21
**20s** 218:7,8
**21** 106:19
**217** 221:7
**219** 221:7
**22** 30:11,12 84:21 119:5
**23** 218:8
**24** 1:10 12:19 13:24 14:3,6 206:24
220:10 222:18,19
**25** 222:19,20
**27** 56:19 121:6
**28** 56:19
**29** 27:12 221:18
**2A** 117:18 190:4 211:15
**2A-2Q** 221:12
**2B** 190:4,20
**2C** 190:24
**2D** 191:13,15
**2E** 191:18,23 208:18
**2F** 192:21
**2G** 193:12
**2H** 193:25
**2I** 194:23,24
**2J** 196:9
**2K** 196:24,25 198:19
**2L** 198:25
**2M** 199:25
**2N** 201:3
**2nd** 2:5
**2P** 204:16 206:8
**2Q** 117:18 206:22

---

**3**

---

**3** 117:12,21 210:14 211:25 221:13
**3:00** 82:3,7 156:11
**3:51** 219:16
**30** 4:22 85:13 86:4
**30(b)(6)** 114:24 115:23 153:17
188:10
**300** 2:16

---

**32** 221:19,20
**33** 221:21

---

**4**

---

**40** 69:6
**40th** 63:22,24,24,25
**48324** 6:2

---

**5**

---

**5** 164:7 168:2 221:7
**5-minute** 170:2
**5:00** 46:19
**50th** 63:24
**55-21** 2:5

---

**6**

---

**6** 36:10
**6:00** 46:19
**62** 219:11
**63** 217:25 219:12
**68** 221:22
**69th** 2:5

---

**7**

---

**70** 222:5
**7076** 5:25 22:13
**75** 123:10
**7th** 223:21

---

**8**

---

**8408** 29:14
**85** 222:7,19

---

**9**

---

**9** 120:5,22 121:12
**94** 222:20
**9th** 46:23 52:14