## Offenses Committed by Defendants

| Statute (N.Y. Penal Law unless noted otherwise)[1] | Offender | Date | Conduct/Incident |
|---|---|---|---|
| § 130.35 - Rape in the first degree<br><br>§ 130.55 - Sexual abuse in the third degree<br><br>§ 130.65 Sexual abuse in the first degree[2]<br><br>§ 135.05-135.10 - Unlawful imprisonment<br><br>§ 135.60-135.65 - Coercion<br><br>§ 263.05 - Use of a child in a sexual performance<br><br>§ 263.16 - Possessing a Sexual Performance by a Child | Mark Waltzer | Ongoing from summer of 2000 through all of 2001. | • Forcibly restraining Plaintiff on a bed & forcibly raping Plaintiff/coercing her to engage in sexual intercourse (TAC, ¶ 47)<br>• Multiple acts of statutory rape against Plaintiff (TAC, ¶¶ 48 - 53)<br>• Coercing Plaintiff to pose for sexual photographs and maintaining possession of such photographs. (Ashanti Decl., Plaintiff's Transcript, Exhibit D, at page 110, line 4 through page 111, line 2). |
| § 130.55 - Sexual abuse in the third degree<br><br>N.Y. Soc. Serv. Law § 413 - Persons and officials required to report cases of suspected child abuse or maltreatment | Douglas Meiners | 2001 | Pinning Plaintiff against the wall with his body and attempting to kiss her. (Ashanti Decl., Plaintiff's Transcript, Exhibit D, at 355:4 -356:18).<br><br>Failure to report Waltzer's sexual misconduct conduct (TAC, ¶¶ 8, 26). |
| § 130.91 - Sexually motivated felony<br><br>§ 135.20-135.25 - Kidnapping | Custodial Engineer (John Doe #1) | 1999, 3-4 months before the end of Plaintiff's 8th | Luring Plaintiff into his car and kidnapping her by means of false pretenses, then driving her to a |

---

[1] This list of applicable criminal offenses is non-exhaustive but representative of the sexual crimes committed against Plaintiff; therefore, Plaintiff reserves the right to add to and rely upon any other additionally applicable criminal offenses related to the child sex abuses perpetrated against her.

[2] § 130.65 Sexual abuse in the first degree. "A person is guilty of sexual abuse in the first degree when he or she subjects another person to sexual contact: (1) by forcible compulsion, (2) when the other person is incapable of consent by reason of being physically helpless; or (3) when the other person is less than eleven years old; or (4) when the other person is less than thirteen years old and the actor is twenty-one years old or older."

| **§ 135.45(2) and 135.50(2) Custodial interference**[3] | | grade year at IS 237 | motel, where he attempted to have sex with her.<br><br>(Plaintiff's Transcript, Exhibit D, at 34:23 - 35:25, 37:19 - 45:2). |

---

[3] This applies to several instances of the custodial engineer's sexual misconduct, under § 135.45(2) and § 135.50(2): "Knowing that he has no legal right to do so, he takes or entices from lawful custody any competent person or other person entrusted by authority of law to the custody of another person or institution," and "Under circumstances which expose the victim to a risk that his safety will be endangered or his health materially impaired."