## PERSONAL AFFIDAVIT

```
_____X  )
STATE OF NEW YORK              )
                               )
                               )
                               )
                               )
COUNTY OF QUEENS               )
_____x  )
```

I, YASMIN CACHO, being duly sworn, deposes and says:

1. Laura Nakasone and I are sisters.

2. When Laura was approximately seventeen and I was approximately nineteen years old, Laura invited me and my then-boyfriend, now-husband, Israel Chavez, to hang out with her and Mark Waltzer because I suggested going out as well as to cheer her up because she was crying and upset because she had broken up with her boyfriend. I knew Mark to be a teacher and dean at Francis Lewis High School, as I had also attended high school there and attended just a year or two earlier.

3. The invitation was for all of us to hang out at a nightclub in Manhattan, the year must have been New Year's Eve of 2001 or 2002.

4. After we finished partying in the city, Mark had an idea for all of us to spend the night at his apartment in Queens. We all agreed and went back to Mark's apartment to spend the night.

5. Shortly after we arrived at Mark's apartment, Laura went to bed with Mark in his bedroom while I stayed in the living room with Israel watching tv but after hours we could hear them having sexual intercourse.

6. Before I hung out with Laura and Mark that night, I recall Mark visiting Laura at her job which was a clothing store in Jackson Heights, Queens. I know this because Laura and I worked there together.

7. Around 2010, Laura confided in me what I already suspected to be true -- that she had had a sexual relationship with Mark at the time we went on the double-date and prior to that time.

_____
YASMIN CACHO

Sworn before me on 13th day of July, 2022

_____
Notary Public

MARISSA L. BASS
Notary Public
Jennings County
Commission Number NP0687052
Expiration Date 06-20-2024