UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

JANE DOE,

                                                       *Plaintiff,*

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION
and MARK WALTZER,

                                                       *Defendants.*

**STIPULATION AND ORDER OF DISMISSAL**

21-CV-4332 (FB)(RML)

------------------------------------------------------------- x

**WHEREAS,** Plaintiff and the Department of Education ("DOE") ("the parties") have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that

1. The above-referenced action is hereby dismissed with prejudice as against DOE; and

1

2. Notwithstanding the dismissal of this action as against DOE in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
January 23, 2024

**Musa-Obregon & Associates**
*Attorney for Plaintiff*
55-21 69th Street, 2nd Fl.
Maspeth, NY 11378
(718) 803-1000
k.ashanti@musa-obregon.com

By: _____
Karl Ashanti, Esq.

**HON. SYLVIA O. HINDS-RADIX**
Corporation Counsel of the City of New York
*Attorney for Defendant DOE*
100 Church Street, 2nd Fl.
New York, New York 10007
(212) 356-0896
jadainow@law.nyc.gov

By: _____
Jacquelyn Dainow, Esq.
Assistant Corporation Counsel

SO ORDERED:

/S/ Frederic Block
HON. ~~XXXXXXXXXX~~ Frederic Block, USDJ
UNITED STATES MAGISTRATE JUDGE

Dated: 1-23-2024

2