

300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201
P: (718) 852-3710
F: (718) 852-3586
www.stollglickman.com

Hon. Frederic Block  February 2, 2024
United States District Court, EDNY
225 Cadman Plaza East
Brooklyn, NY  11201

Re:   *Jane Doe v. Mark Waltzer*
      21 CV 4332 (FB)(RML)

Your Honor-

This is a defense request for two additional requests to charge in the ongoing trial, as follows:

### DEFINITION OF CHILDHOOD SEX ABUSE
(To be added to the definition of Rape in the Third Degree)

You have heard testimony here about a definition of sex abuse within the psychological profession, and that it may refer to a child less than eighteen years old.  But any legal definitions come from me, and not from any witnesses or lawyers.  Whereas you may consider such psychological definitions for the purposes of determining what harm, if any, Mr. Waltzer's actions caused Laura, you may not substitute such definitions for the legal definition of Rape in the Third Degree, which only applies to sexual intercourse with a person less than seventeen years old.

### ALLEGATIONS OF "GROOMING"

You have heard definitions of a term called "grooming", and disputed evidence about whether "grooming" did or did not occur.  "Grooming" is not an element of any cause of action that I am instructing you on.  You may consider any evidence you find to constitute "grooming" to determine damages, or to the degree you believe it is evidence of whether Mr. Waltzer forcibly raped Laura or had sexual intercourse with her when she was under seventeen, and, if you find either of those to be true, whether he intentionally inflicted emotional distress on her.  But "grooming" itself is not a basis on which you can find liability in this matter.

Thank you for your consideration.

Sincerely Yours,

Andrew B. Stoll
Stoll, Glickman & Bellina L.L.P.