**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

LAURA "DOE",

                Plaintiff,

vs.

MARK WALTZER,

                Defendant.

**21-CV-4332 (FB)(RML)**

**PLAINTIFF'S PROPOSED VERDICT SHEET**

|  |  | Y | N |
|---|---|---|---|
| QUESTION 1 | Do you find that Plaintiff has proven it is more probable than not that Defendant sexually assaulted Plaintiff by <u>forcible</u> compulsion? |  |  |
| QUESTION 2 | Do you find that Plaintiff has proven it is more probable than not that Defendant engaged in sexual intercourse with Plaintiff at least <u>once</u> prior to Plaintiff reaching the age of seventeen (17)? |  |  |

|  |  | Y | N |
|---|---|---|---|
| QUESTION 3 | Do you find that Plaintiff has proven it is more probable than not that Defendant intentionally or recklessly inflicted emotional distress on Defendant? |  |  |

IF YOUR ANSWER IS **YES** TO <u>ANY</u> OF THE QUESTIONS ABOVE, CONTINUE TO THE FOLLOWING SECTION BELOW.
IF YOUR ANSWER IS **NO** TO <u>ALL</u> OF THE QUESTIONS ABOVE, STOP DELIBERATING AND REPORT THAT YOU HAVE A VERDICT.

|  |  | Dollar Amount |
|---|---|---|
| QUESTION 4 | How much do you award Plaintiff in compensatory damages? |  |

CONTINUE TO THE FOLLOWING SECTION ONLY IF YOU HAVE ANSWERED "YES" TO QUESTION 4:

|  | Dollar Amount |
|---|---|
| How much do you award Plaintiff in punitive damages? |  |