UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
JANE DOE,

        Plaintiff,

-against-

MARK WALTZER,

        Defendant.
------------------------------------------------------x

## VERDICT

### I.   Sexual Assault

Do you find that the Plaintiff has proved, by a preponderance of the evidence, that the Defendant had non-consensual, forcible sexual intercourse, at any time, with the Plaintiff?

    Yes __✓__      No _____

*If you answered no, proceed to Section II. If you answered yes, mark your compensatory damages award and then proceed to Section III.*

How much do you award Plaintiff in compensatory damages for this claim?

$ __100 million__

1

## II. Sexual Assault by Statutory Rape

Do you find that the Plaintiff has proved, by a preponderance of the evidence, that the Defendant had sexual intercourse with the Plaintiff before her seventeenth birthday?

Yes _____    No _____

How much do you award Plaintiff in compensatory damages for this claim?

$_____

*If you answered no to both claims, your verdict is complete. Please have your foreperson sign and date this Verdict Form, and return to the Courtroom. If you answered yes to either claim, proceed to Section III.*

## III. Damages

How much do you award Plaintiff, if any, in punitive damages?

$ 50 million

If you awarded Plaintiff compensatory damages, what amount, if any, did you award her for the harm to her high school education?

$ 10 million

*Your verdict is complete. Please have your foreperson sign and date this Verdict Form, and return to the Courtroom.*

_____
FOREPERSON

February 8th, 2024
Brooklyn, New York

2