# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of May, two thousand twenty-five.

Before:  Reena Raggi,
 Beth Robinson,
 Alison J. Nathan,
  *Circuit Judges*.

_____

| | |
|---|---|
| Jane Doe,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>Mark Waltzer,<br><br>    Defendant - Appellee,<br><br>New York City Department of Education, City of New York, Douglas Meiners, Michael Eisenberg, John Doe #1, John Doe #2,<br><br>    Defendants. | **STATEMENT OF COSTS**<br><br>Docket No. 24-2493 |

_____

IT IS HEREBY ORDERED that costs are taxed in the amount of $54.60 in favor of the Appellee.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 05/29/2025