# MUSA-OBREGON LAW, P.C.

## ATTORNEYS AND COUNSELORS AT LAW

SHAUKY MICHAEL MUSA-OBREGON, ESQ.
SAVERIO LO MONACO, ESQ.
PETER KAPITONOV, ESQ. * admitted in NY/NJ
MAYRA VELEZ, ESQ.
RICHARD B. SUTIN, ESQ.
KARL J. ASHANTI, ESQ.
WWW.MUSA-OBREGON.COM
MOLAWFIRM@GMAIL.COM

**\*REPLY TO MASPETH OFFICE**

| MASPETH OFFICE* | MANHATTAN OFFICE | WHITE PLAINS OFFICE |
|---|---|---|
| 55-21 69TH ST., 2nd FL | 757 THIRD AVE., 20TH FL | 199 MAIN ST., SUITE 301 |
| MASPETH, N.Y. 11378 | NEW YORK, N.Y. 10017 | WHITE PLAINS, N.Y. 10601 |
| TEL (718) 803-1000 | TEL (212) 655-4424 | TEL (914) 380-1436 |
| FAX (718) 374-6576 | FAX (718) 374-6576 | FAX (718) 374-6576 |

November 13, 2025

**BY ECF**
Hon. Frederic Block, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Jane Doe v. New York City Department of Education et al.*, 21 CV 4332 (FB)(RML)

Your Honor:

As you know, our office represents Plaintiff Jane Doe in the above-referenced matter. In compliance with the Court's order dated October 10, 2025, the undersigned can report that the parties are still ironing out the details of the settlement agreement. However, significant progress has been made, as the parties have agreed upon the time periods for the staggered stages of payment of the settlement proceeds and are working out the final touches on the provisions of the agreement, including whether a confession of judgment, which Plaintiff has drafted and proposed to Defendant, will be a part of it. Defendant is deliberating that issue and will get back to Plaintiff promptly, as he has communicated the ability to pay the first portion of the proceeds as early as Monday, November 17, 2025.

We thank the Court for its time and consideration.

Respectfully Submitted,

/S
Karl J. Ashanti, Esq.
Musa-Obregon Law, P.C.

cc:     Andrew Stoll, Esq. (by ECF)